BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: FTX LITIGATION          MDL Docket _____

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>Edwin Garrison,<br>Gregg Podalsky,<br>Skyler Lindeen,<br>Alexander Chernyavsky,<br>Gary Gallant and<br>David Nicol<br>Sunil Kavuri<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Thomas Brady,<br>Gisele Bundchen,<br>Kevin OLeary,<br>Udonis Haslem,<br>David Ortiz,<br>Stephen Curry,<br>Golden State Warriors LLC,<br>Shaquille ONeal,<br>William Trevor Lawrence,<br>Shohei Ohtani,<br>Naomi Osaka and<br>Lawrence Gene David<br>Caroline Ellison,<br>Sam Trabucco,<br>Gary Wang,<br>Nishad Singh,<br>Dan Friedberg, | United States District Court for the Southern District of Florida | 1:22-cv-23753<br>(First Filed Action) | K. Michael Moore |
| Plaintiffs:<br>Gregg Podalsky,<br>Skyler Lindeen,<br>Alexander Chernyavsky,<br>Gary Gallant and | United States District Court for the Southern District of Florida | 1:22-cv-23983<br>(Consolidated with *Garrison v. Bankman-Fried*) | K. Michael Moore |

| | | | |
|---|---|---|---|
| David Nicol<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Thomas Brady,<br>Gisele Bundchen,<br>Kevin OLeary,<br>Udonis Haslem,<br>David Ortiz,<br>Stephen Curry,<br>Golden State Warriors LLC,<br>Shaquille ONeal,<br>William Trevor Lawrence,<br>Shohei Ohtani,<br>Naomi Osaka and<br>Lawrence Gene David<br>Caroline Ellison,<br>Sam Trabucco,<br>Gary Wang,<br>Nishad Singh,<br>Dan Friedberg, | | | |
| Plaintiff:<br>Shengyun Huang<br>Michael Livieratos<br>Michael Norris<br>Brandon Rowan<br>Vijeth Shetty<br>Bo Yang<br><br>Defendant:<br>Thomas Brady,<br>Kevin OLeary, and<br>David Ortiz | United States District Court for the Southern District of Florida | 1:23-cv-20439 | Cecilia M. Altonaga |
| Plaintiff:<br>Michael Elliott Jessup<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Caroline Ellison,<br>Nishad Singh,<br>Gary Wang and<br>Sam Trabucco | United States District Court for the Northern District of California | 3:2022-cv-07666<br><br>(Motion to Consolidate pending in *Lam*) | Jacqueline Scott Corley |

| | | | |
|---|---|---|---|
| Plaintiff:<br>Russell Hawkins<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Caroline Ellison,<br>Zixiao Gary Wang,<br>Nishad Singh,<br>Armanino, LLP and<br>Prager Metis CPAs, LLC | United States District Court for the Northern District of California | 3:2022-cv-07620<br><br>(Motion to Consolidate pending in *Lam*) | Jacqueline Scott Corley |
| Plaintiffs:<br>Stephen T Pierce<br><br>Defendants:<br>Samuel Bankman-Fried,<br>Caroline Ellison,<br>Zixiao Wang,<br>Nishad Singh,<br>Armanino, LLP and<br>Prager Metis CPA's | United States District Court for the Northern District of California | 3:2022-cv-07444<br><br>(Motion to Consolidate pending in *Lam*) | Jacqueline Scott Corley |
| Plaintiffs:<br>Elliott Lam<br>(petitioner: Michael Elliott Jessup, Stephen T Pierce and Julie Chon Papadakis)<br><br>Defendants:<br>Sam Bankman-Fried, Caroline Ellison and<br>Golden State Warriors, LLC | United States District Court for the Northern District of California | 3:2022-cv-07336<br><br>(Motion to Consolidate pending) | Jacqueline Scott Corley |
| Plaintiffs:<br>Julie Chon Papadakis<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Caroline Ellison,<br>Zixiao Gary Wang,<br>Nishad Singh,<br>Armanino LLP and<br>Prager Metis CPAs, LLC | United States District Court for the Northern District of California | 3:2023-cv-00024<br><br>(Motion to Consolidate pending in *Lam*) | Jacqueline Scott Corley |

| Plaintiff:<br>Joewy Gonzalez<br><br>Defendants:<br>Silvergate Bank,<br>Silvergate Capital Corporation,<br>and<br>Alan J. Lane | United States District Court for the Southern District of California | 3:2022-cv-01981 | Roger T. Benitez |
|---|---|---|---|
| Plaintiffs:<br>Jose Tomas Sepulveda Zuleta,<br>Michael Lehrer, and<br>Tristan Newman<br><br>Defendants:<br>Silvergate Capital Corporation,<br>Alan J. Lane,<br>Christopher M. Lane,<br>Tyler J. Pearson, and<br>Jason Brenier | United States District Court for the Southern District of California | 3:2022-cv-01901<br><br>(Notice of Voluntary Dismissal Filed February 9, 2023) | Roger T. Benitez |
| Plaintiffs:<br>Andrawes Husary,<br>Francisco De Tomaso,<br>Soham Bhatia, and<br>Michael Hawwa<br><br>Defendants:<br>Silvergate Bank,<br>Silvergate Capital Corporation,<br>and Alan J. Lane | United States District Court for the Southern District of California | 3:2023-cv-00038<br><br>(Notice of Voluntary Dismissal Filed February 9, 2023) | Roger T. Benitez |