**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket Pending No. 4 |
|---|---|

**AMENDED PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on February 10, 2023, copies of the foregoing a) Motion for Transfer of Related Actions to the Southern District of Florida, b) Brief in Support of Motion for Transfer of Actions to the Southern District of Florida pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, and c) Schedule of Actions, were filed electronically through the CM/ECF system, and copies of same were sent by Email to all parties on the attached service list. In addition, pursuant to the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, Rule 3.2(d), copies were served to the Clerk of the Panel, United States Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NW, Room G-255, North Lobby, Washington, DC 20002-8041.

| US District Court for the Southern District of Florida<br>Wilkie D. Ferguson, Jr. United States Courthouse<br>400 North Miami Avenue<br>Miami, Florida 33128 ||
|---|---|
| **Norris et al v. Brady et al,**<br>**Case No.: 1:23-CV-20439, Chief Judge Cecilia M. Altonaga** ||
| *Counsel for Plaintiffs:*<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | *Counsel for Defendant* Thomas Brady<br><br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com |

Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street
Suite 1999
33130
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Miami, FL 33134
305-740-1423
joseph@moskowitz-law.com

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)

Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134
305-476-7400
zach@colson.com

Andrew B. Clubok
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com

Brittany M.J. Record
Latham & Watkins
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com

Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angels, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

714-540-1235
michele.johnson@lw.com

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com


*Counsel for Defendant Kevin O'Leary:*
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard
Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard
Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

**Garrison et al v. Bankman-Fried et al,**
**Case No.:  1:22-CV-23753, Judge K. Michael Moore**

| | |
|---|---|
| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
| Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>scasey@colson.com |
| Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street<br>Suite 1999<br>33130<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com | Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com |
| Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive) | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com |
| Alexander Boies<br>Boies Schiller Flexner LLP | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com |

333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

Tyler Evan Ulrich
Boies Schiller and Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
305-539-8400
Fax: 305-539-1307
Email: tulrich@bsfllp.com

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131

305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard
Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com


*Counsel for Defendant David Ortiz:*
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard
Ste 1800
Fort Lauderdale, FL 33301
954-759-8909

954-463-2224
jason.oletsky@akerman.com

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com


*Counsel for William Trevor Lawrence*
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526


*Counsel for Golden State Warriors, LLC*
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com


*Counsel for Samuel Bankman-Fried*
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com


Defendant, Stephen Curry
115 Stephanie Lane
Alamo, California 94507-1227

Defendant, Shaquille O'Neal
4012 Sahara Ct, Carrollton, TX 75010

Defendant, Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3

Defendant, Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

Defendant, Naomi Osaka
9621 Arby Dr.
Beverly Hills, California, 90210

Consol Defendant, Sam Trabucco
Address currently unknown

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

<table>
<tr><td></td><td>and<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>Consol Defendant, Dan Friedberg<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com</td></tr>
</table>

| Podalsky et al v. Bankman-Fried et al, |
| :---: |
| Case No.: 1:22-cv-23983, Judge Beth Bloom |

| Counsel for Plaintiffs: | Counsel for Defendants Thomas Brady, Gisele Bundchen, and Lawrence Gene David: |
| :--- | :--- |
| Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com |
| Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street<br>Suite 1999<br>33130<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com | Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com |
| Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com |
| Stephen N. Zack | Brittany M.J. Record |

| | |
|---|---|
| Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive) | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com |
| | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com |
| | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com |
| | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse |

Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com


*Counsel for Defendant Kevin O'Leary:*
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard
Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.

West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com


*Counsel for Defendant David Ortiz:*
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard
Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com


*Counsel for Trevor Lawrence*
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526


*Counsel for Golden State Warriors, LLC*

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com


*Counsel for Samuel Bankman-Fried*
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com


Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-


Defendant Sam Trabucco
Address currently unknown

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com


Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004

T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
and
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone


Defendant Dan Friedberg
c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello
PC
565 Fifth Avenue
New York, NY  10017
212.880.9555
tkasulis@maglaw.com

Defendant Stephen Curry
115 Stephanie Lane
Alamo, California 94507-1227

Defendant Shaquille ONeal
4012 Sahara Ct, Carrollton, TX 75010

Defendant Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, California, 90210

**US District Court for the Northern District of California**

**Phillip Burton Federal Building & United States Courthouse**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

### Papadakis v. Bankman-Fried et al,
### Case No.: 3:23-CV-00024, Judge Jacqueline Scott Corley

| | |
|---|---|
| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
| | Ann Marie Mortimer |
| Frederic S. Fox | Hunton Andrews Kurth LLP |
| Kaplan Fox & Kilsheimer | 550 South Hope Street, Suite 2000 |
| 850 Third Avenue | Los Angeles, CA 90071 |
| 14th Floor | 213-532-2103 |
| New York, NY 10022 | amortimer@HuntonAK.com |
| 212-687-1980 | |
| FFox@kaplanfox.com | Kirk Austin Hornbeck |
| | Hunton Andrews Kurth LLP Los Angeles |
| Jeffrey Philip Campisi | Office |
| Kaplan Fox and Kilsheimer LLP | 550 S. Hope Street |
| 850 Third Avenue | Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2000 |
| jcampisi@kaplanfox.com | 213-532-2020 |
| | khornbeck@HuntonAK.com |
| Joel B. Strauss | |
| Kaplan Fox & Kilsheimer LLP | Thomas Richard Waskom |
| 805 Third Avenue | Hunton Andrews Kurth LLP |
| 14th Floor | 951 East Byrd St. |
| New York, NY 10022 | Richmond, VA 23219 |
| 212-687-1980 | 804-788-8403 |
| 212-687-7714 | twaskom@HuntonAK.com |
| jstrauss@kaplanfox.com | |
| | _____ |
| Kathleen A. Herkenhoff | *Counsel for Defendant Prager Metis CPAs,* |
| Kaplan Fox & Kilsheimer LLP | *LLC:* |
| 1999 Harrison Street, Suite 1560 | Bruce Roger Braun |
| Oakland, CA 94612 | Sidley Austin LLP |
| 415-772-4700 | One S. Dearborn |
| 415-772-4707 | Chicago, Il 60603 |
| Kherkenhoff@kaplanfox.com | 312-853-7000 |
| | 312-853-7036 |
| Laurence D. King | bbraun@sidley.com |
| Kaplan Fox & Kilsheimer LLP | |
| 1999 Harrison Street, Suite 1560 | Joanna Rubin Travalini |
| Oakland, CA 94612 | Sidley Austin LLP |
| 415-772-4700 | One South Dearborn Street |
| 415-772-4707 | Chicago, IL 60603 |

| | |
|---|---|
| lking@kaplanfox.com | 312-853-2077 jtravalini@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com<br><br><br>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>c/o Alex B. Miller<br>Fried Frank |

|  | One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |
|---|---|

### Jessup v. Bankman-Fried et al,
### Case No.: 3:22-cv-07666-JSC, Judge Jacqueline Scott Corley

| *Counsel for Plaintiff:*<br><br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and |
|---|---|

<table>
<tr><td></td><td>

c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
and
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

Defendant Sam Trabucco
Address currently unknown

</td></tr>
</table>

**Hawkins v. Bankman-Fried et al,**
**Case No.: 3:22-CV-07620, Judge Jacqueline Scott Corley**

<table>
<tr><td>

*Counsel for Plaintiff:*

Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
310-405-7190
jpafiti@pomlaw.com

Eitan Kimelman
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street
Suite 4600
New York, NY 10165
212-697-6484
212-697-7296
eitank@bgandg.com

J Alexander Hood, II
Pomerantz LLP
600 Third Avenue, 20th Floor

</td><td>

Defendant Samuel Bankman-Fried
c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

</td></tr>
</table>

| | |
|---|---|
| New York, NY 10016<br>212-661-1100<br>212-661-8665<br>ahood@pomlaw.com<br><br>Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665<br>jalieberman@pomlaw.com<br><br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>peretz@bgandg.com | Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><br><br>Thomas Richard Waskom |

|  | Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |
|---|---|
| **Pierce et al v. Bankman-Fried et al,**<br>**Case No.: 3:22-CV-07444, Judge Jacqueline Scott Corley** ||
| *Counsel for Plaintiffs:*<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com | Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br>c/o Andrew Goldstein |

|  | Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br><br>*Counsel for Defendant Armanino LLP:*<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>---<br>*Counsel for Defendant Prager Metis CPAs, LLC:*<br>Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com<br><br><br>Joanna Rubin Travalini |

|  | Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |
|---|---|

| **Lam et al v. Bankman-Fried,**<br>**Case No.: 3:22-CV-07336, Judge Jacqueline Scott Corley** ||
|---|---|
| *Counsel for Plaintiff, Elliott Lam:*<br><br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br><br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>kkessler@audetlaw.com<br><br>Laurence D. King | Defendant Sam Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Defendant Caroline Ellison<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Defendant Golden State Warriors, LLC<br>c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street |

| | |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |

Ling Yue Kuang
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
415-568-2555
415-568-2556
lkuang@audetlaw.com

Robert Lawrence Lieff
PO Drawer A
Rutherford, CA 94573
415-250-4800
rlieff@lieff.com

_____

*Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:*

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Todd M. Logan
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
415-373-9435
tlogan@edelson.com

_____

*Counsel for Plaintiff, Russell Hawkins:*

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560

Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

_____

*Counsel for Plaintiff, Stephen T. Pierce:*

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

**US District Court for the Southern District of California**

**Edward J. Schwartz United States Courthouse**
**221 West Broadway**
**San Diego, CA 92101**

**Gonzalez v. Silvergate Bank et al;**
**Case No.: 3:22-CV-01981; Judge Roger T. Benitez**

| *Counsel for Plaintiffs* | *Counsel for Defendant Silvergate Bank* |
|---|---|
| Adam E. Polk<br>Girard Sharp LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com | John Michael Landry<br>Sheppard Mullin Richter &<br>Hampton<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com |
| Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com | Madalyn Annabel Macarr<br>Sheppard Mullin Richter &<br>Hampton<br>333 S. Hope Street<br>43rd Floor<br>Los Angeles, CA 90071 |

Jason S Hartley
Hartley LLP
101 West Broadway
Suite 820
San Diego, CA 92101
619-400-5822
619-400-5832
hartley@hartleyllp.com

Jason M. Lindner
Stueve Siegel Hanson LLP
550 West C Street
Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com (Inactive)

Makenna Cox
Suite 1400
601 California Street
Suite 1400
San Francisco, CA 94108
415-981-4800
mcox@girardsharp.com

213-620-1780
213-620-1398
mmacarr@sheppardmullin.com

Polly Towill
Sheppard Mullin Richter and
Hampton LLP
333 South Hope Street
43rd Floor
Los Angeles, CA 90071 213-
617-5480
213-620-1398
ptowill@sheppardmullin.com

*Counsel for Defendant Silvergate Capital Corporation*
John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street
43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com

Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton
333 S. Hope Street
43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com

Polly Towill
Sheppard Mullin Richter and Hampton LLP
333 South Hope Street
43rd Floor
Los Angeles, CA 90071
213-617-5480
213-620-1398
ptowill@sheppardmullin.com

*Counsel for Defendant Alan J. Lane*

|  | John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |
|---|---|

### Sepulveda Zuleta et al v. Silvergate Capital Corporation et al, Case No.: 3:22-CV-01901; Judge Roger T. Benitez

| *Counsel for Plaintiffs* | *Counsel for Defendanst Silvergate Capital Corporation, Christopher M. Lane, Alan J. Lane, Tyler J. Pearson, Jason Brenier* |
|---|---|
| Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street<br>Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br><br>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street<br>Suite 200 | Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |

San Diego, CA 92110
619-215-1741
619-331-2943
jack@fitzgeraldjoseph.com

James M. Davis, IV
Casey Gerry LLP
110 Laurel Street
San Diego, CA 92101
619-238-1811
619-544-9232
jdavis@cglaw.com (Inactive)

Melanie Rae Persinger
Fitzgerald Joseph LLP
2341 Jefferson Street
Suite 200
San Diego, CA 92110
619-215-1741
melanie@fitzgeraldjoseph.com

Paul K. Joseph
Fitzgerald Joseph LLP
2341 Jefferson Street
Suite 200
San Diego, CA 92110
619-215-1741
paul@pauljosephlaw.com

Thomas Joseph O'Reardon, II
Blood Hurst & O'Reardon, LLP
501 West Broadway
Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
toreardon@bholaw.com

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway
Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
tblood@bholaw.com

John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street
43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com

Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton 333 S.
Hope Street
43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com

| | |
|---|---|
| Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street<br>Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | |

| **Husary et al v. Silvergate Bank et al,**<br>**Case No.: 3:23-CV-00038, Judge Roger T. Benitez** ||
|---|---|
| *Counsel for Plaintiffs Andrawes Husary,*<br>*Francisco De Tomaso, Soham Bhatia,*<br>*Michael Hawwa:*<br><br>Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway<br>Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway<br>Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street<br>36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street | *Counsel for Defendanst Silvergate Capital*<br>*Corporation, Silvergate Bank, and Alan J.*<br>*Lane*<br><br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com(Inactive)

Marcelo Diaz-Cortes
Levine Kellogg Lehman Schneider &
Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
md@lklsg.com

Matthew Whitacre Reiser
Reiser Law PC
1475 North Broadway
Suite 300
Walnut Creek, CA 94596
925-256-0400
matthew@reiserlaw.com

Michael J Reiser
Law Office of Michael Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
925-256-0400
925-476-0304
michael@reiserlaw.com

*Counsel for Plaintiffs Victoria J. Wilson*

Levine Kellogg Lehman Schneider Grossman
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
305-403-8789
vjw@lklsg.com

**US Judicial Panel on Multidistrict Litigation**

**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, NE**
**Room G-255, North Lobby**
**Washington, DC 20544-0005**

Dated: February 15, 2023                         Respectfully submitted,

By: ***/s/ Adam Moskowitz***
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

By: ***/s/ David Boies***
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: ***/s/ Stephen Neal Zack***
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By:** ***/s/Jose M. Ferrer***
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*