BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket: Pending No. 4 |
|---|---|

### PETITIONERS' MOTION TO CORRECT PROOF OF SERVICE

Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol (the "Petitioners") hereby move for leave to file the corrected Proof of Service of their Motion for Transfer of Related Actions to the Southern District of Florida, attached as **Exhibit A**. In support of the motion, Petitioners state:

1. On February 10, 2023, Petitioners filed their Motion for Transfer of Related Actions to the Southern District of Florida. Accompanying that motion was Petitioners' Brief in Support, a Schedule of Actions, and a Proof of Service.

2. Pursuant to Rule 6.1(b)(iv) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Petitioners attached to the Proof of Service "a copy of all complaints and docket sheets for all actions listed on the Schedule." The docket sheets provided by Petitioners were obtained from Westlaw.

3. The JPML Case Administrator contacted Petitioners and advised that the attached Second Corrected Proof of Service should be filed with this motion.

Accordingly, the Petitioners respectfully requests that the Panel grant this motion and grant Petitioner leave to file the attached Corrected Proof of Service.

*In re: FTX Collapse Litigation*

Dated: February 16, 2023               Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*