BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX LITIGATION | MDL Docket 3076 |
|---|---|

**SCHEDULE OF ACTIONS**

| *Garrison et al v. Bankman-Fried et al* (S.D. Fla. 1:22-cv-23753) ||||
|---|---|---|---|
| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
| Plaintiffs:<br>Edwin Garrison,<br>Gregg Podalsky,<br>Skyler Lindeen,<br>Alexander Chernyavsky,<br>Gary Gallant and<br>David Nicol<br>Sunil Kavuri<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Thomas Brady,<br>Gisele Bundchen,<br>Kevin OLeary,<br>Udonis Haslem,<br>David Ortiz,<br>Stephen Curry,<br>Golden State Warriors LLC,<br>Shaquille ONeal,<br>William Trevor Lawrence,<br>Shohei Ohtani,<br>Naomi Osaka and<br>Lawrence Gene David<br>Caroline Ellison,<br>Sam Trabucco,<br>Gary Wang,<br>Nishad Singh,<br>Dan Friedberg, | United States District Court for the Southern District of Florida | 1:22-cv-23753<br>(First Filed Action) | K. Michael Moore |

| | | | |
|---|---|---|---|
| *Podalsky et al v. Bankman-Fried et al,* (S.D. Fla. 1:22-cv-23983) | | | |
| Plaintiffs:<br>Gregg Podalsky,<br>Skyler Lindeen,<br>Alexander Chernyavsky,<br>Gary Gallant and<br>David Nicol<br><br>Defendant:<br>Samuel Bankman-Fried,<br>Thomas Brady,<br>Gisele Bundchen,<br>Kevin OLeary,<br>Udonis Haslem,<br>David Ortiz,<br>Stephen Curry,<br>Golden State Warriors LLC,<br>Shaquille ONeal,<br>William Trevor Lawrence,<br>Shohei Ohtani,<br>Naomi Osaka and<br>Lawrence Gene David<br>Caroline Ellison,<br>Sam Trabucco,<br>Gary Wang,<br>Nishad Singh,<br>Dan Friedberg, | United States District Court for the Southern District of Florida | 1:22-cv-23983<br><br>(Consolidated with *Garrison v. Bankman-Fried*) | K. Michael Moore |
| *Norris et al v. Brady et al,* (S.D. Fla. 1:23-cv-20439) | | | |
| Plaintiff:<br>Shengyun Huang<br>Michael Livieratos<br>Michael Norris<br>Brandon Rowan<br>Vijeth Shetty<br>Bo Yang<br><br>Defendant:<br>Thomas Brady,<br>Kevin OLeary, and<br>David Ortiz | United States District Court for the Southern District of Florida | 1:23-cv-20439 | K. Michael Moore |