# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of

Appearance and this Certificate of Service were electronically filed with the Clerk of the JPML

by using the CM/ECF and was served on all counsel or parties in manners indicated and

addressed as follows:

| Service List | |
|---|---|
| *Counsel for Plaintiffs in Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.):<br><br>Via Electronic Mail<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street<br>Suite 1999<br>Miami, FL 33131 - 33130<br>305-374-0440<br>jose@markmigdal.com | *Counsel for Defendant Thomas Brady*<br>*Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>AND<br><br>*Counsel for Defendant Gisele Bundchen*<br>*Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>AND<br><br>*Counsel for Defendant Lawrence Gene David*<br>*Garrison et al v. Bankman-Fried et al,* |

-1-

| | |
|---|---|
| Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | Case No. 1:22-CV-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, Case<br>No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>Via Electronic Mail |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive) | Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br><br>Andrew B. Clubok |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br><br>Brittany M.J. Record |
| David Boies<br>Boies Schiller Flexner LLP 333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100 |
| Counsel for Plaintiffs in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.):<br><br>Via Electronic Mail<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC | Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067 |

**PROOF OF SERVICE**                                                    MDL No. 3076

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | 424-653-5500<br>Jessica.stebbinsbina@lw.com<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com |
| Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>476-7444<br>bob@colson.com<br><br>─────────────────────────── |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | Counsel for Defendant Kevin O'Leary in:<br>*Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><div align="right">Via Electronic Mail</div> |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131 | Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131 |

**PROOF OF SERVICE**                                    **MDL No. 3076**

<table>
<tr>
<td>

305-539-8400
Fax: 305-539-1307
Email: tulrich@bsfllp.com

_____

Counsel for Plaintiffs in *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):
Via Electronic Mail

Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com

Joseph M. Kaye
The Moskowitz Law Firm, PLLC 2 Alhambra Plaza, Suite 601 Miami, FL 33134
305-740-1423
joseph@moskowitz-law.com

Stephen N. Zack
Boies Schiller & Flexner 100 SE 2nd Street Suite 2800, Miami Tower Miami, FL 33131-2144 305-539-8400
305-539-1307
szack@bsfllp.com
Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)

Alexander Boies
Boies Schiller Flexner LLP 333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP 333 Main Street
Armonk, NY 10504

</td>
<td>

305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

_____

Counsel for Defendant David Ortiz in *Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.):
Via Electronic Mail

Christopher Stephen Carver A
kerman LLP

</td>
</tr>
</table>

-4-

**PROOF OF SERVICE**                                                    **MDL No. 3076**

914-749-8200
dboies@bsfllp.com

_____

Counsel for Plaintiff in *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.):
                           Via Electronic Mail

Frederic S. Fox
Kaplan Fox & Kilsheimer
850 Third Avenue
14th Floor
New York, NY 10022
212-687-1980
FFox@kaplanfox.com

Jeffrey Philip Campisi
Kaplan Fox and Kilsheimer LLP
850 Third Avenue
New York, NY 10022
212-687-1980
jcampisi@kaplanfox.com

Joel B. Strauss
Kaplan Fox & Kilsheimer LLP 805 Third Avenue
14th Floor
New York, NY 10022
212-687-1980
212-687-7714
jstrauss@kaplanfox.com

Kathleen A. Herkenhoff
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
Kherkenhoff@kaplanfox.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP 1999 Harrison Street, Suite 1560 Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

Counsel for Defendant William Trevor Lawrence in: *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.):
                           Via Electronic Mail

David Alan Rothstein
Alexander Manuel Peraza
Eshaba Jahir-Sharuz
Dimond Kaplan & Rothstein
2665 South Bayshore Drive, PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 374-1961
Email: drothstein@dkrpa.com
Email: aperaza@dkrpa.com
Email: eshaba@dkrpa.com

Eric A. Fitzgerald
Hillary N. Ladov
McAngus Goudelock & Courie LLC

**PROOF OF SERVICE**                                    **MDL No. 3076**

| | |
|---|---|
| _____<br><br>Counsel for Plaintiff in *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.):<br><div align="right">Via Electronic Mail</div><br>P. Solange Hilfinger-Pardo Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111 415-212-9300<br>shilfingerpardo@edelson.com<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor San Francisco, CA 94111 (415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com<br><br>_____<br><br>Counsel for Plaintiff in *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.):<br><div align="right">Via Electronic Mail</div><br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor Los Angeles, CA 90024<br>310-405-7190<br>jpafiti@pomlaw.com<br>Christopher Phillip Taylor Tourek<br>Joshua B. Silverman<br>Pomerantz LLP<br>10 S LaSalle St<br>Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>ctourek@pomlaw.com<br>jbsilverman@pomlaw.com<br><br>Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC 60 East 42nd Street<br>Suite 4600 | 2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>Email: hillary.ladov@mgclaw.com<br>_____<br><br>*Counsel for* Defendant *Golden State Warriors, LLC* in *Garrison et al v. Bankman-Fried et al,* Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.); *Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC<br><div align="right">Via Electronic Mail</div><br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br>_____<br><br>*Counsel for* Defendant *Samuel Bankman-Fried* in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.);<br><div align="right">Via Electronic Mail</div><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246 |

**PROOF OF SERVICE**                                    **MDL No. 3076**

New York, NY 10165
212-697-6484
212-697-7296
eitank@bgandg.com

J Alexander Hood, II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
jalieberman@pomlaw.com

Peretz Bronstein
Bronstein Gewirtz & Grossman, LLC 60 East
42nd Street, Suite 4600 New York, NY 10165
212-697-6484
212-697-7296
peretz@bgandg.com

Counsel for Plaintiffs in *Pierce et al v.
Bankman-Fried et al*, Case No. 3:22-CV-
07444-JSC (N.D. Cal.):
Patrick Yarhorough
Foster Yarborough PPLC
917 Houston TX, 77002
713.513.5202
email: patrick@fosteryarborough.com

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

Steven C. Vondran

jmishkin@mmwr.com

---

*Defendant, Stephen Curry in Garrison et al v.
Bankman-Fried et al*, Case No. 1:22-CV-
23753-KMM (S.D. Fla.); *Podalsky et al v.
Bankman-Fried et* al, Case No. 1:22-cv-
23983-KMM (S.D. Fla.):
                                    via U.S. Mail

115 Stephanie Lane
Alamo, California 94507-1227

---

Defendant, Shaquille O'Neal in *Garrison et
al v. Bankman-Fried et al*, Case No. 1:22-CV-
23753-KMM (S.D. Fla.); *Podalsky et al v.
Bankman-Fried et* al, Case No. 1:22-cv-
23983-KMM (S.D. Fla.):
                                    via U.S. Mail

4012 Sahara Ct,
Carrollton, TX 75010

---

Defendant, Udonis Haslem in *Garrison et al
v. Bankman-Fried et al*, Case No. 1:22-CV-
23753-KMM (S.D. Fla.); *Podalsky et al v.
Bankman-Fried et* al, Case No. 1:22-cv-
23983-KMM (S.D. Fla.):
                                    via U.S. Mail

5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3

---

Defendant, Shohei Ohtani in *Garrison et al v.
Bankman-Fried et al*, Case No. 1:22-CV-
23753-KMM (S.D. Fla.); *Podalsky et al v.
Bankman-Fried et* al, Case No. 1:22-cv-
23983-KMM (S.D. Fla.):
                                    via U.S. Mail

2000 Gene Autry Way
Anaheim, California, 92806

-7-

| | |
|---|---|
| The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com<br><br>Counsel for Plaintiff, Elliott Lam in *Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC (N.D. Cal.):<br><div align="right">Via Electronic Mail</div><br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br><br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>kkessler@audetlaw.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415-568-2555<br>415-568-2556<br>lkuang@audetlaw.com | Defendant, Naomi Osaka<br>*Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><div align="right">via U.S. Mail</div><br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br><br>Consol Defendant, Sam Trabucco in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.):<br><div align="right">Via U.S. Mail</div><br>36 Winner Circle,<br>Wells ME 04090-5174<br><br>Defendant Caroline Ellison in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.) *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.); *Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC:<br><div align="right">Via U.S. Mail</div><br>327 Franklin Street<br>Newton, MA 02458<br><br>and<br><div align="right">Via Electronic Mail</div> |

<div align="center">-8-</div>

**PROOF OF SERVICE** <div align="right">**MDL No. 3076**</div>

| | |
|---|---|
| Yaman Salahi<br>ysalahi@edelson.com<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br><br><br>Counsel for Plaintiffs in *Gonzalez v. Silvergate Bank et al*, Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.):<br><br>Via Electronic Mail<br><br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br><br>Daniel C. Girard Girard Sharp LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street<br>Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Makenna Cox | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>_____<br><br>Defendant Zixiao Gary Wang in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br>Via U.S. Mail<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>and<br>Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com<br>_____<br><br>Defendant Nishad Singh in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.): |

**PROOF OF SERVICE**                                    **MDL No. 3076**

| | |
|---|---|
| 601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com<br><br>_____<br><br>Counsel for Plaintiffs in *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, Case No.: 3:22-CV-01901- BEN-WVG (S.D. Cal.):<br>Via Electronic Mail<br><br>Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street<br>Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br><br>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>619-331-2943<br>jack@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><br>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br><br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200 | via U.S. Mail<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>and<br>Via Electronic Mail<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>_____<br><br>Consol Defendant, Dan Friedberg in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br>via U.S. Mail<br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>and<br>Via Electronic Mail<br><br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY  10017<br>212.880.9555<br>tkasulis@maglaw.com<br><br>_____<br><br>Counsel for Defendant Armanino LLP in: *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br>Via Electronic Mail<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP |

-10-

San Diego, CA 92110
619-215-1741
paul@pauljosephlaw.com

Thomas Joseph O'Reardon, II
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
toreardon@bholaw.com

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
tblood@bholaw.com

Trevor Matthew Flynn
Fitzgerald Joseph, LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
trevor@fitzgeraldjoseph.com

_____

Counsel for Plaintiffs Andrawes Husary,
Francisco De Tomaso, Soham Bhatia,
Michael Hawwa in *Husary et al v. Silvergate
Bank et al*, Case No. 3:23-CV-00038-BEN-
WVG (S.D. Cal.):
                                Via Electronic Mail

Isabella Martinez
Reiser Law PC
1475 North Broadway
Suite 300
Walnut Creek, CA 94596
925-256-0400
isabella@reiserlaw.com

Jason S Hartley
Hartley LLP
101 West Broadway

550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2103
amortimer@HuntonAK.com

Kirk Austin Hornbeck
Hunton Andrews Kurth LLP
Los Angeles Office
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2000
213-532-2020
khornbeck@HuntonAK.com

Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

_____

Counsel for Defendant Prager Metis CPAs,
LLC in *Papadakis v. Bankman-Fried et al*,
Case No. 3:23-CV-00024-JSC (N.D. Cal.);
*Hawkins v. Bankman-Fried et al*, Case No.
3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al
v. Bankman-Fried et al*, Case No. 3:22-CV-
07444-JSC (N.D. Cal.):
                                Via Electronic Mail

Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com

Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com

-11-

**PROOF OF SERVICE**                              **MDL No. 3076**

| | |
|---|---|
| Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street<br>36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com(Inactive)<br><br>Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com<br><br>Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway<br>Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>matthew@reiserlaw.com<br><br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400 | Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com<br><br>―――――――――――――<br><br>Counsel for Defendant Silvergate Bank in<br>*Gonzalez v. Silvergate Bank et al*, Case No.<br>3:22-CV-01981-BEN-WVG (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*, Case<br>No. 3:23-CV-00038-BEN-WVG (S.D. Cal.):<br><br>AND<br><br>Counsel for Defendant Silvergate Capital<br>Corporation in *Gonzalez v. Silvergate Bank et*<br>*al*, Case No. 3:22-CV-01981-BEN-WVG<br>(S.D. Cal.); *Husary et al v. Silvergate Bank et*<br>*al*, Case No. 3:23-CV-00038-BEN-WVG<br>(S.D. Cal.); *Sepulveda Zuleta et al v.*<br>*Silvergate Capital Corporation et al*, Case<br>No.: 3:22-CV-01901-BEN-WVG (S.D. Cal.):<br><br>AND<br><br>Counsel for Defendant Alan J. Lane in<br>*Gonzalez v. Silvergate Bank et al*, Case No.<br>3:22-CV-01981-BEN-WVG (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*, Case<br>No. 3:23-CV-00038-BEN-WVG (S.D. Cal.);<br>*Sepulveda Zuleta et al v. Silvergate Capital*<br>*Corporation et al*, Case No.: 3:22-CV-01901-<br>BEN-WVG (S.D. Cal.):<br><br>AND |

-12-

**PROOF OF SERVICE**                                                              **MDL No. 3076**

| | |
|---|---|
| 925-476-0304<br>michael@reiserlaw.com<br><br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com | Counsel for Defendant Christopher M. Lane, Tyler J. Pearson, Jason Brenier in *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, Case No.: 3:22-CV-01901-BEN-WVG (S.D. Cal.):<br>Via Electronic Mail<br><br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |

Respectfully submitted,
**EDELSON PC**

Dated: February 24, 2023

By: /s/ Yaman Salahi
Yaman Salahi
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300

*Counsel for Plaintiff Jessup*
Case No. 3:22-cv-07666-JSC (N.D. Cal)

**PROOF OF SERVICE**                                           **MDL No. 3076**