BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |
|---|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Connor O'Keefe<br><br>Defendant:<br>• Sequoia Capital Operations, LLC<br>• Silvergate Bank<br>• Signature Bank<br>• Deltec Bank and Trust Company Limited<br>• Farmington State Bank<br>• Jean Chalopin<br>• Thoma Bravo L.P<br>• Toggle Section<br>• Paradigm Operations LP.<br>• Temasek Holdings (Private) Limited<br>• Softbank Vision Fund (AIV M2) L.P.<br>• Ribbit Capital, L.P.<br>• Altimeter Capital Management, LP<br>• Multicoin Capital Management LLC<br>• Tiger Global Management, LLC<br>• Sino Global Capital Limited<br>• Fenwick & West LLP<br>• Prager Metis CPAs, LLC<br>• Armanino, LLP<br>• Softbank Group Corp. | United States District Court for the Southern District of Florida | 1:23-cv-20700 | Jose E. Martinez |