BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | MDL Docket 3076 |

# NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby notifies the Clerk of the JPML of the potential tag along action of *Magleby, et al. v. Silvergate Bank, et al.*, No. 3:23-cv-00669-AGT (N.D. Cal.).

The docket sheet and complaint are attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 1, 2023 | By: /s/ *Adam E. Polk* |
|  | Daniel C. Girard (SBN 114826)<br>Adam E. Polk (SBN 237000)<br>Tom Watts (SBN 308853)<br>Makenna Cox (SBN 326068)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Tel: (415) 981-4800<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com<br>mcox@girardsharp.com |
|  | *Attorneys for Plaintiffs* |