**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**ERRATA SHEET**

Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane (collectively, the "Silvergate Respondents") hereby submit the following corrections to the Notice of Withdrawal of Counsel [D.E. 34] filed on March 8, 2023.

Dated: March 8, 2023              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By:      */s/ Leo D. Caseria*

                                  *Counsel to Silvergate Respondents Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane*