BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX COLLAPSE LITIGATION | MDL No. 3076 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned notifies the Clerk of the JPML of the potential tag-along action of *Bhatia v. Silvergate Bank et al.*, No. 3:23-cv-00667-AGT (N.D. Cal.).

The docket sheet and complaint are attached.

Dated: March 3, 2023

Respectfully submitted,

/s/ Jason Kellogg
Jason Kellogg
jk@lklsg.com
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403.8788
Facsimile: (305) 403.8789

*Counsel for Plaintiff Soham Bhatia*