BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Nicole Keane hereby notifies the Clerk of the United States Judicial Panel on Multidistrict Litigation of a "tag-along action" captioned *Keane v. Silvergate Bank, et al.*, Case No. 4:23-cv-00670--JD (N.D. Cal.).

The docket sheet and civil complaint from *Keane v. Silvergate Bank*, are collectively attached hereto as Exhibit A.

Respectfully submitted,

Dated: March 3, 2023

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
THOMAS J. O'REARDON II
JAMES M. DAVIS

By:           *s/ Timothy G. Blood*
         TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

**FITZGERALD JOSEPH LLP**
Jack Fitzgerald
Paul K. Joseph
Melanie Persinger
Trevor M. Flynn
Caroline S. Emhardt
2341 Jefferson Street, Suite 200

00200224

1

San Diego, CA 92110
619/215-1741
jack@fitgeraldjoseph.com
paul@fitgeraldjoseph.com
melanie@fitgeraldjoseph.com
trevor@fitgeraldjoseph.com
caroline@fitgeraldjoseph.com

Counsel for Plaintiff *Nicole Keane*

*Keane v. Silvergate Bank. et. al.*
No. CAN/4:23-cv-00670 (N.D. Cal.)