BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## CERTIFICATE OF SERVICE

On **March 3, 2023**, I caused the foregoing **Notice of Potential Tag-Along Action** to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to any non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **March 3, 2023**.

*s/ Timothy G. Blood*

Timothy G. Blood
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

Counsel for Plaintiff *Nicole Keane*

*Keane v. Silvergate Bank, et. al.*
No. CAN/4:23-cv-00670 (N.D. Cal.)

00200200