**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & T<small>ITLE</small> - I<small>N RE</small>: _____

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____
Date                                           Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____           Fax No.: _____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX LITIGATION | MDL No. 3076 |

## PARTIES REPRESENTED LIST

**Silvergate Bank** and **Silvergate Capital Corporation** - defendants in the following potential tag-along actions: (1) *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667); (2) *Keane v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00670); and (3) *Magleby, et al.*, *v. Silvergate Bank, et al.*, (N.D. Cal. Case No. 3:23-cv-00669).

**Alan J. Lane** – defendant in the following potential tag-along action: (1) *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667).

# BEFORE THE UNITED STATES JUDICIAL PANEL

# ON MULTIDISTRICT LITIGATION

**IN RE:** FTX Collapse Litigation                                             MDL No. 3076

## NOTICES OF APPEARANCE
## SCHEDULE OF ACTIONS

|    | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|----|--------------|--------------|----------|------------------|-------|
| 1. | Joewy Gonzalez | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Southern District of California | 3:22-cv-01981 (Voluntarily Dismissed and Case Closed on February 13, 2023) | Roger T. Benitez |
| 2. | Jose Tomas Sepulveda Zuleta, Michael Lehrer, and Tristan Newman | Silvergate Capital Corporation, Alan J. Lane, Christopher M. Lane, Tyler J. Pearson, and Jason Brenier | United States District Court for the Southern District of California | 3:22-cv-01901 (Voluntarily Dismissed and Case Closed on February 10, 2023) | Roger T. Benitez |
| 3. | Andrawes Husary, Francisco De Tomaso, Soham Bhatia, and Michael Haww | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Southern District of California | 3:23-cv-00038 (Voluntarily Dismissed and Case Closed on February 10, 2023) | Roger T. Benitez |
| 4. | Matson Magleby and Golam Sakline | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00669 (Potential tag-along action) | Alex G Tse, Magistrate Judge |
| 5. | Soham Bhatia | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Northern District of California | 3:23-cv-00667 (Potential tag-along action) | Alex G Tse, Magistrate Judge |
| 6. | Nicole Keane | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00670 (Potential tag-along action) | James Donato |