BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX LITIGATION | MDL No. 3076 |

## PARTIES REPRESENTED LIST

**Silvergate Bank** and **Silvergate Capital Corporation** - defendants in the following potential tag-along actions: (1) *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667); (2) *Keane v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00670); and (3) *Magleby, et al.*, *v. Silvergate Bank, et al.*, (N.D. Cal. Case No. 3:23-cv-00669).

**Alan J. Lane** – defendant in the following potential tag-along action: (1) *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667).

# BEFORE THE UNITED STATES JUDICIAL PANEL

# ON MULTIDISTRICT LITIGATION

**IN RE:** FTX Collapse Litigation                                    MDL No. 3076

## NOTICES OF APPEARANCE
## SCHEDULE OF ACTIONS

|    | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|----|---|---|---|---|---|
| 1. | Joewy Gonzalez | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Southern District of California | 3:22-cv-01981 (Voluntarily Dismissed and Case Closed on February 13, 2023) | Roger T. Benitez |
| 2. | Jose Tomas Sepulveda Zuleta, Michael Lehrer, and Tristan Newman | Silvergate Capital Corporation, Alan J. Lane, Christopher M. Lane, Tyler J. Pearson, and Jason Brenier | United States District Court for the Southern District of California | 3:22-cv-01901 (Voluntarily Dismissed and Case Closed on February 10, 2023) | Roger T. Benitez |
| 3. | Andrawes Husary, Francisco De Tomaso, Soham Bhatia, and Michael Haww | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Southern District of California | 3:23-cv-00038 (Voluntarily Dismissed and Case Closed on February 10, 2023) | Roger T. Benitez |
| 4. | Matson Magleby and Golam Sakline | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00669 (Potential tag-along action) | Alex G Tse, Magistrate Judge |
| 5. | Soham Bhatia | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Northern District of California | 3:23-cv-00667 (Potential tag-along action) | Alex G Tse, Magistrate Judge |
| 6. | Nicole Keane | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00670 (Potential tag-along action) | James Donato |