## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT
## LITIGATION

| | |
|---|---|
| **IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | **MDL Docket 3076** |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 8, 2023, a copy of the foregoing (1) Corporate Disclosure Statement; (2) Schedule of Action; and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email or mail as follows:

| US District Court for the Southern District of Florida | |
|---|---|
| **Norris et al v. Brady et al, Case No.: 1:23-CV-20439** | |
| *Counsel for Plaintiffs:* | *Counsel for Defendant* Thomas Brady |
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz | Stephanie Anne Casey |
| The Moskowitz Law Firm, | Colson Hicks Eidson |
| PLLC 2 Alhambra Plaza, Suite | 255 Alhambra Circle, |
| 601 Coral Gables, FL 33134- | PH Coral Gables, FL |
| 6036 305-740-1423 | 33134 305-476-7400 |
| adam@moskowitz-law.com | 305-476-7444 |
| Via Electronic Mail | scasey@colson.com |
| Jose Manuel Ferrer | Via Electronic Mail |
| Mark Migdal and Hayden | Zachary Andrew Lipshultz |
| 80 SW 8 Street, Suite 1999 | Colson Hicks Eidson |
| Miami, FL 33131 | 255 Alhambra Circle |
| 305-374-0440 | Coral Gables, FL |
| jose@markmigdal.com | 33134 305-476-7400 |
| Via Electronic Mail | zach@colson.com |
| Joseph M. Kaye | Via Electronic Mail |
| The Moskowitz Law Firm, | Andrew B. Clubok |
| PLLC 2 Alhambra Plaza, Suite | Latham & Watkins LLP |
| 601 | 555 Eleventh Street, NW, Suite 1000 |
| Miami, FL 33134 | Washington, DC 20004 |
| 305-740-1423 | 202-637-2200 |
| joseph@moskowitz-law.com | andrew.clubok@lw.com |
| Via Electronic Mail | Via Electronic Mail |
| Stephen N. Zack | Brittany M.J. Record |

Boies Schiller & Flexner 100 SE 2nd Street
Suite 2800, Miami
Tower Miami, FL
33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com
                                   Via Electronic Mail
Ursula Ungaro
Boies Schiller Flexner
LLP 100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)
                                   Via Electronic Mail
Alexander Boies
Boies Schiller Flexner
LLP 333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com
                                   Via Electronic Mail
David Boies
Boies Schiller Flexner
LLP 333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com
                                   Via Electronic Mail
Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
                                   Via Electronic Mail
Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com
                                   Via Electronic Mail
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com
                                   Via Electronic Mail
Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com
                                   Via Electronic Mail
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

| | Via Electronic Mail |
|---|---|
| | Roberto Martinez Colson<br>Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>476-7444<br>bob@colson.com<br><br>*Counsel for Defendant Kevin O'Leary:* |
| | Via Electronic Mail |
| | Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP 2<br>South Biscayne Blvd.Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com |
| | Via Electronic Mail |
| | Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750  2<br>South Biscayne Boulevard Miami,<br>FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com |
| | Via Electronic Mail |
| | Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com |
| | Via Electronic Mail |
| | Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard, Suite 1750<br>Miami, FL 33131<br>305-400-4268<br>mpineiro@mnrlawfirm.com |
| | Via Electronic Mail |
| | Andrew B. Brettler Berk Brettler<br>LLP 9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com |

|  | *Counsel for Defendant David Ortiz:* |
|---|---|
|  | Via Electronic Mail |
|  | Christopher Stephen Carver |
|  | Akerman LLP |
|  | 201 East Las Olas Blvd., Suite 1800 |
|  | Ft. Lauderdale, FL 33301 |
|  | 954-463-2700 |
|  | 954-468-2454 |
|  | christopher.carver@akerman.com |
|  | Via Electronic Mail |
|  | Jason Samuel Oletsky |
|  | Akerman LLP |
|  | 201 East Las Olas Boulevard, Ste 1800 |
|  | Fort Lauderdale, FL 33301 |
|  | 954-759-8909 |
|  | 954-463-2224 |
|  | jason.oletsky@akerman.com |
|  | Via Electronic Mail |
|  | Katherine Ann Johnson |
|  | Akerman LLP |
|  | 201 E. Las Olas Blvd., Suite 1800 Fort Lauderdale, FL 33301 |
|  | 954-463-2700 |
|  | 954-463-2224 |
|  | Katie.johnson@akerman.com |

**US District Court for the Southern District of Florida**
**Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz | Stephanie Anne Casey |
| The Moskowitz Law Firm, PLLC 2 Alhambra Plaza, Suite 601 Coral Gables, FL 33134-6036 305-740-1423 | Colson Hicks Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 305-476-7400 |
| adam@moskowitz-law.com | scasey@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Jose Manuel Ferrer | Zachary Andrew Lipshultz |
| Mark Migdal and Hayden 80 SW 8 Street, Suite 1999 Miami, FL 33131 305-374-0440 | Colson Hicks Eidson 255 Alhambra Circle Coral Gables, FL 33134 305-476-7400 |
| jose@markmigdal.com | zach@colson.com |

| | |
|---|---|
| Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | Via Electronic Mail<br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com |
| Via Electronic Mail<br>Stephen N. Zack<br>Boies Schiller &<br>Flexner 100 SE 2nd<br>Street<br>Suite 2800, Miami<br>Tower Miami, FL<br>33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | Via Electronic Mail<br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com |
| | Via Electronic Mail<br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com |
| Via Electronic Mail<br>Ursula Ungaro<br>Boies Schiller Flexner<br>LLP 100 SE 2nd Street,<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive) | Via Electronic Mail<br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100 Los<br>Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com |
| Via Electronic Mail<br>Alexander Boies<br>Boies Schiller Flexner<br>LLP 333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | Via Electronic Mail<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com |
| Via Electronic Mail<br>David Boies<br>Boies Schiller Flexner<br>LLP 333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | Via Electronic Mail<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor Costa<br>Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com |
| Via Electronic Mail | |

| | |
|---|---|
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | *Via Electronic Mail*<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com<br><br>*Via Electronic Mail*<br>Roberto Martinez Colson<br>Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134-2351 305-476-7400<br>bob@colson.com<br><br>*Counsel for Defendant Kevin O'Leary:*<br>*Via Electronic Mail*<br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP 2 South Biscayne Blvd.  Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br><br>*Via Electronic Mail*<br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750  2 South Biscayne Boulevard Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br><br>*Via Electronic Mail*<br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>*Via Electronic Mail*<br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard, Suite 1750<br>Miami, FL 33131<br>305-400-4268 |

mpineiro@mnrlawfirm.com
                      Via Electronic Mail
Andrew B. Brettler Berk Brettler
LLP 9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                      Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Ft. Lauderdale, FL 33301
954-463-2700
954-468-2454
christopher.carver@akerman.com
                      Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                      Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800 Fort
Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*
                      Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300 Direct:803-
227-2292 Fax:803-748-0526


                      Via Electronic Mail

**Dimond Kaplan & Rothstein, P.A.**
David A. Rothstein
2665 S. Bayshore Dr., PH-2B
Miami, FL  33133
Telephone: 305-374-1920
Fax: 305-374-1961
DRothstein@dkrpa.com

*Counsel for Golden State Warriors, LLC*

Via Electronic Mail

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn 555
Mission Street
San Francisco, CA 94105-0921 Tel
+1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried*

Via Electronic Mail

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Via Mail

Defendant, Stephen Curry
28 Selby Ln, Atherton, CA 94027

Via Mail

Defendant, Shaquille O'Neal
4012 Sahara Ct, Carrollton, TX 75010

Via Mail

Defendant, Udonis Haslem 5450
SW 192nd Terrace
Southwest Ranches, Florida 33332-3

Via Mail

Defendant, Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

Via Mail

Defendant, Naomi Osaka
9621 Arby Dr.
Beverly Hills, California, 90210

Via Mail

Consol Defendant, Sam Trabucco 36

Winner Circle,
Wells ME 04090-5174

                                    Via Mail

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
                              Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com


                                    Via Mail

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
                              Via Electronic Mail

c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004 T:
+1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

                                    Via Mail

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035 and
                              Via Electronic Mail

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
                              Via Electronic Mail

Consol Defendant, Dan Friedberg
c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue New
York, NY 10017
212.880.9555
tkasulis@maglaw.com

|  |  |
|--|--|

| **US District Court for the Southern District of Florida**<br>**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983** ||

| *Counsel for Plaintiffs:*<br><div align="right">Via Electronic Mail</div>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC 2<br>Alhambra Plaza, Suite 601 Coral<br>Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><div align="right">Via Electronic Mail</div>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><div align="right">Via Electronic Mail</div>Joseph M. Kaye<br>The Moskowitz Law Firm,<br>PLLC 2 Alhambra Plaza, Suite<br>601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><div align="right">Via Electronic Mail</div>Stephen N. Zack<br>Boies Schiller &<br>Flexner 100 SE 2nd<br>Street<br>Suite 2800, Miami<br>Tower Miami, FL<br>33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><div align="right">Via Electronic Mail</div>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite<br>2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com | *Counsel for Defendants Thomas Brady,*<br>*Gisele Bundchen, and Lawrence Gene David:*<br><div align="right">Via Electronic Mail</div>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br><div align="right">Via Electronic Mail</div>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br><div align="right">Via Electronic Mail</div>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br><div align="right">Via Electronic Mail</div>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><div align="right">Via Electronic Mail</div>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com |

Via Electronic Mail

Alexander Boies
Boies Schiller Flexner
LLP 333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

Via Electronic Mail

David Boies
Boies Schiller Flexner
LLP 333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

Via Electronic Mail

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com

Via Electronic Mail

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Via Electronic Mail

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Via Electronic Mail

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Via Electronic Mail

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*

Via Electronic Mail

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
                              Via Electronic Mail
Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

                              Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                              Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                              Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Ft. Lauderdale, FL 33301
954-463-2700
954-468-2454
christopher.carver@akerman.com

Jason Samuel Oletsky

Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                              Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for Trevor Lawrence*
                              Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*
                              Via Electronic Mail
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried*
                              Via Electronic Mail
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

| | |
|---|---|
| | Via Mail<br>Defendant Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br>Via Mail<br>Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174<br>Via Mail<br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and       Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>Via Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>And      Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>Via Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and      Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>Via Electronic Mail<br>Defendant Dan Friedberg<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello<br>PC |

<table>
<tr><td></td><td>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com<br><div align="right">Via Mail</div>Defendant Stephen Curry<br>28 Selby Ln, Atherton, CA 94027<br><div align="right">Via Mail</div>Defendant Shaquille ONeal<br>4012 Sahara Ct, Carrollton, TX 75010<br><div align="right">Via Mail</div>Defendant Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806<br><div align="right">Via Mail</div>Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210</td></tr>
</table>

**O'Keefe et al v Sequoia Capital Operations, LLC et al**
**Case No.: 1:23-CV-20700, Judge Jose E. Martinez**

<table>
<tr><td>*Counsel for Plaintiff:*<br><div align="right">Via Electronic Mail</div>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br><div align="right">Via Electronic Mail</div>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br><div align="right">Via Electronic Mail</div>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com</td><td><div align="right">Via Mail</div>Defendant, Sequoia Capital Operations, LLC<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><div align="right">Via Mail</div>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700, Glendale, CA 91203<br><div align="right">Via Mail</div>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br><div align="right">Via Mail</div>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas</td></tr>
</table>

Via Electronic Mail

C. Hogan Paschal
Fishman Haygood L.L.P.
201 St. Charles Avenue, 46th Floor New
Orleans, LA 70170
(504) 586-5252
Email: hpaschal@fishmanhaygood.com

Via Electronic Mail

James R. Swanson
Fishman Haygood L.L.P.
201 St. Charles Avenue, 46th Floor New
Orleans, LA 70170
(504) 586-5252
Email: jswanson@fishmanhaygood.com

Via Electronic Mail

Kerry James Miller
Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
504-586-5252
Email: kmiller@fishmanhaygood.com

Via Electronic Mail

Monica Bergeron
Fishman Haygood
L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
(504) 586-5252
Email: mbergeorn@fishmanhaygood.com

Via Electronic Mail

Timothy Andrew Kolaya
Stumphauzer Kolaya Nadler & Sloman,
PLLC 2 S. Biscayne Boulevard, Suite 1600
Miami, FL 33131
305-614-1400
Fax: 305-614-1425
Email: tkolaya@sknlaw.com

Via Mail

Defendant, Farmington State Bank
d/b/a Moonstone Bank
103 North First Street
Farmington, WA 99128

Via Mail

Defendant, Jean Chalopin
Deltec Houst, Lyford Cay
Nassau, Bahamas

Via Mail

Defendant, Thoma Bravo L.P.
Through It's Registered Agent,
CT Corporation System
28 Liberty Street
New York, NY 10005

Via Mail

Defendant, Paradigm Operations LP
Through It's Registered Agent, Cogency
Global, Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Via Mail

Defendant, Temasek Holdings (Private)
Limited
Through It's Registered Agent, Corporation
Service Company 251 Little Falls Drive
Wilmington, DE 19808

Via Mail

Defendant, Softbank Vision Fund (AIV M2)
L.P.
Through It's Registered Agent, Corporation
Service Company 251 Little Falls Drive
Wilmington, DE 19808

Via Mail

Defendant, Ribbit Capital, L.P.
Through It's Registered Agent, The
Corporation Trust Company Corporation
Trust Center 1209 Orange St.
Wilmington, DE 19801

Via Mail

| | |
|---|---|
| | Defendant, Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801<br><div align="right">Via Mail</div>Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><div align="right">Via Mail</div>Defendant, Tiger Global Management, LLC<br>Through It's Registered Agent, Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><div align="right">Via Mail</div>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China<br><div align="right">Via Mail</div>Defendant, Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street Mountain View, CA 94041<br><div align="right">Via Mail</div>Defendant, Prager Metis CPAs, LLC<br>14 Penn Plaza, Suite 1800 New York, NY 10121<br><div align="right">Via Mail</div>Defendant, Armanino, LLP<br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br><div align="right">Via Mail</div>Defendant, Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070 |

**US District Court for the Northern District of California**
**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**

| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Frederic S. Fox | Ann Marie Mortimer |
| Kaplan Fox & Kilsheimer | Hunton Andrews Kurth LLP |
| 850 Third Avenue, 14th Floor | 550 South Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2103 |
| FFox@kaplanfox.com | amortimer@HuntonAK.com |
| Via Electronic Mail | Via Electronic Mail |
| Jeffrey Philip Campisi | Kirk Austin Hornbeck |
| Kaplan Fox and Kilsheimer LLP | Hunton Andrews Kurth LLP |
| 850 Third Avenue | Los Angeles Office |
| New York, NY 10022 | 550 S. Hope Street, Suite 2000 |
| 212-687-1980 | Los Angeles, CA 90071 |
| jcampisi@kaplanfox.com | 213-532-2000 |
| Via Electronic Mail | 213-532-2020 |
| Joel B. Strauss | khornbeck@HuntonAK.com |
| Kaplan Fox & Kilsheimer LLP | Via Electronic Mail |
| 805 Third Avenue, 14th Floor | Thomas Richard Waskom |
| New York, NY 10022 | Hunton Andrews Kurth LLP |
| 212-687-1980 | 951 East Byrd St. |
| 212-687-7714 | Richmond, VA 23219 |
| jstrauss@kaplanfox.com | 804-788-8403 |
| | twaskom@HuntonAK.com |
| Via Electronic Mail | |
| Kathleen A. Herkenhoff | |
| Kaplan Fox & Kilsheimer LLP | |
| 1999 Harrison Street, Suite 1560 | |
| Oakland, CA 94612 | |
| 415-772-4700 | |
| 415-772-4707 | |
| Kherkenhoff@kaplanfox.com | |
| Via Electronic Mail | |
| Laurence D. King | |
| Kaplan Fox & Kilsheimer LLP 1999 | |
| Harrison Street, Suite 1560 | |
| Oakland, CA 94612 | |
| 415-772-4700 | |
| 415-772-4707 | |
| lking@kaplanfox.com | |

*Counsel for Defendant Prager Metis CPAs, LLC:*

Via Electronic Mail

Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com

Via Electronic Mail

Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com

Via Electronic Mail

Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com

Via Electronic Mail

Tommy Hoyt
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-0914
312-853-7036
thoyt@sidley.com

Via Electronic Mail

Defendant Samuel Bankman-Fried
c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Via Mail

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and

| | |
|---|---|
| | Via Electronic Mail<br>c/o Stephanie Avakian Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Via Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><br>Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Via Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br><br>Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |

**US District Court for the Northern District of California**
**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**

| | |
|---|---|
| *Counsel for Plaintiff:*<br>Via Electronic Mail<br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA<br>94111 415-212-9300<br>shilfingerpardo@edelson.com | Via Electronic Mail<br>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |

|  |  |
|---|---|
| Via Electronic Mail | Via Mail |
| Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor San<br>Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458 and<br><br>Via Electronic Mail<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Via Mail<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><br>Via Electronic Mail<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Via Mail<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br><br>Via Electronic Mail<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>Via Mail<br><br>Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 |

| US District Court for the Northern District of California | |
|---|---|
| **Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620** | |
| *Counsel for Plaintiff:* | Defendant Samuel Bankman-Fried |
| Via Electronic Mail | Via Electronic Mail |
| Jennifer Pafiti | c/o Jeremy D. Mishkin |
| Pomerantz LLP | Montgomery McCracken Walker & Rhoads |
| 1100 Glendon Avenue, 15th | LLP |
| Floor Los Angeles, CA 90024 | 1735 Market Street |
| 310-405-7190 | Philadelphia, PA 19103-7505 |
| jpafiti@pomlaw.com | Direct: 215-772-7246 |
| Via Electronic Mail | jmishkin@mmwr.com |
| Eitan Kimelman | Via Mail |
| Bronstein Gewirtz & Grossman LLC | Defendant Caroline Ellison |
| 60 East 42nd Street, Suite 4600 | 327 Franklin Street |
| New York, NY 10165 | Newton, MA 02458 |
| 212-697-6484 | and |
| 212-697-7296 | Via Electronic Mail |
| eitank@bgandg.com | c/o Stephanie Avakian |
| Via Electronic Mail | Wilmer Hale |
| J Alexander Hood, II | 2100 Pennsylvania Avenue NW |
| Pomerantz LLP | Washington DC 20037 |
| 600 Third Avenue, 20th Floor | Phone: 202-663-6471 |
| New York, NY 10016 | stephanie.avakian@wilmerhale.com |
| 212-661-1100 | Via Mail |
| 212-661-8665 | Defendant Zixiao Gary Wang |
| ahood@pomlaw.com | 304 Island Lane |
| Via Electronic Mail | Egg Harbor Township, NJ 08234 |
| Jeremy A. Lieberman | and |
| Pomerantz LLP | Via Electronic Mail |
| 600 Third Avenue, 20th Floor | c/o Alex B. Miller |
| New York, NY 10016 | Fried Frank |
| 212-661-1100 | One New York Plaza |
| 212-661-8665 | New York, New York 10004 |
| jalieberman@pomlaw.com | T: +1.212.859.8000 |
| Via Electronic Mail | ilan.graff@friedfrank.com; |
| Peretz Bronstein | alex.miller@friedfrank.com |
| Bronstein Gewirtz & Grossman, LLC | |
| 60 East 42nd Street, Suite 4600 | Via Mail |
| New York, NY 10165 | Defendant Nishad Singh |
| 212-697-6484 | 746 Jennifer Way |
| 212-697-7296 | Milpitas, CA 95035 |
| peretz@bgandg.com | And |

|  | Via Electronic Mail<br>c/o Andrew Goldstein Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br>Via Electronic Mail<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000 Los<br>Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>Via Electronic Mail<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles<br>Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br>Via Electronic Mail<br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP 951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |
|---|---|

| US District Court for the Northern District of California |
|---|
| **Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444** |

| Counsel for Plaintiffs: | Defendant Samuel Bankman-Fried |
|---|---|
| *Via Electronic Mail* | *Via Electronic Mail* |
| Marshal Hoda | c/o Jeremy D. Mishkin |
| The Hoda Law Firm, PLLC | Montgomery McCracken Walker & Rhoads |
| 12333 Sowden Road, Suite B, PMB 51811 | LLP |
| Houston, TX 77080 | 1735 Market Street |
| 832-848-0036 | Philadelphia, PA 19103-7505 |
| marshal@thehodalawfirm.com | Direct: 215-772-7246 |
| *Via Electronic Mail* | jmishkin@mmwr.com |
| Steven C. Vondran | *Via Mail* |
| The Law Offices of Steven C. Vondran, PC | Defendant Caroline Ellison |
| One Sansome Street, Suite 3500 | 327 Franklin Street |
| San Francisco, CA | Newton, MA |
| 94104 877-276-5084 | 02458 and |
| 888-551-2252 | *Via Electronic Mail* |
| steve@vondranlegal.com | c/o Stephanie |
| | Avakian Wilmer |
| | Hale |
| | 2100 Pennsylvania Avenue NW |
| | Washington DC 20037 |
| | Phone: 202-663-6471 |
| | stephanie.avakian@wilmerhale.com |
| | *Via Mail* |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | and |
| | *Via Electronic Mail* |
| | c/o Alex B. Miller |
| | Fried Frank |
| | One New York Plaza |
| | New York, New York 10004 |
| | T: +1.212.859.8000 |
| | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| | *Via Mail* |
| | Defendant Nishad Singh |
| | 746 Jennifer Way |
| | Milpitas, CA 95035 |
| | and |

|  | Via Electronic Mail |
|---|---|
|  | c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | +1 202 842 7800 phone |
|  |  |
|  | *Counsel for Defendant Armanino LLP:* |
|  | Via Electronic Mail |
|  | Ann Marie Mortimer |
|  | Hunton Andrews Kurth |
|  | LLP |
|  | 550 South Hope Street, Suite 2000 |
|  | Los Angeles, CA 90071 |
|  | 213-532-2103 |
|  | amortimer@HuntonAK.com |
|  | Via Electronic Mail |
|  | Kirk Austin Hornbeck |
|  | Hunton Andrews Kurth LLP Los Angeles |
|  | Office |
|  | 550 S. Hope Street, Suite 2000 |
|  | Los Angeles, CA 90071 |
|  | 213-532-2000 |
|  | 213-532-2020 |
|  | khornbeck@HuntonAK.com |
|  | Via Electronic Mail |
|  | Thomas Richard Waskom |
|  | Hunton Andrews Kurth |
|  | LLP 951 East Byrd St. |
|  | Richmond, VA 23219 |
|  | 804-788-8403 |
|  | twaskom@HuntonAK.com |
|  |  |
|  | *Counsel for Defendant Prager Metis CPAs, LLC:* |
|  | Via Electronic Mail |
|  | Bruce Roger Braun |
|  | Sidley Austin LLP |
|  | One S. Dearborn |
|  | Chicago, Il 60603 |
|  | 312-853-7000 |
|  | 312-853-7036 |
|  | bbraun@sidley.com |

|  | *Counsel for Defendant Prager Metis CPAs, LLC:* |
|  | <div align="right">Via Electronic Mail</div> |
|  | Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com |
|  | <div align="right">Via Electronic Mail</div> |
|  | Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com |
|  | <div align="right">Via Electronic Mail</div> |
|  | Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com |
|  | <div align="right">Via Electronic Mail</div> |
|  | Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |

| US District Court for the Northern District of California<br>Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336 | |
|---|---|
| *Counsel for Plaintiff, Elliott Lam:*<br><br>Via Electronic Mail<br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br>Via Electronic Mail<br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>kkessler@audetlaw.com<br>Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>Via Electronic Mail<br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415-568-2555<br>415-568-2556<br>lkuang@audetlaw.com<br>Via Electronic Mail<br>Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com | Via Electronic Mail<br>Defendant Sam Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>Via Electronic Mail<br>Defendant Caroline Ellison<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>Via Electronic Mail<br>Defendant Golden State Warriors, LLC<br>c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |

*Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:*

Via Electronic Mail

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Via Electronic Mail

Todd M. Logan Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
415-373-9435
tlogan@edelson.com

*Counsel for Plaintiff, Russell Hawkins:*

Via Electronic Mail

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

*Counsel for Plaintiff, Stephen T. Pierce:*

Via Electronic Mail

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Via Electronic Mail

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

| US District Court for the Southern District of California<br>Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981 | |
|---|---|
| *Counsel for Plaintiffs*<br>                   Via Electronic Mail<br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br><br>                   Via Electronic Mail<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br><br>                   Via Electronic Mail<br>Jason S Hartley Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>                   Via Electronic Mail<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP 550 West C<br>Street, Suite 610 San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br>                   Via Electronic Mail<br>Makenna Cox<br>601 California Street, Suite 1400 San<br>Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | |

| US District Court for the Southern District of California<br>Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,<br>Case No.: 3:22-CV-01901 | |
|---|---|
| *Counsel for Plaintiffs*<br><div align="center">Via Electronic Mail</div>Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br><div align="center">Via Electronic Mail</div>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>619-331-2943<br>jack@fitzgeraldjoseph.com<br><div align="center">Via Electronic Mail</div>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street, San Diego, CA 92101<br>619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><div align="center">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br><div align="center">Via Electronic Mail</div>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com | |

|  |  |
|---|---|
| Via Electronic Mail<br>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com |  |
| Via Electronic Mail<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com |  |
| Via Electronic Mail<br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com |  |

| US District Court for the Southern District of California<br>Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038 | |
|---|---|
| *Counsel for Plaintiffs Andrawes Husary,*<br>*Francisco De Tomaso, Soham Bhatia,*<br>*Michael Hawwa:*<br>                          Via Electronic Mail<br>Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>                          Via Electronic Mail<br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>                          Via Electronic Mail<br>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br>                          Via Electronic Mail<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com(Inactive)<br>                          Via Electronic Mail<br>Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com | |

|  |  |
|---|---|
| *Via Electronic Mail*<br>Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>matthew@reiserlaw.com<br>               *Via Electronic Mail*<br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Victoria J. Wilson*<br>          *Via Electronic Mail*<br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com |  |

Dated: March 8, 2023

Respectfully submitted,

By: ***/s/ Polly Towill***
    Polly Towill
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: (213) 620-1780
ptowill@sheppardmullin.com

*Co-Counsel for Defendants, Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane*

-33-