**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**<u>THE SILVERGATE RESPONDENTS' NOTICE OF WITHDRAWAL OF COUNSEL</u>**

TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Leo D. Caseria of Sheppard, Mullin, Richter & Hampton hereby withdraws as counsel of record for Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane (collectively, the "Silvergate Respondents") in the above-captioned proceeding. All other counsel will remain and continue to serve as the designated attorney for the Silvergate Respondents, and all future correspondence, documents and papers in this action should be directed and served to them.

Dated: March 8, 2023                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                     By:     */s/ Leo D. Caseria*

                                                   *Counsel to Silvergate Respondents Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane*