# Exhibit A

**1:23-cv-00993-ALC** Statistica Capital Ltd. et al v. Signature Bank
Andrew L. Carter, Jr, presiding
**Date filed:** 02/06/2023
**Date of last filing:** 03/09/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 02/06/2023 | Complaint |
| | *Docket Text:* COMPLAINT against Signature Bank. (Filing Fee $ 402.00, Receipt Number ANYSDC-27303924)Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) | |
| 2 | *Filed & Entered:* 02/06/2023 | Civil Cover Sheet |
| | *Docket Text:* CIVIL COVER SHEET filed..(Fitzgerald, John) | |
| 3 | *Filed & Entered:* 02/06/2023 | Rule 7.1 Corporate Disclosure Statement |
| | *Docket Text:* RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) | |
| 4 | *Filed & Entered:* 02/06/2023 | Request for Issuance of Summons |
| | *Docket Text:* REQUEST FOR ISSUANCE OF SUMMONS as to Signature Bank, re: [1] Complaint. Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) | |
| | *Filed & Entered:* 02/07/2023 | Notice to Attorney Regarding Party Modification |
| | *Docket Text:* ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney John Joseph Fitzgerald, IV. The party information for the following party/parties has been modified: Statistica Capital Ltd., Statistica Ltd.. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj) | |
| | *Filed & Entered:* 02/07/2023 | Notice to Attorney Regarding Case Opening Statistical Error Correction |
| | *Docket Text:* ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney John Joseph Fitzgerald, IV. The following case opening statistical information was erroneously selected/entered: Citizenship Defendant code 1 (Citizen of This State). The following correction(s) have been made to your case entry: the Citizenship Defendant code has been modified to 4 (Incorporated/Principal Place of Business-This State). (sj) | |
| | *Filed & Entered:* 02/07/2023 | Case Opening Initial Assignment Notice |
| | *Docket Text:* CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Andrew L. Carter, Jr. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(sj) | |
| | *Filed & Entered:* 02/07/2023 | Case Designation |
| | *Docket Text:* Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sj) | |
| | *Filed & Entered:* 02/07/2023 | Case Designated ECF |
| | *Docket Text:* Case Designated ECF. (sj) | |

| | | | |
|---|---|---|---|
| 5 | Filed & Entered: | 02/07/2023 | Summons Issued |
| | Docket Text: ELECTRONIC SUMMONS ISSUED as to Signature Bank. (sj) | | |
| 6 | Filed & Entered: | 02/27/2023 | Summons Returned Executed |
| | Docket Text: SUMMONS RETURNED EXECUTED. Signature Bank served on 2/13/2023, answer due 3/6/2023. Service was accepted by Marisol Murphy, Administrative Assistant. Document filed by Statistica Capital Ltd.; Statistica Ltd...(Fitzgerald, John) | | |
| 7 | Filed & Entered:<br>Terminated: | 02/27/2023<br>02/28/2023 | Motion to Appear Pro Hac Vice |
| | Docket Text: **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Melanie Persinger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27396520. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of Melanie Persinger in Support of Motion to Appear Pro Hac Vice, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order Granting Motion to Appear Pro Hac Vice).(Persinger, Melanie) Modified on 2/28/2023 (sgz). | | |
| | Filed & Entered: | 02/28/2023 | Notice Regarding Deficient Motion to Appear Pro Hac vice |
| | Docket Text: **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. [7] MOTION for Melanie Persinger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27396520. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California 415-865-7000. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (sgz)** | | |
| 8 | Filed & Entered:<br>Terminated: | 02/28/2023<br>03/02/2023 | Motion to Appear Pro Hac Vice |
| | Docket Text: MOTION for Timothy G. Blood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27403774. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of Timothy G. Blood, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order (Proposed) Order Granting Motion to Appear Pro Hac Vice).(Blood, Timothy) | | |
| | Filed & Entered: | 03/01/2023 | Notice Regarding Pro Hac Vice Motion |
| | Docket Text: **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [8] MOTION for Timothy G. Blood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27403774. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sac)** | | |
| 9 | Filed & Entered:<br>Terminated: | 03/01/2023<br>03/03/2023 | Motion to Appear Pro Hac Vice |
| | Docket Text: MOTION for Thomas J. O'Reardon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408540. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of Thomas J. O'Reardon, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order (Proposed) Order Granting Motion to Appear Pro Hac Vice).(O'Reardon, Thomas) | | |
| 10 | Filed & Entered: | 03/01/2023 | Motion to Appear Pro Hac Vice |
| | Docket Text: MOTION for James M. Davis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408860. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of James M. Davis, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order (Proposed) Order Granting Motion to Appear Pro Hac Vice).(Davis, James) | | |
| | Filed & Entered: | 03/02/2023 | Notice Regarding Pro Hac Vice Motion |

| | | | |
|---|---|---|---|
| | *Docket Text:* >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [9] MOTION for Thomas J. O'Reardon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408540. Motion and supporting papers to be reviewed by Clerk's Office staff.**, [10] **MOTION for James M. Davis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408860. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies.** (sac) | | |
| 11 | *Filed & Entered:* | 03/02/2023 | Order on Motion to Appear Pro Hac Vice |
| | *Docket Text:* ORDER FOR ADMISSION PRO HAC VICE granting [8] Motion to Appear Pro Hac Vice. The motion of Timothy G. Blood, for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 3/2/2023) (tg) | | |
| 12 | *Filed & Entered:* | 03/03/2023 | Order on Motion to Appear Pro Hac Vice |
| | *Docket Text:* ORDER granting [9] Motion for Thomas J. O'Reardon to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/3/2023) (ate) | | |
| 13 | *Filed & Entered:* | 03/06/2023 | Motion to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Caroline S. Emhardt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428025. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit Affidavit in Support of Motion, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order Proposed Order for Admission Pro Hac Vice).(Emhardt, Caroline) | | |
| 14 | *Filed & Entered:* | 03/06/2023 | Motion to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Melanie Persinger to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of Melanie Persinger in Support of Motion to Appear Pro Hac Vice, # (2) Exhibit - Certificate of Good Standing, # (3) Text of Proposed Order Granting Motion to Appear Pro Hac Vice).(Persinger, Melanie) Modified on 3/7/2023 (aea). | | |
| 15 | *Filed & Entered:* | 03/06/2023 | Motion to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Paul K. Joseph to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428518. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of Paul K. Joseph, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order Proposed Order).(Joseph, Paul) | | |
| 16 | *Filed & Entered:* | 03/06/2023 | Notice of Appearance |
| | *Docket Text:* NOTICE OF APPEARANCE by Jessica Sombat Carey on behalf of Signature Bank..(Carey, Jessica) | | |
| 17 | *Filed & Entered:* | 03/06/2023 | Notice of Appearance |
| | *Docket Text:* NOTICE OF APPEARANCE by H. Christopher Boehning on behalf of Signature Bank..(Boehning, H.) | | |
| 18 | *Filed & Entered:* | 03/06/2023 | Notice of Appearance |
| | *Docket Text:* NOTICE OF APPEARANCE by Elizabeth M. Sacksteder on behalf of Signature Bank..(Sacksteder, Elizabeth) | | |
| 19 | *Filed & Entered:* | 03/06/2023 | Rule 7.1 Corporate Disclosure Statement |
| | *Docket Text:* **FILING ERROR -- DEFICIENT DOCKET ENTRY - MISSING DIVERSITY INFORMATION -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Signature Bank..(Sacksteder, Elizabeth) Modified on 3/8/2023 (lb). | | |
| 20 | *Filed & Entered:* | 03/06/2023 | Motion to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Trevor M. Flynn to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27429409. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document | | |

| | | | |
|---|---|---|---|
| | filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # (1) Affidavit of Trevor M. Flynn, # (2) Exhibit Certificate of Good Standing, # (3) Text of Proposed Order Proposed Order).(Flynn, Trevor) | | |
| 21 | *Filed & Entered:* | 03/06/2023 | Motion for Conference |
| | *Docket Text:* LETTER MOTION for Conference *(Pre-Motion Conference)* addressed to Judge Andrew L. Carter, Jr. from Elizabeth Sacksteder dated March 6, 2023. Document filed by Signature Bank..(Sacksteder, Elizabeth) | | |
| | *Filed & Entered:* | 03/07/2023 | Notice Regarding Pro Hac Vice Motion |
| | *Docket Text:* >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [13] MOTION for Caroline S. Emhardt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428025. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) | | |
| | *Filed & Entered:* | 03/07/2023 | Notice Regarding Pro Hac Vice Motion |
| | *Docket Text:* >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [14] MOTION for Melanie Persinger to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) | | |
| | *Filed & Entered:* | 03/07/2023 | Notice Regarding Pro Hac Vice Motion |
| | *Docket Text:* >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [15] MOTION for Paul K. Joseph to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428518. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) | | |
| | *Filed & Entered:* | 03/07/2023 | Notice Regarding Pro Hac Vice Motion |
| | *Docket Text:* >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [20] MOTION for Trevor M. Flynn to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27429409. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) | | |
| | *Filed & Entered:* | 03/08/2023 | Notice to Attorney Regarding Deficient Rule 7.1 Corporate Disclosure Statement |
| | *Docket Text:* ***NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Elizabeth M. Sacksteder to RE-FILE Document No. [19] Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the jurisdiction of this action is based on diversity - the party/intervenor did not name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Re-file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents - select the correct filer/filers - attach the correct signed PDF - when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes radio button - enter the corporate parent/other affiliate, click the Search button - select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate - select the party to whom the corporate parent/other affiliate should be linked - add corporate parent/other affiliate names one at a time - name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Please use the revised form found here NYSD form page (lb) | | |
| 22 | *Filed & Entered:* | 03/08/2023 | Response to Motion |
| | *Docket Text:* LETTER RESPONSE to Motion addressed to Judge Andrew L. Carter, Jr. from Jack Fitzgerald dated March 8, 2023 re: [21] LETTER MOTION for Conference *(Pre-Motion Conference)* addressed to Judge Andrew L. Carter, Jr. from Elizabeth Sacksteder dated March 6, 2023. . Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) | | |
| 23 | *Filed & Entered:* | 03/09/2023 | Rule 7.1 Corporate Disclosure Statement |
| | *Docket Text:* RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed | | |

by Signature Bank..(Sacksteder, Elizabeth)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/09/2023 14:18:32 | | | |
| **PACER Login:** | jfitzgerald | **Client Code:** | Signature |
| **Description:** | History/Documents | **Search Criteria:** | 1:23-cv-00993-ALC |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |