BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

NOTICE OF WITHDRAWAL OF DEFENDANT PRAGER METIS CPAS, LLC'S
NOTICE OF APPEARANCE AND CORPORATE DISCLOSURE STATEMENT

Defendant Prager Metis CPAs, LLC ("Prager Metis") hereby withdraws its Notice of Appearance [ECF No. 24] and Corporate Disclosure Statement [ECF No. 25] for the following reasons:

1. The Judicial Panel on Multidistrict Litigation contacted Prager Metis and advised that its prior filings misstated the title of MDL No. 3076, which should be "FTX Cryptocurrency Exchange Collapse Litigation;"

2. Irene Yang wishes to withdraw her appearance on behalf of Prager Metis and will be substituted as counsel of record by Joanna R. Travalini, also of Sidley Austin LLP; and

3. Prager Metis wishes to add *O'Keefe v. Sequoia Capital Operations, LLC, et al.* (S.D. Fla. Case No. 1:23-cv-20700-JEM) to the Schedule of Actions listing cases where Sidley Austin LLP represents Prager Metis in this MDL.

Prager Metis will promptly file an amended Notice of Appearance and Corporate Disclosure Statement.

Dated: March 10, 2023

Respectfully submitted,

By: */s/ Irene Yang*
Irene Yang
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1230

1

Fax: (415) 772-7400
irene.yang@sidley.com

*Counsel for Defendant
Prager Metis CPAs, LLC*