# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3076__   & Title - **IN RE**: __FTX Cryptocurrency Exchange Collapse Litigation__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant Prager Metis CPAs, LLC

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached Schedule of Actions.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| March 10, 2023 | */s/ Joanna R. Travalini* |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Joanna R. Travalini, Sidley Austin LLP
1 S Dearborn
Chicago, IL 60603

Telephone No.: (312) 853-7000         Fax No.: (312) 853-7036

Email Address: jtravalini@sidley.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL No. 3076 |

**NOTICE APPEARANCE – SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|---|
| 1 | Russell Hawkins, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br><br>Caroline Ellison<br><br>Zixiao "Gary" Wang<br><br>Nishad Singh<br><br>Armanino, LLP<br><br>Prager Metis CPAs, LLC | 3:22-cv-07620 | N.D. Cal. | Judge Jacqueline Scott Corley |
| 2 | Julie Papadakis, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br><br>Caroline Ellison<br><br>Zixiao "Gary" Wang<br><br>Nishad Singh<br><br>Armanino, LLP<br><br>Prager Metis CPAs, LLC | 3:23-cv-00024 | N.D. Cal. | Judge Jacqueline Scott Corley |
| 3 | Stephen Pierce, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br><br>Caroline Ellison<br><br>Zixiao "Gary" Wang<br><br>Nishad Singh<br><br>Armanino, LLP<br><br>Prager Metis CPAs, LLC | 3:22-cv-07444 | N.D. Cal. | Judge Jacqueline Scott Corley |

|   | **Plaintiffs** | **Defendants** | **Civil Action No.** | **District** | **Judge** |
|---|---|---|---|---|---|
| 4 | Connor O'Keefe, individually and on behalf of all others similarly situated | Sequoia Capital Operations, LLC<br><br>Silvergate Bank<br><br>Signature Bank<br><br>Deltec Bank and Trust Company Limited<br><br>Farmington State Bank d/b/a Moonstone Bank<br><br>Jean Chalopin<br><br>Thoma Bravo L.P.<br><br>Paradigm Operations LP<br><br>Temasek Holdings (Private) Limited<br><br>Softbank Vision Fund (AIV M2) L.P.<br><br>Ribbit Capital, L.P.<br><br>Altimeter Capital Management, LP<br><br>Multicoin Capital Management LLC<br><br>Tiger Global Management, LLC<br><br>Sino Global Capital Limited<br><br>Fenwick & West LLP<br><br>Prager Metis CPAs, LLC<br><br>Armanino, LLP<br><br>Softbank Group Corp. | 1:23-cv-20700 | S.D. Fla. | Hon. Jose E. Martinez |