# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & TITLE - IN RE: __FTX Cryptocurrency Exchange Collapse Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached Schedule of Actions.
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Prager Metis CPAs, LLC__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐  This party's parent corporation(s) are listed below:

☐  The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑  This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Joanna R. Travalini
_____
Signature of Attorney

Sidley Austin LLP
_____
Name of Firm

1 S Dearborn
_____
Address

Chicago, IL 60603
_____
City/State/Zip Code

Date  March 10, 2023
_____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |
|---|---|---|

**CORPORATE DISCLOSURE STATEMENT – SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|---|
| 1 | Russell Hawkins, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br><br>Caroline Ellison<br><br>Zixiao "Gary" Wang<br><br>Nishad Singh<br><br>Armanino, LLP<br><br>Prager Metis CPAs, LLC | 3:22-cv-07620 | N.D. Cal. | Judge Jacqueline Scott Corley |
| 2 | Julie Papadakis, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br><br>Caroline Ellison<br><br>Zixiao "Gary" Wang<br><br>Nishad Singh<br><br>Armanino, LLP<br><br>Prager Metis CPAs, LLC | 3:23-cv-00024 | N.D. Cal. | Judge Jacqueline Scott Corley |
| 3 | Stephen Pierce, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br><br>Caroline Ellison<br><br>Zixiao "Gary" Wang<br><br>Nishad Singh<br><br>Armanino, LLP<br><br>Prager Metis CPAs, LLC | 3:22-cv-07444 | N.D. Cal. | Judge Jacqueline Scott Corley |

| | **Plaintiffs** | **Defendants** | **Civil Action No.** | **District** | **Judge** |
|---|---|---|---|---|---|
| 4 | Connor O'Keefe, individually and on behalf of all others similarly situated | Sequoia Capital Operations, LLC<br><br>Silvergate Bank<br><br>Signature Bank<br><br>Deltec Bank and Trust Company Limited<br><br>Farmington State Bank d/b/a Moonstone Bank<br><br>Jean Chalopin<br><br>Thoma Bravo L.P.<br><br>Paradigm Operations LP<br><br>Temasek Holdings (Private) Limited<br><br>Softbank Vision Fund (AIV M2) L.P.<br><br>Ribbit Capital, L.P.<br><br>Altimeter Capital Management, LP<br><br>Multicoin Capital Management LLC<br><br>Tiger Global Management, LLC<br><br>Sino Global Capital Limited<br><br>Fenwick & West LLP<br><br>Prager Metis CPAs, LLC<br><br>Armanino, LLP<br><br>Softbank Group Corp. | 1:23-cv-20700 | S.D. Fla. | Hon. Jose E. Martinez |