BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**BRIEF OF DEFENDANT GOLDEN STATE WARRIORS, LLC
IN RESPONSE TO PETITIONERS' MOTION FOR TRANSFER OF ACTIONS
PURSUANT TO 28 U.S.C. § 1407**

Defendant Golden State Warriors, LLC ("GSW") takes no position on whether the actions subject to Petitioner's Motion for Transfer of Related Actions (ECF No. 1) (the "Motion") should be transferred and consolidated into a multidistrict litigation ("MDL") pursuant to 28 U.S.C. § 1407.

However, if the Panel decides that an MDL is appropriate, GSW submits that the Northern District of California is the most appropriate forum for it.  GSW is located in the Northern District of California, and all of the alleged conduct by GSW took place in the Northern District of California.  *See* ECF No. 2-2, ¶¶ 37, 222-23.  Further, on information and belief, a substantial amount of the documents and witnesses relevant to the various plaintiffs' claims will be located in the Northern District of California because, *inter alia*, Defendant Sam Bankman-Fried, the alleged co-founder of FTX, is located in the Northern District of California (Palo Alto, CA),[1] and Alameda Research, LLC, the trading firm that is alleged to be central to the collapse of FTX, was founded in the Northern District of California (Berkeley, CA).[2]  The various plaintiffs and their lawyers apparently agree because eight of the twelve actions potentially subject to the Motion are pending in the Northern District of California.  ECF Nos. 1-2, 8, 9, 16, 21, 42.  Indeed, GSW is a defendant in one of those actions.  *See Lam v. Bankman-Fried*, ECF No. 2-8.  Finally, the Northern District of California is an easily accessible forum, including because it is serviced by multiple airports.

For the foregoing reasons, to the extent any MDL is created, it should be centralized in the Northern District of California.  *See, e.g.*, *In re Treasury Sec. Auction Antitrust Litig.*, 148 F.

---

[1] https://www.nytimes.com/2023/01/27/technology/sam-bankman-fried-ftx-bail.html.

[2] https://www.nytimes.com/2022/11/14/technology/ftx-sam-bankman-fried-crypto-bankruptcy.html.

Supp. 3d 1360, 1362 (J.P.M.L. 2015); *In re TJX Cos., Inc.*, 505 F. Supp. 2d 1379, 1380 (J.P.M.L. 2007); *In re Trasylol Prods. Dab. Litig.*, 545 F. Supp. 2d 1357, 1358 (J.P.M.L. 2008).

Dated:  March 10, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Matthew S. Kahn*
    Matthew S. Kahn

555 Mission Street
Suite 3000
San Francisco, CA  94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306
Email:  MKahn@gibsondunn.com

*Attorneys for*
*Defendant Golden State Warriors, LLC*

2