**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby notifies the Clerk of the Judicial Panel on Multidistrict Litigation of the tag-along actions listed in the attached Schedule of Actions.

The docket sheets and civil complaints from the cases listed in the Schedule of Actions are attached hereto as Exhibits A and B.

| | |
|---|---|
| Dated: March 10, 2023 | Respectfully submitted, |
| | */s/ Jennifer Kennedy Park* |
| | Jennifer Kennedy Park (SBN 344888)<br>jkpark@cgsh.com<br>CLEARY GOTTLIEB STEEN &<br>  HAMILTON LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 815-4130<br>Facsimile: (650) 815-4199<br>*Counsel for Defendant*<br>*Sequoia Capital Operations, LLC* |
| | */s/ Alexander C. Drylewski* |
| | Alexander C. Drylewski (SBN 4847844)<br>alexander.drylewski@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>  FLOM LLP<br>One Manhattan West<br>New York, NY 10001 |

Telephone: (212) 735-3000
Facsimile: (212) 735-2000

-and-

Mark R.S. Foster (SBN 223682)
mark.foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendant
Paradigm Operations LP*