BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |
|---|---|

SCHEDULE OF ACTIONS

| Parties | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Patrick J. Rabitte<br><br>Defendants:<br>• Sequoia Capital Operations, LLC<br>• Paradigm Operations LP<br>• Thoma Bravo, LP | District Court for the Northern District of California | 3:23-cv-00655 | Judge William Alsup |
| Plaintiff:<br>• Mark Girshovich<br><br>Defendants:<br>• Sequoia Capital Operations, LLC<br>• Paradigm Operations LP<br>• Thoma Bravo, LP | District Court for the Northern District of California | 3:23-cv-00945 | Judge Joseph C. Spero |