BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |
|---|---|

**CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|   | Caption | Defendants Represented by Appearing Attorney | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | *Rabitte v. Sequoia Capital Operations, LLC et al.* | Sequoia Capital Operations, LLC | N.D. Cal. | 3:23-cv-00655-WHA | Judge William Alsup |
| 2 | *O'Keefe v. Sequoia Capital Operations, LLC et al.* | Sequoia Capital Operations, LLC | S.D. Fla. | 1:23-cv-20700-JEM | Judge Jose E. Martinez |
| 3 | *Girshovich v. Sequoia Capital Operations, LLC et al.* | Sequoia Capital Operations, LLC | N.D. Cal. | 3:23-cv-00945-JCS | Judge Joseph C. Spero |