**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |
| --- | --- |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, I hereby certify that, on March 10, 2023, I caused Plaintiffs Lam, Jessup, Hawkins, Pierce, and Papadakis' Response in Opposition to the Motion to Transfer to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action. In addition, all counsel or parties in the attached service list were served in the manners indicated as follows.

Dated: March 10, 2023

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Laurence D. King*

Laurence D. King
Kathleen M. Herkenhoff
Blair E. Reed
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
800 Third Avenue
New York, NY 10022
Telephone: 212-687-1980

Email: ffox@kaplanfox.com
*jstrauss@kaplanfox.com*
*jcampisi@kaplanfox.com*

*Counsel for Plaintiff Papadakis and Proposed Interim Co-Lead Counsel in the Five Original N.D. Cal. Related Actions*

| SERVICE LIST | |
|---|---|
| **VIA ECF**<br><br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>Robert L. Lieff<br>rlieff@lieff.com<br>P.O. Drawer A<br>Rutherford, California 94573<br><br>Edward Lehman<br>elehman@lehmanlaw.com<br>Jacob Blacklock<br>jblacklock@lehmanlaw.com<br>LEHMAN, LEE & XU LLC<br>c/o LEHMAN, LEE & XU<br>Suite 3313, Tower One, Times<br>Square 1 Matheson Street,<br>Causeway Bay, Hong Kong<br>Telephone: (852) 3588-2127<br>Facsimile: (852) 3588-2088<br><br>*Counsel for Plaintiff Elliott Lam*<br>*Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.) | **VIA ECF**<br><br>Jennifer Pafiti<br>jpafiti@pomlaw.com<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br><br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>J. Alexander Hood II<br>ahood@pomlaw.com<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br><br>Peretz Bronstein<br>peretz@bgandg.com<br>Eitan Kimelman<br>eitank@bgandg.com<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br><br>*Counsel for Plaintiff Russell Hawkins*<br>*Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.) |
| **VIA ECF**<br><br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Todd Logan<br>tlogan@edelson.com<br>Yaman Salahi<br>ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo | **VIA ECF**<br><br>Marshal J. Hoda<br>marshal@thehodalawfirm.com<br>THE HODA LAW FIRM, PLLC<br>12333 Sowden Road, Suite B<br>Houston, TX 77080<br>Tel: (832) 848-0036 |

<table>
<tr>
<td>shilfingerpardo@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>Counsel for Plaintiff Michael Jessup<br>Jessup v. Samuel Bankman-Fried, No. 22-cv-7666-JSC (N.D. Cal.)</td>
<td>Steven C. Vondran<br>steve@vondranlegal.com<br>THE LAW OFFICES OF STEVEN C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: (877) 276-5084<br><br>Counsel for Plaintiff Stephen Pierce<br>Pierce v.Bankman-Fried et al., No. 3:22-cv-07444-JSC (N.D. Cal.)</td>
</tr>
<tr>
<td>VIA ECF<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com</td>
<td>VIA ECF<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com<br>tulrich@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>Counsel for Plaintiffs<br>Garrison et al v.Bankman-Fried et al, No. 1:22-cv-23753-KMM (S.D. Fla.)</td>
</tr>
</table>

| | |
|---|---|
| dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D.Fla.) | |
| **VIA ECF**<br><br>Michael Reiser<br>Matthew Reiser<br>Isabella Martinez<br>REISER LAW, p.c.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br>michael@reiserlaw.com<br>matthew@reiserlaw.com<br>isabella@reiserlaw.com<br><br>Jason Kellogg, Esq.<br>Victoria J. Wilson, Esq.<br>Marcelo Diaz-Cortes, Esq.<br>LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP<br>100 Southeast Second Avenue 36th Floor<br>Miami, Florida 33131<br>Telephone: (305) 403-8788<br>jk@lklsg.com<br>vjw@lklsg.com<br>md@lklsg.com<br><br>*Counsel for Plaintiff Soham Bhatia*<br>*Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.) | **VIA ECF**<br><br>Adam E. Polk<br>Daniel C. Girard<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>twatts@girardsharp.com<br><br>Jason S Hartley<br>Jason M. Lindner<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>lindler@hartleyllp.com<br><br>*Counsel for Plaintiffs*<br>*Magleby v. Silvergate Bank et al*, No. 3:23-cv-00669-AGT (N.D. Cal.) |
| **VIA ECF**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack | **VIA ECF**<br><br>Brandon Scott Floch<br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com |

<table>
<tr>
<td>
Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com<br>tulrich@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>Counsel for Plaintiffs<br>Podalsky et al v. Bankman-Fried et al, No. 1:22-cv-23983-KMM (S.D. Fla.)
</td>
<td>
Jeffrey Adam Neiman<br>Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>Counsel for Defendant Kevin O'Leary<br>Norris et al v. Brady et al, No. 1:23-cv-20439-KMM (S.D. Fla.); Garrison et al v. Bankman-Fried et al, No. 1:22-cv-23753-KMM (S.D. Fla.); Podalsky et al v. Bankman-Fried et al, No. 1:22-cv-23983-KMM (S.D. Fla.)
</td>
</tr>
<tr>
<td>
VIA ECF<br><br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor Matthew Flynn<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br><br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101
</td>
<td>
VIA ECF<br><br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Katherine Ann Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br>Katie.johnson@akerman.com<br><br>Counsel for Defendant David Ortiz
</td>
</tr>
</table>

| | |
|---|---|
| 619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>tblood@bholaw.com<br>jdavis@bholaw.com<br><br>*Counsel for Plaintiff Keane*<br>*Keane v. Silvergate Capital Corporation et al*, No3:23-cv-00670-JD (N.D.Cal.)<br><br>*Counsel for Plaintiffs*<br>*Statistica Capital Ltd., et al. v. Signature* Bank, No: 1:23-cv-00993-ALC (S.D.N.Y.) | *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>**VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458<br><br>*Defendant Caroline Ellison*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) *Papadakis v. Bankman-Fried et al*, No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Lam et al v. Bankman-Fried,* No. 3:22-cv-07336-JSC |
| **VIA ECF**<br><br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br>zach@colson.com | **VIA ECF**<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |

Andrew B. Clubok
Brittany M.J. Record
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Thomas Brady*

*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)

*Counsel for Defendant Samuel Bankman-Fried*

*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.)

| | |
|---|---|
| *Counsel for Defendant Gisele Bundchen*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>*Counsel for Defendant Lawrence Gene David*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | |
| **VIA ECF**<br><br>David Alan Rothstein<br>Alexander Manuel Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br>Email: drothstein@dkrpa.com<br>Email: aperaza@dkrpa.com<br>Email: eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>Email: hillary.ladov@mgclaw.com<br><br>*Counsel for Defendant William Trevor Lawrence*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>4012 Sahara Ct,<br>Carrollton, TX 75010<br><br>*Defendant Shaquille O'Neal*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA ECF**<br><br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street | **VIA U.S. MAIL**<br><br>2000 Gene Autry Way<br>Anaheim, California, 92806 |

| | |
|---|---|
| San Francisco, CA 94105-0921<br>Tel: 415.393.8212<br>Fax: 415.374.8466<br>MKahn@gibsondunn.com<br><br>*Counsel for* Defendant *Golden State Warriors, LLC*<br>*Garrison et al v. Bankman-Fried et al,* No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Lam et al v. Bankman-Fried,* No. 3:22-cv-07336-JSC | *Defendant Shohei Ohtani*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>1 Warriors Way<br>San Francisco, CA 94158<br><br>*Defendant Stephen Curry*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>36 Winner Circle,<br>Wells ME 04090-5174<br><br>*Consol Defendant, Sam Trabucco*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC<br>(N.D. Cal.) |
| **VIA U.S. MAIL**<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>*Defendant Udonis Haslem*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Telephone: 202 842 7800<br><br>**VIA U.S. MAIL**<br><br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*Defendant Nishad Singh*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024- |

| | |
|---|---|
| | JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*,No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA U.S. MAIL**<br><br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br><br>*Defendant Naomi Osaka*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA ECF**<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>*Counsel for Defendant Armanino LLP*<br>*Papadakis v. Bankman-Fried et al*, No.3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: 212.859.8000<br>alex.miller@friedfrank.com<br><br>**VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*Defendant Zixiao Gary Wang* | **VIA ECF**<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Bank* |

| | |
|---|---|
| *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) | *Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.); *Keane v. Silvergate Bank et al*, No. 3:23-cv-00670-JD (N.D. Cal.); *Magleby et al v. Silvergate Capital Corporation et al*, 3:23-cv-00669-AGT (N.D. Cal.)<br><br>*Counsel for Defendant Silvergate Capital Corporation*<br>*Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.); *Keane v. Silvergate Bank et al*, No. 3:23-cv-00670-JD (N.D. Cal.); *Magleby et al v. Silvergate Capital Corporation et al*, 3:23-cv-00669-AGT (N.D. Cal.)<br><br>*Counsel for Defendant Alan J. Lane*<br>*Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.) |
| **VIA EMAIL**<br><br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com<br><br>**VIA U.S. MAIL**<br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Consol Defendant Dan Friedberg*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA ECF**<br><br>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 815-4130<br><br>*Defendant Sequoia Capital Operations, LLC*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla), *Rabbitte v. Sequoia Capital Operations, LLC, et al.*, No. 3:23-cv-00655-WHA (N.D. Cal), *Girshovich v. Sequoia Capital Operations, LLC, et al.*, No. 3:23-cv-00945-JCS (N.D Cal)<br><br>**VIA U.S. MAIL**<br><br>565 Fifth Avenue<br>New York, NY 70017<br><br>*Defendant Signature Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

| **VIA ECF**<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>*Counsel for Defendant Prager Metis CPAs LLC*<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.), *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>103 North First Street<br>Farmington, WA 99128<br><br>*Defendant Farmington State Bank d/b/a Moonstone Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br><br>*Defendant Silvergate Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
|---|---|
| **VIA ECF**<br><br>Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>abowers@sfslaw.com<br>jperezsantiago@sknlaw.com<br>tkolaya@sknlaw.com | **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Temasek Holdings (Private) Limited*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

<table>
<tr>
<td>Benjamin D. Reichard<br>C. Hogan Paschal<br>James R. Swanson<br>Kerry James Miller<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com<br><br>Counsel for Plaintiff O'Keefe<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
<td></td>
</tr>
<tr>
<td>VIA U.S. MAIL<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>Defendant Deltec Bank and Trust Company Limited<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
<td>VIA THIRD PARTY LEGAL SERVICE<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>Defendant Ribbit Capital, L.P.<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
</tr>
<tr>
<td>VIA U.S. MAIL<br><br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br><br>Defendant Jean Chalopin<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
<td>VIA EMAIL<br><br>Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street 2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>azram@themehdifirm.com<br><br>Counsel for Plaintiff Mark Girshovich<br>Girshovich v. Sequoia Capital Operations, LLC, et al., No. 3:23-cv-00945-JCS (N.D Cal)</td>
</tr>
</table>

<table>
<tr>
<td>VIA THIRD PARTY LEGAL SERVICE<br><br>c/o Registered Agent - Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br><br>Defendant Paradigm Operations LP<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
<td>VIA U.S. MAIL<br><br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><br>Defendant Multicoin Capital Management LLC<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
</tr>
<tr>
<td>VIA THIRD PARTY LEGAL SERVICE<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Defendant Softbank Vision Fund (AIV M2) L.P.<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
<td>VIA U.S. MAIL<br><br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi, 100125, China<br><br>Defendant Sino Global Capital Limited<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
</tr>
<tr>
<td>VIA THIRD PARTY LEGAL SERVICE<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>Defendant Altimeter Capital Management, LP<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
<td>VIA THIRD PARTY LEGAL SERVICE<br><br>c/o Registered Agent - CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>Defendant Thoma Bravo L.P.<br>O'Keefe v. Sequoia Capital Operations, LLC et al, No. 1:23-cv-20700-JEM (S.D. Fla)</td>
</tr>
</table>

| **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Tiger Global Management, LLC*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br><br>*Defendant Armanino, LLP*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
|---|---|
| **VIA U.S. MAIL**<br><br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br><br>*Defendant Fenwick & West LLP*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>*Defendant Softbank Group Corp.*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA ECF**<br><br>Shawn A. Williams<br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>shawnw@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>Anny Marie Martin<br>Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>amartin@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br><br>Brian Edward Cochran<br>Eric Ian Niehaus<br>Kenneth P. Dolitsky | |

| | |
|---|---|
| Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>BCochran@rgrdlaw.com<br>ericn@rgrdlaw.com<br>kdolitsky@rgrdlaw.com<br><br>*Counsel for Plaintiff Patrick J. Rabbitte*<br>*Rabbitte v. Sequoia Capital Operations, LLC, et al.*, No. 3:23-cv-00655-WHA (N.D. Cal) | |