BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | | MDL No. 3076 |

NOTICES OF APPEARANCE
SCHEDULE OF ACTIONS

| | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Connor O'Keefe | Sequoia Capital Operations, LLC et al. | United States District Court for the Southern District of Florida | 1:23-cv-20700 (Potential tag-along action) | Jose E. Martinez |
| 2. | Patrick Rabbitte | Sequoia Capital Operations, LLC; Thoma Bravo, LP; and Paradigm Operations LP | United States District Court for the Northern District of California | 3:23-cv-00655 (Potential tag-along action) | William Aslup |
| 3. | Mark Girshovich | Sequoia Capital Operations, LLC; Thoma Bravo, LP; and Paradigm Operations LP | United States District Court for the Northern District of California | 3:23-cv-00945 (Potential tag-along action) | Joseph C. Spero, Magistrate Judge |