**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL No. 3076** |

**NOTICE OF ERRATA RE DKT. NO. 42**

Statistica Capital Ltd. and Statistica Ltd. ("Statistica"), hereby notify the Clerk of the United States Judicial Panel on Multidistrict Litigation that the caption on Statistica's March 9, 2023 Notice of Related Action, Dkt. No. 42, was missing the word "Collapse" in the case title. A corrected document is attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: March 14, 2023 | /s/ Jack Fitzgerald |
| | **FITZGERALD JOSEPH LLP** |
| | JACK FITZGERALD |
| | *jack@fitzgeraldjoseph.com* |
| | PAUL K. JOSEPH |
| | *paul@fitzgeraldjoseph.com* |
| | MELANIE PERSINGER |
| | *melanie@fitzgeraldjoseph.com* |
| | TREVOR M. FLYNN |
| | *trevor@fitzgeraldjoseph.com* |
| | CAROLINE S. EMHARDT |
| | *caroline@fitzgeraldjoseph.com* |
| | 2341 Jefferson Street, Suite 200 |
| | San Diego, California 92110 |
| | Phone: (619) 215-1741 |
| | **BLOOD HURST & O'REARDON, LLP** |
| | TIMOTHY G. BLOOD |
| | *tblood@bholaw.com* |
| | THOMAS J. O'REARDON |
| | *toreardon@bholaw.com* |
| | JAMES M. DAVIS |
| | *jdavis@bholaw.com* |
| | 501 West Broadway, Suite 1490 |
| | San Diego, CA 92101 |
| | Phone: (619) 338-1100 |
| | ***Counsel for Statistica Capital Ltd. & Statistica Ltd.*** |