# Exhibit 1

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| In Re: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |
|---|---|

**NOTICE OF RELATED ACTION**

Statistica Capital Ltd. and Statistica Ltd., hereby notify the Clerk of the United States Judicial Panel on Multidistrict Litigation of a related action in which they are Plaintiffs, styled *Statistica Capital Ltd. et al. v. Signature Bank*, No. 23-00993-ALC (S.D.N.Y.) ["*Statistica Capital*"]. The docket sheet and civil complaint from *Statistica Capital* are attached hereto as Exhibit A.

Dated: March 9, 2023

/s/ Jack Fitzgerald

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD
*tblood@bholaw.com*
THOMAS J. O'REARDON
*toreardon@bholaw.com*
JAMES M. DAVIS
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

***Counsel for Statistica Capital Ltd. & Statistica Ltd.***