BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

## CERTIFICATE OF SERVICE

On **March 14, 2023**, I caused the foregoing **Notice of Errata Re Dkt. No. 42** to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to any non-CM/ECF participants indicated on the Electronic Mail Notice List.

I further certify that I caused the foregoing **Notice of Errata Re Dkt. No. 42** to be served on defendant in *Statistical Capital Ltd. et al. v. Signature Bank*, No. 23-cv-00993 (S.D.N.Y.), by emailing a copy to counsel of record for Signature Bank, as follows:

    Elizabeth M. Sacksteder (esacksteder@paulweiss.com)
    H. Christopher Boehning (cboehning@paulweiss.com)
    Jessica S. Carey (jcarey@paulweiss.com)
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, New York 10019

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **March 14, 2023**.

    /s/ Jack Fitzgerald

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

Counsel for Statistica Capital Ltd. & Statistica Ltd.
No. SDNY/3:23-00993 (S.D.N.Y.)