# Exhibit 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

**STATISTICA CAPITAL LTD. & STATISTICA LTD.'S INTERESTED PARTY RESPONSE OPPOSING TRANSFER**

Pursuant to JMPL Rule 6.2(e), Statistica Capital Ltd. and Statistica Ltd. (together "Statistica"), plaintiffs in a lawsuit styled *Statistica Capital Ltd. et al. v. Signature Bank*, No. 23-00993-ALC (S.D.N.Y.) ["*Statistica Capital*"], submit the following interested party response opposing transfer under 28 U.S.C. § 1407, both generally, and as to *Statistica Capital* specifically, even if the other cases are centralized. If an MDL motion is granted and *Statistica Capital* is subject to a transfer order, however, Statistica believes centralization in the Northern District of California, before the Honorable Jacquelin Scott Corley—before whom the majority of the actions are now pending—is most appropriate.

**I.     INTRODUCTION**

The motion to transfer seeks to centralize a handful of cases against disparate defendants simply because each action involves, as a predicate for its claims, the now-infamous FTX fraud. That underlying fraud, however, is neither particularly complicated, nor particularly disputed, setting it apart from many other aiding and abetting cases with multiple defendants. FTX's present CEO, John J. Ray III, for example, has explained that the fraud was little more than a case of "old fashioned embezzlement." And a wide variety of information has already come out of the bankruptcy demonstrating the means and mode of the fraud. *See, e.g.*, Decl. of Jack Fitzgerald ("Fitzgerald Decl.") ¶¶ 2-3 & Exs. 1-2. Presumably, more information about the behavior of FTX, its co-founder, Samuel Bankman-Fried, his conspiring associates, and his hedge fund, Alameda