BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Prager Metis CPAs, LLC notifies the Clerk of the Panel of the pendency of the following potential tag-along action:

*Lucky D., et al. v. Prager Metis, LLP[1] and Armanino, LLC*, United States District Court for the District of New Jersey No. 2:23-cv-00389-MCA-JRA

Filed concurrently are a schedule listing the foregoing action and a copy of the associated docket sheet and operative complaint.

Dated:  March 14, 2023

Respectfully submitted,

By: */s/ Joanna R. Travalini*
Joanna R. Travalini
**SIDLEY AUSTIN LLP**
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant
Prager Metis CPAs, LLC*

---

[1] Prager Metis CPAs, LLC was improperly identified in the *Lucky D.* Amended Complaint as "Prager Metis LLP."

1

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |
|---|---|

**NOTICE OF POTENTIAL TAG-ALONG ACTION – SCHEDULE OF ACTIONS**

|  | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiffs:**<br><br>Lucky D.<br><br>Jong R.D.<br><br>How Yuan<br><br>S. Roberts<br><br>B. Jen<br><br>J. Bell<br><br>MoreBet, Limited<br><br>L. Zhao<br><br>Khoo Wing<br><br>P. Devin<br><br>Sunli<br><br>Loods B.V.<br><br>S. James<br><br>Yang How<br><br>K. David<br><br>Edward Johns<br><br>Nickle Lee<br><br>S. Jong<br><br>Drake HK<br><br>Justin Berk<br><br>**Defendants:** | U.S. District Court for the District of New Jersey (Newark) | 2:23-cv-00389-JRA | Hon. Madeline Cox Arleo |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Prager Metis CPAs, LLC (improperly identified as "Prager Metis LLP")<br><br>Armanino LLP (improperly identified as "Armanino LLC") | | | |