Query   Reports   Utilities   Help   Log Out

ARBITRATION

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:23-cv-00389-MCA-JRA

LUCKY D et al v. PRAGER METIS LLP et al  
Assigned to: Judge Madeline Cox Arleo  
Referred to: Magistrate Judge Jose R. Almonte  
Cause: 28:1332 Diversity-Fraud  

Date Filed: 01/24/2023  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity  

**Plaintiff**

LUCKY D     represented by **ANTHONY SCORDO**  
1425 POMPTON AVENUE  
CEDAR GROVE, NJ 07009  
973 837-1861  
Email: anthonyscordo@msn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JONG R.D.     represented by **ANTHONY SCORDO**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

HOW YUAN     represented by **ANTHONY SCORDO**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

S ROBERTS     represented by **ANTHONY SCORDO**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

B KEN     represented by **ANTHONY SCORDO**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

J BELL     represented by **ANTHONY SCORDO**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MOREBET, LTD.        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

L ZHAO        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

KHOO WING        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

P DEVIN        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

SUNLI        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LOODS B.V.        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

S JAMES        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

YANG HOW        represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

K DAVID        represented by    **ANTHONY SCORDO**
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

EDWARD JOHNS      represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

NICKLE LEE      represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

S JONG      represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

DRAKE HK      represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JUSTIN BERK      represented by    **ANTHONY SCORDO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

PRAGER METIS LLP      represented by    **MEREDITH KAPLAN STOMA**
LEWIS BRISBOIS BISGAARD & SMITH, LLP
ONE RIVERFRONT PLAZA
SUITE 800
NEWARK, NJ 07102
(973) 577-6260
Email: meredith.stoma@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER THOMAS SHAPIRO**
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
77 WATER STREET
SUITE 2100
NEW YORK, NY 10005

(212) 232-1322
Fax: (212) 232-1399
Email: peter.shapiro@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AMY CANNING**
Lewis Brisbois Bisgaard & Smith LLP
Newark
One Riverfront Plaza
Suite 800
07102
Newark, NJ 07102
203-722-3105
Email: amiecanning@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ARMANINO LLC**  represented by  **JUSTIN TAYLOR QUINN**
ROBINSON MILLER LLC
IRONSIDE NEWARK
110 Edison Place, Suite 302
NEWARK, NJ 07102
973-690-5400
Email: jquinn@rwmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TORSTEN MICHAEL KRACHT**
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
WASHINGTON, DC 20037
202419-2149
Email: tkracht@HuntonAK.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2023 | 1 | COMPLAINT against All Defendants ( Filing and Admin fee $ 402 receipt number ANJDC-13980196) with JURY DEMAND, filed by Sunli, Morebet, Limited, jong r.d., Nickle Lee, lucky d, S Jong, S James, Edward Johns, J Bell, How Yuan, Khoo Wing, Loods B.V., Justin Berk, K David, Yang How, L Zhao, S Roberts, Drake HK, P Devin, B Ken. (Attachments: # 1 Civil Cover Sheet)(SCORDO, ANTHONY) (Entered: 01/24/2023) |
| 01/24/2023 | | Case Assigned to Judge Madeline Cox Arleo and Magistrate Judge Jose R. Almonte. (ak, ) (Entered: 01/25/2023) |
| 01/24/2023 | | CASE REFERRED to Arbitration. (ak, ) (Entered: 01/25/2023) |
| 01/26/2023 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Attorney Information: Attorney must enter themselves on the docket as counsel of record for Plaintiffs upon filing of initial pleading; Caption, Party Information: Caption and Parties must be entered |

| | | |
|---|---|---|
| | | in all capital letters . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (mxw) (Entered: 01/26/2023) |
| 01/26/2023 | 2 | SUMMONS ISSUED as to ARMANINO LLC, PRAGER METIS LLP. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (mxw, ) (Entered: 01/26/2023) |
| 01/26/2023 | | **CLERK'S QUALITY CONTROL MESSAGE** - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by parties and intervenors in diversity actions to identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Such disclosure statements must be filed with the parties, intervenors or proposed intervenors first appearance, pleading, petition, motion, response or other request addressed to the Court. (mxw) (Entered: 01/26/2023) |
| 01/26/2023 | 3 | AMENDED COMPLAINT against All Defendants All Defendants., filed by SUNLI, MOREBET, LTD., JONG R.D., NICKLE LEE, LUCKY D, S JONG, EDWARD JOHNS, S JAMES, J BELL, HOW YUAN, KHOO WING, LOODS B.V., JUSTIN BERK, K DAVID, YANG HOW, L ZHAO, S ROBERTS, DRAKE HK, P DEVIN, B KEN. (Attachments: # 1 Statement Disclosure Statement)(SCORDO, ANTHONY) (Entered: 01/26/2023) |
| 01/26/2023 | 4 | SUMMONS ISSUED as to ARMANINO LLC, PRAGER METIS LLP. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (mxw, ) (Entered: 01/26/2023) |
| 02/09/2023 | 5 | Letter from Torsten Kracht. Together with Plaintiffs, we write to respectfully request an extension of time for Defendant Armanino LLP to file an answer or other responsive pleading to the Amended Complaint filed by Plaintiffs with proposed briefing schedule re 3 Amended Complaint,. (KRACHT, TORSTEN) (Entered: 02/09/2023) |
| 02/09/2023 | 6 | Corporate Disclosure Statement by ARMANINO LLC. (KRACHT, TORSTEN) (Entered: 02/09/2023) |
| 02/14/2023 | 7 | LETTER ORDER regarding briefing schedule. Signed by Magistrate Judge Jose R. Almonte on 2/14/2023. (lag, ) (Entered: 02/14/2023) |
| 02/17/2023 | 8 | NOTICE of Appearance by PETER THOMAS SHAPIRO on behalf of PRAGER METIS LLP (SHAPIRO, PETER) (Entered: 02/17/2023) |
| 02/17/2023 | 9 | MOTION for Extension of Time to File Answer re 3 Amended Complaint, by PRAGER METIS LLP. (SHAPIRO, PETER) (Entered: 02/17/2023) |
| 02/17/2023 | 10 | Corporate Disclosure Statement by PRAGER METIS LLP. (SHAPIRO, PETER) (Entered: 02/17/2023) |
| 02/21/2023 | 11 | LETTER ORDER regarding briefing schedule. Signed by Magistrate Judge Jose R. Almonte on 2/21/2023. (lag, ) (Entered: 02/21/2023) |
| 02/21/2023 | 12 | NOTICE of Appearance by MEREDITH KAPLAN STOMA on behalf of PRAGER METIS LLP (STOMA, MEREDITH) (Entered: 02/21/2023) |
| 02/28/2023 | 13 | First MOTION for Leave to Appear Pro Hac Vice *E. Lehman, J. Blacklock* by J BELL, JUSTIN BERK, LUCKY D, K DAVID, P DEVIN, DRAKE HK, YANG HOW, S JAMES, EDWARD JOHNS, S JONG, B KEN, NICKLE LEE, LOODS B.V., MOREBET, LTD., JONG R.D., S ROBERTS, SUNLI, KHOO WING, HOW YUAN, L ZHAO. (Attachments: # 1 Text of Proposed Order, # 2 Certification, # 3 Certification)(SCORDO, ANTHONY) (Entered: 02/28/2023) |

| | | |
|---|---|---|
| 02/28/2023 | | Set Deadlines as to 13 First MOTION for Leave to Appear Pro Hac Vice *E. Lehman, J. Blacklock*. Motion set for 4/3/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mxw) (Entered: 02/28/2023) |
| 03/01/2023 | 14 | TEXT ORDER: Plaintiffs' motion to admit Edward Eugene Lehman, Esq., and Jacob Wilson Blacklock, Esq., pro hac vice (ECF No. 13) is denied without prejudice. The motion contains several defects, including: (i) the lack of a "certified statement" from Mr. Blacklock as required by Local Civil Rule 101.1(c)(1) disclosing, among other things, each bar to which he is a member in good standing; (ii) the certification of Mr. Lehman does not contain a certificate of good standing for his state bar admissions or, alternatively, the name and address of the official or office maintaining the roll of members of that state bar; and (iii) Mr. Lehman's electronic signature. Concerning point (iii), certifications for applicants seeking admission pro hac vice should contain a scanned wet signature. Plaintiffs may refile the application once they have cured the defects. So Ordered by Magistrate Judge Jose R. Almonte on 3/1/2023. (smf) (Entered: 03/01/2023) |
| 03/01/2023 | 15 | MOTION for Leave to Appear Pro Hac Vice by ARMANINO LLC. (Attachments: # 1 Certification of Torsten M. Kracht, # 2 Certification of Matthew P. Bosher, # 3 Certificate of Service, # 4 Text of Proposed Order)(KRACHT, TORSTEN) (Entered: 03/01/2023) |
| 03/01/2023 | 16 | MOTION for Leave to Appear Pro Hac Vice by ARMANINO LLC. (Attachments: # 1 Certification of Torsten M. Kracht, # 2 Certification of Thomas R. Waskom, # 3 Certificate of Service, # 4 Text of Proposed Order)(KRACHT, TORSTEN) (Entered: 03/01/2023) |
| 03/02/2023 | | Set Deadlines as to 15 MOTION for Leave to Appear Pro Hac Vice , 16 MOTION for Leave to Appear Pro Hac Vice . Motion set for 4/3/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mxw) (Entered: 03/02/2023) |
| 03/03/2023 | 17 | TEXT ORDER: The Court is in receipt of Defendant Armanino LLC's requests to admit Matthew P. Bosher, Esq., and Thomas R. Waskom, Esq., pro hac vice (ECF Nos. 15, 16). The certifications of Mr. Bosher and Mr. Waskom, however, do not include the addresses of the official or office maintaining the roll of the members for each bar to which they are admitted, or, alternatively, a certificate of good standing for each of their state bar admissions. No later than March 9, 2023, Defendant Armanino LLC shall file a certification for each of the applicants supplementing the requests for admission pro hac vice with this information. So Ordered by Magistrate Judge Jose R. Almonte on 3/3/2023. (smf) (Entered: 03/03/2023) |
| 03/06/2023 | 18 | NOTICE of Appearance by AMY CANNING on behalf of PRAGER METIS LLP (CANNING, AMY) (Entered: 03/06/2023) |
| 03/07/2023 | 19 | MOTION for Leave to Appear Pro Hac Vice *by Bruce R. Braun, Esq.* by PRAGER METIS LLP. (Attachments: # 1 Certification Certification of Meredith Kaplan Stoma, # 2 Declaration Bruce R. Braun, Esq., # 3 Text of Proposed Order)(STOMA, MEREDITH) (Entered: 03/07/2023) |
| 03/07/2023 | 20 | MOTION for Leave to Appear Pro Hac Vice *Tommy Hoyt, Esq.* by PRAGER METIS LLP. (Attachments: # 1 Certification Certification of Meredith Kaplan Stoma, # 2 Declaration Tommy Hoyt, # 3 Text of Proposed Order)(STOMA, MEREDITH) (Entered: 03/07/2023) |

| Date | No. | Description |
|---|---|---|
| 03/07/2023 | 21 | MOTION for Leave to Appear Pro Hac Vice *Joanna R. Travalini, Esq.* by PRAGER METIS LLP. (Attachments: # 1 Certification Certification of Meredith Kaplan Stoma, # 2 Declaration Joanna R. Travalini, Esq., # 3 Text of Proposed Order)(STOMA, MEREDITH) (Entered: 03/07/2023) |
| 03/07/2023 | | Set Deadlines as to 19 MOTION for Leave to Appear Pro Hac Vice *by Bruce R. Braun, Esq.*, 21 MOTION for Leave to Appear Pro Hac Vice *Joanna R. Travalini, Esq.*, 20 MOTION for Leave to Appear Pro Hac Vice *Tommy Hoyt, Esq.*. Motion set for 4/3/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mxw, ) (Entered: 03/07/2023) |
| 03/08/2023 | 22 | Letter re 21 MOTION for Leave to Appear Pro Hac Vice *Joanna R. Travalini, Esq.*, 20 MOTION for Leave to Appear Pro Hac Vice *Tommy Hoyt, Esq.*, 19 MOTION for Leave to Appear Pro Hac Vice *by Bruce R. Braun, Esq.*. (STOMA, MEREDITH) (Entered: 03/08/2023) |
| 03/09/2023 | 23 | ORDER granting 19 , 20 and 21 Motions for Leave to Appear Pro Hac Vice as to Bruce R. Braun, Esq., Tommy Hoyt, Esq., and Joanna R. Travalini, Esq. Signed by Magistrate Judge Jose R. Almonte on 3/9/2023. (lag, ) (Entered: 03/09/2023) |
| 03/09/2023 | 24 | CERTIFICATION in Support filed by ARMANINO LLC re 15 MOTION for Leave to Appear Pro Hac Vice *Supplemental Certification of Matthew P. Bosher in Support of Motion for Admission Pro Hac Vice* (KRACHT, TORSTEN) (Entered: 03/09/2023) |
| 03/09/2023 | 25 | CERTIFICATION in Support filed by ARMANINO LLC re 16 MOTION for Leave to Appear Pro Hac Vice *Supplemental Certification of Thomas R. Waskom in Support of Motion for Admission Pro Hac Vice* (KRACHT, TORSTEN) (Entered: 03/09/2023) |
| 03/10/2023 | 26 | ORDER granting 15 and 16 Motions for Leave to Appear Pro Hac Vice as to Matthew P. Bosher, Esq., and Thomas R. Waskom, Esq. Signed by Magistrate Judge Jose R. Almonte on 3/10/2023. (lag, ) (Entered: 03/10/2023) |
| 03/14/2023 | 27 | NOTICE of Appearance by JUSTIN TAYLOR QUINN on behalf of ARMANINO LLC (QUINN, JUSTIN) (Entered: 03/14/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/14/2023 12:09:55 | | | |
| **PACER Login:** | TommyHoyt | **Client Code:** | 101244-40010-23183 |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-00389-MCA-JRA Start date: 1/1/1980 End date: 3/14/2023 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |