BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL NO. 3076 |

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 11.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Kevin O'Leary, David Ortiz, and William Trevor Lawrence ("Responding Defendants"), through undersigned counsel, respectfully request oral argument before the United States Judicial Panel on Multidistrict Litigation on Petitioners' Motion for Transfer of Related Actions to the Southern District of Florida Pursuant to 28 U.S.C. § 1407 ("Mot."), ECF No. 1. Oral argument will assist the Panel in understanding the issues surrounding the various litigations noticed in the Motion, including why the Motion for national multidistrict litigation ("MDL") should be denied with respect to the Responding Defendants. Specifically, Responding Defendants request oral argument for the following reasons:

1. Responding Defendants are defendants in only one or two, respectively, of the more than twelve litigations in the proposed MDL.[1]

2. As detailed in Responding Defendants' Memorandum in Opposition to Petitioners' Motion, ECF No. 56 ("Opposition"), the remaining litigations are all vastly

---

[1] Responding Defendants are each defendants in a case pending in the United States District Court for the Southern District of Florida— *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM (S.D. Fla.) (filed Nov. 15, 2022) ("*Garrison*"). Responding Defendants Brady, Ortiz, and O'Leary are also defendants in *Norris v. Brady*, No. 23-cv-20439-KMM (S.D. Fla.) (filed in state court Dec. 2, 2022; removed to federal court Feb. 3, 2023) ("*Norris*").

different from the two cases involving Responding Defendants, involving different defendants, different facts, and different legal theories.

3. Responding Defendants request to be heard as to why *Garrison* and *Norris* are not appropriate for centralization, as transfer and consolidation of these matters with other unrelated matters would neither further the convenience of the parties and witnesses, nor promote a just and efficient resolution of these litigations.

4. Further, the landscape of the various cases may change significantly between the filing of Responding Defendants' Opposition and the date of the hearing. New actions continue to be filed. Defendants in some matters have sought liquidation. Petitioners (Garrison, et al.), filed another lawsuit today against additional defendants. *See Garrison v. Paffrath*, No. 23-cv-21023-CMA (S.D. Fla.) (filed March 15, 2023). Oral argument will thus permit the parties—including Responding Defendants—to provide the Panel with any developments that may occur between now and adjudication of Petitioners' Motion.

Oral argument therefore would permit the parties to be heard, would permit discussion of the reasons why these cases should not be centralized, and would aid the Panel in understanding the issues at hand.

For the reasons stated herein, Responding Defendants respectfully request that the Panel grant their request for oral argument.

Dated: March 17, 2023                           Respectfully submitted,

                                                      **LATHAM & WATKINS LLP**

                                                      By: */s/ Andrew B. Clubok*
                                                          Andrew B. Clubok

        andrew.clubok@lw.com
        D.C. Bar No. 446935
        555 Eleventh Street, NW, Suite 1000
        Washington, D.C. 20004-1304
        Telephone:  202.637.2200
        Facsimile:  202.637.2201

Attorney for Defendants Thomas Brady, Gisele Bündchen, and Lawrence Gene David

**AKERMAN LLP**

By: */s/ Christopher S. Carver*
    Christopher S. Carver
    christopher.carver@akerman.com
    Florida Bar No. 993580
    201 East Las Olas Boulevard – Suite 1800
    Ft. Lauderdale, FL 33301
    Tel.: 954-463-2700
    Fax: 954-468-2454

Attorney for Defendants David Ortiz

**MARCUS NEIMAN RASHBAUM**
**& PINEIRO LLP**

By: /s/ *Jeffrey A. Neiman*
    Jeffrey A. Neiman
    jneiman@mnrlawfirm.com
    Fla Bar. No. 544469
    100 Southeast Third Avenue, Suite 805
    Fort Lauderdale, Florida 33394
    Tel: (954) 462-1200
    Fax: (954)-688-2492

Attorney for Defendant Kevin O'Leary

**DIMOND KAPLAN & ROTHSTEIN, P.A.**

By: /s *David A. Rothstein, Esq.*
    David A. Rothstein, Esq.
    Fla. Bar No. 995762
    DRothstein@dkrpa.com
    Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920
Facsimile:  (305) 374-1961

Attorney for Defendant William Trevor Lawrence