BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

## CORRECTED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 14, 2023, copies of the foregoing Notice of Potential Tag-Along Action and Schedule of Actions were served on all parties electronically via ECF or as indicated below:

*Lucky D. et al. v. Prager Metis, LLP and Armanino, LLC*:

**Served via Email:**

Anthony Scordo
Anthony Scordo, Esq., PC
1425 Pompton Avenue, Suite 2-2
PO Box 74
Cedar Grove, New Jersey 07009
Telephone: (973) 837-1861
Email: ascordo@lentolawgroup.com

Edward Lehman
Jacob Blacklock
LEHMAN, LEE & Xu LLC (Saipan #25977-001-1)
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong Kong
Telephone: (852) 3588-2188
Email: elehman@lehmanlaw.com
Email: jblacklock@lehmanlaw.com

**Counsel for plaintiffs Lucky D.; Jong R.D.; How Yuan; S. Roberts; B. Jen; J. Bell; MoreBet, Limited; L. Zhao; Khoo Wing; P. Devin; Sunli; Loods B.V.; S. James; Yang How; K. David; Edward Johns; Nickle Lee; S. Jong; Drake HK; Justin Berk**

Justin Taylor Quinn
ROBINSON MILLER LLC
IRONSIDE NEWARK
110 Edison Place, Suite 302
Newark, NJ 07102
Telephone: (973) 690-5400
Email: jquinn@rwmlegal.com

Torsten Michael Kracht
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 419-2149
Email: tkracht@HuntonAK.com

**Counsel for defendant Armanino LLP (improperly identified in *Lucky D.* complaint as "Armanino LLC")**

Dated:  March 17, 2023

Respectfully submitted,

By: */s/ Joanna R. Travalini*
Joanna R. Travalini
**SIDLEY AUSTIN LLP**
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant*
*Prager Metis CPAs, LLC*