BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 11.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML" or the "Panel"), Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane (collectively, the "Silvergate Respondents") respectfully submit this Oral Argument Statement of reasons why oral argument should be heard before the JPML on petitioners Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol's (collectively, "Petitioners") Motion for Transfer of Related Actions ("Transfer Motion"), Dkt No. 1.

Oral argument will assist the Panel in assessing whether the Transfer Motion should be granted or denied with respect to the Silvergate Respondents. Specifically, oral argument should be heard for the following reasons:

1. The Silvergate Respondents are defendants in only four (three of which are pending and will likely be consolidated in the Northern District of California) of the fifteen actions still pending in the proposed MDL;

2. The factual issues in the actions against the Silvergate Respondents differ significantly from those in the actions against other defendants, and overwhelm any purported common question arising from any alleged underlying FTX conduct, as detailed in the Silvergate Respondents' Response to the Transfer Motion (Dkt. No. 52). Further, including the Silvergate Respondents in the Multidistrict Litigation of predominately unrelated issues will only serve to

increase litigation costs to the detriment of the Silvergate Respondents and the plaintiffs seeking to recover from the Silvergate Respondents;

3. Transfer to the proposed transferee forum would significantly inconvenience the parties and witnesses in the actions against the Silvergate Respondents, the majority of whom are located in the Southern District of California, and make litigating those actions inefficient and costly;

4. Petitioners themselves appear to acknowledge that transferring the actions against the Silvergate Respondents may "not advance the objectives of § 1407." *See* Reply Brief, Dkt. No. 73, at 2; and

5. Oral argument will permit the Silvergate Respondents to update the Panel on events and developments in the actions against them since the filing of their Response to Petitioners' Transfer Motion on March 10, 2023.

For the reasons stated herein, the Silvergate Respondents respectfully request that the Panel allow for oral argument in accordance with Rule 11.1.

Dated: March 24, 2023               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    By: _____/s/ Polly Towill_____

                                    *Counsel to Silvergate Respondents Silvergate Bank, Silvergate Capital Corporation, Alan J. Lane*