BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket: 3076 |
|---|---|

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Russell Hawkins, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:22-cv-07620 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Julie Papadakis, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino LLP<br>Prager Metis CPAs, LLC | 3:23-cv-00024 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Stephen Pierce, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:22-cv-07444 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Connor O'Keefe, on behalf of himself and all others similarly situated | Sequoia Capital Operations, LLC<br>Silvergate Bank<br>Signature Bank<br>Deltec Bank and Trust Company Limited<br>Farmington State Bank d/b/a Moonstone Bank | 1:23-cv-20700 | S.D. Fla. | Judge Jose E. Martinez |

| | | | | |
|---|---|---|---|---|
| | Jean Chalopin<br>Thoma Bravo L.P.<br>Paradigm Operations LP<br>Temasek Holdings (Private) Limited<br>Softbank Vision Fund (AIV M2) L.P.<br>Ribbit Capital, L.P.<br>Altimeter Capital Management, LP<br>Multicoin Capital Management LLC<br>Tiger Global Management, LLC<br>Sino Global Capital Limited<br>Fenwick & West LLP<br>Prager Metis CPAs, LLC<br>Armanino, LLP<br>Softbank Group Corp. | | | |
| Lucky D., *et. al.* | Prager Metis, LLP<br>Armanino, LLC | 2:23-cv-00389 | D.N.J. | Judge Madeline Cox Arleo |