BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | | MDL Docket: 3076 | | | |

## SCHEDULE OF ACTIONS

| **Plaintiffs** | **Defendants** | **Civil Action No.** | **District** | **Judge** |
|---|---|---|---|---|
| Russell Hawkins, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:22-cv-07620 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Julie Papadakis, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino LLP<br>Prager Metis CPAs, LLC | 3:23-cv-00024 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Stephen Pierce, individually and on behalf of all others similarly situated | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:22-cv-07444 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Connor O'Keefe, on behalf of himself and all others similarly situated | Sequoia Capital Operations, LLC<br>Silvergate Bank<br>Signature Bank<br>Deltec Bank and Trust Company Limited<br>Farmington State Bank d/b/a Moonstone Bank | 1:23-cv-20700 | S.D. Fla. | Judge Jose E. Martinez |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Jean Chalopin<br>Thoma Bravo L.P.<br>Paradigm Operations LP<br>Temasek Holdings (Private) Limited<br>Softbank Vision Fund (AIV M2) L.P.<br>Ribbit Capital, L.P.<br>Altimeter Capital Management, LP<br>Multicoin Capital Management LLC<br>Tiger Global Management, LLC<br>Sino Global Capital Limited<br>Fenwick & West LLP<br>Prager Metis CPAs, LLC<br>Armanino, LLP<br>Softbank Group Corp. |  |  |  |
| Lucky D., *et. al.* | Prager Metis, LLP<br>Armanino, LLC | 2:23-cv-00389 | D.N.J. | Judge Madeline Cox Arleo |

2