BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) ) ) | MDL No. 3076 |
|---|---|---|

NOTICE OF APPEARANCE
SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|---|---|---|---|---|---|
| 1. | Patrick J. Rabbitte | Sequoia Capital Operations, LLC, Thoma Bravo, LP, and Paradigm Operations LP | N.D. Cal. | 3:23-cv-00655 | Jaqueline Scott Corley |