BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) MDL No. 3076 <br> ) <br> ) |

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 13, 2023, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to any non-CM/ECF participants indicated on the Electronic Mail Notice List.

I further certify that on April 13, 2023, I caused the foregoing NOTICE OF APPEARANCE to be served on defendant Thoma Bravo, LP in *Rabbitte v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00655-JSC (N.D. Cal.), by emailing a copy to counsel of record as follows:

Mark E. McKane
Anna Tereryan
Stephen M. Silva
**Kirkland & Ellis LLP**
555 California Street
San Francisco, CA 94104
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  April 13, 2023 | ROBBINS GELLER RUDMAN  & DOWD LLP |

*s/ Stuart A. Davidson*<br>STUART A. DAVIDSON

225 NE Mizner Blvd., Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

*Counsel for Plaintiff Patrick J. Rabbitte*
Case No 3:23-cv-00655-JSC (N.D. Cal)