BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |
|---|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br>• Gregg Podalsky<br>• Skyler Lindeen<br>• Alexander Chernyavsky<br>• Sunil Kavuri<br>• Gary Gallant<br>• David Nicol<br><br>Defendant:<br>• Kevin Paffrath<br>• Graham Stephan<br>• Andrei Jikh<br>• Jaspreet Singh<br>• Brian Jung<br>• Jeremy Lefebvre<br>• Tom Nash<br>• Ben Armstronga<br>• Erika Kullberg<br>• Creators Agency | United States District Court for the Southern District of Florida | 1:23-cv-21023 | Chief Judge Cecilia M. Altonaga |