BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on April 17, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| US District Court for the Southern District of Florida<br>Wilkie D. Ferguson, Jr. United States Courthouse<br>400 North Miami Avenue<br>Miami, Florida 33128 ||
|---|---|
| **Garrison et al v Paffrath et al**<br>**Case No.: 1:23-CV-21023, Chief Judge Cecilia M. Altonaga** ||
| *Counsel for Plaintiffs:*<br>                        Via Electronic Mail<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>adam@moskowitz-law.com<br>                        Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>(305) 740-1423<br>joseph@moskowitz-law.com<br>                        Via Electronic Mail<br>Manuel A. Arteaga-Gomez<br>Grossman Roth Yaffa Cohen<br>2525 Ponce de Leon Blvd., Suite 1150<br>Coral Gables, FL 33134<br>(305) 442-8666 |                         Via Mail<br>Defendant Kevin Paffrath<br>8219 Quartz Street<br>Ventura, CA 93004<br>                        Via Mail<br>Defendant Graham Stephan<br>5193 Steel Hammer Drive<br>Las Vegas, NV<br>                        Via Mail<br>Defendant Andrei Jikh<br>5667 Deer Creek Falls Court<br>Las Vegas, NV 89118<br>                        Via Electronic Mail<br>*Counsel for Defendant Jaspreet Singh*<br>Ronald G. Acho<br>**Cummings, McClorey, Davis & Acho, PLC**<br>17436 College Parkway<br>Livonia, MI  48152<br>Telephone: (734) 261-2400<br>Facsimile:  (734) 261-4510 |

| | |
|---|---|
| Fax: (305) 285-1668<br>aag@grossmanroth.com<br>　　　　　　　　　Via Electronic Mail<br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com<br>　　　　　　　　　Via Electronic Mail<br>Stuart Z. Grossman<br>Grossman, Roth, Yaffa, Cohen, PA<br>2525 Ponce de Leon Boulevard, Suite 1150<br>Coral Gables, FL 33134<br>305-442-8666<br>Fax: 285-1668<br>szg@grossmanroth.com<br>　　　　　　　　　Via Electronic Mail<br>Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>tulrich@bsfllp.com<br>　　　　　　　　　Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999,<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>　　　　　　　　　Via Electronic Mail<br>Michelle Genet Bernstein<br>Mark Migdal , Hayden<br>236 Costanera Road<br>Coral Gables, FL 33143<br>(917) 373-6226<br>michelle@markmigdal.com | racho@cmda-law.com<br>mcummings@cmda-law.com<br>　　　　　　　　　Via Mail<br>Defendant Brian Jung<br>12394 Potomac Hunt Rd.<br>Gaithersburg, MD 20878<br>　　　　　　　　　Via Mail<br>Defendant Jeremy Lefebvre<br>5201 PEAK CLIMB DR<br>LAS VEGAS, NV 89135-9101<br><br>Defendant Tom Nash<br>Address unknown<br>　　　　　　　　　Via Mail<br>Defendant Ben Armstrong<br>4944 Oglethorpe Loop NW<br>Acworth, GA 30101<br>　　　　　　　　　Via Mail<br>Defendant Erika Kullberg<br>40  Wateside Plz, Apt 11D<br>New York, NY 10010<br>　　　　　　　　　Via Mail<br>Defendant Creators Agency<br>Register Agent: Register Agent Inc.<br>30 N Gould St. Ste R<br>Sheridan, WY 82801 |

Dated: April 17, 2023            Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*