BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, I hereby certify that, on April 18, 2023, I caused the Notice of Presentation or Waiver of Oral Argument for Laurence D. King to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action. In addition, all counsel or parties on the attached service list were served via U.S. Mail, at the addresses so indicated.

I am readily familiar with my firm's practice for the processing of U.S. Mail and that process is the documents are enclosed in sealed envelopes, with postage prepaid thereon, and deposited with the United States Postal Service in the ordinary course of business on the same date as this Proof of Service.

Dated: April 18, 2023

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Laurence D. King*
Laurence D. King
Kathleen M. Herkenhoff
Blair E. Reed
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*

*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
800 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Email: ffox@kaplanfox.com
*jstrauss@kaplanfox.com*
*jcampisi@kaplanfox.com*

*Counsel for Plaintiff Papadakis and Proposed Interim Co-Lead Counsel in the Five Original N.D. Cal. Related Actions*

| **SERVICE LIST BY U.S. MAIL** ||
|---|---|
| Robert L. Lieff<br>P.O. Drawer A<br>Rutherford, California 94573<br><br>Edward Lehman<br>Jacob Blacklock<br>LEHMAN, LEE & XU LLC<br>c/o LEHMAN, LEE & XU<br>Suite 3313, Tower One, Times<br>Square 1 Matheson Street,<br>Causeway Bay, Hong Kong<br><br>*Counsel for Plaintiff Elliott Lam*<br>  *Lam v. Bankman-Fried*, No. 22-cv-7336-<br>  JSC (N.D. Cal.)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br><br>*Counsel for Plaintiffs*<br>  *Norris et al v. Brady et al*, No. 1:23-cv-<br>  20439-KMM (S.D.Fla.) | Jennifer Pafiti<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br><br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>J. Alexander Hood II<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br><br>Peretz Bronstein<br>Eitan Kimelman<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br><br>*Counsel for Plaintiff Russell Hawkins*<br>  *Hawkins v. Bankman-Fried, et al.*, No. 3:22-<br>  cv-07620-JSC (N.D. Cal.) |
| Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br><br>*Counsel for Plaintiffs Podalsky et al v.*<br>*Bankman-Fried et* al, No. 1:22-cv-23983-<br>KMM (S.D. Fla.) | Steven C. Vondran<br>THE LAW OFFICES OF STEVEN<br>C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Stephen Pierce*<br>  *Pierce v.Bankman-Fried et al.*, No. 3:22-cv-<br>  07444-JSC (N.D. Cal.) |
| Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br><br>Elizabeth A. Greenman | Jason S Hartley<br>Jason M. Lindner<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br><br>*Counsel for Plaintiffs* |

| | |
|---|---|
| Jessica Stebbins Bina<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br><br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br><br>*Counsel for Defendant Thomas Brady*<br>  *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>*Counsel for Defendant Gisele Bundchen*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>*Counsel for Defendant Lawrence Gene David*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | *Magleby v. Silvergate Bank et al*, No. 3:23-cv-00669-AGT (N.D. Cal.)<br><br>Brandon Scott Floch<br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br><br>*Counsel for Defendant Kevin O'Leary*<br>  *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>Jason Samuel Oletsky<br>Katherine Ann Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br><br>*Counsel for Defendant David Ortiz*<br>*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br><br>*Counsel for Defendant William Trevor Lawrence*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky* | Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW Washington DC 20037<br><br>*Defendant Caroline Ellison*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) *Papadakis v.* |

| | |
|---|---|
| *et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | *Bankman-Fried et al*, No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Lam et al v. Bankman-Fried,* No. 3:22-cv-07336-JSC |
| Stephen Curry<br>115 Stephanie Lane<br>Alamo, CA  94507-1227<br><br>*Defendant Stephen Curry*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br><br>*Counsel for Defendant Samuel Bankman-Fried*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) |
| Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>*Defendant Udonis Haslem*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | Shaquille O'Neal<br>4012 Sahara Ct,<br>Carrollton, TX 75010<br><br>*Defendant Shaquille O'Neal*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br><br>*Defendant Naomi Osaka*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky* | Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806<br><br>*Defendant Shohei Ohtani*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky* |

| | |
|---|---|
| *et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | *et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br><br>*Defendant Zixiao Gary Wang*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) | Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174<br><br>*Consol Defendant, Sam Trabucco*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) |
| Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br><br>Dan Friedberg<br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Consol Defendant Dan Friedberg*<br>  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br><br>*Defendant Nishad Singh*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br><br>*Counsel for Defendant Prager Metis CPAs LLC*<br>  *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v.* | Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St. |

| | |
|---|---|
| *Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.), *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | Richmond, VA 23219<br><br>*Counsel for Defendant Armanino LLP*<br>  *Papadakis v. Bankman-Fried et al*, No.3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br><br>*Counsel for Plaintiff O'Keefe*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br><br>*Counsel for Defendant Silvergate Bank*<br>  *Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.); *Keane v. Silvergate Bank et al*, No. 3:23-cv-00670-JD (N.D. Cal.); *Magleby et al v. Silvergate Capital Corporation et al*, 3:23-cv-00669-AGT (N.D. Cal.)<br><br>*Counsel for Defendant Silvergate Capital Corporation*<br>  *Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.); *Keane v. Silvergate Bank et al*, No. 3:23-cv-00670-JD (N.D. Cal.); *Magleby et al v. Silvergate Capital Corporation et al*, 3:23-cv-00669-AGT (N.D. Cal.)<br><br>*Counsel for Defendant Alan J. Lane*<br>  *Bhatia v. Silvergate Bank et al*, 3:23-00667-AGT (N.D. Cal.) |
| Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>*Defendant Deltec Bank and Trust Company Limited*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br><br>*Defendant Signature Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

| | |
|---|---|
| Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br><br>*Defendant Jean Chalopin*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br><br>*Defendant Farmington State Bank d/b/a Moonstone Bank*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>Silvergate Bank<br>c/o Registered Agent - CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br><br>*Defendant Silvergate Bank*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| Paradigm Operations LP<br>c/o Registered Agent - Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br><br>*Defendant Paradigm Operations LP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | Temasek Holdings (Private Limited)<br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Temasek Holdings (Private) Limited*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| Softbank Vision Fund (AIV-M2)<br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Softbank Vision Fund (AIV M2) L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | Rabbit Capital, L.P.<br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Ribbit Capital, L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

| | |
|---|---|
| c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Altimeter Capital Management, LP*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>Tiger Global Management, LLC<br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Tiger Global Management, LLC*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br><br>*Defendant Fenwick & West LLP*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>Shawn A. Williams<br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br><br>Brian Edward Cochran<br>Eric Ian Niehaus<br>Kenneth P. Dolitsky | Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street 2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(<br>*Counsel for Plaintiff Mark Girshovich*<br>*Girshovich v. Sequoia Capital Operations, LLC, et al.*, No. 3:23-cv-00945-JCS (N.D Cal)<br><br>Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><br>*Defendant Multicoin Capital Management LLC*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>Sino Global Capital Limited<br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi, 100125<br>China<br><br>*Defendant Sino Global Capital Limited*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>Thoma Bravo L.P.<br>c/o Registered Agent - CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>*Defendant Thoma Bravo L.P.*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

| | |
|---|---|
| Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br><br>*Counsel for Plaintiff Patrick J. Rabbitte*<br>  *Rabbitte v. Sequoia Capital Operations, LLC, et al.*, No. 3:23-cv-00655-WHA (N.D. Cal) | Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>*Defendant Softbank Group Corp.*<br>  *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |