BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) MDL No. 3076 <br> ) <br> ) |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 24, 2023, I caused the foregoing PLAINTIFF PATRICK J. RABBITTE'S INTERESTED PARTY RESPONSE IN OPPOSITION TO THE MOTION TO TRANSFER to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 24, 2023, I caused the foregoing PLAINTIFF PATRICK J. RABBITTE'S INTERESTED PARTY RESPONSE IN OPPOSITION TO THE MOTION TO TRANSFER to be served on defendant Thoma Bravo, LP in *Rabbitte v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00655-JSC (N.D. Cal.), by emailing a copy to counsel of record as follows:

> Mark E. McKane
> Anna Tereryan
> Stephen M. Silva
> **Kirkland & Ellis LLP**
> 555 California Street
> San Francisco, CA 94104
> mark.mckane@kirkland.com
> anna.terteryan@kirkland.com
> stephen.silva@kirkland.com
>
> *Counsel for Defendant Thoma Bravo, LP*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 24, 2023　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　　& DOWD LLP

　　　　　　　　　　　　　　　　　　　　　　*s/ Stuart A. Davidson*
　　　　　　　　　　　　　　　　　　　　　STUART A. DAVIDSON

　　　　　　　　　　　　　　　　　　　　225 NE Mizner Blvd., Suite 720
　　　　　　　　　　　　　　　　　　　　Boca Raton, FL  33432
　　　　　　　　　　　　　　　　　　　　Telephone:  561/750-3000
　　　　　　　　　　　　　　　　　　　　561/750-3364 (fax)
　　　　　　　　　　　　　　　　　　　　sdavidson@rgrdlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Patrick J. Rabbitte*
　　　　　　　　　　　　　　　　　　　　Case No 3:23-cv-00655-JSC (N.D. Cal)