**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | )  MDL No. 3076 ) ) |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 24, 2023, I caused the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 24, 2023, I caused the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT to be served on defendant Thoma Bravo, LP in *Rabbitte v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00655-JSC (N.D. Cal.), by emailing a copy to counsel of record as follows:

>Mark E. McKane
>Anna Tereryan
>Stephen M. Silva
>**Kirkland & Ellis LLP**
>555 California Street
>San Francisco, CA 94104
>mark.mckane@kirkland.com
>anna.terteryan@kirkland.com
>stephen.silva@kirkland.com
>
>*Counsel for Defendant Thoma Bravo, LP*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 24, 2023  ROBBINS GELLER RUDMAN
   & DOWD LLP

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Blvd., Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

*Counsel for Plaintiff Patrick J. Rabbitte*
Case No 3:23-cv-00655-JSC (N.D. Cal)