# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL NO. 3076 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the above and foregoing Notice of Presentation or Waiver of Oral Argument and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF System and was served on all counsel or parties in the manner indicated and addressed as follows:

| SERVICE LIST ||
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>**Via email**<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>(305) 374-0440 (telephone)<br>jose@markmigdal.com | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>(305) 476-7400 (telephone)<br>scasey@colson.com<br>zach@colson.com<br>bob@colson.com<br><br>**Via email**<br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel |

| | |
|---|---|
| **Via email**<br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>**Via email**<br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP3076<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 (telephone)<br>andrew.clubok@lw.com<br>brittany.record@lw.com<br>susan.engel@lw.com<br><br>**Via email**<br>Elizabeth A. Greenman<br>Jessica Stebbins Bina<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 (telephone)<br>elizabeth.greenman@lw.com<br>jessica.stebbinsbina@lw.com<br>marvin.putnam@lw.com<br><br>**Via email**<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Tower Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235 (telephone)<br>michele.johnson@lw.com<br>**Counsel for Defendant Tom Brady in** *Norris, Garrison* **and** *Podalsky*<br><br>**Counsel for Defendants Gisele Bundchen and Lawrence G. David in** *Garrison* **and** *Podalsky* |

| | |
|---|---|
| *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>**Via email**<br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler E. Ulrich<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com<br><br>**Via email**<br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Brandon S. Floch<br>Jeffrey E. Marcus<br>Michael A. Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>(305) 400-4260 (telephone)<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>**Via email**<br>Jeffrey A. Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>(954) 462-1200 (telephone)<br>jneiman@mnrlawfirm.com<br><br>**Via email**<br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Boulevard<br>West Hollywood, CA 90069<br>(310) 278-2111 (telephone)<br>abrettler@berkbrettler.com<br>**Counsel for Defendant, Kevin O'Leary** |
| *Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036 | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Christopher S. Carver |

| | |
|---|---|
| (305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>**Via email**<br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>**Via email**<br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | Akerman LLP<br>Three Brickell City Centre, Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>(305) 982-5572 (telephone)<br>Christopher.carver@akerman.com<br><br>**Via email**<br>Jason S. Oletsky<br>Katherine A. Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>(954) 463-2700 (telephone)<br>jason.oletsky@akerman.com<br>katie.johnson@akerman.com<br>**Counsel for Defendant, David Ortiz** |
| *Elliott Lam v. Samuel Bankman-Fried*<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)**<br><br>**Via email**<br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>(415) 568-2555 (telephone)<br>(415) 568-2556 (facsimile)<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br><br>**Via email**<br>Robert L. Lieff<br>P.O. Drawer A<br>Rutherford, CA 94573 | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>David A. Rothstein<br>Alexander M. Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>(305) 374-1920 (telephone)<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com<br><br>**Via email**<br>Eric A. Fitzgerald<br>Hillary N. Ladov |

| | |
|---|---|
| rlieff@lieff.com<br><br>**Via email**<br>Edward Lehman<br>Jacob Blacklock<br>Lehman, Lee & Xu LLC<br>C/O Lehman, Lee & Hu<br>Suite 3313, Tower One<br>Times Square<br>1 Matheson Street<br>Causeway Bay, Hong Kong<br>(852) 3588-2127 (telephone)<br>elehman@lehmanlaw.com<br>jblacklock@lehmanlaw.com<br>**Counsel for Plaintiff**<br><br>*Russell Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br><br>**Via email**<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190 (telephone)<br>jpafiti@pomlaw.com<br><br>**Via email**<br>Joshua B. Silverman<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181 (telephone)<br>jbsilverman@pomlaw.com<br><br>**Via email**<br>Jeremy A. Lieberman<br>J. Alexander Hood II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100 (telephone)<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com | McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334 (telephone)<br>eric.fitzgerald@mgclaw.com<br>Hillary.ladov@mgclaw.com<br><br>**Counsel for Defendant, William T. Lawrence**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Russell Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.);**<br>*Jessup v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07666-JSC (N.D. Cal.);**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br><br>**Via email**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>  & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>(215) 772-7246 (telephone)<br>jmishkin@mmwr.com<br>**Counsel for Defendant,**<br>**Samuel Bankman-Fried**<br><br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Michael Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br><br>**Consolidated Defendant Sam Trabucco**<br><br>**Via U.S. Mail**<br>Sam Trabucco<br>36 Winner Circle<br>Wells, ME 04090-5174 |

Page **5** of **16**

| | |
|---|---|
| **Via email**<br>Peretz Bronstein<br>Eitan Kimelman<br>Bronstein, Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 697-6484 (telephone)<br>peretz@bgandg.com<br>eitank@bgandg.com<br>**Counsel for Plaintiff** | |
| *Pierce et al v. Bankman-Fried et al*<br>Case No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>**Via email**<br>Patrick Yarborough<br>Foster Yarborough PPLC<br>917 Franklin, Suite 220<br>Houston, TX 77002<br>(713) 513-5202 (telephone)<br>patrick@fosteryarborough.com<br><br>**Via email**<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>(832) 848-0036 (telephone)<br>marshal@thehodalawfirm.com<br><br>**Via email**<br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansone Street, Suite 3500<br>San Francisco, CA 94104<br>(877) 276-5084 (telephone)<br>steve@vondranlegal.com<br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**Via U.S. Mail**<br>Stephen Curry<br>115 Stephanie Lane<br>Alamo, CA 94507-1227<br><br>**Via U.S. Mail**<br>Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010<br><br>**Via U.S. Mail**<br>Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, FL 33332<br><br>**Via U.S. Mail**<br>Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, CA 92806<br><br>**Via U.S. Mail**<br>Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, CA 90210 |
| *Michael Jessup v. Bankman-Fried, et al*<br>Case No. 3:22-cv-7666-JSC (N.D. Cal.)<br><br>**Via email**<br>Rafey S. Balabanian | *Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Lam et al v. Bankman-Fried et al*<br>Case No. 3:22-cv-07336-JSC (N.D. Cal.);<br>*Podalsky et al v. Bankman-Fried et al* |

| | |
|---|---|
| Todd Logan<br>Yaman Salahi<br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300 (telephone)<br>(415) 373-9435 (facsimile)<br>rbalananian@edelson.com<br>tlogan@edelson.com<br>ysalahi@edelson.com<br>shildingerpardo@edelson.com<br>**Counsel for Plaintiff** | **Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>(415) 393-8212 (telephone)<br>mkahn@gibsondunn.com<br>**Counsel for Defendant,**<br>**Golden State Warriors, LLC** |
| *Gonzales v. Silvergate Bank et al*<br>**Case No. 3:22-cv-01981-BEN-WVG (S.D. Cal.)**<br><br>**Via email**<br>Adam E. Polk<br>Daniel C. Girard<br>Makenna Cox<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>mcox@girardsharp.com<br><br>**Via email**<br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>**Via email**<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C. Street, Suite 610<br>San Diego, CA 92101<br>lindner@stuevesiegel.com (Inactive)<br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>*Lam v. Samuel Bankman-Fried*<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)**<br><br>**Defendant Caroline Ellison**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>and<br><br>**Via Email**<br>C/O Stephanie Avakian<br>Wilmer Hale<br>23100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>(202) 663-6471 (telephone)<br>Stephanie.avakian@wilmerhale.com |

| | |
|---|---|
| *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,*<br>Case No. 3:22-cv-1901-BEN-WVG (S.D. Cal.)<br><br>**Via email**<br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor M. Flynn<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741 (telephone)<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@pauljosephlaw.com<br>trevor@fitzgeraldjoseph.com<br><br>**Via email**<br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>(619) 238-1811 (telephone)<br>jdavis@cglaw.com (Inactive)<br><br>**Via email**<br>Thomas J. O'Reardon, II<br>Timotny G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100 (telephone)<br>toreardon@bholaw.com<br>tblood@bholaw.com<br><br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.);<br>*Jessup v. Bankman-Fried, et al*<br>Case No. 3:22-cv-7666-JSC (N.D. Cal.)<br>*Pierce et al v. Bankman-Fried et al*<br>Case No. 3:22-cv-07444-JSC (N.D. Cal.)<br>*Hawkins v. Bankman-Fried, et al*<br>Case No. 3:22-cv-07620-JSC (N.D. Cal.)<br>*Papadakis v. Bankman-Fried, et al*<br>Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br><br>**Defendant Zixiao "Gary" Wang**<br>**Via U.S. Mail and Email**<br><br>Via U.S. Mail<br>Zixiao "Gary" Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>and<br><br>**Via Email**<br>C/O Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (telephone)<br>alex.miller@friedfrank.com<br><br>*Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**Consolidated Defendant Dan Friedberg**<br>**Via U.S. Mail and Email**<br><br>Via U.S. Mail<br>Dan Friedberg<br>1133 Bigelow Avenue N.<br>Seattle, WA 98109-3208<br><br>and |

| | |
|---|---|
| | **Via Email**<br>C/O Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason<br> & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9555 (telephone)<br>tkasulis@maglaw.com |
| *Julie Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via email**<br>Laurence D. King<br>Kathleen A. Herkenhoff<br>Blair E. Reed<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700 (telephone)<br>(415) 772-4707 (facsimile)<br>lking@kaplanfox.com<br>kherkenhoff@kaplanfox.com<br>breed@kaplanfox.com<br><br>**Via email**<br>Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey P. Campisi<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 687-1980 (telephone)<br>(212) 687-7714 (facsimile)<br>ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>jcampisi@kaplanfox.com<br>**Counsel for Plaintiff** | *Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via email**<br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037-1701<br>(202) 955-1500 (telephone)<br>mbosher@huntonAK.com<br><br>**Via email**<br>Anne M. Mortimer<br>Kirk A. Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103 (telephone)<br>amortimer@huntonAK.com<br>khornbeck@huntonAK.com<br><br>**Via email**<br>Thomas R. Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 22319<br>(804) 788-8403 (telephone)<br>twaskom@huntonAK.com<br>**Counsel for Defendant,**<br>**Armanino LLP** |

Page **9** of **16**

| | |
|---|---|
| *Magleby et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-669-AGT (N.D. Cal.)**<br><br>**Via email**<br>Daniel C. Girard<br>Adam E. Polk<br>Tom Lane Watts<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>(415) 981-4846 (facsimile)<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com<br><br>**Via email**<br>Jason S. Hartley<br>Jason M. Lindner<br>HARTLEY LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>(619) 400-5832 (facsimile)<br>hartley@hartleyllp.com<br>lindner@hartleyllp.com<br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Defendant Nishad Singh**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>and<br><br>**Via Email**<br>C/O Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004-2400<br>(202) 842-7800 (telephone)<br>agoldstein@cooley.com |
| *Husary et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)**<br><br>**Via Email**<br>Isabella Martinez<br>Matthew W. Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400 (telephone)<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com | *O'Keefe v. Sequoia Capital, et al*<br>**Case No. 1:23-cv-20700-JEM (S.D. FLA)**<br><br>**Via email**<br>Jeffrey Robertson<br>Peter White<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street, NW, Suite 800,<br>Washington, DC 20005<br>jeffrey.robertson@srz.com<br>pete.white@srz.com<br>**Counsel for Defendant,**<br>**Tiger Global Management, LLC** |

| | |
|---|---|
| **Via email**<br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadwy, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>**Via email**<br>Jason K. Kellogg<br>Marcelo Diaz-Cortes<br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider<br>  & Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>(305) 403-8788 (telephone)<br>jk@lklsg.com<br>md@lklsg.com<br>vjw@lklsg.com<br><br>**Via email**<br>Michael J. Reiser<br>Law Office of Michael Reiser<br>961 Ignacio Valley Road<br>Walnut Creek, CA 94596<br>(925) 256-0400 (telephone)<br>michael@reiserlaw.com<br><br>**Via email**<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>lindner@stuevesiegel.com (Inactive)<br>**Counsel for plaintiffs,**<br>**Andrawes Husary, Francisco De Tomaso, Soham Bhatia, and Michael Hawwa** | **Via email**<br>Thomas Waskom<br>Matthew Bosher<br>HUNTON ANDREWS HURTH LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>twaskom@hunton.com<br>mbosher@hunton.com<br>**Counsel for Defendant,**<br>**Armanino, LLC**<br><br>**Via email**<br>Frank Bonaventure<br>Ty Kelly<br>BAKER, DONELSON, BEARMAN, CALDWELL<br>  & BERKOWITZ, PC<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>fbonaventure@bakerdonelson.com<br>tykelly@bakerdonelson.com<br>**Counsel for Defendant,**<br>**Farmington State Bank d/b/a**<br>**Moonstone Bank**<br><br>**Via U.S. Mail**<br>Sino Global Capital Limited<br>C/O Matthew Graham<br>Chaoyang, Beijing<br>Beijing Shi, 100125<br>China<br>**Defendant**<br><br>**Via Email**<br>David R. Atkinson<br>Nicole K. Atkinson<br>Gunster, Yoakley & Stewart, P.A.<br>Brickell World Plaza<br>600 Brickell Avenue, Suite 3500<br>Miami, FL 33131<br>(305) 376-6000 (telephone)<br>datkinson@gunster.com<br>natkinson@gunster.com<br>mmargolese@gunster.com |

| | |
|---|---|
| | **Counsel for Defendant,**<br>**Fenwick & West LLP**<br><br>**Via U.S. Mail**<br>Signature Bank<br>565 Fifth Avenue<br>New York, NY 10017<br>**Defendant**<br><br>**Via U.S. Mail**<br>Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br>**Defendant**<br><br>**Via U.S. Mail**<br>Multicoin Capital Management LLC<br>501 West Avenue, Apt. 3803<br>Austin, TX 78701<br>**Defendant**<br><br>**Via U.S. Mail - Defendant**<br>Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| *O'Keefe v. Sequoia Capital, et al*<br>**Case No. 1:23-cv-20700-JEM (S.D. FLA)**<br><br>**Via email**<br>Jennifer Kennedy Park<br>Ye Eun Chun<br>Joshua Walden<br>Cleary Gottlieb Stein & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>jkpark@cgsh.com<br>chchun@cgsh.com<br>jwalden@cgsh.com<br>**Counsel for Defendant,**<br>**Sequoia Capital Operations, LLC**<br><br>**Via email**<br>Mark E. McKane<br>Anna Tereryan<br>Stephen M. Silva | *Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br><br>**Via email**<br>Bruce R. Braun<br>Joanna R. Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603<br>(312) 53-7000 (telephone)<br>bbraun@sidley.com<br>jtravalani@sidley.com<br>thoyt@sidley.com |

| | |
|---|---|
| Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>**Counsel for Defendant, Thoma Bravo, LP**<br>**Via third party legal service**<br><br>Temasek Holdings (Private Limited)<br>c/o Registered Agent – Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**Defendant**<br><br>**Via third party legal service**<br>Softbank Vision Fund (AIV M2) L.P.<br>c/o Registered Agent – Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**Defendant**<br><br>**Via U.S. Mail**<br>Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>**Via email**<br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000 (telephone)<br>(212) 735-2000 (facsimile)<br>alexander.drylewski@skadden.com<br>**Counsel for Defendant,**<br>**Paradigm Operations LP** | **Via email**<br>Sarah A. Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-7413 (telephone)<br>shemmendinger@sidley.com<br>**Counsel for Defendant,**<br>**Prager Metis CPAs, LLC** |
| | *Gonzales v. Silvergate Bank et al*<br>**Case No. 3:22-cv-01981-BEN (S.D. Cal.);**<br>*Husary et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-00038-BEN (S.D. Cal.)**<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendant,**<br>**Silvergate Bank**<br><br>*Gonzales v. Silvergate Bank et al*<br>**Case No. 3:22-cv-01981-BEN (S.D. Cal.);**<br>*Husary et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-00038-BEN (S.D. Cal.);**<br>*Sepulveda Zuleta et al v. Silvergate et al,*<br>**Case No. 3:22-cv-1901-BEN (S.D. Cal.)**<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone) |

| | |
|---|---|
| Steven Ragland<br>Nic Marais<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>sragland@keker.com<br>nmarais@keker.com<br>**Counsel for Defendant,**<br>**Ribbitt Capital, L.P.** | jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendants,**<br>**Alan J. Lane and**<br>**Silvergate Capital Corporation** |
| *Patrick Rabbitte v. Sequoia Capital et al*<br><br>**Via email**<br>Eric Ian Niehaus<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>(619) 231-1058 (telephone)<br>(619) 231-7423 (facsimile)<br>ericn@rgrdlaw.com<br><br>Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center One<br>Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545 (telephone)<br>(415) 288-4534 (facsimile)<br>shawnw@rgrdlaw.com<br>**Counsel for Plaintiff** | *Sepulveda Zuleta et al v. Silvergate et al,*<br>**Case No. 3:22-cv-1901-BEN (S.D. Cal.)**<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendants,**<br>**Christopher M. Lane,**<br>**Tyler J. Pearson, and**<br>**Jason Brenier** |
| *Mark Girshovich*<br><br>Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Suite 9122<br>San Francisco, CA 94103<br>(415) 905-8880 (telephone)<br>(415) 905-8880 (facsimile)<br>azram@themedhifirm.com<br><br>**Counsel for Plaintiff** | *Statistica Capital Ltd. et al v. Signature Bank*,<br>**Case No. 23-00993 (S.D.N.Y.)**<br><br>**Via email**<br>Jack Fitzgerald<br>Paul K. Joseph<br>Melanie Persinger<br>Trevor M. Flynn<br>Caroline S. Emhardt<br>**Fitzgerald Joseph LLP**<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110 |

|  | (619) 215-1741<br>jack@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br>caroline@fitzgeraldjoseph.com<br>**Via email**<br>Timothy G. Blood<br>Thomas J. O'Reardon<br>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100 (telephone)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>jdavis@bholaw.com<br><br>**Counsel for Defendants,**<br>**Statistica Capital Ltd. and Statistica Ltd.** |
|---|---|

Dated: April 26, 2023

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

<u>/s/ Kerry J. Miller</u>
James R. Swanson
Kerry J. Miller
Benjamin D. Reichard
C. Hogan Paschal
Monica L. Bergeron
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.586.5252
Facsimile:     504.586.5250
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
breichard@fishmanhaygood.com
hpaschal@fishmanhaygood.com
mbergeron@fishmanhaygood.com

and

Timothy A. Kolaya
Jorge A. Perez Santiago
Amy M. Bowers
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131
(305) 614-1404 (telephone)
tkolaya@sknlaw.com
jperezsantiago@sknlaw.com
abowers@sfslaw.com
**Co-Counsel for Plaintiff,
Connor O'Keefe**

**Case No. 1:23-cv-20700 (S.D. Fla.)**