Courtesy Copy – Do Not File

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) MDL No. 3076 ) ) |

**PLAINTIFF MARK GIRSHOVICH'S INTERESTED PARTY RESPONSE
IN OPPOSITION TO THE MOTION TO TRANSFER**

Plaintiff Mark Girshovich ("Girshovich"), plaintiff in the consolidated action styled *In re FTX Investors Sequoia Capital Litigation*, No. 4:23-cv-00655-JSC (N.D. Cal.) ("*Sequoia Capital*"), respectfully files his Interested Party Response in Opposition to Petitioners Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Sunil Kavuri, Gary Gallant, and David Nicol's Motion for Transfer of Related Actions to the Southern District of Florida ("Motion to Transfer") (Dkt. No. 1).[1]  Girshovich files this Interested Party Response on behalf of himself, and wholly adopts the arguments contained in Plaintiff Patrick J. Rabbitte's Interested Party Response in Opposition, filed on April 24, 2023 (the "Opposition").  For the reasons set forth in the Opposition, Girshovich maintains that *Sequoia Capital* does not have "significant overlap in the central factual issues, parties, proposed classes and claims" to those in the FTX Cases, defined below.  *In re Am. Med. Collection Agency, Inc., Customer Data Sec. Breach Litig.*, 410 F. Supp. 3d 1350, 1353 (J.P.M.L. 2019).  *See also In re: ZF-TRW Airbag Control Units Products Liability Litigation,* 410 F. Supp. 3d. 1357, 1360 (J.P.M.L. 2019).

For the reasons set forth in the Opposition, Girshovich respectfully requests this Court to deny the Motion to Transfer and adopts the further relief set forth in the Opposition.  Specifically, Girshovich asks that the Judicial Panel on Multidistrict Litigation (the "Panel") decline to centralize *Sequoia Capital* and the "related cases" identified in the Opposition[2] (the "FTX Cases") into an MDL.  In the event that the Panel does centralize, Girshovich maintains, and asks the Court

---

[1] Girshovich's case, originally styled *Girshovich v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00945-JSC (N.D. Cal.), was identified as related to this Multidistrict Litigation ("MDL") on March 10, 2023 (Dkt. No. 51).  The Panel closed briefing on March 20, 2023 (Dkt. No. 74) but noted that "[p]arties in any potential tag-along action may file an Interested Party response . . . no later than the Thursday prior to the hearing session at which the motion for transfer is to be heard by the Panel."  On March 24, 2023, this action was consolidated with *Rabbitte v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00655-JSC (N.D. Cal.), and re-captioned by court order as the consolidated action *Sequoia Capital*.

[2] *See* Opposition at 1 (Dkt. No. 91).

to hold, that *Sequoia Capital* should not be included in any transfer order. If the Court does centralize *Sequoia Capital* and any of the FTX Cases, Girshovich respectfully requests that those cases be centralized in the Northern District of California before the Honorable Jaqueline Scott Corley.

Dated: April 26, 2023

Respectfully Submitted,

By: */s/ John C. Herman*
John C. Herman

HERMAN JONES LLP

Candace N. Smith
Connely Doizé
3424 Peachtree Road,
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com
csmith@hermanjones.com
cdoize@hermanjones.com

Azra Z Mehdi
THE MEHDI FIRM, P.C.
95 Third Street
2nd Floor No. 9122
San Francisco, CA 94103
Ph/Fax: (415) 905-8880
azram@themehdifirm.com

*Counsel for Plaintiff Mark Girshovich*
Lead Case No. 3:23-cv-00655-JSC (N.D. Cal)
(Case No. 3:23-cv-00945)