Courtesy Copy – Do Not File

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) MDL No. 3076 ) ) |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 26, 2023, I caused the foregoing PLAINTIFF MARK GIRSHOVICH'S INTERESTED PARTY RESPONSE IN OPPOSITION TO THE MOTION TO TRANSFER to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 26, 2023, I caused the foregoing PLAINTIFF MARK GIRSHOVICH'S INTERESTED PARTY RESPONSE IN OPPOSITION TO THE MOTION TO TRANSFER to be served on defendant Thoma Bravo, LP in *In re FTX Investors Sequoia Capital Litigation*, Lead Case No. 4:23-cv-00655-JSC (N.D. Cal.), by emailing a copy to counsel of record as follows:

> Mark E. McKane
> Anna Terteryan
> Stephen M. Silva
> **Kirkland & Ellis LLP**
> 555 California Street
> San Francisco, CA 94104
> mark.mckane@kirkland.com
> anna.terteryan@kirkland.com
> stephen.silva@kirkland.com
>
> *Counsel for Defendant Thoma Bravo, LP*

Courtesy Copy – Do Not File

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: April 26, 2023 | Respectfully Submitted, |
| | By: */s/ John C. Herman* |
| | John C. Herman |
| | |
| | HERMAN JONES LLP |
| | |
| | Candace N. Smith |
| | Connely Doizé |
| | 3424 Peachtree Road, |
| | Suite 1650 |
| | Atlanta, GA 30326 |
| | Telephone: (404) 504-6500 |
| | Facsimile: (404) 504-6501 |
| | jherman@hermanjones.com |
| | csmith@hermanjones.com |
| | cdoize@hermanjones.com |
| | |
| | Azra Z Mehdi |
| | THE MEHDI FIRM, P.C. |
| | 95 Third Street |
| | 2nd Floor No. 9122 |
| | San Francisco, CA 94103 |
| | Ph/Fax: (415) 905-8880 |
| | azram@themehdifirm.com |
| | |
| | *Counsel for Plaintiff Mark Girshovich* |
| | Lead Case No. 3:23-cv-00655-JSC (N.D. Cal) |
| | (Case No. 3:23-cv-00945) |