BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) MDL No. 3076 <br> ) <br> ) |

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 26, 2023, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 26, 2023, I caused the foregoing NOTICE OF APPEARANCE to be served on defendant Thoma Bravo, LP in *In re FTX Investors Sequoia Capital Litigation*, Lead Case No. 4:23-cv-00655-JSC (N.D. Cal.), by emailing a copy to counsel of record as follows:

    Mark E. McKane
    Anna Terteryan
    Stephen M. Silva
    **Kirkland & Ellis LLP**
    555 California Street
    San Francisco, CA 94104
    mark.mckane@kirkland.com
    anna.terteryan@kirkland.com
    stephen.silva@kirkland.com

    *Counsel for Defendant Thoma Bravo, LP*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 26, 2023

Respectfully Submitted,

HERMAN JONES LLP

*/s/ John C. Herman*
John C. Herman

3424 Peachtree Road,
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com

*Counsel for Plaintiff Mark Girshovich*,
Lead Case No. 3:23-cv-00655-JSC (N.D. Cal)
(Case No. 3:23-cv-00945)