# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT** and **Proof of Service** were served on all parties electronically via CM/ECF on April 27, 2023, and via United States first-class mail, postage prepaid, on April 27, 2023, upon the following:

Dated:  April 27, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Matthew S. Kahn*
    Matthew S. Kahn

555 Mission Street
Suite 3000
San Francisco, CA  94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306
Email:  MKahn@gibsondunn.com

*Attorneys for*
*Defendant Golden State Warriors, LLC*

| SERVICE LIST |
|---|
| **Pierce et al v. Bankman-Fried et al, Case No. 3:22-CV-07444-JSC (N.D. Cal.)** |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>Nisha Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
| **Papadakis v. Bankman- Fried et al., Case No. 3:23-CV- 00024-JSC (N.D. Cal.)** |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>Nisha Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
| **Hawkins v. Bankman- Fried et al, Case No. 3:22-CV-07620-JSC (N.D. Cal.)** |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>Nisha Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
| **Garrison et al. v. Bankman-Fried et al., Case No. 1:22-CV-23753-KMM (S.D. Fla.)** |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458 |

Nisha Singh
746 Jennifer Way
Milpitas, CA 95035

Sam Trabucco
36 Winner Circle
Wells, ME 04090-5174

Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Shohei Ohtani
2000 Gene Autry Way
Anaheim, CA 92806

Shohei Ohtani
C/O Niloofar B. Shephard
Office of the Chief Legal Officer
Creative Arts Agency
2000 Avenue of the Stars
Los Angeles, CA 90067

Stephen Curry
115 Stephanie Lane
Alamo, CA 94507-1227

Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

**Jessup v. Bankman- Fried et al, Case No. 3:22-cv-07666-JSC (N.D. Cal.)**

Caroline Ellison
327 Franklin Street
Newton, MA 02458

Nisha Singh
746 Jennifer Way
Milpitas, CA 95035

Sam Trabucco
36 Winner Circle
Wells, ME 04090-5174

Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

**Podalsky et al. v. Bankman-Fried et al., Case No. 1:22-cv-23983-KMM (S.D. Fla.)**

Caroline Ellison
327 Franklin Street
Newton, MA 02458

Nisha Singh
746 Jennifer Way
Milpitas, CA 95035

Sam Trabucco
36 Winner Circle
Wells, ME 04090-5174

Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Shohei Ohtani
2000 Gene Autry Way
Anaheim, CA 92806

Shohei Ohtani
C/O Niloofar B. Shephard
Office of the Chief Legal Officer
Creative Arts Agency
2000 Avenue of the Stars
Los Angeles, CA 90067

Stephen Curry
115 Stephanie Lane
Alamo, CA 94507-1227

Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332

| |
|---|
| Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
| **Lam et al v. Bankman-Fried, Case No. 3:22-cv-07336-JSC** |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458 |
| **O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 (S.D. Fla.)** |
| Altimeter Capital Management, LP<br>Through Its Registered Agent, The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br><br>Multicoin Capital Management LLC<br>501 West Avenue<br>Apt. 3803<br>Austin, TX 78701<br><br>Paradigm Operations LP<br>c/o Registered Agent Cogency Global, Inc.<br>850 New Burton Road<br>Suite 201<br>Dover, DE 19904<br><br>Ribbit Capital, LP<br>Steven P. Ragland<br>Keker, Van Nest & Peters LLP<br>633 Battery Street, San Francisco, CA 94111<br>sragland@keker.com<br>(415) 391-5400 |

Sequoia Capital Operations LLC
c/o The Corporation Trust Company
Corp. Trust Center
1209 Orange Street
Wilmington, DE 19801

Signature Bank
565 Fifth Avenue
New York, NY 10017

Sino Global Capital Limited
C/O Matthew Graham
Chaoyang, Beijing
Beijing Shi, 100125
China

Softbank Group Corp.
1 Circle Star Way
4F
San Carlos, CA 94070

Softbank Vision Fund (AIV M2) L.P.
c/o Registered Agent Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Temasek Holdings (Private) Limited
c/o Registered Agent Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Thoma Bravo LP
c/o The Corporation Trust Company
28 Liberty Street
New York, NY 10005

Jean Chalopin
Deltec House, Lyford Cay
Nassau, Bahamas

**Statistica Capital Ltd. et al. v. Signature Bank, No. 23-00993-ALC (S.D.N.Y.)**

Signature Bank
565 Fifth Avenue
New York, NY 10017

**Garrison et al v. Paffrath et al., No. 1:23-CV-21023 (S.D. Fla.)**

Kevin Paffrath
8219 Quartz Street
Ventura, CA 93004

Graham Stephan
5193 Steel Hammer Drive
Las Vegas, NV

Andrei Jikh
5667 Deer Creek Falls Court
Las Vegas, NV 89118

Brian Jung
12394 Potomac Hunt Rd.
Gaithersburg, MD 20878

Jeremy Lefebvre
5201 PEAK CLIMB DR
LAS VEGAS, NV 89135-9101

Ben Armstrong
4944 Oglethorpe Loop NW
Acworth, GA 30101

Erika Kullberg
40 Wateside Plz, Apt 11D
New York, NY 10010

Creators Agency
Register Agent: Register Agent Inc.
30 N Gould St. Ste R
Sheridan, WY 82801