BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on April 28, 2023, a copy of the foregoing NOTICE OF PRESENTATION OF ORAL ARGUMENT to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 28, 2023, I caused the foregoing to be served via Eletronic Mail or First Class Mail on:

**Plaintiffs**

> *Norris et al v. Brady, et al, S.D. FL, Case No.: 1:23-cv-20439*
> *Garrison, et al. v. Samuel Bankman-Fried, et al.; S.D. FL, Case No. 1:22-cv-23753*
> *Podalsky et al v. Bankman-Fried, et al, S.D. FL, Case No.: 1:22-cv-23983*
> *Garrison, et al. v. Paffrath et al, et al.; S.D. FL, Case No. 1:23-cv-21023*

| | |
|---|---|
| *Served via ECF*<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>Telephone: (305) 740-1423<br>adam@moskowitz-law.com | |

1

| | |
|---|---|
| *Counsel for Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, David Nicol, and Sunil Kavuri, Michael Norris, Shengyun Huang, Michael Livieratos, Brandon Rowan, Vijeth Shetty, and Bo Yang* | |
| **O'Keefe et al v Sequoia Capital Operations, LLC**, et al, *S.D. FL.*, Case No.: 1:23-CV-20700 ||
| <u>**Served via ECF**</u><br><br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600 New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br><br>*Counsel for Plaintiff Connor O'Keefe* | |
| ***Papadakis v. Bankman-Fried et al**, N.D. CA., Case No.: 3:23-CV-00024* ||
| <u>**Served via ECF**</u><br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Email: lking@kaplanfox.com<br><br>*Counsel for Plaintiff Julie Papadakis* | |
| ***Jessup v. Bankman-Fried et al**, N.D. N.D. CA, Case No.: 3:22-cv-07666-JSC* ||
| <u>**Served via ECF**</u><br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Email: ysalahi@edelson.com<br><br>*Counsel for Plaintiff Michael Elliott Jessup* | |

| | |
|---|---|
| ***Hawkins v. Samuel Bankman-Fried, et al.; N.D. CA, Case No. 3:2022-cv-07620*** | |
| **<u>Served via ECF</u>**<br><br>Christopher P.T. Tourek<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, Illinois 60603<br>(312) 377-1181<br>Email: ctourek@pomlaw.com<br><br>*Counsel for Plaintiff Russell Hawkins* | |
| ***Pierce v. Samuel Bankman-Fried, et al.; N.D. CA, Case No. 3:2022-cv-07444*** | |
| **<u>Served via ECF</u>**<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>Email: marshal@thehodalawfirm.com<br><br>*Counsel for Stephen T. Pierce* | |
| ***Lam v. Samuel Bankman-Fried, et al.; N.D. CA, Case No. 3:2022-cv-07336*** | |
| **<u>Served via ECF</u>**<br><br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>Email: waudet@audetlaw.com<br><br>*Counsel for Plaintiff Elliott Lam* | |

| *Keane v. Silvergate Bank, et al.*, N.D. Cal., Case No. 3:23-cv-00670 | |
|---|---|
| **Served via ECF**<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Email: tblood@bholaw.com<br><br>*Counsel for Plaintiff Nicole Keane* | |
| ***Statistica Capital Ltd. et al. v. Signature Bank***, S.D. NY, Case No. 23-00993-ALC | |
| **Served via ECF**<br><br>Jack Fitzgerald<br>**Fitzgerald Joseph LLP**<br>2341 Jefferson Street, Suite 200<br>San Diego, California 92110<br>Phone: (619) 215-1741<br>jack@fitzgeraldjoseph.com<br><br>*Counsel for Plaintiffs Statistica Capital Ltd, and Statistica Ltd.* | |
| *Rabbitte v. Sequoia Capital Operations, LLC, et al.*, N.D. Cal., 3:23-cv-00655-JSC | |
| **Served via ECF**<br><br>Stuart A. Davidson<br>**Robbins Geller Rudman & Dowd, LLP**<br>225 NE Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br><br>*Counsel for Plaintiff Patrick J. Rabbitte* | |

| *Girshovich v. Sequoia Capital Operations, LLC, et al., N.D. Cal., 3:23-cv-00655-JSC* | |
|---|---|
| **Served via ECF**<br><br>John C. Herman<br>HERMAN JONES LLP<br>3424 Peachtree Road, Suite 1650<br>Atlanta, GA 30326<br>Telephone: (404) 504-6500<br>jherman@hermanjones.com<br><br>***Counsel for Plaintiff Mark Girshovich*** | |

**Defendants**

| | |
|---|---|
| **Served via ECF**<br><br>Andrew Clubok<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br>andrew.clubok@lw.com<br><br>*Counsel for Defendants Thomas Brady, Gisele Bundchen, Lawrence Gene David* | |
| **Served via ECF**<br><br>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 815-4130<br>Email: jkpark@cgsh.com<br><br>*Counsel for Defendant Sequoia Capital Operations, LLC and Paradigm Operations LP* | |

| | |
|---|---|
| ***Served via ECF***<br><br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071<br>(213) 620-1780<br>Email: ptowill@sheppardmullin.com<br><br>*Counsel for Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane* | |
| ***Served via ECF***<br><br>Jeffrey A. Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 SE Third Avenue, Ste. 805<br>Fort Lauderdale, FL 33394<br>(954) 462-1200<br>Email: jneiman@mnrlawfirm.com<br><br>*Counsel for Defendant Kevin O'Leary* | |
| ***Served via ECF***<br><br>Christopher S. Carver<br>AKERMAN LLP<br>201 East Las Olas Boulevard - Suite 1800<br>Ft. Lauderdale, FL 33301<br>954-463-2700<br>Email: christopher.carver@akerman.com<br><br>*Counsel for Defendant David Ortiz* | |
| ***Served via ECF***<br><br>David A. Rothstein<br>Dimond Kaplan & Rothstein, P.A.<br>2665 S. Bayshore, Drive, PH-2B<br>Miami, FL 33133<br>(305) 374-1920<br>Email: DRothstein@dkrpa.com<br><br>*Counsel for Defendant William Trevor Lawrence* | |

| | |
|---|---|
| **_Served via ECF_**<br><br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>(415) 393-8212<br>Email: mkahn@gibsondunn.com<br><br>*Counsel for Defendant Golden State Warriors, LLC* | |
| **_Served via ECF_**<br><br>Irene Yang<br>Sidley Austin LLP<br>555 California Street<br>San Francisco<br>(415) 772-1230<br>Email: irene.yang@sidley.com<br><br>*Counsel for Defendant Prager Metis CPAs, LLC* | |
| **_Served via ECF_**<br><br>Edward Soto<br>Weil, Gotshal & Manges LLP<br>1395 Brickell Ave, Suite 1200<br>Miami, Florida 33131<br>Email: Edward.soto@weil.com<br><br>*Counsel for Defendant Shohei Ohtani* | |

| | |
|---|---|
| **_Served via ECF_**<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037<br>Email: mbosher@huntonak.com<br><br>*Counsel for Defendant Armanino LLP* | |
| **_Served via Electronic Mail_**<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>Email: jmishkin@mmwr.com<br><br>*Counsel for Defendant Samuel Bankman-Fried* | |
| **_Served via Electronic Mail_**<br><br>Jeffrey Robertson<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street, NW, Suite 800,<br>Washington, DC 20005<br>jeffrey.robertson@srz.com<br><br>*Counsel for Defendant Tiger Global Management, LLC* | |
| **_Served via Mail_**<br><br>Defendant Stephen Curry<br>28 Selby Ln.<br>Atherton, CA 94027 | |

| | |
|---|---|
| **_Served via Mail_**<br><br>Defendant Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010 | |
| **_Served via Mail_**<br><br>Defendant, Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332 | |
| **_Served via Mail_**<br><br>Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 | |
| **_Served via Mail_**<br><br>Defendant Sam Trabucco<br>36 Winner Circle<br>Wells ME 04090 | |
| **_Served via Mail_**<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>*and*<br><br>**_Served via Electronic Mail_**<br><br>c/o Stephanie Avakian Wilmer Hale<br>2100 Pennsylvania Avenue NW Washington DC 20037<br>Phone: 202-663-6471<br>Email: stephanie.avakian@wilmerhale.com | |

| | |
|---|---|
| **_Served via Mail_**<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*and*<br><br>**_Served via Electronic Mail_**<br><br>c/o Alex B. Miller Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>212.859.8000<br>Email: ilan.graff@friedfrank.com<br>Email: alex.miller@friedfrank.com | |
| **_Served via Mail_**<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*and*<br><br>**_Served via Electronic Mail_**<br><br>c/o Andrew Goldstein Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>Email: agoldstein@cooley.com | |
| **_Served via Electronic Mail_**<br><br>Defendant Dan Friedberg<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017 212.880.9555<br>Email: tkasulis@maglaw.com | |

| | |
|---|---|
| **_Served via Electronic Mail_**<br><br>David R. Atkinson<br>Gunster, Yoakley & Stewart, P.A.<br>Brickell World Plaza<br>600 Brickell Avenue, Suite 3500<br>Miami, FL 33131<br>(305) 376-6000 (telephone)<br>datkinson@gunster.com<br>natkinson@gunster.com<br><br>*Counsel for Defendant Fenwick & West LLP* | |
| **_Served via Electronic Mail_**<br><br>Frank Bonaventure<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>fbonaventure@bakerdonelson.com<br><br>*Counsel for Defendant Farmington State Bank d/b/a Moonstone Bank* | |
| **_Served via Mail_**<br><br>Defendant Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017 | |
| **_Served via Mail_**<br><br>Defendant Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay Nassau, Bahamas | |
| **_Served via Mail_**<br><br>Defendant Jean Chalopin Deltec Houst, Lyford Cay Nassau, Bahamas | |

11

| | |
|---|---|
| **_Served via Mail_**<br><br>Defendant Thoma Bravo L.P.<br>Through It's Registered Agent<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | |
| **_Served via Mail_**<br><br>Defendant Temasek Holdings (Private) Limited<br>Through It's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| **_Served via Mail_**<br><br>Defendant Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| **_Served via Mail_**<br><br>Defendant Ribbit Capital, L.P.<br>Through It's Registered Agent<br>The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 | |

| | |
|---|---|
| **_Served via Mail_**<br><br>Defendant Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | |
| **_Served via Mail_**<br><br>Defendant Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 787 | |
| **_Served via Mail_**<br><br>Defendant Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China | |
| **_Served via Mail_**<br><br>Defendant Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070 | |

Dated: April 28, 2023　　　　　　　By　　/s/ *Daniel C. Girard*
　　　　　　　　　　　　　　　　　　Daniel C. Girard (SBN 114826)
　　　　　　　　　　　　　　　　　　Adam E. Polk (SBN 237000)
　　　　　　　　　　　　　　　　　　Tom Watts (SBN 308853)
　　　　　　　　　　　　　　　　　　**GIRARD SHARP LLP**
　　　　　　　　　　　　　　　　　　601 California Street, Suite 1400
　　　　　　　　　　　　　　　　　　San Francisco, California 94108
　　　　　　　　　　　　　　　　　　Tel: (415) 981-4800
　　　　　　　　　　　　　　　　　　dgirard@girardsharp.com
　　　　　　　　　　　　　　　　　　apolk@girardsharp.com
　　　　　　　　　　　　　　　　　　tomw@girardsharp.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Magelby*