BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL NO. 3076 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 28, 2023, I caused the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 28, 2023, I caused the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT to be served via email or U.S. Mail on the parties in the Service List below:

Respectfully submitted,

Date: April 28, 2023

**LATHAM & WATKINS LLP**

By: /s/ Andrew B. Clubok
    Andrew B. Clubok
    andrew.clubok@lw.com
    D.C. Bar No. 446935
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004-1304
    Telephone: 202.637.2200
    Facsimile: 202.637.2201

Attorney for Defendants Thomas Brady, Gisele Bundchen, and Lawrence Gene David

| SERVICE LIST | |
|---|---|
| **VIA EMAIL**<br><br>Adam Michael Schachter<br>Gerald Edward Greenberg<br>Gelber Schachter & Greenberg PA<br>One Southeast Third Avenue<br>Ste 2600<br>Miami, FL 33131-1715<br>305-728-0950<br>aschachter@gsgpa.com<br>ggreenberg@gsgpa.com<br><br>Richard M. Simins<br>Jeremy D. Mishkin<br>Montgomery McCracken<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>(215) 772-1500<br>rsimins@mmwr.com<br>jmishkin@mmwr.com<br><br>*Counsel for Defendant Sam Bankman-Fried, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al.*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Nathan Marshall Bull<br>730 SALDANO AVE<br>Coral Gables, FL 33143<br>9179135973<br>nbull@mwe.com<br><br>Sarah P. Hogarth<br>Jason D. Strabo<br>Ellie Hourizadeh<br>McDermott Will & Emery LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>(202) 756-8352<br>shogarth@mwe.com<br>jstrabo@mwe.com<br>ehourizadeh@mwe.com<br><br>*Counsel for Defendant Stephen Curry, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>4012 Sahara Ct,<br>Carrollton, TX 75010<br><br>*Defendant Shaquille O'Neal, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Roberto Martinez<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>bob@colson.com<br>scasey@colson.com<br>scasey@colson.com<br><br>*Counsel for Defendant Naomi Osaka, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al.*, No. 1:22-cv-23983-KMM (S.D. Fla.) |

| VIA EMAIL | VIA EMAIL |
|---|---|
| Glenn K. Vanzura<br>Andrew J. Demko<br>Jason D. Linder<br>Joseph J. Vescera<br>Mayer Brown LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213-229-9500<br>GVanzura@mayerbrown.com<br>ademko@mayerbrown.com<br>JLinder@mayerbrown.com<br>jvescera@mayerbrown.com<br><br>Jonathan Samuel Klein<br>Mayer Brown LLP<br>1999 K. St. NW<br>Washington, DC 20006<br>(202) 263-3327<br>Email: Jklein@mayerbrown.com<br><br>*Counsel for Defendant Sam Trabucco,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | Christopher Stephen Carver<br>Katherine Ann Johnson<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>christopher.carver@akerman.com<br>Katie.johnson@akerman.com<br><br>*Counsel for Defendant Udonis Haslem,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al.*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Telephone: 202 842 7800<br>VIA U.S. MAIL<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*Defendant Nishad Singh,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Defendant Dan Friedberg,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |

| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
|---|---|
| 327 Franklin Street<br>Newton, MA 02458<br><br>*Defendant Caroline Ellison,*<br>  *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | 304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*Defendant Zixiao Gary Wang,*<br>  *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |