**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL NO. 3076 |

**SUPPLEMENTAL INFORMATION**

Undersigned counsel hereby notifies the Clerk of the JPML that on April 24, 2023, the Hon. K. Michael Moore stayed *Norris et al v. Brady et al*, Case No. 1:23-cv-20439-KMM (S.D. Fla.), pending a resolution of *Garrison v. Bankman-Fried et al.*, Case No. 1:22-cv-23753-KMM (S.D. Fla.). A copy of Judge Moore's Order is attached as Exhibit A hereto.

Dated: April 28, 2023

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Andrew B. Clubok*
Andrew B. Clubok
andrew.clubok@lw.com
D.C. Bar No. 446935
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201

Attorney for Defendants Thomas Brady, Gisele Bündchen, and Lawrence Gene David