# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 4/24/2023 at 12:07 PM EDT and filed on 4/24/2023
**Case Name:**     Norris et al v. Brady et al
**Case Number:**     [1:23-cv-20439-KMM](#)
**Filer:**
**WARNING: CASE CLOSED on 04/24/2023**
**Document Number:** 48(No document attached)

**Docket Text:**
PAPERLESS ORDER. THIS CAUSE came before the Court upon a sua sponte review of the record. On April 18, 2023, this Court ordered the Parties to show cause why this action ("Norris") should not be consolidated with another case before this Court, 1:22-cv-23753-KMM Garrison v. Bankman-Fried et al. ("Garrison") (ECF No. 45) at 1. Defendants filed a Response and stated that they did not oppose consolidating the two cases, given that the cases are "functionally the same." (ECF No. [46]). Defendants state that, as an alternative to consolidation, this Court "may exercise its discretion to stay the later-filed Norris pending final adjudication of Garrison." Id. at 2. Defendants reasoned that "[g]iven the overlapping claims, resolution of Garrison would resolve all issues raised in Norris." Id. Plaintiffs also filed a Response and stated that they are in "full agreement with the Court" that consolidation of the two cases is "certainly appropriate." (ECF No. [47]) at 1.

A district court has "broad discretion to stay proceedings as incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 706 (1997) (citation omitted). And, the Court is "given considerable leeway in the exercise of its judgment" of whether to issue a stay. Bos. Sci. Corp. v. Cook Grp. Inc., No. 1:17-cv-03448-JRS-MJD, 2019 WL 2511162, at *1 (S.D. Ind. June 17, 2019) (citing Ultratec, Inc. v. CaptionCall, LLC, 611 F. App'x 720, 72123 (Fed. Cir. 2015)). Indeed, "district courts have inherent, discretionary authority to issue stays in many circumstances." Advanced Bodycare Sols., LLC v. Thione Int'l, Inc., 524 F.3d 1235, 1241 (11th Cir. 2008). "Federal courts routinely exercise their power to stay a proceeding where a stay would promote judicial economy and efficiency." Morrissey v. Subaru of Am., Inc., No. 1:15-CV-21106-KMM, 2015 WL 4512641, at *2 (S.D. Fla. July 24, 2015) (citation omitted).

Here, the Court finds that a stay is warranted. As Defendants note, "[t]he only difference between [Norris] and [] Garrison [] is that Garrison is a putative class action against eighteen defendants (including the three Defendants here), while this action involves individual claims against only the three named Defendants here; otherwise, the actions are functionally identical." (ECF No. [46]) at 1. And, given the overlapping claims, a resolution of Garrison will resolve all issues raised in this action. Staying this action will promote judicial economy and efficiency. Accordingly, UPON CONSIDERATION of the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that this Action is STAYED pending the resolution of the Garrison Action. Signed by Judge K. Michael Moore on 4/24/2023. (rfr)

**1:23-cv-20439-KMM Notice has been electronically mailed to:**

Adam M. Moskowitz     adam@moskowitz-law.com, dione@moskowitz-law.com, rejane@moskowitz-law.com, service@moskowitz-law.com

Alexander Boies     aboies@bsfllp.com

Andrew B. Brettler     abrettler@berkbrettler.com

Andrew B. Clubok     andrew.clubok@lw.com

Brandon Scott Floch     bfloch@mnrlawfirm.com

Brittany M.J. Record     Brittany.Record@lw.com

Christopher Stephen Carver     christopher.carver@akerman.com, cary.gonzalez@akerman.com

David Boies     dboies@bsfllp.com

Elizabeth A. Greenman     Elizabeth.Greenman@lw.com

Jason Samuel Oletsky     jason.oletsky@akerman.com, jill.parnes@akerman.com

Jeffrey Adam Neiman     jneiman@mnrlawfirm.com, mphillip@mnrlawfirm.com

Jeffrey Eldridge Marcus     jmarcus@mnrlawfirm.com, mordenes@mnrlawfirm.com

Jessica Stebbins Bina     Jessica.stebbinsbina@lw.com

Jose Manuel Ferrer     jose@markmigdal.com, eservice@markmigdal.com, kristine@markmigdal.com

Joseph M. Kaye     joseph@moskowitz-law.com, dione@moskowitz-law.com, rejane@moskowitz-law.com, service@moskowitz-law.com

Katherine Ann Johnson     Katie.johnson@akerman.com, joyce.gutierrez@akerman.com

Marvin Putnam     Marvin.Putnam@lw.com

Michael Anthony Pineiro     mpineiro@mnrlawfirm.com, mordenes@mnrlawfirm.com

Michele D. Johnson     michele.johnson@lw.com

Roberto Martinez     bob@colson.com, becky@colson.com

Stephanie Anne Casey     scasey@colson.com, becky@colson.com, claudiav@colson.com, michelle@colson.com

Stephen N. Zack     szack@bsfllp.com, carmen-washenko-5195@ecf.pacerpro.com, Cwashenko@BSFLLP.com, stephen-zack-4984@ecf.pacerpro.com

Susan E. Engel     Susan.Engel@lw.com

Ursula Ungaro     kathryn-harlan-1897@ecf.pacerpro.com, ursula-ungaro-8317@ecf.pacerpro.com, victoria-brickey-4914@ecf.pacerpro.com

Zachary Andrew Lipshultz     zach@colson.com, becky@colson.com

**1:23-cv-20439-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**