actuaBEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL NO. 3076 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that Counsel for parties in the involved actions were served with this *Supplemental Information* via notices of electronic filing through the CM/ECF system. In addition, all counsel and parties identified below were served via email or U.S. Mail on April 28, 2023.

Respectfully submitted,

Date: April 28, 2023

**LATHAM & WATKINS LLP**

By: /s/ Andrew B. Clubok
    Andrew B. Clubok
    andrew.clubok@lw.com
    D.C. Bar No. 446935
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004-1304
    Telephone:  202.637.2200
    Facsimile:  202.637.2201

Attorneys for Defendants Thomas Brady, Gisele Bundchen, and Lawrence Gene David

| SERVICE LIST ||
|---|---|
| **VIA EMAIL**<br><br>Adam Michael Schachter<br>Gerald Edward Greenberg<br>Gelber Schachter & Greenberg PA<br>One Southeast Third Avenue<br>Ste 2600<br>Miami, FL 33131-1715<br>305-728-0950<br>aschachter@gsgpa.com<br>ggreenberg@gsgpa.com<br><br>Richard M. Simins<br>Jeremy D. Mishkin<br>Montgomery McCracken<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>(215) 772-1500<br>rsimins@mmwr.com<br>jmishkin@mmwr.com<br><br>*Counsel for Defendant Sam Bankman-Fried, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al.*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Nathan Marshall Bull<br>730 SALDANO AVE<br>Coral Gables, FL 33143<br>9179135973<br>nbull@mwe.com<br><br>Sarah P. Hogarth<br>Jason D. Strabo<br>Ellie Hourizadeh<br>McDermott Will & Emery LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>(202) 756-8352<br>shogarth@mwe.com<br>jstrabo@mwe.com<br>ehourizadeh@mwe.com<br><br>*Counsel for Defendant Stephen Curry, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>4012 Sahara Ct,<br>Carrollton, TX 75010<br><br>*Defendant Shaquille O'Neal, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Roberto Martinez<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>bob@colson.com<br>scasey@colson.com<br>scasey@colson.com<br><br>*Counsel for Defendant Naomi Osaka, Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al.*, No. 1:22-cv-23983-KMM (S.D. Fla.) |

| VIA EMAIL | VIA EMAIL |
|---|---|
| Glenn K. Vanzura<br>Andrew J. Demko<br>Jason D. Linder<br>Joseph J. Vescera<br>Mayer Brown LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213-229-9500<br>GVanzura@mayerbrown.com<br>ademko@mayerbrown.com<br>JLinder@mayerbrown.com<br>jvescera@mayerbrown.com<br><br>Jonathan Samuel Klein<br>Mayer Brown LLP<br>1999 K. St. NW<br>Washington, DC 20006<br>(202) 263-3327<br>Email: Jklein@mayerbrown.com<br><br>*Counsel for Defendant Sam Trabucco,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | Christopher Stephen Carver<br>Katherine Ann Johnson<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>christopher.carver@akerman.com<br>Katie.johnson@akerman.com<br><br>*Counsel for Defendant Udonis Haslem,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al.*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Telephone: 202 842 7800<br>VIA U.S. MAIL<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*Defendant Nishad Singh,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | 1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Defendant Dan Friedberg,*<br>   *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |

| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
|---|---|
| 327 Franklin Street<br>Newton, MA 02458<br><br>*Defendant Caroline Ellison,*<br>  *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | 304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*Defendant Zixiao Gary Wang,*<br>  *Garrison et al v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |