**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, I hereby certify that, on April 28, 2023, I caused the Notice of Presentation or Waiver of Oral Argument for William M. Audet to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action, and was served on all counsel or parties in the manner indicated and addressed as outlined below.

Respectfully submitted,
**AUDET & PARTNERS, LLP**

Dated: April 28, 2023                /s/ William M. Audet

William M. Audet (117456)
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
Tel: 415/568-2555
415/568-2556 (fax)
waudet@audetlaw.com

*Counsel For Elliott Lam,
U.S.D.C. Northern District of California,
Case No. 22−cv−07336*

1

| SERVICE LIST ||
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>**Via email**<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>(305) 374-0440 (telephone)<br>jose@markmigdal.com<br><br>**Via email**<br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>**Via email**<br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP3076<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>**Counsel for Plaintiffs** | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle Coral<br>Gables, FL 33134 (305)<br>476-7400 (telephone)<br>scasey@colson.com<br>zach@colson.com<br>bob@colson.com<br><br>**Via email**<br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 (telephone)<br>andrew.clubok@lw.com<br>brittany.record@lw.com<br>susan.engel@lw.com<br><br>**Via email**<br>Elizabeth A. Greenman<br>Jessica Stebbins<br>Bina Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100 Los<br>Angeles, CA 90067<br>(424) 653-5500 (telephone)<br>elizabeth.greenman@lw.com<br>jessica.stebbinsbina@lw.com<br>marvin.putnam@lw.com |

| | |
|---|---|
| *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>**Via email**<br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler E. Ulrich<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com<br><br>**Via email**<br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>**Counsel for Plaintiffs** | **Via email**<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Tower Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235 (telephone)<br>michele.johnson@lw.com<br>**Counsel for Defendant Tom Brady in** *Norris*, *Garrison* **and** *Podalsky*<br><br>**Counsel for Defendants Gisele Bundchen and Lawrence G. David in** *Garrison* **and** *Podalsky* |
| *Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC 2 | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Brandon S. Floch |

| | |
|---|---|
| Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>**Via email**<br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>**Via email**<br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>**Counsel for Plaintiffs** | Jeffrey E. Marcus<br>Michael A. Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>(305) 400-4260 (telephone)<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>**Via email**<br>Jeffrey A. Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>(954) 462-1200 (telephone)<br>jneiman@mnrlawfirm.com<br><br>**Via email**<br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Boulevard<br>West Hollywood, CA 90069<br>(310) 278-2111 (telephone)<br>abrettler@berkbrettler.com<br><br>**Counsel for Defendant, Kevin O'Leary** |
| *Mark Girshovich*<br><br>Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Suite 9122<br>San Francisco, CA 94103<br>(415) 905-8880 (telephone)<br>(415) 905-8880 (facsimile)<br>azram@themedhifirm.com<br><br>**Counsel for Plaintiff** | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Christopher S. Carver<br>Akerman LLP<br>Three Brickell City Centre, Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>(305) 982-5572 (telephone)<br>Christopher.carver@akerman.com<br><br>**Via email**<br>Jason S. Oletsky |

|  | Katherine A. Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>(954) 463-2700 (telephone)<br>jason.oletsky@akerman.com<br>katie.johnson@akerman.com<br><br>**Counsel for Defendant, David Ortiz** |
|---|---|
|  | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>David A. Rothstein<br>Alexander M. Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>(305) 374-1920 (telephone)<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com<br><br>**Via email**<br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334 (telephone)<br>eric.fitzgerald@mgclaw.com<br>Hillary.ladov@mgclaw.com<br><br>**Counsel for Defendant, William T. Lawrence**<br><br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Russell Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.);** |

| | |
|---|---|
| | *Jessup v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07666-JSC (N.D. Cal.);**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br><br>**Via email**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>(215) 772-7246 (telephone)<br>jmishkin@mmwr.com<br><br>**Counsel for Defendant, Samuel Bankman-Fried**<br><br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Michael Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br><br>**Consolidated Defendant Sam Trabucco**<br><br>**Via U.S. Mail**<br>Sam Trabucco<br>36 Winner Circle<br>Wells, ME 04090-5174 |
| *Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br><br>**Via email**<br>Patrick Yarborough<br>Foster Yarborough PPLC<br>917 Franklin, Suite 220<br>Houston, TX 77002<br>(713) 513-5202 (telephone)<br>patrick@fosteryarborough.com<br><br>**Via email**<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080 | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via U.S. Mail**<br>Stephen Curry<br>115 Stephanie Lane<br>Alamo, CA 94507-1227<br><br>**Via U.S. Mail**<br>Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010<br><br>**Via U.S. Mail** |

| | |
|---|---|
| (832) 848-0036 (telephone)<br>marshal@thehodalawfirm.com<br><br>**Via email**<br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansone Street, Suite 3500<br>San Francisco, CA 94104<br>(877) 276-5084 (telephone)<br>steve@vondranlegal.com<br>**Counsel for Plaintiffs** | Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, FL 33332<br><br>**Via U.S. Mail**<br>Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, CA 92806<br><br>**Via U.S. Mail**<br>Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, CA 90210 |
| *Michael Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br><br>**Via email**<br>Rafey S. Balabanian<br>Todd Logan<br>Yaman Salahi<br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300 (telephone)<br>(415) 373-9435 (facsimile)<br>rbalananian@edelson.com<br>tlogan@edelson.com<br>ysalahi@edelson.com<br>shildingerpardo@edelson.com<br><br>**Counsel for Plaintiff** | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Lam et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07336-JSC (N.D. Cal.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>(415) 393-8212 (telephone)<br>mkahn@gibsondunn.com<br><br>**Counsel for Defendant, Golden State Warriors, LLC** |
| *Gonzales v. Silvergate Bank et al*<br>**Case No. 3:22-cv-01981-BEN-WVG (S.D. Cal.)**<br><br>**Via email** Adam<br>E. Polk Daniel C.<br>Girard Makenna<br>Cox Girard Sharp<br>LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>apolk@girardsharp.com<br>dgirard@girardsharp.com | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>*Lam v. Samuel Bankman-Fried*<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)** |

| | |
|---|---|
| mcox@girardsharp.com | |
| **Via email**<br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>**Via email**<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C. Street, Suite 610<br>San Diego, CA 92101<br>lindner@stuevesiegel.com (Inactive)<br><br>**Counsel for Plaintiffs** | **Defendant Caroline Ellison**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>and<br><br>**Via Email**<br>C/O Stephanie Avakian<br>Wilmer Hale<br>23100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>(202) 663-6471 (telephone)<br>Stephanie.avakian@wilmerhale.com |
| ***Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,***<br>**Case No. 3:22-cv-1901-BEN-WVG (S.D. Cal.)**<br><br>**Via email**<br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor M. Flynn<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741 (telephone)<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@pauljosephlaw.com<br>trevor@fitzgeraldjoseph.com | ***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>***Jessup v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>***Pierce et al v. Bankman-Fried et al***<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>***Hawkins v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>***Papadakis v. Bankman-Fried, et al***<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Defendant Zixiao "Gary" Wang**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Zixiao "Gary" Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
| **Via email**<br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>(619) 238-1811 (telephone)<br>jdavis@cglaw.com (Inactive) | and<br><br>**Via Email**<br>C/O Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (telephone) |

| | |
|---|---|
| **Via email**<br>Thomas J. O'Reardon, II<br>Timotny G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100 (telephone)<br>toreardon@bholaw.com<br>tblood@bholaw.com | alex.miller@friedfrank.com<br><br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Consolidated Defendant Dan Friedberg**<br>**Via U.S. Mail and Email** |
| **Counsel for Plaintiffs** | **Via U.S. Mail**<br>Dan Friedberg<br>1133 Bigelow Avenue N.<br>Seattle, WA 98109-3208<br><br>and<br><br>**Via Email**<br>C/O Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason<br>& Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9555 (telephone)<br>tkasulis@maglaw.com |
| *Julie Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via email** Laurence D.<br>King Kathleen A.<br>Herkenhoff Blair E.<br>Reed<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700 (telephone)<br>(415) 772-4707 (facsimile)<br>lking@kaplanfox.com<br>kherkenhoff@kaplanfox.com<br>breed@kaplanfox.com | *Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via email**<br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037-1701<br>(202) 955-1500 (telephone)<br>mbosher@huntonAK.com |
| **Via email** Frederic<br>S. Fox Joel B.<br>Strauss Jeffrey P.<br>Campisi<br>Kaplan Fox & Kilsheimer LLP | **Via email**<br>Anne M. Mortimer<br>Kirk A. Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071 |

9

| | |
|---|---|
| 800 Third Avenue<br>New York, NY 10022<br>(212) 687-1980 (telephone)<br>(212) 687-7714 (facsimile)<br>ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>jcampisi@kaplanfox.com<br>**Counsel for Plaintiff** | (213) 532-2103 (telephone)<br>amortimer@huntonAK.com<br>khornbeck@huntonAK.com<br><br>**Via email**<br>Thomas R. Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 22319<br>(804) 788-8403 (telephone)<br>twaskom@huntonAK.com<br>**Counsel for Defendant,**<br>**Armanino LLP** |
| *Magleby et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-669-AGT (N.D. Cal.)**<br><br>**Via email**<br>Daniel C. Girard<br>Adam E. Polk<br>Tom Lane Watts<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>(415) 981-4846 (facsimile)<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com<br><br>**Via email**<br>Jason S. Hartley<br>Jason M. Lindner<br>HARTLEY LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>(619) 400-5832 (facsimile)<br>hartley@hartleyllp.com<br>lindner@hartleyllp.com<br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Defendant Nishad Singh**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>and<br><br>**Via Email**<br>C/O Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004-2400<br>(202) 842-7800 (telephone)<br>agoldstein@cooley.com |
| *Husary et al v. Silvergate Bank et al* | *O'Keefe v. Sequoia Capital, et al* |

| Case No. 3:23-cv-00038-BEN-WVG (S.D. Cal.) | Case No. 1:23-cv-20700-JEM (S.D. FLA) |
|---|---|
| **Via Email** Isabella Martinez Matthew W. Reiser Reiser Law PC 1475 North Broadway, Suite 300 Walnut Creek, CA 94596 (925) 256-0400 (telephone) isabella@reiserlaw.com matthew@reiserlaw.com<br><br>**Via email** Jason S. Hartley Hartley LLP 101 West Broadwy, Suite 820 San Diego, CA 92101 (619) 400-5822 (telephone) hartley@hartleyllp.com<br><br>**Via email** Jason K. Kellogg Marcelo Diaz-Cortes Victoria J. Wilson Levine Kellogg Lehman Schneider & Grossman Miami Tower 100 SE 2nd Street, 36th Floor Miami, FL 33131 (305) 403-8788 (telephone) jk@lklsg.com md@lklsg.com vjw@lklsg.com<br><br>**Via email** Michael J. Reiser Law Office of Michael Reiser 961 Ignacio Valley Road Walnut Creek, CA 94596 (925) 256-0400 (telephone) michael@reiserlaw.com<br><br>**Via email** Jason M. Lindner Stueve Siegel Hanson LLP | **Via email** Jeffrey Robertson Peter White SCHULTE ROTH & ZABEL LLP 901 Fifteenth Street, NW, Suite 800, Washington, DC 20005 jeffrey.robertson@srz.com pete.white@srz.com<br><br>**Counsel for Defendant, Tiger Global Management, LLC**<br><br>**Via email** Thomas Waskom Matthew Bosher HUNTON ANDREWS HURTH LLP Riverfront Plaza, East Tower 951 East Byrd Street Richmond, VA 23219 twaskom@hunton.com mbosher@hunton.com<br>**Counsel for Defendant, Armanino, LLC**<br><br>**Via email** Frank Bonaventure Ty Kelly BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC 100 Light Street, 19th Floor Baltimore, MD 21202 100 Light Street, 19th Floor Baltimore, MD 21202 fbonaventure@bakerdonelson.com tykelly@bakerdonelson.com<br><br>**Counsel for Defendant, Farmington State Bank d/b/a Moonstone Bank**<br><br>**Via U.S. Mail** Sino Global Capital Limited C/O Matthew Graham Chaoyang, Beijing |

11

| | |
|---|---|
| 550 West C Street, Suite 610<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>lindner@stuevesiegel.com (Inactive)<br>**Counsel for plaintiffs,**<br>**Andrawes Husary, Francisco De Tomaso,**<br>**Soham Bhatia, and Michael Hawwa** | Beijing Shi, 100125<br>China<br>**Defendant**<br><br>**Via Email**<br>David R. Atkinson<br>Nicole K. Atkinson<br>Gunster, Yoakley & Stewart, P.A.<br>Brickell World Plaza<br>600 Brickell Avenue, Suite 3500<br>Miami, FL 33131<br>(305) 376-6000 (telephone)<br>datkinson@gunster.com<br>natkinson@gunster.com |
| | mmargolese@gunster.com<br><br>**Counsel for Defendant,**<br>**Fenwick & West LLP**<br><br>**Via U.S. Mail**<br>Signature Bank<br>565 Fifth Avenue<br>New York, NY 10017<br>**Defendant**<br><br>**Via U.S. Mail**<br>Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br>**Defendant**<br><br>**Via U.S. Mail**<br>Multicoin Capital Management LLC<br>501 West Avenue, Apt. 3803<br>Austin, TX 78701<br>**Defendant**<br><br>**Via U.S. Mail - Defendant**<br>Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| *O'Keefe v. Sequoia Capital, et al*<br>**Case No. 1:23-cv-20700-JEM (S.D. FLA)**<br><br>**Via email**<br>Jennifer Kennedy Park | *Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)** |

| | |
|---|---|
| Ye Eun Chun<br>Joshua Walden<br>Cleary Gottlieb Stein & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>jkpark@cgsh.com<br>chchun@cgsh.com<br>jwalden@cgsh.com<br>**Counsel for Defendant,**<br>**Sequoia Capital Operations, LLC**<br><br>**Via email**<br>Mark E. McKane<br>Anna Tereryan<br>Stephen M. Silva | **Via email**<br>Bruce R. Braun Joanna R. Travalini Tommy Hoyt Sidley Austin LLP One S. Dearborn St. Chicago, IL 60603<br>(312) 53-7000 (telephone) bbraun@sidley.com jtravalani@sidley.com thoyt@sidley.com<br><br>**Via email**<br>Sarah A. Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-7413 (telephone)<br>shemmendinger@sidley.com<br><br>**Counsel for Defendant, Prager Metis CPAs, LLC** |
| Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>**Counsel for Defendant, Thoma Bravo, LP**<br>**Via third party legal service**<br><br>Temasek Holdings (Private Limited)<br>c/o Registered Agent – Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>**Defendant**<br><br>**Via third party legal service**<br>Softbank Vision Fund (AIV M2) L.P.<br>c/o Registered Agent – Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**Defendant**<br><br>**Via U.S. Mail**<br>Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>**Via email** | |
| | *Gonzales v. Silvergate Bank et al*<br>**Case No. 3:22-cv-01981-BEN (S.D. Cal.);**<br>*Husary et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-00038-BEN (S.D. Cal.)**<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendant,** |

| | |
|---|---|
| Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000 (telephone) (212) 735-2000 (facsimile)<br>alexander.drylewski@skadden.com<br><br>**Counsel for Defendant,**<br>**Paradigm Operations LP** | **Silvergate Bank**<br><br>*Gonzales v. Silvergate Bank et al*<br>Case No. 3:22-cv-01981-BEN (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*<br>Case No. 3:23-cv-00038-BEN (S.D. Cal.);<br>*Sepulveda Zuleta et al v. Silvergate et al,*<br>Case No. 3:22-cv-1901-BEN (S.D. Cal.) |
| Steven Ragland<br>Nic Marais<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>sragland@keker.com<br>nmarais@keker.com<br><br>**Counsel for Defendant,**<br>**Ribbitt Capital, L.P.** | **Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>**Counsel for Defendants,**<br>**Alan J. Lane and**<br>**Silvergate Capital Corporation** |
| *Patrick Rabbitte v. Sequoia Capital et al* | *Sepulveda Zuleta et al v. Silvergate et al,*<br>Case No. 3:22-cv-1901-BEN (S.D. Cal.) |
| **Via email**<br>Eric Ian Niehaus<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>(619) 231-1058 (telephone)<br>(619) 231-7423 (facsimile)<br>ericn@rgrdlaw.com<br><br>Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center One<br>Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545 (telephone) | **Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 (213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>**Counsel for Defendants,**<br>**Christopher M. Lane,** |

| | |
|---|---|
| (415) 288-4534 (facsimile)<br>shawnw@rgrdlaw.com<br><br>**Counsel for Plaintiff** | **Tyler J. Pearson, and**<br>**Jason Brenier** |
| ***O'Keefe v. Sequoia Capital Operations, LLC et al.,*** **Case No. 1:23-cv-20700 (S.D. Fla.)**<br><br>**Via email**<br>James R. Swanson<br>Kerry J. Miller<br>Benjamin D. Reichard<br>C. Hogan Paschal<br>Monica L. Bergeron<br>Fishman Haygood, LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>Telephone: 504.586.5252<br>Facsimile: 504.586.5250<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com<br><br>Timothy A. Kolaya<br>Jorge A. Perez Santiago<br>Amy M. Bowers<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>(305) 614-1404 (telephone)<br>tkolaya@sknlaw.com<br>jperezsantiago@sknlaw.com<br>abowers@sfslaw.com<br><br>**Counsel for Plaintiff** | ***Statistica Capital Ltd. et al v. Signature Bank,***<br>**Case No. 23-00993 (S.D.N.Y.)**<br><br>**Via email**<br>Jack Fitzgerald Paul K.<br>Joseph Melanie<br>Persinger Trevor M.<br>Flynn Caroline S.<br>Emhardt Fitzgerald<br>Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110 (619)<br>215-1741<br>jack@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br>caroline@fitzgeraldjoseph.com<br><br>**Via email**<br>Timothy G. Blood<br>Thomas J. O'Reardon<br>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100 (telephone)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>jdavis@bholaw.com<br><br>**Counsel for Defendants,**<br>**Statistica Capital Ltd. and Statistica Ltd.** |