# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3076__ & TITLE - IN RE: __FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIG.__

1. **Oral Argument** – Check ONE of the following boxes:

   [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [ ] Support Centralization

   [✓] Oppose Centralization

   [ ] Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

   _____

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:
   See attached list of Parties

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:
   See attached list of Cases

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   John M. Landry
   Name

   Sheppard, Mullin, Richter & Hampton LLP
   Law Firm

   Los Angles                                         CA
   City                                               State

   Telephone No.: (213) 617-5561

   Email Address: jlandry@sheppardmullin.com

| April 28, 2023 | John M. Landry | /s/ John M. Landry |
|---|---|---|
| Date | Printed Name | Authorized Signature |

| April 28, 2023 | Polly Towill | /s/ Polly Towill |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## PARTIES REPRESENTED LIST

**Silvergate Bank** and **Silvergate Capital Corporation** – defendants in the following potential tag-along actions: (1) *Bhatia v. Silvergate Bank,* (N.D. Cal. Case No. 3:23-cv-00667); (2) *Keane v. Silvergate Bank,* (N.D. Cal. Case No. 3:23-cv-00670; (3) Magleby, et al., v. Silvergate Bank, et al. (N.D. Cal. Case No. 3:23-cv-00669; and O'Keefe v. Silvergate Bank, (S.D. Fla. Case No. 1:23-cv-20700).

**Alan J. Lane** – defendant in the following potential tag-along action: (1) *Bhatia v. Silvergate Bank,* (N.D. Cal. Case No. 3:23-cv-00667).

# BEFORE THE UNITED STATES JUDICIAL PANEL

# ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |
|---|---|

# NOTICE OF PRESENTATION OF ORAL ARGUMENT

# SCHEDULE OF ACTIONS

|   | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Matson Magleby and Golam Sakline | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00669 (Potential tag-along action) | Hon. Jacqueline Scott Corley |
| 2. | Soham Bhatia | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Northern District of California | 3:23-cv-00667 (Potential tag-along action) | Hon. Jacqueline Scott Corley |
| 3. | Nicole Keane | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00670 (Potential tag-along action) | Hon. Jacqueline Scott Corley |
| 4. | Connor O'Keefe | Silvergate Bank | United States District Court for the Southern District of Florida | 1:23-cv-20700 (Potential tag-along action) | Jose E. Martinez |