BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

MDL No. **3076**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the above and foregoing Notice of Presentation of Oral Argument and this Proof of Service were served on all parties electronically via ECF, or as indicated below, on April 28, 2023.

**Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753**
**US District Court for the Southern District of Florida**

**Served via Email**

Jeremy D. Mishkin
Montgomery McCracken Walker
& Rhoads LLP
1735 Market St.
Philadelphia, PA 19103-7505
215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

Telemachus Kasulis
Morvillo Abramowitz Grand Iason
& Anello PC
565 Fifth Ave
New York, NY 10017
212-880-9555
tkasulis@maglaw.com
**Counsel for Defendant Dan Friedberg**

Alex B. Miller
Fried Frank
One New York Plaza
New York, NY 10004
212-859-8000
alex.miller@friedfrank.com
**Counsel for Defendant Gary Wang**

Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
202 842 7800
agoldstein@cooley.com
**Counsel for Defendant Nishad Singh**

Adam M. Moskowitz
Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
305-740-1423
adam@moskowitz0law.com
**Counsel for Plaintiffs** Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, David Nicol, and Sunil Kavuri, Michael Norris, Shengyun

**Edward Soto**
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, Florida 33131
Edward.soto@weil.com
**Counsel for Defendant Shohei Ohtani**

**Served via Mail**
Defendant Stephen Curry
28 Selby Ln
Atherton, CA 94027

Defendant Zixiao Gary Wang
 304 Island Lane
Egg Harbor Township, NJ 08234

Huang, Michael Livieratos, Brandon Rowan, Vijeth Shetty, and Bo Yang

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Defendant Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, CA, 90210

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**
**US District Court for the Southern District of Florida**

**Served via Email**
**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market St.
Philadelphia, PA 19103-7505
215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

**Jessica Stebbins Bina**
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
(424) 653-5500
Jessica.stebbinsbina@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Stephanie Anne Casey Colson Hicks Eidson**

**Adam M. Moskowitz**
**Joseph M. Kaye**
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
305-740-1423
adam@moskowitz-law.com
**Counsel for Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, David Nicol, and Sunil Kavuri, Michael Norris, Shengyun Huang, Michael Livieratos, Brandon Rowan, Vijeth Shetty, and Bo Yang**

**Brandon Scott Floch**
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Zachary Andrew Lipshultz**
Colson Hicks Eidson 255 Alhambra Circle Coral Gables, FL 33134
305-476-7400
zach@colson.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Andrew B. Clubok Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com; new-york-ma-2860@ecf.pacerpro.com; ny-courtmail@lw.com; susan.engel@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Brittany M.J. Record**
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Elizabeth A. Greenman**
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100 Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
**Counsel for Defendant Tom Brady,**

**Jeffrey Eldridge Marcus**
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Jeffrey Adam Neiman**
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Michael Anthony Pineiro**
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Andrew B. Brettler**
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com
**Counsel for Defendant Kevin O'Leary**

**Christopher Stephen Carver**
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street

**Gisele Bundchen, and Lawrence Gene David**

**Marvin Putnam**
Latham & Watkins LLP
10250 Constellation Blvd.,
Suite 1100 Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Michele D. Johnson**
Latham & Watkins LLP
650 Town Center Drive,
20th Floor Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Susan E. Engel**
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Roberto Martinez**
Colson Hicks Eidson
255 Alhambra Circle,
Penthouse Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Edward Soto**
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, Florida 33131

Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com;
cary.gonzalez@akerman.com
**Counsel for Defendant David Ortiz**

**Jason Samuel Oletsky**
**Akerman LLP**
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
**Counsel for Defendant David Ortiz**

**Katherine Ann Johnson**
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
 Katie.johnson@akerman.com
**Counsel for Defendant David Ortiz**

**Tommy Lydon**
 MGC Law
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526
tlydon@mgclaw.com
**Counsel for Defendant William Trevor Lawrence**

**Matthew S. Kahn**
 Gibson, Dunn & Crutcher LLP
 555 Mission Street
 San Francisco, CA 94105-0921
 Tel +1 415.393.8212
 Fax +1 415.374.8466
MKahn@gibsondunn.com
**Counsel for Defendant Golden State Warriors, LLC**

Edward.soto@weil.com
**Counsel for Defendant Shohei Ohtani**

**Via Mail**
Defendant Stephen Curry
28 Selby Ln
Atherton, CA 94027

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

**Telemachus Kasulis**
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Ave
New York, NY 10017
212-880-9555
tkasulis@maglaw.com
**Counsel for Defendant Dan Friedberg**

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Defendant Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, CA, 90210

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**
**US District Court for the Northern District of California**

**Served via Email**
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6471
stephanie.avakian@wilmerhale.com

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Defendant Nishad Singh**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;

**Counsel for Defendant Caroline Ellison**

**Served via Mail**

Defendant Zixiao Gary
Wang 304 Island Lane
Egg Harbor Township, NJ 08234

alex.miller@friedfrank.com
**Counsel for Defendant Gary Wang**

Defendant Sam Trabucco
36 Winner Circle
Wells, ME 04090-5174

Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620
US District Court for the Northern District of California

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Christopher P.T. Tourek**
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
312-377-1181
ctourek@pomlaw.com

**Counsel for Plaintiff Russell Hawkins**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com
alex.miller@friedfrank.com
**Counsel for Defendant Zixiao Gary Wang**

**Andrew Goldstein Cooley LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Defendant Nishad Singh**

**Served via Mail**
Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**
**US District Court for the Northern District of California**

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Nishad Singh**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
**Counsel for Zixiao Wang**

**Marshal Hoda**
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX  77080
832-848-0036
marshal@thehodalwfirm.com

**Counsel for Stephen T. Pierce**

**Served via Mail**

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336**
**US District Court for the Northern District of California**

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

**Stephanie Avakian**
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Matthew S. Kahn**
Gibson, Dunn & Crutcher LLP

**William M. Audet**
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA  94102-3229
415-568-2555

555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
**Counsel for Defendant Golden State Warriors, LLC**

415-568-2556
waudet@audetlaw.com

**Counsel for Plaintiff Elliot Lam**

**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**
**US District Court for the Northern District of California**

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
**Counsel for Zixiao Gary Wang**

**Stephanie Avakian Wilmer Hale**
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Defendant Nishad Singh**

**Served via Mail**

Defendant Zixiao Gary
Wang 304 Island Lane
Egg Harbor Township, NJ 08234

**Statistica Capital Ltd. et al v. Signature Bank, Case No. 1:23-cv-00993**
**U.S. District Court Southern District of New York**

**Served via Email**

**H. Christopher Boehning**
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
cboehning@paulweiss.com

**Jack Fitzgerald**
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA  92110
619-215-1741
jack@fitzgeraldjoseph.com

**Counsel for Defendant Signature Bank**

**Jessica Sombat Carey**
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
212-757-3990 (fax)
JCarey@paulweiss.com
**Counsel for Defendant Signature Bank**

**Elizabeth Sacksteder**
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
esacksteder@paulweiss.com
**Counsel for Defendant Signature Bank**

Counsel for Plaintiffs Statistica Capital Ltd. And Statistica Ltd.

**Rabitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655**
**US District Court for the Northern District of California**

Served via Email

**Brian Edward Cochran**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
(619) 231-7423 (fax)
BCochran@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Mark Edward McKane**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1473
(415) 439-1500 (fax)
mark.mckane@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Stuart A. Davidson**
Robbins Geller Rudman & Dowd LLP
225 NE Mizner Boulevard
Suite 720
Boca Raton, FL 33432
561-750-3000
561-750-3364 (fax)
sdavidson@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Stephen M. Silva**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1359
stephen.silva@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Hadiya Khan Deshmukh**
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
(415) 288-4534 (fax)
hdeshmukh@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Anna Terteryan**
Kirkland and Ellis LLP
555 California Street
Suite 2700
San Francisco, CA 94104
415-439-1864
415-439-1500 (fax)
anna.terteryan@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Kenneth P. Dolitsky**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
(619) 231-7423 (fax)
kdolitsky@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Anny Marie Martin**
Robbins Geller Rudman & Dowd LLP
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd.,
Suite 720
33432
Boca Raton, FL 33432
561-750-3000
561-750-3364 (fax)
amartin@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Eric Ian Niehaus**
Robbins Geller Rudman and Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
619-231-1058
619-231-7423 (fax)
ericn@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Shawn A. Williams**

ROBBINS GELLER RUDMAN &
DOWD LLP
One Montgomery Street
Suite 1800
San Francisco, CA 94104
415-288-4545
415-288-4534 (fax)
shawnw@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945**
**US District Court for the Northern District of California**

**Served via Email**

**Azra Zahoor Mehdi**
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105-1420
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com
**Counsel for Plaintiff Mark Girshovich**

**Mark Edward McKane**
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Fransisco, CA 94104-1603
415-439-1400
415-439-1500 (fax)
mmckane@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Stephen M. Silva**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1359
stephen.silva@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Anna Terteryan**
Kirkland and Ellis LLP
555 California Street
Suite 2700
San Francisco, CA 94104
415-439-1864
415-439-1500 (fax)
anna.terteryan@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**John C. Herman**
Herman Jones LLP
3424 Peachtree Road, Suite 1650
Atlanta, GA  30326
404-504-6500
jherman@hermanjones.com

**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700**
**US District Court for the Southern District of Florida**

**Served via Email**

**Frank Bonaventure**
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
100 Light Street

**Ty Kelly**
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
100 Light Street

-11-

19th Floor
Baltimore, MD 21202
fbonaventure@bakerdonelson.com
**Counsel for Defendant Farmington State Bank d/b/a Moonstone Bank**

**Jeffrey Robertson**
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW
Suite 800
Washington, DC 20005
jeffrey.robertson@srz.com
**Counsel for Tiger Global Management, LLC**

19th Floor
Baltimore, MD 21202
tykelly@bakerdonelson.com
**Counsel for Defendant Farmington State Bank d/b/a Moonstone Bank**

**Peter White**
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW
Suite 800
Washington, DC 20005
pete.white@srz.com
**Counsel for Tiger Global Management, LLC**

**David Richardson Atkinson, Jr.**
Gunster Yoakley & Stewart
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
561-650-0547
datkinson@gunster.com
**Counsel for Defendant Fenwick & West LLP**

**Nicole K. Atkinson**
Gunster, Yoakley & Stewart, PA
Suite 500 E
777 S Flagler Dr
West Palm Beach, FL 33401-6194
561/650-0561
561/655-5677 (fax)
natkinson@gunster.com
**Counsel for Defendant Fenwick & West LLP**

**Served via Mail**
Defendant Signature Bank
565 Fifth Avenue
New York, NY 10017

Defendant Jean Chalopin
Deltec House, Lyford Cay
Nassau, Bahamas

Defendant Temasek Holdings (Private) Limited
c/o Registered Agent Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Defendant Ribbit Capital, LP
c/o Registered Agent The Corporation Trust

Defendant Deltec Bank and Trust Company Limited
Deltec House, Lyford Cay
Nassau, Bahamas

Defendant Softbank Vision Fund (AIV M2) L.P.
c/o Registered Agent Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Defendant Altimeter Capital Management, LP
Through Its Registered Agent, The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Defendant Sino Global Capital Limited
C/O Matthew Graham
Chaoyang, Beijing
Beijing Shi 100125
China

Defendant Softbank Group Corp.
1 Circle Star Way 4F
San Carlos, CA 94070

Defendant Multicoin Capital Management LLC
501 West Avenue
Apt. 3803
Austin, TX 78701

Defendant Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389
US District Court for the District of New Jersey

**Served by Email**

**Jacob Blacklock**
LEHMAN, LEE & Xu LLC
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong Kong
852-3588-2188
jblacklock@lehmanlaw.com
**Counsel for Plaintiffs J Bell, Justin Berk, Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, and L Zhao**

**Edward Lehman**
LEHMAN, LEE & Xu LLC
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong Kong
852-3588-2188
elehman@lehmanlaw.com
**Counsel for Plaintiffs J Bell, Justin Berk, Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, and L Zhao**

**AMY CANNING**
Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza
Suite 800
Newark, NJ 07102
203-722-3105
amiecanning@gmail.com
**Counsel for Defendant Prager Metis LLP**

**PETER THOMAS SHAPIRO**
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
77 WATER STREET
SUITE 2100
NEW YORK, NY 10005
(212) 232-1322
(212) 232-1399 (fax)
peter.shapiro@lewisbrisbois.com
**Counsel for Defendant Prager Metis LLP**

**MEREDITH KAPLAN STOMA**
LEWIS BRISBOIS BISGAARD & SMITH, LLP
ONE RIVERFRONT PLAZA
SUITE 800
NEWARK, NJ 07102
(973) 577-6260
meredith.stoma@lewisbrisbois.com
**Counsel for Defendant Prager Metis LLP**

**ANTHONY SCORDO**
1425 POMPTON AVENUE
CEDAR GROVE, NJ 07009
973 837-1861
anthonyscordo@msn.com
**Counsel for Plaintiffs J Bell, Justin Berk, Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, L Zhao, and Morebet, Ltd.**

**Joanna Rubin Travalini**
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com
**Counsel for Defendant Prager Metis LLP**

Dated: April 28, 2023

Respectfully submitted,

By: */s/ John M. Landry*
John M. Landry
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620.1780
jlandry@sheppardmullin.com

*Co-Counsel for Defendants,*
*Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane*