BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

## SCHEDULE OF ACTIONS INVOLVING PRAGER METIS CPAS, LLC

Prager Metis CPAs, LLC is a named defendant in the following five FTX-related actions and wishes for all to be centralized into an MDL under 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation:

- *Hawkins v. Bankman-Fried, et al.*, N.D. Cal. Case No. 3:22-cv-07620-JSC;

- *Lucky D., et al. v. Prager Metis, LLP*[1] *and Armanino, LLC*, D. N.J. Case No. 2:23-cv-00389-MCA-JRA;

- *O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700-JEM;

- *Papadakis v. Bankman-Fried, et al.*, N.D. Cal. Case No. 3:23-cv-00024-JSC; and

- *Pierce v. Bankman-Fried, et al.*, N.D. Cal. Case No. 3:22-cv-07444-JSC.


Dated: May 1, 2023

Respectfully submitted,

By: */s/ Joanna R. Travalini*
Joanna R. Travalini
**SIDLEY AUSTIN LLP**
1 S Dearborn

---

[1] Prager Metis CPAs, LLC was improperly identified in the *Lucky D.* Amended Complaint as "Prager Metis LLP."

1

2

Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant
Prager Metis CPAs, LLC*

2