BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket: 3076 |

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Russell Hawkins, individually and on behalf of all others similarly situated | Bankman-Fried, et al. | 3:22-cv-07620 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Julie Papadakis, individually and on behalf of all others similarly situated | Bankman-Fried, et al. | 3:23-cv-00024 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Stephen Pierce, individually and on behalf of all others similarly situated | Bankman-Fried, et al. | 3:22-cv-07444 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Connor O'Keefe, on behalf of himself and all others similarly situated | Sequoia Capital Operations, LLC, et al. | 1:23-cv-20700 | S.D. Fla. | Judge Jose E. Martinez |
| Lucky D., et al. | Prager Metis, LLP, et al. | 2:23-cv-00389 | D.N.J. | Judge Madeline Cox Arleo |

Dated: May 1, 2023

Respectfully submitted,

HUNTON ANDREWS KURTH LLP

By:/s/ *Matthew P. Bosher*
Matthew P. Bosher

1

2

2200 Pennsylvania Ave., NW, Suite 900
Washington, DC 20037-1701
(202) 955-1500
mbosher@huntonAK.com

*Counsel for Defendant Armanino LLP*

125818.0000003 DMS 302089465v1