**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE  LITIGATION** | **MDL Docket: 3076** |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, the undersigned hereby certifies that copies of the foregoing (1)

Notice of Waiver of Oral Argument and its Addendum; (2) Schedule of Actions; and (3) this

Certificate of Service were filed with the Clerk of the JPML by using the CM/ECF System and

were served on all counsel or parties electronically via CM/ECF, or as indicated on the attached

service list, on May 1, 2023.


Dated: May 1, 2023                                 Respectfully submitted,

                                                   HUNTON ANDREWS KURTH LLP

                                                   By:/s/ Matthew P. Bosher
                                                   Matthew P. Bosher
                                                   2200 Pennsylvania Ave., NW, Suite 900
                                                   Washington, DC 20037-1701
                                                   (202) 955-1500
                                                   mbosher@huntonAK.com

                                                   *Counsel for Defendant Armanino LLP*

| US District Court for the Southern District of Florida | |
|---|---|
| *Norris, et al. v. Brady, et al.*, Case No.: 1:23-cv-20439 | |
| Plaintiffs | Defendants |
| *Via Electronic Mail:* | *Via Electronic Mail:* |

**Plaintiffs**

*Via Electronic Mail:*

Adam M. Moskowitz
Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street, Suite 1999
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Stephen N. Zack
Ursula Ungaro
Boies Schiller & Flexner LLP
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com
uungaro@bsfllp.com

Alexander Boies
David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com
dboies@bsfllp.com

*Counsel for Plaintiffs*

**Defendants**

*Via Electronic Mail:*

Stephanie Anne Casey
Zachary Andrew Lipshultz
Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com
zach@colson.com
bob@colson.com

Andrew B. Clubok
Brittany M.J. Record
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235

michele.johnson@lw.com

*Counsel for Defendant Thomas Brady*

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant Kevin O'Leary*

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095

<table>
<tr><td></td><td>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Katherine Ann Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard, Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br>Katie.johnson@akerman.com<br><br>*Counsel for Defendant David Ortiz*</td></tr>
</table>

### US District Court for the Southern District of Florida

*Garrison, et al. v. Bankman-Fried, et al.*, Case No.: 1:22-cv-23753

| Plaintiffs | Defendants |
|---|---|
| *Via Electronic Mail:*<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner LLP<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307 | *Via Electronic Mail:*<br><br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br>zach@colson.com<br>bob@colson.com<br><br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com<br>Susan.Engel@lw.com<br><br>Elizabeth A. Greenman<br>Jessica Stebbins Bina |

szack@bsfllp.com
uungaro@bsfllp.com
tulrich@bsfllp.com

Alexander Boies
David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com
dboies@bsfllp.com

*Counsel for Plaintiffs*

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

*Counsel for Defendants Thomas Brady,
Gisele Bundchen, and Lawrence Gene David*

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Andrew B. Brettler

Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant Kevin O'Leary*

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

*Counsel for Defendant David Ortiz and Udonis Haslem*

Tommy Lydon
MGC Law
1320 Main Street, 10th Floor
Columbia, SC 29201
Main: 803-779-2300
Direct: 803-227-2292
Fax: 803-748-0526
tlydon@mgclaw.com

*Counsel for William Trevor Lawrence*

Matthew S. Kahn
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8212

Fax 1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Golden State Warriors, LLC*

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103-7505
Telephone 215-772-1500
Direct: 215-772-7246
jmishkin@mmwr.com
rsimins@mmwr.com

Gerald E. Greenberg
Adam M. Schachter
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
ggreenberg@gsgpa.com
aschachter@gsgpa.com

*Counsel for Samuel Bankman-Fried*

Nathan M. Bull
McDERMOTT WILL & EMERY LLP
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com

Jason D. Strabo
Ellie Hourizadeh
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com

Sarah P. Hogarth
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW

Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087
shogarth@mwe.com

*Counsel for Stephen Curry*

Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)
Edward.soto@weil.com

*Counsel for Shohei Ohtani*

Stephanie A. Casey
Roberto Martínez
Zachary Lipshultz
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Bob@colson.com
scasey@colson.com
zach@colson.com

*Counsel for Naomi Osaka*

Jonathan S. Klein
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263 3000
jklein@mayerbrown.com

Andrew J. Demko
Joseph J. Vescera
Jason D. Linder
Glenn K. Vanzura
Mayer Brown LLP
ademko@mayerbrown.com
jvescera@mayerbrown.com
jlinder@mayerbrown.com
gvanzura@mayerbrown.com

*Counsel for Sam Trabucco*

| | Caroline Ellison, c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Zixiao Gary Wang c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com<br>alex.miller@friedfrank.com<br><br>Nishad Singh c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Phone: 202 842 7800<br><br>Dan Friedberg c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello<br>PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com<br><br>*Via U.S. Mail:*<br><br>Shaquille O'Neal, Defendant<br>4012 Sahara Ct.<br>Carrollton, TX 75010<br><br>Caroline Ellison, Defendant<br>327 Franklin Street<br>Newton, MA 02458<br><br>Zixiao Gary Wang, Defendant<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
|---|---|

| | Nishad Singh, Defendant<br>746 Jennifer Way<br>Milpitas, CA 95035 |
|---|---|

**US District Court for the Southern District of Florida**

***Podalsky, et al. v. Bankman-Fried, et al.*, Case No.: 1:22-cv-23983**

| Plaintiffs | Defendants |
|---|---|
| *Via Electronic Mail:*<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | *Via Electronic Mail:*<br><br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br>zach@colson.com<br>bob@colson.com<br><br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com<br>Susan.Engel@lw.com<br><br>Elizabeth A. Greenman<br>Jessica Stebbins Bina<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Jessica.stebbinsbina@lw.com<br>Marvin.Putnam@lw.com |

| | |
|---|---|
| dboies@bsfllp.com<br><br>*Counsel for Plaintiffs* | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><br>*Counsel for Defendants Thomas Brady,*<br>*Gisele Bundchen, and Lawrence Gene David*<br><br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd.Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br><br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>*Counsel for Defendant Kevin O'Leary*<br><br>Christopher Stephen Carver |

Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

*Counsel for Defendant David Ortiz and Udonis Haslem*

Tommy Lydon
MGC Law
1320 Main Street, 10th Floor
Columbia, SC 29201
Main: 803-779-2300
Direct: 803-227-2292
Fax: 803-748-0526
tlydon@mgclaw.com

*Counsel for William Trevor Lawrence*

Matthew S. Kahn
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8212
Fax 1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Golden State Warriors, LLC*

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor

Philadelphia, PA 19103-7505
Telephone 215-772-1500
Direct: 215-772-7246
jmishkin@mmwr.com
rsimins@mmwr.com

*Counsel for Samuel Bankman-Fried*

Nathan M. Bull
McDERMOTT WILL & EMERY LLP
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com

Jason D. Strabo
Ellie Hourizadeh
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com

Sarah P. Hogarth
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087
shogarth@mwe.com

*Counsel for Stephen Curry*

Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)
Edward.soto@weil.com

*Counsel for Shohei Ohtani*

Stephanie A. Casey
Roberto Martínez

Zachary Lipshultz
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Bob@colson.com
scasey@colson.com
zach@colson.com

*Counsel for Naomi Osaka*

Jonathan S. Klein
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263 3000
jklein@mayerbrown.com

Andrew J. Demko
Joseph J. Vescera
Jason D. Linder
Glenn K. Vanzura
Mayer Brown LLP
ademko@mayerbrown.com
jvescera@mayerbrown.com
jlinder@mayerbrown.com
gvanzura@mayerbrown.com

*Counsel for Sam Trabucco*

Caroline Ellison, c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

Zixiao Gary Wang c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com
alex.miller@friedfrank.com

Nishad Singh c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW

Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
Phone: 202 842 7800

Dan Friedberg c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212.880.9555
tkasulis@maglaw.com


*Via U.S. Mail:*

Caroline Ellison, Defendant
327 Franklin Street
Newton, MA 02458

Zixiao Gary Wang, Defendant
304 Island Lane
Egg Harbor Township, NJ 08234

Nishad Singh, Defendant
746 Jennifer Way
Milpitas, CA 95035

## US District Court for the Southern District of Florida

### *Garrison, et al. v Paffrath, et al.;* Case No.: 1:23-cv-21023

| Plaintiffs | Defendants |
|---|---|
| *Via Electronic Mail:* | *Via Electronic Mail:* |
| Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Manuel A. Arteaga-Gomez<br>Stuart Z. Grossman | Ronald G. Acho<br>Cummings, McClorey, Davis & Acho, PLC<br>17436 College Parkway<br>Livonia, MI 48152<br>Telephone: (734) 261-2400<br>Facsimile: (734) 261-4510<br>racho@cmda-law.com<br>mcummings@cmda-law.com<br><br>*Counsel for Jaspreet Singh* |

Grossman Roth Yaffa Cohen
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134
(305) 442-8666
Fax: (305) 285-1668
aag@grossmanroth.com
szg@grossmanroth.com

Stephen N. Zack
Tyler Evan Ulrich
Boies Schiller & Flexner
100 SE 2nd Street, Suite 2800
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
Fax: 305-539-1307
szack@bsfllp.com
tulrich@bsfllp.com

Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street, Suite 1999,
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Michelle Genet Bernstein
Mark Migdal and Hayden
236 Costanera Road
Coral Gables, FL 33143
(917) 373-6226
michelle@markmigdal.com

*Counsel for Plaintiffs*

Jason L. Rindenau
4910 Tanya Lee Circle, 10212
Davie, FL 33328
(908) 415-6504
Jason @Jasonrindenau.law

*Counsel for Ben Armstrong*

Jose G. Sepulveda
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com

*Counsel for Creators Agency, Erika
Kullberg, Brian Jung*

*Via U.S. Mail:*

Defendant Kevin Paffrath
8219 Quartz Street
Ventura, CA 93004

Defendant Graham Stephan
5193 Steel Hammer Drive
Las Vegas, NV

Defendant Andrei Jikh
5667 Deer Creek Falls Court
Las Vegas, NV 89118

Defendant Jeremy Lefebvre
5201 PEAK CLIMB DR
LAS VEGAS, NV 89135-9101

Defendant Tom Nash
Address unknown

**US District Court for the Southern District of Florida**

*O'Keefe, et al. v Sequoia Capital Operations, LLC. et al.*, Case No.: 1:23-cv-20700

| Plaintiffs | Defendants |
|---|---|
| *Via Electronic Mail:* | *Via Electronic Mail:* |
| Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>Email: jperezsantiago@sknlaw.com<br>Email: tkolaya@sknlaw.com | Jennifer Kennedy Park<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 815-4130<br>Facsimile: (650) 815-4199<br>jkpark@cgsh.com |
| Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com | *Counsel for Sequoia Capital Operations, LLC*<br><br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com |
| C. Hogan Paschal<br>James R. Swanson<br>Kerry James Miller<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br>Email: jswanson@fishmanhaygood.com<br>Email: kmiller@fishmanhaygood.com<br>Email: mbergeorn@fishmanhaygood.com | Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com<br><br>*Counsel for Paradigm Operations LP* |
| *Counsel for Plaintiffs* | Joanna R. Travalini<br>Irene Yang<br>Sidley Austin LLP<br>1 S. Dearborn<br>Chicago, IL 60603<br>(312) 853-7000<br>jtravalini@sidley.com<br><br>Irene Yang<br>Sidley Austin LLP |

16

555 California St
San Francisco, CA
(415) 772-1230
irene.yang@sidley.com

*Counsel for Prager Metis CPAs, LLC*

*Via U.S. Mail*:

Thoma Bravo L.P.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Temasek Holdings (Private) Limited
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Softbank Vision Fund (AIV M2) L.P.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Ribbit Capital, L.P.
c/o The Corporation Trust Company
Trust Center 1209 Orange St.
Wilmington, DE 19801

Altimeter Capital Management, LP
c/o The Corporation Trust Company
Trust Center 1209 Orange St.
Wilmington, DE 19801

Multicoin Capital Management LLC
501 West Ave., Apt. 3803
Austin, TX 78701

Tiger Global Management, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Sino Global Capital Limited
c/o Matthew Graham Chaoyang, Beijing

| | Beijing Shi, 100125, China<br><br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br><br>Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070 |
|---|---|

**US District Court for the Northern District of California**

*Papadakis v. Bankman-Fried, et al.*, Case No.: 3:23-cv-00024

| *Plaintiff* | *Defendants* |
|---|---|
| <u>*Via Electronic Mail:*</u><br><br>Frederic S. Fox<br>Jeffrey Philip Campisi<br>Joel B. Strauss<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br><u>FFox@kaplanfox.com</u><br><u>jcampisi@kaplanfox.com</u><br><u>jstrauss@kaplanfox.com</u><br><br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br><u>Kherkenhoff@kaplanfox.com</u><br><u>lking@kaplanfox.com</u><br><br>*Counsel for Plaintiff* | <u>*Via Electronic Mail:*</u><br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br><u>bbraun@sidley.com</u><br><u>jtravalini@sidley.com</u><br><u>thoyt@sidley.com</u><br><br>Sarah Alison Hemmendinger<br>Irene Yang<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br><u>shemmendinger@sidley.com</u><br><u>irene.yang@sidley.com</u><br><br>*Counsel for Defendant Prager Metis CPAs, LLC*<br><br>Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin |

Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Caroline Ellison c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

Zixiao Gary Wang c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com
alex.miller@friedfrank.com

Nishad Singh c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
Phone: 202 842 7800


*Via U.S. Mail:*

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

| US District Court for the Northern District of California<br>*Jessup v. Bankman-Fried, et al.*, Case No.: 3:22-cv-07666-JSC | |
| --- | --- |
| Plaintiff | Defendants |
| *Via Electronic Mail:*<br><br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com<br><br>*Counsel for Plaintiff* | *Via Electronic Mail:*<br><br>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Caroline Ellison c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Zixiao Gary Wang c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com<br>alex.miller@friedfrank.com<br><br>Nishad Singh c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Phone: 202 842 7800<br><br><br>*Via U.S. Mail:*<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458 |

| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | |
| | Defendant Nishad Singh |
| | 746 Jennifer Way |
| | Milpitas, CA 95035 |
| | |
| | Defendant Sam Trabucco |
| | 36 Winner Circle, |
| | Wells ME 04090-5174 |

**US District Court for the Northern District of California**

*Hawkins v. Bankman-Fried, et al.*, **Case No.: 3:22-cv-07620**

| Plaintiff | Defendants |
|---|---|
| *Via Electronic Mail:* | *Via Electronic Mail:* |
| | |
| Jennifer Pafiti | Defendant Samuel Bankman-Fried |
| Pomerantz LLP | c/o Jeremy D. Mishkin |
| 1100 Glendon Avenue, 15th Floor | Montgomery McCracken Walker & Rhoads |
| Los Angeles, CA 90024 | LLP |
| 310-405-7190 | 1735 Market Street |
| jpafiti@pomlaw.com | Philadelphia, PA 19103-7505 |
| | Direct: 215-772-7246 |
| Eitan Kimelman | jmishkin@mmwr.com |
| Peretz Bronstein | |
| Bronstein Gewirtz & Grossman LLC | Caroline Ellison c/o Stephanie Avakian |
| 60 East 42nd Street, Suite 4600 | Wilmer Hale |
| New York, NY 10165 | 2100 Pennsylvania Avenue NW |
| 212-697-6484 | Washington DC 20037 |
| 212-697-7296 | Phone: 202-663-6471 |
| eitank@bgandg.com | stephanie.avakian@wilmerhale.com |
| peretz@bgandg.com | |
| | Zixiao Gary Wang c/o Alex B. Miller |
| J Alexander Hood, II | Fried Frank |
| Jeremy A. Lieberman | One New York Plaza |
| Pomerantz LLP | New York, New York 10004 |
| 600 Third Avenue, 20th Floor | T: +1.212.859.8000 |
| New York, NY 10016 | ilan.graff@friedfrank.com |
| 212-661-1100 | alex.miller@friedfrank.com |
| 212-661-8665 | |
| ahood@pomlaw.com | Nishad Singh c/o Andrew Goldstein |
| jalieberman@pomlaw.com | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |

21

| Counsel for Plaintiff | Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Phone: 202 842 7800<br><br><br>*Via U.S. Mail:*<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035 |

<table>
<tr><td colspan="2" align="center"><b>US District Court for the Northern District of California</b><br><b><i>Pierce, et al. v. Bankman-Fried, et al.</i>, Case No.: 3:22-cv-07444</b></td></tr>
<tr><td align="center">Plaintiffs</td><td align="center">Defendants</td></tr>
<tr><td><i>Via Electronic Mail:</i><br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com<br><br><i>Counsel for Plaintiffs</i></td><td><i>Via Electronic Mail:</i><br><br>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Caroline Ellison c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Zixiao Gary Wang c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza</td></tr>
</table>

|  | New York, New York 10004 |
|  | T: +1.212.859.8000 |
|  | ilan.graff@friedfrank.com |
|  | alex.miller@friedfrank.com |
|  |  |
|  | Nishad Singh c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | Phone: 202 842 7800 |
|  |  |
|  | Bruce Roger Braun |
|  | Joanna Rubin Travalini |
|  | Tommy Hoyt |
|  | Sidley Austin LLP |
|  | One S. Dearborn |
|  | Chicago, Il 60603 |
|  | 312-853-7000 |
|  | 312-853-7036 |
|  | bbraun@sidley.com |
|  | jtravalini@sidley.com |
|  | thoyt@sidley.com |
|  |  |
|  | Sarah Alison Hemmendinger |
|  | Irene Yang |
|  | Sidley Austin LLP |
|  | 555 California Street, Suite 2000 |
|  | San Francisco, CA 94104 |
|  | 415-772-7413 |
|  | 415-772-7400 |
|  | shemmendinger@sidley.com |
|  | irene.yang@sidley.com |
|  |  |
|  | *Counsel for Prager Metis CPAs, LLC* |
|  |  |
|  | *Via U.S. Mail:* |
|  |  |
|  | Defendant Caroline Ellison |
|  | 327 Franklin Street |
|  | Newton, MA 02458 |
|  |  |
|  | Defendant Zixiao Gary Wang |
|  | 304 Island Lane |

| | Egg Harbor Township, NJ 08234<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035 |
|---|---|

### US District Court for the Northern District of California
*Bhatia v. Silvergate Bank*, Case No.: 3:23-cv-00667

| Plaintiff | Defendants |
|---|---|
| *Via Electronic Mail:*<br><br>Matthew W. Reiser , Reise<br>Michael Joseph Reiser<br>Reiser Law P.C.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400<br>Email: matthew@reiserlaw.com<br>Email: Michael@reiserlaw.com<br><br>*Counsel for Plaintiff* | *Via Electronic Mail:*<br><br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com<br><br>*Counsel for Silvergate Bank. Silvergate Capital Corporation, and Alan J. Lane* |

### US District Court for the Northern District of California
*Keane v. Silvergate Bank, et al.*, Case No. 4:23-cv-00670

| Plaintiff | Defendants |
|---|---|
| *Via Electronic Mail:*<br><br>Jack Fitzgerald<br>Caroline Emhardt<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: jack@fitzgeraldjoseph.com<br>Email: caroline@fitzgeraldjoseph.com<br>Email: melanie@fitzgeraldjoseph.com<br>Email: paul@fitzgeraldjoseph.com<br>Email: trevor@fitzgeraldjoseph.com | *Via Electronic Mail:*<br><br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com<br><br>*Counsel for Silvergate Bank. Silvergate Capital Corporation* |

| James M. Davis<br>Thomas Joseph O'Reardon , II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: jdavis@bholaw.com<br>Email: toreardon@bholaw.com<br>Email: tblood@bholaw.com<br><br>*Counsel for Plaintiff* | |

| | |
|---|---|
| **US District Court for the Northern District of California** | |
| ***Magleby, et al. v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669** | |
| Plaintiffs | Defendants |
| *Via Electronic Mail:*<br><br>Daniel C. Girard<br>Adam E. Polk<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br>Email: apolk@girardsharp.com<br>Email: tomw@girardsharp.com<br><br>Jason Scott Hartley<br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com<br>Email: lindner@hartleyllp.com<br><br>*Counsel for Plaintiffs* | *Via Electronic Mail:*<br><br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com<br><br>*Counsel for Silvergate Bank. Silvergate Capital Corporation* |

| US District Court for the Northern District of California |
|:---:|
| *Lam, et al. v. Bankman-Fried, et al.*; Case No.: 3:22-cv-07336 |

| Plaintiffs | Defendants |
|---|---|
| *Via Electronic Mail:*<br><br>William M. Audet<br>Kurt David Kessler<br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br>kkessler@audetlaw.com<br>lkuang@audetlaw.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com<br><br>*Counsel for Plaintiff Elliott Lam*<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor | *Via Electronic Mail:*<br><br>Defendant Sam Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Defendant Caroline Ellison<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Defendant Golden State Warriors, LLC<br>c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |

San Francisco, CA 94111
415-212-9300
415-373-9435
tlogan@edelson.com

*Counsel for Plaintiffs Julie Papadakis, Elliott Jessup*

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

*Counsel for Plaintiff Russell Hawkins*

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

*Counsel for Plaintiff Stephen T. Pierce*

| US District Court for the Northern District of California | |
|---|---|
| *Rabbitte v. Sequoia Capital Operations, LLP, et al.*, Case No.: 3:23-cv-00655 | |
| Plaintiff | Defendants |
| *Via Electronic Mail:* | *Via Electronic Mail:* |
| Shawn A. Williams<br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center | Jennifer Kennedy Park<br>Joshua Walden<br>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP |

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com
Email: hdeshmukh@rgrdlaw.com

Anny Marie Martin
Stuart Andrew Davidson
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd., Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: amartin@rgrdlaw.com
Email: sdavidson@rgrdlaw.com

Brian Edward Cochran
Eric Ian Niehaus
Kenneth P. Dolitsky
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
Fax: (619) 231-7423
Email: BCochran@rgrdlaw.com
Email: ericn@rgrdlaw.com
Email: kdolitsky@rgrdlaw.com

*Counsel for Plaintiff*

1841 Page Mill Rd
Suite 250
Palo Alto, CA 94304
650-815-4100
Email: jkpark@cgsh.com
Email: jwalden@cgsh.com
Email: chchun@cgsh.com

*Counsel for Sequoia Capital Operations, LLC*

Mark Edward McKane
Anna Terteryan
Stephen M. Silva
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1473
Fax: (415) 439-1500
Email: mark.mckane@kirkland.com
Email: anna.terteryan@kirkland.com
Email: stephen.silva@kirkland.com

*Counsel for Thoma Bravo*

Alexander C. Drylewski
Skadden, Arps, Slate, Meagher Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Fax: 212-735-2000
Email: alexander.drylewski@skadden.com

Mark R.S. Foster
Skadden Arps Slate Meagher & Flom LLP
525 University Ave. Ste 1400
Palo Alto, CA 94103
(650) 470-4580
Fax: (650) 470-4570
Email: mark.foster@skadden.com

*Counsel for Paradigm Operations LP*

| **US District Court for the Northern District of California** | |
| :---: | :---: |
| ***Girshovich v. Sequoia Capital Operations, LLP, et al.*, Case No.: 3:23-cv-00945** | |
| Plaintiff | Defendants |
| *Via Electronic Mail:*<br><br>Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>Fax: (415) 905-8880<br>Email: azram@themehdifirm.com<br><br>John C. Herman<br>Herman Jones LLP<br>3424 Peachtree Road, NE Suite 1650<br>Atlanta, GA 30326<br>Phone No. 404-504-6500<br>Fax No. 404-504-6501<br>jherman@hermanjones.com<br><br>*Counsel for Plaintiff* | *Via Electronic Mail:*<br><br>Jennifer Kennedy Park<br>Joshua Walden<br>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd, Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>Email: jkpark@cgsh.com<br>Email: jwalden@cgsh.com<br>Email: chchun@cgsh.com<br><br>*Counsel for Sequoia Capital Operations, LLC*<br><br>Mark Edward McKane<br>Anna Terteryan<br>Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>Fax: (415) 439-1500<br>Email: mark.mckane@kirkland.com<br>Email: anna.terteryan@kirkland.com<br>Email: stephen.silva@kirkland.com<br><br>*Counsel for Thoma Bravo*<br><br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103 |

| | (650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com<br><br>*Counsel for Paradigm Operations LP* |
|---|---|
| **US District Court for the Southern District of California**<br>***Gonzalez v. Silvergate Bank, et al.*, Case No.: 3:22-cv-01981** ||
| Plaintiff | Defendants |
| *Via Electronic Mail:*<br><br>Adam E. Polk<br>Daniel C. Girard<br>Makenna Cox<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>mcox@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br><br>*Counsel for Plaintiff* | *Via Electronic Mail:*<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Bank,*<br>*Silvergate Capital Corporation and Alan J.*<br>*Lane* |

| | |
|---|---|
| **US District Court for the Southern District of California** | |
| ***Sepulveda Zuleta, et al. v. Silvergate Capital Corporation. et al.,*** | |
| **Case No.: 3:22-CV-01901** | |

| Plaintiffs | Defendants |
|---|---|
| *Via Electronic Mail:*<br><br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor Matthew Flynn<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@pauljosephlaw.com<br>trevor@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street, San Diego, CA 92101<br>619-238-1811<br>619-544-9232<br>jdavis@cglaw.com<br><br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>tblood@bholaw.com<br><br>*Counsel for Plaintiffs* | *Via Electronic Mail:*<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendants Silvergate Capital Corporation, Christopher M. Lane, Alan J. Lane, Tyler J. Pearson, Jason Brenier* |

| US District Court for the Southern District of California | |
|---|---|
| *Husary, et al. v. Silvergate Bank, et al.*, Case No.: 3:23-cv-00038 | |
| Plaintiffs | Defendants |
| *Via Electronic Mail:*<br><br>Isabella Martinez<br>Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason Kenneth Kellogg<br>Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br>md@lklsg.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br><br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road | *Via Electronic Mail:*<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendants Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane* |

| | |
|---|---|
| Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Andrawes Husary,*<br>*Francisco De Tomaso, Soham Bhatia,*<br>*Michael Hawwa*<br><br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com<br><br>*Counsel for Plaintiffs Victoria J. Wilson* | |

| U.S. District Court Southern District of New York | |
|---|---|
| ***Statistica Capital Ltd., et al. v. Signature Bank***, Case No. 1:23-cv-00993 | |
| Plaintiffs | Defendants |
| *Via Electronic Mail:*<br><br>Caroline Emhardt<br>Melanie Rae Persinger<br>Paul K Joseph<br>Trevor Flynn<br>John Joseph Fitzgerald, IV<br>Fitzgerald & Joseph<br>2341 Jefferson St, Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: caroline@fitzgeraldjoseph.com<br>Email: melanie@fitzgeraldjoseph.com<br>Email: paul@fitzgeraldjoseph.com<br>Email: trevor@fitzgeraldjoseph.com<br>Email: jack@fitzgeraldjoseph.com<br><br>James Davis<br>Blood Hurst & O'Reardon<br>501 W Broadway, Ste 1490<br>San Diego, CA 92101<br>619-338-1100 | *Via Electronic Mail:*<br><br>Elizabeth M. Sacksteder<br>Jessica Sombat Carey<br>H. Christopher Boehning<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Fax: 212-757-3990<br>Email: esacksteder@paulweiss.com<br>Email: cboehning@paulweiss.com<br>Email: jcarey@paulweiss.com<br><br>*Counsel for Defendant Signature Bank* |

| | |
|---|---|
| Email: jdavis@bholaw.com<br><br>Thomas J. O'Reardon , II<br>Timothy Gordon Blood<br>Blood Hurst & O'reardon, LLP<br>600 B Street, Suite 1550<br>San Diego, CA 92101<br>(619)-338-1100<br>Fax: (619)-338-1101<br>Email: toreardon@bholaw.com<br>Email: tblood@bholaw.com<br><br>*Counsel for Plaintiffs, Statistica Capital Ltd., and Statistica Ltd* | |

| United States District Court for the District of New Jersey | |
|---|---|
| *Lucky D., et al. v. Prager Metis, LLP*, Case No. 2:23-cv-00389 | |
| Plaintiffs | Defendant |
| *Via Electronic Mail:*<br><br>Anthony Scordo<br>1425 Pompton Avenue<br>Cedar Grove, NJ 07009<br>973 837-1861<br>Email: anthonyscordo@msn.com<br><br>*Counsel for Plaintiffs* | *Via Electronic Mail:*<br><br>Meredith Kaplan Stoma<br>Amy Canning<br>Lewis Brisbois Bisgaard & Smith LLP<br>1 Riverfront Plaza, Suite 800<br>Newark, NJ 07102<br>(973) 577-6260<br>Email: meredith.stoma@lewisbrisbois.com<br>Email: amiecanning@gmail.com<br><br>Peter Thomas Shapiro<br>Lewis Brisbois Bisgaard & Smith LLP<br>77 Water St., Suite 2100<br>New York, NY 10005<br>(212) 232-1322<br>Fax: (212) 232-1399<br>Email: peter.shapiro@lewisbrisbois.com<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000 |

| | |
|---|---|
| | 312-853-7036<br>bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Irene Yang<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br>irene.yang@sidley.com<br><br>*Counsel for Prager Metis CPAs, LLC* |

35