BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL No. 3076** |

CERTIFICATE OF SERVICE

On **May 1, 2023**, I caused the foregoing **Notice of Appearance** to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **May 1, 2023**.

**FEDERAL DEPOSIT INSURANCE CORPORATON AS RECEIVER FOR SIGNATURE BANK**

/s/ Rosemary Q. Barry
Rosemary Q. Barry, Counsel
Federal Deposit Insurance Corporation
New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York 10118
Telephone: (917) 320-2862
Email: rbarry@fdic.gov