BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) MDL No. 3076 ) ) |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 1, 2023, I caused the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 1, 2023

Respectfully Submitted,

THE HODA LAW FIRM, PLLC

*/s/ Marshal J. Hoda*
Marshal J. Hoda

12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Counsel for Plaintiff Stephen Pierce*,
Lead Case No. 3:22-cv-07336-JSC (N.D. Cal)
(Case No. 3:22-cv-07444)