# EXHIBIT B

U.S. District Court
Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:23-cv-00993-ALC

Statistica Capital Ltd. et al v. Signature Bank
Assigned to: Judge Andrew L. Carter, Jr
Cause: 28:1453 Class Action Fairness Act

Date Filed: 02/06/2023
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Statistica Capital Ltd.**
*on behalf of themselves and all others similarly situatd and the general public*

represented by **Caroline Emhardt**
2341 Jefferson St
Ste 200
San Diego, CA 92110
619-215-1741
Email: caroline@fitzgeraldjoseph.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Davis**
Blood Hurst & O'Reardon
501 W Broadway
Ste 1490
San Diego, CA 92101
619-338-1100
Email: jdavis@bholaw.com
*ATTORNEY TO BE NOTICED*

**Melanie Rae Persinger**
Fitzgerald Joseph LLP
2341 Jefferson St.
Suite 200
San Diego, CA 92110
619-215-1741
Email: melanie@fitzgeraldjoseph.com
*ATTORNEY TO BE NOTICED*

**Paul K Joseph**
Fitzgerald Joseph LLP
2341 Jefferson Street
Ste 200
92110
San Diego, CA 92110
619-215-1741
Email: paul@fitzgeraldjoseph.com
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Reardon , II**
Blood Hurst & O'reardon, LLP
600 B Street, Suite 1550
San Diego, CA 92101
(619)-338-1100
Fax: (619)-338-1101
Email: toreardon@bholaw.com
*ATTORNEY TO BE NOTICED*

**Timothy Gordon Blood**
Blood Hurst & O'Reardon LLP
600 B Street Suite 1550
San Diego, CA 92101
619-338-1100
Fax: 619-338-1101
Email: tblood@bholaw.com
*ATTORNEY TO BE NOTICED*

                **Trevor Flynn**
Fitzgerald Joseph, LLP
2341 Jefferson Street
Ste 200
San Diego, CA 92110
619-215-1741
Email: trevor@fitzgeraldjoseph.com
*ATTORNEY TO BE NOTICED*

**John Joseph Fitzgerald , IV**
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
Fax: 619-331-2943
Email: jack@fitzgeraldjoseph.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Statistica Ltd.**
*on behalf of themselves and all others similarly situatd and the general public*

represented by **Caroline Emhardt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie Rae Persinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul K Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Reardon , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Gordon Blood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Joseph Fitzgerald , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Signature Bank**

represented by **Elizabeth M. Sacksteder**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Fax: 212-757-3990
Email: esacksteder@paulweiss.com
*TERMINATED: 03/20/2023*
*LEAD ATTORNEY*

**H. Christopher Boehning**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

212-373-3061
Fax: 212-757-3990
Email: cboehning@paulweiss.com
*TERMINATED: 03/20/2023*
*LEAD ATTORNEY*

**Jessica Sombat Carey**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3566
Fax: (212)-492-0566
Email: jcarey@paulweiss.com
*TERMINATED: 03/20/2023*
*LEAD ATTORNEY*

**Rosemary Quinn Barry**
Federal Deposit Insurance Corporation
350 Fifth Avenue
Suite 1200
New York, NY 10118
917-320-2862
Fax: 917-320-2917
Email: rbarry@FDIC.gov
*ATTORNEY TO BE NOTICED*

Defendant
Joseph DePaolo

Defendant
Scott A Shay

Defendant
Stephen Wyremski

Defendant
Eric Howell

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2023 | 1 | COMPLAINT against Signature Bank. (Filing Fee $ 402.00, Receipt Number ANYSDC-27303924)Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) (Entered: 02/06/2023) |
| 02/06/2023 | 2 | CIVIL COVER SHEET filed..(Fitzgerald, John) (Entered: 02/06/2023) |
| 02/06/2023 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) (Entered: 02/06/2023) |
| 02/06/2023 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Signature Bank, re: 1 Complaint. Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) (Entered: 02/06/2023) |
| 02/07/2023 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION.** Notice to attorney John Joseph Fitzgerald, IV. The party information for the following party/parties has been modified: Statistica Capital Ltd., Statistica Ltd.. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj) (Entered: 02/07/2023) |
| 02/07/2023 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION:** Notice to attorney John Joseph Fitzgerald, IV. The following case opening statistical information was erroneously selected/entered: Citizenship Defendant code 1 (Citizen of This State). The following correction(s) have been made to your case entry: the Citizenship Defendant code has been modified to 4 (Incorporated/Principal Place of Business-This State). (sj) (Entered: 02/07/2023) |
| 02/07/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Andrew L. Carter, Jr. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(sj) (Entered: 02/07/2023) |
| 02/07/2023 | | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent |

| | | |
|---|---|---|
| | | may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sj) (Entered: 02/07/2023) |
| 02/07/2023 | | Case Designated ECF. (sj) (Entered: 02/07/2023) |
| 02/07/2023 | 5 | ELECTRONIC SUMMONS ISSUED as to Signature Bank. (sj) (Entered: 02/07/2023) |
| 02/27/2023 | 6 | SUMMONS RETURNED EXECUTED. Signature Bank served on 2/13/2023, answer due 3/6/2023. Service was accepted by Marisol Murphy, Administrative Assistant. Document filed by Statistica Capital Ltd.; Statistica Ltd...(Fitzgerald, John) (Entered: 02/27/2023) |
| 02/27/2023 | 7 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Melanie Persinger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27396520. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of Melanie Persinger in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Granting Motion to Appear Pro Hac Vice).(Persinger, Melanie) Modified on 2/28/2023 (sgz). (Entered: 02/27/2023) |
| 02/28/2023 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 7 MOTION for Melanie Persinger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27396520. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California 415-865-7000. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (sgz) (Entered: 02/28/2023) |
| 02/28/2023 | 8 | MOTION for Timothy G. Blood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27403774. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of Timothy G. Blood, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order (Proposed) Order Granting Motion to Appear Pro Hac Vice).(Blood, Timothy) (Entered: 02/28/2023) |
| 03/01/2023 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8 MOTION for Timothy G. Blood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27403774. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (sac) (Entered: 03/01/2023) |
| 03/01/2023 | 9 | MOTION for Thomas J. O'Reardon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408540. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of Thomas J. O'Reardon, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order (Proposed) Order Granting Motion to Appear Pro Hac Vice).(O'Reardon, Thomas) (Entered: 03/01/2023) |
| 03/01/2023 | 10 | MOTION for James M. Davis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408860. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of James M. Davis, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order (Proposed) Order Granting Motion to Appear Pro Hac Vice).(Davis, James) (Entered: 03/01/2023) |
| 03/02/2023 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Thomas J. O'Reardon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408540. Motion and supporting papers to be reviewed by Clerk's Office staff., 10 MOTION for James M. Davis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27408860. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies.** (sac) (Entered: 03/02/2023) |
| 03/02/2023 | 11 | ORDER FOR ADMISSION PRO HAC VICE granting 8 Motion to Appear Pro Hac Vice. The motion of Timothy G. Blood, for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 3/2/2023) (tg) (Entered: 03/02/2023) |
| 03/03/2023 | 12 | ORDER granting 9 Motion for Thomas J. O'Reardon to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/3/2023) (ate) (Entered: 03/03/2023) |
| 03/06/2023 | 13 | MOTION for Caroline S. Emhardt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428025. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit Affidavit in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order for Admission Pro Hac Vice).(Emhardt, Caroline) (Entered: 03/06/2023) |
| 03/06/2023 | 14 | MOTION for Melanie Persinger to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of Melanie Persinger in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit - Certificate of Good Standing, # 3 Text of Proposed Order Granting Motion to Appear Pro Hac Vice).(Persinger, Melanie) Modified on 3/7/2023 (aea). (Entered: 03/06/2023) |
| 03/06/2023 | 15 | MOTION for Paul K. Joseph to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428518. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of Paul K. Joseph, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Joseph, Paul) (Entered: 03/06/2023) |
| 03/06/2023 | 16 | NOTICE OF APPEARANCE by Jessica Sombat Carey on behalf of Signature Bank..(Carey, Jessica) (Entered: 03/06/2023) |

| | | |
|---|---|---|
| 03/06/2023 | 17 | NOTICE OF APPEARANCE by H. Christopher Boehning on behalf of Signature Bank..(Boehning, H.) (Entered: 03/06/2023) |
| 03/06/2023 | 18 | NOTICE OF APPEARANCE by Elizabeth M. Sacksteder on behalf of Signature Bank..(Sacksteder, Elizabeth) (Entered: 03/06/2023) |
| 03/06/2023 | 19 | **FILING ERROR -- DEFICIENT DOCKET ENTRY - MISSING DIVERSITY INFORMATION -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Signature Bank..(Sacksteder, Elizabeth) Modified on 3/8/2023 (lb). (Entered: 03/06/2023) |
| 03/06/2023 | 20 | MOTION for Trevor M. Flynn to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27429409. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Statistica Capital Ltd., Statistica Ltd.. (Attachments: # 1 Affidavit of Trevor M. Flynn, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Flynn, Trevor) (Entered: 03/06/2023) |
| 03/06/2023 | 21 | LETTER MOTION for Conference *(Pre-Motion Conference)* addressed to Judge Andrew L. Carter, Jr. from Elizabeth Sacksteder dated March 6, 2023. Document filed by Signature Bank..(Sacksteder, Elizabeth) (Entered: 03/06/2023) |
| 03/07/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Caroline S. Emhardt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428025. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) (Entered: 03/07/2023) |
| 03/07/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Melanie Persinger to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) (Entered: 03/07/2023) |
| 03/07/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Paul K. Joseph to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428518. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) (Entered: 03/07/2023) |
| 03/07/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 20 MOTION for Trevor M. Flynn to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27429409. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) (Entered: 03/07/2023) |
| 03/08/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Elizabeth M. Sacksteder to RE-FILE Document No. 19 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the jurisdiction of this action is based on diversity - the party/intervenor did not name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Re-file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents - select the correct filer/filers - attach the correct signed PDF - when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes radio button - enter the corporate parent/other affiliate, click the Search button - select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate - select the party to whom the corporate parent/other affiliate should be linked - add corporate parent/other affiliate names one at a time - name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Please use the revised form found here NYSD form page (lb) (Entered: 03/08/2023) |
| 03/08/2023 | 22 | LETTER RESPONSE to Motion addressed to Judge Andrew L. Carter, Jr. from Jack Fitzgerald dated March 8, 2023 re: 21 LETTER MOTION for Conference *(Pre-Motion Conference)* addressed to Judge Andrew L. Carter, Jr. from Elizabeth Sacksteder dated March 6, 2023. . Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) (Entered: 03/08/2023) |
| 03/09/2023 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Signature Bank..(Sacksteder, Elizabeth) (Entered: 03/09/2023) |
| 03/13/2023 | 24 | ORDER granting 14 Motion for Melanie R. Persinger to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/13/2023) (ate) (Entered: 03/13/2023) |
| 03/13/2023 | 25 | ORDER granting 15 Motion for Paul K. Joseph to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/13/2023) (ate) (Entered: 03/13/2023) |
| 03/13/2023 | 26 | ORDER granting 20 Motion for Trevor M. Flynn to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/13/2023) (ate) (Entered: 03/13/2023) |
| 03/13/2023 | 27 | ORDER granting 13 Motion for Caroline S. Emhardt to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/13/2023) (ate) (Entered: 03/13/2023) |
| 03/14/2023 | 28 | ORDER granting 21 Letter Motion for Conference re: 21 LETTER MOTION for Conference *(Pre-Motion Conference)* addressed to Judge Andrew L. Carter, Jr. from Elizabeth Sacksteder dated March 6, 2023. Defendant's request for a pre-motion conference is hereby GRANTED. The Court will hold a telephonic pre-motion conference on March 16, 2023 at 3:30 PM Eastern Time. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). |

| | | |
|---|---|---|
| | | Telephone Conference set for 3/16/2023 at 03:30 PM before Judge Andrew L. Carter Jr. (Signed by Judge Andrew L. Carter, Jr on 3/14/2023) (ate) (Entered: 03/14/2023) |
| 03/15/2023 | 29 | ORDER granting 10 Motion for James M. Davis to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 3/15/2023) (ate) (Entered: 03/15/2023) |
| 03/15/2023 | 30 | NOTICE of Substitution of Party by FDIC as Receiver for Signature Bank. Document filed by Signature Bank. (Attachments: # 1 Exhibit A Appointment and Acceptance Letters).(Barry, Rosemary) (Entered: 03/15/2023) |
| 03/15/2023 | 31 | NOTICE OF APPEARANCE by Rosemary Quinn Barry on behalf of Signature Bank..(Barry, Rosemary) (Entered: 03/15/2023) |
| 03/16/2023 | 32 | FIRST AMENDED COMPLAINT amending 1 Complaint against Signature Bank, Joseph DePaolo, Scott A Shay, Stephen Wyremski, Eric Howell with JURY DEMAND.Document filed by Statistica Capital Ltd., Statistica Ltd.. Related document: 1 Complaint..(Fitzgerald, John) (Entered: 03/16/2023) |
| 03/16/2023 | 33 | ORDER: As discussed in today's Court Conference, the parties are ORDERED to file a joint status report on or by March 22, 2023. The parties will advise the Court on their position as to Plaintiffs' amended complaint, ECF No. 33, and Defendant's anticipated motion to stay these proceedings. (Signed by Judge Andrew L. Carter, Jr on 3/16/2023) (ate) (Entered: 03/16/2023) |
| 03/16/2023 | 34 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Signature Bank..(Sacksteder, Elizabeth) (Entered: 03/16/2023) |
| 03/16/2023 | 35 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Signature Bank..(Boehning, H.) (Entered: 03/16/2023) |
| 03/16/2023 | 36 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Signature Bank..(Carey, Jessica) (Entered: 03/16/2023) |
| 03/16/2023 | | Minute Entry for proceedings held before Judge Andrew L. Carter, Jr: Telephone Conference held on 3/16/2023. John Fitzgerald and Timothy Blood for Plaintiffs. Rosemary Barry, Receiver for Defendant Signature Bank. See Docket No. 33 for complete details. (tdh) (Entered: 03/24/2023) |
| 03/20/2023 | 37 | MEMO ENDORSEMENT on re: 36 Proposed Order for Withdrawal of Attorney filed by Signature Bank. ENDORSEMENT: SO ORDERED. Attorney Jessica Sombat Carey terminated. (Signed by Judge Andrew L. Carter, Jr on 3/20/2023) (ate) (Entered: 03/20/2023) |
| 03/20/2023 | 38 | MEMO ENDORSEMENT on re: 34 Proposed Order for Withdrawal of Attorney filed by Signature Bank. ENDORSEMENT: SO ORDERED. Attorney Elizabeth M. Sacksteder terminated. (Signed by Judge Andrew L. Carter, Jr on 3/20/2023) (ate) (Entered: 03/20/2023) |
| 03/20/2023 | 39 | MEMO ENDORSEMENT on re: 35 Proposed Order for Withdrawal of Attorney filed by Signature Bank. ENDORSEMENT: SO ORDERED. Attorney H. Christopher Boehning terminated. (Signed by Judge Andrew L. Carter, Jr on 3/20/2023) (ate) (Entered: 03/20/2023) |
| 03/20/2023 | 40 | MOTION to Stay *BY THE FDIC AS THE RECEIVER OF SIGNATURE BANK TO STAY ALL JUDICIAL PROCEEDINGS*. Document filed by Signature Bank..(Barry, Rosemary) (Entered: 03/20/2023) |
| 03/20/2023 | 41 | MEMORANDUM OF LAW in Support re: 40 MOTION to Stay *BY THE FDIC AS THE RECEIVER OF SIGNATURE BANK TO STAY ALL JUDICIAL PROCEEDINGS*. . Document filed by Signature Bank..(Barry, Rosemary) (Entered: 03/20/2023) |
| 03/22/2023 | 42 | STATUS REPORT. *Joint Status Report* Document filed by Statistica Capital Ltd., Statistica Ltd...(Fitzgerald, John) (Entered: 03/22/2023) |
| 03/27/2023 | 43 | MEMO ENDORSEMENT: on re: 42 Status Report filed by Statistica Ltd., Statistica Capital Ltd. ENDORSEMENT: The Court is in receipt of the FDIC-Receiver's unopposed Motion to Stay at ECF NO. 40. FDIC's motion is hereby GRANTED. This matter will be stayed pending the completion by Plaintiffs Statistica Capital and Statistica LTD of the administrative claims process mandated by the Financial Institutions Reform, Recovery and Enforcement Act, as codified at 12 U.S.C. § 1821(d). The parties are hereby ORDERED to file a joint status report on the status of this action on June 26, 2023. The Clerk of the Court is respectfully directed to terminate ECF No. 40. SO ORDERED., Motions terminated: 40 MOTION to Stay BY THE FDIC AS THE RECEIVER OF SIGNATURE BANK TO STAY ALL JUDICIAL PROCEEDINGS filed by Signature Bank. (Signed by Judge Andrew L. Carter, Jr on 3/27/2023) (ama) (Entered: 03/27/2023) |
| 03/27/2023 | | Case Stayed (ama) (Entered: 03/27/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/30/2023 18:32:50 | | | |
| **PACER Login:** | rosemarybarry | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00993-ALC |

| Billable Pages: | 9 | Cost: | 0.90 |