**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that I caused a copy of the foregoing Notice of

Presentation or Waiver of Oral Argument for Michael Elliot Jessup to be electronically filed with

the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties in manners

indicated and addressed as follows:

| SERVICE LIST | |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| **Counsel for Plaintiffs in** *Norris et al v. Brady et al*, **Case No. 1:23-CV-20439-KMM (S.D. Fla.)** | **Counsel for Defendant Thomas Brady** *Norris et al v. Brady et al*, **Case No. 1:23-CV-20439-KMM (S.D. Fla.);** *Garrison et al v. Bankman-Fried et al*, **Case No. 1:22-CV-23753-KMM (S.D. Fla.);** *Podalsky et al v. Bankman-Fried et al*, **Case No. 1:22-cv-23983-KMM (S.D. Fla.);** |
| Via Electronic Mail | |
| Adam M. Moskowitz The Moskowitz Law Firm, PLLC 2 Alhambra Plaza, Suite 601 Coral Gables, FL 33134-6036 305-740-1423 adam@moskowitz-law.com | AND **Counsel for Defendants Gisele Bundchen and Lawrence G. David in** *Garrison et al v. Bankman-Fried et al*, **Case No. 1:22-CV-23753-KMM (S.D. Fla.);** *Podalsky et al v. Bankman-Fried et al*, **Case No. 1:22-cv-23983-KMM (S.D. Fla.)** |
| Jose Manuel Ferrer Mark Migdal and Hayden 80 SW 8 Street Suite 1999 Miami, FL 33131 - 33130 305-374-0440 | Via Electronic Mail |

**PROOF OF SERVICE**                                    **MDL No. 3076**

jose@markmigdal.com

Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Miami, FL 33134
305-740-1423
joseph@moskowitz-law.com

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)

Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP 333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

_____

**Counsel for Plaintiffs in**
***Garrison et al v. Bankman-Fried et al*, Case
No. 1:22-CV-23753-KMM (S.D. Fla.):**

Via Electronic Mail

Stephanie Anne Casey
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com

Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134
305-476-7400
zach@colson.com

Andrew B. Clubok
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com

Brittany M.J. Record
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com

Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100

**PROOF OF SERVICE**                                    **MDL No. 3076**

Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Miami, FL 33134
305-740-1423
joseph@moskowitz-law.com

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)

Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

Barbara Cabrera Lewis
The Moskowitz Law Firm
2 Alhambra Plaza, Suite 601
Miami, FL 33134
Email: barbara@moskowitz-law.com

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

Howard Mitchell Bushman
The Moskowitz Law Firm, PLLC

Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

_____

**Counsel for Defendant Kevin O'Leary in:**
***Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.);**
***Garrison et al v. Bankaum-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.)**

Via Electronic Mail

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Jeffrey Eldridge Marcus

**PROOF OF SERVICE**                                        **MDL No. 3076**

2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
howard@moskowitz-law.com

Manuel A. Arteaga Gomez
Grossman Roth Yaffa Cohen
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134
305-442-8666
aag@grossmanroth.com

Stuart Z. Grossman
Grossman Roth Yaffa Cohen
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134
305-442-8666
szg@grossmanroth.com

Tyler Evan Ulrich
Boies Schiller and Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
305-539-8400
Fax: 305-539-1307
Email: tulrich@bsfllp.com

Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL
33134-6036
305-740-1423
adam@moskowitz-law.com

_____

**Counsel for Plaintiffs in**
***Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):**

Via Electronic Mail

Adam M. Moskowitz
The Moskowitz Law Firm, PLLC

Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

_____

**Counsel for Defendant David Ortiz in**
***Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.);**
***Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.):**

Via Electronic Mail

Christopher Stephen Carver A
kerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131

**PROOF OF SERVICE**                          **MDL No. 3076**

2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com

Joseph M. Kaye
The Moskowitz Law Firm, PLLC 2 Alhambra
Plaza, Suite 601 Miami, FL 33134
305-740-1423
joseph@moskowitz-law.com

Stephen N. Zack
Boies Schiller & Flexner 100 SE 2nd Street
Suite 2800, Miami Tower Miami, FL 33131-
2144 305-539-8400
305-539-1307
szack@bsfllp.com
Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)

Alexander Boies
Boies Schiller Flexner LLP 333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP 333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
_____

**Counsel for Plaintiff in**
***Papadakis v. Bankman-Fried et al*, Case**
**No. 3:23-CV-00024-JSC (N.D. Cal.):**

Via Electronic Mail

Frederic S. Fox
Kaplan Fox & Kilsheimer
850 Third Avenue

305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

**Counsel for Defendant William Trevor**
**Lawrence in:**
***Garrison et al v. Bankman-Fried et al*, Case**
**No. 1:22-CV-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al*, Case**
**No. 1:22-cv-23983-KMM (S.D. Fla.):**

Via Electronic Mail

David Alan Rothstein
Alexander Manuel Peraza
Eshaba Jahir-Sharuz
Dimond Kaplan & Rothstein
2665 South Bayshore Drive, PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 374-1961
Email: drothstein@dkrpa.com
Email: aperaza@dkrpa.com
Email: eshaba@dkrpa.com

Eric A. Fitzgerald
Hillary N. Ladov
McAngus Goudelock & Courie LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103

**PROOF OF SERVICE**                                   **MDL No. 3076**

| | |
|---|---|
| 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br><br>Jeffrey Philip Campisi<br>Kaplan Fox and Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022<br>212-687-1980<br>jcampisi@kaplanfox.com<br><br>Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP 805 Third Avenue<br>14th Floor<br>New York, NY 10022<br>212-687-1980<br>212-687-7714<br>jstrauss@kaplanfox.com<br><br>Kathleen A. Herkenhoff<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Kherkenhoff@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP 1999 Harrison Street, Suite 1560 Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>――――――――――――――――<br>**Counsel for Plaintiff in**<br>***Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.):**<br><br>Via Electronic Mail<br><br>Todd M. Logan<br>Edelson PC | (484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>Email: hillary.ladov@mgclaw.com<br>――――――――――――――――<br>***Counsel for Defendant Golden State Warriors, LLC* in**<br>***Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.);** ***Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.);** ***Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC**<br>Via Electronic Mail<br><br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>476-7444<br>bob@colson.com<br><br>Jamila MacEbong<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Ave.<br>Los Angeles, CA 90071<br>jmacebong@gibsondunn.com<br><br>Matthew S. Kahn<br>Michael J. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br>Mjkahn@gibsondunn.com<br><br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444 |

**PROOF OF SERVICE**                                                          **MDL No. 3076**

150 California Street, 18th Floor San
Francisco, CA 94111 (415) 212-9300
Fax: (415) 373-9435
tlogan@edelson.com

_____

**Counsel for Plaintiff in**
***Hawkins v. Bankman-Fried et al*, Case No.
3:22-CV-07620-JSC (N.D. Cal.):**

Via Electronic Mail

Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor Los
Angeles, CA 90024
310-405-7190
jpafiti@pomlaw.com
Christopher Phillip Taylor Tourek
Joshua B. Silverman
Pomerantz LLP
10 S LaSalle St
Suite 3505
Chicago, IL 60603
312-377-1181
ctourek@pomlaw.com
jbsilverman@pomlaw.com

Eitan Kimelman
Bronstein Gewirtz & Grossman LLC 60 East
42nd Street
Suite 4600
New York, NY 10165
212-697-6484
212-697-7296
eitank@bgandg.com

J Alexander Hood, II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
ahood@pomlaw.com

Jeremy A. Lieberman

scasey@colson.com

Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134
305-476-7400
zach@colson.com

_____

***Counsel for* Defendant *Samuel Bankman-
Fried* in**
***Garrison et al v. Bankman-Fried et al*, Case
No. 1:22-CV-23753-KMM (S.D. Fla.);
*Podalsky et al v. Bankman-Fried et al*, Case
No. 1:22-cv-23983-KMM (S.D. Fla.);**

Via Electronic Mail

Gerald Edward Greenberg
Gelber Schachter & Greenberg PA
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
305-728-0950
Fax: 305-728-0951
Email: ggreenberg@gsgpa.com

Adam Michael Schachter
Gelber Schachter & Greenberg PA
One Southeast Third Avenue
Ste 2600
Miami, FL 33131-1715
305-728-0950
Email: aschachter@gsgpa.com

Jeremy D. Mishkin
Montgomery McCracken
1735 Market Street, 21st Floor
Philadelphia, PA 19103
215-772-1500
Email: jmishkin@mmwr.com

Richard M. Simins
Montgomery McCracken
1735 Market Street, 21st Floor

**PROOF OF SERVICE**                                        **MDL No. 3076**

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
jalieberman@pomlaw.com

Peretz Bronstein
Bronstein Gewirtz & Grossman, LLC 60 East
42nd Street, Suite 4600 New York, NY 10165
212-697-6484
212-697-7296
peretz@bgandg.com

_____

**Counsel for Plaintiffs in *Pierce et al v.
Bankman-Fried et al*, Case No. 3:22-CV-
07444-JSC (N.D. Cal.):**

via Electronic Mail

Patrick Yarhorough
Foster Yarborough PPLC
917 Houston TX, 77002
713.513.5202
email: patrick@fosteryarborough.com

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

Steven C. Vondran
The Law Offices of Steven C. Vondran, PC
One Sansome Street, Suite 3500
San Francisco, CA 94104
877-276-5084
888-551-2252
steve@vondranlegal.com

_____

**Counsel for Plaintiff, Elliott Lam in
*Lam et al v. Bankman-Fried,* Case No. 3:22-
cv-07336-JSC (N.D. Cal.):**

Via Electronic Mail

Philadelphia, PA 19103
(215) 772-1500
Email: rsimins@mmwr.com

***Counsel for Defendant Samuel Bankman-
Fried in
Papadakis v. Bankman-Fried et al, Case No.
3:23-CV-00024-JSC (N.D. Cal.);***

Via Electronic Mail

Marc Robert Lewis
Lewis & Llewellyn
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-800-0590
Fax: 415-390-2127
Email: mlewis@lewisllewellyn.com

Alexandra Theobald
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
212-957-7600

Jeremy Mishkin
Montgomery McCracken
1735 Market Street
Ste 21st Floor
Philadelphia, PA 19103
215-772-7246
Fax: 215-772-7620
Email: jmishkin@mmwr.com

Richard M. Simins
Montgomery McCracken Walker & Rhoads,
LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
215-772-7303
Fax: 215-772-7620
Email: rsimins@mmwr.com

S. Gale Dick
Cohen & Gresser LLP
800 Third Avenue

**PROOF OF SERVICE**                                                    **MDL No. 3076**

William M. Audet
Audet & Partners, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102-3229
415-568-2555
415-568-2556
waudet@audetlaw.com

Kurt David Kessler
Audet & Partners LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102-3275
415-568-2555
kkessler@audetlaw.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Ling Yue Kuang
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
415-568-2555
415-568-2556
lkuang@audetlaw.com

Yaman Salahi
ysalahi@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
415-373-9435
_____

**Counsel for Plaintiffs in**
***Gonzalez v. Silvergate Bank et al*, Case No.**
**3:22-CV-01981-BEN-WVG (S.D. Cal.):**

Via Electronic Mail

New York, NY 10022
212-957-7600

**Counsel for** **Defendant** *Samuel Bankman-Fried* **in**
***Jessup v. Bankman-Fried et al*, Case No.**
**3:22-cv-07666-JSC (N.D. Cal.);** *Hawkins v.*
***Bankman-Fried et al*, Case No. 3:22-CV-**
**07620-JSC (N.D. Cal.);**
***Pierce et al v. Bankman-Fried et al*, Case**
**No. 3:22-CV-07444-JSC (N.D. Cal.);**

Via Electronic Mail

Marc Robert Lewis
Lewis & Llewellyn
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-800-0590
Fax: 415-390-2127
Email: mlewis@lewisllewellyn.com

Jeremy Mishkin
Montgomery McCracken
1735 Market Street
Ste 21st Floor
Philadelphia, PA 19103
215-772-7246
Fax: 215-772-7620
Email: jmishkin@mmwr.com

Richard M. Simins
Montgomery McCracken Walker & Rhoads,
LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
215-772-7303
Fax: 215-772-7620
Email: rsimins@mmwr.com
_____

***Defendant, Stephen Curry* in**
***Garrison et al v. Bankman-Fried et al*, Case**
**No. 1:22-CV-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al*, Case**
**No. 1:22-cv-23983-KMM (S.D. Fla.):**

-9-

Adam E. Polk
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
415-981-4800
apolk@girardsharp.com

Daniel C. Girard Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
415-981-4800
415-981-4846
dgirard@girardsharp.com

Jason S Hartley
Hartley LLP
101 West Broadway Suite 820
San Diego, CA 92101
619-400-5822
619-400-5832
hartley@hartleyllp.com

Jason M. Lindner
Stueve Siegel Hanson LLP
550 West C Street
Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com (Inactive)

Makenna Cox
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
mcox@girardsharp.com

_____

**Counsel for Plaintiffs in**
***Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,* Case No.: 3:22-CV-01901- BEN-WVG (S.D. Cal.):**

via Electronic Mail

Nathan Marshall Bull
730 SALDANO AVE
Coral Gables, FL 33143
9179135973
Email: nbull@mwe.com

Ellie Hourizadeh
McDermott Will & Emery LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
(310) 788-4125
Email: ehourizadeh@mwe.com

Jason D. Strabo
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
(310) 788-4125
Email: jstrabo@mwe.com

Sarah P. Hogarth
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8352
Email: shogarth@mwe.com

_____

**Defendant, Shaquille O'Neal in**
***Garrison et al v. Bankman-Fried et al,* Case No. 1:22-CV-23753-KMM (S.D. Fla.);** ***Podalsky et al v. Bankman-Fried et al,* Case No. 1:22-cv-23983-KMM (S.D. Fla.):**

via U.S. Mail

4012 Sahara Ct,
Carrollton, TX 75010

_____

**Defendant, Udonis Haslem in**
***Garrison et al v. Bankman-Fried et al,* Case No. 1:22-CV-23753-KMM (S.D. Fla.);**

-10-

Via Electronic Mail

Caroline S. Emhardt
Fitzgerald Joseph LLP
2341 Jefferson Street
Suite 200
San Diego, CA 92110
619-215-1741
caroline@fitzgeraldjoseph.com

Jack Fitzgerald
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
619-331-2943
jack@fitzgeraldjoseph.com

James M. Davis, IV
Casey Gerry LLP
110 Laurel Street
San Diego, CA 92101
619-238-1811
619-544-9232
jdavis@cglaw.com (Inactive)

Melanie Rae Persinger
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
melanie@fitzgeraldjoseph.com

Paul K. Joseph
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
paul@pauljosephlaw.com

Thomas Joseph O'Reardon, II
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101

*Podalsky et al v. Bankman-Fried et* **al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):**

via Electronic Mail

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
305-982-5572
christopher.carver@akerman.com

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
Katie.johnson@akerman.com

_____

**Defendant, Shohei Ohtani in**
*Garrison et al v. Bankman-Fried et al*, **Case No. 1:22-CV-23753-KMM (S.D. Fla.);**
*Podalsky et al v. Bankman-Fried et* **al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):**

via Electronic Mail

Edward Soto
Weil Gotshal Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
edward.soto@weil.com

_____

**Defendant, Naomi Osaka**
*Garrison et al v. Bankman-Fried et al*,
**Case No. 1:22-CV-23753-KMM (S.D. Fla.);**
*Podalsky et al v. Bankman-Fried et* **al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):**

via Electronic Mail

Roberto Martinez
Colson Hicks Eidson

**PROOF OF SERVICE**                                    **MDL No. 3076**

toreardon@bholaw.com

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
tblood@bholaw.com

Trevor Matthew Flynn
Fitzgerald Joseph, LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
trevor@fitzgeraldjoseph.com

_____

**Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia, Michael Hawwa in** ***Husary et al v. Silvergate Bank et al***, **Case No. 3:23-CV-00038-BEN-WVG (S.D. Cal.):**

Via Electronic Mail

Isabella Martinez
Reiser Law PC
1475 North Broadway
Suite 300
Walnut Creek, CA 94596
925-256-0400
isabella@reiserlaw.com

Jason S Hartley
Hartley LLP
101 West Broadway
Suite 820
San Diego, CA 92101
619-400-5822
619-400-5832
hartley@hartleyllp.com

Jason Kenneth Kellogg
Levine Kellogg Lehman Schneider & Grossman

255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

Stephanie Anne Casey
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com

Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134
305-476-7400
zach@colson.com

_____

**Counsel for Defendant, Sam Trabucco in** ***Garrison et al v. Bankman-Fried et al***, **Case No. 1:22-CV-23753-KMM (S.D. Fla.);** ***Podalsky et al v. Bankman-Fried et** **al***, **Case No. 1:22-cv-23983-KMM (S.D. Fla.);** ***Jessup v. Bankman-Fried et al***, **Case No. 3:22-cv-07666-JSC (N.D. Cal.):**

Via Electronic Mail

Andrew J. Demko
Mayer Brown LLP
Email: ademko@mayerbrown.com

Glenn K. Vanzura
Mayer Brown LLP
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
213-229-9500
Email: GVanzura@mayerbrown.com

Jason D. Linder
Mayer Brown LLP
350 S. Grand Avenue, 25th Floor

-12-

**PROOF OF SERVICE**                                    **MDL No. 3076**

Miami Tower
100 SE 2nd Street
36th Floor
Miami, FL 33131
305-403-8788
jk@lklsg.com

Jason M. Lindner
Stueve Siegel Hanson LLP
550 West C Street, Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com(Inactive)

Marcelo Diaz-Cortes
Levine Kellogg Lehman Schneider &
Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
md@lklsg.com

Matthew Whitacre Reiser
Reiser Law PC
1475 North Broadway
Suite 300
Walnut Creek, CA 94596
925-256-0400
matthew@reiserlaw.com

Michael J Reiser
Law Office of Michael Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
925-256-0400
925-476-0304
michael@reiserlaw.com

Victoria J. Wilson
Levine Kellogg Lehman Schneider Grossman
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788

Los Angeles, CA 90071
213-229-9500
Fax: 954-356-7336
Email: JLinder@mayerbrown.com

Jonathan Samuel Klein
Mayer Brown LLP
1999 K. St. NW
Washington, DC 20006
(202) 263-3327
Email: Jklein@mayerbrown.com

Joseph J. Vescera
Mayer Brown LLP
Email: jvescera@mayerbrown.com

**Defendant Caroline Ellison in**
***Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.)**
***Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.);**
***Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.);**
***Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.);**
***Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.);**
***Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC:**
                          Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

**Defendant Zixiao Gary Wang in**
***Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.);**

**PROOF OF SERVICE**                    **MDL No. 3076**

| | |
|---|---|
| 305-403-8789<br>vjw@lklsg.com | ***Podalsky et al v. Bankman-Fried et* al**, Case No. 1:22-cv-23983-KMM (S.D. Fla.);<br>***Papadakis v. Bankman-Fried et al***, Case No. 3:23-CV-00024-JSC (N.D. Cal.);<br>***Jessup v. Bankman-Fried et al***, Case No. 3:22-cv-07666-JSC (N.D. Cal.);<br>***Hawkins v. Bankman-Fried et al***, Case No. 3:22-CV-07620-JSC (N.D. Cal.);<br>***Pierce et al v. Bankman-Fried et al***, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br><br><div align="right">Via U.S. Mail</div><br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>and<br><div align="right">Via Electronic Mail</div><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com<br>_____<br><br>**Defendant Nishad Singh in**<br>***Garrison et al v. Bankman-Fried et al***, Case No. 1:22-CV-23753-KMM (S.D. Fla.);<br>***Podalsky et al v. Bankman-Fried et* al**, Case No. 1:22-cv-23983-KMM (S.D. Fla.);<br>***Papadakis v. Bankman-Fried et al***, Case No. 3:23-CV-00024-JSC (N.D. Cal.);<br>***Jessup v. Bankman-Fried et al***, Case No. 3:22-cv-07666-JSC (N.D. Cal.);<br>***Hawkins v. Bankman-Fried et al***, Case No. 3:22-CV-07620-JSC (N.D. Cal.),<br>***Pierce et al v. Bankman-Fried et al***, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br><br><div align="right">via U.S. Mail</div><br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>and<br><div align="right">Via Electronic Mail</div> |

-14-

**PROOF OF SERVICE**                                      **MDL No. 3076**

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

_____

**Counsel for Defendant, Dan Friedberg in**
***Garrison et al v. Bankman-Fried et al*, Case**
**No. 1:22-CV-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et* al, Case**
**No. 1:22-cv-23983-KMM (S.D. Fla.):**

<div align="right">via U.S. Mail</div>

1133 Bigelow Ave N
Seattle, WA 98109-3208

and

<div align="right">Via Electronic Mail</div>

c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello
PC
565 Fifth Avenue
New York, NY  10017
212.880.9555
tkasulis@maglaw.com

_____

**Counsel for Defendant Armanino LLP in:**
***Papadakis v. Bankman-Fried et al*, Case No.**
**3:23-CV-00024-JSC (N.D. Cal.);**
***Hawkins v. Bankman-Fried et al*, Case No.**
**3:22-CV-07620-JSC (N.D. Cal.),**
***Pierce et al v. Bankman-Fried et al*, Case**
**No. 3:22-CV-07444-JSC (N.D. Cal.):**

<div align="right">Via Electronic Mail</div>

Ann Marie Mortimer
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2103
amortimer@HuntonAK.com

**PROOF OF SERVICE**                                           **MDL No. 3076**

Kirk Austin Hornbeck
Hunton Andrews Kurth LLP
Los Angeles Office
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2000
213-532-2020
khornbeck@HuntonAK.com

Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

_____

**Counsel for Defendant Prager Metis CPAs, LLC in** *Papadakis v. Bankman-Fried et al*, **Case No. 3:23-CV-00024-JSC (N.D. Cal.);** *Hawkins v. Bankman-Fried et al*, **Case No. 3:22-CV-07620-JSC (N.D. Cal.);** *Pierce et al v. Bankman-Fried et al*, **Case No. 3:22-CV-07444-JSC (N.D. Cal.):**

Via Electronic Mail

Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com

Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com

Sarah Alison Hemmendinger
Sidley Austin LLP

-16-

**PROOF OF SERVICE**                                      **MDL No. 3076**

555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com

Tommy Hoyt
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-0914
312-853-7036
thoyt@sidley.com

_____

**Counsel for Defendant Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane in** *Gonzalez v. Silvergate Bank et al*, **Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.);** *Husary et al v. Silvergate Bank et al*, **Case No. 3:23-CV-00038-BEN-WVG (S.D. Cal.):**

AND

**Counsel for Defendant Christopher M. Lane, Tyler J. Pearson, Jason Brenier, Silvergate Capital Corporation and Alan J. Lane in** *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, **Case No.: 3:22-CV-01901-BEN-WVG (S.D. Cal.):**

Via Electronic Mail

John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com

Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071

**PROOF OF SERVICE**                                **MDL No. 3076**

|  | 213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |
|---|---|

Respectfully submitted,

**EDELSON PC**

Dated: May 1, 2023

By: /s/ Yaman Salahi
Yaman Salahi
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300

*Counsel for Plaintiff Jessup*
Case No. 3:22-cv-07666-JSC (N.D. Cal)

**PROOF OF SERVICE**                                    **MDL No. 3076**