BEFORE THE UNITED STATES
JUDICIAL PANEL ON THE MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

MDL No. 3076

NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

|   | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Patrick Rabbitte | Sequoia Capital Operations, LLC; Thoma Bravo, LP; and Paradigm Operations LP | Northern District of California | 3:23-cv-00655 | Jacqueline Scott Corley |
| 2 | Connor O'Keefe | Sequoia Capital Operations, LLC; Thoma Bravo, LP; and Paradigm Operations LP | Southern District of Florida | 1:23-cv-20700 | Jose E. Martinez |
| 3 | Mark Girshovich | Sequoia Capital Operations, LLC; Thoma Bravo, LP; and Paradigm Operations LP | Northern District of California | 3:23-cv-00945 | Jacqueline Scott Corley |