## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON THE MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, I hereby certify that, on May 5, 2023, I caused the foregoing **CORPORATE DISCLOSURE STATEMENT** to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action, and was served on all counsel or parties in the manner indicated and addressed as outlined below.

Dated: May 5, 2023

*/s/ Anna Terteryan*
Mark McKane (SBN 230552)
mark.mckane@kirkland.com
Anna Terteryan (SBN 300368)
anna.terteryan@kirkland.com
Stephen Silva (SBN 335865)
stephen.silva@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Interested Party*
*Thoma Bravo, LP*

**US District Court for the Southern District of Florida**
*Norris et al v. Brady et al*, Case No.: 1:23-CV-20439

| Counsel for Plaintiffs | | Counsel for Defendant Thomas Brady |
|---|---|---|
| | Via ECF | Via ECF |
| Adam M. Moskowitz | | Andrew B. Clubok |
| The Moskowitz Law Firm, PLLC | | Latham & Watkins LLP |
| 2 Alhambra Plaza, Suite 601 | | 555 Eleventh Street, NW, Suite 1000 |
| Coral Gables, FL 33134-6036 | | Washington, DC 20004 |
| 305-740-1423 | | 202-637-2200 |
| adam@moskowitz-law.com | | andrew.clubok@lw.com |

*Counsel for Defendant Kevin O'Leary*
Via ECF

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

*Counsel for Defendant David Ortiz*
Via ECF

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

**US District Court for the Southern District of Florida**
*Garrison et al v. Bankman-Fried et al*, Case No.: 1:22-CV-23753

| Counsel for Plaintiffs | | Counsel for Defendants Thomas Brady, Gisele Bundchen, and Lawrence Gene David |
|---|---|---|
| | Via ECF | Via ECF |
| Adam M. Moskowitz | | Andrew B. Clubok |
| The Moskowitz Law Firm, PLLC | | Latham & Watkins LLP |
| 2 Alhambra Plaza, Suite 601 | | 555 Eleventh Street, NW, Suite 1000 |
| Coral Gables, FL 33134-6036 | | Washington, DC 20004 |
| 305-740-1423 | | 202-637-2200 |
| adam@moskowitz-law.com | | andrew.clubok@lw.com |

| US District Court for the Southern District of Florida<br>*Garrison et al v. Bankman-Fried et al*, Case No.: 1:22-CV-23753 | |
|---|---|
| | *Counsel for Defendant Kevin O'Leary*<br><div align="right">Via ECF</div><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br>*Counsel for Defendants David Ortiz and*<br>*Udonis Haslem*<br><div align="right">Via ECF</div><br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com |
| | *Counsel for Defendant William Trevor*<br>*Lawrence*<br><div align="right">Via ECF</div><br>David A. Rothstein<br>Dimond Kaplan & Rothstein, P.A.<br>2665 S. Bayshore Dr., PH-2B<br>Miami, Florida 33133<br>(305) 374-1920<br>(305)374-1961<br>DRothstein@dkrpa.com<br>*Counsel for Defendant Golden State*<br>*Warriors, LLC*<br><div align="right">Via ECF</div><br>**Gibson, Dunn & Crutcher LLP**<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |

| | |
|---|---|
| **US District Court for the Southern District of Florida**<br>***Garrison et al v. Bankman-Fried et al***, Case No.: 1:22-CV-23753 | |

| | |
|---|---|
| | *Defendant Samuel Bankman-Fried*<br>Via Electronic Mail<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>Richard M. Simins<br>Montgomery McCracken<br>1735 Market Street, 21st Floor,<br>Philadelphia, PA 19103-7505<br>Telephone 215-772-1500<br>rsimins@mmwr.com<br>GERALD E. GREENBERG<br>GELBER SCHACHTER & GREENBERG, P.A.<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 2600<br>Miami, Florida 33131<br>Telephone: (305) 728-0950<br>ggreenberg@gsgpa.com<br>ADAM M. SCHACHTER<br>GELBER SCHACHTER & GREENBERG, P.A.<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 2600<br>Miami, Florida 33131<br>Telephone: (305) 728-0950<br>aschachter@gsgpa.com<br>*Defendant Stephen Curry*<br>Via Electronic Mail<br>Nathan M. Bull<br>**McDERMOTT WILL & EMERY LLP**<br>333 S.E. 2nd Avenue, Suite 4500<br>Miami, FL 33131<br>nbull@mwe.com<br>mblancoaleman@mwe.com |

| US District Court for the Southern District of Florida |
| :---: |
| *Garrison et al v. Bankman-Fried et al*, Case No.: 1:22-CV-23753 |

Jason D. Strabo
Ellie Hourizadeh
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com
Sarah P. Hogarth
**McDERMOTT WILL & EMERY LLP**
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087
*Defendant Shaquille O'Neal*

Via Mail

4012 Sahara Ct.
Carrollton, TX 75010
*Counsel for Defendant Shohei Ohtani*

Via ECF

Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)
Edward.soto@weil.com
*Defendant Naomi Osaka*

Via Electronic Mail

Stephanie A. Casey
Roberto Martínez
Zachary Lipshultz
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Bob@colson.com
scasey@colson.com
zach@colson.com

| US District Court for the Southern District of Florida<br>*Garrison et al v. Bankman-Fried et al*, Case No.: 1:22-CV-23753 | |
|---|---|
| | *Defendant Caroline Ellison*<br>　　　　　　　　　　　　Via Electronic Mail<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| | *Defendant Zixiao Gary Wang*<br>　　　　　　　　　　　　Via Electronic Mail<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>*Defendant Nishad Singh*<br>　　　　　　　　　　　　Via Electronic Mail<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>202 842 7800<br>*Defendant Dan Friedberg*<br>　　　　　　　　　　　　Via Electronic Mail<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com |

**US District Court for the Southern District of Florida**
*Podalsky et al v. Bankman-Fried et al*, Case No.: 1:22-cv-23983

| | |
|---|---|
| *Counsel for Plaintiffs* | *Counsel for Defendants Thomas Brady,* |
| Via ECF | *Gisele Bundchen, and Lawrence Gene David* |
| | Via ECF |
| Adam M. Moskowitz | |
| The Moskowitz Law Firm, PLLC | Andrew B. Clubok |
| 2 Alhambra Plaza, Suite 601 | Latham & Watkins LLP |
| Coral Gables, FL 33134-6036 | 555 Eleventh Street, NW, Suite 1000 |
| 305-740-1423 | Washington, DC 20004 |
| adam@moskowitz-law.com | 202-637-2200 |
| | andrew.clubok@lw.com |

*Counsel for Defendant Kevin O'Leary*

Via ECF

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

*Counsel for Defendants David Ortiz and
Udonis Haslem*

Via ECF

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

*Counsel for Defendant William Trevor
Lawrence*

Via ECF

David A. Rothstein
Dimond Kaplan & Rothstein, P.A.
2665 S. Bayshore Dr., PH-2B
Miami, Florida 33133
(305) 374-1920
(305)374-1961
DRothstein@dkrpa.com

| US District Court for the Southern District of Florida<br>*Podalsky et al v. Bankman-Fried et al*, Case No.: 1:22-cv-23983 | |
|---|---|
| | *Counsel for Defendant Golden State Warriors, LLC* |
| | Via ECF |
| | Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |
| | *Defendant Samuel Bankman-Fried* |
| | Via Electronic Mail |
| | Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| | *Defendant Caroline Ellison* |
| | Via Electronic Mail |
| | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| | *Defendant Zixiao Gary Wang* |
| | Via Electronic Mail |
| | c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |

| US District Court for the Southern District of Florida<br>*Podalsky et al v. Bankman-Fried et al*, Case No.: 1:22-cv-23983 |
|---|

*Defendant Nishad Singh*

Via Electronic Mail

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
202 842 7800

*Defendant Dan Friedberg*

Via Electronic Mail

c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212.880.9555
tkasulis@maglaw.com

*Defendant Stephen Curry*

Via Electronic Mail

Nathan M. Bull
**McDERMOTT WILL & EMERY LLP**
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com
mblancoaleman@mwe.com
Jason D. Strabo
Ellie Hourizadeh
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com
Sarah P. Hogarth
**McDERMOTT WILL & EMERY LLP**
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

| US District Court for the Southern District of Florida *Podalsky et al v. Bankman-Fried et al*, Case No.: 1:22-cv-23983 | |
|---|---|
| | Counsel for Defendant Shohei Ohtani<br>Via ECF<br><br>Edward Soto<br>Weil, Gotshal & Manges LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 577-3100 (Telephone)<br>(305) 374-7159 (Facsimile)<br>Edward.soto@weil.com<br>*Defendant Naomi Osaka*<br>Via Electronic Mail<br><br>Colson Hicks Eidson, PA<br>Stephanie A. Casey<br>Roberto Martínez<br>Zachary Lipshultz<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Bob@colson.com<br>scasey@colson.com<br>zach@colson.com |

| US District Court for the Southern District of Florida *Garrison et al v Paffrath et al*, Case No.: 1:23-CV-21023 | |
|---|---|
| *Counsel for Plaintiffs*<br>Via ECF<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>adam@moskowitz-law.com | *Defendant Kevin Paffrath*<br>Via Mail<br><br>8219 Quartz Street<br>Ventura, CA 93004<br><br><br><br>*Defendant Graham Stephan*<br>Via Mail<br><br>5193 Steel Hammer Drive<br>Las Vegas, NV<br>*Defendant Andrei Jikh*<br>Via Mail<br><br>5667 Deer Creek Falls Court<br>Las Vegas, NV 89118 |

| | |
|---|---|
| **US District Court for the Southern District of Florida** *Garrison et al v Paffrath et al,* **Case No.: 1:23-CV-21023** | |

*Defendant Jaspreet Singh*

Via Electronic Mail

Ronald G. Acho
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway
Livonia, MI 48152
Telephone: (734) 261-2400
Facsimile: (734) 261-4510
racho@cmda-law.com
mcummings@cmda-law.com

*Defendant Jeremy Lefebvre*

Via Mail

5201 Peak Climb Dr
Las Vegas, NV 89135-9101

*Defendant Tom Nash*
Address unknown

*Defendant Ben Armstrong*

Via Electronic Mail

Jason L. Rindenau
4910 Tanya Lee Circle, 10212
Davie, FL 33328
(908) 415-6504
Jason @Jasonrindenau.law

*Defendants Creators Agency, Erika Kullberg and Brian Jung*

Via Electronic Mail

Jose G. Sepulveda
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com

**US District Court for the Southern District of Florida**
*O'Keefe et al v Sequoia Capital Operations, LLC et al*, Case No.: 1:23-CV-20700

| | |
|---|---|
| *Counsel for Plaintiff*<br>Via ECF<br><br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com | *Counsel for Defendant Sequoia Capital Operations, LLC*<br>Via ECF<br><br>Jennifer Kennedy Park<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 815-4130<br>Facsimile: (650) 815-4199<br>jkpark@cgsh.com |

*Counsel for Defendant Silvergate Bank*

Via ECF

Polly Towill
Sheppard, Mullin, Richter & Hampton LLP
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071
213-620-1780
Fax: 213-620-1398
Email: ptowill@sheppardmullin.com

*Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Signature Bank*

Via ECF

Rosemary Quinn Barry
Federal Deposit Insurance Corporation
350 Fifth Avenue, Suite 1200
New York, NY 10118
917-320-2862
Fax: 917-320-2917
Email: rbarry@FDIC.gov

*Defendant Deltec Bank and Trust Company Limited*

Via Mail

Deltec House, Lyford Cay
Nassau, Bahamas

*Defendant Farmington State Bank d/b/a Moonstone Bank*

Via Mail

103 North First Street
Farmington, WA 99128

**US District Court for the Southern District of Florida**
*O'Keefe et al v Sequoia Capital Operations, LLC et al*, Case No.: 1:23-CV-20700

| | |
|---|---|
| | *Defendant Jean Chalopin* |
| | Via Mail |
| | Deltec House, Lyford Cay |
| | Nassau, Bahamas |
| | *Counsel for Defendant Paradigm Operations LP* |
| | Via ECF |
| | Alexander C. Drylewski |
| | Skadden, Arps, Slate, Meagher Flom LLP |
| | One Manhattan West |
| | New York, NY 10001-8602 |
| | 212-735-3000 |
| | Fax: 212-735-2000 |
| | Email: alexander.drylewski@skadden.com |
| | *Defendant Temasek Holdings (Private) Limited* |
| | Via Mail |
| | Through It's Registered Agent, Corporation Service Company |
| | 251 Little Falls Drive |
| | Wilmington, DE 19808 |
| | *Defendant Softbank Vision Fund (AIV M2) L.P.* |
| | Via Mail |
| | Through It's Registered Agent, Corporation Service Company |
| | 251 Little Falls Drive |
| | Wilmington, DE 19808 |
| | *Defendant Ribbit Capital, L.P.* |
| | Via Mail |
| | Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center |
| | 1209 Orange St. |
| | Wilmington, DE 19801 |
| | *Defendant Altimeter Capital Management, LP* |
| | Via Mail |
| | Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center |
| | 1209 Orange St. |
| | Wilmington, DE 19801 |

| | |
|---|---|
| **US District Court for the Southern District of Florida** *O'Keefe et al v Sequoia Capital Operations, LLC et al*, Case No.: 1:23-CV-20700 | |
| | *Defendant Multicoin Capital Management LLC* |
| | Via Mail |
| | 501 West Ave., Apt. 3803 Austin, TX 78701 |
| | *Defendant Tiger Global Management, LLC* |
| | Via Mail |
| | Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 |
| | *Defendant Sino Global Capital Limited* |
| | Via Mail |
| | c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China |
| | *Defendant Fenwick & West LLP* |
| | Via Mail |
| | Silicon Valley Center 801 California Street Mountain View, CA 94041 |
| | *Counsel for Defendant Prager Metis CPAs, LLC* |
| | Via ECF |
| | Joanna R. Travalini Sidley Austin LLP 1 S. Dearborn Chicago, IL 60603 (312) 853-7000 jtravalini@sidley.com |
| | *Counsel for Defendant Armanino, LLP* |
| | Via ECF |
| | Matthew P. Bosher Hunton Andrews Kurth LLP 2200 Pennsylvania Avenue, NW Washington, DC 20037 202419-2149 mbosher@HuntonAK.com |
| | *Defendant Softbank Group Corp.* |
| | Via Mail |
| | Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |

**US District Court for the Northern District of California**
*Papadakis v. Bankman-Fried et al*, Case No.: 3:23-CV-00024

| | |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant Armanino LLP* |
| Via ECF | Via ECF |

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202419-2149
mbosher@HuntonAK.com

*Counsel for Defendant Prager Metis CPAs, LLC*

Via ECF

Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com

*Defendant Samuel Bankman-Fried*

Via Electronic Mail

c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

*Defendant Caroline Ellison*

Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

| US District Court for the Northern District of California<br>*Papadakis v. Bankman-Fried et al*, Case No.: 3:23-CV-00024 | |
|---|---|
| | *Defendant Zixiao Gary Wang*<br>Via Electronic Mail<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>*Defendant Nishad Singh*<br>Via Electronic Mail<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>202 842 7800 |

| US District Court for the Northern District of California<br>*Jessup v. Bankman-Fried et al*, Case No.: 3:22-cv-07666-JSC | |
|---|---|
| *Counsel for Plaintiff*<br>Via ECF<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>ysalahi@edelson.com | *Defendant Samuel Bankman-Fried*<br>Via Electronic Mail<br><br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>*Defendant Caroline Ellison*<br>Via Electronic Mail<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |

| US District Court for the Northern District of California<br>*Jessup v. Bankman-Fried et al*, Case No.: 3:22-cv-07666-JSC | |
|---|---|
| | *Defendant Zixiao Gary Wang*<br>                                   Via Electronic Mail<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>*Defendant Nishad Singh*<br>                                   Via Electronic Mail<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>202 842 7800<br>*Defendant Sam Trabucco*<br>                                             Via Mail<br><br>36 Winner Circle,<br>Wells ME 04090-5174 |

| US District Court for the Northern District of California<br>*Hawkins v. Bankman-Fried et al*, Case No.: 3:22-CV-07620 | |
|---|---|
| *Counsel for Plaintiff*<br>                              Via ECF<br><br>Christopher P.T. Tourek<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>ctourek@pomlaw.com | *Defendant Samuel Bankman-Fried*<br>                                   Via Electronic Mail<br><br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>*Defendant Caroline Ellison*<br>                                   Via Electronic Mail<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |

| US District Court for the Northern District of California *Hawkins v. Bankman-Fried et al*, Case No.: 3:22-CV-07620 | |
|---|---|
| | *Defendant Zixiao Gary Wang* Via Electronic Mail c/o Alex B. Miller Fried Frank One New York Plaza New York, New York 10004 T: +1.212.859.8000 ilan.graff@friedfrank.com; alex.miller@friedfrank.com |
| | *Defendant Nishad Singh* Via Electronic Mail c/o Andrew Goldstein Cooley LLP 1299 Pennsylvania Avenue, NW Suite 700 Washington, DC 20004-2400 agoldstein@cooley.com 202 842 7800 |
| | *Counsel for Defendant Armanino LLP* Via ECF Matthew P. Bosher Hunton Andrews Kurth LLP 2200 Pennsylvania Avenue, NW Washington, DC 20037 202419-2149 mbosher@HuntonAK.com |

| US District Court for the Northern District of California *Pierce et al v. Bankman-Fried et al*, Case No.: 3:22-CV-07444 | |
|---|---|
| *Counsel for Plaintiffs* Via ECF Marshal Hoda The Hoda Law Firm, PLLC 12333 Sowden Road, Suite B, PMB 51811 Houston, TX 77080 832-848-0036 marshal@thehodalawfirm.com | *Defendant Samuel Bankman-Fried* Via Electronic Mail c/o Jeremy D. Mishkin Montgomery McCracken Walker & Rhoads LLP 1735 Market Street Philadelphia, PA 19103-7505 Direct: 215-772-7246 jmishkin@mmwr.com |

| | |
|---|---|
| **US District Court for the Northern District of California**<br>*Pierce et al v. Bankman-Fried et al*, Case No.: 3:22-CV-07444 | |

| | |
|---|---|
| | *Defendant Caroline Ellison*<br><div align="right">Via Electronic Mail</div>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>*Defendant Zixiao Gary Wang*<br><div align="right">Via Electronic Mail</div>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |
| | *Defendant Nishad Singh*<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>202 842 7800<br>*Counsel for Defendant Armanino LLP*<br><div align="right">Via ECF</div>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202-419-2149<br>mbosher@HuntonAK.com<br>*Counsel for Defendant Prager Metis CPAs, LLC*<br><div align="right">Via ECF</div>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com |

| US District Court for the Northern District of California<br>*Bhatia v. Silvergate Bank*, Case No.: 3:23-cv-00667 | |
|---|---|
| *Counsel for Plaintiff Soham Bhatia*<br><br>Jason Kellogg<br>LEVINE KELLOGG LEHMAN<br>SCHNEIDER + GROSSMAN LLP<br>Miami Tower 100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>Telephone: (305) 403.8788<br>Facsimile: (305) 403.8789<br>Jk@lklsg.com<div style="text-align:right">*Via ECF*</div> | *Counsel for Defendants Silvergate Bank, Silvergate Capital Corporation and Alan J. Lane*<div style="text-align:right">*Via ECF*</div>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| US District Court for the Northern District of California<br>*Keane v. Silvergate Bank, et al.*, Case No. 4:23-cv-00670 | |
|---|---|
| *Counsel for Plaintiff Nicole Keane*<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com<div style="text-align:right">*Via ECF*</div> | *Counsel for Defendants Silvergate Bank and Silvergate Capital Corporation*<div style="text-align:right">*Via ECF*</div>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| US District Court for the Northern District of California<br>*Magleby, et al. v. Silvergate Bank, et al.*, No. 3:23-cv-00669 | |
|---|---|
| *Counsel for Plaintiffs*<br><br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com<div style="text-align:right">*Via ECF*</div> | *Counsel for Defendants Silvergate Bank and Silvergate Capital Corporation*<div style="text-align:right">*Via ECF*</div>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| US District Court for the Northern District of California<br>*Lam et al v. Bankman-Fried*, Case No.: 3:22-CV-07336 ||
|---|---|
| *Counsel for Plaintiff Elliott Lam*<br>Via ECF<br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com | *Defendant Samuel Bankman-Fried*<br>Via Electronic Mail<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| *Counsel for Plaintiffs Julie Papadakis and Elliott Jessup*<br>Via ECF<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | *Defendant Caroline Ellison*<br>Via Electronic Mail<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| *Counsel for Plaintiff Russell Hawkins*<br>Via ECF<br>Christopher P.T. Tourek<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>ctourek@pomlaw.com | *Counsel for Defendant Golden State Warriors, LLC*<br>Via ECF<br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |
| *Counsel for Plaintiff Stephen T. Pierce*<br>Via ECF<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |

**US District Court for the Northern District of California**
***Rabbitte v. Sequoia Capital Operations, LLP et al**, Case No.: 3:23-CV-00655*

| | |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant Sequoia Capital* |
| Via ECF | *Operations, LLC* |
| Stuart Andrew Davidson | Via ECF |
| Robbins Geller Rudman & Dowd LLP | |
| 225 NE Mizner Boulevard, Suite 720 | Jennifer Kennedy Park |
| Boca Raton, FL 33432 | Cleary Gottlieb Steen & Hamilton LLP |
| 561-750-3000 | 1841 Page Mill Rd |
| Fax: 561-750-3364 | Suite 250 |
| Email: sdavidson@rgrdlaw.com | Palo Alto, CA 94304 |
| | 650-815-4100 |
| | Email: jkpark@cgsh.com |
| | *Counsel for Defendant Paradigm Operations* |
| | *LP* |
| | Via ECF |
| | Alexander C. Drylewski |
| | Skadden, Arps, Slate, Meagher Flom LLP |
| | One Manhattan West |
| | New York, NY 10001-8602 |
| | 212-735-3000 |
| | Fax: 212-735-2000 |
| | Email: alexander.drylewski@skadden.com |

| US District Court for the Northern District of California *Girshovich v. Sequoia Capital Operations, LLP et al,* Case No.: 3:23-CV-00945 | |
|---|---|
| *Counsel for Plaintiff*<br><div align="right">Via ECF</div>John C. Herman<br>Herman Jones LLP<br>3424 Peachtree Road, NE Suite 1650<br>Atlanta, GA 30326<br>Phone No. 404-504-6500<br>Fax No. 404-504-6501<br>jherman@hermanjones.com | *Counsel for Defendant Sequoia Capital Operations, LLC*<br><div align="right">Via ECF</div>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd<br>Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>Email: jkpark@cgsh.com |
| | *Counsel for Defendant Paradigm Operations LP*<br><div align="right">Via ECF</div>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com |

| U.S. District Court Southern District of New York *Statistica Capital Ltd. et al v. Signature Bank*, Case No. 1:23-cv-00993 | |
|---|---|
| *Counsel for Plaintiffs Statistica Capital Ltd. and Statistica Ltd*<br><div align="right">Via ECF</div>John Joseph Fitzgerald, IV<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Fax: 619-331-2943<br>Email: jack@fitzgeraldjoseph.com | *Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Signature Bank*<br><div align="right">Via ECF</div>Rosemary Quinn Barry<br>Federal Deposit Insurance Corporation<br>350 Fifth Avenue, Suite 1200<br>New York, NY 10118<br>917-320-2862<br>Fax: 917-320-2917<br>Email: rbarry@FDIC.gov |

**United States District Court for the District of New Jersey**
**Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389**

| *Counsel for Plaintiffs* | *Counsel for Defendant Prager Metis CPAs, LLC* |
|---|---|
| Via Electronic Mail | Via ECF |
| ANTHONY SCORDO | Joanna Rubin Travalini |
| 1425 POMPTON AVENUE | Sidley Austin LLP |
| CEDAR GROVE, NJ 07009 | One South Dearborn Street |
| 973 837-1861 | Chicago, IL 60603 |
| Email: anthonyscordo@msn.com | 312-853-2077 |
| | jtravalini@sidley.com |
| | *Counsel for Defendant Armanino LLP* |
| | Via ECF |
| | Matthew P. Bosher |
| | Hunton Andrews Kurth LLP |
| | 2200 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| | 202419-2149 |
| | mbosher@HuntonAK.com |