**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

## NOTICE OF RELATED ACTION

The undersigned counsel recently filed the following case in the United States District Court for the Northern District of California: *Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, Case No. 3:23-cv-02222. The undersigned counsel believes this case will be part of a potential MDL, should one be created. A copy of the Docket Sheet and Complaint are attached hereto.

Dated: May 17, 2023

K. Rachel Lanier (SBN 343171)
Rachel.Lanier@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
2829 Townsgate Rd Suite 100
Westlake Village, California 91361
Telephone: (713) 659-5200

W. Mark Lanier
WML@lanierlawfirm.com
Alex J. Brown
Alex.Brown@lanierlawfirm.com
John Davis LaBarre
Davis.LaBarre@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N
Houston, Texas 77064
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204

*Attorneys for the Plaintiffs and the
Putative Class Members*