BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket 3076 |
|---|---|

### SCHEDULE OF ACTIONS

| *Cabo et al. v. Sequoia Capital Operations, LLC et al.* (N.D. Cal. 3:23-cv-02222) ||||
|---|---|---|---|
| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
| Plaintiffs:<br>Leandro Cabo<br>Erica Leeds<br>Kathy Bibby<br>Sean Flood<br>Vardan Balayan<br><br>Defendants:<br>Sequoia Capital Operations, LLC<br>Armanino LLP<br>Prager Metis CPAS, LLC | United States District Court for the Northern District of California | 3:23-cv-02222 | Sallie Kim |