BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket 3076 |

## PARTIES REPRESENTED LIST

Plaintiffs:

> Leandro Cabo,
> Erica Leeds,
> Kathy Bibby,
> Sean Flood, and
> Vardan Balayan