BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket 3076 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certified that on May 17, 2023, a copy of the foregoing Notice of Appearance and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email or mail as follows:

| US District Court for the Northern District of California <br> Cabo et al. v. Sequoia Capital Operations, LLC, Case No.: 3:23-cv-02222 ||
|---|---|
| *Counsel for Plaintiffs:* <br>             Via Electronic Mail <br> K. Rachel Lanier (SBN 343171) <br> Rachel.Lanier@lanierlawfirm.com <br> **THE LANIER LAW FIRM, P.C.** <br> 2829 Townsgate Rd Suite 100 <br> Westlake Village, California 91361 <br> Telephone: (713) 659-5200 <br> <br>             Via Electronic Mail <br> W. Mark Lanier <br> WML@lanierlawfirm.com <br> Alex J. Brown <br> Alex.Brown@lanierlawfirm.com <br> John Davis LaBarre <br> Davis.LaBarre@lanierlawfirm.com <br> **THE LANIER LAW FIRM, P.C.** <br> 10940 W. Sam Houston Pkwy N <br> Houston, Texas 77064 <br> Telephone: (713) 659-5200 <br> Facsimile: (713) 659-2204 | *Not Served: Defendants* <br> <br> Sequoia Capital Operations LLC <br> Armanino LLP <br> Prager Metis CPAs, LLC |

*Signature block on next page*

Dated: May 17, 2023

                                        Respectfully submitted,

*/s/ Rachel Lanier*
_____
K. Rachel Lanier (SBN 343171)
Rachel.Lanier@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
2829 Townsgate Rd Suite 100
Westlake Village, California 91361
Telephone: (713) 659-5200

W. Mark Lanier
WML@lanierlawfirm.com
Alex J. Brown
Alex.Brown@lanierlawfirm.com
John Davis LaBarre
Davis.LaBarre@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N
Houston, Texas 77064
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204

***Attorneys for Leandro Cabo, et al.***