K. Rachel Lanier (SBN 343171)
Rachel.Lanier@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
2829 Townsgate Rd Suite 100
Westlake Village, CA 91361
Telephone: (713) 659-5200

W. Mark Lanier
WML@lanierlawfirm.com
Alex J. Brown
Alex.Brown@lanierlawfirm.com
John Davis LaBarre
Davis.LaBarre@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N
Houston, Texas 77064
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket # 3076 |

**PLAINTIFFS', CABO'S, LEEDS', BIBBY'S, FLOOD'S, AND BALAYAN'S, INTERESTED PARTY RESPONSE IN SUPPORT OF THE MOTION TO TRANSFER**

Plaintiffs Leandro Cabo, Erica Leeds, Kathy Bibby, Sean Flood, and Vardan Balayan, [collectively the "Cabo Plaintiffs"], filed the action entitled *Cabo et al. v. Sequoia Capital Operations, LLC et al.*, Case No.:23-cv-02222 (N.D. Cal.) ("*Sequoia Capital*"), and respectfully submit their Interested Party Response in Support of Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeed, Alexander Chernyavsky, Sunil Kavuri, Gary Gallant, and David Nicol's ("Petitioners") Motion for Transfer of Related Actions to the Southern District of Florida ("Motion to Transfer") (ECF 1), and states as follows:

*In re: FTX Cryptocurrency Exchange Collapse Litigation*

## FACTUAL BACKGROUND

On May 5, 2023, the Cabo Plaintiffs filed their action against Sequoia Capital Operations, LLC, ("Sequoia"), Armanino LLP, ("Armanino"), and Prager Metis CPAs LLC ("Prager") (collectively "Armanimo" and "Prager" are hereafter referred to, as "FTX Accountants"), alleging these defendants aided and abetted, and in many instances, actively participated in one of the largest financial frauds in U.S. history perpetrated by FTX.

The Cabo Plaintiffs specifically allege that Sequoia was complicit in and knowingly poured hundreds of millions of dollars into FTX, essentially funding the scheme by which FTX directed customer deposits to Alameda Research ("Alameda"), a cryptocurrency trading firm co-founded by Sam Bankman-Fried. Sequoia's, along with other venture capital firms', early funding was critical to boosting FTX's credibility, FTX's investors' trust in Sam Bankman-Fried and the FTX leadership, and the perceived legitimacy of the FTX trading platform.

FTX Accountants were also complicit in, and are culpable to the Cabo Plaintiffs, and the classes they seek to represent, because they knew or should have known that their work would be used to entice third parties to entrust FTX with their assets. Both accounting firms gave FTX and its entities a clean bill of "financial health" while profiting immensely and growing their own "crypto" sections of their accounting firms. As demonstrated by the collapse, and the manner in which FTX operated, nothing could have been further from the truth.

## LEGAL ARGUMENT

After much consideration and discussions with interested parties, the Cabo Plaintiffs hereby support the Petitioners' Motion to Transfer and Consolidate all Related Actions (the

Petitioners categorized the defendants as the Insiders,[1] Brand Ambassadors and Influencers,[2] Professional Servicers[3] and Financiers[4]) to the Southern District of Florida, as this appears to be the most efficient and streamlined method to adjudicate these actions and ensure that all of the victims are treated fairly.

Some Respondents are correct that there are some factual differences between our claims and the claims asserted in the Related Actions, but all of the claims appear to stem from the collapse of FTX, and discerning what role each defendant played in the rise, promotion, operation and failure of FTX may be a part of all of these actions.

To the extent differences exist in the litigation against the various Defendants, those cases could be placed on separate tracks by the Transferee Judge. It appears that the transfer and consolidation of all actions to the United States District Court, Southern District of Florida, which includes pending actions by Chief Judge Cecilia M. Altonaga and Judge K. Michael Moore, will promote the just and efficient administration of the FTX actions. We have learned that the Southern District of Florida is where the first-filed *Garrison* action is pending, which appears to be the most advanced action, where all parties are served and those plaintiffs just filed an extensive Amended Complaint (which was granted leave to by the Federal Court). The Amended Complaint reveals that one of the FTX Insider Defendants, Mr. Daniel Friedberg (former FTX Chief Compliance

---

[1] Defendants Bankman-Fried, Trabucco, Ellison, Singh, Wang, and Friedberg.
[2] Defendants Brady, Bundchen, Curry, Golden State Warriors, O'Neal, Haslem, Ortiz, Lawrence, Ohtani, Osaka, David, O'Leary, Paffrath, Stephan, Jikh, Singh, Jung, Lefebvre, Nash, Armstrong, Kullberg, and Creators Agency, LLC.
[3] Defendants Armanino, LLP, Prager Metis CPAs, LLC, Fenwick & West LLP.
[4] Defendants Silvergate Bank, Silvergate Capital Corporation, Sequoia Capital Operations, LLC, Paradigm Operations LP, Signature Bank, Deltec Bank and Trust Company Limited, Farmington State Bank d/b/a Moonstone Bank, Temasek Holdings (Private) Limited, Softbank Vision Fund (AIV M2) L.P., Ribbit Capital, L.P., Altimeter Capital Management, LP, Multicoin Capital Management LLC, Tiger Global Management, LLC, Sino Global Capital Limited, Softbank Group Corp., Thoma Bravo, LP, Alan J. Lane.

*In re: FTX Cryptocurrency Exchange Collapse Litigation*

Officer), has been cooperating with those Plaintiffs' Counsel in their investigation and it was also confirmed that the location of many FTX parties and witnesses are in Miami, Florida.

## CONCLUSION

Pursuant to 28 U.S.C. § 1407 and Joint Panel on Multi-District Litigation Rule 6.2, the Cabo Plaintiffs respectfully request the Panel order transfer of their case, all pending cases, and any subsequently filed actions involving similar facts or claims, to the United States District Court for the Southern District of Florida.

Dated: May 17, 2023                                         Respectfully submitted,

/s/ Rachel Lanier

K. Rachel Lanier (SBN 343171)
Rachel.Lanier@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
2829 Townsgate Rd Suite 100
Westlake Village, California 91361
Telephone: (713) 659-5200

W. Mark Lanier
WML@lanierlawfirm.com
Alex J. Brown
Alex.Brown@lanierlawfirm.com
John Davis LaBarre
Davis.LaBarre@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N
Houston, Texas 77064
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204

*Attorneys for the Plaintiffs and the Putative Class Members*