BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

**PETITIONERS' SUPPLEMENTAL BRIEF REPLY IN SUPPORT OF MOTION FOR TRANSFER OF RELATED ACTIONS TO THE SOUTHERN DISTRICT OF FLORIDA, TO ADDRESS NEWLY FILED INTERESTED PARTY RESPONSES**

Petitioners respectfully submit this brief Supplemental Reply, in preparation for the Panel Hearing in Philadelphia this Thursday (May 25, 2023), to assist the Panel and address the new Interested Party Responses, filed after the Panel's Minute Order Closing Briefing. ECF No. 74.

1. **BRIEF PROCEDURAL UPDATE**

FTX class actions are pending in at least three different jurisdictions: (1) Southern District of Florida, (2) Northern District of California, and (3) Southern District of New York.

   a. **Southern District of Florida**

There are three consolidated proposed class actions pending in the Southern District of Florida. The *first-filed* FTX class action[1] has been proceeding since November 15, 2022, before Judge K. Michael Moore, who has managed these cases in an extremely efficient manner. The first case is against many former FTX insiders (who are not protected by the current FTX Bankruptcy)[2] and all of the FTX Celebrity Brand Ambassadors.[3] Also pending in the Southern

---

[1] *Garrison, et al. v. Bankman-Fried, et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.) ("*Garrison*").

[2] Sam Bankman-Fried, Caroline Ellison, Nishad Singh, Gary Wang, and Daniel Friedberg, who has now been cooperating with Petitioners and their Counsel in connection with *Garrison*.

[3] Tom Brady, Gisele Bündchen, Steph Curry, Larry David, the Golden State Warriors, LLC ("GSW"), Udonis Haslem, Trevor Lawrence, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corp. d/b/a TSM.

District of Florida is a proposed class action against many of the FTX Influencers,[4] and a third class action was recently filed against the FTX Professional Servicers (including accountants) and FTX Financiers (including venture investment funds).[5] Counsel in the first-filed *Garrison* and *Paffrath* cases all support centralization, and respectfully suggest the consolidated proceedings be transferred to the Southern District of Florida (where it can be assigned to possibly Judge Moore, Chief Judge Altonaga, or Judge Altman[6]). Plaintiffs' Counsel in *O'Keefe* oppose consolidation, but if granted, support transfer to the Southern District of Florida and suggest their presiding Judge Martinez, and/or Chief Judge Altonaga, Judge Altman or Judge Moore. The FTX Celebrity Brand Ambassadors and FTX Influencers both support consolidation in the Southern District of Florida.

---

[4] *Garrison v. Paffrath*, No. 23-21023-CIV-ALTONAGA/Damian (S.D. Fla.), which is pending before Chief Judge Cecilia M. Altonaga ("*Paffrath*"), against Defendants Kevin Paffrath, Ben Armstrong, Erika Kullberg, Jaspreet Singh, Brian Jung, Andrei Jikh, Tom Nash, Jeremy LeFebvre, Graham Stephan, and Creators Agency LLC.

[5] *O'Keefe v. Sequoia Capital Operations, LLC, et al.*, No. 1:23-cv-20700 (S.D. Fla.), which is pending before Judge Jose Martinez ("*O'Keefe*").

[6] The Honorable Roy Altman currently presides over two proposed crypto class actions: (1) *Robertson, et al. v. Mark Cuban, et al.*, No. 22-cv-22538-ALTMAN/Reid, related to the collapse of the Voyager Digital Exchange against Defendants Mark Cuban and his Dallas Mavericks ("*Voyager/Cuban*"), and (2) the only pending crypto class action in the country against the largest crypto platform Defendant Binance (*Sizemore v. Zhao, et, al.,* 23-cv-21261). *Voyager/Cuban* is probably the case with the most produced discovery. Federal Judge Altman and Magistrate Judge Reid have managed both cases very efficiently, conducted numerous discovery hearings and issued many Orders and have scheduled a February trial date in *Robertson*. Judge Altman graduated from Yale Law School, served as an assistant United State Attorney, received his judicial commission on April 9, 2019, and has never been assigned an MDL (and he stated publicly of his MDL interest). Based on the same seminal question in each of these 3 crypto class cases (namely, are these crypto tokens and/or interest-bearing accounts "unregistered securities," Judge Altman may decide to create separate tracks for each of the 3 different crypto exchange-related proposed class actions (Voyager, FTX, and Binance) and avoid inconsistent rulings.

### b. **Northern District of California**

Some FTX cases were recently consolidated in the Northern District of California before the Honorable Judge Jacqueline Corley, mainly against just the FTX Professional Servicers and Financiers. Most Plaintiffs in these Northern District of California cases oppose consolidation, but if granted, they strongly support transfer to the Northern District of California. The FTX Defendants in these FTX cases disagree. Defendant Armanino LLP, an FTX Professional Servicer (accountant) Defendant, supports consolidation and transfer to the Southern District of Florida. FTX Financiers: (a) Thoma Bravo,[7] (b) Sequoia Capital Operations, LLC and Paradigm Operations LP,[8] (c) Prager Metis CPA,[9] and (d) Armanino LLP,[10] all support consolidation, but do not state their support or opposition to transfer to any specific district.

Recently, Plaintiffs' Counsel Rachel and Mark Lanier, from The Lanier Law Firm based in Texas and California, filed a proposed nationwide Class Action Complaint in the Northern District of California, on behalf of named California-resident plaintiffs, against both the FTX Professional Servicer Defendants and the FTX Financiers,[11] and they support Consolidation and specifically support transfer to the Southern District of Florida.

---

[7] *See* MDL No. 3076, ECF No. 119 (supporting centralization).
[8] *See* MDL No. 3076, ECF No. 55 (supporting centralization).
[9] *See* MDL No. 3076, ECF No. 58 (supporting centralization).
[10] *See* MDL No. 3076, ECF No. 109 (waiving oral argument and supporting centralization and transfer to the Southern District of Florida).
[11] See MDL No. 3076, ECF No. 122 (Interested Party Response of plaintiffs from *Cabo et al. v. Sequoia Capital Operations, LLC et al.*, Case No.:23-cv-02222 (N.D. Cal.).

### c. Southern District of New York

One FTX case is pending in the Southern District of New York, brought by the Federal Deposit Insurance Corporation, as Receiver for FTX's Signature Bank (which is subject to a Receivership pending in NY), and they stated they oppose any consolidation.[12]

### d. Bankruptcy Court for the District of Delaware

Pending before the United States Bankruptcy Court for the District of Delaware is *In re: FTX Trading LTD., et al.,* No. 22-11068 (JTD) (Bankr. D. Del.) (the "*FTX Bankruptcy*"). Several adversary proceedings have been brought in Delaware against the FTX Debtors in the *FTX Bankruptcy*, including *Alameda Research LLC, et al. v. FTX Digital Markets LTD., et al.* (dispute concerning ownership in various FTX-related entities), and *Onusz, et al. v. West Realm Shires Inc., et al.*, No. 22-50513 (Bankr. D. Del.). Petitioners' Counsel will continue to coordinate with the *FTX Bankruptcy* and related proceedings, as they have in the prior crypto cases that have resulted in bankruptcy proceedings.

### 2. BRIEF SUBSTANTIVE UPDATE

***First,*** on May 12, 2023, Plaintiffs in the first-filed *Garrison* Action pending in the S.D .Fla. were granted leave (over Defendants' strenuous objection) to file on May 15, 2023, a 327-page Amended Complaint, *Garrison* [ECF No. 205] that includes: (1) crucial, **newly uncovered information** evidencing how FTX's Miami office originated, coordinated and supervised the FTX FTX Brand Ambassador and Celebrity Programs and utilized the FTX/Miami Heat Branded Arena as the focus for all of the FTX dealings with 3rd parties[13]; (**2**) added new parties (both new Plaintiffs

---

[12] *See* MDL 3076, ECF No. 113 (Interested Party response of FDIC as Receiver from *Statistica Capital Ltd. et al v. Signature Bank,* No. 1:23-CV-993 (S.D.N.Y.) (the "Statistica Action")

[13] Five of the FTX Celebrity Brand Ambassador Defendants contest personal jurisdiction: Defendants Curry, David, GSW, Ohtani, and Osaka. *See Garrison*, ECF No. 139.

from California and new Defendant TSM, the Esports company FTX Group that entered into a $210 million failed partnership).

**Second,** a named Defendants in *Garrison*, Mr. Daniel Friedberg, the former Chief Compliance Officer of FTX, filed a Declaration with the *Garrison* Amended Complaint, explaining: (1) his helpful assistance to Plaintiffs' Counsel and proposed Settlement for all victims, and (2) the strong connection between FTX's Miami office and these FTX aiding and abetting claims. *See* Am. Complaint, Ex. A. Mr. Friedberg's new testimony is supported by other new evidence, including a podcast of Mr. Avi Dabir, FTX's former VP of Business Development based in Miami, Florida, and who was in charge of the FTX Brand Ambassador Agreements.

**Third,** Petitioners filed *Paffrath*, another class action against the ten largest (10) FTX Influencers that allegedly promoted FTX products. *Paffrath* is being handled by Chief Judge Cecilia M. Altonaga, who still presides over the very first-filed crypto-related class action against Voyager Digital (which went into bankruptcy) in the Southern District of Florida.[14] Chief Judge Altonaga has already issued various orders in *Paffrath*, including allowing Plaintiffs to serve international Defendants through alternate means, *Paffrath*, [ECF No. 65], entered a comprehensive Case Management Order, *id.,* [ECF No. 70], and entered Orders on discovery, regarding both personal jurisdiction and sufficiency of process. [ECF Nos. 88, 93].

## CONCLUSION

Petitioners hope this information is helpful to the Panel and respectfully request the Panel transfer and consolidate all Related Actions to the Southern District of Florida, or in the alternative, transfer all of the FTX Insider, Celebrity Brand Ambassador, Influencer, and Professional Servicer Actions, to the Southern District of Florida for pretrial purposes.

---

[14] *Mark Cassidy v. Voyager Digital Ltd., et al.,* Case No. 21-cv-24441 (the "*Cassidy* Action").

Dated: May 22, 2023

Respectfully submitted,

By: */s/ Adam Moskowitz*

Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com


By: */s/ David Boies*

David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com


*Co-Counsel for Petitioners, that will present oral argument at the MDL Hearing, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*