## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on May 22, 2023, a copy of the foregoing Supplemental Brief Reply in Support of Motion for Transfer of Related Actions to the Southern District of Florida, to Address Newly Filed Interested Party Responses were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida<br>*Norris et al v. Brady et al, Case No.: 1:23-CV-20439* | |
|---|---|
| *Counsel for Plaintiffs:*<br>Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>Via Electronic Mail<br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400 | *Counsel for Defendant* Thomas Brady<br>Via Electronic Mail<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br>zach@colson.com<br>Via Electronic Mail<br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com<br>Susan.Engel@lw.com<br>Via Electronic Mail<br>Elizabeth A. Greenman<br>Jessica Stebbins Bina |

305-539-1307
szack@bsfllp.com
uungaro@bsfllp.com
                    Via Electronic Mail
David Boies
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angels, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

                    Via Electronic Mail
Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com
                    Via Electronic Mail
Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
                    Via Electronic Mail
Brandon Scott Floch
Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com
bfloch@mnrlawfirm.com
jneiman@mnrlawfirm.com
                    Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

|  | *Counsel for Defendant David Ortiz:*<br>Via Electronic Mail<br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br>Via Electronic Mail<br>Jason Samuel Oletsky<br>Katherine Ann Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard, Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br>Katie.johnson@akerman.com |
|---|---|

**US District Court for the Southern District of Florida**

**Garrison et al v. Bankman-Fried et al, Case No.:  1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele* |
|---|---|
| Via Electronic Mail<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br>Via Electronic Mail<br>Stephen N. Zack | *Bundchen, Lawrence Gene David, and*<br>*Shaquille O'Neal:*<br>Via Electronic Mail<br>Roberto Martinez<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>scasey@colson.com<br>bob@colson.com<br>zach@colson.com<br>Via Electronic Mail<br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com |

Ursula Ungaro
Tyler Evan Ulrich
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com
uungaro@bsfllp.com
tulrich@bsfllp.com
                                    Via Electronic Mail
David Boies
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Susan.Engel@lw.com
                                    Via Electronic Mail
Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angels, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com
                                    Via Electronic Mail
Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com
                                    Via Electronic Mail
*Counsel for Defendant Kevin O'Leary:*
                                    Via Electronic Mail
Brandon Scott Floch
Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com
bfloch@mnrlawfirm.com
jneiman@mnrlawfirm.com
                                    Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz and Udonis Haslem:*
                                    Via Electronic Mail
Christopher Stephen Carver
Akerman LLP

Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
<div align="right">Via Electronic Mail</div>

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*
<div align="right">Via Electronic Mail</div>

**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*
<div align="right">Via Electronic Mail</div>

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
*Counsel for Samuel Bankman-Fried*
<div align="right">Via Electronic Mail</div>

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
<div align="right">Via Electronic Mail</div>

Richard M. Simins
Montgomery McCracken

1735 Market Street, 21st Floor,
Philadelphia, PA 19103-7505
Telephone 215-772-1500
rsimins@mmwr.com
                              Via Electronic Mail
GERALD E. GREENBERG
ADAM M. SCHACHTER
GELBER SCHACHTER & GREENBERG
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
ggreenberg@gsgpa.com
aschachter@gsgpa.com

                              Via Electronic Mail
*Counsel for Stephen Curry*
Nathan M. Bull
**McDERMOTT WILL & EMERY LLP**
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com
mblancoaleman@mwe.com

Jason D. Strabo
Ellie Hourizadeh
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com

Sarah P. Hogarth
**McDERMOTT WILL & EMERY LLP**
*shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087
                              Via Eletronic Mail
*Counsel for Shohei Ohtani*
Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)

(305) 374-7159 (Facsimile)
Edward.soto@weil.com
<div align="right">Via Electronic Mail</div>

*Counsel for Naomi Osaka*
Stephanie A. Casey
Roberto Martínez
Zachary Lipshultz
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Bob@colson.com
scasey@colson.com
zach@colson.com
<div align="right">Via Mail</div>

*Counsel for Sam Trabucco*
**MAYER BROWN LLP**
Jonathan S. Klein
Andrew J. Demko
Joseph J. Vescera
Jason D. Linder
Glenn K. Vanzura
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263 3000
jklein@mayerbrown.com
ademko@mayerbrown.com
jvescera@mayerbrown.com
jlinder@mayerbrown.com
**gvanzura@mayerbrown.com**
<div align="right">Via Mail</div>

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
<div align="right">Via Electronic Mail</div>

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
<div align="right">Via Mail</div>

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
<div align="right">Via Electronic Mail</div>

c/o Alex B. Miller
Fried Frank
One New York Plaza

|  | New York, New York 10004 |
|  | T: +1.212.859.8000 |
|  | ilan.graff@friedfrank.com; |
|  | alex.miller@friedfrank.com |
|  | *Via Electronic Mail* |
|  | Defendant Nishad Singh |
|  | 746 Jennifer Way |
|  | Milpitas, CA 95035 |
|  | *Via Electronic Mail* |
|  | c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | +1 202 842 7800 phone |
|  | *Via Electronic Mail* |
|  | Consol Defendant, Dan Friedberg |
|  | c/o Telemachus P. Kasulis |
|  | Morvillo Abramowitz Grand Iason & Anello |
|  | 565 Fifth Avenue |
|  | New York, NY  10017 |
|  | 212.880.9555 |
|  | tkasulis@maglaw.com |

**US District Court for the Southern District of Florida**

**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady,* |
| *Via Electronic Mail* | *Gisele Bundchen, and Lawrence Gene David:* |
| Adam M. Moskowitz | *Via Electronic Mail* |
| The Moskowitz Law Firm, PLLC | Stephanie Anne Casey |
| 2 Alhambra Plaza, Suite 601 | Colson Hicks Eidson |
| Coral Gables, FL 33134-6036 | 255 Alhambra Circle, PH |
| 305-740-1423 | Coral Gables, FL 33134 |
| adam@moskowitz-law.com | 305-476-7400 |
| *Via Electronic Mail* | 305-476-7444 |
| Jose Manuel Ferrer | scasey@colson.com |
| Mark Migdal and Hayden | *Via Electronic Mail* |
| 80 SW 8 Street, Suite 1999 | Zachary Andrew Lipshultz |
| Miami, FL 33131 | Colson Hicks Eidson |
| 305-374-0440 | 255 Alhambra Circle |
| jose@markmigdal.com | Coral Gables, FL 33134 |
| *Via Electronic Mail* | 305-476-7400 |
| Joseph M. Kaye | zach@colson.com |
| The Moskowitz Law Firm, PLLC | *Via Electronic Mail* |
| 2 Alhambra Plaza, Suite 601 | Andrew B. Clubok |
| Miami, FL 33134 | Latham & Watkins LLP |

| | |
|---|---|
| 305-740-1423 | 555 Eleventh Street, NW, Suite 1000 |
| joseph@moskowitz-law.com | Washington, DC 20004 |
| *Via Electronic Mail* | 202-637-2200 |
| Stephen N. Zack | andrew.clubok@lw.com |
| Boies Schiller & Flexner | *Via Electronic Mail* |
| 100 SE 2nd Street | Brittany M.J. Record |
| Suite 2800, Miami Tower | Latham & Watkins LLP |
| Miami, FL 33131-2144 | 555 Eleventh Street, N.W., Suite 1000 |
| 305-539-8400 | Washington, DC 20004 |
| 305-539-1307 | 202-637-2200 |
| szack@bsfllp.com | Brittany.Record@lw.com |
| *Via Electronic Mail* | *Via Electronic Mail* |
| Ursula Ungaro | Elizabeth A. Greenman |
| Boies Schiller Flexner LLP | Latham & Watkins LLP |
| 100 SE 2nd Street, Suite 2800 | 10250 Constellation Blvd., Suite 1100 |
| Miami, FL 33131 | Los Angels, CA 90067 |
| 305-479-6553 | 424-653-5500 |
| uungaro@bsfllp.com | Elizabeth.Greenman@lw.com |
| *Via Electronic Mail* | *Via Electronic Mail* |
| Alexander Boies | Jessica Stebbins Bina |
| Boies Schiller Flexner LLP | Latham & Watkins LLP |
| 333 Main Street | 10250 Constellation Blvd. Suite 1100 |
| Armonk, NY 10504 | Los Angeles, CA 90067 |
| 914-749-8200 | 424-653-5500 |
| aboies@bsfllp.com | Jessica.stebbinsbina@lw.com |
| *Via Electronic Mail* | *Via Electronic Mail* |
| David Boies | Marvin Putnam |
| Boies Schiller Flexner LLP | Latham & Watkins LLP |
| 333 Main Street | 10250 Constellation Blvd., Suite 1100 |
| Armonk, NY 10504 | Los Angeles, CA 90067 |
| 914-749-8200 | 424-653-5500 |
| dboies@bsfllp.com | Marvin.Putnam@lw.com |
| | |
| | *Via Electronic Mail* |
| | Michele D. Johnson |
| | Latham & Watkins LLP |
| | 650 Town Center Drive, 20th Floor |
| | Costa Mesa, CA 92626 |
| | 714-540-1235 |
| | michele.johnson@lw.com |
| | *Via Electronic Mail* |
| | Susan E. Engel |
| | Latham & Watkins LLP |
| | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, DC 20004 |
| | 202-637-2200 |
| | Susan.Engel@lw.com |
| | *Via Electronic Mail* |

|  | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>bob@colson.com<br><br>*Counsel for Defendant Kevin O'Leary:*<br>Via Electronic Mail<br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd.<br>Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br>Via Electronic Mail<br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br>Via Electronic Mail<br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br>Via Electronic Mail<br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard, Suite 1750<br>Miami, FL 33131<br>305-400-4268<br>mpineiro@mnrlawfirm.com<br>Via Electronic Mail<br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com |
| --- | --- |

*Counsel for Defendant David Ortiz and Udonis Haslem:*

Via Electronic Mail

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Via Electronic Mail

Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

Via Electronic Mail

Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for Trevor Lawrence*

Via Electronic Mail

**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*

Via Electronic Mail

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212

Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried*
                              Via Electronic Mail
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                              Via Electronic Mail
*Counsel for Sam Trabucco*

**MAYER BROWN LLP**
Jonathan S. Klein
Florida Bar No. 125254
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263 3000
jklein@mayerbrown.com
                              Via Electronic Mail
**Mayer Brown LLP**
Andrew J. Demko
Joseph J. Vescera
Jason D. Linder
Glenn K. Vanzura
ademko@mayerbrown.com
jvescera@mayerbrown.com
jlinder@mayerbrown.com
**gvanzura@mayerbrown.com**
                              Via Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and                  Via Electronic Mail
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
                              Via Mail
Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
And                  Via Electronic Mail

c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

Via Mail

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
and                              Via Electronic Mail
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

Via Electronic Mail

Defendant Dan Friedberg
c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello
PC
565 Fifth Avenue
New York, NY  10017
212.880.9555
tkasulis@maglaw.com

Via Mail

*Counsel for Stephen Curry*

Via Electronic Mail

Nathan M. Bull
**McDERMOTT WILL & EMERY LLP**
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com
mblancoaleman@mwe.com

Via Electronic Mail

Jason D. Strabo
Ellie Hourizadeh
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com

Via Electronic Mail

|  | Sarah P. Hogarth |
|  | **McDERMOTT WILL & EMERY LLP** |
|  | *shogarth@mwe.com* |
|  | 500 North Capitol Street NW |
|  | Washington, DC 20001 |
|  | Telephone: (202) 756-8354 |
|  | Facsimile: (202) 756-8087 |
|  |  |
|  | Via Electronic Mail |
|  | *Counsel for Shohei Ohtani* |
|  | Edward Soto |
|  | Weil, Gotshal & Manges LLP |
|  | 1395 Brickell Avenue, Suite 1200 |
|  | Miami, Florida 33131 |
|  | (305) 577-3100 (Telephone) |
|  | (305) 374-7159 (Facsimile) |
|  | Edward.soto@weil.com |
|  | Via Electronic Mail |
|  | *Counsel for Naomi Osaka* |
|  | **Colson Hicks Eidson, PA** |
|  | Stephanie A. Casey |
|  | Roberto Martínez |
|  | Zachary Lipshultz |
|  | 255 Alhambra Circle, Penthouse |
|  | Coral Gables, FL 33134 |
|  | Bob@colson.com |
|  | scasey@colson.com |
|  | zach@colson.com |

**US District Court for the Southern District of Florida**
**Garrison et al v Paffrath et al Case No.: 1:23-CV-21023**

| *Counsel for Plaintiffs:* | Via Mail |
| Via Electronic Mail | Defendant Kevin Paffrath |
| Adam M. Moskowitz | 8219 Quartz Street |
| The Moskowitz Law Firm, PLLC | Ventura, CA 93004 |
| 2 Alhambra Plaza, Suite 601 | Via Mail |
| Coral Gables, FL 33134-6036 | Defendant Graham Stephan |
| 305 740-1423 | 5193 Steel Hammer Drive |
| adam@moskowitz-law.com | Las Vegas, NV |
| Via Electronic Mail | Via Mail |
| Joseph M. Kaye | Defendant Andrei Jikh |
| The Moskowitz Law Firm, PLLC | 5667 Deer Creek Falls Court |
| 2 Alhambra Plaza, Suite 601 | Las Vegas, NV 89118 |
| Miami, FL 33134 | Via Electronic Mail |
| (305) 740-1423 | *Counsel for Defendant Jaspreet Singh* |
| joseph@moskowitz-law.com | Ronald G. Acho |
| Via Electronic Mail | |

| | |
|---|---|
| Manuel A. Arteaga-Gomez<br>Grossman Roth Yaffa Cohen<br>2525 Ponce de Leon Blvd., Suite 1150<br>Coral Gables, FL 33134<br>(305) 442-8666<br>Fax: (305) 285-1668<br>aag@grossmanroth.com<br>Via Electronic Mail | **Cummings, McClorey, Davis & Acho, PLC**<br>17436 College Parkway<br>Livonia, MI   48152<br>Telephone: (734) 261-2400<br>Facsimile:  (734) 261-4510<br>racho@cmda-law.com<br>mcummings@cmda-law.com<br>Via Mail |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com<br>Via Electronic Mail | Defendant Jeremy Lefebvre<br>5201 PEAK CLIMB DR<br>LAS VEGAS, NV 89135-9101<br><br>Defendant Tom Nash<br>Address unknown<br>Via Eletronic Mail |
| Stuart Z. Grossman<br>Grossman, Roth, Yaffa, Cohen, PA<br>2525 Ponce de Leon Boulevard, Suite 1150<br>Coral Gables, FL 33134<br>305-442-8666<br>Fax: 285-1668<br>szg@grossmanroth.com<br>Via Electronic Mail | *Counsel for Ben Armstrong*<br>Jason L. Rindenau<br>4910 Tanya Lee Circle, 10212<br>Davie, FL 33328<br>(908) 415-6504<br>Jason @Jasonrindenau.law<br>Via Electronic Mail |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>tulrich@bsfllp.com<br>Via Electronic Mail | *Counsel for Creators Agency, Erika Kullberg, Brian Jung*<br>JOSE G. SEPULVEDA<br>STEARNS WEAVER MILLER<br>WEISSLER ALHADEFF & SITTERSON, P.A.<br>150 W. Flagler Street, Suite 2000<br>Miami, Florida 33130<br>jsepulveda@stearnsweaver.com<br>mfigueras@stearnsweaver.com |
| Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999,<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>Via Electronic Mail | |
| Michelle Genet Bernstein<br>Mark Migdal , Hayden<br>236 Costanera Road<br>Coral Gables, FL 33143<br>(917) 373-6226<br>michelle@markmigdal.com | |

**US District Court for the Southern District of Florida**

**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700**

| | |
|---|---|
| *Counsel for Plaintiff:* | Via Mail |
| Via Electronic Mail | Defendant, Sequoia Capital Operations, LLC |
| Amy Michelle Bowers | |
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Via Electronic Mail |
| 2 South Biscayne Boulevard, Suite 1600 | Jennifer Kennedy Park |
| Miami, FL 33131 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 305-614-1404 | 1841 Page Mill Road |
| Fax: 305-614-1425 | Palo Alto, CA 94304 |
| Email: abowers@sfslaw.com | Telephone: (650) 815-4130 |
| Via Electronic Mail | Facsimile: (650) 815-4199 |
| Jorge A. Perez Santiago | jkpark@cgsh.com |
| Stumphauzer Kolaya Nadler & Sloman, PLLC | Via Electronic Mail |
| Two South Biscayne Boulevard, Ste 1600 | Alexander C. Drylewski |
| Miami, FL 33131 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 305-614-1400 | One Manhattan West |
| Email: jperezsantiago@sknlaw.com | New York, NY 10001 |
| Via Electronic Mail | Telephone: (212) 735-3000 |
| Benjamin D. Reichard | Facsimile: (212) 735-2000 |
| Richard Haygood L.L.P. | alexander.drylewski@skadden.com |
| 201 St. Charles Avenue, 46th Floor | Via Electronic Mail |
| New Orleans, LA 70170 | Mark R.S. Foster |
| (504) 586-5252 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Email: breichard@fishmanhaygood.com | 525 University Avenue |
| Via Electronic Mail | Palo Alto, CA 94301 |
| C. Hogan Paschal | Telephone: (650) 470-4500 |
| Fishman Haygood L.L.P. | Facsimile: (650) 470-4570 |
| 201 St. Charles Avenue, 46th Floor | mark.foster@skadden.com |
| New Orleans, LA 70170 | |
| (504) 586-5252 | *Counsel for Silvergate Bank* |
| Email: hpaschal@fishmanhaygood.com | Via Electronic Mail |
| Via Electronic Mail | Polly Towill |
| James R. Swanson | Sheppard, Mullin, Richter & Hampton LLP |
| Fishman Haygood L.L.P. | 333 S. Hope Street, 48th Floor |
| 201 St. Charles Avenue, 46th Floor | Los Angeles, CA 90071 |
| New Orleans, LA 70170 | 213-620-1780 |
| (504) 586-5252 | Fax: 213-620-1398 |
| Email: jswanson@fishmanhaygood.com | Email: ptowill@sheppardmullin.comVia Mail |
| Via Electronic Mail | Defendant, Signature Bank |
| Kerry James Miller | 565 Fifth Avenue |
| Fishman Haygood LLP | New York, NY 70017 |
| 201 St. Charles Avenue, Suite 4600 | |
| New Orleans, LA 70170 | Via Mail |
| 504-586-5252 | |
| Email: kmiller@fishmanhaygood.com | |

|  |  |
|---|---|
| Via Electronic Mail<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>Via Electronic Mail<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Defendant, Deltec Bank and Trust Company<br>Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br>Via Mail<br>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br>Via Mail<br>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>Via Electronic Mail<br>*Counsel for  Thoma Bravo L.P.*<br>Mark McKane, P.C.<br>Anna Terteryan<br>Stephen Silva<br>KIRKLAND & ELLIS LLP<br>555 California Street San Francisco,<br>California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>mark.mckane@kirkland.com<br>anna.terteryan@kirkland.com<br>stephen.silva@kirkland.com<br><br>Via Electronic Mail<br>*Counsel for Paradigm Operations LP*<br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com<br>Via Electronic Mail<br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com<br>Via Mail<br>Defendant, Temasek Holdings (Private)<br>Limited |

|   |   |
|---|---|
|   | Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 |
|   | Via Mail |
|   | Defendant, Softbank Vision Fund (AIV M2) L.P. |
|   | Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 |
|   | Via Mail |
|   | Defendant, Ribbit Capital, L.P. Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 |
|   | Via Mail |
|   | Defendant,  Altimeter Capital Management, LP Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 |
|   | Via Mail |
|   | Defendant, Multicoin Capital Management LLC 501 West Ave., Apt. 3803 Austin, TX 78701 |
|   | Via Mail |
|   | Defendant,Tiger Global Management, LLC Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 |
|   | Via Mail |
|   | Defendant, Sino Global Capital Limited c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China |
|   | Via Mail |
|   | Defendant, Fenwick & West LLP Silicon Vally Center 801 California Street Mountain View, CA 94041 |
|   | Via Eletronic Mail |
|   | *Counsel for Prager Metis CPAs, LLC* Joanna R. Travalini Sidley Austin LLP 1 S. Dearborn Chicago, IL 60603 (312) 853-7000 |

<table>
<tr><td></td><td>

jtravalini@sidley.com

Via Electronic Mail

Irene Yang
Sidley Austin LLP
555 California St
San Francisco, CA
(415) 772-1230
irene.yang@sidley.com

Via Eletronic Mail

*Counsel for Defendant, Armanino, LLP*
Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202419-2149
mbosher@HuntonAK.com

Via Mail

Defendant, Softbank Group Corp.
Attn: SBGI Legal 1 Circle Star Way, 4F San
Carlos, CA 94070

</td></tr>
</table>

**US District Court for the Northern District of California**
**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**

| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
|---|---|
| Via Electronic Mail | Via Eletronic Mail |
| Frederic S. Fox<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com | Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>mbosher@HuntonAK.com |
| Via Electronic Mail | |
| Jeffrey Philip Campisi<br>Kaplan Fox and Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022<br>212-687-1980<br>jcampisi@kaplanfox.com | Via Electronic Mail<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103 |
| Via Electronic Mail | amortimer@HuntonAK.com |
| Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>212-687-7714<br>jstrauss@kaplanfox.com | Via Electronic Mail<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020 |
| Via Electronic Mail | |

Kathleen A. Herkenhoff
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4700
Kherkenhoff@kaplanfox.com
                          Via Electronic Mail
Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

khornbeck@HuntonAK.com
                          Via Electronic Mail
Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

*Counsel for Defendant Prager Metis CPAs,
LLC:*
                          Via Electronic Mail
Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com
                          Via Electronic Mail
Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com
                          Via Electronic Mail
Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com
                          Via Electronic Mail
Irene Yang
Sidley Austin LLP
555 California St
San Francisco, CA
(415) 772-1230
irene.yang@sidley.com

                          Via Electronic Mail
Tommy Hoyt
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-0914

312-853-7036
thoyt@sidley.com
                                    Via Electronic Mail
Defendant Samuel Bankman-Fried
c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                                    Via Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
                                    Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
                                    Via Mail
Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
                                    Via Electronic Mail

c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
                                    Via Mail
Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
And
                                    Via Electronic Mail

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com

| | +1 202 842 7800 phone |
|---|---|

| US District Court for the Northern District of California |
|---|
| **Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC** |

| *Counsel for Plaintiff:* | Via Electronic Mail |
|---|---|
| Via Electronic Mail | Defendant Samuel Bankman-Fried |
| P. Solange Hilfinger-Pardo | c/o Jeremy D. Mishkin |
| Edelson PC | Montgomery McCracken Walker & Rhoads |
| 150 California Street | LLP |
| 18th Floor | 1735 Market Street |
| San Francisco, CA 94111 | Philadelphia, PA 19103-7505 |
| 415-212-9300 | Direct: 215-772-7246 |
| shilfingerpardo@edelson.com | jmishkin@mmwr.com |
| Via Electronic Mail | Via Mail |
| Todd M. Logan | Defendant Caroline Ellison |
| Edelson PC | 327 Franklin Street |
| 150 California Street, 18th Floor | Newton, MA 02458 |
| San Francisco, CA 94111 | and |
| (415) 212-9300 | Via Electronic Mail |
| Fax: (415) 373-9435 | c/o Stephanie Avakian |
| tlogan@edelson.com | Wilmer Hale |
| | 2100 Pennsylvania Avenue NW |
| | Washington DC 20037 |
| | Phone: 202-663-6471 |
| | stephanie.avakian@wilmerhale.com |
| | Via Mail |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | and |
| | Via Electronic Mail |
| | c/o Alex B. Miller |
| | Fried Frank |
| | One New York Plaza |
| | New York, New York 10004 |
| | T: +1.212.859.8000 |
| | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| | Via Mail |
| | Defendant Nishad Singh |
| | 746 Jennifer Way |
| | Milpitas, CA 95035 |
| | And |
| | Via Electronic Mail |
| | c/o Andrew Goldstein |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |

|  | Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |
|--|--|

Via Mail

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

## US District Court for the Northern District of California
## Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620

| *Counsel for Plaintiff:* | Defendant Samuel Bankman-Fried |
|--|--|

*Counsel for Plaintiff:*
Via Electronic Mail
Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
310-405-7190
jpafiti@pomlaw.com
Via Electronic Mail
Eitan Kimelman
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
212-697-6484
212-697-7296
eitank@bgandg.com
Via Electronic Mail
J Alexander Hood, II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
ahood@pomlaw.com
Via Electronic Mail
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
jalieberman@pomlaw.com
Via Electronic Mail
Peretz Bronstein
Bronstein Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
212-697-6484

Defendant Samuel Bankman-Fried
Via Electronic Mail
c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
Via Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
Via Electronic Mail
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
Via Mail
Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
Via Electronic Mail
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
Via Mail
Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

| | |
|---|---|
| 212-697-7296<br>peretz@bgandg.com | And<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br><div align="right">Via Eletronic Mail</div>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>mbosher@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |

**US District Court for the Northern District of California**

**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**

| | |
|---|---|
| *Counsel for Plaintiffs:*<br><div align="right">Via Electronic Mail</div>Marshal Hoda<br>The Hoda Law Firm, PLLC | Defendant Samuel Bankman-Fried<br><div align="right">Via Electronic Mail</div>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads |

| | |
|---|---|
| 12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><div align="right">Via Electronic Mail</div>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com | LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><div align="right">Via Mail</div>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br><div align="right">Via Electronic Mail</div>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><div align="right">Via Mail</div>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><div align="right">Via Electronic Mail</div>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><div align="right">Via Mail</div>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br><div align="right">Via Eletronic Mail</div>Matthew P. Bosher<br>Hunton Andrews Kurth LLP |

2200 Pennsylvania Avenue, NW
Washington, DC 20037
202419-2149
mbosher@HuntonAK.com
<div align="right">Via Electronic Mail</div>

Ann Marie Mortimer
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2103
amortimer@HuntonAK.com
<div align="right">Via Electronic Mail</div>

Kirk Austin Hornbeck
Hunton Andrews Kurth LLP Los Angeles
Office
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2000
213-532-2020
khornbeck@HuntonAK.com
<div align="right">Via Electronic Mail</div>

Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

*Counsel for Prager Metis CPAs, LLC:*
<div align="right">Via Electronic Mail</div>

Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com
<div align="right">Via Electronic Mail</div>

Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com
<div align="right">Via Electronic Mail</div>

Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000

|  | San Francisco, CA 94104 |
|  | 415-772-7413 |
|  | 415-772-7400 |
|  | shemmendinger@sidley.com |
|  | *Via Electronic Mail* |
|  | Tommy Hoyt |
|  | Sidley Austin LLP |
|  | One S. Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-0914 |
|  | 312-853-7036 |
|  | thoyt@sidley.com |
|  | *Via Electronic Mail* |
|  | Irene Yang |
|  | Sidley Austin LLP |
|  | 555 California St |
|  | San Francisco, CA |
|  | (415) 772-1230 |
|  | irene.yang@sidley.com |

| **US District Court for the Northern District of California** |
| **Bhatia v. Silvergate Bank, Case No.: 3:23-cv-00667** |

| *Counsel for Plaintiff, Soham Bhatia:* | *Counsel for Silvergate Bank. Silvergate* |
|---|---|
| *Via Electronic Mail* | *Capital Corporation, and Alan J Lane* |
| Matthew W. Reiser , Reise | *Via Electronic Mail* |
| Reiserlaw | Polly Towill |
| 1475 N. Broadway, Suite 300 | Sheppard, Mullin, Richter & Hampton LLP |
| Walnut Creek, CA 94596 | 333 S. Hope Street, 48th Floor |
| (925) 256-0400 | Los Angeles, CA 90071 |
| Email: matthew@reiserlaw.com | 213-620-1780 |
| *Via Electronic Mail* | Fax: 213-620-1398 |
| Michael Joseph Reiser | Email: ptowill@sheppardmullin.com |
| Reiser Law p.c. | |
| 1475 N. Broadway, Suite #300 | |
| Walnut Creek, CA 94596 | |
| (925)256-0400 | |
| Fax: 925-476-0304 | |
| Email: Michael@reiserlaw.com | |

| **US District Court for the Northern District of California** |
| **Keane v. Silvergate Bank, et al., Case No. 4:23-cv-00670** |

| *Counsel for Plaintiff, Nicole Keane* | *Counsel for Silvergate Bank. And Silvergate* |
|---|---|
| *Via Electronic Mail* | *Capital Corporation* |
| Jack Fitzgerald | *Via Electronic Mail* |
| Fitzgerald Joseph, LLP | Polly Towill |
| 2341 Jefferson Street, Suite 200 | Sheppard, Mullin, Richter & Hampton LLP |

| | |
|---|---|
| San Diego, CA 92110<br>(619) 215-1741<br>Email: jack@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Caroline Emhardt<br>Fitzgerald LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: caroline@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: jdavis@bholaw.com<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: paul@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Thomas Joseph O'Reardon , II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: toreardon@bholaw.com<br><div align="right">Via Electronic Mail</div>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com | 333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| | |
|---|---|
| Via Electronic Mail<br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: trevor@fitzgeraldjoseph.com | |

**US District Court for the Northern District of California**

**Magleby, et al. v. Silvergate Bank, et al., No. 3:23-cv-00669**

| | |
|---|---|
| *Counsel for Plaintiffs:*<br>                        Via Electronic Mail<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br>                        Via Electronic Mail<br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com<br>                        Via Electronic Mail<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: tomw@girardsharp.com<br>                        Via Electronic Mail<br>Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com<br>                        Via Electronic Mail<br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101 | *Counsel for Silvergate Bank. And Silvergate*<br>*Capital Corporation*<br>                        Via Electronic Mail<br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| | |
|---|---|
| 619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com | |

| | |
|---|---|
| **US District Court for the Northern District of California**<br>**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336** | |

| | |
|---|---|
| *Counsel for Plaintiff, Elliott Lam:*<br>Via Electronic Mail<br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br>Via Electronic Mail<br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>kkessler@audetlaw.com<br>Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>Via Electronic Mail<br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415-568-2555<br>415-568-2556<br>lkuang@audetlaw.com<br>Via Electronic Mail<br>Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com<br><br>*Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:* | Via Electronic Mail<br>Defendant Sam Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>Via Electronic Mail<br>Defendant Caroline Ellison<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>Via Electronic Mail<br>Defendant Golden State Warriors, LLC<br>c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |

<div style="text-align: right">Via Electronic Mail</div>

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

<div style="text-align: right">Via Electronic Mail</div>

Todd M. Logan
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
415-373-9435
tlogan@edelson.com

*Counsel for Plaintiff, Russell Hawkins:*

<div style="text-align: right">Via Electronic Mail</div>

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

*Counsel for Plaintiff, Stephen T. Pierce:*

<div style="text-align: right">Via Electronic Mail</div>

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

<div style="text-align: right">Via Electronic Mail</div>

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

| US District Court for the Northern District of California | |
| --- | --- |
| **Rabbitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655** | |
| *Counsel for Plaintiff* | *Counsel for Sequoia Capital Operations, LLC* |
| Via Electronic Mail | Via Electronic Mail |

Shawn A. Williams
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com
                          Via Electronic Mail
Anny Marie Martin
Robbins Geller Rudman & Dowd LLP
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd., Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: amartin@rgrdlaw.com
                          Via Electronic Mail
Brian Edward Cochran
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
Fax: (619) 231-7423
Email: BCochran@rgrdlaw.com
                          Via Electronic Mail
Eric Ian Niehaus
Robbins Geller Rudman and Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619-231-1058
Fax: 619-231-7423
Email: ericn@rgrdlaw.com
                          Via Electronic Mail
Hadiya Khan Deshmukh
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
Fax: (415) 288-4534
Email: hdeshmukh@rgrdlaw.com
                          Via Electronic Mail
Kenneth P. Dolitsky
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058

Jennifer Kennedy Park
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Rd
Suite 250
Palo Alto, CA 94304
650-815-4100
Email: jkpark@cgsh.com
                          Via Electronic Mail
Joshua Walden
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Palo Alto, CA 94304
650-815-4160
Email: jwalden@cgsh.com
                          Via Electronic Mail
Ye Eun Chun
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Palo Alto, CA 94304-1254
650-815-4111
Email: chchun@cgsh.com
                          Via Electronic Mail
*Counsel for Thoma Bravo,*
Mark Edward McKane
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1473
Fax: (415) 439-1500
Email: mark.mckane@kirkland.com
                          Via Electronic Mail
Anna Terteryan
Kirkland and Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
415-439-1864
Fax: 415-439-1500
Email: anna.terteryan@kirkland.com
                          Via Electronic Mail
Stephen M. Silva
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1359
Email: stephen.silva@kirkland.com
                          Via Electronic Mail
*Counsel for Paradigm Operations LP*
Alexander C. Drylewski

| | |
|---|---|
| Fax: (619) 231-7423<br>Email: kdolitsky@rgrdlaw.com<br><div align="right">Via Electronic Mail</div>Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: sdavidson@rgrdlaw.com | Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com<br><div align="right">Via Electronic Mail</div>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com |

**US District Court for the Northern District of California**

**Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945**

| | |
|---|---|
| *Counsel for Plaintiff*<br><div align="right">Via Electronic Mail</div>Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>Fax: (415) 905-8880<br>Email: azram@themehdifirm.com<br><div align="right">Via Electronic Mail</div>John C. Herman<br>Herman Jones LLP<br>3424 Peachtree Road, NE Suite 1650<br>Atlanta, GA 30326<br>Phone No. 404-504-6500<br>Fax No. 404-504-6501<br>jherman@hermanjones.com | *Counsel for Sequoia Capital Operations, LLC*<br><div align="right">Via Electronic Mail</div>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd<br>Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>Email: jkpark@cgsh.com<br><div align="right">Via Electronic Mail</div>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>650-815-4160<br>Email: jwalden@cgsh.com<br><div align="right">Via Electronic Mail</div>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304-1254<br>650-815-4111<br>Email: chchun@cgsh.com<br><div align="right">Via Electronic Mail</div>*Counsel for Thoma Bravo,*<br>Mark Edward McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473 |

Fax: (415) 439-1500
Email: mark.mckane@kirkland.com
<div align="right">Via Electronic Mail</div>

Anna Terteryan
Kirkland and Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
415-439-1864
Fax: 415-439-1500
Email: anna.terteryan@kirkland.com
<div align="right">Via Electronic Mail</div>

Stephen M. Silva
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1359
Email: stephen.silva@kirkland.com
<div align="right">Via Electronic Mail</div>

*Counsel for Paradigm Operations LP*
Alexander C. Drylewski
Skadden, Arps, Slate, Meagher Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Fax: 212-735-2000
Email: alexander.drylewski@skadden.com
<div align="right">Via Electronic Mail</div>

Mark R.S. Foster
Skadden Arps Slate Meagher & Flom LLP
525 University Ave. Ste 1400
Palo Alto, CA 94103
(650) 470-4580
Fax: (650) 470-4570
Email: mark.foster@skadden.com

**US District Court for the Southern District of California**
**Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981**

| *Counsel for Plaintiff* | *Counsel for Defendant Silvergate Bank* |
|---|---|
| <div align="right">Via Electronic Mail</div> Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<div align="right">Via Electronic Mail</div>Daniel C. Girard | <div align="right">Via Electronic Mail</div> John Michael Landry<br>Sheppard Mullin Richter &<br>Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com |

Girard Sharp LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
415-981-4846
dgirard@girardsharp.com
Via Electronic Mail

Jason S Hartley
Hartley LLP
101 West Broadway, Suite 820
San Diego, CA 92101
619-400-5822
619-400-5832
hartley@hartleyllp.com
Via Electronic Mail

Jason M. Lindner
Stueve Siegel Hanson LLP
550 West C Street, Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com
Via Electronic Mail

Makenna Cox
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
mcox@girardsharp.com

Via Electronic Mail

Madalyn Annabel Macarr
Sheppard Mullin Richter &
Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com
Via Electronic Mail

Polly Towill
Sheppard Mullin Richter and
Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071 213-
617-5480
213-620-1398
ptowill@sheppardmullin.com

*Counsel for Defendant Silvergate Capital
Corporation*
Via Electronic Mail

John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com
Via Electronic Mail

Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com
Via Electronic Mail

Polly Towill
Sheppard Mullin Richter and Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-617-5480
213-620-1398
ptowill@sheppardmullin.com

*Counsel for Defendant Alan J. Lane*
Via Electronic Mail

|  | John Michael Landry |
|  | Sheppard Mullin Richter & Hampton |
|  | 333 South Hope Street |
|  | 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-620-1780 |
|  | 213-620-1398 |
|  | jlandry@sheppardmullin.com |
|  | Via Electronic Mail |
|  | Madalyn Annabel Macarr |
|  | Sheppard Mullin Richter & Hampton |
|  | 333 S. Hope Street. 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-620-1780 |
|  | 213-620-1398 |
|  | mmacarr@sheppardmullin.com |
|  | Via Electronic Mail |
|  | Polly Towill |
|  | Sheppard Mullin Richter and Hampton LLP |
|  | 333 South Hope Street, 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-617-5480 |
|  | 213-620-1398 |
|  | ptowill@sheppardmullin.com |

**US District Court for the Southern District of California**

**Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,**

**Case No.: 3:22-CV-01901**

| *Counsel for Plaintiffs* | *Counsel for Defendanst Silvergate Capital* |
|  Via Electronic Mail | *Corporation, Christopher M. Lane, Alan J.* |
| Caroline S. Emhardt | *Lane, Tyler J. Pearson, Jason Brenier* |
| Fitzgerald Joseph LLP | Via Electronic Mail |
| 2341 Jefferson Street, Suite 200 | Polly Towill |
| San Diego, CA 92110 | Sheppard Mullin Richter and Hampton LLP |
| 619-215-1741 | 333 South Hope Street, 43rd Floor |
| caroline@fitzgeraldjoseph.com | Los Angeles, CA 90071 |
| Via Electronic Mail | 213-617-5480 |
| Jack Fitzgerald | 213-620-1398 |
| Fitzgerald Joseph LLP | ptowill@sheppardmullin.com |
| 2341 Jefferson Street, Suite 200 | Via Electronic Mail |
| San Diego, CA 92110 | John Michael Landry |
| 619-215-1741 | Sheppard Mullin Richter & Hampton |
| 619-331-2943 | 333 South Hope Street, 43rd Floor |
| jack@fitzgeraldjoseph.com | Los Angeles, CA 90071 |
| Via Electronic Mail | 213-620-1780 |
| James M. Davis, IV | 213-620-1398 |
| Casey Gerry LLP | jlandry@sheppardmullin.com |
| 110 Laurel Street, San Diego, CA 92101 |  |

| | |
|---|---|
| 619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com<br><div align="right">Via Electronic Mail</div>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br><div align="right">Via Electronic Mail</div>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com<br><div align="right">Via Electronic Mail</div>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | <div align="right">Via Electronic Mail</div>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

**US District Court for the Southern District of California**

**Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038**

| | |
|---|---|
| *Counsel for Plaintiffs Andrawes Husary,*<br>*Francisco De Tomaso, Soham Bhatia,*<br>*Michael Hawwa:*<br><div align="right">Via Electronic Mail</div>Isabella Martinez | *Counsel for Defendanst Silvergate Capital*<br>*Corporation, Silvergate Bank, and Alan J.*<br>*Lane*<br><div align="right">Via Electronic Mail</div>Polly Towill |

Reiser Law PC
1475 North Broadway, Suite 300
Walnut Creek, CA 94596
925-256-0400
isabella@reiserlaw.com
                              Via Electronic Mail

Jason S Hartley
Hartley LLP
101 West Broadway, Suite 820
San Diego, CA 92101
619-400-5822
619-400-5832
hartley@hartleyllp.com
                              Via Electronic Mail

Jason Kenneth Kellogg
Levine Kellogg Lehman Schneider &
Grossman
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
jk@lklsg.com
                              Via Electronic Mail

Jason M. Lindner
Stueve Siegel Hanson LLP
550 West C Street, Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com(Inactive)
                              Via Electronic Mail

Marcelo Diaz-Cortes
Levine Kellogg Lehman Schneider &
Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
md@lklsg.com
                              Via Electronic Mail

Matthew Whitacre Reiser
Reiser Law PC
1475 North Broadway, Suite 300
Walnut Creek, CA 94596
925-256-0400
matthew@reiserlaw.com
                              Via Electronic Mail

Michael J Reiser

Sheppard Mullin Richter and Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-617-5480
213-620-1398
ptowill@sheppardmullin.com
                              Via Electronic Mail

John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com
                              Via Electronic Mail

Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton 333 S.
Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com

| | |
|---|---|
| Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Victoria J. Wilson*<br><div align="right">Via Electronic Mail</div>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com | |

| | |
|---|---|
| **U.S. District Court Southern District of New York**<br>**Statistica Capital Ltd. et al v. Signature Bank,  Case No. 1:23-cv-00993** | |
| *Counsel for Plaintiffs, Statistica Capital Ltd.,*<br>*and Statistica Ltd*<br><div align="right">Via Electronic Mail</div>Caroline Emhardt<br>2341 Jefferson St, Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: caroline@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>James Davis<br>Blood Hurst & O'Reardon<br>501 W Broadway, Ste 1490<br>San Diego, CA 92101<br>619-338-1100<br>Email: jdavis@bholaw.com<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson St., Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Paul K Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street. Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: paul@fitzgeraldjoseph.com | *Counsel for Defendant, Signature Bank*<br>*Elizabeth M. Sacksteder*<br><div align="right">Via Electronic Mail</div>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Fax: 212-757-3990<br>Email: esacksteder@paulweiss.com<br><div align="right">Via Electronic Mail</div>H. Christopher Boehning<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3061<br>Fax: 212-757-3990<br>Email: cboehning@paulweiss.com<br><div align="right">Via Electronic Mail</div>Jessica Sombat Carey<br>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212)-373-3566<br>Fax: (212)-492-0566<br>Email: jcarey@paulweiss.com |

|  |  |
|---|---|
| Via Electronic Mail<br>Thomas J. O'Reardon , II<br>Blood Hurst & O'reardon, LLP<br>600 B Street, Suite 1550<br>San Diego, CA 92101<br>(619)-338-1100<br>Fax: (619)-338-1101<br>Email: toreardon@bholaw.com<br>Via Electronic Mail<br>Timothy Gordon Blood<br>Blood Hurst & O'Reardon LLP<br>600 B Street Suite 1550<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: tblood@bholaw.com<br>Via Electronic Mail<br>Trevor Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: trevor@fitzgeraldjoseph.com<br>Via Electronic Mail<br>John Joseph Fitzgerald , IV<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Fax: 619-331-2943<br>Email: jack@fitzgeraldjoseph.com |  |

**United States District Court for the District of New Jersey**
**Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389**

| *Counsel for Plaintiffs* | *Counsel for Prager Metis CPAs, LLC:* |
|---|---|
| Via Electronic Mail<br>ANTHONY SCORDO<br>1425 POMPTON AVENUE<br>CEDAR GROVE, NJ 07009<br>973 837-1861<br>Email: anthonyscordo@msn.com | Via Electronic Mail<br>Meredith Kaplan Stoma<br>Lewis Brisbois Bisgaard & Smith LLP<br>Newark<br>1 Riverfront Plaza, Suite 800<br>Newark, NJ 07102<br>(973) 577-6260<br>Email: meredith.stoma@lewisbrisbois.com<br>Via Electronic Mail<br>Peter Thomas Shapiro<br>Lewis Brisbois Bisgaard & Smith LLP<br>77 Water St., Suite 2100 |

New York, NY 10005
(212) 232-1322
Fax: (212) 232-1399
Email: peter.shapiro@lewisbrisbois.com
Via Electronic Mail

Amy Canning
Lewis Brisbois Bisgaard & Smith LLP
Newark
1 Riverfront Plaza, Suite 800
Newark, NJ 07102
203-722-3105
Email: amiecanning@gmail.com
Via Electronic Mail

Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com
Via Electronic Mail

Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com
Via Electronic Mail

Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com
Via Electronic Mail

Tommy Hoyt
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-0914
312-853-7036
thoyt@sidley.com
Via Electronic Mail

Irene Yang
Sidley Austin LLP
555 California St
San Francisco, CA

|  | (415) 772-1230<br>irene.yang@sidley.com<br><br><br>*Counsel for* ARMANINO LLC<br>Via Eletronic Mail<br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>mbosher@HuntonAK.com<br><br><br>Via Electronic Mail<br>**Justin Taylor Quinn**<br>Robinson Miller LLC<br>Ironside Newark<br>110 Edison Place, Suite 302<br>Newark, NJ 07102<br>973-690-5400<br>Email: jquinn@rwmlegal.com<br>Via Electronic Mail<br>Torsten Michael Kracht<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>Email: tkracht@HuntonAK.com |
|---|---|

Dated: May 22, 2023                    Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street

Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By: _/s/ Stephen Neal Zack_**
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By: _/s/Jose M. Ferrer_**
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*