**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | **MDL Docket 3076** |

**<u>PARTIES REPRESENTED LIST</u>**

Plaintiffs:

> Leandro Cabo,
> Erica Leeds,
> Kathy Bibby,
> Sean Flood, and
> Vardan Balayan