## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

**MDL Docket 3076**

## <u>SCHEDULE OF ACTIONS</u>

| *Cabo et al. v. Sequoia Capital Operations, LLC et al.* (N.D. Cal. 3:23-cv-02222) | | | |
|---|---|---|---|
| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
| Plaintiffs:<br>Leandro Cabo<br>Erica Leeds<br>Kathy Bibby<br>Sean Flood<br>Vardan Balayan<br><br>Defendants:<br>Sequoia Capital Operations, LLC<br>Armanino LLP<br>Prager Metis CPAS, LLC | United States District Court for the Northern District of California | 3:23-cv-02222 | Sallie Kim |