BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket 3076 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on May 22, 2023, a copy of the foregoing Plaintiffs' Interested Party Response In Support of the Motion to Transfer and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email or mail as follows:

| US District Court for the Northern District of California<br>Cabo et al. v. Sequoia Capital Operations, LLC, Case No.: 3:23-cv-02222 ||
|---|---|
| *Counsel for Plaintiffs Leandro Cabo, Erica Leeds, Sean Flood, Vardan Balayan and Kathy Bibby:*<br><br>Via Electronic Mail<br>K. Rachel Lanier (SBN 343171)<br>Rachel.Lanier@lanierlawfirm.com<br>**THE LANIER LAW FIRM, P.C.**<br>2829 Townsgate Rd Suite 100<br>Westlake Village, California 91361<br>Telephone: (713) 659-5200<br><br>Via Electronic Mail<br>W. Mark Lanier<br>WML@lanierlawfirm.com<br>Alex J. Brown<br>Alex.Brown@lanierlawfirm.com<br>John Davis LaBarre<br>Davis.LaBarre@lanierlawfirm.com<br>**THE LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N<br>Houston, Texas 77064<br>Telephone: (713) 659-5200<br>Facsimile: (713) 659-2204 | *Counsel for Defendant Sequoia Capital Operations LLC:*<br><br>Via Electronic Mail<br>Jennifer Kennedy Park<br>jkpark@cgsh.com<br>Joshua Walden<br>jwalden@cgsh.com<br>Ye Eun Chun<br>chchun@cgsh.com<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Rd., Suite 250<br>Palo Alto, California 94304<br>Telephone: (650) 815-4100<br><br>*Counsel for Defendant Prager Metis CPAs, LLC:*<br><br>Via Electronic Mail<br>Joanna R. Travalini<br>jtravalini@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1 S. Dearborn<br>Chicago, Illinois 60603 |

| | |
|---|---|
| *Counsel for Consol Plaintiffs Patrick Rabbitte and Mark Girshovich:*<br><br><div align="center">Via Electronic Mail</div>Stuart Andrew Davidson<br>sdavidson@rgrdlaw.com<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>225 NE Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br> Telephone: (561) 750-3000 | Telephone: (312) 853-7000<br><br>*Counsel for Defendant Armanino LLP*<br><br><div align="center">Via Electronic Mail</div>Matthew P. Bosher<br>mbosher@huntonAK.com<br>**HUNTON ANDREWS KURTH LLP**<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037<br>Telephone: (202) 955-1500 |

Dated: May 22, 2023

                                                  Respectfully submitted,

*/s/ Rachel Lanier*
_____
K. Rachel Lanier (SBN 343171)
Rachel.Lanier@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
2829 Townsgate Rd Suite 100
Westlake Village, California 91361
Telephone: (713) 659-5200

W. Mark Lanier
WML@lanierlawfirm.com
Alex J. Brown
Alex.Brown@lanierlawfirm.com
John Davis LaBarre
Davis.LaBarre@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N
Houston, Texas 77064
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204

***Attorneys for Leandro Cabo, et al.***