UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                                                 MDL No. 3076

NOTICE OF MAJOR DEFICIENCY

The following deficiency is considered MAJOR:

    Pleading No. 123 is out of time. Briefing in this matter closed on March 20, 2023. (See Doc. No. 74)

See Panel Rule 6.3.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel