BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related action that was filed after the initial motion to transfer in this case:

1. *Kenny Imbert v. Samuel Bankman-Fried, Zixiao "Gary" Wang, Nishad Singh and Caroline Ellison*, Northern District of California, Case No. 3:23-cv-02475 (Filed May 19, 2023)

A Schedule of Action is attached to this Notice. A copy of the docket sheet and complaint is attached as Exhibit A to this Notice. The complaint shares common questions of fact and law and is premised on the same core issues as the other actions pending before the Panel, and is therefore a "Related Action" for the purpose of this proceeding.

Dated: May 22, 2023

Respectfully submitted,
**AUDET & PARTNERS, LLP**

/s/ William M. Audet

William M. Audet (117456)
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
Tel: 415/568-2555
415/568-2556 (fax)
waudet@audetlaw.com

*Counsel For Kenny Imbert,
U.S.D.C. Northern District of California,
Case No.23-cv-02475*

1