**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

**SCHEDULE OF ACTION**

| | Case Captions | Case No. | Court | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:** Kenny Imbert **Defendants:** Samuel Bankman-Fried, Zixiao "Gary" Wang, Nishad Singh and Caroline Ellison | Case No. 3:23-cv-02475 | N.D. Cal. | Pending |

1