**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

## NOTICE OF WITHDRAWAL

The undersigned counsel hereby withdraws the previously filed Notice of Appearance [Dkt. 121] and Plaintiffs' Interested Party Response in Support of the Motion to Transfer [Dkt. 122] as these documents were filed in the incorrect case number. Plaintiffs in the *Cabo, et al. v. Sequoia Capital Operations, LLC et al.*, Case No. 3:23-cv-02222, will refile the Notice of Appearance and Plaintiffs' Interested Party Response in Support of the Motion to Transfer into the correct case.

Dated: May 24, 2023

*/s/ Rachel Lanier*

K. Rachel Lanier (SBN 343171)
Rachel.Lanier@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
2829 Townsgate Rd Suite 100
Westlake Village, California 91361
Telephone: (713) 659-5200

W. Mark Lanier
WML@lanierlawfirm.com
Alex J. Brown
Alex.Brown@lanierlawfirm.com
John Davis LaBarre
Davis.LaBarre@lanierlawfirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204

*Attorneys for the Plaintiffs and the Putative Class Members*