## EXHIBIT A

**Supplement to "5. Parties Represented":**

- Parties represented by Brittany M.J. Record:

  - Defendant Thomas Brady in *Norris et al v. Brady et al*, Case No. 1:23-cv-20439-KMM (S.D. Fla.) (the "*Norris* Action") and *Garrison v. Bankman-Fried et al*., Case No. 1:22-cv-23753-KMM (S.D. Fla.) (the "*Garrison* Action");

  - Defendant Gisele Bündchen in the *Garrison* Action; and

  - Defendant Lawrence Gene David in the *Garrison* Action.

- Pursuant to Rule 11.1(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Ms. Record's presentation will present the views of the parties listed below, who joined in the Response in Opposition filed by Andrew B. Clubok at Docket 56:

  - Defendant Kevin O'Leary in the *Norris* Action and in the *Garrison* Action;

  - Defendant David Ortiz in the *Norris* Action and in the *Garrison* Action; and

  - Defendant William Trevor Lawrence in the *Garrison* Action.

**Supplement to "6. Short Case Caption[s]":**

- *Garrison v. Bankman-Fried et al*., Case No. 1:22-cv-23753-KMM (S.D. Fla.); and

- *Norris et al v. Brady et al*, Case No. 1:23-cv-20439-KMM (S.D. Fla.).