BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **DEFENDANT GOLDEN STATE WARRIORS, LLC'S AMENDED RESPONSE TO PETITIONERS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 AND NOTICE OF JOINDER TO ECF NO. 56** and **Proof of Service** were served on all parties electronically via CM/ECF on May 25, 2023, and via United States first-class mail, postage prepaid, on May 25, 2023, upon the following:

| SERVICE LIST |
|---|
| **O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 (S.D. Fla.)** |
| Altimeter Capital Management, LP<br>Through Its Registered Agent, The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 |

Multicoin Capital Management LLC
501 West Avenue
Apt. 3803
Austin, TX 78701

Ribbit Capital, LP
Steven P. Ragland
Keker, Van Nest & Peters LLP
633 Battery Street, San Francisco, CA 94111
sragland@keker.com
(415) 391-5400

Sino Global Capital Limited
C/O Matthew Graham
Chaoyang, Beijing
Beijing Shi, 100125
China

Softbank Group Corp.
1 Circle Star Way
4F
San Carlos, CA 94070

Softbank Vision Fund (AIV M2) L.P.
c/o Registered Agent Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Temasek Holdings (Private) Limited
c/o Registered Agent Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Jean Chalopin
Deltec House, Lyford Cay
Nassau, Bahamas

**Garrison et al v. Paffrath et al., No. 1:23-CV-21023 (S.D. Fla.)**

Kevin Paffrath
8219 Quartz Street
Ventura, CA 93004

Graham Stephan
5193 Steel Hammer Drive
Las Vegas, NV

Andrei Jikh
5667 Deer Creek Falls Court
Las Vegas, NV 89118
Brian Jung
12394 Potomac Hunt Rd.
Gaithersburg, MD 20878

Jeremy Lefebvre
5201 PEAK CLIMB DR
LAS VEGAS, NV 89135-9101

Ben Armstrong
4944 Oglethorpe Loop NW
Acworth, GA 30101

Erika Kullberg
40 Wateside Plz, Apt 11D
New York, NY 10010

Creators Agency
Register Agent: Register Agent Inc.
30 N Gould St. Ste R
Sheridan, WY 82801

Dated: May 25, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Matthew S. Kahn*
        Matthew S. Kahn

555 Mission Street
Suite 3000
San Francisco, CA  94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306
Email:  MKahn@gibsondunn.com

*Attorney for Defendant Golden State Warriors, LLC*