**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**MOTION FOR LEAVE TO FILE DEFENDANT GOLDEN STATE WARRIORS, LLC'S AMENDED RESPONSE TO PETITIONERS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 AND NOTICE OF JOINDER TO ECF NO. 56**

Per the instruction of Operations Supervisor Delora Davis, Defendant Golden State Warriors, LLC ("GSW") hereby files this motion for leave to file DEFENDANT GOLDEN STATE WARRIORS, LLC'S AMENDED RESPONSE TO PETITIONERS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 AND NOTICE OF JOINDER TO ECF NO. 56, which is attached as Exhibit A. Good cause exists for this motion because recent events—namely, the May 24, 2023 dismissal of GSW as a defendant in *Lam v. Bankman-Fried*, Case No. 22−cv−07336−JSC (N.D. Cal.)—have caused GSW to change its position on whether an MDL is appropriate. *See* Exhibit A. For this reason, GSW respectfully requests that the Panel grant this motion.

Dated: May 26, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Matthew S. Kahn*
    Matthew S. Kahn

555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email: MKahn@gibsondunn.com

*Attorney for Defendant Golden State Warriors, LLC*