# Exhibit A

**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**DEFENDANT GOLDEN STATE WARRIORS, LLC'S AMENDED RESPONSE TO PETITIONERS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 AND NOTICE OF JOINDER TO ECF NO. 56**

Defendant Golden State Warriors, LLC ("GSW") submits this brief to notify the Panel that, in light of very recent developments, it has changed its position on Petitioner's Motion for Transfer of Related Actions (ECF No. 1) (the "Motion"). GSW previously informed the Panel that it took no position on the Motion, but that if the Panel decides that an MDL is appropriate, the MDL should be centralized in the Northern District of California where GSW was named as a defendant in *Lam v. Bankman-Fried*, Case No. 22−cv−07336−JSC (N.D. Cal.) ("*Lam*"). ECF No. 50.

GSW no longer takes this position because it was dismissed from the *Lam* action yesterday, May 24, 2023. *Lam*, ECF No. 66. GSW now is a defendant in just one of the actions subject to the Motion: *Garrison v. Bankman-Fried*, Case No. 22-cv-23753-KMM (S.D. Fla.). Accordingly, GSW now <u>opposes</u> the Motion for the reasons set forth in the memorandum in opposition to the Motion submitted by Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Kevin O'Leary, David Ortiz, and William Trevor Lawrence, ECF No. 56, which GSW hereby joins.

However, to the extent the Panel decides that the claims against GSW should be subject to an MDL, GSW submits that any such MDL should be centralized in the Northern District of California.

| | |
|---|---|
| Dated: May 26, 2023 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ *Matthew S. Kahn* |
| |     Matthew S. Kahn |

555 Mission Street
Suite 3000
San Francisco, CA  94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306
Email:  MKahn@gibsondunn.com

*Attorney for Defendant Golden State Warriors, LLC*

2