**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**AMENDED PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 23, 2023, a copy of the Notice of Related Action, Schedule of Actions and Exhibits were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all parties for the Related Case, *Kenny Imbert v. Samuel Bankman-Fried et al.*, Case No. 23-cv-02475 (N.D. Cal.), as indicated below:

**Counsel for Samuel Bankman- Fried**
**Case No. 23-cv-02475-JSC (N.D. Cal.)**

**Via Email**
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
(215) 772-7246 (telephone)
jmishkin@mmwr.com

---

**Counsel for Caroline Ellison**
**Case No. 23-cv-02475-JSC (N.D. Cal.)**
**Via U.S. Mail and Email**

**Via U.S. Mail**
Caroline Ellison 327 Franklin Street
Newton, MA 02458 and
**Via Email**
C/O Nick Werle, Peter G. Neiman, Anjan Sahni
Wilmer Hale
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8810 (telephone)

|  |
|---|
| nick.werle@wilmerhale.com<br>peter.neiman@wilmerhale.com<br>anjan.sahni@wilmerhale.com |
| **Counsel for Zixiao "Gary" Wang**<br>**Case No. 23-cv-02475-JSC (N.D. Cal.)**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Zixiao "Gary" Wang 304 Island Lane<br>Egg Harbor Township, NJ 08234<br>And<br>**Via Email**<br>C/O Alex B. Miller Fried Frank<br>One New York Plaza New York, NY 10004<br>(212) 859-8000 (telephone)<br>alex.miller@friedfrank.com |
| **Counsel for Nishad Singh**<br>**Case No. 23-cv-02475-JSC (N.D. Cal.)**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br>**Via Email**<br>C/O Andrew Goldstein Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004-2400<br>(202) 842-7800 (telephone)<br>agoldstein@cooley.com |

Respectfully submitted,
**AUDET & PARTNERS, LLP**

Dated: May 30, 2023        /s/ William M. Audet

   William M. Audet (117456)
   711 Van Ness Ave., Suite 500
   San Francisco, CA 94102
   Tel: 415/568-2555
   415/568-2556 (fax)
   waudet@audetlaw.com

2

*Counsel For Kenny Imbert,*
*U.S.D.C. Northern District of California,*
*Case No. 23−cv−02475*