**JUDICIAL PANEL FOR MULTI-DISTRICT LITIGATION**

**MDL No. 3076**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

Edward Lehman (IL SBN 6194489)*
elehman@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Jacob Blacklock (TX SBN 24079835)*
jblacklock@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Anthony Scordo, Esq., PC
NJ Atty ID - 024591987
1425 Pompton Avenue, Suite 2-2
Cedar Grove, New Jersey 07009
(973) 837-1861
*Attorney for Plaintiffs*

| | |
|---|---|
| LUCKY D., an individual; JONG R.D., an individual; HOW YUAN, an individual; S. ROBERTS, an individual; B. KEN, an individual; J. BELL, an individual; MoreBet Limited., a United Kingdom Limited liability company; L. ZHAO, an individual; KHOO WING, an individual; P. DEVIN, an individual; SUNLI, an individual; LOODS B.V., a European Union limited liability company; S. JAMES, an individual; YANG HOW, an individual; K. DAVID, an individual; EDWARD JOHNS, an individual; NICKLE LEE, an individual; S. JONG, an individual; DRAKE HK, a Hong Kong limited liability company; and JUSTIN BERK, an individual | Civil Action No.: 2:23-cv-00389 MCA-JRA |

*Plaintiffs,*

v.

PRAGER METIS, LLP
a New York limited liability partnership; and

ARMANINO, LLC
a California limited liability partnership;

*Defendants,*

## PROOF OF SERVICE

I, Anthony Scordo, being of full age hereby certifies as follows:

1. I am an attorney for plaintiffs, with respect to the above referenced matter.

2. On June 13, 2023, I filed by ECF with the Judicial Panel for Multi-District Litigation a letter in opposition to transfer of the matter from the District of New Jersey to the Southern District of Florida. I hereby certify that the foregoing statements are true and correct to the best of my knowledge and that if any of the foregoing statements are false, I am subject to punishment.

| | |
|---|---|
| Dated: June 14, 2023 | s/ Anthony Scordo |
| | _____ |
| | ANTHONY SCORDO |