**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: FTX Cryptocurrency Exchange Collapse Litigation     MDL No. **3076**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure Statement were served on all parties in the following case electronically via ECF, or as indicated below, on June 14, 2023.

*Lucky D., et al. v. Prager Metis, LLP & Armanino*, LLC, D. New Jersey No. 2:23-cv-00389-MCA-JRA

**Served via Email**

| | |
|---|---|
| Anthony Scordo<br>Anthony Scordo, Esq., PC<br>1425 Pompton Avenue<br>Cedar Grove, NJ 07009<br>(973) 837-1861<br>anthonyscordo@msn.com | Edward Eugene Lehman (*pro hac vice*)<br>Jacob Blacklock (*pro hac vice*)<br>Lehman, Lee & Xu<br>Suite 3313, Tower One, Times Square<br>1 Matheson St., Causeway Bay<br>Hong Kong SAR<br>(852) 3588-2188<br>elehman@lehmanlaw.com<br>jblacklock@lehmanlaw.com |

**Counsel for *Lucky D.* Plaintiffs**

Dated:  June 14, 2023

Respectfully submitted,

By: */s/ Joanna R. Travalini*
Joanna R. Travalini
**SIDLEY AUSTIN LLP**
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant
Prager Metis CPAs, LLC*