# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & Title - **IN RE**: __FTX Collapse Litigation__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant Armanino LLP

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

*Lucky D., et al. v. Prager Metis, LLP & Armanino, LLC*; D. N.J. No. 2:23-cv-00389-MCA-JRA

[Note: Complaint erroneously refers to Prager Metis CPAs, LLC as "Prager Metis, LLP" and to Armanino LLP as "Armanino, LLC"]

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 6/28/2023 | /s/ Matthew P. Bosher |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Matthew P. Bosher, Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW, Suite 900
Washington, DC 20037

Telephone No.: (202) 955-1500      Fax No.: (202) 788-2201

Email Address: mbosher@huntonak.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX Cryptocurrency Exchange Collapse Litigation        MDL No. 3076

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance was served on all parties in the following case electronically via ECF on June 28, 2023.

*Lucky D., et al. v. Prager Metis, LLP & Armanino*, LLC
D. New Jersey No. 2:23-cv-00389-MCA-JRA

Anthony Scordo
Anthony Scordo, Esq., PC
1425 Pompton Avenue
Cedar Grove, NJ 07009
(973) 837-1861
anthonyscordo@msn.com

Edward Eugene Lehman (*pro hac vice*)
Jacob Blacklock (*pro hac vice*)
Lehman, Lee & Xu
Suite 3313, Tower One, Times Square
1 Matheson St., Causeway Bay
Hong Kong SAR
(852) 3588-2188
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

*Counsel for Lucky D. Plaintiffs*

Joanna R. Travalini
SIDLEY AUSTIN LLP
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant Prager Metis CPAs, LLC*

Dated: June 28, 2023

Respectfully submitted,

By: */s/ Matthew P. Bosher*
Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW, Suite 900
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 788-2201
mbosher@huntonak.com

*Counsel for Defendant Armanino LLP*