# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & TITLE - IN RE: __FTX Collapse Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Lucky D., et al. v. Prager Metis, LLP & Armanino, LLC; D. N.J. No. 2:23-cv-00389-MCA-JRA
[Note: Complaint erroneously refers to Prager Metis CPAs, LLC as "Prager Metis, LLP" and to Armanino LLP as "Armanino, LLC"]

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Armanino LLP__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_/s/ Matthew P. Bosher_
Signature of Attorney

Hunton Andrews Kurth LLP
Name of Firm

2200 Pennsylvania Ave., NW, Suite 900
Address

Washington, DC 20037
City/State/Zip Code

Date: June 28, 2023

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX Cryptocurrency Exchange Collapse Litigation          MDL No. 3076

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure Statement was served on all parties in the following case electronically via ECF on June 28, 2023.

*Lucky D., et al. v. Prager Metis, LLP & Armanino*, LLC
D. New Jersey No. 2:23-cv-00389-MCA-JRA

Anthony Scordo
Anthony Scordo, Esq., PC
1425 Pompton Avenue
Cedar Grove, NJ 07009
(973) 837-1861
anthonyscordo@msn.com

Edward Eugene Lehman (*pro hac vice*)
Jacob Blacklock (*pro hac vice*)
Lehman, Lee & Xu
Suite 3313, Tower One, Times Square
1 Matheson St., Causeway Bay
Hong Kong SAR
(852) 3588-2188
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

*Counsel for Lucky D. Plaintiffs*

Joanna R. Travalini
SIDLEY AUSTIN LLP
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant Prager Metis CPAs, LLC*

Dated: June 28, 2023

Respectfully submitted,

By: */s/ Matthew P. Bosher*
Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW, Suite 900
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 788-2201
mbosher@huntonak.com

*Counsel for Defendant Armanino LLP*