# IN THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Edward Lehman (IL SBN 6194489)*
elehman@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Jacob Blacklock (TX SBN 24079835)*
jblacklock@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Anthony Scordo, Esq., PC
NJ Atty ID - 024591987
1425 Pompton Avenue, Suite 2-2
Cedar Grove, New Jersey 07009
(973) 837-1861
*Attorney for Plaintiffs*

IN RE FTX-CRYPTOCURRENCY EXCHANGE

COLLAPSE LITIGATION  MDL No. 3076

CAPTION OF TAG-ALONG ACTION

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Civ. No. 23-00389

LUCKY D., an individual; JONG R.D., an individual; HOW YUAN, an individual; S. ROBERTS, an individual; B. KEN, an individual; J. BELL, an individual; MoreBet Limited., a United Kingdom Limited liability company; L. ZHAO, an individual; KHOO WING, an individual; P. DEVIN, an individual; SUNLI, an individual; LOODS B.V., a European Union limited liability company; S. JAMES, an individual; YANG HOW, an individual; K. DAVID, an individual; EDWARD JOHNS, an individual; NICKLE LEE, an individual; S. JONG, an individual; DRAKE HK, a Hong Kong limited liability company; and JUSTIN BERK, an individual

*Plaintiffs,*
v.
**PRAGER METIS, LLP**
a New York limited liability partnership; and

**ARMANINO, LLC**
a California limited liability partnership;

*Defendants,*

**MOTION TO VACATE CONDITIONAL ORDER (CTO-1) TRANSFERRING CAPTIONED TAG-ALONG MATTER FROM THE DISTRICT OF NEW JERSEY TO THE SOUTHERN DISTRICT OF FLORIDA**

PLEASE TAKE NOTICE that Anthony Scordo, attorney for plaintiffs hereby moves for an Order vacating the Conditional Transfer Order dated June 6, 2023(CTO-1) transferring the tag-along matter with the above caption from the United States District Court for the District of New Jersey to the Southern District of Florida. Plaintiffs shall rely upon the letter brief attached hereto.

Dated: June 29, 2023

Respectfully submitted,
s/ Anthony Scordo

_____

ANTHONY SCORDO
NJ Bar: 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861