**List of plaintiffs:**

**LUCKY D., an individual;**
**JONG R.D., an individual;**
**HOW YUAN, an individual;**
**S. ROBERTS, an individual;**
**B. KEN, an individual;**
**J. BELL, an individual;**
**MoreBet Limited., a United Kingdom Limited liability company;**
**L. ZHAO, an individual;**
**KHOO WING, an individual;**
**P. DEVIN, an individual;**
**SUNLI, an individual;**
**LOODS B.V., a European Union limited liability company;**
**S. JAMES, an individual;**
**YANG HOW, an individual;**
**K. DAVID, an individual;**
**EDWARD JOHNS, an individual;**
**NICKLE LEE, an individual;**
**S. JONG, an individual;**
**DRAKE HK, a Hong Kong limited liability company;**
**JUSTIN BERK, an individual**