**ANTHONY SCORDO, ESQ., PC**
1425 POMPTON AVENUE-SUITE 2-2
CEDAR GROVE, NEW JERSEY 07009
TEL: 973-837-1861
FAX: 973-837-9650

*E-MAIL: anthonyscordo@msn.com

ADMITTED TO PRACTICE IN N.J. AND N.Y.
LL. M. IN ENVIRONMENTAL LAW

June 13, 2023

<u>Via ECF only</u>
Judicial Panel on Multi- District Litigation
1 Columbus Cir. NE Room G-255
North Lobby
Washington DC 20544

>   *Re:  Lucky D. et. al v. Prager Metis, et. al*
>   *Civ. No. 23-389 (D. N.J.)*
>   *In re FTX Cryptocurrency Exchange Collapse Litigation*
>   *MDL No. 3076*

Dear Honorable Members of the Multi-District Panel:

    I would request permission to file plaintiffs' motion to vacate conditional transfer order late today June 29, 2023 that was due to be filed by June 28, 2023 and would request same without the need for formal motion. I only became aware of the briefing schedule today as I did not receive it on my email, though I was

anticipating same . I was preparing a petition to the Fourth Circuit Court of Appeals seeking review of denial of class certification with a strict fourteen day deadline from an Order of June 16, 2023.

    I apologize to the court and to my adversaries for any inconvenience.

                      Respectfully submitted,

                      s/ Anthony Scordo

                      Anthony Scordo
                      Attorney for plaintiffs

AS/al