## JUDICIAL PANEL FOR MULTI-DISTRICT LITIGATION

### MDL No. 3076

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

Edward Lehman (IL SBN 6194489)*
elehman@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Jacob Blacklock (TX SBN 24079835)*
jblacklock@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Anthony Scordo, Esq., PC
NJ Atty ID - 024591987
1425 Pompton Avenue, Suite 2-2
Cedar Grove, New Jersey 07009
(973) 837-1861
*Attorney for Plaintiffs*

| | |
|---|---|
| **LUCKY D.**, an individual; **JONG R.D.**, an individual; **HOW YUAN**, an individual; **S. ROBERTS**, an individual; **B. KEN**, an individual; **J. BELL**, an individual; **MoreBet Limited.**, a United Kingdom Limited liability company; **L. ZHAO**, an individual; **KHOO WING**, an individual; **P. DEVIN**, an individual; **SUNLI**, an individual; **LOODS B.V.**, a European Union limited liability company; **S. JAMES**, an individual; **YANG HOW**, an individual; **K. DAVID**, an individual; **EDWARD JOHNS**, an individual; **NICKLE LEE**, an individual; **S. JONG**, an individual; **DRAKE HK**, a Hong Kong limited liability company; and **JUSTIN BERK**, an individual | Civil Action No.:  2:23-cv-00389 MCA-JRA |
| *Plaintiffs*, | |
| v. | |
| **PRAGER METIS, LLP** a New York limited liability partnership; and | |
| **ARMANINO, LLC** a California limited liability partnership; | |
| *Defendants*, | |

### PROOF OF SERVICE

I, Anthony Scordo, being of full age hereby certifies as follows:

1. I am an attorney for plaintiffs, with respect to the above referenced matter.

2. On June 30, 2023, I filed by ECF with the Judicial Panel for Multi-District Litigation a corrected motion to extend time to file motion to vacate CTO-1  (errata) previously filed  in the captioned matter on July 29, 2023.   I  hereby certify that the foregoing statements are true and correct to the best of my knowledge and that if any of the foregoing statements are false, I am subject to punishment.

Dated: June 30, 2023                                              s/ Anthony Scordo

                                                                                              ANTHONY SCORDO