# JUDICIAL PANEL FOR MULTI-DISTRICT LITIGATION

## MDL No. 3076

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Edward Lehman (IL SBN 6194489)*
elehman@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Jacob Blacklock (TX SBN 24079835)*
jblacklock@lehmanlaw.com

LEHMAN, LEE & XU LLC (Saipan #25977-001-1)

c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2188
Facsimile: (852) 3588-2088

Seeking admission *pro hac vice Attorney for Plaintiffs*

Anthony Scordo, Esq., PC
NJ Atty ID - 024591987
1425 Pompton Avenue, Suite 2-2
Cedar Grove, New Jersey 07009
(973) 837-1861
*Attorney for Plaintiffs*

LUCKY D., an individual; JONG R.D., an
individual; HOW YUAN, an individual; S.
ROBERTS, an individual; B. KEN, an individual;
J. BELL, an  individual;  MoreBet Limited., a
United Kingdom Limited liability company; L.
ZHAO, an individual; KHOO WING, an
individual; P. DEVIN, an individual; SUNLI, an
individual; LOODS B.V., a European Union limited
liability company; S. JAMES, an individual; YANG
HOW, an individual; K. DAVID, an individual;
EDWARD JOHNS, an individual; NICKLE LEE,
an individual; S. JONG, an individual; DRAKE         Civil Action No.:  2:23-cv-00389
HK, a Hong Kong limited liability company; and      MCA-JRA
JUSTIN BERK, an individual

     *Plaintiffs,*

v.

PRAGER METIS, LLP
a New York limited liability partnership; and

ARMANINO, LLC
a California limited liability partnership;

     *Defendants,*

## PROOF OF SERVICE

     I, Anthony Scordo, being of full age hereby certifies as follows:

    1.     I am an attorney for plaintiffs, with respect to the above referenced matter.

    2.     On July 10, 2023, I filed by ECF with the Judicial Panel for Multi-District

Litigation a Corporate Disclosure Statement for plaintiff Loods BV I  hereby certify that the

foregoing statements are true and correct to the best of my knowledge and that if any of the

foregoing statements are false, I am subject to punishment.

Dated: July 10, 2023                                   s/ Anthony Scordo

_____
                                                   ANTHONY SCORDO