BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX Cryptocurrency Exchange Collapse Litigation     MDL No. 3076

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Defendant Armanino LLPs Response in Opposition to Motion to Vacate Conditional Transfer Order was served on all parties in the following case electronically via ECF on July 19, 2023.

***Lucky D., et al. v. Prager Metis, LLP & Armanino*, LLC**
**D. New Jersey No. 2:23-cv-00389-MCA-JRA**

Anthony Scordo
Anthony Scordo, Esq., PC
1425 Pompton Avenue
Cedar Grove, NJ 07009
(973) 837-1861
anthonyscordo@msn.com

Edward Eugene Lehman (*pro hac vice*)
Jacob Blacklock (*pro hac vice*)
Lehman, Lee & Xu
Suite 3313, Tower One, Times Square
1 Matheson St., Causeway Bay
Hong Kong SAR
(852) 3588-2188
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

*Counsel for Lucky D. Plaintiffs*

Joanna R. Travalini
SIDLEY AUSTIN LLP
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant Prager Metis CPAs, LLC*

Dated: July 19, 2023

Respectfully submitted,

By: */s/ Matthew P. Bosher*
Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW, Suite 900
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 788-2201
mbosher@huntonak.com

*Counsel for Defendant Armanino LLP*

125818.0000003 DMS 303077930v1