**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: FTX Cryptocurrency Exchange Collapse Litigation  MDL No. **3076**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response in Opposition to *Lucky D.* Plaintiffs' Motion to Vacate Conditional Transfer Order 1 were served on all parties in the following case electronically via ECF, or as indicated below, on July 19, 2023.

*Lucky D., et al. v. Prager Metis, LLP & Armanino*, LLC, D. New Jersey No. 2:23-cv-00389-MCA-JRA

**Served via Email**

Anthony Scordo
Anthony Scordo, Esq., PC
1425 Pompton Avenue
Cedar Grove, NJ 07009
(973) 837-1861
anthonyscordo@msn.com

Edward Eugene Lehman (*pro hac vice*)
Jacob Blacklock (*pro hac vice*)
Lehman, Lee & Xu
Suite 3313, Tower One, Times Square
1 Matheson St., Causeway Bay
Hong Kong SAR
(852) 3588-2188
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

**Counsel for *Lucky D.* Plaintiffs**

Dated: July 19, 2023

Respectfully submitted,

By: */s/ Joanna R. Travalini*
Joanna R. Travalini
**SIDLEY AUSTIN LLP**
1 S Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
jtravalini@sidley.com

*Counsel for Defendant
Prager Metis CPAs, LLC*