BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |
|---|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br>• Gregg Podalsky<br>• Skyler Lindeen<br>• Alexander Chernyavsky<br>• Sunil Kavuri<br>• Gary Gallant<br>• David Nicol<br><br>Defendant:<br>• Jaspreet Singh | United States District Court for the Eastern District of Michigan Southern Division | 2:23-cv-11764 | Judge Laurie Michaelson |