BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on July 20, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Eastern District of Michigan<br>Theodore Levin United States Courthouse<br>231 W. Lafayette Blvd., 5th Floor<br>Detroit, MI 48226 ||
|---|---|
| **Garrison et al v Stephan et al**<br>Case No.: 2:23-CV-01138,  Judge Jennifer A. Dorsey ||
| *Counsel for Plaintiffs:*<br><br>                                         Via Electronic Mail<br>E. Powell Miller<br>Sharon S. Almonrode<br>**THE MILLER LAW FIRM, P.C.**<br>950 West University Dr, Ste 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br><br>                                         Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133 | *Counsel for Jaspreet Singh*<br><br>                                         Via Electronic Mail<br>Ronald G. Acho<br>Michael O. Cummings<br>**Cummings, McClorey, Davis & Acho, PLC**<br>17436 College Parkway<br>Livonia, MI   48152<br>Telephone: (734) 261-2400<br>Facsimile:  (734) 261-4510<br>racho@cmda-law.com<br>mcummings@cmda-law.com<br>david@ghannam.law<br>jcallahan@cmda-law.com |

| | |
|---|---|
| P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>                Via Electronic Mail<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com | |

Dated: July 21, 2023                                        Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** ||
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |