**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br>• Gregg Podalsky<br>• Skyler Lindeen<br>• Alexander Chernyavsky<br>• Sunil Kavuri<br>• Gary Gallant<br>• David Nicol<br><br>Defendant:<br>• Brian Jung | United States District Court for the Southern District of Maryland | 8:23-cv-01969 | Judge Paula Xinis |