BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on July 21, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Southern District of Maryland<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 ||
|---|---|
| **Garrison et al v Jung**<br>Case No.: 8:23-cv-01969,  Judge Paula Xinis ||
| *Counsel for Plaintiffs:* | *Counsel for Brian Jung* |
| Via Electronic Mail<br>Michael S. Mitchell<br>**Boies Schiller and Flexner LLP**<br>1401 New York Ave.,<br>NW Washington, DC 20005<br>Phone: 202-237-2727<br>Fax: 202-237-6131<br>mmitchell@bsfllp.com | Via Electronic Mail<br>Derek Adams<br>**Potomac Law Group, PLLC**<br>1300 Pennsylvania Avenue, NW, Suite 700<br>Washngton, DC 20004<br>202-743-1511<br>dadams@potomaclaw.com<br>dadams@potomaclaw.com |
| Via Electronic Mail<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street, Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com | Via Electronic Mail<br>Jose G. Sepulveda<br>**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**<br>150 W. Flagler Street, Suite 2000<br>Miami, Florida 33130<br>jsepulveda@stearnsweaver.com<br>mfigueras@stearnsweaver.com |

Dated: July 21, 2023                                        Respectfully submitted,

| Plaintiffs' Co-Lead Counsel ||
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |