BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

**CORRECTED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br><br>Defendant:<br>• Graham Stephan<br>• Andrei Jikh<br>• Jeremy Lefebvre | United States District Court District of Nevada | 2:23-cv-01138 | Judge Jennifer A. Dorsey |