BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

## AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on July 27, 2023, copy of the Notice of Errata were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| U.S. District Court District of Nevada<br>Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 ||
|---|---|
| **Garrison et al v Stephan et al**<br>**Case No.: 2:23-CV-01138,  Judge Jennifer A. Dorsey** ||
| *Counsel for Plaintiffs:*<br><br>Via Electronic Mail<br>Richard J. Pocker<br>Boies Schiller and Flexner LLP<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Office: (702) 382-7300<br>Fax: (702) 382-2755<br>Email: rpocker@bsfllp.com | *Counsel for Graham Stephan, Andrei Jikh, and Jeremy Lefebvre*<br>Via Electronic Mail<br>Josef M. Mysorewala<br>Law Office of Josef M. Mysorewala, PLLC<br>2000 S Dixie Highway, Suite 112<br>Miami, Florida 33133<br>josefm@lawjmm.com<br><br>Kimberly P. Stein,<br>Flangas Law Group, Inc.,<br>3275 South Jones Blvd., Suite 105<br>Las Vegas, NV 89146<br>Telephone: (702) 307-9500<br>kps@fdlawlv.com |

Dated: July 27, 2023                                         Respectfully submitted,

| Plaintiffs' Co-Lead Counsel | |
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |