BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

**CORRECTED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br>• Gregg Podalsky<br>• Skyler Lindeen<br>• Alexander Chernyavsky<br>• Sunil Kavuri<br>• Gary Gallant<br>• Gary Piano<br>• David Nicol<br><br>Defendant:<br>• Shohei Ohtani<br>• Naomi Osaka<br>• Lawrence Gene David<br>• Solomid Corporation, d/b/a Team Solomid, TSM and/pr TSM FTX | United States District Court Central District of California | 2:23-cv-05951 | Judge Andre Birotte Jr. |
| Plaintiff:<br>• Edwin Garrison<br>• Gregg Podalsky<br>• Skyler Lindeen<br>• Alexander Chernyavsky<br>• Sunil Kavuri<br>• Gary Gallant<br>• Gary Piano<br>• David Nicol<br><br>Defendant:<br>• Golden State Warriors, LLC<br>• Stephen Curry | United States District Court Northern District of California | 3:23-cv-03628 | Judge Vince Chhabria |

| Plaintiff:<br>• Connor O'Keefe<br><br>Defendant:<br>• Tiger Global Management, LLC | United States District Court for the Southern District of New York | 1:23-cv-06336 | Judge Jennifer L. Rochon |
|---|---|---|---|
| Plaintiff:<br>• Connor O'Keefe<br>Defendant:<br>• Multicoin Capital Management, LLC | United States District Court for the Western District of Texas<br><br>Austin Division | 1:23-cv-00838 | Judge Docket II - Austin |