BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

## AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on July 27, 2023, copies of the Notice of Errata were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

**United States District Court Central District of California**
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Garrison et al v Ohtani et al**
Case No.: 2:23-cv-05951,  Judge Andre Birotte Jr.

| Counsel for Plaintiffs: | Counsel for Shohei Ohtan |
|---|---|
| *Via Electronic Mail*<br>Mark C. Mao<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>Fax: (415) 293-6899<br>mmao@bsfllp.com<br><br>*Via Electronic Mail*<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street, Armonk, NY 10504<br>914-749-8200<br>balexander@bsfllp.com | *Via Electronic Mail*<br>Edward Soto<br>**Weil, Gotshal & Manges LLP**<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 577-3100 (Telephone)<br>(305) 374-7159 (Facsimile)<br>Edward.soto@weil.com<br><br>*Counsel for Naomi Osaka*<br>*Via Electronic Mail*<br>Jamila MacEbong<br>Michael Dore<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Ave.,<br>Los Angeles, CA 90071<br>jmacebong@gibsondunn.com<br>mdore@gibsondunn.com<br>*Via Electronic Mail*<br>Stephanie A. Casey<br>Roberto Martínez<br>Zachary Lipshultz<br>**Colson Hicks Eidson, PA**<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134 |

|  | Bob@colson.com<br>scasey@colson.com<br>zach@colson.com<br>      Via Electronic Mail<br>Matthew S. Kahn<br>Michael Kahn<br>**Gibson, Dunn & Crutcher LLP**<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br>mjkahn@gibsondunn.com<br><br><br>*Counsel for Lawrence Gene David*<br>      Via Electronic Mail<br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>**Latham & Watkins LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com<br>Susan.Engel@lw.com<br>      Via Electronic Mail<br>Elizabeth A. Greenman<br>Jessica Stebbins Bina<br>Marvin Putnam<br>**Latham & Watkins LLP**<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Jessica.stebbinsbina@lw.com<br>Marvin.Putnam@lw.com<br>      Via Electronic Mail<br>Roberto Martinez<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>**Colson Hicks Eidson**<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>scasey@colson.com<br>bob@colson.com<br>zach@colson.com<br>      Via Electronic Mail |

| | Michele D. Johnson<br>**Latham & Watkins LLP**<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><br>*Counsel for Solomid Corporation, d/b/a Team Solomid, TSM and/pr TSM FTX*<br>　　　　　　　　　　Via Electronic Mail<br>Brandon Scott Floch<br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>**Marcus Neiman Rashbaum & Pineiro LLP**<br>One Biscayne Tower - Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>mpineiro@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>bfloch@mnrlawfirm.com |
|---|---|

**United States District Court Northern District of California**
**450 Golden Gate Avenue, Box 36060**
**San Francisco, CA 94102-3489**

| **Garrison et al v Golden State Warriors, LLC et al**<br>**Case No.: 3:23-cv-03628, Judge Vince Chhabria** ||
|---|---|
| *Counsel for Plaintiffs:*<br>　　　　　　　　Via Electronic Mail<br>Mark C. Mao<br>Boies Schiller Flexner LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>Fax: (415) 293-6899<br>mmao@bsfllp.com<br>　　　　　　　　Via Electronic Mail<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street, Armonk, NY 10504<br>914-749-8200<br>balexander@bsfllp.com | *Counsel for Golden State Warriors, LLC*<br>　　　　　　　　Via Electronic Mail<br>Matthew S. Kahn<br>Michael Kahn<br>**Gibson, Dunn & Crutcher LLP**<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br>mjkahn@gibsondunn.com<br>　　　　　　　　Via Electronic Mail<br>Jamila MacEbong<br>Michael Dore<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Ave.,<br>Los Angeles, CA 90071 |

|   |   |
|---|---|
|   | jmacebong@gibsondunn.com<br>mdore@gibsondunn.com<br>                              Via Electronic Mail<br>Stephanie A. Casey<br>Roberto Martínez<br>Zachary Lipshultz<br>**Colson Hicks Eidson, PA**<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Bob@colson.com<br>scasey@colson.com<br>zach@colson.com<br><br><br>*Counsel for Stephen Curry*<br>                              Via Electronic Mail<br>Nathan M. Bull<br>**McDERMOTT WILL & EMERY LLP**<br>333 S.E. 2nd Avenue, Suite 4500<br>Miami, FL 33131<br>nbull@mwe.com<br>                              Via Electronic Mail<br>Jason D. Strabo<br>Ellie Hourizadeh<br>**McDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone: (310) 788-4125<br>Facsimile: (310) 277-4730<br>ehourizadeh@mwe.com<br>jstrabo@mwe.com<br>                              Via Electronic Mail<br>Sarah P. Hogarth<br>**McDERMOTT WILL & EMERY LLP**<br>500 North Capitol Street NW<br>Washington, DC 20001<br>Telephone: (202) 756-8354<br>Facsimile: (202) 756-8087<br>shogarth@mwe.com |

| United States District Court for the Southern District of New York<br>Daniel Patrick Moynihan<br>500 Pearl Street<br>New York, NY 10007 ||
|---|---|
| **O'Keefe v Tiger Global Management LLC**<br>Case No.: 1:23-CV-6336,  Judge Jennifer L. Rochon ||
| *Counsel for Plaintiffs:*<br>                    Via Electronic Mail<br>Danielle Teutonico,<br>**FISHMAN HAYGOOD, L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170<br>dteutonico@fishmanhaygood.com<br>Telephone: (504) 556-5560<br>Facsimile: (504) 949-8205<br>                    Via Electronic Mail<br>James R. Swanson<br>Kerry J. Miller<br>Benjamin D. Reichard<br>La. Hogan Paschal<br>Monica Bergeron<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com | Via Mail<br>Defendant Tiger Global Management LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **United States District Court for the Western District of Texas<br>Austin Division<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701** ||
| **O'Keefe v Multicoin Capital Management, LLC**<br>Case No.: 1:23-cv-00838, Judge Docket II - Austin ||
| *Counsel for Plaintiffs:*<br>                    Via Electronic Mail<br>Alex J. Brown<br>Ryan D. Ellis<br>J. Davis LaBarre<br>**THE LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N, Suite 100<br>Houston, Texas 77064 | *Counsel for Defendant:*<br>                    Via Electronic Mail<br>Michael Ross Tein<br>Lewis Tein<br>**Tein Malone PLLC**<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>305-442-1101 |

| | |
|---|---|
| Tel: (713) 659-5200  Fax: (713) 659-2204<br>Alex.Brown@lanierlawfirm.com<br>Ryan.Ellis@lanierlawfirm.com<br>Davis.LaBarre@lanierlawfirm.com<br><br>                                    Via Electronic Mail<br>James R. Swanson<br>Kerry J. Miller<br>Benjamin D. Reichard<br>La. Hogan Paschal<br>Monica Bergeron<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com | tein@teinmalone.com<br>lein@teinmalone.com<br><br>                                    Via Electronic Mail<br>Brian E. Klein<br>Scott Malzahn<br>**Waymaker LLP**<br>515 S. Flower Street, Suite 3500<br>Los Angeles, CA 90071<br>424-652-7814<br>bklein@waymakerlaw.com<br>smalzahn@waymakerlaw.com |

Dated: July 27, 2023                                          Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** | |
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |