BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | | MDL Docket 3076 | |

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Connor O'Keefe<br><br>Defendant:<br>• Deltec Bank and Trust Company Limited<br>• Farmington State Bank d/b/a Moonstone Bank<br>• Jean Chalopin | United States District Court Eastern District of Washington | 2:23-cv-00213 | Judge Thomas Rice |