**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on July 28, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| | |
|---|---|
| **United States District Court Eastern District of Washington**<br>**Thomas S. Foley United States Courthouse**<br>**920 West Riverside Ave, Room 840**<br>**Spokane, WA 99201** | |
| **O'Keefe v Farmington State Bank et al**<br>**Case No.: 3:23-cv-00213,  Judge Thomas O. Rice** | |
| *Counsel for Plaintiff:*<br><br>Via Electronic Mail<br>Gregory F. Wesner<br>HERMAN JONES LLP<br>15113 Washington Ave NE<br>Bainbridge Island, WA 98110<br>(206) 819-0821<br>gwesner@hermanjones.com | *Counsel for Farmington State Bank*<br><br>Via Electronic Mail<br><br>Frank C. Bonaventure<br>Marisa Rosen Dorough<br>Ty Kelly<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>410-862-1105<br>fbonaventure@bakerdonelson.com<br>mdorough@bakerdonelson.com<br>tykelly@bakerdonelson.com |

|  | *Counsel for Deltec Bank & Trust Company Limited and Jean Chalopin* |
|  | Via Electronic Mail |
|  | Lara Samet Buchwald<br>Tatiana Martins<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave<br>New York, NY 10017<br>(212) 450-4351<br>(973) 865-3293<br>lara.buchwald@davispolk.com<br>Tatiana.Martins@davispolk.com |

Dated: July 28, 2023                                        Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** | |
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |