BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 | |

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Connor O'Keefe<br><br>Defendant:<br>• Temasek Holdings (Private) Limited<br>• Ribbit Capital, L.P.<br>• Altimeter capital Management, L.P | United States District Court Northern District of California | 3:23-cv-03655 | Magistrate Judge Lisa J. Cisneros |