# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on July 28, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

---

**United States District Court Northern District of California**
**450 Golden Gate Avenue, Box 36060**
**San Francisco, CA 94102-3489**

---

**O'Keefe v Temasek Holdings (Private) Limited et al**
**Case No.: 3:23-cv-03655,  Magistrate Judge Lisa J. Cisneros**

---

| *Counsel for Plaintiff:* | *Counsel for Temasek Holdings (Private) Limited* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Joseph R. Saveri | Adam Seth Fels |
| Steven N. Williams | Fridman Fels & Soto, PLLC |
| Christopher K.L. Young | 150 Alhambra Cir Ste 715 |
| Louis A. Kessler | Coral Gables, FL 33134 |
| **JOSEPH SAVERI LAW FIRM, LLP** | 786-338-8272 |
| 601 California Street, Suite 1000 | afels@ffslawfirm.com |
| San Francisco, CA 94108 | Via Electronic Mail |
| Telephone: (415) 500-6800 | |
| Facsimile: (415) 395-9940 | Andrew J. Ehrlich |
| jsaveri@saverilawfirm.com | Brad S. Karp |
| swillliams@saverilawfirm.com | Nina Kovalenko |
| cyoung@saverilawfirm.com | Paul Weiss Rifkind Wharton & Garrison |
| lkessler@saverilawfirm.com | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| Via Electronic Mail | 212-373-3000 |
| James R. Swanson | aehrlich@paulweiss.com |
| Kerry J. Miller | bkarp@paulweiss.com |
| Benjamin D. Reichard | nkovalenko@paulweiss.com |

| | |
|---|---|
| C. Hogan Paschal<br>Monica Bergeron<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>Telephone: (504) 586-5252<br>Facsimile: (504) 586-5250<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com<br><br>                 Via Electronic Mail<br><br>Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>Email: rlieff@lieff.com | *Counsel for Ribbit Capital, L.P.*<br>                  Via Electronic Mail<br>Jacqueline Marie Arango<br>**Akerman**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, FL 33131<br>jacqueline.arango@akerman.com<br>                  Via Electronic Mail<br>Steven Ragland<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>(415) 773-6604<br>SRagland@keker.com<br><br>*Counsel for Altimeter Capital Management, LP*<br><br>                  Via Electronic Mail<br>Jay Brian Shapiro<br>Alejandro David Rodriguez<br>**Stearns Weaver Miller Weissler Alhadeff & Sitterson**<br>Museum Tower<br>150 W Flagler Street, Suite 2200<br>Miami, FL 33130<br>305-789-3229<br>jshapiro@stearnsweaver.com;<br>arodriguez@stearnsweaver.com<br><br>                  Via Electronic Mail<br>Amy Longo<br>David B. Hennes<br>Lauren M. Bergelson<br>Ropes & Gray LLP<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067<br>310-975-3269<br>David.Hennes@ropesgray.com<br>Lauren.Bergelson@ropesgray.com<br>Amy.Longo@ropesgray.com |

Dated: July 28, 2023                                    Respectfully submitted,

| Plaintiffs' Co-Lead Counsel | |
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |