BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |
|---|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br><br>Defendant:<br>• Creators Agency, LLC | United States District Court District of Wyoming | 1:23-cv-00139 | Judge Nancy D. Freudenthal |