BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on August 4, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

**United States District Court District of Wyoming**
**2120 Capitol Avenue**
**Cheyenne, WY 82001**

**Garrison, et al. v Creators Agency, LLC**
Case No.: 1:23-cv-00139,   Judge Nancy D. Freudenthal

| *Counsel for Plaintiff:* | *Counsel for Creators Agency LLC* |
|---|---|
| Via Electronic Mail<br>Alex Freeburg<br>**FREEBURG LAW LLC**<br>PO Box 3442<br>Jackson, WY 83001<br>Telephone: (307) 200-9720<br>alex@tetonattorney.com<br><br>Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Telephone: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com | Via Electronic Mail<br>Jose G. Sepulveda<br>**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>150 W. Flagler Street, Suite 2000<br>Miami, Florida 33130<br>jsepulveda@stearnsweaver.com |

|  |  |
|---|---|
| Via Electronic Mail<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Phone: (914) 749–8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>BAlexander@bsfllp.com |  |

Dated: August 4, 2023                                          Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** ||
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |