**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

<u>NOTICE OF POTENTIAL TAG-ALONG ACTIONS</u>

In accordance with Rule 7.1 (a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby notify the Clerk of the JPML of the potential tag along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Respectfully submitted on August 7, 2023,

| **Plaintiffs' Co-Lead Counsel** | |
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |