BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Leandro Cabo<br>• Ryan Henderson<br>• Viejeth Shetty<br>• Warren Winter<br><br>Defendant:<br>• Fenwirck & West LLP | United States District Court California Northern District | 3:23-cv-03944 | To be determine |
| Plaintiff:<br>• Patrick Rabbitte<br>• Mark Girshovich<br>• Brandon Orr<br>• Leandro Cabo<br>• Ryan Henderson<br>• Michael Livieratos<br>• Alexander Chernyavsky<br>• Gregg Podalsky<br>• Vijeth Shetty<br>• Chukwudozie Ezeokoli<br>• Michael Norris<br>• Edwin Garrison<br>• Shengyun Huang<br>• Julie Papadakis<br>• Vitor Vozza<br>• Kyle Rupprecht<br>• Warren Winter<br>• Sunil Kavuri<br><br>Defendant: | United States District Court Southern District of Florida | 1:23-cv-22949 | To be determine |

| | | | |
|---|---|---|---|
| <ul><li>SkyBridge Capital II, LLC</li><li>Sequoia Capital Operations, LLC</li><li>Thoma Bravo, LP</li><li>Paradigm Operations LP</li><li>Multicoin Capital Management LLC</li><li>Tiger Global Management, LLC</li><li>Ribbit Management Company, LLC</li><li>Altimeter Capital Management, LP</li><li>K5 Global Advisor, LLC</li></ul> | | | |
| Plaintiff:<br><ul><li>Patrick Rabbitte</li><li>Mark Girshovich</li><li>Brandon Orr</li><li>Leandro Cabo</li><li>Ryan Henderson</li><li>Michael Livieratos</li><li>Alexander Chernyavsky</li><li>Gregg Podalsky</li><li>Vijeth Shetty</li><li>Chukwudozie Ezeokoli</li><li>Michael Norris</li><li>Edwin Garrison</li><li>Shengyun Huang</li><li>Julie Papadakis</li><li>Vitor Vozza</li><li>Kyle Rupprecht</li><li>Warren Winter</li><li>Sunil Kavuri</li></ul><br>Defendant: | United States District Court California Northern District | 4:23-cv-03953 | To be determine |

| | | | |
|---|---|---|---|
| <ul><li>K5 Global Advisor, LLC</li><li>SkyBridge Capital II, LLC</li><li>Sequoia Capital Operations, LLC</li><li>Thoma Bravo, LP</li><li>Paradigm Operations LP</li><li>Multicoin Capital Management LLC</li><li>Tiger Global Management, LLC</li><li>Ribbit Management Company, LLC</li><li>Altimeter Capital Management, LP</li></ul> | | | |
| Plaintiff:<br><br><ul><li>Alexander Chernyavsky</li><li>Ryan Henderson</li><li>Vitor Vozza</li><li>Kyle Rupprecht</li><li>Warren Winter</li><li>Sunil Kavuri</li></ul>Defendant:<br><br><ul><li>Temasek Holdings (Private) Limited</li><li>Temasek International (USA) LLC</li><li>Softbank Group Corp.</li><li>SB Group US, Inc.</li><li>SoftBank Investment Advisers (UK) Limited</li><li>SoftBank Global Advisers Limited</li><li>Sino Global Capital Limited</li></ul> | United States District Court Southern District of Florida | 1:23-cv-22960 | To be determine |

| | | | |
|---|---|---|---|
| • Sino Global Capital Holdings, LLC | | | |
| Plaintiff:<br><br>• Leandro Cabo<br>• Vitor Vozza<br>• Kyle Rupprecht<br>• Warren Winter<br>• Sunil Kavuri<br><br>Defendant:<br><br>• Temasek Holdings (Private) Limited<br>• Temasek International (USA) LLC<br>• SoftBank Group Corp.<br>• SB Group US, Inc.<br>• Softbank Investment Advisers (UK) Limited<br>• Softbank Global Advisers Limited<br>• Sino Global Capital Limited<br>• Sino Global Capital Holdings, LLC | United States District Court California Northern District | 3:23-cv-03974 | To be determine |