## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, the undersigned hereby certifies that on August 7, 2023, copies

of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF

system, and copies of same were sent by USPS and/or Email to all parties on the attached service

list.

| United States District Court<br>California Northern District (San Francisco)<br>Phillip Burton Federal Building &<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
|---|---|
| **Cabo et al v. Fenwick & West LLP**<br>**Case No.: 3:23-cv-03944, Judge TBD** | |
| *Counsel for Plaintiff:*<br><br>Via Electronic Mail<br><br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3229<br>Telephone: 415-568-2555<br>waudet@audetlaw.com | *Counsel for Fenwick & West LLP*<br><br>Via Electronic Mail<br><br>David Richardson Atkinson, Jr.<br>Nicole K. Atkinson<br>Stephen Carli Richman<br>Gunster Yoakley & Stewart<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>datkinson@gunster.com<br>natkinson@gunster.com<br>seckman@gibsondunn.com<br><br><br>Samuel Eckman<br>Michael J. Holecek<br>Kevin S. Rosen |

| | |
|---|---|
| | Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Tel: (213) 229-7204<br>Fax: (213) 229-6204<br>srichman@gunster.com<br>mholecek@gibsondunn.com<br>krosen@gibsondunn.com |
| **United States District Court**<br>**Southern District of Florida (Miami)**<br>**Wilkie D. Ferguson, Jr. U.S. Courthouse**<br>**400 North Miami Avenue**<br>**Miami, FL 33128**<br>**(305) 523-5100** | |

|  |
|---|
| **Rabbitte et al v. SkyBridge Capital II, LLC et al**<br>**Case No.: 1:23-cv-22949, Judge TBD** |

| *Counsel for Plaintiffs:* <div align="right">Via Mail</div> | |
|---|---|
| <div align="right">Via Electronic Mail</div>Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard<br>Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: sdavidson@rgrdlaw.com | SkyBridge Capital II, LLC<br>Corporate Creations Network Inc.<br>3411 Silverside Road Tatnall Building<br>Ste 104<br>Wilmington, DE 19810<br><br>*Counsel for Sequoia Capital Operations,*<br>*LLC*<div align="right">Via Electronic Mail</div><br>Jennifer Kennedy Park<br>Ye Eun Chun<br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd, Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>jkpark@cgsh.com<br>jwalden@cgsh.com<br>chchun@cgsh.com<br><br>*Counsel for Thoma Bravo, LP*<div align="right">Via Electronic Mail</div><br>Mark McKane, P.C.<br>Anna Terteryan<br>Stephen Silva<br>KIRKLAND & ELLIS LLP |

|  | 555 California Street San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>mark.mckane@kirkland.com<br>anna.terteryan@kirkland.com<br>stephen.silva@kirkland.com<br><br>*Counsel for Paradigm Operations LP*<br><br><div align="right">Via Electronic Mail</div><br>Alexander C. Drylewski<br>Mikal Davis-West<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>alexander.drylewski@skadden.com<br>mikal.davis-west@skadden.com<br><br>Kelly Garcia<br>T. Todd Pittenger<br>Gray Robinson, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32802-3068<br>407-843-8880<br>kelly.garcia@gray-robinson.com<br>todd.pittenger@gray-robinson.com<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>mark.foster@skadden.com<br><br><div align="right">Via Mail</div><br>Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><br><br>Counsel for Tiger Global Management, LLC<br><br><div align="right">Via Electronic Mail</div> |
|--|--|

Peter H. White

Jeffrey F. Robertson
SCHULTE ROTH & ZABEL LLP
555 Thirteenth Street, NW, Suite 6W
Washington, DC 20004
pete.white@srz.com
jeffrey.robertson@srz.com
Ribbit Management Company, LLC
364 University Ave.
Palo Alto, CA 94301

                                        Via Mail

K5 Global Advisor, LLC
Cogency Global, Inc.
850 New Burton Road
Suite 201
Dover, DE 19904


SkyBridge Capital II, LLC
Corporate Creations Network Inc.
3411 Silverside Road Tatnall Building
Ste 104
Wilmington, DE 19810


*Counsel for Sequoia Capital Operations,*
*LLC*
                              Via Electronic Mail

Jennifer Kennedy Park
Ye Eun Chun
Joshua Walden
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
650-815-4100
jkpark@cgsh.com
jwalden@cgsh.com
chchun@cgsh.com

*Counsel for Thoma Bravo, LP*

                              Via Electronic Mail

Mark McKane, P.C.
Anna Terteryan

Stephen Silva
KIRKLAND & ELLIS LLP
555 California Street San Francisco,
California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Paradigm Operations LP*

Via Electronic Mail

Alexander C. Drylewski
Mikal Davis-West
Skadden, Arps, Slate, Meagher Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Fax: 212-735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Kelly Garcia
T. Todd Pittenger
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
407-843-8880
kelly.garcia@gray-robinson.com
todd.pittenger@gray-robinson.com

Mark R.S. Foster
Skadden Arps Slate Meagher & Flom LLP
525 University Ave. Ste 1400
Palo Alto, CA 94103
(650) 470-4580
Fax: (650) 470-4570
mark.foster@skadden.com

Via Mail

Multicoin Capital Management LLC
501 West Ave., Apt. 3803
Austin, TX 78701

*Counsel for Tiger Global Management, LLC*

Via Electronic Mail

Peter H. White
Jeffrey F. Robertson
SCHULTE ROTH & ZABEL LLP
555 Thirteenth Street, NW, Suite 6W
Washington, DC 20004
pete.white@srz.com
jeffrey.robertson@srz.com

Via Mail

Ribbit Management Company, LLC
364 University Ave.
Palo Alto, CA 94301

*Counsel for Altimeter Capital Management, LP*

Via Electronic Mail

Jay Brian Shapiro
Alejandro David Rodriguez
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3229
jshapiro@stearnsweaver.com;
arodriguez@stearnsweaver.com

Amy Longo
David B. Hennes
Lauren M. Bergelson
Ropes & Gray LLP
10250 Constellation Boulevard
Los Angeles, CA 90067
310-975-3269
David.Hennes@ropesgray.com
Lauren.Bergelson@ropesgray.com
Amy.Longo@ropesgray.com

Via Mail

K5 Global Advisor, LLC
Cogency Global, Inc.
850 New Burton Road
Suite 201
Dover, DE 19904

| | |
|---|---|
| **United States District Court**<br>**California Northern District (Oakland)**<br>**Ronald V. Dellums Federal Building**<br>**& United States Courthouse**<br>**1301 Clay Street**<br>**Oakland, CA 94612** | |
| **Rabbitte et al v. K5 Global Advisor, LLC**<br>**Case No.: 4:23-cv-03953, Judge TBD** ||
| *Counsel for Plaintiffs:*<br><br><div align="right">Via Electronic Mail</div><br>Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ericn@rgrdlaw.com | <div align="right">Via Mail</div><br>K5 Global Advisor, LLC<br>Cogency Global, Inc.<br>850 New Burton Road<br>Suite 201<br>Dover, DE 19904<br><br>SkyBridge Capital II, LLC<br>Corporate Creations Network Inc.<br>3411 Silverside Road Tatnall Building<br>Ste 104<br>Wilmington, DE 19810<br><br>*Counsel for Sequoia Capital Operations,*<br>*LLC*<br><div align="right">Via Electronic Mail</div><br>Jennifer Kennedy Park<br>Ye Eun Chun<br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd, Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>jkpark@cgsh.com<br>jwalden@cgsh.com<br>chchun@cgsh.com<br><br>*Counsel for Thoma Bravo, LP*<br><div align="right">Via Electronic Mail</div><br>Mark McKane, P.C.<br>Anna Terteryan<br>Stephen Silva<br>KIRKLAND & ELLIS LLP |

555 California Street San Francisco,
California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Paradigm Operations LP*

Via Electronic Mail

Alexander C. Drylewski
Mikal Davis-West
Skadden, Arps, Slate, Meagher Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Fax: 212-735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Kelly Garcia
T. Todd Pittenger
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
407-843-8880
kelly.garcia@gray-robinson.com
todd.pittenger@gray-robinson.com

Mark R.S. Foster
Skadden Arps Slate Meagher & Flom LLP
525 University Ave. Ste 1400
Palo Alto, CA 94103
(650) 470-4580
Fax: (650) 470-4570
mark.foster@skadden.com

Via Mail

Multicoin Capital Management LLC
501 West Ave., Apt. 3803
Austin, TX 78701

*Counsel for Tiger Global Management, LLC*

Via Electronic Mail

Peter H. White

Jeffrey F. Robertson
SCHULTE ROTH & ZABEL LLP
555 Thirteenth Street, NW, Suite 6W
Washington, DC 20004
pete.white@srz.com
jeffrey.robertson@srz.com

Via Mail

Ribbit Management Company, LLC
364 University Ave.
Palo Alto, CA 94301

*Counsel for Altimeter Capital Management, LP*

Via Electronic Mail

Jay Brian Shapiro
Alejandro David Rodriguez
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3229
jshapiro@stearnsweaver.com;
arodriguez@stearnsweaver.com

Amy Longo
David B. Hennes
Lauren M. Bergelson
Ropes & Gray LLP
10250 Constellation Boulevard
Los Angeles, CA 90067
310-975-3269
David.Hennes@ropesgray.com
Lauren.Bergelson@ropesgray.com
Amy.Longo@ropesgray.com

**United States District Court**
**Southern District of Florida (Miami)**
**Wilkie D. Ferguson, Jr. U.S. Courthouse**
**400 North Miami Avenue**
**Miami, FL 33128**
**(305) 523-5100**

**Chernyavsky et al v. Temasek Holdings (Private) Limited et al**
**Case No.: 1:23-cv-22960, Judge TBD**

| Counsel for Plaintiffs: | Counsel for Temasek Holdings (Private) Limited |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Adam Seth Fels<br>Fridman Fels & Soto, PLLC<br>150 Alhambra Cir Ste 715<br>Coral Gables, FL 33134<br>Phone: 786-338-8272<br>afels@ffslawfirm.com<br><br>Andrew J. Ehrlich<br>Brad S. Karp<br>Nina Kovalenko<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: 212-373-3000<br>aehrlich@paulweiss.com<br>bkarp@paulweiss.com<br>nkovalenko@paulweiss.com<br><br>Via Mail<br><br>Temasek International (USA) LLC<br>Through it's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>SB Group US, Inc.<br>Through it's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>SoftBank Investment Advisers (UK) Limited<br>69 Grosvenor Street<br>Mayfair<br>London, W1K 3JP |

| | |
|---|---|
| | England, United Kingdom |
| | SoftBank Global Advisers Limited<br>address unknown |
| | Sino Global Capital Limited<br>c/o Matthew Graham<br>Chaoyang, Beijing<br>Beijing Shi, 100125, China |
| | Sino Global Capital Holdings, LLC<br>Through it's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **United States District Court**<br>**California Northern District (San Francisco)**<br>**Phillip Burton Federal Building &**<br>**United States Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** | |
| **Cabo et al v. Temasek Holdings (Private) Limited et al**<br>**Case No.: 3:23-cv-03974, Judge TBD** ||
| *Counsel for Plaintiffs:*<br><br>*Via Electronic Mail*<br><br>Joseph R. Saveri<br>Joseph Saveri Law Firm, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>(415) 500-6800<br>Fax: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com | *Counsel for Temasek Holdings (Private) Limited*<br><br>*Via Electronic Mail*<br><br>Adam Seth Fels<br>Fridman Fels & Soto, PLLC<br>150 Alhambra Cir Ste 715<br>Coral Gables, FL 33134<br>Phone: 786-338-8272<br>afels@ffslawfirm.com<br><br><br>Andrew J. Ehrlich<br>Brad S. Karp<br>Nina Kovalenko<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: 212-373-3000<br>aehrlich@paulweiss.com<br>bkarp@paulweiss.com<br>nkovalenko@paulweiss.com<br><br>*Via Mail* |

|  | Temasek International (USA) LLC<br>Through it's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>SB Group US, Inc.<br>Through it's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>SoftBank Investment Advisers (UK)<br>Limited<br>69 Grosvenor Street<br>Mayfair<br>London, W1K 3JP<br>England, United Kingdom<br><br>SoftBank Global Advisers Limited<br>address unknown<br><br>Sino Global Capital Limited<br>c/o Matthew Graham<br>Chaoyang, Beijing<br>Beijing Shi, 100125, China<br><br>Sino Global Capital Holdings, LLC<br>Through it's Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
|--|--|

Dated: August 7, 2023                              Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** ||
|--|--|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC** | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street |

| | |
|---|---|
| Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |