**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                           **MDL No. 3076**

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-2)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Graham Stephan ("Stephan"), Andrei Jikh ("Jikh"), and Jeremy Lefebvre ("Lefebvre") (collectively, "Defendants") submit this Notice of Opposition to Conditional Transfer Order (CTO-2) for the transfer of the following case:

*Garrison v. Stephan et al.*, D. Nevada, Case No: 2:23-cv-01138-JAD-BNW Dated this 8th day of August, 2023.

                                      **FLANGAS LAW GROUP**
                                      */s/ Kimberly P. Stein*
                                      KIMBERLY P. STEIN, ESQ.
                                      Nevada Bar No. 8675
                                      E-mail: kps@fdlawlv.com
                                      3275 South Jones Blvd., Suite 105
                                      Las Vegas, Nevada 89146
                                      *Attorneys for Defendants Graham Stephan,
Andrei Jikh, and Jeremy Lefebvre*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                    MDL No. 3076

*Garrison v. Stephan et al.*, D. Nevada, Case No: 2:23-cv-01138-JAD-BNW

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on August 8, 2023, I electronically filed the above and foregoing document entitled **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-2)** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

                                                          /s/Andi Hughes
                                                          An employee of Flangas Law Group

1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

2

3  **IN RE: FTX CRYPTOCURRENCY EXCHANGE**
22 **COLLAPSE LITIGATION**

23

24

25

26

27

28