#### UNITED STATES JUDICIAL PANEL
#### on
#### MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –2)

On June 5, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, 4 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable K. Michael Moore.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Moore.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 5, 2023, and, with the consent of that court, assigned to the Honorable K. Michael Moore.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 09, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                                                MDL No. 3076

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 23−05951 | Edwin Garrison et al v. Shohei Ohtani et al | |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 23−03628 | Garrison et al v. Golden State Warriors, LLC et al | |
| CAN | 3 | 23−03655 | OKeefe v. Temasek Holdings (Private) Limited et al | |
| MARYLAND | | | | |
| MD | 8 | 23−01969 | Garrison et al v. Jung | |
| MICHIGAN EASTERN | | | | |
| MIE | 2 | 23−11764 | Garrison et al v. Singh | |
| NEVADA | | | | |
| ~~NV~~ | ~~2~~ | ~~23−01138~~ | ~~Garrison v. Stephan et al~~ | Opposed 8/8/2023 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 23−06336 | O'Keefe v. Tiger Global Management, LLC | |
| TEXAS WESTERN | | | | |
| TXW | 1 | 23−00838 | O'Keefe v. Multicoin Capital Management, LLC | |
| WASHINGTON EASTERN | | | | |
| WAE | 2 | 23−00213 | O'Keefe v. Farmington State Bank et al | |