BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                              MDL No. 3076

*Garrison v. Singh, E.D. Mich, Case No. 23-cv-011734-LJM-KGA*

_____/

MOTION TO ALLOW LATE FILING OF MOTION TO
VACATE TRANSFER ORDER DATED AUGUST 1, 2023 (CTO-2)

Now comes Defendant Jaspreet Singh, by and through his attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, by Ronald G. Acho, and for his Motion to Allow Late Filing, states as follows:

1. The captioned matter (Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA) involves multiple Plaintiffs naming as a Defendant, Jaspreet Singh, as a Defendant in a "tag-along" litigation with respect to the FTX Cryptocurrency Exchange Collapse.

2. On August 1, 2023. the United States Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order in *In re: FTX Cryprocurrency Exchange Collapse Litigation*, MDL No. 3076 and ordering this matter consolidated with certain class action lawsuits filed by certain plaintiffs against FTX and other defendants in the Southern District of Florida.

3. On August 9, 2023, after receiving a notofication of filing from the Judicial Panel on Multidistrict Litigation (Doc. 185), Defense counsel contacted the Local Court regarding the Conditional Transfer Order.

4. Defense counsel was unsure what the Order meant, and as a result, he directed his office to contact the Defense Court to request clarification and the next steps, such as the scheduling of a phone status conference.

5. The Local Court was uncertain, and as a result, Defense counsel could not get any clear direction.

6. Defendant Jaspreet Singh now wishes to seek an Order from this Honorable United States Judicial Panel on Multidistrict Litigation vacating the Conditional Transfer Order dated August 1, 2023 as to Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA and remand the matter to the Eastern District of Michigan for further proceedings.

7. For these reasons, Defendant Jaspreet Singh seeks leave to allow him to file a Motion to Vacate Conditional Transfer Order dated August 1, 2023 (CTO-2).

**WHEREFORE**, Defendant Jaspreet Singh respectfully requests that this Honorable United States Judicial Panel on Multidistrict Litigation allow him to file a Motion to Vacate Conditional Transfer Order dated August 1, 2023 (CTO-2).

Dated: August 14, 2023     Respectfully Submitted,

/s/ *Ronald G. Acho*
Ronald G. Acho
P23913
Cummings, McClorey, Davis & Acho, P.L.C.
Attorneys for Defendant
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 14, 2023, I electronically filed the above and foregoing using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Notice was also sent via email to:

| | |
|---|---|
| E. Powell Miller (P29487)<br>The Miller Law Firm, P.C.<br>950 W. University Dr., Ste 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>emp@millerlawpc.com<br>Attorneys for Plaintiffs | Sharon S. Almonrode (P33938)<br>The Miller Law Firm, P.C.<br>950 W. University Dr., Ste 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>ssa@millerlawpc.com<br>Attorneys for Plaintiffs |

*/s/ Ronald G. Acho*
Ronald G. Acho