BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                              MDL No. 3076

*Garrison v. Singh, E.D. Mich, Case No. 23-cv-011734-LJM-KGA*

_____/

MOTION TO VACATE CONDITIONAL
TRANSFER ORDER DATED AUGUST 1, 2023 (CTO-2)

Now comes Defendant Jaspreet Singh, by and through his attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, by Ronald G. Acho, and for his Motion to Vacate the Conditional Transfer Order dated August 1, 2023 (CTO-2) transferring the tag-along matter with the above caption from the United States District Court for the Eastern District of Michigan to the Southern District of Florida, states as follows:

1. The captioned matter (Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA) involves multiple Plaintiffs naming as a Defendant, Jaspreet Singh, as a Defendant in a "tag-along" litigation with respect to the FTX Cryptocurrency Exchange Collapse.

2. On August 1, 2023. the United States Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order in *In re: FTX Cryprocurrency Exchange Collapse Litigation*, MDL No. 3076 and ordering this matter consolidated with certain class action lawsuits filed by certain plaintiffs against FTX and other defendants in the Southern District of Florida.

3. Defendant Jaspreet Singh is a single individual who operates his local business in Northville, Michigan, which is within the jurisdiction of the Eastern District of Michigan.

4. Defendant Singh has been sued by individual unknown to him and with whom he has had no dealings, personal or business related.

5. Defendant Singh was named in a lawsuit that was filed in Miami, Florida even though he does not transact business in Florida.

6. The complaint that was filed contained no specific allegations of wrongdoing by Defendant Jaspreet Singh.

7. Defendant Jaspreet Singh does not even know most of the Co-Defendants who were identified and named as defendants in the same Complaint filed in the Florida federal court that names Defendant Singh as a Defendant.

8. Instead, the Complaint that was served on Defendant Singh was a self-styled class action in which he should have never been named as a Defendant.

9. What is occurring is that Plaintiffs' attorneys are doing a dragnet operation in naming anyone and everyone that had any connection with FTX.

10. The complaints that have been filed are "cookie cutter" lawsuits that allege that every defendant did the identical actions, which is simply untrue.

11. There is no basis whatsoever for any Plaintiff to sue Defendant Jaspreet Singh in federal court in Florida or anywhere else.

12. But at a minimum, if any litigation had any foundation, or even any potential for liability, it should take place in Michigan where the Defendant lives and works.

13. This attempted class action is also an extortion of sorts because it is causing an individual, like Defendant Jaspreet Singh, spend countless thousands of dollars for no good reason.

14. This litigation is a source of pressure executed by Plaintiffs' and their counsel in order to extract a settlement so that the Defendant will not have to spend literally hundreds of

thousands of dollars to defend himself from unwarranted and unsubstantiated allegations levied by individuals he does not even know.

15. For these reasons, this matter is properly before the Eastern District of Michigan.

16. With this Motion, Defendant Jaspreet Singh seeks an Order from this Honorable United States Judicial Panel on Multidistrict Litigation vacating the Conditional Transfer Order dated August 1, 2023 as to Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA and remand the matter to the Eastern District of Michigan for further proceedings.

**WHEREFORE**, Defendant Jaspreet Singh respectfully requests that this Honorable United States Judicial Panel on Multidistrict Litigation Vacate the Conditional Transfer Order as to Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA, remand the matter, and allow it to proceed in the Eastern District of Michigan, where it is properly venued.

Dated:  August 14, 2023        Respectfully Submitted,

/s/ *Ronald G. Acho*
Ronald G. Acho
P23913
Cummings, McClorey, Davis & Acho, P.L.C.
Attorneys for Defendant
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                               MDL No. 3076

*Garrison v. Singh, E.D. Mich, Case No. 23-cv-011734-LJM-KGA*

_____/

**BRIEF IN SUPPORT OF MOTION TO VACATE
CONDITIONAL TRANSFER ORDER DATED AUGUST 1, 2023 (CTO-2)**

Now comes Defendant Jaspreet Singh, by and through his attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, by Ronald G. Acho, and for his Brief in Support of his Motion to Vacate the Conditional Transfer Order dated August 1, 2023 (CTO-2) transferring the tag-along matter with the above caption from the United States District Court for the Eastern District of Michigan to the Southern District of Florida, states as follows:

**INTRODUCTION**

The captioned matter (Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA) involves multiple Plaintiffs naming as a Defendant, Jaspreet Singh, as a Defendant in a "tag-along" litigation with respect to the FTX Cryptocurrency Exchange Collapse. On August 1, 2023. the United States Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order in *In re: FTX Cryprocurrency Exchange Collapse Litigation*, MDL No. 3076 and ordering this matter consolidated with certain class action lawsuits filed by certain plaintiffs against FTX and other defendants in the Southern District of Florida. This matter is properly before the Eastern District of Michigan.

## **LAW AND ARGUMENT**

Multidistrict litigation is a method to consolidate similar cases during the pretrial and discovery phases of litigation. See 28 U.S.C. § 1407(a). For the transfer a case via multidistrict litigation to be appropriate, there needs to be multiple pending cases in various federal courts that share common questions. However, these must be predominantly factual common questions. A Panel is urged to deny transfer when the predominant questions are predominately legal ones. *In re EPA Pesticide Litigation*, 434 F. Supp. 1235 (J.P.M.L. 1977). Additionally, for consolidation, such factual questions must be more than just common, they must also be numerous, complex, and heavily disputed. *In re Georgeson Shareholders Share Exchange Litigation*, to 277 F. Supp. 2d 1372 (J.P.M.L. 2003). Centralization is not warranted in matters where it would not serve the convenience of the parties or the efficient conduct of the litigation. *Id.*

Here, the claims against Defendant Singh are unrelated and do not arise out of the same transactions or occurrences as the other Defendants, and as such they claims are not related within the meaning of Federal Rule of Civil Procedure 20(a)(1). This lawsuit involves different facts, different witnesses, different evidence, different legal theories and different defenses.

Defendant Jaspreet Singh requests an Order from this Honorable United States Judicial Panel on Multidistrict Litigation vacating the Conditional Transfer Order dated August 1, 2023 as to Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA and remand the matter to the Eastern District of Michigan for further proceedings.

**WHEREFORE**, Defendant Jaspreet Singh respectfully requests that this Honorable United States Judicial Panel on Multidistrict Litigation Vacate the Conditional Transfer Order as to Case No. E.D. Mich, Case No. 23-cv-011734-LJM-KGA, remand the matter, and allow it to proceed in the Eastern District of Michigan, where it is properly venued.

Dated:  August 14, 2023	Respectfully Submitted,

/s/ *Ronald G. Acho*
Ronald G. Acho
P23913
Cummings, McClorey, Davis & Acho, P.L.C.
Attorneys for Defendant
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com

## **CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 14, 2023, I electronically filed the above and foregoing using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Notice was also sent via email to:

| | |
|---|---|
| E. Powell Miller (P29487) | Sharon S. Almonrode (P33938) |
| The Miller Law Firm, P.C. | The Miller Law Firm, P.C. |
| 950 W. University Dr., Ste 300 | 950 W. University Dr., Ste 300 |
| Rochester, MI 48307 | Rochester, MI 48307 |
| Telephone: (248) 841-2200 | Telephone: (248) 841-2200 |
| emp@millerlawpc.com | ssa@millerlawpc.com |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

*/s/ Ronald G. Acho*
Ronald G. Acho