BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                             MDL No. 3076

*Garrison v. Singh*, Mich. E.D., Case No. 2:23-cv-011764-LJM-KGA

_____/

## NOTICE OF WITHDRAWAL OF MOTIONS

Now comes Defendant Jaspreet Singh, by and through his attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, by Ronald G. Acho, and for his Notice of Withdrawal of Motions, states as follows:

Defendant Jaspreet Singh hereby withdraws his Motion to Allow Late Filing of Motion to Vacate Transfer Order Dated August 1, 2023 (CTO-2) (Doc. No. 192) and Motion to Vacate Conditional Transfer Order Dated August 1, 2023 (CTO-2) (Doc. No. 193), both of which were filed on August 14, 2023, for the reason that said Motions were filed in error.

Dated:  August 14, 2023         Respectfully Submitted,

/s/ *Ronald G. Acho*
Ronald G. Acho
P23913
Cummings, McClorey, Davis & Acho, P.L.C.
Attorneys for Defendant
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 14, 2023, I electronically filed the above and foregoing Notice of Withdrawal of Motions using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

                              */s/ Ronald G. Acho*
                              Ronald G. Acho