BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION               MDL No. 3076

*Garrison v. Singh, E.D. Michigan, Case No. 23-cv-011764-LJM-KGA*

_____/

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER DATED AUGUST 1, 2023 (CTO-2)

In accordance with Rule 7.1(c) pf the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Jaspreet Singh submits this Notice of Opposition to Conditional Transfer Order Dated August 1, 2023 (CTO-2) for the transfer of the following case:

*Garrison v. Singh, E.D. Michigan, Case No. 23-cv-011764-LJM-KGA*

Dated: August 15, 2023          Respectfully Submitted,

                                /s/ *Ronald G. Acho*
                                Ronald G. Acho
                                P23913
                                Cummings, McClorey, Davis & Acho, P.L.C.
                                Attorneys for Defendant
                                17436 College Parkway
                                Livonia, MI 48152
                                (734) 261-2400
                                racho@cmda-law.com

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                           MDL No. 3076

*Garrison v. Singh, E.D, Michigan, Case No. 2:23-cv-011764-LJM-KGA*

_____/

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 14, 2023, I electronically filed the above and foregoing *Notice of Opposition to Conditional Transfer Order Dated August 1, 2023 (CTO-2)* using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

*/s/ Ronald G. Acho*
Ronald G. Acho