BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                           MDL No. 3076

*Garrison v. Singh, E.D, Michigan, Case No. 2:23-cv-011764-LJM-KGA*

_____/

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 15, 2023, I electronically filed the above and foregoing ***Motion to Reinstate Conditional Transfer Order Dated August 1, 2023 (CTO-2)***) using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

*/s/ Ronald G. Acho*
Ronald G. Acho