UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

| | | |
|---|---|---|
| Garrison, et al. v. Singh, E.D. Michigan, | ) | |
| C.A. No. 2:23-11764 | ) | MDL No. 3076 |

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Garrison*) on August 1, 2023. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Garrison* was lifted on August 9, 2023, and this action was transferred to the Southern District of Florida. Subsequently, on August 15, 2023, defendant Jaspreet Singh, through counsel, filed a motion to reinstate the conditional transfer order, asserting that his opposition was delayed because he had difficulties in interpreting the order and obtaining information from the local court. The Panel is persuaded that the circumstances justify reinstatement of the conditional transfer order in *Garrison* in order to permit defendant to pursue his opposition to transfer. Defendant has provided a copy of his notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on August 1, 2023, is REINSTATED insofar as it relates to this action.

IT IS FURTHER ORDERED that defendant's notice of opposition is deemed filed as of the date of this order.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel