**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION**                                      **MDL No. 3076**

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)**

Defendants Graham Stephan ("Stephan"), Andrei Jikh ("Jikh"), and Jeremy Lefebvre ("Lefebvre") (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Panel, pursuant to Rule 7.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, for an order vacating its August 1, 2023 order conditionally transferring to this MDL the *Garrison v. Stephan et al.*, D. Nevada, Case No: 2:23-cv-01138-JAD-BNW, and remanding the case to the United States District Court or the District of Nevada.

This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memoranda of Points and Authorities, and any oral argument allowed Dated this 22nd day of August, 2023.

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
*Attorneys for Defendants Graham Stephan,
Andrei Jikh, and Jeremy Lefebvre*