BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                   MDL No. 3076

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Edwin Garrison<br><br>Defendant:<br>• Graham Stephan<br>• Andrei Jikh<br>• Jeremy Lefebvre | United States District Court District of Nevada | 2:23-cv-01138 | Judge Jennifer A. Dorsey |

Dated this 22nd day of August, 2023.

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
*Attorneys for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebvre*