BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                    MDL No. 3076

*Garrison v. Stephan et al.*, D. Nevada, Case No: 2:23-cv-01138-JAD-BNW

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on August 22, 2023, that I electronically filed the above and foregoing document entitled **MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/Andi Hughes
An employee of Flangas Law Group