# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____ & TITLE - IN RE: _____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for  Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Sunil Kavuri, Gary Gallant, David Nicol , (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____          _____
Signature of Attorney                                                                             Name of Firm

_____          _____
Address                                                                                             City/State/Zip Code

Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

## CERTIFICATION OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on August 23, 2023, copies of the Corporate Disclosure Statement were filed electronically through the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
service@moskowitz-law.com