# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & TITLE - IN RE: __FTX Cryptocurrency Exchange Collapse Litigation__

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if more than one action):**

Defendant Jaspreet Singh

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).— attach list if more than one action):**

Garrison, et al. v. Singh, E.D. Michigan, Case No. 2:23-cv-11764-LJM-KGA

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| August 28, 2023 | /s/ Michael O. Cummings |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Michael O. Cummings, Cummings, McClorey, et al., 1185 Avenue of the Americas, 3rd Floor, New Yor, NY 10036

Telephone No.: (212) 547-8810     Fax No.: _____

Email Address: mcummings@cmda-law.com

---

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                         MDL No. 3076

*Garrison v. Singh, E.D, Michigan, Case No. 2:23-cv-011764-LJM-KGA*

_____/

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 28, 2023, copies of the foregoing Notice of Appearance was filed electronically using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated: August 28, 2023              Respectfully Submitted,

                                    */s/Michael O. Cummings*
                                    Michael O. Cummings
                                    New York Bar No. 2701506
                                    Cummings, McClorey, Davis & Acho, P.C.
                                    1185 Avenue of the Americas, 3rd Floor
                                    New York, NY 10036
                                    Telephone: (212) 547-8810
                                    mcummings@cmda-law.com
                                    Attorneys for Defendant Jaspreet Singh