# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & TITLE - IN RE: __FTX Cryptocurrency Collapse Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Garrison, et al., v. Singh, E.D. Michigan, Case No. 2:23-cv-11764-LJM-KGA

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Defendant Jaspreet Singh__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| /s/ Michael O. Cummings | Cummings, McClorey, Davis & Acho, PC |
|---|---|
| Signature of Attorney | Name of Firm |
| 1185 Avenue of the Americas, 3rd Floor | New York, NY 10036 |
| Address | City/State/Zip Code |

Date August 28, 2023

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                                MDL No. 3076

*Garrison v. Singh, E.D, Michigan, Case No. 2:23-cv-011764-LJM-KGA*

_____/

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 28, 2023, copies of the foregoing Corporate Disclosure Statement were filed electronically using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated: August 28, 2023               Respectfully Submitted,

                                     */s/Michael O. Cummings*
                                     Michael O. Cummings
                                     New York Bar No. 2701506
                                     Cummings, McClorey, Davis & Acho, P.C.
                                     1185 Avenue of the Americas, 3rd Floor
                                     New York, NY 10036
                                     Telephone: (212) 547-8810
                                     mcummings@cmda-law.com
                                     Attorneys for Defendant Jaspreet Singh