**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                    **MDL No. 3076**

*Garrison v. Singh, E.D. Michigan, Case No. 23-cv-011764-LJM-KGA*

_____ /

**MOTION TO VACATE CONDITIONAL TRANSFER
ORDER DATED AUGUST 1, 2023 (CTO-2)**

Defendant Jaspreet Singh by and through their undersigned counsel, hereby move this Panel, pursuant to Rule 7.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, for an order vacating its August 1, 2023 order conditionally transferring to this MDL the case of Garrison v. Singh, E.D. Michigan, Case No. 23-cv-011764-LJM-KGA and remanding the case to the United States District Court or the Eastern District of Michigan.

This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Brief in support, and any oral argument allowed:

Dated:  August 29, 2023          Respectfully Submitted,

                                 */s/ Michael O. Cumming        s*
                                 Michael O. Cummings
                                 N.Y. Bar No. 2701506
                                 Cummings, McClorey, Davis & Acho, P.C.
                                 1185 Avenue of The Americas, Third Floor
                                 (212) 547-8810
                                 mcummings@cmda-law.com
                                 *Attorneys for Defendant Jaspreet Singh*