BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                              MDL No. 3076

_____/

## SCHEDULE OF ACTIONS

| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|
| Plaintiffs:<br>● Edwin Garrison<br>● Gregg Podalsky<br>● Skyler Lindeen<br>● Alexander Chernyavsky<br>● Sunil Kavuri<br>● Gary Gallant<br>● David Nicol<br><br>Defendant:<br>● Jaspreet Singh | United States District Court Eastern District of Michigan | 2:23-cv-11764-LJM-KGA | Judge Laurie J. Michelson |

Dated this 29th day of August, 2023.

Respectfully Submitted,

*/s/Michael O. Cummings*
Michael O. Cummings
New York Bar No. 2701506
Cummings, McClorey, Davis & Acho, P.C.
1185 Avenue of the Americas, 3rd Floor
New York, NY 10036
Telephone: (212) 547-8810
mcummings@cmda-law.com
*Attorneys for Defendant Jaspreet Singh*