# EXHIBIT B

00714725-1

REOPENED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CIVIL DOCKET FOR CASE #: 2:23-cv-11764-LJM-KGA

Garrison et al v. Singh  
Assigned to: District Judge Laurie J. Michelson  
Referred to: Magistrate Judge Kimberly G. Altman  
Cause: 28:1332 Diversity-Other Contract

Date Filed: 07/21/2023  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Edwin Garrison**      represented by    **Sharon S. Almonrode**  
The Miller Law Firm, P.C.  
950 West University Drive  
Suite 300  
Rochester, MI 48307  
248-841-2200  
Fax: 248-652-2852  
Email: ssa@millerlawpc.com  
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**  
The Miller Law Firm  
950 W. University Drive  
Suite 300  
Rochester, MI 48307  
248-841-2200  
Email: epm@millerlawpc.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregg Podalsky**      represented by    **Sharon S. Almonrode**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Skyler Lindeen**      represented by    **Sharon S. Almonrode**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| Alexander Chernyavsky | represented by | **Sharon S. Almonrode** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **E. Powell Miller** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Sunil Kavuri | represented by | **Sharon S. Almonrode** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **E. Powell Miller** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Gary Gallant | represented by | **Sharon S. Almonrode** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **E. Powell Miller** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| David Nicol | represented by | **Sharon S. Almonrode** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **E. Powell Miller** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| Jaspreet Singh | represented by | **Michael O. Cummings** |
| | | Cummings McClorey Davis & Acho |
| | | 1185 Avenue of the Americas |
| | | 3rd Floor |
| | | New York, NY 10036 |
| | | 212-547-8810 |
| | | Email: mcummings@cmda-law.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Ronald G. Acho** |

Cummings, McClorey,
17436 College Parkway
Livonia, MI 48152
734-261-2400
Email: racho@cmda-law.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2023 | 1 | COMPLAINT filed by All Plaintiffs against Jaspreet Singh with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-9427023 - Fee: $ 402. County of 1st Plaintiff: Out of State - County Where Action Arose: Out of State - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): United States District Court for the Southern District of Florida, 1:23-md-03076-KMM, Judge K. Michael Moore] (Attachments: # 1 Exhibit A - In re: FTX Cryptocurrency Exchange Collapse Litigation, MDL No. 3076, ECF No. 138 (J.P.M.L June 5, 2023), # 2 Exhibit B - Expert Report of Paul Sibenik (December 16, 2022)) (Miller, E.) (Entered: 07/21/2023) |
| 07/21/2023 | 2 | ATTORNEY APPEARANCE: Sharon S. Almonrode appearing on behalf of All Plaintiffs (Almonrode, Sharon) (Entered: 07/21/2023) |
| 07/24/2023 |   | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DPer) (Entered: 07/24/2023) |
| 07/24/2023 | 3 | SUMMONS Issued for *Jaspreet Singh* (DPer) (Entered: 07/24/2023) |
| 08/03/2023 | 4 | NOTICE of Appearance by Ronald G. Acho on behalf of Jaspreet Singh. (Acho, Ronald) (Entered: 08/03/2023) |
| 08/03/2023 | 5 | NOTICE of Appearance by Michael O. Cummings on behalf of Jaspreet Singh. (Cummings, Michael) (Entered: 08/03/2023) |
| 08/09/2023 | 6 | MDL Certified Conditional Transfer Order (CTO-2) for MDL # 3076. [Informational Copy] (SSch) (Entered: 08/09/2023) |
| 08/11/2023 | 7 | MDL Certified Conditional Transfer Order (CTO-2) to Southern District of Florida for MDL # 3076. (SSch) (Entered: 08/11/2023) |
| 08/11/2023 | 8 | NOTICE of Transfer to the Southern District of Florida for MDL 3076 (SSch) (Entered: 08/11/2023) |
| 08/11/2023 |   | Case transferred to Southern District of Florida. (SSch) (Entered: 08/11/2023) |
| 08/14/2023 |   | Case transferred from Michigan Eastern has been opened in Southern District of Florida as case 1:23-cv-23046, filed 08/11/2023. (VLun) (Entered: 08/14/2023) |
| 08/18/2023 | 9 | MDL ORDER Reinstating 7 MDL Certified Conditional Transfer Order. (JOwe) (Entered: 08/18/2023) |

**PACER Service Center**

**Transaction Receipt**

| 08/29/2023 16:01:32 | | | |
|---|---|---|---|
| **PACER Login:** | Ronacho4 | **Client Code:** | 113311 |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-11764-LJM-KGA |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |