BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                                  MDL No. 3076

*Garrison v. Singh, E.D, Michigan, Case No. 2:23-cv-011764-LJM-KGA*

_____/

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, does hereby certify that on August 29, 2023, I electronically filed the above and foregoing *Motion to Vacate Conditional Transfer Order Dated August 1, 2023 (CTO-2)* using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated:  August 29, 2023         Respectfully Submitted,

                                /s/ Michael O. Cummings
                                Michael O. Cummings
                                N.Y. Bar No. 2701506
                                Cummings, McClorey, Davis & Acho, P.C.
                                1185 Avenue of The Americas, Third Floor
                                (212) 547-8810
                                mcummings@cmda-law.com
                                *Attorneys for Defendant Jaspreet Singh*

1