AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03974-AGT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SB Group US, Inc.__

was received by me on *(date)* __08/16/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __"Jane Doe", CSC Representative, per CSC policy__, who is designated by law to accept service of process on behalf of *(name of organization)* __CSC, Registered Agent, 251 Little Falls Drive, Wilmington, DE 19808, at 12:36 PM__ on *(date)* __08/16/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __08/22/2023__

_____
*Server's signature*

Sharlene Brooks, Process Server
*Printed name and title*

c/o Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint with Exhibits A - D; Issued Summons; Standing Order for Magistrate Judge Alex G. Tse; Settlement Conference Standing Order for Magistrate Judge Alex G. Tse;