AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-03974-AGT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SB Group US, Inc.

was received by me on *(date)*        08/23/2023        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   John Montijo, Intake Clerk                       , who is

designated by law to accept service of process on behalf of *(name of organization)*   CT Corp System, 330 N Brand Blvd,

#700, Glendale, CA 91203, at 9:20 AM         on *(date)*      08/23/2023      ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     08/23/2023

*Server's signature*

Calvin Jones, Los Angels County Reg. No. 6014
*Printed name and title*

c/o Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint with Exhibits A - D; Issued Summons; Standing Order for Magistrate Judge Alex G. Tse; Settlement Conference Standing Order for Magistrate Judge Alex G. Tse;