**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 9/13/2023 at 10:38 AM PDT and filed on 9/13/2023
**Case Name:**         Garrison v. Stephan et al
**Case Number:**       [2:23-cv-01138-JAD-BNW](#)
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 9/13/2023 denying as moot motion to dismiss and closing case. In light of the plaintiffs' notice of voluntary dismissal [17], IT IS ORDERED that this action is DISMISSED without prejudice, each side to bear its own fees and costs, and the motion to dismiss [16] is DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE. (Copies have been distributed pursuant to the NEF - JAD)**

**2:23-cv-01138-JAD-BNW Notice has been electronically mailed to:**

Richard J. Pocker     rpocker@bsfllp.com, dburgos@bsfllp.com, kdfoster@bsfllp.com, richard-pocker-3409@ecf.pacerpro.com, sbettinger@bsfllp.com

Kimberly P. Stein     kps@fdlawlv.com, ah@fdlawlv.com

**2:23-cv-01138-JAD-BNW Notice has been delivered by other means to:**