BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                      MDL No. 3076

### DEFENDANTS' REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)

Plaintiffs did not file any response to Defendants', Graham Stephan ("Stephan"), Andrei Jikh ("Jikh"), and Jeremy Lefebvre ("Lefebvre") (collectively, "Defendants"), Motion to Vacate Conditional Transfer Order (CTO-2). Instead, Plaintiffs filed a Notice of Supplemental Information on September 13, 2023 (Document No. 210) that the underlying action that is the subject of the CTO-2, District of Nevada, Case No: 2:23-cv-01138-JAD-BNW (the "Nevada Action") is no longer pending.

Interesting what Plaintiffs failed to include in their Notice of Supplemental Information is that the Court in the Nevada Action dismissed the Nevada Action in light of Plaintiffs' Notice of Voluntary Dismissal filed on September 5, 2023 (ECF No. 17) and closed the case as of September 13, 2023 (ECF No. 18). Thus, making the CTO-2 moot.

Therefore, for the reasons set forth in their Motion to Vacate Conditional Transfer Order (CTO-2) and in light of the dismissal of the matter to be transferred, Defendants respectfully request that the Panel issue an order vacating its August 1, 2023 order conditionally transferring to this MDL the *Garrison v. Stephan et al.*, D. Nevada, Case No: 2:23-cv-01138-JAD-BNW.

Dated this 14th day of September, 2023.

        **FLANGAS LAW GROUP**
        */s/ Kimberly P. Stein*
        KIMBERLY P. STEIN, ESQ.
        Nevada Bar No. 8675
        E-mail: kps@fdlawlv.com
        3275 South Jones Blvd., Suite 105
        Las Vegas, Nevada 89146
        *Attorneys for Defendants Graham Stephan,*
        *Andrei Jikh, and Jeremy Lefebvre*

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                         MDL No. 3076

*Garrison v. Stephan et al.*, D. Nevada, Case No: 2:23-cv-01138-JAD-BNW

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on September 14, 2023, that I electronically filed the above and foregoing document entitled **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/Andi Hughes
An employee of Flangas Law Group