# Exhibit A

1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     CASE NO. 22-20230-CR-DMM


IN RE: FTX CRYPTOCURRENCY                 Miami, Florida
EXCHANGE COLLAPSE LITIGATION

                                          June 21, 2023

                                          10:00 AM - 11:12 PM



                                          Pages 1 to 62
_____
                  TRANSCRIPT OF STATUS CONFERENCE
                 BEFORE THE HONORABLE MICHAEL MOORE
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:


FOR THE PLAINTIFF:              DAVID BOIES, ESQ.
                                STEPHEN ZACK, ESQ.
                                BOIES SCHILLER FLEXNER LLP
                                100 SE 2nd Street
                                SUITE 2800
                                MIAMI, FLORIDA 33131

                                ADAM MOSKOWITZ, ESQ.
                                HOWARD BUSHMAN, ESQ.
                                JOSEPH KAYE, ESQ.
                                THE MOSKOWITZ LAW FIRM
                                3250 MARY STREET
                                SUITE 202
                                MIAMI, FLORIDA 33133

                                RACHEL FURST, ESQ.
                                JOHN BYRNE, ESQ.
                                MADERAL BYRNE & FURST PLLC
                                2800 PONCE DE LEON BOULEVARD
                                SUITE 1100
                                CORAL GABLES, FL 33134-6933
```

| | | |
|---|---|---|
| 1 | ON BEHALF OF DEFENDANT SAM BANKMAN-FRIED: | GERALD EDWARD GREENBERG, ESQ. GELBER SCHACHTER & GREENBERG |
| 2 | | 1 SE 3RD AVE, SUITE 2600 MIAMI, FL 33131 |
| 3 | | |
| 4 | ON BEHALF OF DEFENDANTS TOM BRADY, GISELE BUNDCHEN, LAWRENCE DAVID, GOLDEN STATE WARRIORS, | THOMAS KROEGER, ESQ. COLSON HICKS EIDSON 255 ALHAMBRA CIR, SUITE PH |
| 5 | SHAQUILLE O'NEAL, AND NAOMI OSAKA: | CORAL GABLES, FL 33134 |
| 6 | | |
| 7 | ON BEHALF OF DEFENDANTS UDONIS HASLEM AND DAVID ORTIZ: | CHRISTOPHER CARVER, ESQ. AKERMAN LLP 201 E LAS OLAS BOULEVARD |
| 8 | | SUITE 1800 FT LAUDERDALE, FL 33301 |
| 9 | | |
| 10 | ON BEHALF OF DEFENDANTS SHAQUILLE O'NEAL, TOM BRADY, | JESSICA STEBBINS BINA, ESQ. LATHAM WATKINS |
| 11 | GISELE BUNDCHEN, AND LARRY DAVID: | 10250 CONSTELLATION BOULEVARD, SUITE 1100 |
| 12 | | LOS ANGELES, CA 90067 |
| 13 | | |
| 14 | ON BEHALF OF DEFENDANT SEQUOIA CAPITAL: | RISHI ZUTSHI, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 15 | | ONE LIBERTY PLAZA NEW YORK, NY 10006 |
| 16 | | |
| 17 | | |
| 18 | ON BEHALF OF DEFENDANT PARADIGM OPERATIONS LP: | ALEXANDER DRYLEWSKI, ESQ. SKADDEN ARPS SLATE ONE MANHATTAN WEST |
| 19 | | NEW YORK, NEW YORK 10001 -AND- |
| 20 | | THOMAS "TODD" PITTENGER, ESQ. GRAY ROBINSON, P.A. |
| 21 | | 301 E PINE ST, SUITE 1400 ORLANDO, FL 32801 |
| 22 | | |
| 23 | ON BEHALF OF DEFENDANT THOMA BRAVO: | ANNA TERTERYAN, ESQ. KIRKLAND & ELLIS 555 SOUTH FLOWER STREET |
| 24 | | SUITE 3700 LOS ANGELES, CA 90071 |
| 25 | | -AND- ANNA KAUFFMANN, ESQ. |

```
 1
      STENOGRAPHICALLY REPORTED BY:
 2
                     TRISH BAILEY-ENTIN, RPR, FPR
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1       Okay?

2       MR. BOIES:  Thank you, Your Honor.  May it please the
3  Court, David Boies.  As we indicated in our preliminary report,
4  the first issue was to try and organize the plaintiffs, and
5  we've accomplished that.

6       Second, we would like to discuss an initial schedule
7  for the filing of an amended consolidated complaint or
8  complaints as well as -- obviously, there will be responses to
9  that; answers perhaps; perhaps motion to dismiss.  We have some
10 personal jurisdiction issues that we have been discussing with
11 certain of the plaintiffs' counsel and certain of the
12 defendants' counsel.

13      Given the MDL order, we think the personal jurisdiction
14 issues will be resolved, either that the defendants will accept
15 personal jurisdiction here or alternatively, to avoid a lengthy
16 fight, we will simply file cases in their home states that
17 would then be tagalong cases to this Court.

18      So one way or the other, we think that the personal
19 jurisdiction issues will be resolved.  But there will be,
20 obviously, subsequent motions, and so what we would like to ask
21 the Court to consider is setting a schedule for the filing of a
22 consolidated amended complaint or complaints that will bring
23 all of the cases before Your Honor in an organized way, and
24 then a schedule for the defendants to respond to those.

25      I think one -- one issue for the Court is whether or

1   not discovery should be stayed pending notice of those filings.
2   I know that different courts approach that issue differently,
3   and we're just looking for guidance from the Court as whether
4   the Court thinks it's appropriate in this MDL to stay discovery
5   pending those motions and whether it would be the Court's will
6   that we proceed with the discovery.
7         I think those are sort of the key issues -- key initial
8   issues that we think would be useful to talk about today.
9         THE COURT: Okay. Well, that's helpful. And let's
10  start there and make sure that we stick to each of these issues
11  but -- and I know you have a number of other issues, but I
12  don't want to get ahead of them, but let's just -- let me hear
13  from defense counsel on the personal jurisdiction issue.
14        And I don't know if any one of you want to speak on
15  behalf of all of you. I know there are individual issues. So
16  if not, I'm prepared to hear from each of you if there is some
17  agreement or disagreement or how best you want to proceed on
18  that.
19        MR. KROEGER: Good morning, Your Honor. Thomas
20  Kroeger. I will be speaking on behalf of the sports and
21  entertainment defendants for purposes of today's hearing.
22        THE COURT: Okay. And I have got -- what do I have? --
23  like three bundles of defendants here? Is that a fair
24  characterization?
25        MR. KROEGER: With respect to the sports and