BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION                                          MDL No. 3076

*Garrison v. Singh, E.D, Michigan, Case No. 2:23-cv-011764-LJM-KGA*

_____/

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, the undersigned, does hereby certify that on September 26, 2023,

I electronically filed the above and foregoing ***Reply Brief of Defendant Jaspreet Singh in Support***

***of Motion to Vacate Conditional Transfer Order Dated August 1, 2023 (CTO-2)*** using the

CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated:  September 26, 2023                    Respectfully Submitted,

                                              */s/ Michael O. Cumming          s*
                                              Michael O. Cummings
                                              N.Y. Bar No. 2701506
                                              Cummings, McClorey, Davis & Acho, P.C.
                                              1185 Avenue of The Americas, Third Floor
                                              (212) 547-8810
                                              mcummings@cmda-law.com
                                              *Attorneys for Defendant Jaspreet Singh*

1