# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on November 29, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Southern District of Florida<br>Wilkie D. Ferguson, Jr. U.S. Courthouse<br>400 North Miami Avenue Miami, FL ||
|---|---|
| **Garrison et al v. Mercedes-Benz Grand Prix Limited**<br>Case No.: 1:23-CV-24480, Judge Jose E. Martinez ||
| *Counsel for Plaintiffs:*<br>                    Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Barbara C. Lewis<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br><br>                    Via Electronic Mail<br>Stephen Neal Zack<br>Tyler Ulrich<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd St., Suite 2800 | *Defendant:*<br>                            Via Mail<br>MERCEDES-BENZ GRAND PRIX LIMITED (D/B/A MERCEDES-AMG PETRONAS FORMULA ONE TEAM),<br>Mercedes-Benz Grand Prix Limited Operations Centre<br>Brackley, Northamptonshire<br>NN13 7BD, United Kingdom |

| | |
|---|---|
| Miami, FL 33131<br>Office: 305-539-8400<br>szack@bsfllp.com<br>tulrich@bsfllp.com<br><br>                              *Via Electronic Mail*<br>José M. Ferrer<br>Florida Bar No. 173746<br>MARK MIGDAL & HAYDEN<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com | |
| **Orr et al v. Wasserman Media Group, LLC et al**<br>**Case No.: 1:23-cv-24478, Judge K. Michael Moore** ||
| *Counsel for Plaintiffs:*<br>                              *Via Electronic Mail*<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Barbara C. Lewis<br>John E. Rodstrom III<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br>john@moskowitz-law.com<br><br>                              *Via Electronic Mail*<br>Stephen Neal Zack<br>Tyler Ulrich<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>Office: 305-539-8400<br>szack@bsfllp.com<br>tulrich@bsfllp.com<br><br>                              *Via Electronic Mail*<br>José M. Ferrer<br>Desiree Fernandez | *Defendants:*<br>                              Via Mail<br>WASSERMAN MEDIA GROUP, LLC<br>Registered Agent: Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-2525<br><br>                              Via Mail<br>DENTSU MCGARRY BOWEN LLC<br>Registered Agent: United Agent Group Inc.<br>801 US Highway 1<br>North Palm Beach, FL 33408 |

| | |
|---|---|
| MARK MIGDAL & HAYDEN<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com<br>desiree@markmigdal.com | |

Dated: November 29, 2023

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*