BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |
|---|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>• Brandon Orr<br>• Leandro Cabo<br>• Ryan Henderson<br>• Michael Livieratos<br>• Alexander Chernyavsky<br>• Gregg Podalsky<br>• Vijeth Shetty<br>• Chukwudozie Ezeokoli<br>• Michael Norris<br>• Edwin Garrison<br>• Shengyun Huang<br>• Vitor Vozza<br>• Kyle Rupprecht<br>• Warren Winter<br>• Sunil Kavuri<br><br>Defendants:<br>• Major League Baseball<br>• Major League Baseball Enterprises, Inc.<br>• Major League Baseball Properties, Inc.<br>• Major League Baseball Promotion Corporation<br>• MLB Players, Inc | United States District Court Southern District of Florida Miami Division | 1:23-cv-24479 | Judge K. Michael Moore |