BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on November 29, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Southern District of Florida<br>Wilkie D. Ferguson, Jr. U.S. Courthouse<br>400 North Miami Avenue, Miami, FL ||
|---|---|
| **Garrison et al v Major League Baseball et**<br>Case No.: 1:23-CV-24479,  Judge K. Michael Moore ||
| *Counsel for Plaintiffs:* | *Defendants:* |
| Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Barbara C. Lewis<br>John E. Rodstrom III<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing address<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br>john@moskowitz-law.com | Via Mail<br>Major League Baseball<br>245 Park Avenue<br>New York, NY, 10167<br><br>Via Mail<br>Major League Baseball Enterprises, Inc.<br>Registered Agent:<br>Corporation Service Company<br>80 State Street<br>Albany, NY, 12207-2543<br><br>Via Mail<br>Major League Baseball Properties, Inc.<br>Registered Agent:<br>Corporation Service Company<br>80 State Street<br>Albany, NY, 12207-2543 |

| Via Electronic Mail | Via Mail |
|---|---|
| José M. Ferrer<br>Desiree Fernandez<br>**MARK MIGDAL & HAYDEN**<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com<br>desiree@markmigdal.com | Major League Baseball Promotion Corporation<br>Ruth J. Lebed, Esq.<br>Willkie Farr & Gallagher<br>818 Connecticut Avenue, N.W.<br>Washington, DC 20006-2783<br><br>Via Mail<br><br>MLB Players, Inc<br>McCarter & English, LLP<br>825 8th Avenue, 31st Floor,<br>New York, NY 10019 |

Dated: November 29, 2023                                              Respectfully submitted,

**By: */s/ Adam Moskowitz***                                    **By: */s/ Jose M. Ferrer***
Adam M. Moskowitz                                                   José M. Ferrer
Florida Bar No. 984280                                                Florida Bar No. 173746
Joseph M. Kaye                                                           Desiree Fernandez
Florida Bar No. 117520                                                Florida Bar No. 119518
Barbara C. Lewis                                                          **MARK MIGDAL & HAYDEN, LLC**
Florida Bar No. 118114                                                Brickell City Tower
John E. Rodstrom III                                                     80 SW 8th Street, Suite 1999
Florida Bar No. 1003112                                              Miami, FL 33130
**THE MOSKOWITZ LAW FIRM, PLLC**           jose@markmigdal.com
Continental Plaza                                                           desiree@markmigdal.com
3250 Mary Street, Suite 202                                        eservice@markmigdal.com
Miami, FL 33133
Telephone: (305) 740-1423                                          *Co-Counsel for Plaintiffs and the Class*
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com
john@moskowitz-law.com
service@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*