BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>• Austin Onusz<br>• Cedric Kees Van Putten<br>• Nicholas Marshall<br>• Hamad Dar<br><br>Defendant:<br>• West Realm Shires Inc.<br>• FTX Trading Ltd.<br>• Sam Bankman-Fried<br>• Zixiao Wang<br>• Nishad Singh<br>• Alameda Research LLC<br>• Caroline Ellison<br>• West Realm Shires Services Inc.<br><br>Claims Agent:<br>• Kroll Restructuring Administration LLC | U.S. Bankruptcy Court District of Delaware | 1:22-AP-50513 | Judge John T. Dorsey |