BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on December 8, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| **United States Bankruptcy Court for the District of Delaware** <br> **824 N Market St # 500** <br> **Wilmington, DE 19801** ||
|---|---|
| **Austin Onusz v. West Realm Shires Inc** <br> **Case No.: 1:22-AP-50513,  Judge John T. Dorsey** ||
| *Counsel for Plaintiffs:* <br> *Via Electronic Mail* <br> Robert N. Cappucci <br> Joshua K. Porter <br> Entwistle & Cappucci LLP <br> 230 Park Ave, 3rd Floor <br> New York, NY 10169 <br> 212-894-7200 <br> rcappucci@entwistle-law.com <br> jporter@entwistle-law.com <br><br> *Via Electronic Mail* <br> Andrew J. Entwistle <br> Sal H. Lee <br> Entwistle & Cappucci LLP <br> 500 W. 2nd Street, Suite 1900 <br> Austin, TX 78701 <br> 512-710-5960 <br> Fax : 212-894-7272 <br> aentwistle@entwistle-law.com <br> slee@entwistle-law.com <br><br> *Via Electronic Mail* <br> Robert J. Kriner, Jr | *Counsel for Defendants West Realm Shires Inc. and West Realm Shires Services Inc.:* <br><br> *Via Electronic Mail* <br> Matthew B. McGuire <br> Landis Rath & Cobb LLP <br> P.O. Box 2087 <br> 919 Market Street, Suite 1800 <br> Wilmington, DE 19899 <br> 302-467-4400 <br> Fax : 302-467-4450 <br> mcguire@lrclaw.com <br><br> *Counsel for Defendant FTX Trading Ltd.:* <br><br> *Via Electronic Mail* <br> Kimberly A. Brown <br> Landis Rath & Cobb LLP <br> 919 N. Market Street, Suite 1800 <br> PO Box 2087 <br> Wilmington, DE 19899 <br> 302-467-4400 <br> Fax : 302-467-4450 |

| | |
|---|---|
| Scott M Tucker<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>302-656-2500<br>rjk@chimicles.com<br>smt@chimicles.com | brown@lrclaw.com<br>        Via Electronic Mail<br><br>Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>302-467-4400<br>Fax : 302-467-4450<br>mcguire@lrclaw.com<br><br>        Via Electronic Mail<br>Matthew R Pierce<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>302-467-4400 x452<br>Fax : 302-467-4450<br>Pierce@lrclaw.com<br><br>*Counsel for Defendant Sam Bankman-Fried.:*<br>        Via Electronic Mail<br>Gregory T. Donilon<br>Montgomery McCracken Walker & Rhoads LLP<br>1105 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 504-7805<br>Fax : (215) 731-3740<br>gdonilon@mmwr.com<br><br>        Via Electronic Mail<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103-7505<br>(215) 772-7246<br>jmishkin@mmwr.com<br><br>*Defendant, Zixiao Wang*<br>Address unknown<br><br>*Defendant, Nishad Singh*<br>Address unknown |

|  | *Counsel for Defendant Alameda Research LLC:*<br><br>Via Electronic Mail<br>Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>302-467-4400<br>Fax : 302-467-4450<br>mcguire@lrclaw.com<br><br>*Counsel for Defendant Caroline Ellison:*<br><br>Via Electronic Mail<br>Peter G. Neiman<br>Wilmer Cutler Pickering Hale and Dorr LL<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>peter.neiman@wilmerhale.com<br><br>Via Electronic Mail<br>Matthew P. Ward<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>302.252.4338<br>Fax : 302.661.7711<br>matthew.ward@wbd-us.com<br><br>Via Electronic Mail<br>Nicholas Werle<br>Wilmer Cutler Pickering Hale and Dorr LL<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>nick.werle@wilmerhale.com<br><br>*Counsel for Defendant Kroll Restructuring Administration LLC:*<br><br>Via Electronic Mail<br>Benjamin Joseph Steele<br>Kroll Restructuring Administration LLC (F/K/A Prime Clerk LLC)<br>55 East 52nd Street, 17th Floor |
|---|---|

|  | New York, NY 10055<br>212-257-5490<br>bsteele@primeclerk.com |
|---|---|

Dated: December 8, 2023

Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*