BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

## RESPONSE TO NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar (the "Delaware Adversary Proceeding Plaintiffs") hereby respond to the notice, dated December 8, 2023 (ECF 223), filed by co-counsel for plaintiffs and the class in the above-captioned multidistrict litigation ("MDL") pursuant to Rule 7.1(a), identifying *Austin Onusz, et al. v. West Realm Shires Inc., et al.*, Case No.: 1:22-AP-50513 (JTD) (Bankr. D. Del.) (the "Delaware Adversary Proceeding") as a potential tag-along action.

The Delaware Adversary Proceeding should not currently be subject to transfer to this MDL as a tag-along action.

Commenced almost a year ago in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), the Delaware Adversary Proceeding involves claims against both certain of the debtors in the jointly administered chapter 11 cases before Hon. John T. Dorsey entitled *In re: FTX Trading Ltd., et al.*, Case No. 22-11068 (JTD) (the "FTX Debtors") and against individual defendants Samuel Bankman-Fried, Zixiao Wang, Nishad Singh and Caroline Ellison. It is clearly subject to the jurisdiction of the Delaware Bankruptcy Court.

The Delaware Adversary Proceeding Plaintiffs have reached an agreement in principle with the FTX Debtors as part of the upcoming chapter 11 plan(s). Separately, they are in the process of opposing December 7, 2023 motions by Mr. Bankman-Fried and Ms. Ellison before the

EC.00135361.2

Delaware Bankruptcy Court to, *inter alia*, dismiss outright or transfer the claims against them to this MDL. Those motions will be fully briefed by January 18, 2024.

Respectfully, until the settlement is effective, and/or Judge Dorsey resolves the motions, it is inappropriate for the MDL to take any action respecting the Delaware Adversary Proceeding, such as to issue a conditional transfer order under Rule 7.1(b).

Respectfully submitted on December 8, 2023,

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Tel: (512) 710-5960
aentwistle@entwistle-law.com

-and-

Robert N. Cappucci
Joshua K. Porter
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel: (212) 894-7200
Fax: (212) 894-7272
rcappucci@entwistle-law.com
jporter@entwistle-law.com

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
Robert K. Kriner, Jr.
2711 Centerville Rd, Suite 201
Wilmington, Delaware 19808
Tel. (302) 656-2500
robertkriner@chimicles.com

*Counsel For Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar*