**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | | MDL Docket 3076 |

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>• Nir Lahav, on behalf of a proposed Nationwide class defined as: All persons or entities in the United States who, within the applicable statute of limitations period, had any fiat or cryptocurrency deposited or invested through an FTX trading platform during the time period of volatility starting before November 6, 2022 and ending after November 8, 2022, inclusive (the "Class" and "Class Period")."<br><br>Defendants:<br>• BAM Trading Services Inc.<br>• BAM Management US Holdings Inc.<br>• Changpeng Zhao | United States District Court for the Northern District of California | 3:23-cv-05038 | Judge Trina L Thompson |