BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on December 29, 2023, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 ||
|---|---|
| **Nir Lahav v. Binance Holding Limited**<br>Case No.: 3:23-cv-05038,  Judge Trina L Thompson ||
| *Counsel for Plaintiff:*<br>　　　　　　　　　　Via Electronic Mail<br>Curtis Edward Smolar<br>Core X Legal P.A.<br>450 Townsend Street<br>Ste 207<br>San Francisco, CA 94107<br>415-364-8435<br>Email: Curtis@corexlegal.com<br><br>　　　　　　　　　　Via Electronic Mail<br>Timothy Devlin<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>Fax: (302) 353-4251<br>Email: tdevlin@devlinlawfirm.com<br><br>　　　　　　　　　　Via Electronic Mail<br>Deepali A. Brahmbhatt<br>Devlin Law Firm LLC<br>3120 Scott Boulevard, #13<br>Santa Clara, CA 95054 | *Counsel for Defendants BAM Trading Services Inc., BAM Management US Holdings Inc. and Changpeng Zhao:*<br><br>　　　　　　　　　　Via Electronic Mail<br>Adam Michael Foslid<br>Winston & Strawn LLP<br>200 S. Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131<br>305-910-0646<br>Fax: 305-910-0505<br>Email: afoslid@winston.com<br><br>　　　　　　　　　　Via Electronic Mail<br>Daniel Tramel Stabile<br>Winston & Strawn LLP<br>200 S. Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131<br>305-379-9139<br>Fax: 305-910-0505<br>Email: dstabile@winston.com |

| | |
|---|---|
| (650) 254-9805<br>Email: dbrahmbhatt@devlinlawfirm.com | Via Electronic Mail<br>Jeffrey Steinfeld<br>Winston & Strawn/Chicago<br>333 South Grand Avenue<br>Ste 38th Floor<br>Los Angeles<br>Los Angeles, CA 90071<br>213-615-1960<br>Fax: 213-615-1750<br>Email: jlsteinfeld@winston.com<br><br>Via Electronic Mail<br>Thania Charmani<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-294-4659<br>Fax: 212-294-4700<br>Email: acharmani@winston.com |

Dated: December 29, 2023           Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*