## ATTACHMENT A

**Plaintiffs Represented in *Onusz v. West Realm Shires Inc., et al.*, No. 1:22-ap-50513 (Bankr. D. Del.)**

Austin Onusz

Cedric Kees van Putten

Nicholas J. Marshall

Hamad Dar