## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on December 29, 2023, copies of the foregoing Notice of Appearance were filed electronically through the CM/ECF system, which will send electronic notification to all counsel of record, and on December 29, 2023 copies of same were sent via electronic mail to all parties on the attached service list.

| United States Bankruptcy Court for the District of Delaware<br>824 N Market St # 500<br>Wilmington, DE 19801 | |
|---|---|
| ***Austin Onusz v. West Realm Shires Inc., et al.***<br>**Case No.: 1:22-ap-50513, Judge John T. Dorsey** | |
| *Counsel for Plaintiff Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar*<br><br>Via Electronic Mail<br>Robert J. Kriner, Jr.<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>(302) 656-2500<br>rjk@chimicles.com<br><br>Via Electronic Mail<br>Scott M. Tucker<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>(302) 656-2500 | *Counsel for Defendants West Realm Shires Inc. and West Realm Shires Services Inc.:*<br><br>Via Electronic Mail<br>Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>(302) 467-4400<br>mcguire@lrclaw.com<br><br>*Counsel for Defendant FTX Trading Ltd.:*<br><br>Via Electronic Mail<br>Kimberly A. Brown<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899 |

| | |
|---|---|
| smt@chimicles.com | (302) 467-4400<br>brown@lrclaw.com<br><br>Via Electronic Mail<br><br>Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>(302) 467-4400<br>mcguire@lrclaw.com<br><br>Via Electronic Mail<br><br>Matthew R Pierce<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>(302) 467-4400 x452<br>pierce@lrclaw.com<br><br>*Counsel for Defendant Sam Bankman-Fried.:*<br><br>Via Electronic Mail<br><br>Gregory T. Donilon<br>Montgomery McCracken Walker & Rhoads LLP<br>1105 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 504-7805<br>gdonilon@mmwr.com<br><br>Via Electronic Mail<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103-7505<br>(215) 772-7246<br>jmishkin@mmwr.com<br>*Defendant, Zixiao Wang*<br>Address unknown<br><br>*Defendant, Nishad Singh*<br>Address unknown |

|  | *Counsel for Defendant Alameda Research LLC*: |
|  | Via Electronic Mail |
|  | Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>(302) 467-4400<br>mcguire@lrclaw.com |
|  | *Counsel for Defendant Caroline Ellison*: |
|  | Via Electronic Mail |
|  | Peter G. Neiman<br>Wilmer Cutler Pickering Hale and Dorr LL<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>peter.neiman@wilmerhale.com |
|  | Via Electronic Mail |
|  | Matthew P. Ward<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 252-4338<br>matthew.ward@wbd-us.com |
|  | Via Electronic Mail |
|  | Nicholas Werle<br>Wilmer Cutler Pickering Hale and Dorr LL<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>nick.werle@wilmerhale.com |
|  | *Counsel for Defendant Kroll Restructuring Administration LLC*: |
|  | Via Electronic Mail |
|  | Benjamin Joseph Steele |

| | Kroll Restructuring Administration LLC (F/K/A Prime Clerk LLC) 55 East 52nd Street, 17th Floor New York, NY 10055 (212) 257-5490 bsteele@primeclerk.com |
| --- | --- |

Respectfully submitted on December 29, 2023,

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Tel: (512) 710-5960
aentwistle@entwistle-law.com

-and-

Robert N. Cappucci
Joshua K. Porter
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel: (212) 894-7200
Fax: (212) 894-7272
rcappucci@entwistle-law.com
jporter@entwistle-law.com

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
Robert K. Kriner, Jr.
2711 Centerville Rd, Suite 201
Wilmington, Delaware 19808
Tel. (302) 656-2500
robertkriner@chimicles.com

*Counsel For Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar*