BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

## AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 2, 2024, copies of the Amended Proof of Service were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Northern District of California  450 Golden Gate Avenue  San Francisco, CA 94102 ||
|---|---|
| **Nir Lahav v. Binance Holding Limited**  Case No.: 3:23-cv-05038,  Judge Trina L Thompson ||
| *Counsel for Plaintiff:*  *Via Electronic Mail*  Curtis Edward Smolar  Core X Legal P.A.  450 Townsend Street  Ste 207  San Francisco, CA 94107  415-364-8435  Email: Curtis@corexlegal.com  *Via Electronic Mail*  Timothy Devlin  Devlin Law Firm LLC  1526 Gilpin Avenue  Wilmington, DE 19806  (302) 449-9010  Fax: (302) 353-4251  Email: tdevlin@devlinlawfirm.com  *Via Electronic Mail*  Deepali A. Brahmbhatt  Devlin Law Firm LLC  3120 Scott Boulevard, #13  Santa Clara, CA 95054  (650) 254-9805  Email: dbrahmbhatt@devlinlawfirm.com | *Counsel for Defendants BAM Trading Services Inc., BAM Management US Holdings Inc. and  Changpeng Zhao:*  *Via Electronic Mail*  Adam Michael Foslid  Winston & Strawn LLP  200 S. Biscayne Boulevard  Suite 2400  Miami, FL 33131  305-910-0646  Fax: 305-910-0505  Email: afoslid@winston.com  *Via Electronic Mail*  Daniel Tramel Stabile  Winston & Strawn LLP  200 S. Biscayne Boulevard  Suite 2400  Miami, FL 33131  305-379-9139  Fax: 305-910-0505  Email: dstabile@winston.com |

|  | Via Electronic Mail<br>Jeffrey Steinfeld<br>Winston & Strawn/Chicago<br>333 South Grand Avenue<br>Ste 38th Floor<br>Los Angeles<br>Los Angeles, CA 90071<br>213-615-1960<br>Fax: 213-615-1750<br>Email: jlsteinfeld@winston.com<br><br>Via Electronic Mail<br>Thania Charmani<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-294-4659<br>Fax: 212-294-4700<br>Email: acharmani@winston.com<br><br>*Counsel for Defendant Binance Holdings Limited:*<br>Via Electronic Mail<br>**Daniel John Tyukody**<br>Greenberg Traurig, P.A<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>310-586-7700<br>Fax: 310-586-7800<br>Email: tyukodyd@gtlaw.com<br><br>Via Electronic Mail<br>**Daniel John Tyukody**<br>Greenberg Traurig, P.A<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>310-586-7700<br>Fax: 310-586-7800<br>Email: tyukodyd@gtlaw.com |
|---|---|

Dated: January 2, 2024

Respectfully submitted,

**By: */s/ Adam Moskowitz***
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**

2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*