BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: FTX Cryptocurrency Exchange  :
Collapse Litigation                 :   MDL Docket 3076

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 3, 2024 copies of the Notice of Appearance were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

**United States Bankruptcy Court for the District of Delaware**
**824 N Market St # 500**
**Wilmington, DE 19801**

**Austin Onusz v. West Realm Shires Inc**
**Case No.: 1:22-AP-50513, Judge John T. Dorsey**

*Counsel for Plaintiffs:*
Via Electronic Mail
Robert N. Cappucci
Joshua K. Porter
Entwistle & Cappucci LLP
230 Park Ave, 3rd Floor
New York, NY 10169
212-894-7200
rcappucci@entwistle-law.com
jporter@entwistle-law.com

Via Electronic Mail
Andrew J. Entwistle
Sal H. Lee
Entwistle & Cappucci LLP
500 W. 2nd Street, Suite 1900
Austin, TX 78701
512-710-5960
Fax : 212-894-7272
aentwistle@entwistle-law.com
slee@entwistle-law.com

*Counsel for Defendants West Realm Shires Inc. and West Realm Shires Services Inc.:*
Via Electronic Mail
Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
mcguire@lrclaw.com

*Counsel for Defendant FTX Trading Ltd.:*
Via Electronic Mail
Kimberly A. Brown
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
brown@lrclaw.com

<div style="columns:2">

Via Electronic Mail
Robert J. Kriner, Jr
Scott M Tucker
Chimicles Schwartz Kriner & Donaldson-Smith LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
302-656-2500
rjk@chimicles.com
smt@chimicles.com

Via Electronic Mail
Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
mcguire@lrclaw.com

Via Electronic Mail
Matthew R Pierce
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400 x452
Fax : 302-467-4450
Pierce@lrclaw.com

*Counsel for Petitioners and FTX MDL Plaintiff:*

Via Electronic Mail

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*David Boies*
*Alex Boies*
*Brooke Alexander*
*BOIES SCHILLER FLEXNER LLP*
*333 Main Street*
*Armonk, NY 10504*
*Phone: (914) 749–8200*
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

Stephen Neal Zack
Tyler Ulrich

</div>

BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
*Office: 305-539-8400*
szack@bsfllp.com
tulrich@bsfllp.com

Jose M. Ferrer
MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

James R. Swanson
Kerry J. Miller
Molly L. Wells
*C. Hogan Paschal*
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
*(504) 586-5252; (504) 586-5250 fax*
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
mwells@fishmanhaygood.com
hpaschal@fishmanhaygood.com

*Defendant, Zixiao Wang*
*Address unknown*

*Defendant, Nishad Singh*
Address unknown

*Counsel for Defendant Alameda Research LLC:*

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
mcguire@lrclaw.com

*Counsel for Defendant Caroline Ellison:*

Via Electronic Mail

Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
peter.neiman@wilmerhale.com

Via Electronic Mail

Matthew P. Ward
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
302.252.4338
Fax : 302.661.7711
matthew.ward@wbd-us.com

Via Electronic Mail

Nicholas Werle
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
nick.werle@wilmerhale.com

*Counsel for Defendant Kroll Restructuring Administration LLC:*

Via Electronic Mail

Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street, 17th Floor
New York, NY 10055
212-257-5490
bsteele@primeclerk.com

Date:  January 4, 2024                    Respectfully submitted,


                                                        BY: */s/ Jeremy D. Mishkin*
                                                      Jeremy D. Mishkin
                                                      Montgomery McCracken Walker & Rhoads LLP
                                                      1735 Market Street, 21st Floor
                                                      Philadelphia, PA 19103-7505
                                                      (215) 772-7246
                                                      jmishkin@mmwr.com