BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 4, 2024 copies of the Notice of Appearance were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States Bankruptcy Court for the District of Delaware<br>824 N Market St # 500<br>Wilmington, DE 19801 ||
|---|---|
| **Austin Onusz v. West Realm Shires Inc**<br>**Case No.: 1:22-AP-50513,  Judge John T. Dorsey** ||
| *Counsel for Plaintiffs:*<br>                                    Via Electronic Mail<br>Robert N. Cappucci<br>Joshua K. Porter<br>Entwistle & Cappucci LLP<br>230 Park Ave, 3rd Floor<br>New York, NY 10169<br>212-894-7200<br>rcappucci@entwistle-law.com<br>jporter@entwistle-law.com<br><br>                                    Via Electronic Mail<br>Andrew J. Entwistle<br>Sal H. Lee<br>Entwistle & Cappucci LLP<br>500 W. 2nd Street, Suite 1900<br>Austin, TX 78701<br>512-710-5960<br>Fax : 212-894-7272<br>aentwistle@entwistle-law.com<br>slee@entwistle-law.com<br><br>                                    Via Electronic Mail<br>Robert J. Kriner, Jr<br>Scott M Tucker | *Counsel for Defendants West Realm Shires Inc. and West Realm Shires Services Inc.:*<br><br>                                    Via Electronic Mail<br>Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>302-467-4400<br>Fax : 302-467-4450<br>mcguire@lrclaw.com<br><br>*Counsel for Defendant FTX Trading Ltd.:*<br><br>                                    Via Electronic Mail<br>Kimberly A. Brown<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899<br>302-467-4400<br>Fax : 302-467-4450<br>brown@lrclaw.com<br><br>                                    Via Electronic Mail |

| | |
|---|---|
| Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>302-656-2500<br>rjk@chimicles.com<br>smt@chimicles.com | Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>302-467-4400<br>Fax : 302-467-4450<br>mcguire@lrclaw.com<br><br>                        Via Electronic Mail<br>Matthew R Pierce<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>302-467-4400 x452<br>Fax : 302-467-4450<br>Pierce@lrclaw.com<br><br>*Counsel for Defendant Sam Bankman-Fried.:*<br>                        Via Electronic Mail<br>Gregory T. Donilon<br>Montgomery McCracken Walker & Rhoads LLP<br>1105 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 504-7805<br>Fax : (215) 731-3740<br>gdonilon@mmwr.com<br><br>                        Via Electronic Mail<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103-7505<br>(215) 772-7246<br>jmishkin@mmwr.com<br><br>*Defendant, Zixiao Wang*<br>Address unknown<br><br>*Defendant, Nishad Singh*<br>Address unknown<br>*Counsel for Defendant Alameda Research LLC:* |

Via Electronic Mail
Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
mcguire@lrclaw.com

*Counsel for Defendant Caroline Ellison:*

Via Electronic Mail
Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
peter.neiman@wilmerhale.com

Via Electronic Mail
Matthew P. Ward
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
302.252.4338
Fax : 302.661.7711
matthew.ward@wbd-us.com

Via Electronic Mail
Nicholas Werle
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
nick.werle@wilmerhale.com

*Counsel for Defendant Kroll Restructuring Administration LLC:*

Via Electronic Mail
Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street, 17th Floor
New York, NY 10055
212-257-5490
bsteele@primeclerk.com

Dated: January 4, 2024                Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Tyler Ulrich
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

By: */s/Kerry J. Miller*
James R. Swanson
Kerry J. Miller
Molly L. Wells
C. Hogan Paschal

**FISHMAN HAYGOOD L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
mwells@fishmanhaygood.com
hpaschal@fishmanhaygood.com

*Co-Counsel for Petitioners and FTX MDL Plaintiffs*