# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4)

Pursuant to Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Nir Lahav submits this Notice of Opposition to Conditional Transfer Order (CTO-4) dated January 3, 2024 for the transfer of the following case: *Lahav v. Binance Holdings Limited et al.*, N. D. Cal., Case No: 3:23-cv-05038-TLT. Plaintiff Lahav incorporates by reference his opposition and objection to the notice of potential tag-along action (ECF 231). Pursuant to Rule 7.1(f), Plaintiff Lahav intends to file a Motion to Vacate CTO-4.

Dated: January 10, 2024        **DEVLIN LAW FIRM, LLC**

By:   /s/ Timothy Devlin
Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:    (650) 254-9805

*Attorneys for Plaintiff and the Class Nir Lahav on behalf of himself and all others similarly situated*

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 10, 2024, copies of the Opposition/Objection to Notice of Potential Tag-Along Action was filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list:

*Lahav v. Binance et al.*, Case No.: 3:23-cv-05038, Judge Trina L Thompson (N. D. Cal.) filed October 2, 2023.

---

*Counsel for Defendants BAM Trading Services Inc., BAM Management US Holdings Inc.*

Via Electronic Mail

Adam Michael Foslid
Email: afoslid@winston.com
Tel: 305-910-0646

Daniel Tramel Stabile
Email: dstabile@winston.com
Tel: 305-379-9139

Winston & Strawn LLP
200 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131
Fax: 305-910-0505

Jeffrey L. Steinfeld (SBN 294848)
Email: jlsteinfeld@winston.com
Tel: 213-615-1960
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071

---

*Counsel for Defendants Binance Holdings Ltd. and Changpeng Zhao*

Via Electronic Mail

Daniel J. Tyukody (SBN 123323)
tyukody@gtlaw.com

Alex Linhardt (SBN 303669)
linhardt@gtlaw.com

GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

***In Re: FTX Cryptocurrency Exchange Collapse Litigation*** **Case No.: 1:23-md-03076-KMM, Judge K. Michael Moore**

| | |
|---|---|
| *Co-Counsel for Plaintiffs* | Via Electronic Mail |

Adam Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
(305) 740-1423
adam@moskowitz-law.com

Via Electronic Mail

Joseph M. Kyle
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
(305) 740-1423
joseph@moskowitz-law.com

*Co-Counsel for Plaintiffs*   Via Electronic Mail
Stephen Neal Zack
Tyler Ulrich
Boies Schiller Flexner LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
(305) 539-8400
szack@bsfllp.com
tulrich@bsfllp.com

Via Electronic Mail

José M. Ferrer
Mark Migdal & Hayden
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com