**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: FTX CRYPTO CURRENCY                    **MDL No. 3076**
EXCHANGE COLLAPSE LITIGATION

*Lahav v. Binance Holdings Ltd. et al., N.D. California
Case No. 3:23-cv-05038-TLT*

_____/

**NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER DATED JANUARY 3, 2024 (CTO-4)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, Defendants BAM Trading Services Inc., and BAM Management

US Holdings Inc., hereby submit this Notice of Opposition to the Conditional Transfer Order dated

January 3, 2024 (CTO-4) (ECF No. 233) for the transfer of the following case:

*Lahav v. Binance Holdings Ltd. et al., N.D. California, Case No. 3:23-cv-05038-TLT*

Dated: January 10, 2024                    Respectfully Submitted,

                                           */s/ Kelly C. Hunsaker*
                                           WINSTON & STRAWN LLP

                                           Daniel T. Stabile, Esq.
                                           Fla. Bar No. 1010193
                                           200 S. Biscayne Blvd., Suite 2400
                                           Miami, FL 33131
                                           Tel: (305) 910-0646
                                           DStabile@winston.com

                                           Jeffrey L. Steinfeld, Esq.
                                           Cal. Bar No. 294848
                                           333 S. Grand Ave.
                                           Los Angeles, CA 90071
                                           Tel.: (213) 615-1700
                                           JLSteinfeld@winston.com

Kelly C. Hunsaker, Esq.
Cal. Bar No. 168307
255 Shoreline Dr. #520
Redwood City, CA 94065
Tel: (650) 858-6500
KHunsaker@winston.com

*Attorneys for Defendants BAM Trading*
*Services Inc. and BAM Management US*
*Holdings Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: FTX CRYPTO CURRENCY**                       **MDL No. 3076**
**EXCHANGE COLLAPSE LITIGATION**

*Lahav v. Binance Holdings Ltd., N.D. California*
*Case No. 23-05038*

_____/

**CERTIFICATE OF SERVICE**

       In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on January 10, 2024, I electronically filed the above and foregoing **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER DATED JANUARY 3, 2024 (CTO-4)** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

                                      */s/ Kelly C. Hunsaker*
                                      Kelly C. Hunsaker, Esq.