BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: FTX Cryptocurrency Exchange　　:
Collapse Litigation　　　　　　　　　　:　　　MDL Docket 3076

PROOF OF SERVICE

**United States Bankruptcy Court for the District of Delaware**
**824 N Market St # 500**
**Wilmington, DE 19801**

**Austin Onusz v. West Realm Shires Inc**
**Case No.: 1:22-AP-50513, Judge John T. Dorsey**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 17, 2024 a copy of Defendant Sam Bankman-Fried's Response in Support of the Relief Sought in Petitioners' Motion for Transfer of Related Action to the Southern District of Florida for Consolidation into MDL No. 3076 was filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| *Counsel for Plaintiffs:* | *Counsel for Defendants West Realm Shires Inc. and West Realm Shires Services Inc.:* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Robert N. Cappucci | Matthew B. McGuire |
| Joshua K. Porter | Landis Rath & Cobb LLP |
| Entwistle & Cappucci LLP | P.O. Box 2087 |
| 230 Park Ave, 3rd Floor | 919 Market Street, Suite 1800 |
| New York, NY 10169 | Wilmington, DE 19899 |
| 212-894-7200 | 302-467-4400 |
| rcappucci@entwistle-law.com | Fax : 302-467-4450 |
| jporter@entwistle-law.com | mcguire@lrclaw.com |

Via Electronic Mail
Andrew J. Entwistle
Sal H. Lee
Entwistle & Cappucci LLP
500 W. 2nd Street, Suite 1900
Austin, TX 78701
512-710-5960
Fax : 212-894-7272
aentwistle@entwistle-law.com
slee@entwistle-law.com

Via Electronic Mail
Robert J. Kriner, Jr
Scott M Tucker
Chimicles Schwartz Kriner & Donaldson-Smith LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
302-656-2500
rjk@chimicles.com
smt@chimicles.com

*Counsel for Defendant FTX Trading Ltd.:*

Via Electronic Mail
Kimberly A. Brown
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
brown@lrclaw.com

Via Electronic Mail
Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
mcguire@lrclaw.com

Via Electronic Mail
Matthew R Pierce
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400 x452
Fax : 302-467-4450
Pierce@lrclaw.com

*Counsel for Petitioners and FTX MDL Plaintiff:*

Via Electronic Mail

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*David Boies*
*Alex Boies*
*Brooke Alexander*
*BOIES SCHILLER FLEXNER LLP*
*333 Main Street*
*Armonk, NY 10504*
*Phone: (914) 749–8200*
*dboies@bsfllp.com*
*aboies@bsfllp.com*
*balexander@bsfllp.com*

Stephen Neal Zack
Tyler Ulrich
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
*Office: 305-539-8400*
*szack@bsfllp.com*
*tulrich@bsfllp.com*

Jose M. Ferrer
MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
*jose@markmigdal.com*
*eservice@markmigdal.com*

James R. Swanson
Kerry J. Miller
Molly L. Wells
*C. Hogan Paschal*
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
*(504) 586-5252; (504) 586-5250 fax*
*jswanson@fishmanhaygood.com*
*kmiller@fishmanhaygood.com*
*mwells@fishmanhaygood.com*
*hpaschal@fishmanhaygood.com*

*Defendant, Zixiao Wang*
*Address unknown*

*Defendant, Nishad Singh*
Address unknown

*Counsel for Defendant Alameda Research LLC:*

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
mcguire@lrclaw.com

*Counsel for Defendant Caroline Ellison:*
　　　　　　　　　　　Via Electronic Mail
Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
peter.neiman@wilmerhale.com

　　　　　　　　　　　Via Electronic Mail
Matthew P. Ward
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
302.252.4338
Fax : 302.661.7711
matthew.ward@wbd-us.com

　　　　　　　　　　　Via Electronic Mail
Nicholas Werle
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
nick.werle@wilmerhale.com

*Counsel for Defendant Kroll Restructuring Administration LLC:*

Via Electronic Mail

Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street, 17th Floor
New York, NY 10055
212-257-5490
bsteele@primeclerk.com

Date:  January 17, 2024

Respectfully submitted,


BY: */s/ Jeremy D. Mishkin*
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103-7505
(215) 772-7246
jmishkin@mmwr.com


BY:  */s/ Gregory T. Donilon*
Gregory T. Donilon
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7805
Fax : (215) 731-3740
gdonilon@mmwr.com