## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 17, 2024, a copy of Delaware Adversary Proceeding Plaintiffs' Opposition to Petitioners' Motion for Transfer to the FTX MDL was filed electronically through the CM/ECF system, and copies of same were sent via electronic mail to all parties on the attached service list.

| United States Bankruptcy Court for the District of Delaware<br>824 N Market St # 500<br>Wilmington, DE 19801 | |
|---|---|
| ***Austin Onusz, et al. v. West Realm Shires Inc., et al.***<br>**Adv. No. 22-50513, Judge John T. Dorsey** | |
| *Counsel for Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar:* | *Counsel for Petitioners and FTX MDL Plaintiffs:* |
| Via Electronic Mail<br>Robert J. Kriner, Jr.<br>Scott M. Tucker<br>Chimicles Schwartz Kriner &<br>Donaldson-Smith LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>(302) 656-2500<br>robertkriner@chimicles.com<br>scotttucker@chimicles.com | Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>(305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>David Boies<br>Alex Boies<br>Brooke Alexander<br>Boies Schiller Flexner LLP<br>333 Main Street |

Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

Stephen Neal Zack
Tyler Ulrich
Boies Schiller Flexner LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
(305) 539-8400
szack@bsfllp.com
tulrich@bsfllp.com

Jose M. Ferrer
Mark Migdal & Hayden
80 S.W. 8th Street, Suite 1999
Miami, FL 33130
(305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

James R. Swanson
Kerry J. Miller
Molly L. Wells
C. Hogan Paschal
Fishman Haygood L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
(504) 586-5252
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
mwells@fishmanhaygood.com
hpaschal@fishmanhaygood.com

*Counsel for Defendants West Realm Shires
Inc. and West Realm Shires Services Inc.:*

Via Electronic Mail

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

(302) 467-4400
mcguire@lrclaw.com

*Counsel for Defendant FTX Trading Ltd.:*

                                           Via Electronic Mail

Kimberly A. Brown
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
brown@lrclaw.com

                                           Via Electronic Mail

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
(302) 467-4400
mcguire@lrclaw.com

                                           Via Electronic Mail

Matthew R. Pierce
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
(302) 467-4400 x452
pierce@lrclaw.com

*Counsel for Defendant Sam Bankman-Fried:*

                                           Via Electronic Mail

Gregory T. Donilon
Marc J. Phillips
Montgomery McCracken Walker
& Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7805
gdonilon@mmwr.com
mphillips@mmwr.com

Via Electronic Mail

Jeremy D. Mishkin
Montgomery McCracken Walker
& Rhoads LLP
1735 Market St., 21st Floor
Philadelphia, PA 19103-7505
(215) 772-7246
jmishkin@mmwr.com

*Defendant, Zixiao Wang*
Address unknown

*Defendant, Nishad Singh*
Address unknown

*Counsel for Defendant Alameda Research LLC*:

Via Electronic Mail

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
(302) 467-4400
mcguire@lrclaw.com

*Counsel for Defendant Caroline Ellison*:

Via Electronic Mail

Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
peter.neiman@wilmerhale.com

Via Electronic Mail

Matthew P. Ward
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4338
matthew.ward@wbd-us.com

| | |
|---|---|
| | Via Electronic Mail |
| | Nicholas Werle |
| | Wilmer Cutler Pickering Hale and Dorr LL |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | (212) 230-8800 |
| | nick.werle@wilmerhale.com |
| | |
| | *Counsel for Defendant Kroll Restructuring* *Administration LLC*: |
| | |
| | Via Electronic Mail |
| | Benjamin Joseph Steele |
| | Kroll Restructuring Administration LLC |
| | (F/K/A Prime Clerk LLC) |
| | 55 East 52nd Street, 17th Floor |
| | New York, NY 10055 |
| | (212) 257-5490 |
| | bsteele@primeclerk.com |

Respectfully submitted on January 17, 2024.

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Sal H. Lee
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Tel: (512) 710-5960
aentwistle@entwistle-law.com
slee@entwistle-law.com

-and-

Robert N. Cappucci
Joshua K. Porter
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel: (212) 894-7200
Fax: (212) 894-7272
rcappucci@entwistle-law.com
jporter@entwistle-law.com

**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
Robert K. Kriner, Jr.
2711 Centerville Rd, Suite 201
Wilmington, Delaware 19808
Tel. (302) 656-2500
robertkriner@chimicles.com

*Counsel for Austin Onusz, Cedric Kees van
Putten, Nicholas J. Marshall and Hamad Dar*