BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-4)**

Plaintiff Nir Lahav by and through their undersigned counsel, hereby moves, pursuant to Rule 7.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML Rules"), for an order vacating its January 3, 2024 order conditionally transferring to MDL 3076 the *Lahav v. Binance et al.*, N. D. California, Case No: 3:23-cv-05038-TLT (the "Lahav action"), and remanding the case stay where it was originally filed. As further set forth in the co-filed Brief in support, this Motion to vacate CTO-4 should be granted because: (i) consolidating the Lahav-action with the MDL-action goes against well-established J.P.M.L. precedent on not consolidating cases against competitors; (ii) Plaintiff and Defendants both oppose transfer (J.M.P.L. ECFs 240, 242); (iii) a trial date has been set in the Lahav action (Lahav action ECF 38); (iv) the transferee MDL action[1] is stayed, potentially at least for a year or more, pending completion of Sam Bankman-Fried's criminal-action[2] (MDL-action ECF 318) that has no effect of consequence to the Lahav action at issue here; (v) there is no risk of pre-trial inconsistent rulings (vi) transfer will not promote just and efficient conduct in actions.

This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memoranda of Points and Authorities, Declaration of Timothy Devlin with Exhibits A-D, opposition and objection to the notice of potential tag-along action (J.M.P.L. ECF 231), notice

---

[1] *In re: FTX Cryptocurrency Exchange Collapse Litigation*, Civ. No. 1:23-md-03076-KMM ("MDL action")
[2] *USA v. Bankman-Fried*, N.Y.S.D., Crim. No. 1:22-cr-00673 orders dated Feb. 28, 2023.

of opposition (J.M.P.L. ECF 240).  Plaintiff Nir Lahav also requests a hearing session pursuant to JPML Rule 7.1(f) and an opportunity to present oral argument.

| | |
|---|---|
| Dated:  January 24, 2024 | **DEVLIN LAW FIRM, LLC** |

By:    /s/ Timothy Devlin
Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm LLC
3120 Scott Blvd. #13, Santa Clara, CA 95054
Telephone:     (650) 254-9805
*Attorneys for Plaintiff and the Class Nir Lahav on behalf of himself and all others similarly situated*