BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

### SCHEDULE OF ACTIONS

| Case | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Nir Lahav<br><br>**Defendants**:<br>Binance Holdings Limited,<br>Bam Trading Services Inc.<br>Bam Management US Holdings Inc.<br>        And<br>Changpeng Zhao | United States District Court Northern District of California | 3:23-cv-05038-TLT[1] | Hon. Trina L. Thompson |

Dated:  January 24, 2024

**DEVLIN LAW FIRM, LLC**

By:    /s/ Timothy Devlin
Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:    (650) 254-9805
*Attorneys for Plaintiff and the Class*
*Nir Lahav on behalf of himself and all others similarly situated*

---

[1] Exhibit A is the Operative Complaint and Exhibit B is the docket sheet of this action.