# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

## DECLARATION OF TIMOTHY DEVLIN ISO MOTION TO VACATE (CTO-4)

I, Timothy Devlin, declare as follows:

1. I am an attorney at the law firm of Devlin Law Firm, LLC, counsel of record in the *Lahav v. Binance et al.*, N. D. California, Case No: 3:23-cv-05038-TLT (the "Lahav action") for Plaintiff Nir Lahav. I make this Declaration in support of Plaintiff Lahav's motion to vacate conditional transfer order 4 (CTO-4). I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the operative Complaint in the Lahav action with Exhibits 1-12.

3. Attached hereto as Exhibit B is a true and correct copy of the docket report of the Lahav action downloaded from pacer.

4. Attached hereto as Exhibit C is a true and correct copy of excerpted pages related to MDL actions from the Advisory Committee on Civil Rules Report dated March 28, 2023.

5. Attached hereto as Exhibit D is a true and correct copy of the events in the FTX principals' criminal action trial as shown in Docket Alarm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 24, 2024          By:   /s/ Timothy Devlin
                                        Timothy Devlin