# EXHIBIT A

Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:     (650) 254-9805

Timothy Devlin (*pro hac vice* pending)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Curtis E. Smolar (SBN 194700)
Email: curtis@corexlegal.com
Corexlegal PA
450 Townsend Street, Suite 207
San Francisco, CA 94107

*Attorneys for Plaintiff and the Class*
*Nir Lahav on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### Oakland Division

| | |
|---|---|
| Nir Lahav, on behalf of himself and all others similarly situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| vs. | |
| BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC. BAM MANAGEMENT US HOLDINGS INC. AND CHANGPENG ZHAO | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Nir Lahav, ("Plaintiff"), brings this class action individually and on behalf of a Class of all those similarly situated for damages against Defendants Binance Holdings Limited, BAM Trading Services Inc. ("BAM Trading"), BAM Management US Holdings Inc. ("BAM Management"), and Changpeng Zhao ("Zhao") (collectively, "Defendants" or "Binance") and alleges upon personal knowledge as to their own actions, and upon information and belief as to counsel's investigations and all other matters, as follows:

## **NATURE OF THE ACTION**

1.      Plaintiff brings this action against Defendants for injury under unfair competition and violations of Security Exchange Commission (SEC) laws for attempts to monopolize the cryptocurrency platform market by hurting the competitor trading platforms operated by the FTX Entities, as defined below.  The FTX trading platforms were run by corporate entities West Realm Shires Services Inc. d/b/a FTX US ("FTX US") and/or FTX Trading LTD. d/b/a FTX ("FTX Trading") (collectively, the "FTX Entities").

2.      An FTX Token (FTT) is a utility token and cryptocurrency that provides access to the FTX trading platform's features and services.  In 2019, Binance invested in competitor FTX Entities and its cryptocurrency FTT.  On information and belief, Binance had invested and owned up to 5% of total FTT tokens in the market.  For example, Defendant Zhao tweeted, "As part of Binance's exit from FTX equity last year, Binance received roughly $2.1 billion USD equivalent in cash (BUSD and FTT)."  On information and belief, Binance USD, which is also known as BUSD, is a U.S. dollar stablecoin issued by crypto exchange Binance and blockchain company Paxos Trust.

3.      Since 2020 and through the date of this Complaint, each of Defendants have been under SEC investigation for profiteering in a manner in violation of the federal securities laws and the investor and market protections these laws provide.  (Exhibits 1-2.)  During at least part of the same time period, Sam Bankman-Fried, the CEO and founder of competitor platform FTX, was known for promoting regulatory efforts for cryptocurrency and crypto exchange in the US.  (Exhibit 3.)  On information and belief, Defendants were unhappy with Bankman-Fried's regulatory efforts.

4.      On Sunday November 6, 2022, Zhao tweeted, "Due to recent revelations that have came [sic] to light, we have decided to liquidate any remaining FTT on our books."  On Saturday November 5,

**CLASS ACTION COMPLAINT**

2022, the day before his tweet, Binance had already sold and moved 23 million FTT (worth approximately $530 million). Zhao's tweet caused the price of FTT to decline 14% over a 24-hour period. Zhao tweeted "We are not against anyone'". But in the same post he added: "***But we won't support people who lobby against other industry players behind their backs***."

5.      On Tuesday, November 7, 2022, Zhao tweeted, "There is a significant liquidity crunch. To protect users, we signed a non-binding [letter of intent], intending to fully acquire FTX.com."

6.      On Wednesday, November 8, 2022, Binance—now appearing to be armed with confidential information from FTX Entities—suddenly pulled back, with Defendant Zhao tweeting an emoji putatively expressing regret.

"In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help," Binance said in a statement.

Zhao tweeted that it was a "sad day".



CZ ◆ Binance ✓ ◼
@cz_binance · Follow

Sad day. Tried, but 😭

1:56 PM · Nov 9, 2022

❤ 73.9K        💬 Reply        ⬆ Share

Read 218 replies

7.      Zhao publicly disseminated this information on twitter and other social media platforms to hurt FTX Entities that ultimately lead to a rushed and unprecedented collapse of FTX Entities. FTX

Entities and its Board of Directors were unable to avoid this collapse in the market before FTX Entities' bankruptcy filings. Zhao showed no qualms about publicly tweeting to hurt FTX Entities.

8.      Plaintiff brings this action for unfair competition and violations of SEC laws.

## PARTIES

9.      Plaintiff Nir Lahav resides in California. Plaintiff purchased, repurchased, invested, reinvested, deposited and/or transferred additional funds or cryptocurrencies to a FTX trading platform. Plaintiff lost cryptocurrency assets on the FTX trading platform triggered by the FTX Entities collapse and bankruptcy.

10.     Defendant Binance Holdings Ltd. is a cryptocurrency company with headquarters in 23 Lime Tree Bay Ave, Cayman Islands and operating out of the Republic of China. Defendants BAM Trading Services, Inc. doing business as Binance.US and BAM Management US Holdings Inc. are cryptocurrency Delaware corporations with headquarters at One Letterman Drive, Building C Suite C3-800, San Francisco, California 94129, US and registered agent for service of process at Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808. Defendant Changpeng Zhao is a Canadian citizen who is Chief Executive Officer of Binance and has direct control and ownership of Binance and its subsidiaries.

## JURISDICTION AND VENUE

11.     This Court has original jurisdiction of this action under the Class Action Fairness Act of 2005. Pursuant to 28 U.S.C. §§ 1332(d)(2) and (6), this Court has original jurisdiction because the aggregate claims of the putative class members exceed $5 million, exclusive of interest and costs, and at least one of the members of the proposed classes is a citizen of a different state than Defendants.

12.     This Court has personal jurisdiction over Defendant Binance Holdings Limited ("Binance") with it has a principal place of business located 23 Lime Tree Bay Ave, Cayman Islands because it conducts substantial business in this District, and a substantial part of the acts and omissions complained of occurred in this District.

13.     This Court has personal jurisdiction over Defendant BAM Trading Services Inc. ("BAM Trading") because it has a principal place of business located at One Letterman Drive, Building C Suite

**CLASS ACTION COMPLAINT**

C3-800, San Francisco, California 94129, US, it conducts substantial business in this District, and a substantial part of the acts and omissions complained of occurred in this District.

14.     This Court has personal jurisdiction over Defendant BAM Management US Holdings Inc. ("BAM Management") because it has a principal place of business located One Letterman Drive, Building C Suite C3-800, San Francisco, California 94129, US, it conducts substantial business in this District, and a substantial part of the acts and omissions complained of occurred in this District.

15.     This Court has personal jurisdiction over Defendant Changpeng Zhao ("Zhao") because he conducts substantial business in this District, and a substantial part of the acts and omissions complained of occurred in this District.

16.     The Defendants can be served using designated service of process agent at Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

17.     Venue is proper in this District under Title 28, United States Code, Section 1391(b) because Defendants are subject to personal jurisdiction here and regularly conducts business in this District, Defendants have intentionally availed of the laws and markets within this District, Defendants do substantial business in this District, Defendants are subject to personal jurisdiction in this District and because the events giving rise to Plaintiff's claims occurred in this District.

18.     In addition, venue is proper in this District under Title 28, United States Code, Section 1391(b) because Defendants' improper conduct alleged in this complaint was targeted towards this judicial district.

## STATEMENT OF FACTS

**A.  Cryptocurrency, Crypto Exchanges And SEC**

19.     While cryptocurrency and crypto exchanges are undergoing regulatory change, the laws are well established when it comes to unfairly hurting competitors that lead to a cascading effect of hurting consumers.

20.     Despite the crypto industry's cries for "regulatory clarity," the SEC's stance on cryptocurrency has been clear and consistent from the beginning. Critics of the SEC's stance toward cryptocurrency overlook an important aspect of U.S. securities law – securities regulation is not meant to be precise but is instead intentionally drafted to be broad and all-encompassing; clarity is not just

**CLASS ACTION COMPLAINT**

uncommon; it is deliberately avoided. This is why the definitions of "security" in Section 2(a)(1) of the Securities Act of 1933 (Securities Act), 15 U.S.C. 77b(a)(1), and Section 3(a)(10) of the Securities Exchange Act of 1934 (Exchange Act), 15 U.S.C. 78c(a)(10), include not only conventional securities, such as "stock[s]" and "bond[s]," but also the more general term "investment contract."

21.     Along these lines, in *Reves v. Ernst & Young*, the Supreme Court stated that:

> "The fundamental purpose undergirding the Securities Acts is 'to eliminate serious abuses in a largely unregulated securities market.' *United Housing Foundation, Inc. v. Forman*, 421 U.S. 837, 421 U.S. 849 (1975). **In defining the scope of the market that it wished to regulate, Congress painted with a broad brush. It recognized the virtually limitless scope of human ingenuity, especially in the creation of 'countless and variable schemes devised by those who seek the use of the money of others on the promise of profits,** *SEC v. W.J. Howey Co*., 328 U.S. 293, 328 U.S. 299 (1946), and determined that the best way to achieve its goal of protecting investors was 'to define the term "security" in sufficiently broad and general terms so as to include within that definition the many types of instruments that in our commercial world fall within the ordinary concept of a security.' . . . Congress therefore did not attempt precisely to cabin the scope of the Securities Acts . . . Rather, it enacted a definition of 'security' sufficiently broad to encompass virtually any instrument that might be sold as an investment." (emphasis added).

22.     Crafted to contemplate not only known securities arrangements at the time, but also any prospective instruments created by those who seek the use of others' money on the promise of profits, the definition of "security" is broad, sweeping, and designed to be flexible to capture new instruments that share the common characteristics of stocks and bonds. As Supreme Court Justice (and former SEC Commissioner (1935) and Chair (1936-37)) William O. Douglas opined in *Superintendent of Insurance v. Bankers Life and Casualty Co*.:

> "We believe that section 10(b) and Rule 10b-5 prohibit all fraudulent schemes in connection with the purchase or sale of securities, whether the artifices employed involve a garden type variety fraud, or present a unique form of deception. Novel or atypical methods should not provide immunity from the securities laws."

23.     Federal courts have already confirmed the SEC's jurisdiction in numerous crypto-related emergency asset freeze hearings where the issue is always considered and affirmed, same as it has been by hundreds of federal courts across the country since the *Howey* Decision, which the Supreme Court adopted over 75 years ago.  *SEC v. W. J. Howey Co.*, 328 U.S. 293, 66 S. Ct. 1100 (1946).  That decision resulted

Case No.

**CLASS ACTION COMPLAINT**

1   in the *Howey* Test, which is used to determine the presence of an investment contract. The *Howey* Test

2   stipulates that an investment contract exists if there is an "investment of money in a common enterprise

3   with a security.

4         24.    The SEC has used multiple distribution channels to share its message and concerns

5   regarding crypto, digital trading platforms, initial coin offerings, and other digital asset products and

6   services over the past decade. The SEC applied the *Howey Test* to the Decentralized Autonomous

7   Organization ("DAO") crypto tokens and concluded they were securities under the Securities Act of 1933

8   ("Securities Act") and the Securities Exchange Act of 1934 ("Exchange Act"). Subsequent cases have

9   confirmed this interpretation for other cryptocurrencies as well.

**B.  Binance Is FTX Entities Competitor And Zhao Had Rivalry with FTX's CEO**

11        25.    Zhao and Binance have openly acknowledged their rivalry and animosity towards FTX

12   Entities and its founders for their regulatory efforts. (Exhibit 3.) When an opportunity to hurt FTX Entities

13   arose, Zhao did not hesitate to trigger the collapse of FTX Entities stock in the market. Zhao's vendetta

14   has hurt Plaintiff and the Class.

15        26.    After the collapse of FTX Entities, Binance is now ranked as top (first) crypto exchange

16   with an increased market share of 62.1%. (Exhibit 4.) Before its collapse, FTX was ranked third after

17   Binance and Coinbase. (Exhibit 5.)

**C.  Binance And Zhao Made Materially False And Misleading Statements**

19        27.    On Sunday November 6, 2022, Zhao tweeted, "Due to recent revelations that have came

20   [sic] to light, we have decided to liquidate any remaining FTT on our books." This statement was false

21   and misleading because Binance had already sold and moved 23 million FTT (worth approximately $530

22   million) before making this statement. This statement was intentionally misleading and intended to cause

23   the price of FTT in the market to decline.

24        28.    Zhao was able to generate the intended effect of declining and triggering the decline in the

25   price of FTT. Zhao's tweet caused the price of FTT to decline 14% over a 24-hour period. Zhao tweeted

26   "We are not against anyone'". But in the same post he added: "***But we won't support people who lobby***

27   ***against other industry players behind their backs***."

28

29.    Zhao realizing his power over the market and influence his tweets had on the price of FTT, decides to play the market some more.  In an attempt to bait the market, Zhao tweets a proposal of acquiring FTX Entities.  On Tuesday, November 7, 2022, Zhao tweeted, "There is a significant liquidity crunch. To protect users, we signed a non-binding [letter of intent], intending to fully acquire FTX.com." On information and belief and inference based on subsequent actions, Zhao never had a good faith intention to actually acquire FTX Entities.

30.    Through the FTX Entities non-binding letter of intent, Zhao implied to the market that he had confidential information from FTX Entities as to its internal operations and accounting and was allegedly working with FTX Entities' executives.  The market responded with crypto currency token FTT price stabilizing and increasing to USD 23.1510.  (Exhibit 11, Historical data of price of FTX from Yahoo Finance.)

31.    On Wednesday, November 8, 2022, with the market perception that Zhao and Binance are armed with confidential information, Zhao suddenly pulled back with an emoji of tears, clearly crocodile tears, under the circumstances.

"In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help," Binance said in a statement.

Zhao tweeted that it was a "sad day".

**CZ** ◆ **Binance** ✔ ▪
@cz_binance · Follow

Sad day. Tried, but 😭

1:56 PM · Nov 9, 2022                    ⓘ

♥ 73.9K          💬 Reply          ⬆ Share

Read 218 replies

Case No.

**CLASS ACTION COMPLAINT**

32.     Zhao publicly disseminated this information on twitter and other social media platforms to hurt FTX Entities that ultimately lead to a rushed and unprecedented collapse of FTX Entities.  FTX Entities and its Board of Directors were unable to avoid this collapse in the market before FTX Entities' bankruptcy filings.  Zhao showed no qualms about publicly tweeting to hurt FTX Entities.

33.     Zhao's tweet resulted in FTT price declining from US 23.1510 to US 3.1468.  This significant drop plummeted FTX Entities into bankruptcy without giving an opportunity or chance to FTX Entities' executives and board of directors a chance to salvage the situation and put in safe guards to protect its clients and end-users.

34.     As alleged herein, Defendants acted with scienter in that Defendants knew, or recklessly disregarded, that the public statements they issued and disseminated to the investing public in the name of Binance, or in their own name, were materially false and misleading. Defendants knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements as primary violations of the federal securities laws. Defendants, by virtue of their receipt of information reflecting the true facts regarding FTX Entities for its potential acquisition, and their control over and/or receipt of such material information, were active and culpable participants in the fraudulent scheme alleged herein.

35.     Defendants knew and recklessly disregarded the false and misleading nature of the information they caused to be disseminated to the investing public. The fraudulent scheme described herein could not have been perpetuated during the Class Period without the knowledge and complicity of, or at least the reckless disregard by, personnel at the highest levels of Binance, including the individual Defendant Zhao.

36.     Zhao because of his position with Binance, controlled the contents of Binance's public statements during the Class Period and was intimately involved in negotiating, evaluating, consummating, and ultimately terminating the FTX Entities acquisition. Zhao was provided with or had access to the information alleged herein to be false and misleading prior to or shortly before FTX Entities' November 8th decline and had the ability and opportunity to prevent it or cause it to be corrected. Because of his position and access to material, non-public information, Zhao knew or recklessly disregarded that playing the market plummeted FTX Entities when he had no intention to acquire FTX Entities in the first place.

Case No.

**CLASS ACTION COMPLAINT**

37.     Zhao had already secured Binance's own assets by selling FTT before playing with the market and making any tweets. Zhao had openly acknowledged that he did not support FTX Entities and its executives because of their lobbying efforts to regulate the cryptocurrency. Defendants' bait and switch within a day caused FTT price to plummet and ultimately was the proximate cause of its hastened bankruptcy. FTX Entities' board was also not able to put in safe-guards in time to protect its clients and end-users.

**D. Unfairly Hurting FTX Entities, Has Helped Binance**

38.     Binance did a classic bait and switch to hurt FTX Entities. (Exhibit 8). It originally signed a letter of intent to acquire FTX Entities. (*Id.*) Within a day, Zhao tweeted that they would not be doing so. (*Id.*) Zhao played with the market volatility and publicly tweeting information appearing to be based on FTX Entities' confidential information. It became clear that Zhao never had any intention to go through the deal to save FTX Entities. (Exhibit 3.)

39.     Zhao and Defendants had a strong financial incentive to trigger the downfall of FTX Entities to remove competition and gain control on the lobbying efforts in the US for cryptocurrency.

40.     "Binance makes up more of the crypto derivatives market than ever, thanks to a ***four-month hot streak following the collapse of rival FTX***." https://blockworks.co/news/binance-crypto-market-share-ftx last visited July 25, 2023. (Exhibits 6-7).

41.     After eliminating FTX Entities and FTX's CEO's influence on the regulatory world, Zhao became the most powerful and the top influential person in the crypto world. (Exhibits 6, 10.)

42.     Binance's profit and glory comes at the cost of hurting US consumers who were using the FTX trading platforms. (Exhibits 9-10.)

43.     At all relevant times, the market for FTT was an efficient market for the following reasons, among others: (a) FTX trading platforms were among the leading platforms for cryptocurrency exchange with over 1.2 million users. (Exhibit 12); (b) $10 billion trading volume in June 2021 (*Id.*); (c) over $1 billion in revenue (*Id.*); (d) $388 million in net income the year before. (*Id.*); (e) its clients and end-users are technologically savvy users who follow cryptocurrency trends and tweets on social-media and twitter as shown by the immediate impact of Zhao and Defendants' tweets.

44.     A presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because Plaintiff's claims are based, in significant part, on Defendants' material omissions as to the timing of actual sale of its FTX assets and truthful intentions as to FTX's acquisition.

45.     During the Class Period, as detailed herein, Defendants made false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially deflated and then stabilized the price of FTX and operated as a fraud or deceit on FTX trading platforms users by misrepresenting its sale of FTX assets and its intentions regarding FTX acquisition. As Defendants' misrepresentations and fraudulent conduct became apparent to the market, the price of FTT fell precipitously as the prior artificial stabilization came out of the Defendants sale of FTX. As a result of Defendants' sale of FTT and bait and switch of potential FTX acquisition during the Class Period, Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

## CLASS ALLEGATIONS

46.     Plaintiff brings this action pursuant to Fed. R. Civ. P. 23(a), (b)(2), and (b)(3), on behalf of himself and the following proposed "Nationwide Class":

> All persons or entities in the United States, who, within the applicable statute of limitations period, had any fiat or cryptocurrency deposited or invested through an FTX trading platform during the time period of volatility starting before November 6, 2022 and ending after November 8, 2022.

47.     Plaintiff also seeks to represent the following "California Sub-Class":

> All persons or entities in the state of California, who, within the applicable statute of limitations period, had any fiat or cryptocurrency deposited or invested through an FTX trading platform during the time period of volatility starting before November 6, 2022 and ending after November 8, 2022.

48.     The Nationwide Class and the California Sub-Class will be referred to collectively as the "Class."

49.     Excluded from the proposed class are Defendants and its affiliates, its employees, officers, directors, legal representatives, heirs, successors, subsidiaries and affiliates, and the judicial officers and their immediate family members and associated court staff assigned to this case, as well as all persons who make a timely election to be excluded from the proposed class.

50. Plaintiff reserves the right to modify or amend the definition of the proposed Classes, or to include additional classes or subclasses, before or after the Court determines whether such certification is appropriate as discovery progresses.

51. Certification of Plaintiff's claims for class-wide treatment is appropriate because Plaintiff can prove the elements of his claims on a class-wide basis using the same evidence they would use to prove those elements in individual action alleging the same claims.

52. This action meets all applicable standards of Fed. R. Civ. P. 23 for class certification, in that Plaintiff can demonstrate the elements delineated below.

53. Numerosity. The members of the proposed Class are so numerous and geographically dispersed that individual joinder of all proposed class members is impracticable. *See* Fed. R. Civ. P. 23(a)(1). While Plaintiff believes that there are thousands of members of the proposed class, the precise number of Class members is unknown, but may be ascertained from self-identification with proof of an account on a FTX trading platform.

54. Class members may be notified of the pendency of this action by recognized, court approved notice dissemination methods, which may include U.S. mail, e-mail, internet postings, and/or published notice.

55. Commonality and Predominance. This action involves common questions of law and fact, which predominate over any questions affecting individual Class members. *See* Fed. R. Civ. P. 23(a)(2) and (b)(3). These include, without limitation:

    a. Whether previous ownership of competitor's stock allowed Defendants to create volatility that accelerated FTX Entities' bankruptcy;

    b. Whether Defendants and Zhao had any good-faith intention to buy FTX Entities or whether they manipulated the press releases around the same;

    c. Whether Plaintiff and members of the Class are injured and harmed directly by Defendants' directly influencing the market through tweets and social media press releases;

    d. Whether Plaintiff and members of the Class are entitled to damages due to Defendants' conduct as alleged in this Complaint, and if so, in what amounts;

Case No.

**CLASS ACTION COMPLAINT**

56. <u>Typicality.</u> Plaintiff's claims are typical of the putative class members' claims because, among other things, all such Class members were comparably injured through Defendants' wrongful conduct as described above. *See* Fed. R. Civ. P. 23(a)(3). Defendants' manipulation and influencing the market and its subsequent impact on FTX Entities is uniform for all, Plaintiff and Class Members.

57. <u>Adequacy.</u> Plaintiff is adequate proposed class representative because his interests do not conflict with the interests of the other members of the proposed Class they seek to represent; because he has retained counsel competent and experienced in complex class action litigation; and because they intend to prosecute this action vigorously. The interests of the proposed class will be fairly and adequately protected by Plaintiff and their counsel. *See* Fed. R. Civ. P. 23(a)(4).

58. <u>Superiority.</u> A class is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and putative Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendants, so it would be impracticable for members of the proposed Classes to individually seek redress for Defendants' wrongful conduct.

59. Applying the principles of equity or balance of equities, expecting an individual Plaintiff who is at a disadvantage with limited resources and spending capacity, and with minimal negotiating power, if any, to litigate claims against Defendants, a billion-dollar corporation that has immense resources and deep pockets would be unfair. Class actions are a necessary and essential means to provide for public-interest litigations with checks and balances to curtail the growing power of private corporations including Defendants.

60. In the interest of public policy and recent trends of consumer protection concerns including safeguarding the use of the internet and manipulation of public interests through social media, the Court should recognize the right of Plaintiff and Class Members to get compensated triggered by the actions of Defendants. Laws protecting securities are equally applicable to cryptocurrency platforms.

61. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and it increases the delay and expense to all parties and the court system. By contrast, the class action device presents far

fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. *See* Fed. R. Civ. P. 23(b)(3).

## VIOLATIONS ALLEGED

## COUNT I

## VIOLATION OF §10(b) OF THE EXCHANGE ACT t [15 U.S.C. § 78j(b)] AND VIOLATION OF SEC 10(b)(5) [17 C.F.R. § 240.10b-5]

62. Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 61, above.

63. During the Class Period, Defendants knowingly or recklessly made false and misleading statements and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

64. Defendants violated §10(b) of the Exchange Act and SEC Rule 10b-5 in that they:

(a) employed devices, schemes, and artifices to defraud;

(b) made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their sale of FTX assets and bait and switch on potential acquisition of FTX Entities during the Class Period.

65. Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, their assets in the FTX trading platforms were artificially frozen and when FTX price deflated with FTX plummeting into bankruptcy, Plaintiff and Class lost all of their assets in a FTX trading platform. Plaintiff and the Class would have been able to safeguard their cryptocurrency assets in the FTX trading platforms if the market would not have plummeted so rapidly within hours artificially and falsely by Defendants' false and misleading statements and fraudulent scheme of bait and switch.

## COUNT II

## VIOLATION OF SEC SECTION 17(a)) [15 U.S.C. § 77q]

66. Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 65, above.

67. By engaging in the conduct described above, Defendants, directly or indirectly, in the offer or sale of securities, by use of the means or instruments of transportation or communication in interstate commerce or by use of the mails:

(a) With scienter, employed devices, schemes, or artifices to defraud;

(b) Obtained money or property by means of untrue statements of material fact or by omitting to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and

(c) Engaged in transactions, practices, or courses of business which operated or would operate as a fraud or deceit upon purchasers.

68. By reason of the foregoing, Defendants violated Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)].

**COUNT III**

**VIOLATION OF THE CALIFORNIA'S UNFAIR COMPETITION LAW**

**Cal. Bus. & Prof. Code §17200 *et seq.***

69. Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 68, above.

70. The California Unfair Competition Law ("UCL") prohibits any "unlawful, unfair or fraudulent business act or practice." Cal. Bus. & Prof. Code §17200.

71. Defendants' unfair and deceptive practices described herein were likely to mislead – and in fact did mislead – consumers acting reasonably in the circumstances including having cryptocurrency assets on the FTX trading platforms for purchase and sale, depositing, and/or transacting in fiat currency and digital assets with accounts with the FTX Entities.

72. **Unlawful:** During the Class Period, Defendants publicized and then executed a bait-and-switch of potential FTX acquisition using false and/or misleading claims, such that Defendants' actions as alleged herein violate at least the following laws: (a) Cal. Corp. Code §25504.1.

**CLASS ACTION COMPLAINT**

73.  **Fraudulent:** A practice is "fraudulent" under the UCL if members of the general public were or are likely to be deceived. As detailed herein, Defendants' statements regarding, *inter alia*, the bait and switch of potential FTX acquisition and non-viability of the FTX Entities and their own due diligence activities were deceptive to the public.

74.  **Unfair**: The UCL gives courts maximum discretion to address improper business practices that are "unfair." Defendants' conduct with respect to the bait-and-switch on potential FTX acquisition while disposing of the their own FTX assets before making public statements is unfair because Defendants' conduct was immoral, unethical, unscrupulous, or substantially injurious to consumers in inducing them to purchase, transact, and/or deposit fiat currency and digital assets with accounts with the FTX Entities and the utility of Defendants' conduct, if any, does not remotely outweigh the gravity of the harm to their victims.

75.  Plaintiff and the Class would not have lost their fiat currency and digital assets with accounts with the FTX Entities at the prices paid or at all had they known that the statements were misrepresentations and deceptive.

76.  Defendants' conduct with respect to the potential acquisition of FTX Entities is also unfair because the consumer injury is substantial, not outweighed by benefits to consumers or competition, and not one that consumers can reasonably avoid.

77.  The harm suffered by Plaintiff and the Class was directly and proximately caused by the deceptive and unfair practices of Defendants related to the bait and switch of potential acquisition of the FTX Entities, as described herein.

78.  In accordance with California Business & Professions Code §17203, on behalf of the Class, Plaintiff seeks an order for the restitution of all monies made from Defendants' investments in or other business dealings with the FTX Entities, which were made resulting from acts of fraudulent, unfair, or unlawful competition as detailed herein.

## <u>COUNT IV</u>

## <u>VIOLATION OF CAL. CORP. CODE §25504.1.</u>

79.  Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 78, above.

80.     California Corporations Code §25504.1 imposes joint and several liability for "[a]ny person who materially assists in any violation of Section 25110 . . . or 25401 . . . with intent to deceive or defraud."

81.     "Materially assisting" in an alleged securities law violation, as defined under California law, may take the form of communicating misrepresentations directly to investors, or otherwise playing a material, facilitating role in the alleged securities law violation.

82.     As alleged herein, Defendants made material misrepresentations and omissions to Plaintiff and Class members regarding, *inter alia*, the non-viability of the potential acquisition of FTX Entities and their own due diligence activities with the intent to deceive and/or defraud investors in order to induce them to plummet FTX trading platforms and associated cryptocurrency FTT issued by the FTX Entities.

83.     In violation of Cal. Corp. Code §25110, Defendants caused the FTX trading platforms and FTX Entities inaccessible to members of the Class.

84.     In addition, Cal. Corp. Code §25401 makes it "unlawful for any person to offer or sell a security in this state, or to buy or offer to buy a security in this state, by means of any written or oral communication that includes an untrue statement of a material fact or omits to state a material fact necessary to make the statements made, in the light of the circumstances under which the statements were made, not misleading." Defendants used means and influence on the internet and social-media websites including twitter to plummet FTX trading platforms and fiat currency on the FTX trading platforms by materially false and misleading written and oral communications.

85.     As a result of this assistance, Defendants violated Cal. Corp. Code §25504.1 and Plaintiff and members of the Class sustained damages as described herein.

## COUNT V

## NEGLIGENT MISREPRESENTATION

86.     Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 85, above.

87.     As detailed herein, Defendants negligently misrepresented certain material facts, including, *inter alia*, regarding the non-viability of the acquisition of the FTX Entities and their own due diligence activities in order to induce lack of confidence in the FTX platforms and convince consumers to sell fiat

17

Case No.

currency and digital assets on the FTX trading platforms, thereby decreasing the value of FTX Entities after Defendants' own divestment of investments in the FTX Entities and increasing users on their own trading platforms.

88. Defendants made these material misrepresentations without reasonable grounds for believing the misrepresented facts to be true.

89. The representations made by Defendants in connection with the FTX Entities were material and would have been considered by a reasonable consumer in making decisions to engage in any transactions with the FTX Entities.

90. Plaintiff and the Class justifiably relied on Defendants' statements in that they were caught in the bait of FTX with deposited, and/or transacted fiat currency and digital assets with accounts with the FTX Entities, which they would not have done at the prices paid or at all had they known the true nature of the bait and switch of acquisition of FTX Entities causing volatility on the FTX trading platforms. Plaintiff and the members of the Class transacted, and/or deposited fiat currency and digital assets into accounts with the FTX entities believing that the FTX trading platforms were among the popular cryptocurrency trading platforms that would not show the volatility exhibited that was triggered by the representations made by Defendants.

91. As a result, Plaintiff and members of the Class were directly and proximately injured by Defendants' negligence by playing the market volatility against FTX Entities, thereby injuring Plaintiff and members of the Class from using the FTX trading platforms.

## COUNT VI

## INTENTIONAL MISREPRESENTATION

92. Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 91, above.

93. As detailed herein, Defendants knowingly misrepresented certain material facts, including, *inter alia*, regarding the non-viability of the FTX Entities and their own due diligence activities in order to induce lack of confidence in the FTX platforms and convince consumers to sell fiat currency and digital assets from the FTX platforms, thereby decreasing the value of FTX Entities after Defendants divested their own investments in the FTX Entities.

**CLASS ACTION COMPLAINT**

94.    Defendants made these misrepresentations with knowledge that their statements were materially misleading.

95.    The representations made by Defendants in connection with the FTX Entities were material and would have been considered by a reasonable consumer in making decisions to engage in any transactions with the FTX Entities.

96.    Plaintiff and the Class actually and justifiably relied on Defendants' statements in that they continued deposited, and/or transacted fiat currency and digital assets with accounts with the FTX Entities, which they would not have done at the prices paid or at all had they known the true nature of the bait and switch statements regarding potential acquisition of FTX Entities causing volatility on the FTX trading platforms. Plaintiff and the members of the Class purchased, transacted, and/or deposited fiat currency and digital assets into accounts with the FTX entities believing that the FTX trading platforms were among the popular and stable platforms and would be operated without market volatility that was triggered by Defendants.

97.    As a result, Plaintiff and members of the Class were directly and proximately injured by Defendants' intentional misrepresentations in failing to inform Plaintiff and members of the Class of the true nature of their bait and switch statements regarding potential acquisition of FTX Entities and resulting market volatility that plummeted the operations on the FTX trading platforms.

98.    As a result of Defendants' intentional misrepresentations during the Class Period, Plaintiff and the Class suffered damages, including because they cannot retrieve their fiat currency or digital assets currently in accounts with the FTX platforms as a result of the insolvency of the FTX Entities.

## COUNT VII

## RESTITUTION OR UNJUST ENRICHMENT

99.    Plaintiff and Class Members incorporate and reallege all allegations set out in the preceding paragraphs including paragraphs 1 through 98, above.

100.    Through the conduct described herein, Defendant received and retained tangible benefits at the expense of Plaintiff and the Class; including money and assets that Defendant divested from their ownership of the FTX Entities.

**CLASS ACTION COMPLAINT**

1    101.    Defendants, directly or indirectly, have received and retain an increase in clients and

2    transactions on their own platform because of the demise of the FTX trading platforms and insolvency of

3    the FTX Entities.  Defendants appreciate or have knowledge of said benefits.

4    102.    Under principles of equity and good conscience, Defendants should not be permitted to

5    retain the revenue it acquired through its unlawful conduct, *i.e*., increased market share based on

6    plummeting its competitor FTX to insolvency.  All funds, revenues, and benefits Defendants have unjustly

7    received because of its actions rightfully belong to Plaintiff and the Class.

8                              **PRAYER FOR RELIEF**

9    WHEREFORE, Plaintiff, on behalf of himself and all others similarly situated, prays for judgement

10   against Defendants as follows:

11   A.    Determining that this action is a proper class action, certifying Plaintiff as Class

12   representative under Rule 23 of the Federal Rules of Civil Procedure and designating Plaintiff's counsel as

13   Class counsel;

14   B.    Awarding compensatory damages in favor of Plaintiff and the other Class members against

15   all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in

16   an amount to be proven at trial, including interest thereon;

17   C. Awarding rescission or a rescissory measure of damages;

18   D. Disgorgement of Defendants' ill-gotten gains;

19   F. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action,

20   including counsel fees and expert fees; and

21   G. Awarding such other and further relief as the Court may deem just and proper.

22   H.    Award restitution against Defendants for all money to which Plaintiff and the Classes are

23   entitled in equity;

24   I.    Award Plaintiff and Class Members:

25          i.      their reasonable litigation expenses and attorneys' fees;

26          ii.     pre- and post-judgment interest, to the extent allowable;

27          iii.    restitution, disgorgement and/or other equitable relief as the Court deems proper;

28

**CLASS ACTION COMPLAINT**

iv.     compensatory damages sustained by Plaintiff and all others similarly situated as a result of Defendants' unlawful acts and conduct; and

v.     statutory damages; and

J.     For such other and further relief as this Court may deem just and proper.

Dated: October 2, 2023                        **DEVLIN LAW FIRM, LLC**

By:    /s/ Deepali A. Brahmbhatt
        Deepali A. Brahmbhatt

        Deepali A. Brahmbhatt (SBN 255646)
        Email: dbrahmbhatt@devlinlawfirm.com
        DEVLIN LAW FIRM LLC
        3120 Scott Blvd. #13,
        Santa Clara, CA 95054
        Telephone:      (650) 254-9805

        Timothy Devlin (*pro hac vice* pending)
        Email: tdevlin@devlinlawfirm.com
        Devlin Law Firm LLC
        1526 Gilpin Avenue
        Wilmington, DE 19806
        Telephone: (302) 449-9010

        Curtis E. Smolar (SBN 194700)
        Email: curtis@corexlegal.com
        Corexlegal PA
        450 Townsend Street, Suite 207
        San Francisco, CA 94107

        *Attorneys for Plaintiff and the Class*
        *Nir Lahav on behalf of himself and all others*
        *similarly situated*

**CLASS ACTION COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff and the Class Members hereby demand a trial by jury of all issues so triable.

Dated:  October 2, 2023

**DEVLIN LAW FIRM, LLC**

By:   _/s/ Deepali A. Brahmbhatt_
Deepali A. Brahmbhatt

Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:       (650) 254-9805

Timothy Devlin (*pro hac vice* pending)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Curtis E. Smolar (SBN 194700)
Email: curtis@corexlegal.com
Corexlegal PA
450 Townsend Street, Suite 207
San Francisco, CA 94107

*Attorneys for Plaintiff and the Class*
*Nir Lahav on behalf of himself and all others*
*similarly situated*

**CLASS ACTION COMPLAINT**

# EXHIBIT 1


Download Google Chrome

Consensus Registration Officially Open!     Learn More ✕

☰    **CoinDesk**    👤   🔍

Bitcoin ▾ | $25,857.87 -0.06%   Ethereum ▾ | $1,633.11 -0.17%   Binance Coin ▾ | $214.49 -0.10%   XRP ▴ | $0.50545192 +0.60%   Dogecoin ▴ | ▶

Crypto Prices →     CoinDesk Market Index →

**Policy**

# SEC's Binance.US Probe Started in 2020, Court Filings Show

The securities regulator detailed evidence of hundreds of millions of dollars in profiteering by the crypto exchange as it seeks to freeze company assets.

**By Jack Schickler**

🕐 Jun 7, 2023 at 12:44 a.m. PDT

f   in   🐦   ✉



STATE OF CRYPTO
POLICY AND REGULATION
by CoinDesk

Drive the Crypto Policy Convers...

October 24, 2023 • Convene • Washington D.C.

Where the industry establishes the digital economy's legal, regulatory and compliance best practices for the future.

**Register Now**

The U.S. Securities and Exchange Commission (SEC) has been investigating Binance.US since at least 2020, court filings published late Tuesday show.

In the filings, the regulator detailed evidence hundreds of millions of dollars in profiteering by the crypto exchange.

The SEC on Monday sued Binance's U.S. and global entities, alongside its CEO Changpeng "CZ" Zhao, alleging that they had operated unregistered securities exchange by allowing people to trade crypto. The regulator has since sought to freeze Binance.US assets.

ADVERTISEMENT



The agency internally ordered the investigation and designated officials to take testimony on August 17, 2020, said a court filing by SEC lawyer Colby Steele.

"The investigation concerned, among other things, possible violations of the federal securities laws by BAM Trading Services Inc," Steele said, citing the company which does business as Binance.US.

A further filing by SEC accountant Sachin Verma said BAM Trading had generated $411 million in revenue for a period covering slightly over four years, a period in which he also calculated $225 million in gross profit. As it is not listed on a stock market the company has usually maintained relative secrecy over its financial affairs.



In a statement tweeted on Monday, Binance.US said it had engaged with the SEC in good faith for nearly two and a half years, but added that the lawsuit was "baseless... unjustified by the facts, by the law, or by the Commission's own precedent."

Read more: One-Two Punch Finally Registers SEC View on Binance, Coinbase, Rest of Crypto

*Edited by Parikshit Mishra.*

*STORY CONTINUES BELOW*

---

**Recommended for you:**

- Ethereum's Shanghai Upgrade Will Permanently Alter ETH Economics

- Grayscale Ethereum Trust Discount Drops to Lowest in a Year Amid Spot Ether ETF Push

- Winklevoss Twins Lent Their Crypto Platform Gemini $100M: Bloomberg

---

Newsletter →  |  Every Tuesday

**State of** Crypto

Sign up for State of Crypto, our weekly newsletter examining the intersection of cryptocurrency and government

Enter your Email                                    Sign Up

*By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner o...*

**DISCLOSURE**

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information ...*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk... and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of ...*

*startups.* As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of *stock appreciation rights,* which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.



### Jack Schickler

Jack Schickler is a CoinDesk reporter focused on crypto regulations, based in Brussels, Belgium. He doesn't own any crypto.

Follow @jackschickler on Twitter

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Read more about

Regulations   SEC   US   Binance   Binance US   Changpeng "CZ" Zhao

Changpeng Zhao

## For You

Recommended by Outbrain|▷



**Men Over 40: No More Blue Pills (Watch)**

Boostaro



**A Game Where Everything is Possible**

BuzzDaily Winners



**New AI Breakthrough Soon to Deliver An...**

Wall Street Premier



**New Electric Cars Cost Almost Nothing (Take ...**

New EV Deals | Search Ads

## CoinDesk

### About

About
Masthead
Contributors
Careers
Company News

### Stay

Events
CoinDes
Newslett
Follow

## Get In Touch

Contact Us

Advertise

Accessibility Help

Sitemap

## The Fine Print

Ethics Policy

Privacy

Terms Of Use

Update My Cookie Consent

Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk

English



# EXHIBIT 2

Press Release

# SEC Files 13 Charges Against Binance Entities and Founder Changpeng Zhao

**Charges include operating unregistered exchanges, broker-dealers, and clearing agencies; misrepresenting trading controls and oversight on the Binance.US platform; and the unregistered offer and sale of securities.**

**FOR IMMEDIATE RELEASE**
**2023-101**

*Washington D.C., June 5, 2023* — The Securities and Exchange Commission today charged Binance Holdings Ltd. ("Binance"), which operates the largest crypto asset trading platform in the world, Binance.com; U.S.-based affiliate, BAM Trading Services Inc. ("BAM Trading"), which, together with Binance, operates the crypto asset trading platform, Binance.US; and their founder, Changpeng Zhao, with a variety of securities law violations.

Among other things, the SEC alleges that, while Zhao and Binance publicly claimed that U.S. customers were restricted from transacting on Binance.com, Zhao and Binance in reality subverted their own controls to secretly allow high-value U.S. customers to continue trading on the Binance.com platform. Further, the SEC alleges that, while Zhao and Binance publicly claimed that Binance.US was created as a separate, independent trading platform for U.S. investors, Zhao and Binance secretly controlled the Binance.US platform's operations behind the scenes.

The SEC also alleges that Zhao and Binance exercise control of the platforms' customers' assets, permitting them to commingle customer assets or divert customer assets as they please, including to an entity Zhao owned and controlled called Sigma Chain. The SEC's complaint further alleges that BAM Trading and BAM Management US Holdings, Inc. ("BAM Management") misled investors about non-existent trading controls over the Binance.US platform, while Sigma Chain engaged in manipulative trading that artificially inflated the platform's trading volume. Further, the Complaint alleges that the defendants concealed the fact that it was commingling billions of dollars of investor assets and sending them to a third party, Merit Peak Limited, that is also owned by Zhao.

The Complaint also charges violations of critical registration-related provisions of the federal securities laws:

- Binance and BAM Trading with operating unregistered national securities exchanges, broker-dealers, and clearing agencies;
- Binance and BAM Trading with the unregistered offer and sale of Binance's own crypto assets, including a so-called exchange token, BNB, a so-called stablecoin, Binance USD (BUSD), certain crypto-lending products, and a staking-as-a-service program; and
- Zhao as a control person for Binance's and BAM Trading's operation of unregistered national securities exchanges, broker-dealers, and clearing agencies.

"Through thirteen charges, we allege that Zhao and Binance entities engaged in an extensive web of deception, conflicts of interest, lack of disclosure, and calculated evasion of the law," said SEC Chair Gary Gensler. "As alleged, Zhao and Binance misled investors about their risk controls and corrupted trading volumes while actively concealing who was operating the platform, the manipulative trading of its affiliated market maker, and even where and with whom investor funds and crypto assets were custodied. They attempted to evade U.S. securities laws by announcing sham controls that they disregarded behind the scenes so that they could keep high-value U.S. customers on their platforms. The public should beware of investing any of their hard-earned assets with or on these unlawful platforms."

"We allege that Zhao and the Binance entities not only knew the rules of the road, but they also consciously chose to evade them and put their customers and investors at risk – all in an effort to maximize their own profits," said Gurbir S. Grewal, Director of the SEC's Division of Enforcement. "By engaging in multiple unregistered offerings and also failing to register while at the same time combining the functions of exchanges, brokers, dealers, and clearing agencies, the Binance platforms under Zhao's control imposed outsized risks and conflicts of interest on investors. Those risks and conflicts are only heightened by the Binance platforms' lack of transparency, reliance on related-party transactions, and lies about controls to prevent manipulative trading. Despite their years-long efforts to not 'be held accountable,' today's complaint begins the process of doing so."

**UNREGISTERED EXCHANGE, BROKER, AND CLEARING AGENCY**

The SEC's complaint, filed in the U.S. District Court for the District of Columbia, alleges that, since at least July 2017, Binance.com and Binance.US, while controlled by Zhao, operated as exchanges, brokers, dealers, and clearing agencies and earned at least $11.6 billion in revenue from, among other things, transaction fees from U.S. customers. The SEC's complaint alleges that (1) with respect to Binance.com, Binance should have registered as an exchange, broker-dealer, and clearing agency; (2) with respect to Binance.US, Binance and BAM Trading should have registered as an exchange and as clearing agencies; and (3) BAM Trading should have registered as a broker-dealer. The SEC also alleges that Zhao is liable as a control person for Binance's and BAM Trading's respective registration violations.

**UNREGISTERED OFFER AND SALE OF CRYPTO ASSETS**

The SEC charged Binance for the unregistered offers and sales of BNB, BUSD, and crypto-lending products known as "Simple Earn" and "BNB Vault." Further, the SEC charged BAM Trading with the unregistered offer and sale of Binance.US' staking-as-a-service program. The complaint also notes that Binance secretly has control over assets staked by U.S. customers in BAM's staking program.

**FAILURE TO RESTRICT U.S. INVESTORS FROM ACCESSING BINANCE.COM**

The SEC's complaint alleges that Zhao and Binance created BAM Management and BAM Trading in September 2019 as part of an elaborate scheme to evade U.S. federal securities laws by claiming that BAM Trading operated the Binance.US platform independently and that U.S. customers were not able to use the Binance.com platform. The complaint alleges that, in reality, Zhao and Binance maintained substantial involvement and control of the U.S. entity and that, behind the scenes, Zhao directed Binance to allow and conceal many high-value U.S. customers' continued access to Binance.com. In one instance, the Binance chief compliance officer messaged a colleague that, "[w]e are operating as a fking unlicensed securities exchange in the USA bro."

**MISLEADING INVESTORS**

According to the SEC's complaint, BAM Trading and BAM Management misled Binance.US customers and equity investors concerning the existence and adequacy of market surveillance and controls to detect and prevent manipulative trading on the Binance.US platform's crypto asset trading volumes. The complaint further alleges that the strategic and targeted wash trading largely perpetrated by the Binance.US platform's primary undisclosed "market making" trading firm Sigma Chain, also owned by Zhao, demonstrates the falsity of statements BAM Trading made about its market surveillance and controls.

The SEC's investigation into the violations with respect to the Binance.US platform was conducted by Kathleen Hitchins, Ann Rosenfield, and Colby Steele, with the assistance of Ainsley Kerr, John Marino, and Donald Battle and the supervision of Paul Kim. The investigation into the violations with respect to the Binance.com platform was conducted by Michael Baker, Donna K. Norman, and Martin Zerwitz, with the assistance of Sachin Verma and Alexander Lefferts and the supervision of Deborah A. Tarasevich. Both matters were overseen by Jorge G. Tenreiro and David Hirsch of the SEC's Crypto Assets and Cyber Unit. The litigation is being led by Matthew Scarlato, Jennifer Farer, and J. Emmett Murphy, with the assistance of Hope Hall Augustini, and under the supervision of David Nasse, Olivia Choe, and Mr. Tenreiro.

###

## Related Materials

- SEC Complaint

# EXHIBIT 3

CELEBRITIES

# Crypto war: Sam Bankman-Fried's feud with Changpeng Zhao explained – the ex-FTX CEO's fallout with the Binance tycoon caused a multibillion-dollar crisis and has seen his net worth drop by 94 per cent

**STORY** AGENCIES

Nov 17 , 2022

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.

ACCEPT

Luxury      Fashion      Beauty      People      Lifestyle



*In a clash between FTX's Sam Bankman-Fried and Binance's CEO Changpeng Zhao, Zhao won – but "SBF" doesn't seem as bothered as you'd think. Photos: AFP, Bloomberg*

**DIGITAL CURRENCY** We use cookies to tailor your experience and present relevant ads. By clicking **"Accept"**, you agree that cookies can be placed per our Privacy Policy.

+ FOLLOW

Luxury    Fashion    Beauty    People    Lifestyle

*+ Binance CEO Changpeng Zhao lost patience with Sam Bankman-Fried's lobbying in Washington DC and, after selling all of FTX's cryptocurrency, sparked the company's bankruptcy*

*+ Bankman-Fried, known for enjoying beanbag power naps in his office, now faces a slew of investigations into misuse of customer funds — but said 'it could be worse'*

Advertisement

Sam Bankman-Fried regrets the feud that may have cost him his crypto empire.

The former FTX CEO said that criticising Binance CEO Changpeng Zhao, known as "CZ", "was not a good strategic move on my part", in an interview with The New York Times on Sunday, November 13.

The clash between the two is key to understanding one of the most dramatic collapses ever in the crypto world.

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.

Luxury       Fashion       Beauty       People       Lifestyle

# How the feud between Changpeng Zhao and Sam Bankman-Fried started



*Binance's Changpeng Zhao was not a fan of Sam Bankman-Fried's constant lobbying for regulation of their industry. Photo: Reuters*

Zhao and Bankman-Fried started friendly: Binance, a rival cryptocurrency exchange, invested in FTX in 2019. However, the relationship soured when Bankman-Fried, 30, pushed for regulation of the crypto industry, something Zhao, 45, opposes.

SUBSCRIBE

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.



DIGITAL CURRENCIES · FOLLOW

○ ○ ○ ○ ▢ ▢

- *Binance CEO Changpeng Zhao laid partners with Sam Bankman-Fried's takeover in Washington DC and, after collapsed of FTX cryptocurrency, sparked the company's bankruptcy.*

- *Bankman-Fried, known for running hundred power used in his office, was, five a day, of late depletion over misuse of customer funds — but says it could be worse.*



Sam Bankman-Fried is just line local fees may mean that this his crypto empire.

The former FTX CEO wasted no time tying Binance CEO Changpeng Zhao, known as "CZ," was not a good matchup's crisis on my part, in an interview with The New York Times on Sunday, November 13.





### How the feud between Changpeng Zhao and Sam Bankman-Fried started







**Their fallout caused a multibillion-dollar crisis**





Lucid Air Pure AWD now $82,400
36-month lease from $749/mo. Visit Lucidmotors.com for details.

Lucid Motors                                    Learn More





### Bankman-Fried's not too bothered ...








### ... but FTX executives are facing several investigations





/ READ MORE /

We use cookies to tailor your experience and present relevant ads. By clicking "**Accept**", you agree that cookies can be placed per our Privacy Policy.

Lifestyle    People    Beauty    Fashion    Luxury

STYLE STORIES

# EXHIBIT 4



**Permissionless II is Coming to Austin this September |** Register

## **B**lockworks

AVAX 13.20 **0.81%**   AAVE 69.41 **-0.84%**   COMP 66.06 **5.87%**   UNI 5.79 **-0.56%**   S&P 500 4567.46 **0.28%**   GOLD 1964.00

HOME ‹ NEWS ‹ MARKETS

# Binance Market Share Only Goes Up After FTX

Despite US regulators gobbling its branded stablecoin, Binance still handles more volume than any other crypto exchange

BY SEBASTIAN SINCLAIR / MARCH 9, 2023 03:58 AM



Binance CEO Changpeng Zhao | Blockworks exclusive art by Axel Rangel

SHARE

Binance makes up more of the crypto derivatives market than ever, thanks to a four-month hot streak following the collapse of rival FTX.

Binance was responsible for 61.8% of global spot trade last month, up 2.4%, after it recorded $540 billion in total volume, according to a report by CryptoCompare.

Spot volumes for Coinbase, Bitfinex and Bitstamp all saw a monthly decline in February.

Binance also topped derivatives volumes with 63% — its highest market share on record. The exchange clocked $1.32 trillion in derivatives volumes in February, up more than 5% on January's figures, and now far ahead of Bybit and OKX.

All while Binance suffers what could be the beginning of the end for its branded stablecoin BUSD. The SEC issued its issuer Paxos a Wells Notice last month, effectively flagging intent to sue over potential securities law violations.

New York-headquartered Paxos quickly announced it would stop minting new tokens. Customers have since redeemed billions in BUSD for cash.

Still, BUSD remains the second-most used stablecoin or fiat pair across centralized exchanges, with 23.1%, per CryptoCompare. Tether's USDT is far ahead with 72%.



Derivatives volumes are still mostly green (which means Binance) | source

"USDT proved to be the largest winner [of the Paxos situation] as its BTC trading volumes in February rose 6.66% to 11.2 million BTC month-on-month," CryptoCompare said.

Both BUSD and USDC, on the other hand, saw declines in their BTC trading volumes.

Spot markets overall have witnessed an increase in trading activity in recent months, spurred by comparatively cheap crypto prices. More favorable macro conditions have also helped, CryptoCompare said, especially compared to this time last year.

In February, total spot trading volumes increased 10% to $946 billion, the second consecutive month of rising volumes. But they remain at "historically low levels."

---

**Get the day's top crypto news and insights delivered to your email every evening.** Subscribe to Blockworks' free newsletter **now.**

**Want alpha sent directly to your inbox? Get degen trade ideas, governance updates, token performance, can't-miss tweets and more from** Blockworks Research's Daily Debrief**.**

**Can't wait? Get our news the fastest way possible.** Join us on Telegram **and follow us on** Google News**.**

TAGS

---

NEWSLETTER

## Blockworks Daily

| Email address | SUBSCRIBE |
|---|---|

---

UPCOMING EVENT

---

## Permissionless II Hackathon

⊟ SAT - SUN, SEPT. 9 - 10, 2023

Permissionless year one was an overwhelming success, but we felt something was missing. This year, we wanted to create a space for web2 and web3 developers to come together and build on the protocols that make up the backbone of our [...]

JOIN US IN AUSTIN, TEXAS →

UPCOMING EVENT

## Digital Asset Summit 2024 | Washington, D.C.

⊟ MON - WED, MARCH 18 - 20, 2024

Digital Asset Summit (DAS) is returning March 2024. This year's event will be held in our nation's capital, where industry leaders, policymakers, and institutional experts will come together to discuss the latest developments and challenges in the ever-evolving world of cryptocurrency. [...]

JOIN US IN WASHINGTON, D.C. →   BUY TICKETS →

UPCOMING EVENT

## Permissionless II

⊟ MON - WED, SEPT. 11 - 13, 2023

Permissionless II is the world's largest DeFi event. Join 7000+ crypto enthusiasts and builders September 11-13th in Austin, TX. This 3 day experience is filled with keynotes from Web3 leaders and thoughtfully curated panels, networking events, unforgettable parties, activations, and so [...]

JOIN US IN AUSTIN, TEXAS →

## RECENT RESEARCH



RESEARCH

## Sommelier Finance: YieldGPT

Sommelier is a decentralized asset management PoS appchain built with the Cosmos SDK that provides strategists with the tools required to deploy dynamic yield strategies.

BY EFFORTCAPITAL / 6 DAYS AGO

## NEWS

MORE FROM NEWS →

Markets ⌄



DEFI

## 'Blast radius' of new users joining Solana DeFi for the points, liquidity is 'snowballing'

The purpose of point systems is to bootstrap activity, but it's also important to consider the long-term effects of such an incentive structure

BY DARREN KLEINE / JULY 20, 2023



DEFI

## Ethereum rivals are 'dead on arrival,' says Cumberland's Van Bourg

"What computational ability is possible on Solana that isn't possible on Arbitrum or Optimism at this point?" Jonah Van Bourg asks

BY DARREN KLEINE / JULY 20, 2023



POLICY

## SEC in hot water after Ripple ruling, former agency attorney says

Although other federal district judges are not obligated to follow Judge Torres' ruling, the opinion should still hold weight, Christian Schultz said

BY CASEY WAGNER / JULY 20, 2023



PEOPLE

## Stop worrying about Gensler's crypto crusade and focus on bitcoin: Novogratz

Galaxy Digital's CEO joined CNBC's Squawk Box Thursday morning to discuss the artificial intelligence bubble, government spending and the state of crypto regulation in the US

BY JAMES CIRRONE / JULY 20, 2023



POLICY



FINANCE

### Crypto industry is 'afraid to celebrate' Ripple's 'giant win' over the SEC

"Right now, what we have is a decision from a federal district court that says the law is what the industry has been saying the law is for years"

BY DARREN KLEINE / JULY 20, 2023

### Eaglebrook CEO: Bitcoin ETF would send crypto SMAs 'into hyperdrive'

Some advisors would "dip their toes" into crypto via a bitcoin ETF, if approved, before moving on to multi-asset, risk-managed strategies found in the SMA wrapper, execs predict

BY BEN STRACK / JULY 20, 2023

NEWSLETTER

## Blockworks Daily Newsletter

Get the daily newsletter that helps thousands of investors understand the markets.

| Email address | SUBSCRIBE |

BLOCKWORKS RESEARCH

## Unlock crypto's most powerful research platform.

Our research packs a punch and gives you actionable takeaways for each topic.

SUBSCRIBE → 　　GET IN TOUCH →

**SECTIONS**

NEWS

PODCASTS

NEWSLETTER

EVENTS

WEBINARS

RESEARCH

SITEMAP

**COMPANY**

ABOUT

ADVERTISE

CAREERS

TRUST & ETHICS

PRIVACY POLICY

CONTACT US

## Blockworks

© BLOCKWORKS INC.

133 W 19TH ST., NEW YORK, NY 10011

     

# EXHIBIT 5



**Wikipedia**
The Free Encyclopedia

# FTX



**FTX Trading Ltd.**, commonly known as **FTX** (short for "Futures Exchange"),[5] is a bankrupt company that formerly operated a cryptocurrency exchange and crypto hedge fund.[6][7] The exchange was founded in 2019 by Sam Bankman-Fried and Gary Wang and, at its peak in July 2021, had over one million users and was the third-largest cryptocurrency exchange by volume.[8][9] FTX is incorporated in Antigua and Barbuda and headquartered in the Bahamas.[10] FTX is closely associated with **FTX.US**, a separate exchange available to US residents.[11]

Since November 11, 2022, FTX has been in Chapter 11 bankruptcy proceedings in the US court system.[12][13][14][15] Public concern began when a November 2022 *CoinDesk* article stated that FTX's partner firm Alameda Research held a significant portion of its assets in FTX's native token (FTT).[16][17] Following this revelation, rival exchange Binance's CEO Changpeng Zhao announced that Binance would sell its holdings of the token, which was quickly followed by a spike in customer withdrawals from FTX.[18] FTX was unable to meet the demand for customer withdrawals.[19] Binance signed a letter of intent to acquire the firm, with due diligence to follow, to ensure that customers could recover their assets from FTX in a timely manner, but Binance withdrew its offer the next day, citing reports of mishandled customer funds and U.S. agency investigations.[20] On December 12, 2022, founder Sam Bankman-Fried was arrested by the Bahamian authorities for financial offences, at the request of the US government.[21]

The current CEO of FTX is John J. Ray III, who specializes in recovering funds from failed corporations. Speaking of its previous management, Ray stated: "Never in my career have I seen such a complete failure of corporate controls and such a complete absence of trustworthy financial information as occurred here." He added that "this situation is unprecedented."

| FTX Trading Ltd. | |
|---|---|
| **Type** | Private |
| **Industry** | Cryptocurrency |
| **Founded** | May 2019 |
| **Founders** | Sam Bankman-Fried Gary Wang[1] |
| **Fate** | Chapter 11 bankruptcy |
| **Headquarters** | Nassau, New Providence, The Bahamas |
| **Key people** | John J. Ray III, CEO[2] |
| **Products** | Cryptocurrency exchange · cryptocurrencies |
| **Revenue** | ▲ US$1.02 billion (2021)[3] |
| **Operating income** | ▲ US$272 million (2021)[3] |
| **Net income** | ▲ US$388 million (2021)[3] |
| **Number of employees** | c. 300 (2022)[4] |

## History

Sam Bankman-Fried and Zixiao "Gary" Wang[22] founded FTX in May 2019.[23] FTX began within Alameda Research, a trading firm founded by Bankman-Fried, Caroline Ellison, and other former employees of Jane Street in 2017, in Berkeley, California.[5][24][25] FTX is an abbreviation of "Futures Exchange".[5] Changpeng Zhao of Binance purchased a 20% stake in FTX for approximately $100 million, six months after Bankman-Fried and Wang started the firm.[26]

In August 2020, FTX acquired Blockfolio, a cryptocurrency portfolio tracking app, for $150 million.[27] In July 2021, the venture raised $900 million at an $18 billion valuation from over 60 investors, including Softbank, Sequoia Capital, and other firms.[28][29] Bankman-Fried bought out Zhao's stake for approximately $2 billion.[26] In September of that year, FTX moved its headquarters from Hong Kong to The Bahamas.[30]


FTX founder Sam Bankman-Fried

On January 14, 2022, FTX announced a $2 billion venture fund named FTX Ventures,[31] raising $400 million in Series C funding at a $32 billion valuation that month.[32] The FTX Ventures website went offline in November 2022.[33] On February 11, 2022, FTX.US announced that the company would soon begin offering stock trading to its US customers.[34]

In February 2022, it was reported that FTX was creating a gaming division that would help developers add cryptocurrency, NFTs, and other blockchain-related assets into video games.[35]

In July 2022, FTX finalized a deal giving it the option to buy BlockFi for about $240 million. The deal included a $400 million credit facility for BlockFi.[36][37]

In August 2022, the Federal Deposit Insurance Corporation (FDIC) issued a cease-and-desist order to FTX for making "false and misleading representations" about deposits being covered by FDIC insurance following FTX president Brett Harrison's tweet implying otherwise.[38] Following the regulatory action, Harrison deleted the tweet and Bankman-Fried clarified in another tweet that FTX deposits are not insured by the FDIC.[39]

On September 26, 2022, FTX.US won its bid at auction for the digital assets of bankrupt crypto brokerage Voyager Digital. The value of the deal was approximately $1.42 billion, including $1.31 billion in Voyager-held cryptocurrency and $111 million in additional consideration. The deal was subject to approval by bankruptcy courts and Voyager's creditors.[40] Following the FTX bankruptcy, in December 2022, the US subsidiary of Binance won the bid to buy the assets of Voyager for approximately $1 billion.[41]

On September 27, 2022, FTX.US President Brett Harrison announced he would be stepping down from an active role at the exchange but would stay on in an advisory capacity. The company did not immediately announce a replacement for Harrison, who had been FTX.US president since May 2021.[42]

In October 2022, it was reported that FTX was under investigation in Texas for allegedly selling unregistered securities.[43]

In August 2023, it was reported that the company plans to restart offering cryptocurrency trading services after a restructuring of the bankrupt company is completed[44]

# November 2022 crisis and bankruptcy

## Background: FTX and Alameda, Binance, and *CoinDesk* report

In September 2022, Bloomberg reported on the close relationship between Alameda Research and FTX. Bloomberg noted that Alameda had functioned as a market maker for FTX early in the exchange's history, and that the trading firm remained, in June and July 2022, the biggest known depositor of stable coins on FTX.[45] Bloomberg further stated that the regulatory oversight which applies to companies operating in traditional equities markets would have prohibited the relationship between the two firms were it applicable.[45] Alameda's trading on FTX meant the trading firm was potentially in a position to gain financially when others lost money on the exchange.[46] Bankman-Fried, at points, defended FTX's use of Alameda as a liquidity provider.[46]

| FTX Token | |
|---|---|
| **Denominations** | |
| **Code** | FTT |
| **Development** | |
| **White paper** | FTT Whitepaper (https://docs.google.com/document/d/1u5MOkENoWP8PGcjuoKqRkNP5Gl1LLRB9JvAHwffQ7ec/edit) |
| **Initial release** | May 5, 2019 |

According to John J. Ray III, Alameda had a "secret exemption" from FTX's auto-liquidation protocol.[47] Later, the existence of such an undisclosed beneficial relationship was described by Ray, the new CEO of FTX, as a "complete failure of corporate controls"[48] and indicated gross mismanagement.[47] Between early 2021 and March 2022, Alameda Research amassed crypto tokens ahead of FTX announcing the decision to list them for trading.[49]

According to anonymous sources cited by *The Wall Street Journal,* FTX had lent $10 billion of its customers' assets to Alameda Research in 2022.[50] Alameda CEO Caroline Ellison disclosed to other Alameda employees that she, Sam Bankman-Fried, Gary Wang, and Nishad Singh knew about that decision.[51] An anonymous source cited by the *New York Times* said the same.[52] According to the sources cited by *The Wall Street Journal*, Ellison said the funds were used in part to pay back loans Alameda had taken to make investments.[51] Ray said that FTX used software to conceal the misuse of customer funds.[47][48][53]

Several months after Bloomberg's initial report on the relationship between the two firms, on November 2, 2022, *CoinDesk* reported that a significant portion of Alameda Research's assets were held in FTT, the exchange token issued by FTX. It said that there were $5.1 billion worth of FTT tokens in circulation, and that Alameda's balance sheet held $3.66 billion of "unlocked FTT", $2.16 billion of "FTT collateral", and $292 million of "locked FTT".[16] In the weeks immediately preceding the publication of the story by *CoinDesk*, Bankman-Fried was characterized by anonymous sources cited by Bloomberg as "desperately" attempting to raise money for FTX.[54] Additionally, Bankman-

Fried had been publicly "dueling" with Changpeng Zhao on Twitter in the months preceding the *CoinDesk* article, in part due to disagreements stemming from their differing views on regulation of cryptocurrency.[55]

## Crisis begins: Binance FTT sale, sell-off, and withdrawn rescue bid

Several days after the publication of the *CoinDesk* article, on November 6, Binance CEO Changpeng Zhao said on Twitter that his firm intended to sell all its holdings of FTT.[56] Binance had received FTT from FTX in 2021 during a transaction in which FTX bought back Binance's equity stake in FTX.[57] Zhao cited "recent revelations that came to light" as the motivation for selling FTT.[57] *Bloomberg* and *TechCrunch* reported that any sale by Binance would likely have an outsized impact on FTT's price, given the token's low trading volume.[58][59] The announcement by Zhao of the pending sale and disputes between Zhao and Bankman-Fried on Twitter led to a decline in the price of FTT and other cryptocurrencies,[60] resulting in a three-day depositor selloff, like a bank run, of an estimated $6 billion that sent FTX into crisis.[61] On November 8, Zhao announced Binance had entered into a non-binding agreement to purchase FTX due to what he referred to as a "liquidity crisis" at FTX.[62][63] The deal did not include the sale of FTX.US.[62] Zhao announced on Twitter that the company would complete due diligence soon, adding that all cryptocurrency exchanges should avoid using FTT tokens as collateral.[64][65] He also wrote that he expected FTT to be "highly volatile in the coming days as things develop". On the day of that announcement, FTT price dropped by 80 percent, erasing $2 billion in value.[66]

On November 9, Bloomberg called the acquisition of FTX by Binance "unlikely" due to the poor state of FTX's finances.[67] Bloomberg also reported that the United States Securities and Exchange Commission and Commodity Futures Trading Commission were investigating the nature of FTX's connections to Bankman-Fried's other holdings and its handling of client funds.[68] Later that day, the *Wall Street Journal* reported that Binance would not move forward with the deal to acquire FTX.[69] Binance cited FTX's reported mishandling of customer funds and pending investigations of FTX as the reasons for not pursuing the deal.[70] Bankman-Fried said in a Slack message that FTX had learned through the press about Binance's concern and decision.[69]

On November 9, FTX's website said that it was not processing withdrawals at that time.[61] Bankman-Fried said that although the firm's assets were worth more than its clients' deposits, it would need funds from outside to meet demand for withdrawals due to a lack of liquidity.[71][72] Bankman-Fried stated on November 9 that FTX.US, as a separate company, was "not currently impacted" by the crisis.[73]

## Bankruptcy and unauthorized transactions

On November 10, *Axios* cited anonymous sources who said that FTX approached Kraken for a potential rescue deal.[74] Bankman-Fried made several statements on November 10, taking responsibility for FTX's failure and indicating that FTX was still seeking capital to remain solvent.[75] Bankman-Fried also announced that Alameda Research would cease trading and end operations.[76] FTX's in-house legal and compliance teams had, for the most part, resigned by November 10.[77][78] Anonymous sources cited by the *Wall Street Journal* on November 10 said that Alameda Research owed FTX some $10 billion, as FTX had lent funds placed on the exchange for trading to Alameda so that Alameda could make investments with the money.[50] On November 12, anonymous sources cited by the *Wall Street Journal* said Alameda CEO Caroline Ellison disclosed to other Alameda employees

that she, Sam Bankman-Fried, Gary Wang, and Nishad Singh knew that client deposits were transferred from FTX to Alameda.[51] An anonymous source cited by the *New York Times* on November 14 said the same.[52] According to the sources cited by *The Wall Street Journal*, Ellison said the funds were used in part to pay back loans Alameda had taken to make investments.[51]

Though Bankman-Fried, on November 10, wrote on Twitter that FTX's US customers did not have reason to worry, employees began attempting to sell assets belonging to the firm on the same day.[79] These assets include stock-clearing company Embed Financial Technologies and the naming rights to FTX Arena.[79]

On November 10, the Securities Commission of the Bahamas froze the assets of one of FTX's subsidiaries, FTX Digital Markets Ltd, "and related parties", and provisionally appointed an attorney as liquidator.[80][81] Japan's Financial Services Agency ordered FTX Japan to suspend some operations.[82][83] The company's Australian subsidiary was placed under administration.[82]

On November 10, the team running the FTX Future Fund, an ostensibly charitable group bankrolled by Bankman-Fried, announced that they had resigned earlier that day.[12] Future Fund had committed $160 million in charitable grants and investments by September 1 of that year.[84] Crypto lender BlockFi, which was affiliated with FTX, announced on November 10 that it was suspending operations as a result of FTX's collapse.[12]

On November 11, FTX, FTX.US, Alameda Research, and more than 100 affiliates filed for bankruptcy in Delaware.[14][12][15] Anonymous sources cited by the *New York Times* said that the exchange owed as much as $8 billion.[12] Bankman-Fried resigned as CEO and was replaced by John J. Ray III, a corporate restructuring specialist who'd previously overseen the liquidation of Enron.[14][15][85]

Late on November 11, over $473 million in funds were siphoned from FTX through what Ryne Miller, FTX US's general counsel, characterized as "unauthorized transactions".[86] Miller announced that FTX and FTX US intended to move remaining funds denominated in cryptocurrency to offline "cold storage" for security.[86] The funds taken from FTX were mostly stablecoins such as Tether, and were quickly exchanged for Ether, a method used by cryptocurrency thieves to thwart attempts to retrieve stolen funds.[87] A person speaking on behalf of FTX referred to the "unauthorized transactions" as a "hack" and encouraged users to delete FTX mobile apps as they were compromised.[88] Kraken has since offered to assist in identifying the perpetrator.[89]

As of November 12, Bankman-Fried told Reuters that he was still in the Bahamas,[90] though other high-ranking FTX employees had begun leaving for Hong Kong, the location of the company's former headquarters, or other locations.[88] Authorities in the Bahamas, including the Royal Bahamas Police Force, questioned Bankman-Fried on November 12.[91] Despite FTX's bankruptcy, Bankman-Fried continued to attempt to raise money for the firm during the weekend of November 12 and 13.[92]

On November 14, Kraken's chief security officer said on Twitter that the firm knew "the identity" of a user who paid transaction fees associated with moving the stolen money through their Kraken account.[93] In an interview with Kelsey Piper published November 16 by *Vox*, Bankman-Fried blamed an "ex-employee" or malware on a device owned by an ex-employee for the theft.[94]

According to anonymous sources cited by Reuters, between $1 billion and $2 billion in customer funds could not be accounted for as of November 12.[95][96] The *Financial Times* reported that FTX's balance sheet shortly before the bankruptcy showed $9 billion in liabilities, with $900 million in

liquid assets, $5 billion in "less liquid" assets, and $3.2 billion in illiquid private equity investments.[97]

Bankman-Fried began publishing "cryptic" messages in sequence on Twitter on November 14.[98] As of November 15, the messages all read "What HAPPENED".[98]

On November 15, FTX sought to raise $10 billion in liquidity from investors.[99]

On November 16, the Bahamas unit of FTX, FTX Digital Markets, officially filed for Chapter 15 bankruptcy protection in the United States.[100]

On November 17, John J. Ray III, the CEO brought in as a liquidator, stated in a sworn declaration submitted in bankruptcy court that, according to FTX's records, its subsidiary Alameda Research had on September 30 lent $1 billion to Bankman-Fried and more than $500 million to FTX co-founder Nishad Singh.[101] Ray, having been involved in the bankruptcies of Enron, Residential Capital, Nortel and Overseas Shipholding, stated, "Never in my career have I seen such a complete failure of corporate controls and such a complete absence of trustworthy financial information as occurred here. From compromised systems integrity and faulty regulatory oversight abroad, to the concentration of control in the hands of a very small group of inexperienced, unsophisticated and potentially compromised individuals, this situation is unprecedented."[102][103] Speaking to the House Committee on Financial Services, he testified that "literally, there's no record-keeping whatsoever" and that the company used for its accounting needs QuickBooks, a small-business accounting tool, despite handling "billions of dollars."[104]

## Widening impact and contagion fears

The exchange token of Crypto.com, Cronos, lost approximately $1 billion in value in November,[105] a decline attributed in part due to the collapse of FTX and in part due to reporting that Crypto.com had accidentally sent $400 million of Ether to another exchange.[50][51] On November 14, Crypto.com's CEO assured users that the exchange was functioning as normal.[105] Commenters and customers remained fearful that Crypto.com could experience a collapse similar to FTX.[106]

BlockFi, a cryptocurrency lender, was reportedly taking steps to file for bankruptcy as of November 15.[107] The firm had earlier begun preventing withdrawals.[107] The company disclosed "significant exposure" to FTX on November 14.[107] Another cryptocurrency lender, Genesis, a subsidiary of Digital Currency Group, halted withdrawals on November 16.[108] This halt caused Gemini, an exchange owned by the Winklevoss twins, to cease allowing redemptions for clients using a service provided through a partnership with Genesis.[109] Another Digital Currency Group subsidiary, Grayscale, saw the value of its flagship offering, the publicly traded Grayscale Bitcoin Trust, decline by 20% over the two weeks preceding November 17.[110] Grayscale Bitcoin Trust was trading at a discounted price, 42% below the value of its Bitcoin, as of November 14.[111]

Concerns have also been raised about Silvergate Bank, as FTX was a depositor and could have also been a source of credit exposure. Silvergate has said that it has ample liquidity and no loan exposure to FTX. These concerns have been magnified due to Silvergate's key role as a gateway between its cryptocurrency clients and the wider financial world.[112][113]

## Responses and effects

### Effects on investors

Institutional investors that stand to lose money due to their stakes in FTX include Tiger Global Management, the Ontario Teachers' Pension Plan, SoftBank Group, BlackRock, Lightspeed Venture Partners, Temasek, and Sequoia Capital.[114][115][116][117][118] Sequoia Capital wrote down its equity in FTX to $0 on November 9, losing some $214 million.[119] Sequoia released a notice to investors, also published on Twitter, assuring them the firm's stake in FTX represented a small amount of its overall portfolio,[120] and replaced a profile of Bankman-Fried published on the firm's website with a link to the same notice.[121][122][123] The Ontario Teachers' Pension Plan released a similar statement.[124] Temasek later wrote down its investment on November 16.[125] Several public figures also invested in FTX or received compensation for promoting the company.[126] These include football player Tom Brady, basketball players Shaquille O'Neal and Stephen Curry, model Gisele Bundchen, and businessman Kevin O'Leary.[126]

Gisele Bündchen was also appointed the ESG advisor for the cryptocurrency platform. After its bankruptcy, investors sued her for her involvement and accused her of participating in FTX's alleged scheme to take advantage of unsophisticated investors.[127]

Anthony Scaramucci, founder of SkyBridge Capital, announced the firm was attempting to buy back a 30% stake in the business owned by FTX.[128]

### Effects on other cryptocurrency firms and cryptocurrency markets

Cryptocurrency investment firms with assets still held on FTX after its bankruptcy include Galois Capital and Galaxy Digital.[129]

Cryptocurrencies experienced swings and declines in value as news of FTX's collapse first emerged in early November: Tether dropped below its peg price of $1.00 to $0.97[130] and Bitcoin sank to its lowest price in two years.[15] Share prices for publicly traded cryptocurrency companies declined.[131] The price of Solana, which was affiliated with Bankman-Fried, declined as well.[132] The crisis at FTX has inspired an increase in withdrawals from other exchanges.[133] A decline in the value of Cronos, the token of exchange Crypto.com, triggered fears of the potential for a collapse similar to that of FTX and spurred withdrawals from the platform.[106] CEO Kris Marszalek provided assurances that the firm was liquid and that it did not use Cronos in a manner similar to the way FTX used FTT.[106] Bloomberg reported that the collapse of FTX exacerbated institutional skepticism of cryptocurrencies as an asset class.[134]

In December, it emerged that FTX had secretly invested in *The Block*, a cryptocurrency news firm, and to fund an LLC its CEO Michael McCaffrey used to buy an apartment. Its staff said they had no knowledge of the investments. McCaffrey then resigned.[135]

### Responses and commentary

Investment manager and short selling specialist Jim Chanos predicted in November 2022 the collapse of FTX would lead to "increased scrutiny and regulation" over cryptocurrencies. Chanos criticized the cryptocurrency sector as "designed to extract fees from really unsuspecting investors".[136]

Richard Handler, CEO of American financial firm Jefferies Group, tweeted on November 10 that he had attempted to meet with Bankman-Fried in July and again in September, as he perceived the FTX CEO was "in over his head".[137] Handler stated that Bankman-Fried did not respond to the emails sent from Jefferies staff on Handler's behalf.[137]

The sudden collapse of FTX has been compared to the bankruptcy of Lehman Brothers in publications such as *The New York Times* and the *Financial Times*.[138][139] Lawrence Summers acknowledged the comparisons to Lehman and further compared the collapse to the Enron scandal, caused by fraud perpetrated by Enron executives.[140] Rostin Behnam, the Chairman of the Commodity Futures Trading Commission, called for Congress to grant the organization more power to regulate cryptocurrencies.[141] The financial impact of the collapse having reached beyond the immediate FTX customer base,[142] financial industry executives said at a Reuters conference that "regulators must step in to protect crypto investors."[143] Technology analyst Avivah Litan commented on the cryptocurrency ecosystem that "everything...needs to improve dramatically in terms of user experience, controls, safety, [and] customer service."[144] Risk management firm Titan Grey published a primer on the commencement and early motions practice of the FTX chapter 11 case, analyzing issues such as creditor privacy, relief from the automatic stay, proposed differential treatment of customers from other creditors, and others.[145]

# Legal process

Following the collapse of FTX, the Royal Bahamas Police Force launched a criminal investigation into the company.[146][147]

Anonymous sources cited by Bloomberg said that the office of the United States Attorney for the Southern District of New York had begun an investigation into FTX's collapse as of November 14, 2022.[148]

The United States House Committee on Financial Services announced it plans to conduct hearings in December on the collapse of FTX, and committee leaders said they would seek testimony from Bankman-Fried.[149] According to anonymous sources cited by *The Information*, some venture capital firms are considering suing Bankman-Fried.[150]

On December 13, 2022, FTX founder and CEO Sam Bankman-Fried was charged by the US attorney's office for the southern district of New York with fraud, conspiracy to commit money laundering, and conspiracy to defraud the US and violate campaign finance laws.[151] After being extradited from the Bahamas, Bankman-Fried was released on a $250 million bond and ordered to remain under house arrest at his parents' home in Palo Alto, California. He was arraigned in federal court in Manhattan on January 3, 2023, and entered a plea of not guilty to all counts. Judge Lewis A. Kaplan set a trial date

for October 2, 2023, saying he might move it "forward or backward a day or two." Meanwhile, Gary Wang, co-founder of FTX, and Caroline Ellison, who had served as Alameda's CEO, pleaded guilty to multiple charges and began cooperating with federal prosecutors.[152][153][154]

FTX's former engineering director, Nishad Singh, has pleaded guilty to six different charges, including three counts of conspiracy to commit fraud. Singh is a childhood friend of Bankman-Fried's brother and worked at Alameda Research before being brought into FTX.[155] Singh is now said to be cooperating with prosecutors' investigations against Bankman-Freid.

# Sponsorships

FTX sponsored a number of sports teams and organizations. Deals included the naming rights to the Miami Heat's basketball stadium, renaming it FTX Arena,[156][157] a partnership with Major League Baseball to place the FTX logo on the uniforms of umpires,[158] and a deal with Mercedes-AMG Petronas F1 Team to add the FTX logo to their cars and merchandise.[159] The professional esports organization TSM also had a naming rights deal with FTX, thus the organization became TSM FTX.[160]



The FTX Arena in Miami, Florida

Other sponsorships included the title sponsorships of the first season of MLB Home Run Derby X,[161] and the title sponsorship of the tournaments FTX Road to Miami and FTX Crypto Cup as part of the Champions Chess Tour 2022.[162]

Following the bankruptcy of FTX in November 2022, Mercedes-AMG F1, TSM and the Miami Heat cut ties with the company, with the latter also announcing that they would be seeking a new naming rights partner for the FTX Arena.[163][164][165] FTX held talks with American singer-songwriter Taylor Swift starting in the fall of 2021 regarding a $100 million sponsorship deal but negotiations were broken off the following spring without a deal being reached.[166][167]

# References

1. "FTX raises $900M" (https://inside.com/campaigns/inside-tech-2021-07-21-28706/sections/24370 0). *inside.com*. Retrieved July 28, 2021.
2. "Enron's Liquidator to Oversee FTX's Massive Crypto Bankruptcy" (https://news.bloomberglaw.co m/bankruptcy-law/enrons-liquidator-to-oversee-ftxs-massive-crypto-bankruptcy). *bloomberglaw.com*. Retrieved November 11, 2022.
3. Rooney, Kate (August 20, 2022). "FTX grew revenue 1,000% during the crypto craze, leaked financials show" (https://www.cnbc.com/2022/08/20/ftx-grew-revenue-1000percent-during-the-cry pto-craze-leaked-financials.html). *CNBC*.
4. Mccrank, John; Davies, Megan (July 6, 2022). "Crypto exchange FTX has "a few billion" to support industry - Bankman-Fried" (https://www.reuters.com/technology/crypto-exchange-ftx-has-f ew-billion-support-industry-bankman-fried-2022-07-06/). *Reuters*.
5. Osipovich, Alexander; Zuckerman, Gregory (November 11, 2022). "How FTX's Sam Bankman-Fried Went From Crypto Golden Boy to Villain" (https://www.wsj.com/articles/how-ftx-sam-bankma n-fried-went-from-crypto-golden-boy-to-villain-11668199208). *The Wall Street Journal*. Retrieved November 11, 2022.

6. Osipovich, Alexander (July 20, 2021). "Crypto Exchange FTX Valued at $18 Billion in Funding Round" (https://www.wsj.com/articles/crypto-exchange-ftx-valued-at-18-billion-in-funding-round-11 626800455). *The Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-966 0). Retrieved October 7, 2021.

7. "FTX Deal Gives Institutions New Access to Crypto Markets" (https://www.bloomberg.com/news/ar ticles/2021-07-13/ftx-copper-technologies-tie-up-to-give-easier-access-to-crypto). *Bloomberg.com*. July 13, 2021. Retrieved October 7, 2021.

8. "Crypto firm FTX Trading's valuation rises to $18 BLN after $900 MLN investment" (https://www.re uters.com/technology/crypto-firm-ftx-trading-raises-900-mln-18-bln-valuation-2021-07-20/). *Reuters*. July 20, 2021.

9. "The downfall of FTX's Sam Bankman-Fried sends shockwaves through the crypto world" (https:// www.npr.org/2022/11/14/1136482889/ftx-sam-bankman-fried-shockwaves-crypto). *NPR*. November 14, 2022. Retrieved November 14, 2022.

10. Ossinger, Joanna (September 24, 2021). "Bankman-Fried's Crypto Exchange FTX Leaves Hong Kong for Bahamas" (https://www.bloomberg.com/news/articles/2021-09-24/bankman-fried-s-crypt o-exchange-ftx-leaves-hong-kong-for-bahamas). *Bloomberg*.

11. Hajric, Vildana (July 29, 2021). "Crypto Exchange Competition Heats Up With FTX.US Growth Spurt" (https://www.bloomberg.com/news/articles/2021-07-29/crypto-exchange-competition-heats- up-with-ftx-us-growth-spurt). *Bloomberg.com*. Retrieved July 29, 2021.

12. Yaffe-Bellany, David (November 11, 2022). "Embattled Crypto Exchange FTX Files for Bankruptcy" (https://www.nytimes.com/2022/11/11/business/ftx-bankruptcy.html). *New York Times*. Retrieved November 11, 2022.

13. Ostroff, Caitlin; Ge Huang, Vicky; Gladstone, Alexander (November 11, 2022). "FTX Files for Bankruptcy; Sam Bankman-Fried Steps Down as CEO" (https://www.wsj.com/articles/ftx-files-for-c hapter-11-bankruptcy-11668176869). *The Wall Street Journal*. Retrieved November 11, 2022.

14. Hill, Jeremy (November 11, 2022). "FTX Goes Bankrupt in Stunning Reversal for Crypto Exchange" (https://www.bloomberg.com/news/articles/2022-11-11/ftx-com-goes-bankrupt-in-stunni ng-reversal-for-crypto-exchange). *Bloomberg*. Retrieved November 11, 2022.

15. "Sam Bankman-Fried's $32bn FTX crypto empire files for bankruptcy" (https://www.ft.com/content/ afe56c4e-2d68-457e-bbb2-476752d5f02e). *Financial Times*. November 11, 2022. Retrieved November 11, 2022.

16. Allison, Ian (November 2, 2022). "Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet" (https://www.coindesk.com/business/2022/11/02/division s-in-sam-bankman-frieds-crypto-empire-blur-on-his-trading-titan-alamedas-balance-sheet/). *CoinDesk*. Retrieved November 9, 2022.

17. Macheel, Tanaya (November 8, 2022). "Bitcoin briefly touches a new low for the year, FTX token plunges more than 75% in broad crypto sell-off" (https://www.cnbc.com/2022/11/08/cryptocurrenci es-slide-as-worries-about-ftx-fester-in-latest-crypto-liquidity-scare.html). *CNBC*. Retrieved November 18, 2022.

18. Lagerkranser, Philip; Nicolle, Emily; Shukla, Sidhartha (November 7, 2022). "Tensions Between Crypto's Two Richest CEOs Spill Into Markets" (https://www.bloomberg.com/news/articles/2022-1 1-07/bankman-fried-cz-zhao-tensions-spill-into-crypto-markets?leadSource=uverify%20wall). *Bloomberg News*.

19. Wilson, Tom; Berwick, Angus (November 8, 2022). "Crypto exchange FTX saw $6 bln in withdrawals in 72 hours" (https://www.reuters.com/business/finance/crypto-exchange-ftx-saw-6-bl n-withdrawals-72-hours-ceo-message-staff-2022-11-08/). *Reuters*. Retrieved November 18, 2022.

20. Rooney, MacKenzie (November 9, 2022). "Binance backs out of FTX rescue, leaving the crypto exchange on the brink of collapse" (https://www.cnbc.com/2022/11/09/binance-backs-out-of-ftx-rescue-leaving-the-crypto-exchange-on-the-brink-of-collapse.html). *CNBC*. Retrieved November 18, 2022.

21. "Sam Bankman-Fried: FTX founder arrested in Bahamas" (https://www.bbc.co.uk/news/business-63953096). December 13, 2022. Retrieved December 13, 2022.

22. Olinga, Luc. "FTX Employees Used Company Funds to Buy Homes in the Bahamas" (https://www.thestreet.com/investing/cryptocurrency/ftx-employees-used-company-funds-to-buy-homes-in-the-bahamas). *TheStreet*. Retrieved November 17, 2022.

23. "FTX raises $900M" (https://inside.com/campaigns/inside-tech-2021-07-21-28706/sections/243700). *inside.com*. Retrieved October 7, 2021.

24. Weisenthal, Joe; Alloway, Tracy (April 1, 2021). "The Ex-Jane Street Trader Who's Building a Multi-Billion Crypto Empire" (https://www.bloomberg.com/news/articles/2021-04-01/the-ex-jane-street-trader-who-s-building-a-multi-billion-crypto-empire). *Bloomberg News*. Archived (https://archive.today/20210401195337/https://www.bloomberg.com/news/articles/2021-04-01/the-ex-jane-street-trader-who-s-building-a-multi-billion-crypto-empire) from the original on April 1, 2021.

25. Yaffe-Bellany, David (May 14, 2022). "A Crypto Emperor's Vision: No Pants, His Rules" (https://www.nytimes.com/2022/05/14/business/sam-bankman-fried-ftx-crypto.html). *The New York Times*. Archived (https://web.archive.org/web/20220514090544/http://www.nytimes.com/2022/05/14/business/sam-bankman-fried-ftx-crypto.html/) from the original on May 14, 2022.

26. Berwick, Angus; Wilson, Tom (November 10, 2022). "Behind FTX's fall, battling billionaires and a failed bid to save crypto" (https://www.reuters.com/technology/exclusive-behind-ftxs-fall-battling-billionaires-failed-bid-save-crypto-2022-11-10/). *Reuters*. Retrieved November 10, 2022.

27. Dillet, Romain (August 25, 2020). "Cryptocurrency exchange FTX acquires portfolio tracker Blockfolio" (https://web.archive.org/web/20211212132531/https://techcrunch.com/2020/08/25/cryptocurrency-exchange-ftx-acquires-portfolio-tracker-blockfolio/). *TechCrunch*. Yahoo. Archived from the original (https://social.techcrunch.com/2020/08/25/cryptocurrency-exchange-ftx-acquires-portfolio-tracker-blockfolio/) on December 12, 2021. Retrieved October 17, 2021.

28. Kruppa, Miles (July 20, 2021). "Crypto exchange FTX secures backing from venture capital and hedge funds" (https://www.ft.com/content/a3a90a4f-54e4-4b4f-b1df-2d9d8ca7712d). *Financial Times*.

29. "Crypto Firm FTX Valued at $18 Billion as SoftBank, Ribbit Invest" (https://www.bloomberg.com/news/articles/2021-07-20/crypto-firm-ftx-valued-at-18-billion-as-softbank-ribbit-invest). *Bloomberg News*. July 20, 2021.

30. "Bankman-Fried's Crypto Exchange FTX Leaves Hong Kong for Bahamas" (https://www.bloomberg.com/news/articles/2021-09-24/bankman-fried-s-crypto-exchange-ftx-leaves-hong-kong-for-bahamas). *Bloomberg.com*. September 24, 2021. Retrieved November 1, 2021.

31. Chernova, Yuliya (January 14, 2022). "Crypto Exchange FTX Sets Up $2 Billion Venture Fund" (https://www.wsj.com/articles/crypto-exchange-ftx-sets-up-2-billion-venture-fund-11642163402). *The Wall Street Journal*. Retrieved January 14, 2022.

32. Browne, Ryan (January 31, 2022). "Cryptocurrency exchange FTX hits $32 billion valuation despite bear market fears" (https://www.cnbc.com/2022/01/31/crypto-exchange-ftx-valued-at-32-billion-amid-bitcoin-price-plunge.html). *CNBC*. Retrieved January 31, 2022.

33. "FTX Ventures Website Goes Offline" (https://www.wsj.com/livecoverage/stock-market-news-today-11-09-2022/card/ftx-ventures-website-goes-offline-eydE2vdlBt2dv6dKoQ2C). *The Wall Street Journal*. Retrieved November 9, 2022.

34. "FTX US Stocks are coming soon" (https://web.archive.org/web/20220211183702/http://ftx.us/stocks). FTX US. Archived from the original (https://ftx.us/stocks) on February 11, 2022. Retrieved February 11, 2022.

35. Gariffo, Michael. "FTX's new gaming division faces an uphill battle in convincing gamers to buy NFTs" (https://www.zdnet.com/finance/blockchain/ftxs-new-gaming-division-faces-an-uphill-battle-in-convincing-gamers-to-buy-nfts/). *ZDNet*. Retrieved February 22, 2022.

36. Jacob, Paul Vigna and Denny (July 2022). "FTX Strikes Deal With Option to Buy Crypto Lender BlockFi for Up to $240 Million" (https://www.wsj.com/articles/ftx-strikes-deal-with-option-to-buy-crypto-lender-blockfi-for-up-to-240-million-11656701743). *Wall Street Journal*.

37. Rooney, Kate (July 1, 2022). "FTX signs a deal giving it the option to buy crypto lender BlockFi" (https://www.cnbc.com/2022/07/01/ftx-signs-a-deal-giving-it-the-option-to-buy-crypto-lender-blockfi-.html). *CNBC*.

38. Scaggs, Alexandra (August 19, 2022). "About that deposit insurance" (https://www.ft.com/content/35229fa2-8050-4d84-9f82-22ef718eecdb). *Financial Times*.

39. Roth, Emma (August 20, 2022). "FTX's money isn't insured, FDIC says" (https://www.theverge.com/2022/8/20/23314401/ftx-money-isnt-insured-fdic-sam-bankman-fried-crypto-cease-and-desist). *The Verge*.

40. Kharif, Olga; Yang, Yueqi (September 27, 2022). "Crypto Exchange FTX Wins Bankrupt Firm Voyager's Assets" (https://www.bloomberg.com/news/articles/2022-09-27/crypto-exchange-ftx-said-to-win-bankrupt-firm-voyager-s-assets). *Bloomberg.com*. Retrieved September 27, 2022.

41. Ge Huang, Vicky; Ostroff, Caitlin (December 19, 2022). "Binance.US to Buy Assets of Bankrupt Crypto Lender Voyager, Eyes More Acquisitions" (https://www.wsj.com/articles/binance-us-to-buy-assets-of-bankrupt-crypto-lender-voyager-eyes-more-acquisitions-11671478348). *The Wall Street Journal*.

42. Capoot, Ashley (September 27, 2022). "Crypto exchange FTX is replacing its U.S. president" (https://www.cnbc.com/2022/09/27/crypto-exchange-ftx-is-replacing-its-us-president.html). *CNBC*. Retrieved September 27, 2022.

43. "Texas regulators have their eyes on one of the most powerful players in the crypto world" (https://www.cnn.com/2022/10/20/business/nightcap-crypto-texas-onslaught/index.html). *CNN*. October 21, 2022. Retrieved November 10, 2022.

44. "FTX Plans to Restart Crypto Exchange for International Customers" (https://www.coindesk.com/business/2023/08/01/ftx-plans-to-restart-crypto-exchange-for-international-customers/). August 2023.

45. Massa, Annie; Irrera, Anna; Miller, Hannah (September 14, 2022). "Crypto Quant Shop With Ties to FTX Powers Bankman-Fried's Empire" (https://www.bloomberg.com/news/articles/2022-09-14/trading-firm-alameda-research-powers-ftx-ceo-sam-bankman-fried-s-crypto-empire). *Bloomberg*. Retrieved November 10, 2022.

46. Yaffe-Bellany, David (November 14, 2022). "How Sam Bankman-Fried's Crypto Empire Collapsed" (https://www.nytimes.com/2022/11/14/technology/ftx-sam-bankman-fried-crypto-bankruptcy.html). *The New York Times*. Retrieved November 15, 2022.

47. Morrow, Allison (November 17, 2022). " 'Complete failure:' Filing reveals staggering mismanagement inside FTX | CNN Business" (https://www.cnn.com/2022/11/17/business/ftx-ceo-complete-failure/index.html). *CNN*. Retrieved November 18, 2022.

48. "New CEO Says FTX Suffered 'Complete Failure of Corporate Controls' " (https://www.wsj.com/livecoverage/stock-market-news-today-11-17-2022/card/new-ceo-says-ftx-suffered-complete-failure-of-corporate-controls--anHR8VGIa37oobtZDlnh). *WSJ*. Retrieved November 18, 2022.

49. "Alameda Amassed Crypto Tokens Ahead of FTX Listings, Public Data Shows" (https://www.wsj.com/livecoverage/stock-market-news-today-11-14-2022/card/alameda-amassed-crypto-tokens-ahead-of-ftx-listings-public-data-shows-z6KFN051ToEpFohTXA89). *WSJ*. Retrieved November 18, 2022.

50. Ge Huang, Vicky; Osipovich, Alexander; Kowsman, Patricia (November 10, 2022). "FTX Tapped Into Customer Accounts to Fund Risky Bets, Setting Up Its Downfall" (https://www.wsj.com/article s/ftx-tapped-into-customer-accounts-to-fund-risky-bets-setting-up-its-downfall-11668093732?mod =hp_lead_pos1). *The Wall Street Journal*. Retrieved November 10, 2022.

51. Michaels, Dave; Yu, Elaine; Ostroff, Caitlin (November 12, 2022). "Alameda, FTX Executives Are Said to Have Known FTX Was Using Customer Funds" (https://www.wsj.com/articles/alameda-ftx-executives-are-said-to-have-known-ftx-was-using-customer-funds-11668264238?mod=hp_lead_p os2). *The Wall Street Journal*. Retrieved November 12, 2022.

52. Yaffe-Bellany, David (November 14, 2022). "How Sam Bankman-Fried's Crypto Empire Collapsed" (https://www.nytimes.com/2022/11/14/technology/ftx-sam-bankman-fried-crypto-bankr uptcy.html). *The New York times*. Retrieved November 14, 2022.

53. Berwick, Angus (November 13, 2022). "Exclusive: At least $1 billion of client funds missing at failed crypto firm FTX" (https://www.reuters.com/markets/currencies/exclusive-least-1-billion-client -funds-missing-failed-crypto-firm-ftx-sources-2022-11-12/). *Reuters*. Retrieved November 18, 2022.

54. Massa, Annie (November 11, 2022). "Sam Bankman-Fried Fooled the Crypto World and Maybe Even Himself" (https://www.bloomberg.com/news/articles/2022-11-11/sam-bankman-fried-fooled-t he-crypto-world-and-maybe-even-himself?sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

55. Lagerkranser, Philip; Nicolle, Emily (November 14, 2022). "Binance's Billionaire CEO Casts Himself as Crypto's New Savior" (https://www.bloomberg.com/news/articles/2022-11-14/binance-c eo-cz-zhao-bids-to-replace-ftx-s-sam-bankman-fried-as-crypto-savior?srnd=premium&sref=CIpm V6x8). *Bloomberg*. Retrieved November 14, 2022.

56. Ostroff, Caitlin (November 7, 2022). "Binance to Sell Holdings of FTX's Token as Relations Between Crypto Exchanges Fray" (https://www.wsj.com/livecoverage/stock-market-news-today-11 -07-2022/card/binance-to-sell-holdings-of-ftx-s-token-as-relations-between-crypto-exchanges-fray -VukiTcJgKWJeZEEgnG5y?page=1) *The Wall Street Journal*. Retrieved November 7, 2022.

57. Kharif, Olga (November 6, 2022). "Binance To Sell $529 Million of Bankman-Fried's FTT Token" (h ttps://www.bloomberg.com/news/articles/2022-11-06/binance-to-sell-529-million-of-ftt-token-amids -revelations). *Bloomberg*. Retrieved November 7, 2022.

58. Lagerkranser, Philip; Nicolle, Emily; Shukla, Sidhartha (November 7, 2022). "Binance's CZ and FTX's Sam Bankman-Fried Trade Barbs Over Twitter" (https://www.bloomberg.com/news/articles/ 2022-11-07/bankman-fried-cz-zhao-tensions-spill-into-crypto-markets). *Bloomberg*. Retrieved November 7, 2022.

59. Melinek, Jacquelyn (November 7, 2022). "Here's the rundown on the Binance and FTX fiasco" (htt ps://techcrunch.com/2022/11/07/heres-the-rundown-on-the-binance-and-ftx-fiasco/). *TechCrunch*. Retrieved November 7, 2022.

60. Lagerkranser, Philip; Ossinger, Joanna (November 8, 2022). "Crypto Billionaires' Brawl Triggers Contagion Fears in Markets" (https://www.bloomberg.com/news/articles/2022-11-08/binance-ftx-fo unders-fight-triggers-crypto-contagion-fears). *Bloomberg*. Retrieved November 8, 2022.

61. Yaffe-Bellany, David (November 9, 2022). "Binance Pulls Out of Deal to Acquire Rival Crypto Exchange FTX" (https://www.nytimes.com/2022/11/09/technology/ftx-binance-crypto.html). *The New York Times*.

62. Yang, Yueqi (November 8, 2022). "CZ's Binance to Buy Rival FTX After Sam Bankman-Fried Faces Liquidity Crunch" (https://www.bloomberg.com/news/articles/2022-11-08/crypto-exchange-b inance-to-buy-rival-ftx-com-terms-undisclosed). *Bloomberg*. Retrieved November 8, 2022.

63. Ge Huang, Vicky; Ostroff, Caitlin (November 8, 2022). "Crypto Exchange Binance Agrees to Acquire Rival FTX" (https://www.wsj.com/articles/crypto-exchange-binance-agrees-to-acquire-rival -ftx-11667924737?mod=hp_lead_pos1). *The Wall Street Journal*. Retrieved November 8, 2022.

64. Singh, Manish (November 8, 2022). "Crypto giant Binance to acquire rival FTX following 'liquidity crunch' " (https://techcrunch.com/2022/11/08/binance-signs-letter-of-intent-to-acquire-ftx/). *TechCrunch*. Retrieved November 8, 2022.

65. "Binance plans to buy rival FTX in bailout as crypto market crumbles" (https://sendstory.co/news/binance-plans-to-buy-rival-ftx-16679668941726). *Binance plans to buy rival FTX in bailout as crypto market crumbles - 'SCMP Tech' News | Hong Kong*. Retrieved November 9, 2022.

66. Sigalos, MacKenzie (November 8, 2022). "FTX's token plunges 80% on liquidity concerns, wiping out over $2 billion in value" (https://www.cnbc.com/2022/11/08/ftxs-ftt-token-plunges-80percent-wiping-out-over-2-billion-in-value.html). *CNBC*.

67. Yang, Yueqi; Ghosh, Suvashree (November 9, 2022). "FTX's Financial Black Hole Leaves Binance Balking at Rescue Plan" (https://www.bloomberg.com/news/articles/2022-11-09/binance-seen-likely-to-balk-at-ftx-deal-after-spotting-deep-hole). *Bloomberg*. Retrieved November 9, 2022.

68. Beyoud, Lydia; Yang, Yueqi; Kharif, Olga (November 9, 2022). "Sam Bankman-Fried's FTX Empire Faces US Probe Into Client Funds, Lending" (https://www.bloomberg.com/news/articles/2022-11-09/us-probes-ftx-empire-over-handling-of-client-funds-and-lending). *Bloomberg*. Retrieved November 9, 2022.

69. Binance Says It Will Walk Away from Deal to Buy FTX (https://www.wsj.com/articles/binance-is-said-to-be-likely-to-walk-away-from-deal-to-buy-ftx-11668020963) Archived (https://web.archive.org/web/20221109220900/https://www.wsj.com/articles/binance-is-said-to-be-likely-to-walk-away-from-deal-to-buy-ftx-11668020963) November 9, 2022, at the Wayback Machine, Wall Street Journal, November 9, 2022.

70. Sigalos, MacKenzie; Rooney, Kate (November 9, 2022). "Binance backs out of FTX rescue, leaving the crypto exchange on the brink of collapse" (https://www.cnbc.com/2022/11/09/binance-backs-out-of-ftx-rescue-leaving-the-crypto-exchange-on-the-brink-of-collapse.html). *CNBC*.

71. "Binance ditches deal to rescue rival crypto exchange FTX" (https://www.ft.com/content/ad440b22-00e2-44e9-b95d-449bb89fd504). *Financial Times*. November 10, 2022. Retrieved November 10, 2022.

72. "Sam Bankman-Fried apologises for FTX crisis" (https://www.ft.com/content/43ff8a61-39d4-42d6-acaa-92b9f496e5df). *Financial Times*. November 10, 2022. Retrieved November 11, 2022.

73. "FTX: Cryptocurrency market rocked by near-collapse of exchange" (https://www.bbc.com/news/business-63564364). *BBC News*. November 9, 2022. Retrieved November 10, 2022.

74. Shen, Lucinda (November 10, 2022). "FTX approaches Kraken amid scramble to find funding" (https://www.axios.com/pro/fintech-deals/2022/11/10/ftx-approaches-kraken-as-potential-rescue-deal-partner). *Axios*. Retrieved November 10, 2022.

75. Massa, Annie (November 10, 2022). "Bankman-Fried Vows to 'Give Anything' for Capital as FTX Flails" (https://www.bloomberg.com/news/articles/2022-11-10/bankman-fried-vows-to-give-anything-for-capital-as-ftx-flails). *Bloomberg*. Retrieved November 10, 2022.

76. "Sam Bankman-Fried says Alameda Research to wind down trading, FTX attempting to raise capital" (https://techcrunch.com/2022/11/10/sam-bankman-fried-says-alameda-research-to-wind-down-trading-ftx-attempting-to-raise-capital/). *TechCrunch*. November 10, 2022. Retrieved November 10, 2022.

77. Sorkin, Andrew Ross; Mattu, Ravi; Warner, Bernhard; Kessler, Sarah; Gandel, Stephen; Merced, Michael J. de la; Hirsch, Lauren; Livni, Ephrat (November 10, 2022). "A Reckoning Awaits FTX" (https://www.nytimes.com/2022/11/10/business/dealbook/ftx-crypto-binance-sbf-cz.html). *The New York Times*. Retrieved November 10, 2022.

78. Hoffman, Liz; Saacks, Bradley; Matsakis, Louise (November 9, 2022). "FTX ditched by Binance while also losing most of its legal and compliance staff | Semafor" (https://www.semafor.com/article/11/09/2022/ftx-legal-and-compliance-teams-quit). *Semafor*. Retrieved November 10, 2022.

79. Massa, Annie (November 10, 2022). "Inside FTX.US, Employees Are Trying to Sell Assets With Sam Bankman-Fried Away" (https://www.bloomberg.com/news/articles/2022-11-10/inside-ftx-us-employees-are-trying-to-sell-assets-with-sbf-away). *Bloomberg*. Retrieved November 10, 2022.

80. "FTX Latest: Bahamas Freezes FTX.com Assets, Appoints Liquidator" (https://www.bloomberg.com/news/articles/2022-11-10/ftx-latest-bankman-fried-shuts-down-trading-firm-alameda). *Bloomberg*. November 10, 2022. Retrieved November 10, 2022.

81. Berwick, Angus; Sen, Anirban (November 11, 2022). "FTX looks for $9.4 bln in rescue funds, Bahamas freezes some assets" (https://www.reuters.com/markets/currencies/crypto-markets-teeter-with-ftx-after-binance-abandons-bailout-2022-11-10/). *Reuters*. Retrieved November 11, 2022.

82. "Global regulators circle Sam Bankman-Fried's FTX exchange" (https://www.ft.com/content/79b6f14c-110a-4c66-82e2-286003c34717). *Financial Times*. November 11, 2022. Retrieved November 11, 2022.

83. "Administrative Actions against FTX Japan, Inc" (https://www.fsa.go.jp/en/news/2022/20221111/20221110.html). *www.fsa.go.jp*. Retrieved November 11, 2022.

84. "Sam Bankman-Fried's 'Effective Altruism' Team Resigns Amid FTX Meltdown" (https://gizmodo.com/sam-bankman-fried-ftx-effective-altruism-crypto-1849773116). *Gizmodo*. November 11, 2022.

85. Hill, Jeremy (November 11, 2022). "Enron's Liquidator to Oversee FTX's Massive Crypto Bankruptcy" (https://www.bloomberg.com/news/articles/2022-11-11/enron-s-liquidator-to-oversee-ftx-s-massive-crypto-bankruptcy). *Bloomberg*. Retrieved November 11, 2022.

86. Huang, Elaine Yu and Vicky Ge (November 11, 2022). "FTX Is Investigating a Potential Hack Amid Bankruptcy Filing" (https://www.wsj.com/articles/ftx-is-investigating-a-potential-hack-amid-bankruptcy-filing-11668261070). *The Wall Street Journal*. Retrieved November 12, 2022.

87. Ghosh, Suvashree (November 11, 2022). "Bankrupt FTX Hit by Mysterious Outflow of About $662 Million" (https://www.bloomberg.com/news/articles/2022-11-12/ftx-us-s-counsel-says-platform-probing-abnormal-wallet-movements). *Bloomberg*. Retrieved November 12, 2022.

88. Saacks, Bradley (November 12, 2022). "Some staff of beleaguered FTX crypto exchange leave Bahamas for Hong Kong" (https://www.semafor.com/article/11/12/2022/some-staff-of-beleaguered-ftx-crypto-exchange-leave-bahamas-for-hong-kong). *Semafor*. Retrieved November 12, 2022.

89. Nicolle, Emily (November 12, 2022). "Kraken to Assist In Probing FTX Unauthorized Crypto Withdrawals" (https://archive.today/20221112181633/https://www.bloomberg.com/news/articles/2022-11-12/kraken-to-assist-in-probing-ftx-unauthorized-crypto-withdrawals). Bloomberg. Bloomberg. Archived from the original (https://www.bloomberg.com/news/articles/2022-11-12/kraken-to-assist-in-probing-ftx-unauthorized-crypto-withdrawals) on November 12, 2022. Retrieved November 12, 2022.

90. Yang, Yuequi (November 12, 2022). "Sam Bankman-Fried Says He's in the Bahamas, Reuters Reports" (https://www.bloomberg.com/news/articles/2022-11-12/sam-bankman-fried-says-he-s-in-the-bahamas-reuters-reports). *Bloomberg*. Retrieved November 12, 2022.

91. Biron, Bethany (November 13, 2022). "Bahamian police reportedly interviewed Sam Bankman-Fried this weekend, investigations into downfall intensify" (https://www.businessinsider.com/ftx-founder-sam-bankman-fried-interviewed-police-bahamas-2022-11). *Business Insider*. Retrieved November 14, 2022.

92. Ostroff, Caitlin; Ge Huang, Vicky; Jin, Berber (November 15, 2022). "FTX Founder Sam Bankman-Fried Attempts to Raise Fresh Cash Despite Bankruptcy" (https://www.wsj.com/articles/ftx-founder-sam-bankman-fried-attempts-to-raise-fresh-cash-despite-bankruptcy-11668520573). *The Wall Street Journal*. Retrieved November 15, 2022.

93. Greenberg, Andy (November 13, 2022). "The Hunt for the FTX Thieves Has Begun" (https://www.wired.com/story/ftx-hack-theft-crypto-tracing/). *Wired*. Retrieved November 14, 2022.

94. Piper, Kelsey (November 16, 2022). "Sam Bankman-Fried tries to explain himself" (https://www.vox.com/future-perfect/23462333/sam-bankman-fried-ftx-cryptocurrency-effective-altruism-crypto-bahamas-philanthropy). *Vox*. Retrieved November 16, 2022.

95. Sigalos, MacKenzie (November 12, 2022). "Between $1 billion and $2 billion of FTX customer funds have disappeared, SBF had a secret 'back door' to transfer billions: Report" (https://www.cnbc.com/2022/11/12/1-billion-to-2-billion-of-ftx-customer-funds-missing-report.html). *CNBC*.

96. Berwick, Angus (November 13, 2022). "Exclusive: At least $1 billion of client funds missing at failed crypto firm FTX" (https://www.reuters.com/markets/currencies/exclusive-least-1-billion-client-funds-missing-failed-crypto-firm-ftx-sources-2022-11-12/). *Reuters*. Retrieved November 26, 2022.

97. Gara, Antoine; Shubber, Kadhim; Oliver, Joshua (November 12, 2022). "FTX held less than $1bn in liquid assets against $9bn in liabilities" (https://archive.today/20221112222143/https://www.ft.com/content/f05fe9f8-ca0a-48d5-8ef2-7a4d813af558). Archived from the original (https://www.ft.com/content/f05fe9f8-ca0a-48d5-8ef2-7a4d813af558) on November 12, 2022. Retrieved November 12, 2022. "Vast gap highlights the dire state of Sam Bankman-Fried's exchange before it collapsed into bankruptcy"

98. Millson, Alex (November 15, 2022). "Sam Bankman-Fried Posts Weird Cryptic Tweets After Wealth Wipeout" (https://www.bloomberg.com/news/articles/2022-11-15/sam-bankman-fried-posts-cryptic-tweets-after-losing-16-billion-in-ftx-wipeout?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 15, 2022.

99. "Revealed: FTX's emergency fundraising term sheet" (https://www.ft.com/content/54d946a7-f25f-4ef2-b1e7-292f851c12b3). *Financial Times*. Retrieved November 16, 2022.

100. "Bahamas based FTX Digital Markets files for Chapter 15 bankruptcy in New York" (https://www.bloomberg.com/news/articles/2022-11-16/bahamas-based-ftx-digital-markets-files-for-chapter-15-bankruptcy-in-new-york). *Bloomberg*. November 16, 2022. Retrieved March 31, 2023.

101. Goswami, Rohan (November 17, 2022). "FTX used corporate funds to purchase employee homes, new filing shows" (https://www.cnbc.com/2022/11/17/ftx-used-corporate-funds-to-purchase-employee-homes-new-filing-shows.html). *CNBC*. Retrieved November 17, 2022.

102. "FTX Chief Slams Bankman-Fried, Calls Controls 'Complete Failure' " (https://news.bloombergtax.com/crypto/ftxs-advisers-have-found-just-a-fraction-of-companys-crypto). *news.bloombergtax.com*. Retrieved November 17, 2022.

103. John, Jay Ray III (November 17, 2022). "Declaration of John J. Ray III in Support of Chapter 11 Petitions and First-Day Pleadings" (https://web.archive.org/web/20221117164922/https://assets.bwbx.io/documents/users/iqjWHBFdfxIU/rgJS1JHEf2XE/v0). United states Bankruptcy Court for the District of Delaware. Archived from the original (https://assets.bwbx.io/documents/users/iqjWHBFdfxIU/rgJS1JHEf2XE/v0) on November 17, 2022. Retrieved February 13, 2023.

104. Gamboa, Glenn; Daniel, Will. " 'Literally, there's no record-keeping whatsoever': FTX's new CEO is flabbergasted, and D.C. is laughing at SBF using QuickBooks" (https://fortune.com/2022/12/13/ftx-ceo-john-ray-testifies-congress-no-record-keeping-quickbooks-bankman-fried/). *Fortune*. Retrieved January 7, 2023.

105. Shukla, Sidhartha; Ghosh, Suvashree (November 14, 2022). "Crypto.com's Sinking Token Stirs Fresh Anxiety After FTX Wipeout" (https://www.bloomberg.com/news/articles/2022-11-14/crypto-com-ceo-says-withdrawals-working-will-continue-to-work?sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

106. Levy, Ari; Sigalos, MacKenzie (November 15, 2022). "Crypto.com customers worry it could follow FTX, as CEO tries to reassure them everything's fine" (https://www.cnbc.com/2022/11/15/crypto-com-customers-worry-it-could-follow-ftx-ceo-reassures-them.html). *CNBC*. Retrieved November 16, 2022.

107. Gladstone, Alexander; Ge Huang, Vicky; Biswas, Soma (November 15, 2022). "BlockFi Prepares for Potential Bankruptcy as Crypto Contagion Spreads" (https://www.wsj.com/articles/blockfi-prep ares-for-potential-bankruptcy-as-crypto-contagion-spreads-11668534824). *The Wall Street Journal*. Retrieved November 16, 2022.

108. Greifeld, Katherine; Hajric, Vildana (November 16, 2022). "Silbert's Once-$10 Billion Crypto Empire Is Showing Cracks" (https://www.bloomberg.com/news/articles/2022-11-16/inside-a-once-10-billion-crypto-empire-that-s-suddenly-cracking-dcg?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

109. Shen, Muyao (November 16, 2022). "Winklevosses' Gemini Delays Withdrawals on Lending Program" (https://www.bloomberg.com/news/articles/2022-11-16/winklevoss-s-gemini-pauses-with drawals-on-lending-program?sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

110. Ross Sorkin, Andrew; Mattu, Ravi; Warner, Bernhard; Kessler, Sarah; Gandel, Stephen; de la Merced, Michael J.; Hirsch, Lauren; Livni, Ephrat (November 17, 2022). "Investor Losses from FTX's Implosion Are Growing" (https://www.nytimes.com/2022/11/17/business/ftx-crypto-contagion -sbf.html). *The New York Times*. Retrieved November 17, 2022.

111. Greifeld, Katherine (November 14, 2022). "World's Biggest Crypto Fund Hits Record 42% Discount to Value of Bitcoin It Holds" (https://www.bloomberg.com/news/articles/2022-11-14/-brok en-crypto-fund-hits-record-42-discount-as-etfs-hum-along?sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

112. Reyes, Mark (November 18, 2022). "Silvergate Capital Shares Slide as FTX Fallout Attracts Short Sellers" (https://www.bloomberg.com/news/articles/2022-11-18/silvergate-shares-slide-as-ftx-fallo ut-attracts-short-sellers). *Bloomberg.com*. Retrieved November 20, 2022.

113. Benoit, David (November 20, 2022). "Crypto Bank Silvergate Battles FTX Contagion Fears" (http s://www.wsj.com/amp/articles/crypto-bank-silvergate-battles-ftx-contagion-fears-11668910608). *Wall Street Journal*. Retrieved November 20, 2022.

114. "FTX" (https://www.sequoiacap.com/companies/ftx/). *Sequoia Capital US/Europe*. Retrieved November 9, 2022.

115. "FTX" (https://web.archive.org/web/20221109231417/https://lsvp.com/portfolio/ftx/). *Lightspeed Venture Partners*. Archived from the original (https://lsvp.com/portfolio/ftx/) on November 9, 2022. Retrieved November 10, 2022.

116. Gelsi, Steve. "FTX problems mean big headaches for its private equity investors" (https://www.ma rketwatch.com/story/ftx-problems-mean-big-headaches-for-its-private-equity-investors-116680154 99). *MarketWatch*.

117. Li, Selena; Westbrook, Tom; Howcroft, Elizabeth; Howcroft, Elizabeth (November 9, 2022). "Cryptocurrencies fall after FTX-Binance turmoil spooks investors" (https://www.reuters.com/mark ets/currencies/cryptos-attempt-steady-daily-chills-market-2022-11-09/). *Reuters*. Retrieved November 9, 2022.

118. Parmar, Hema; Tan, Gillian (November 9, 2022). "FTX Fiasco Hits Investors From Tiger Global to Tom Brady" (https://www.bloomberg.com/news/articles/2022-11-09/tom-brady-tiger-global-among-investors-hurt-by-ftx-fiasco). *Bloomberg*. Retrieved November 9, 2022.

119. Friedman, Larry Hatheway and Alex (November 10, 2022). "The Midterms' Red Ripple Delivers Uncertainty to the Markets" (https://www.barrons.com/articles/midterms-markets-uncertainty-vote-results-51667964508). *Barrons*. Retrieved November 10, 2022.

120. McBride, Sarah (November 9, 2022). "Sequoia Capital Writes Down Entire Value of Its FTX Stake" (https://www.bloomberg.com/news/articles/2022-11-10/sequoia-capital-writes-down-entire-value-of-ftx-stake). *Bloomberg*. Retrieved November 10, 2022.

121. Stone, Brad (November 14, 2022). "FTX Implodes, and a Top VC Backer Falls on Its Face" (http s://www.bloomberg.com/news/newsletters/2022-11-14/sequoia-ftx-profile-of-sam-bankman-fried-s bf-was-a-face-plant?srnd=technology-vp&sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

122. "The downfall of FTX's Sam Bankman-Fried sends shockwaves through the crypto world" (https:// www.npr.org/2022/11/14/1136482889/ftx-sam-bankman-fried-shockwaves-crypto). *NPR*. November 14, 2022. Retrieved November 15, 2022.

123. Nguyen, Britney (November 10, 2022). "FTX investor Sequoia removed its glowing 13,000-word profile of Sam Bankman-Fried and replaced it with somber note after its investment cratered to $0" (https://www.businessinsider.com/ftx-investor-sequoia-removes-sam-bankman-fried-profile-20 22-11). *Business Insider*. Retrieved November 15, 2022.

124. Rajagopal, Divya (November 10, 2022). "Ontario Pension says any loss from FTX investment to have limited impact" (https://www.reuters.com/technology/ontario-pension-says-any-loss-ftx-invest ment-have-limited-impact-2022-11-10/). *Reuters*. Retrieved November 11, 2022.

125. Ramli, David; Gregori, Reto (November 16, 2022). "Singapore's Temasek Writes Down $275 Million FTX Investment" (https://www.bloomberg.com/news/articles/2022-11-17/singapore-s-temas ek-writes-down-275-million-ftx-investment?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 17, 2022.

126. Lukpat, Alyssa (November 10, 2022). "Tom Brady. Stephen Curry. Shaq. See the Celebrities With Ties to FTX" (https://www.wsj.com/articles/the-celebrities-including-tom-brady-tied-to-ftx-see-the-li st-11668109684). *The Wall Street Journal*. Retrieved November 14, 2022.

127. Hudson, Clara (December 5, 2022). "FTX-Gisele Partnership Highlights Risks of Celebrity ESG Roles" (https://news.bloomberglaw.com/esg/ftx-gisele-partnership-highlights-risks-of-celebrity-esg -roles). *Bloomberg Law*.

128. Parmar, Hema (November 11, 2022). "Scaramucci's SkyBridge Is Trying to Buy Back FTX's 30% Stake" (https://www.bloomberg.com/news/articles/2022-11-11/scaramucci-says-skybridge-is-trying -to-buy-back-stake-from-ftx). *Bloomberg*. Retrieved November 11, 2022.

129. Muyao, Shen (November 13, 2022). "Crypto Hedge Fund Galois Confirms $40 Million Exposure to FTX" (https://www.bloomberg.com/news/articles/2022-11-13/crypto-fund-galois-known-for-big-luna -shorts-confirms-40-million-ftx-exposure). *Bloomberg*. Retrieved November 14, 2022.

130. Ashworth, Louis; Elder, Bryce (November 10, 2022). "Watching tether wither, together" (https://ww w.ft.com/content/86ff86f9-a0b1-448f-af11-b8dd9ae8577d). *The Financial Times*. Retrieved November 10, 2022.

131. Hajric, Vildana (November 11, 2022). "Crypto Markets Buckle as FTX Bankruptcy Spurs Search for Casualties" (https://www.bloomberg.com/news/articles/2022-11-11/crypto-markets-buckle-as-ft x-filing-spurs-search-for-casualties). *Bloomberg*. Retrieved November 11, 2022.

132. Jagtiani, Sunil; Ossinger, Joanna (November 13, 2022). "FTX Latest: Solana Sell-Off Deepens; Bankman-Fried Questioned" (https://www.bloomberg.com/news/articles/2022-11-12/ftx-latest-una uthorized-outflows-bankman-fried-in-the-bahamas). *Bloomberg*. Retrieved November 13, 2022.

133. Shukla, Sidhartha; Akhtar, Tanzeel (November 14, 2022). "FTX Fiasco Sparks Billions of Dollars of Outflows From Exchanges" (https://www.bloomberg.com/news/articles/2022-11-14/ftx-fiasco-sp arks-billions-of-dollars-of-outflows-from-exchanges?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

134. Thomasson, Lynn; Rao-Coverley, Sujata (November 13, 2022). "Big Investors Are Giving Up on Crypto Markets Going Mainstream" (https://www.bloomberg.com/news/articles/2022-11-13/big-inv estors-are-giving-up-on-crypto-markets-going-mainstream?sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

135. Fischer, Sara (December 9, 2022). "Exclusive: SBF secretly funded crypto news site The Block and its CEO's Bahamas apartment" (https://www.axios.com/2022/12/09/bankman-fried-funded-crypto-news-site-block). *Axios*. Retrieved December 11, 2022.

136. Weisenthal, Joe; Alloway, Tracy (November 9, 2022). "Short Seller Jim Chanos Warns the Crypto Crackdown Is Coming Now" (https://www.bloomberg.com/news/articles/2022-11-09/short-seller-jim-chanos-warns-the-crypto-crackdown-is-coming-now). *Bloomberg*. Retrieved November 10, 2022.

137. Wilson, Harry (November 10, 2022). "Jefferies CEO Says He Offered FTX's Bankman-Fried Rescue Advice in July" (https://www.bloomberg.com/news/articles/2022-11-10/jefferies-ceo-says-he-offered-ftx-boss-rescue-advice-in-july). *Bloomberg*. Retrieved November 10, 2022.

138. Roose, Kevin (November 9, 2022). "Is This Crypto's Lehman Moment?" (https://www.nytimes.com/2022/11/09/technology/cryptocurrency-binance-ftx.html). *The New York Times*. Retrieved November 11, 2022.

139. Chipolina, Scott (November 11, 2022). "FT Cryptofinance: Crypto's Lehman moment" (https://www.ft.com/content/a4d31278-a5d9-4a02-a169-4996f4a8e8f8). *Financial Times*. Retrieved November 11, 2022.

140. Anstey, Chris (November 11, 2022). "FTX Meltdown Has 'Whiffs' of Enron-Like Scandal, Summers Says" (https://www.bloomberg.com/news/articles/2022-11-11/summers-says-ftx-meltdown-has-whiffs-of-enron-like-scandal). *Bloomberg*. Retrieved November 11, 2022.

141. Doherty, Katherine; Almeida, Isis (November 14, 2022). "FTX's Downfall Shows CFTC Needs More Crypto Sway, Chairman Says" (https://www.bloomberg.com/news/articles/2022-11-14/ftx-downfall-shows-cftc-needs-more-crypto-sway-chairman-says?srnd=premium&sref=CIpmV6x8). *Bloomberg*. Retrieved November 14, 2022.

142. Khalili, Joel (November 11, 2022). "The Fallout of the FTX Collapse" (https://www.wired.com/story/the-fallout-of-the-ftx-collapse/). *Wired*. Retrieved December 28, 2022.

143. Chatterjee, Sumeet; Davies, Megan; Aftab, Ahmed; McCrank, John; Nguyen, Lananh; Howcroft, Elizabeth; Azhar, Saeed; Sinclair Foley, John (December 2, 2022). "After FTX collapse, pressure builds for tougher crypto rules" (https://www.reuters.com/business/finance/after-ftx-collapse-pressure-builds-tougher-crypto-rules-2022-12-02/). *Reuters*. Retrieved December 28, 2022.

144. Wile, Rob (December 28, 2022). "After FTX's spectacular collapse, where does crypto go from here?" (https://www.nbcnews.com/business/business-news/cryptocurrency-2023-predictions-bitcoin-ftx-collapse-sam-bankman-fried-rcna61548). *NBC News*. Retrieved December 28, 2022.

145. Chatterjee, Rex (December 6, 2022). "The FTX Files: A Primer On The Chapter 11 Case • Titan Grey" (https://titangrey.com/2022/12/ftx/). *Titan Grey*. Retrieved January 13, 2023.

146. "Bankrupt crypto exchange FTX is under criminal investigation in The Bahamas" (https://edition.cnn.com/2022/11/13/business/ftx-bahamas-criminal-investigation/index.html). *CNN*. November 13, 2022. Retrieved November 14, 2022.

147. Johnson, Katanga (November 13, 2022). "FTX Faces Criminal Misconduct Probe by Bahamas Authorities" (https://www.bloomberg.com/news/articles/2022-11-13/ftx-faces-criminal-misconduct-probe-by-bahamas-authorities). www.bloomberg.com. Retrieved November 15, 2022.

148. Benny-Morrison, Ava (November 14, 2022). "FTX Collapse Probed by Federal Prosecutors in Manhattan" (https://www.bloomberg.com/news/articles/2022-11-14/ftx-collapse-probed-by-federal-prosecutors-in-manhattan). Bloomberg. Retrieved November 14, 2022.

149. Shepardson, David (November 16, 2022). "U.S. House committee to hold a hearing on the collapse of FTX" (https://www.reuters.com/technology/us-house-committee-hold-hearing-collapse-ftx-2022-11-16/). *Reuters*. Retrieved November 16, 2022.

150. "VCs Consider Suing Bankman-Fried" (https://www.theinformation.com/articles/vcs-consider-suing-bankman-fried). *The Information*. Retrieved November 16, 2022.

151. Rushe, Dominic; Kari, Paul; Hern, Alex; Helmore, Edward (December 28, 2022). "FTX founder Sam Bankman-Fried charged with defrauding investors" (https://www.theguardian.com/technology/2022/dec/13/sam-bankman-fried-ftx-charged-sec-crypto-exchange). *The Guardian*. Retrieved December 31, 2022.

152. Neumeister, Larry (January 3, 2023). "FTX's Sam Bankman-Fried Pleads Not Guilty to Fraud as Judge Sets Tentative Trial Date" (https://time.com/6244395/sam-bankman-fried-pleads-not-guilty/). *Time*. Retrieved January 5, 2023.

153. Scannell, Kara (January 3, 2023). "FTX founder Sam Bankman-Fried pleads not guilty" (https://edition.cnn.com/2023/01/03/business/sam-bankman-fried-plea/index.html). CNN. Retrieved January 5, 2023.

154. Weiser, Benjamin; Yaffe-Bellany, David; Goldstein, Matthew (January 3, 2023). "Sam Bankman-Fried Pleads Not Guilty to Fraud and Other Charges" (https://www.nytimes.com/2023/01/03/technology/sam-bankman-fried-pleads-not-guilty.html). *The New York Times*. Retrieved January 5, 2023.

155. "FTX's Nishad Singh pleads guilty to fraud charges" (https://www.bbc.com/news/business-64803468). BBC News. February 28, 2023. Retrieved March 1, 2023.

156. Hanks, Douglas (June 2, 2021). "Miami Heat to play in FTX Arena after county approves $135M deal with crypto exchange" (https://amp.miamiherald.com/article250228430.html). *Miami Herald*.

157. "It's Official! Miami Heat Home to be Named FTX Arena" (https://miami.cbslocal.com/2021/03/26/its-official-miami-heat-home-to-be-named-ftx-arena/). *WFOR-TV*. March 26, 2021.

158. "MLB, FTX cryptocurrency exchange partner" (https://www.mlb.com/news/mlb-ftx-cryptocurrency-exchange-partnership). *MLB.com*. Major League Baseball. June 23, 2021.

159. Conway, Luke (September 23, 2021). "FTX Crypto Exchange Partners With Mercedes F1 Team" (https://www.thestreet.com/crypto/news/ftx-crypto-exchange-partners-with-mercedes-f1-team). *The Street Crypto*. The Arena Group.

160. Daniels, Tom (June 4, 2021). "TSM secures $210m 10-year naming rights deal with FTX" (https://esportsinsider.com/2021/06/tsm-secures-210m-naming-rights-deal-with-ftx). *Esportsinsider*. Retrieved December 1, 2022.

161. "FTX MLB Home Run Derby X" (https://www.mlb.com/HomeRunDerbyX). *MLB.com*. Major League Baseball. Retrieved July 9, 2022.

162. "Starting Sunday: FTX Road to Miami online tournament" (https://en.chessbase.com/post/ftx-miami-2022-preview). *ChessBase*. July 8, 2022.

163. "Mercedes suspends partnership with FTX" (https://www.espn.com/f1/story/_/id/35001911/mercedes-f1-team-suspends-partnership-ftx). *ESPN.com*. November 11, 2022. Retrieved November 12, 2022.

164. Šimić, Ivan (November 16, 2022). "TSM suspends major $210m naming rights deal with FTX" (https://esportsinsider.com/2022/11/tsm-suspends-naming-rights-deal-ftx). *Esportsinsider*. Retrieved December 15, 2022.

165. "Miami Heat and Miami-Dade County statement" (https://www.instagram.com/p/Ck1w91Zt29F/). *Instagram*. November 11, 2022. Retrieved November 12, 2022.

166. Oliver, Joshua; Asgari, Nikou; Nicolaou, Anna; Gara, Antoine (December 7, 2022). "FTX held talks with Taylor Swift over $100mn sponsorship deal" (https://www.ft.com/content/2b0601e2-d371-404d-8531-227f11d4a83f). *Financial Times*. Retrieved December 7, 2022.

167. Blistein, Jon (December 7, 2022). "Taylor Swift's 'Eras' Tour Ticketing Debacle Could've Been Worse: She Almost Partnered With FTX" (https://www.rollingstone.com/music/music-news/taylor-swift-nearly-partnered-failed-crypto-exchange-ftx-1234642866/). *Rolling Stone*. Retrieved December 7, 2022.

# External links

- Official website (https://ftx.com/)
- Official website (https://ftx.us/) of FTX.US
- FTXFoundation.com website (https://ftxfoundation.org) Archived (https://web.archive.org/web/20220909102946/https://ftxfoundation.org/) September 9, 2022, at the Wayback Machine

Retrieved from "https://en.wikipedia.org/w/index.php?title=FTX&oldid=1172981804"

-

# EXHIBIT 6

Consensus Registration Officially Open!      Learn More ✕

Features

# And Then There Was One

In an astonishing six months as crypto winter hobbled even well-funded crypto companies, Binance defended its position at the top of all crypto exchanges and took down its $40 billion rival, FTX. That's why Changpeng Zhao is one of CoinDesk's Most Influential 2022.

**By Emily Parker**

🕐 Dec 5, 2022 at 4:39 a.m. PST

Updated Dec 29, 2022 at 8:15 a.m. PST

◗ CONSENSUS MAGAZINE

f   in   🐦   ✉



Still image from "1-800-CZ" (Aleqth/CoinDesk)

Up

*More: An NFT of the work excerpted above was sold at auction on Coinbase NFT. A percentage of the sale went to oneearth.org.*

The past half year in crypto has been one of bankruptcies, layoffs and steep losses. But two supremely powerful players stood in stark contrast to the wreckage. One was Sam Bankman-Fried (SBF), the CEO of cryptocurrency exchange FTX, and the other was his competitor, Binance CEO Changpeng Zhao, better known as CZ. With FTX's dramatic collapse, now we are down to one.

---

There's no question that CZ played a significant role in FTX's demise. But before we get to that, it's important to note that before this latest drama, Binance was already the world's largest exchange by trade volume. CZ leads Binance on his own terms, refusing to be labeled as belonging to any one specific country. He is both everywhere and nowhere. Back in 2018, I asked CZ where he was based. "People still have this really strong concept of where your company is, and where you are," he told me at the time. "A company is a concept. An organization is a concept."

ADVERTISEMENT

√RADIX    Smart Contracts are Coming to Radix →

When I asked where he called home, he said, "I don't really have any answer to that. Earth?"

**Read More:** Presenting CoinDesk's Most Influential 2022

These words might sound unorthodox in the world of traditional finance but we're talking about crypto, and one could say that CZ's attitude captures the spirit of a global and decentralized form of money. So does his rejection of fiat currencies and the traditional banking system – in June he told CNBC, "I don't have dollars, everything is in crypto," and at Consensus earlier this year he told me that he has a bank account "but I don't use it at all."

Not all governments are fans of Binance's approach. But even as the exchange encountered friction from various regulators, its crypto-world influence continued to grow. Earlier this year, as other companies were laying off employees, CZ was flexing Binance's plans to hire. CZ has nearly 8 million followers on Twitter and devoted fans all over the world. Binance recently invested $500 million in Twitter, ensuring the exchange has a seat at the table during the reign of Elon Musk. Despite CZ's own lack of interest in using a bank account, Binance is reportedly looking into buying banks.

ADVERTISEMENT



But it was with FTX's downfall that CZ really consolidated his power. Following the publication of Ian Allison's fateful CoinDesk article showing that FTX sister company Alameda's balance sheet was largely made up of FTX-issued token FTT, CZ publicly announced Binance would sell its FTT holdings. Soon after that, Binance announced its intent to buy FTX, then pulled out after taking a closer look at FTX's situation and deciding it was beyond repair. This contributed to a widespread loss of faith in FTX as concerned investors rushed to withdraw their money. The fall was swift: On Nov. 9, CZ said that an FTX acquisition is "not a win for us." Two days later, FTX filed for bankruptcy protection.

This initially looked like a brilliant chess move on the part of CZ, as his actions contributed to the deathblow of his former competitor. But as the story developed it became clear this was much bigger than a rivalry between exchanges. More alarming information about FTX surfaced – including reports that FTX was using its customers' money to pay for risky bets at its sister company, Alameda. Sam apparently cashed out $300 million of his investors' money. Now, much of FTX's funds is missing and creditors don't know if or when they will see their money again.

ADVERTISEMENT

CHOOSE YOUR FREE CRYPTO

Get $10 of your choice of crypto when you sign up

Terms & conditions apply

In other words, regardless of what CZ's actual intentions may have been, he ended up on the right side of history.

I would argue that Binance's influence became more controversial after FTX fell. Because that's when CZ began assuming Bankman-Fried's previous role of crypto industry "savior." FTX was not as big as Binance, but it punched above its weight. Over the past year, SBF became known as a kind of white knight, attempting to bail out distressed companies like Voyager Digital and BlockFi. Now that FTX is out of the game, Binance has stepped up to the plate. Binance committed $1 billion in BUSD (Binance's stablecoin) for a recovery fund that aims to buy distressed assets and support the industry. Then Binance committed $1 billion more, also in BUSD. There are other contributors to the fund, such as Aptos Lab and Jump Crypto, but CZ is very much the face of it. "Binance's Billionaire CEO Casts Himself as Crypto's New Savior," read a recent Bloomberg headline.

ADVERTISEMENT





*Changpeng Zhao, CEO of Binance, at Consensus Singapore 2018 (CoinDesk)*

If this all sounds familiar, it's because it is. "Crypto's Last Man Standing," read an Economist headline about SBF in an article from July of this year, describing him at the "center of attempts to rescue beleaguered crypto firms." These are, of course, media headlines, not the actual words of SBF or CZ, but there is still no question that CZ is widely perceived in a similar savior role that SBF played. Binance US is even bidding for Voyager, the same crypto lender that FTX tried to acquire. SBF famously strived to gain power and influence in Washington, D.C.; now, Binance US is forming a political action committee, or PAC.

*STORY CONTINUES BELOW*

---

**Recommended for you:**

- First Mover Americas: Crypto Trading Volume Hits 4-Year Low

- New MetaMask Product to Add Liquid Staking via Lido and Rocket Pool

- Musk's Milady Meme, Opening Up Ordinals

- **Sponsored by eToro**

  Join eToro and get $10 of free crypto. Get free millions of investors' ideas. Explore a new way

This role of crypto savior is problematic for several reasons. First, it goes against the core ideals of crypto, which is supposed to be trustless, decentralized and resistant to a single point of failure. But there are practical consequences as well. Because FTX was doing business with so many companies, its implosion triggered a domino effect. BlockFi, one of the companies that FTX tried to rescue, just filed for Chapter 11 bankruptcy. Other companies, including CoinDesk sister company Genesis Trading and Gemini, have suffered from contagion. There is likely more to come. The fall of such a well-known and once well-liked figure as SBF has also dealt a major black eye to the crypto industry, which already struggles to gain trust from regulators and much of the public.

ADVERTISEMENT



SBF's downfall, of course, was due to his own actions. But his outsized influence certainly exacerbated the wreckage. Now, if something were to happen to Binance the fallout would potentially be even more devastating. Who would be left to come to the rescue of the world's largest exchange? Perhaps CZ truly does want to use his power to rescue an industry in which he clearly believes. But what recent history has taught us is that crypto should not place too much hope in any one savior, regardless of who that savior might be.

---

### Real engagement = real rewards

Claim 5 ●ESK

What is DESK™?

---

Newsletter → | Every Weekday

## The Node

Sign up for The Node, our daily newsletter bringing you the biggest crypto news and ideas.

Enter your Email                                    Sign Up

*By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.*

## DISCLOSURE

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



**Emily Parker**

Emily Parker is CoinDesk's executive director of global content. She was member of the State Department's Policy Planning Staff, a writer/editor at The Wall Street Journal and editor at New York Times. She is author of "Now I Know Who my Comrades Are: Voices from the Internet Underground" (FSG). She speaks Chinese, Japanese, French and Spanish.

Follow @emilydparker on Twitter

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Read more about

Most Influential     Most Influential 2022     Changpeng Zhao     Crypto

## For You

Recommended by Outbrain |▷



**This AI stock will revolutionize the...**

Financial Star News



**California Will Cover Cost to...**

EasySolar



**Here's How To Fly Business Class F...**

Business Class Flights | ...



**BMW Offers Major Incentives On Ne...**

BMW Deals | Search Ads

## CoinDesk

## About

About

## Stay Updated

Events

Masthead                           CoinDesk Studios
Contributors                       Newsletters
Careers                            Follow
Company News

## Get In Touch                    ## The Fine Print

Contact Us                         Ethics Policy
Advertise                          Privacy
Accessibility Help                 Terms Of Use
Sitemap                            Update My Cookie Consent
                                   Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk

English

# EXHIBIT 7

Permissionless II is Coming to Austin this September | Register



# **Blockworks**

9.89 -1.69%   AAVE 56.31 0.80%   COMP 39.55 -0.98%   UNI 4.39 -1.99%   S&P 500 4457.49 0.14%   GOLD 1942.60 0.01%   OIL 87.

HOME  〈  NEWS  〈  MARKETS

## Binance Market Share Only Goes Up After FTX

Despite US regulators gobbling its branded stablecoin, Binance still handles more volume than any other crypto exchange

BY SEBASTIAN SINCLAIR  /  MARCH 9, 2023 03:58 AM



Binance CEO Changpeng Zhao | Blockworks exclusive art by Axel Rangel

SHARE

Binance makes up more of the crypto derivatives market than ever, thanks to a four-month hot streak following the collapse of rival FTX.

Binance was responsible for 61.8% of global spot trade last month, up 2.4%, after it recorded $540 billion in total volume, according to a report by CryptoCompare.

Spot volumes for Coinbase, Bitfinex and Bitstamp all saw a monthly decline in February.

Binance also topped derivatives volumes with 63% — its highest market share on record. The exchange clocked $1.32 trillion in derivatives volumes in February, up more than 5% on January's figures, and now far ahead of Bybit and OKX.

All while Binance suffers what could be the beginning of the end for its branded stablecoin BUSD. The SEC issued its issuer Paxos a Wells Notice last month, effectively flagging intent to sue over potential securities law violations.

New York-headquartered Paxos quickly announced it would stop minting new tokens. Customers have since redeemed billions in BUSD for cash.

Still, BUSD remains the second-most used stablecoin or fiat pair across centralized exchanges, with 23.1%, per CryptoCompare. Tether's USDT is far ahead with 72%.



Derivatives volumes are still mostly green (which means Binance) | source

"USDT proved to be the largest winner [of the Paxos situation] as its BTC trading volumes in February rose 6.66% to 11.2 million BTC month-on-month," CryptoCompare said.

Both BUSD and USDC, on the other hand, saw declines in their BTC trading volumes.

Spot markets overall have witnessed an increase in trading activity in recent months, spurred by comparatively cheap crypto prices. More favorable macro conditions have also helped, CryptoCompare said, especially compared to this time last year.

In February, total spot trading volumes increased 10% to $946 billion, the second consecutive month of rising volumes. But they remain at "historically low levels."

---

**Get the day's top crypto news and insights delivered to your email every evening. Subscribe to Blockworks' free newsletter now.**

**Want alpha sent directly to your inbox? Get degen trade ideas, governance updates, token performance, can't-miss tweets and more from Blockworks Research's Daily Debrief.**

**Can't wait? Get our news the fastest way possible. Join us on Telegram and follow us on Google News.**

TAGS

---

NEWSLETTER

## Blockworks Daily

| Email address | SUBSCRIBE |

---

**UPCOMING EVENTS**

# Permissionless II Hackathon

▢ SAT - SUN, SEPT. 9 - 10, 2023

Blockworks and Bankless are excited to announce the first annual Permissionless II Hackathon, which will take place September 9-10th in Austin TX. We've partnered with the experts at buidlbox to ensure participants are getting maximum value from their experience. We've designed [...]

JOIN US IN AUSTIN, TEXAS →

---

# Digital Asset Summit 2024 | Washington, D.C.

▢ MON - WED, MARCH 18 - 20, 2024

Digital Asset Summit (DAS) is returning March 2024. This year's event will be held in our nation's capital, where industry leaders, policymakers, and institutional experts will come together to discuss the latest developments and challenges in the ever-evolving world of cryptocurrency. [...]

JOIN US IN WASHINGTON, D.C. →   BUY TICKETS →

---

# Permissionless II

▢ MON - WED, SEPT. 11 - 13, 2023

Permissionless II is the world's largest DeFi event. Join 7000+ crypto enthusiasts and builders September 11-13th at the Austin Convention Center in Austin, TX. This 3 day experience is filled with keynotes from Web3 leaders and thoughtfully curated panels, networking events, [...]

JOIN US IN AUSTIN, TEXAS →

---

**RECENT RESEARCH**



RESEARCH

## THORFi Lending: Cross-chain Liquidation Free Borrowing

THORFi lending is a zero-interest, no liquidation, no expiration cross-chain lending market that has the potential to create a large supply sink for the RUNE token.

BY **MATTHEW FIEBACH** / 4 DAYS AGO

---

**NEWS**

MORE FROM NEWS →

---

Markets ⌄



FINANCE

## Why Visa's new stablecoin efforts could be a game-changer

"Just a single stablecoin payment at the top of the stack can lead to a compounding set of them further down," industry CEO says

BY BEN STRACK / SEPTEMBER 6, 2023



BUSINESS

## Traders fret as FTX liquidations loom

Armchair analysts have long criticized FTX for inefficiently managing the company's remaining assets

BY ANDREW THURMAN / SEPTEMBER 6, 2023



DEFI

## With mainnet launch, Namada makes a bid for multichain privacy

The protocol introduces "shielded swaps" — a way to transact without revealing private information

BY BESSIE LIU / SEPTEMBER 6, 2023



OP-ED

## Bitcoin remains tied to the US economy, and that needs to change

Bitcoin emerged as a counter to the 2008 financial crisis, but it somehow remains intertwined with the world's strongest economy

BY DANNY OYEKAN / SEPTEMBER 6, 2023



DEFI

## Catalyst smart contracts bridge gaps between layer-2 'islands,' says co-founder



DEFI

## Gitcoin's co-founder wants to return from the sidelines

Catalyst facilitates an "inter-island economy" via smart contract deployments

BY DARREN KLEINE / SEPTEMBER 6, 2023

"I'm not returning as some sort of benevolent dictator," Kevin Owocki told Blockworks

BY BESSIE LIU / SEPTEMBER 6, 2023

NEWSLETTER

# Blockworks Daily Newsletter

Get the daily newsletter that helps thousands of investors understand the markets.

Email address

SUBSCRIBE

BLOCKWORKS RESEARCH

# Unlock crypto's most powerful research platform.

Our research packs a punch and gives you actionable takeaways for each topic.

SUBSCRIBE → GET IN TOUCH →

## SECTIONS

NEWS

PODCASTS

NEWSLETTER

EVENTS

WEBINARS

RESEARCH

SITEMAP

## COMPANY

ABOUT

ADVERTISE

CAREERS

TRUST & ETHICS

PRIVACY POLICY

CONTACT US



© BLOCKWORKS INC.

133 W 19TH ST., NEW YORK, NY 10011

     

# EXHIBIT 8



**Cryptocurrencies**

⏱ This article is more than **8 months old**

# Binance boss says no one can be protected from a 'bad player'

**Changpeng Zhao announces plans for an industry 'recovery fund'
for struggling crypto firms**

**Dan Milmo** *Global technology editor*

Mon 14 Nov 2022 06.09 EST

The head of the world's largest cryptocurrency exchange has said after the collapse of rival FTX that no one can be protected from a "bad player" and announced plans for an industry "recovery fund" for struggling crypto firms.

Changpeng Zhao, the founder and chief executive of Binance, said it was not "100%" the responsibility of watchdogs to protect consumers and the crypto sector had to play its own part. However, he said preventing a rogue figure from evading regulators was difficult.

"No one can protect [from] a bad player, to be very frank, if a guy is very good at lying, and very good at just pretending to be what he's not. [If] somebody wants to violate the law, the law is not going to prevent that. The law can help to reduce that," Zhao said, speaking on Monday at the B20 business summit in Bali.

Zhao did not refer to the founder of FTX, Sam Bankman-Fried, in his comments but was responding to a question about regulation after the FTX collapse.

The FTX group, a top five cryptocurrency exchange before its implosion, filed for bankruptcy protection in the US on Friday. The Financial Times reported at the weekend that FTX had $9bn (£7.65bn) of liabilities and $900m in liquid assets – those it could easily sell – when it collapsed.

Zhao also announced on Monday plans for an "industry recovery fund" to help crypto firms that are illiquid, or struggling to sell assets in a volatile market.

"To reduce further cascading negative effects of FTX, Binance is forming an industry recovery fund, to help projects who are otherwise strong, but in a liquidity crisis," he wrote.

Case 1:23-cr-00265-SHS Document 49-13 Filed 01/04/23 Page 97 of 142



Before its collapse, FTX had performed a lender-of-last-resort role for crypto firms that were struggling after a marked decline in the digital asset market since November last year – a period over which the collective value of crypto assets fell from $3tn to less than $1tn.

Hours before FTX collapsed last Friday, BlockFi, a crypto lender, said it was pausing customer withdrawals due to the FTX situation. FTX had bailed out BlockFi in June with a $250m loan, a week after Bankman-Fried's company had loaned almost $500m to the struggling crypto broker Voyager Digital.

Speaking in Bali, Zhao repeated calls for crypto regulation. Bankman-Fried had been lobbying on the issue in Washington before FTX's collapse, in a source of apparent tension with Zhao.

"We're in a new industry, we've seen in the past week, things go crazy in the industry," Zhao said. "We do need some regulations, we do need to do this properly, we do need to do this in a stable way."

Cryptocurrency exchanges help people buy and sell crypto assets. Cryptocurrencies are based on the same basic structure as their star asset, bitcoin: a publicly available "blockchain" that records ownership without having any central authority in control, a structure that has led to warnings from regulators and central bankers that consumer investments in such assets are highly vulnerable.



Zhao added in his B20 appearance that he was planning to form a new industry association to form common standards for the sector. The crypto industry already has a number of associations including the Blockchain Association in the US.

"One of the things we will do very soon … we will try to collect the other industry players together [and] form an industry association globally, try to deal with some of the common standards in business etc. So as industry players we have a responsibility as well," Zhao said.

On Monday, the chief executive of the Singapore-based crypto exchange Crypto.com said his firm would prove wrong all those who said the platform was in trouble, adding that it had a robust balance sheet and took no risks.

Kris Marszalek took questions during a livestreamed YouTube address, and also said the platform always maintained reserves to match every coin that customers held on its platform.

"We will just continue with our business as usual and we will prove all the naysayers and there is [sic] many of these right now on Twitter over the last couple of days," Marszalek said.

"We will prove them all wrong with our actions. We will continue operating as we have always operated. We will continue being the safe and secure place where everybody can access crypto."

The ask-me-anything session followed multiple tweets at the weekend from investors questioning a transfer of $400m-worth of ether tokens from crypto.com to another exchange called Gate.io on 21 October. Marszalek said the transfer was an error and the ether tokens had been returned to the exchange.

---

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics - one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| Single | **Monthly** | Annual |
|---|---|---|
| $5 per month | $7 per month | Other |

**Continue →**    Remind me in September

## More on this story





**New cryptocurrency offers users tokens for scanning their eyeballs**

🕐 11h ago



**Binance to quit the Netherlands and faces investigation in France**

🕐 16 Jun 2023



**Top US tech investor to open office in UK citing crypto-friendly approach**

🕐 12 Jun 2023



**US targets Binance and Coinbase – is the government ready to regulate crypto?**

🕐 9 Jun 2023



**Binance.US pr... suspend US d... and withdraw... exchange**

🕐 8 Jun 2023

## Most viewed

7/25/23, 5:55 PM
Binance boss Changpeng Zhao overtakes Mark Zuckerberg as Crypto crash hits the Guardian
Case 1:23-cv-01346-JSR Document 49-4 Filed 11/02/23 Page 101 of 142

Case 1:23-cv-01599-ABJ Document 1-43 Filed 11/02/23 Page 102 of 142

Case 1:23-cv-01075 Document 34-1 Filed 01/03/23 Page 103 of 142

# EXHIBIT 9

Mining Week: Texas as a Bitcoin Mining Mecca <u>Read Now</u> 

**Finance**

# Binance to Sell Rest of FTX Token Holdings as Alameda CEO Defends Firm's Financial Condition

Alameda's CEO offered to buy Binance's FTT token holdings for $22 apiece.

**By Tracy Wang, Oliver Knight**

Nov 6, 2022 at 8:55 a.m. PST

Updated May 8, 2023 at 9:01 p.m. PDT





Binance's CEO, responding to a CoinDesk scoop about trading firm Alameda Research's balance sheet, tweeted Sunday that he will sell the remaining FTT tokens held on his books that he took on as part of his exit from Alameda sister company FTX last year.

Binance CEO Changpeng Zhao did not say how much FTT his firm will sell, but that as part of the cryptocurrency exchange's exit from FTX equity last year, Binance received roughly $2.1 billion worth in the form of BUSD (Binance's stablecoin) and FTT.

> As part of Binance's exit from FTX equity last year, Binance received roughly $2.1 billion USD equivalent in cash (BUSD and FTT). Due to recent revelations that have came to light, we have decided to liquidate any remaining FTT on our books. 1/4
> — CZ 🔶 Binance (@cz_binance) November 6, 2022

Alameda's CEO, meanwhile, tweeted that her trading firm's financial condition is stronger than what was reflected by the balance sheet CoinDesk wrote about. She also offered, in a reply to the Binance CEO's post, to buy his firm's FTT token holdings for $22 each.

> @cz_binance if you're looking to minimize the market impact on your FTT sales, Alameda will happily buy it all from you today at $22!
> — Caroline (@carolinecapital) November 6, 2022

Speculation over the FTT token led to extreme price volatility amid the back-and-forth Twitter exchange.

*Read more:* *Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet*

In his initial tweet, Zhao said Binance's sale would be executed in a way that "minimizes market impact" and could take "a few months to complete."

Blockchain explorer Etherscan showed an address moving 23 million FTT (worth approximately $530 million) to a Binance exchange wallet Saturday afternoon.

> 🐳 ⚠️ Transfer $583M worth of $FTX Token from 0x04b4 to 0x28c6 on Ethereum 🔹https://t.co/zwjwAFxdlu — DeFi Sniper (@DefiSniper) November 5, 2022

The price of FTT declined 14% over a 24-hour period to $22.02, its lowest price since June, according to CoinMarketCap. As of press time, the price of FTT rebounded to $23.03.

Zhao's announcement comes after rumors swirled about the financial health of Sam Bankman-Fried's trading firm Alameda Research after a leaked balance sheet reviewed by CoinDesk revealed the trading firm owned $5.8 billion of FTT tokens (including FTT tokens pledged as collateral) as of June 30. Alameda was revealed to have $14.6 billion in assets and $8 billion in liabilities, including $7.4 billion in unidentified loans.

On Saturday, Alameda Research CEO Caroline Ellison responded to the rumors by tweeting that Alameda had over $10 billion of assets "not reflected" on the leaked balance sheet. Ellison added that Alameda had undisclosed hedges in place and had already returned a bulk of their outstanding loans.

Zhao added that the sale of Binance's FTT holdings was not to be interpreted as a slight against a competitor exchange.

"We typically hold tokens for the long term. And we have held on to this token for this long," he tweeted. "We stay transparent with our actions."

*UPDATE (Nov. 6, 17:17 UTC):* Adds additional context in body, details from Etherscan.

*UPDATE (Nov. 6, 18:10 UTC):* Updates FTT price.

*STORY CONTINUES BELOW*

---

**Recommended for you:**

- Bitcoin Breaks Below Key Technical Indicator, but Appears Poised to Continue Its Flat Trajectory
- How the Top 1% Covers Crypto
- Musk's Milady Meme, Opening Up Ordinals

---

Newsletter → | Every Thursday

**Crypto for Advisors**

Sign up for Crypto for Advisors, our weekly newsletter defining crypto, digital assets and the future of finance.

Enter your Email                    Sign Up

*By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.*

**DISCLOSURE**

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



**Tracy Wang**

Tracy is a deputy managing editor at CoinDesk. She owns BTC, ETH, MINA, ENS and some NFTs.

Follow @0x_tracy on Twitter



**Oliver Knight**

Oliver Knight is a CoinDesk reporter based between London and Lisbon. He does not own any crypto.

Follow @OKnightCrypto on Twitter

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

**Read more about**

( FTX )  ( Binance )  ( Sam Bankman-Fried )  ( Changpeng "CZ" Zhao )  ( FTT )

## For You

Recommended by Outbrain |▷



**This AI stock will revolutionize the food...**

Financial Star News



**The Most Pleasing Game of 2023**

BuzzDaily Winners



**California Will Cover Cost to Install Solar...**

EasySolar



**Elon Musk says Twitter to change logo, 'adieu...**

Nikkei Asia



## About

About

Masthead

Contributors

Careers

Company News

## Get In Touch

Contact Us

Advertise

Accessibility Help

Sitemap

## Stay Updated

Consensus

CoinDesk Studios

Newsletters

Follow

## The Fine Print

Ethics Policy

Privacy

Terms Of Use

Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk

English

   

  

Binance Sells Holdings of FTX Token as Alameda CEO Defends Firm's Financial Condition

# EXHIBIT 10



**Cryptocurrencies**

<span style="background-color:darkred;color:white">**Analysis**</span>

# How Binance played a key role as FTX collapse unfolded

*Dan Milmo*

*Global technology editor*

**Cryptocurrency exchange run by Changpeng Zhao pulled out of deal to rescue its rival**

- **Crypto exchange FTX files for bankruptcy protection in US**
- **What happened to FTX and could the crisis harm the rest of crypto?**

Fri 11 Nov 2022 12.28 EST

One of the world's largest cryptocurrency exchanges, FTX, has collapsed, with what is reported to be an $8bn (£6.8bn) black hole on its balance sheet. Of its 1 million users, many are now unable withdraw their funds. On Friday, the FTX group, run from offices in America but headquartered in the Bahamas, filed for bankruptcy protection in the US.

FTX's rival, Binance, has played a key role in the saga. Here is a step by step account of how the disaster unfolded.

## The protagonists

Known by the monikers SBF and CZ, Sam Bankman-Fried and Changpeng Zhao could be seen as two sides of the same crypto coin. In a few short years, they built two of the largest digital currency exchanges: FTX and the biggest, Binance. As former business partners and major players in a multibillion-dollar industry, their highs, and lows, are intertwined. But their backgrounds are very different.

Bankman-Fried, 30, is the son of Stanford University professors and a graduate of Massachusetts Institute of Technology. He made multimillion-dollar political donations, appearing on Capitol Hill in a regulatory lobbying drive, rubbing shoulders with the likes of Bill Clinton and Tony Blair at FTX conferences, and paying for his company's name to adorn Miami Heat's basketball arena in Florida. His fortune, worth about $16bn at the start of the week, has now evaporated.

Zhao, 45, was born in the coastal province of Jiangsu, north of Shanghai, and followed his academic father to Canada when he was 12. Zhao is now a Canadian citizen. After graduating from Montreal's McGill University with a degree in computer science he worked on programming systems for the Tokyo Stock Exchange and Bloomberg, before launching Binance in 2017. His fortune has taken a hit too, falling by $79bn this year to a still-huge $16.4bn, according to Bloomberg. It will probably remain under pressure as Bankman-Fried's woes play out.

## Wednesday 2 November

Zhao was in Lisbon last week when the fuse was lit on the FTX crisis. The Binance chief executive was a headline speaker at the annual Web Summit – a gathering of the great and good of the tech world – and as usual he was defending the long-term future of digital assets.

"I think volatility is always going to be there. It's a trading market. It's just like a stock market. If stock markets don't have volatility, who will invest?" he told the Guardian.

It turns out a renewed bout of volatility was imminent.

As Zhao spoke, the crypto news service CoinDesk published claims about the balance sheet of Alameda Research, a crypto hedge fund owned by the FTX founder, Sam Bankman-Fried. Alameda held billions of dollars worth of FTX's own cryptocurrency,

FTT, and had been using it as collateral in further loans. This meant a fall in FTT's value would hurt both firms, given their shared ownership.

## Friday 4 November

Following the CoinDesk report, a pseudonymous crypto researcher, Dirty Bubble Media, published further claims about Alameda on Substack, the newsletter platform. Its newsletter asked if the company was insolvent. Referring to the holding of a chunk of assets in FTT, it added: "It's almost as if SBF [Sam Bankman-Fried] found a way to hack the financial system, printing billions of dollars out of thin air against which he was able to borrow massive sums from unknown counterparties."

## Sunday 6 November

Zhao set off alarm bells among investors when he tweeted "due to recent revelations that have come to light" Binance would "liquidate" its holding of FTT tokens. Its position was thought to be around 5% of the total, worth around $580m before the currency crashed.

In 2019, Binance had invested as a shareholder in FTX. It exited that shareholding last year and received $2.1b in Binance's own stablecoin (BUSD) and in FTT tokens as part of the deal.



As the consequences of the move rippled through the crypto industry, Zhao tweeted "We are not against anyone'". But in the same post he added: "But we won't support people who lobby against other industry players behind their backs." A source close to Binance said there was no ill-intent towards FTX in the FTT sale.

This lobbying aside appeared to be a reference to Bankman-Fried, who had spent millions of dollars funding US Democrat politicians and lobbying for closer regulation of crypto trading in Washington.



 Sam Bankman-Fried made multimillion-dollar political donations. Photograph: Saul Loeb/AFP/Getty Images

## Monday 7 November

Bankman-Fried reacted to the weekend turmoil on Monday with his own series of tweets, alleging: "A competitor is trying to go after us with false rumours." He added: "FTX is fine. Assets are fine."

He didn't identify who he was referring to. But he then tagged Zhao, who has committed $500m of Binance's money to helping Elon Musk buy Twitter, with a tweet in which he said: "I'd love it, @cz_binance, if we could work together for the ecosystem."

## Sign up to **Business Today**

📧 **Free daily newsletter**

Get set for the working day – we'll point you to all the business news and analysis you need every morning

**Enter your email address**

[                                    ]          **Sign up**

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

## Tuesday 8 November

In an apparent cessation of hostilities, Zhao announced that Binance would buy FTX and rescue it.

"This afternoon, FTX asked for our help," tweeted Zhao. "There is a significant liquidity crunch. To protect users, we signed a non-binding [letter of intent], intending to fully acquire FTX.com."

Bankman-Fried confirmed the deal on Twitter: "Things have come full circle, and FTX.com's first, and last, investors are the same: we have come to an agreement on a strategic transaction with Binance for FTX.com (pending DD etc)."

The DD – or due diligence – was going to be the most consequential phrase in that tweet.

## Wednesday 9 November

As rumours grew of a hole in FTX's balance sheet, Zhao suddenly pulled the plug and tipped Bankman-Fried's enterprise into full-blown crisis. Having looked under the bonnet, Binance said it could no longer push ahead with the deal.

"In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help," Binance said in a statement.

Zhao tweeted that it was a "sad day".



## Thursday 10 November

As FTX scrambled for a new white knight, Bankman-Fried returned to Twitter to state that he had "fucked up, and should have done better". FTX's future was now in serious doubt.

## Friday 11 November

FTX filed for Chapter 11 bankruptcy protection in the US, in a move that included its US platform and Alameda. Bankman-Fried was replaced as chief executive by John Ray III, a turnaround and restructuring lawyer who worked on the liquidation of the collapsed energy giant Enron. Hours before the collapse was confirmed, Zhao warned the crypto market faced a 2008-style crisis with more failures to come. He told a conference in Indonesia that the global financial crisis was "probably an accurate analogy" to this week's events, the Financial Times reported.

For his part, Bankman-Fried tried to stay positive. Announcing the bankruptcy on Twitter, he apologised again, saying: "Hopefully things can find a way to recover. Hopefully this can bring some amount of transparency, trust, and governance".

---

I hope you appreciated this article. Before you move on, I wondered if you would consider taking the step of supporting the Guardian's journalism.

With this year's session coming to an end, the supreme court's approval ratings are at record lows and its legitimacy is in crisis.

That should come as no surprise: a far-right movement has helped seat justices who have redefined public life through precedent-shattering decisions that most Americans do not support. In addition to taking away the right to abortion from half the country and ending affirmative action, the supreme court has enabled a deluge of money into politics, the proliferation of guns in public spaces, the gutting of environmental protections and more.

As recent revelations have made clear, some supreme court justices do not follow basic ethical standards, and an absence of limits on their power means they can operate, in many ways, above the law.

That makes the job of journalists all the more important. At the Guardian, our reporting is produced to serve the public interest; we have no billionaire owner or shareholders to consider. And our unique, reader-supported model means that readers around the world can access the Guardian's paywall-free journalism – whether they can afford to pay for news, or not.

**Help us hold power to account by supporting the Guardian's journalism today. If you can, please consider supporting us just once from $1, or better yet, support us**



## Most viewed

6/30/23, 7:06 PM    Binance chief accused of causing FTX crash as crypto reels | Cryptocurrencies | The Guardian

6/30/23, 7:06 PM
Case 1:23-cv-01346-JSR Document 49-15 Filed 07/06/23 Page 122 of 142
Binance boss to buy rival FTX in shock crypto deal | Cryptocurrencies | The Guardian

# EXHIBIT 11

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **BUSD-U...** Binance USD USD | 1.0002 | -0.0004 | -0.04% |
| **NEAR-U...** NEAR Protocol USD | 1.1047 | -0.0239 | -2.11% |
| **DAI-USD** Dai USD | 0.9997 | 0.0000 | 0.0000% |
| **ATOM-...** Cosmos USD | 7.05 | -0.03 | ... |
| **USD...** USDCoin USD | 1.0001 | -0.0003 | -0.03% |

## FTX Token USD (FTT-USD)

CoinMarketCap • Currency in USD

☆ Follow

👥 Visitors trend 2W ↓ 10W ↑ 9M ↑

Quote Lookup 🔍

**1.0456** +0.0089 (+0.1822%)

As of 04:53PM UTC. Market open.

... Historical Data   Profile



Show: **Historical Prices** ⌄

Apply

⬇ Download

| | | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|
| | | 1.0404 | 1.0456 | 1.0456 | 4,456,614 |
| | | 1.0364 | 1.0477 | 1.0477 | 4,291,733 |
| | | 1.0303 | 1.0459 | 1.0459 | 5,065,318 |
| Sep 14, 2023 | 1.0543 | 1.0743 | 1.0373 | 1.0484 | 1.0484 | 9,110,750 |
| Sep 13, 2023 | 1.0373 | 1.1808 | 1.0316 | 1.0543 | 1.0543 | 19,558,540 |
| Sep 12, 2023 | 0.9979 | 1.0615 | 0.9889 | 1.0373 | 1.0373 | 11,663,717 |
| Sep 11, 2023 | 1.0559 | 1.0706 | 0.9659 | 0.9979 | 0.9979 | 14,689,796 |
| Sep 10, 2023 | 1.1760 | 1.1766 | 1.0475 | 1.0564 | 1.0564 | 9,975,544 |
| Sep 09, 2023 | 1.0528 | 1.2032 | 1.0508 | 1.1748 | 1.1748 | 20,264,495 |
| Sep 08, 2023 | 1.0470 | 1.0614 | 1.0359 | 1.0529 | 1.0529 | 5,298,266 |
| Sep 07, 2023 | 1.0457 | 1.0608 | 1.0358 | 1.0469 | 1.0469 | 4,932,523 |
| Sep 06, 2023 | 1.0387 | 1.0619 | 1.0322 | 1.0456 | 1.0456 | 5,246,630 |
| Sep 05, 2023 | 1.0651 | 1.0675 | 1.0350 | 1.0386 | 1.0386 | 5,588,787 |
| Sep 04, 2023 | 1.0647 | 1.0860 | 1.0374 | 1.0648 | 1.0648 | 9,168,375 |
| Sep 03, 2023 | 1.0342 | 1.0722 | 1.0228 | 1.0648 | 1.0648 | 6,950,012 |
| Sep 02, 2023 | 1.0086 | 1.0539 | 1.0066 | 1.0344 | 1.0344 | 7,834,071 |
| Sep 01, 2023 | 1.0149 | 1.0233 | 1.0009 | 1.0085 | 1.0085 | 6,647,481 |
| Aug 31, 2023 | ... | 1.0417 | 1.0053 | 1.0150 | 1.0150 | 6,454,987 |
| Aug 30, 2023 | ... | 1.0457 | 1.0631 | 1.0278 | 1.0335 | 1.0335 | 6,851,737 |

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Your Privacy Choices ✓Ⓧ
CA Privacy Notice
About Our Ads   Sitemap
🐦 f in
© 2023 Yahoo. All rights reserved.

**yahoo!**finance
## NEW: EXPERIENCE OUR BEST CHARTS YET.
Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners   ···

**People Also Watch**

| Date Symbol | Last Price | Open Change | High % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|
| **BUSD-U...** Aug 28, 2023 Binance USD USD | 1.0002 | 1.0149 -0.0004 | 1.0352 -0.04% | 1.0074 | 1.0176 | 1.0176 | 5,818,104 |
| **NEAR-U...** Aug 27, 2023 NEAR Protocol USD | 1.1047 | 1.0415 -0.0239 | 1.0611 -2.11% | 1.0305 | 1.0350 | 1.0350 | 7,007,831 |
| **DAI-USD** Aug 26, 2023 Dai USD | 0.9997 | 1.0125 -0.0006 | 1.0726 -0.0606% | 1.0027 | 1.0413 | 1.0413 | 8,253,434 |
| **ATOM-...** Aug 25, 2023 Cos... | 7.05 | 1.0518 -0.03 | 1.0518 -0.40% | 0.9659 | 1.0125 | 1.0125 | 9,934,429 |
| **USDC-U...** Aug 24, 2023 USD Coin USD | 1.0001 | 1.0936 -0.0003 | 1.0936 -0.0346% | 1.0310 | 1.0522 | 1.0522 | 9,084,982 |
| Aug 23, 2023 | | 1.0878 | 1.1179 | 1.0692 | 1.0938 | 1.0938 | 11,488,737 |
| Aug 22, 2023 | | 1.0470 | 1.1060 | 1.0339 | 1.0883 | 1.0883 | 12,836,117 |
| Aug 21, 2023 | | 1.0725 | 1.0772 | 1.0249 | 1.0470 | 1.0470 | 9,904,512 |
| Aug 20, 2023 | | 1.0969 | 1.0978 | 1.0477 | 1.0726 | 1.0726 | 9,629,080 |
| Aug 19, 2023 | | 0.9647 | 1.1513 | 0.9577 | 1.0969 | 1.0969 | 23,561,682 |
| Aug 18, 2023 | | 0.9237 | 0.9689 | 0.9122 | 0.9646 | 0.9646 | 11,770,544 |
| Aug 17, 2023 | | 1.0285 | 1.0423 | 0.9074 | 0.9236 | 0.9236 | 12,816,597 |
| Aug 16, 2023 | | 1.0386 | 1.0701 | 1.0219 | 1.0285 | 1.0285 | 8,874,126 |
| Aug 15, 2023 | | 1.1612 | 1.1850 | 1.0384 | 1.0385 | 1.0385 | 18,409,894 |
| | | | | 1.1490 | 1.1611 | 1.1611 | 7,256,614 |
| | | | | 1.1583 | 1.1605 | 1.1605 | 6,665,614 |
| | | | | 1.1466 | 1.1704 | 1.1704 | 8,956,168 |
| | | | | 1.1464 | 1.1507 | 1.1507 | 8,127,298 |
| Aug 10, 2023 | | 1.1880 | 1.1893 | 1.1638 | 1.1750 | 1.1750 | 8,046,196 |
| Aug 09, 2023 | | 1.2096 | 1.2114 | 1.1797 | 1.1880 | 1.1880 | 11,318,574 |
| Aug 08, 2023 | | 1.1500 | 1.2334 | 1.1480 | 1.2103 | 1.2103 | 16,683,404 |
| Aug 07, 2023 | | 1.2396 | 1.2546 | 1.1039 | 1.1505 | 1.1505 | 18,696,745 |
| Aug 06, 2023 | | 1.2340 | 1.2692 | 1.2328 | 1.2396 | 1.2396 | 9,859,581 |
| Aug 05, 2023 | | 1.2630 | 1.2656 | 1.2257 | 1.2338 | 1.2338 | 10,126,399 |
| Aug 04, 2023 | | 1.2527 | 1.3045 | 1.2449 | 1.2630 | 1.2630 | 12,869,528 |
| Aug 03, 2023 | | 1.3362 | 1.3412 | 1.2391 | 1.2526 | 1.2526 | 18,339,558 |
| Aug 02, 2023 | | 1.3849 | 1.3882 | 1.3290 | 1.3363 | 1.3363 | 15,801,973 |
| Aug 01, 2023 | | 1.3456 | 1.6001 | 1.3402 | 1.3852 | 1.3852 | 52,963,995 |
| Jul 31, 2023 | | 1.3699 | 1.3752 | 1.3331 | 1.3457 | 1.3457 | 7,457,031 |
| Jul 30, 2023 | | 1.3904 | 1.3936 | 1.3579 | 1.3699 | 1.3699 | 8,413,043 |
| Jul 29, 2023 | | 1.4286 | 1.4286 | 1.3899 | 1.3901 | 1.3901 | 9,329,702 |
| | | 1.3810 | 1.4293 | 1.3678 | 1.4287 | 1.4287 | 13,118,961 |
| | | | 1.4011 | 1.3492 | 1.3808 | 1.3808 | 12,743,654 |
| Jul 26, 2023 | | 1.3561 | 1.3727 | 1.3341 | 1.3595 | 1.3595 | 11,123,657 |
| | | | | 1.3287 | 1.3559 | 1.3559 | 11,534,331 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices ✔✕
CA Privacy Notice
About Our Ads  Sitemap
🐦 f in
© 2023 Yahoo. All rights reserved.

**yahoo!finance**

**NEW EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus ⓥⓟ   Screeners   ···

**People Also Watch**

| Symbol / Date | Last Price | Open | Change | High | % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|---|---|
| **BUSD-U...** Binance USD USD | 1.0002 | 1.3210 | -0.0004 | 1.3244 | -0.04% | 1.3407 | 1.3471 | 1.3471 | 14,183,292 |
| **NEAR-U...** NEAR Protocol USD | 1.1047 | 1.4604 | -0.0239 | 1.4691 | -2.11% | 1.4049 | 1.4211 | 1.4211 | 12,663,909 |
| **DAI-USD** Dai USD | 0.9997 | 1.4145 | -0.0006 | 1.4888 | -0.0606% | 1.4091 | 1.4603 | 1.4603 | 18,699,897 |
| Jul 21, 2023 | | 1.4176 | | 1.4549 | | 1.3689 | 1.4146 | 1.4146 | 18,493,288 |
| **ATOM-...** Cosmos USD | 7.05 | 1.4534 | -0.03 | 1.5005 | -0.40% | 1.4066 | 1.4177 | 1.4177 | 15,456,371 |
| **USDC-U...** USD Coin USD | 1.0001 | 1.4885 | -0.0003 | 1.5509 | -0.0346% | 1.4519 | 1.4534 | 1.4534 | 17,739,409 |
| Jul 18, 2023 | | 1.5817 | | 1.5872 | | 1.4764 | 1.4883 | 1.4883 | 19,968,489 |
| Jul 17, 2023 | | 1.6423 | | 1.6569 | | 1.5600 | 1.5818 | 1.5818 | 18,440,136 |
| Jul 16, 2023 | | 1.5743 | | 1.7161 | | 1.5737 | 1.6439 | 1.6439 | 26,027,945 |
| Jul 15, 2023 | | 1.5872 | | 1.6478 | | 1.5623 | 1.5744 | 1.5744 | 21,975,739 |
| Jul 14, 2023 | | 1.5588 | | 1.7025 | | 1.5397 | 1.5872 | 1.5872 | 40,734,367 |
| Jul 13, 2023 | | 1.5470 | | 1.6792 | | 1.5052 | 1.5589 | 1.5589 | 49,165,954 |
| Jul 12, 2023 | | 1.6057 | | 1.7498 | | 1.5470 | 1.5470 | 1.5470 | 49,850,496 |
| Jul 11, 2023 | | 1.3847 | | 1.7974 | | 1.3833 | 1.6057 | 1.6057 | 83,288,089 |
| | | | | | | 1.3609 | 1.3845 | 1.3845 | 15,503,045 |
| | | | | | | 1.4454 | 1.4470 | 1.4470 | 11,225,299 |
| | | | | | | 1.4548 | 1.5292 | 1.5292 | 19,213,392 |
| | | | | | | 1.4277 | 1.4605 | 1.4605 | 16,947,802 |
| Jul 06, 2023 | | 1.5419 | | 1.6099 | | 1.4647 | 1.4796 | 1.4796 | 24,188,938 |
| Jul 05, 2023 | | 1.4687 | | 1.6896 | | 1.4564 | 1.5411 | 1.5411 | 64,622,570 |
| Jul 04, 2023 | | 1.5115 | | 1.5531 | | 1.4309 | 1.4687 | 1.4687 | 22,471,182 |
| Jul 03, 2023 | | 1.6651 | | 1.7729 | | 1.4837 | 1.5119 | 1.5119 | 47,595,778 |
| Jul 02, 2023 | | 1.6708 | | 1.7643 | | 1.5324 | 1.6649 | 1.6649 | 52,978,853 |
| Jul 01, 2023 | | 1.9358 | | 1.9358 | | 1.6593 | 1.6709 | 1.6709 | 74,676,388 |
| Jun 30, 2023 | | 2.0685 | | 2.4258 | | 1.8245 | 1.9369 | 1.9369 | 177,907,300 |
| Jun 29, 2023 | | 1.7795 | | 2.1147 | | 1.6533 | 2.0714 | 2.0714 | 144,209,768 |
| Jun 28, 2023 | | 1.3362 | | 1.8120 | | 1.2125 | 1.7864 | 1.7864 | 128,195,028 |
| Jun 27, 2023 | | 1.2553 | | 1.3778 | | 1.2180 | 1.3370 | 1.3370 | 36,266,655 |
| Jun 26, 2023 | | 1.1250 | | 1.4110 | | 1.0594 | 1.2549 | 1.2549 | 56,055,598 |
| Jun 25, 2023 | | 1.0171 | | 1.1796 | | 1.0086 | 1.1245 | 1.1245 | 26,190,023 |
| Jun 24, 2023 | | 1.0976 | | 1.1114 | | 0.9819 | 1.0148 | 1.0148 | 16,766,329 |
| | | 1.0610 | | 1.2323 | | 1.0185 | 1.0973 | 1.0973 | 37,030,274 |
| | | | | | | 0.9507 | 1.0606 | 1.0606 | 26,070,206 |
| Jun 21, 2023 | | 0.9393 | | 0.9778 | | 0.9377 | 0.9656 | 0.9656 | 8,941,941 |
| | | | | | | 0.9129 | 0.9394 | 0.9394 | 6,127,956 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

**NEW: EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

People Also Watch

| Date / Symbol | Last Price | Open | Change | High | % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|---|---|
| Jun 19, 2023 | 1.0002 | 0.8937 | -0.0004 | 0.9561 | -0.04% | 0.8932 | 0.9325 | 0.9325 | 8,638,857 |
| **BUSD-U...** Binance USD USD | | | | | | | | | |
| Jun 18, 2023 | 1.1047 | 0.9159 | -0.0239 | 0.9384 | -2.11% | 0.8875 | 0.8934 | 0.8934 | 5,546,894 |
| **NEAR-U...** NEAR Protocol USD | | | | | | | | | |
| Jun 17, 2023 | 0.9997 | 0.8956 | -0.0006 | 0.9179 | -0.0606% | 0.8811 | 0.9159 | 0.9159 | 5,832,646 |
| **DAI-USD** Dai USD | | | | | | | | | |
| Jun 16, 2023 | 7.05 | 0.9064 | -0.03 | 0.9347 | -0.40% | 0.8812 | 0.8961 | 0.8961 | 8,909,540 |
| **ATOM-...** Cosmos | | | | | | | | | |
| Jun 15, 2023 | 1.0001 | 0.8119 | 0.0003 | 0.9707 | -0.0346% | 0.8076 | 0.9068 | 0.9068 | 20,204,439 |
| **USDC-U...** USD Coin USD | | | | | | | | | |
| Jun 14, 2023 | | 0.8439 | | 0.8739 | | 0.7978 | 0.8117 | 0.8117 | 7,840,902 |
| Jun 13, 2023 | | 0.8182 | | 0.8784 | | 0.8110 | 0.8439 | 0.8439 | 7,085,468 |
| Jun 12, 2023 | | 0.8171 | | 0.8238 | | 0.7872 | 0.8179 | 0.8179 | 5,954,136 |
| Jun 11, 2023 | | 0.8283 | | 0.8327 | | 0.8123 | 0.8170 | 0.8170 | 5,240,282 |
| Jun 10, 2023 | | 0.9442 | | 0.9460 | | 0.7763 | 0.8279 | 0.8279 | 16,047,336 |
| Jun 09, 2023 | | 1.0982 | | 1.1121 | | 0.9155 | 0.9438 | 0.9438 | 22,011,448 |
| Jun 08, 2023 | | 0.9070 | | 1.1778 | | 0.9044 | 1.0984 | 1.0984 | 50,777,083 |
| Jun 07, 2023 | | 0.8930 | | 0.9266 | | 0.8658 | 0.9072 | 0.9072 | 11,587,951 |
| Jun 06, 2023 | | 0.8706 | | 0.9116 | | 0.8437 | 0.8931 | 0.8931 | 7,644,940 |
| | | | | | | 0.8476 | 0.8710 | 0.8710 | 11,570,681 |
| | | | | | | 0.9306 | 0.9701 | 0.9701 | 13,525,776 |
| | | | | | | 0.9350 | 0.9357 | 0.9357 | 4,188,409 |
| | | | | | | 0.9345 | 0.9740 | 0.9740 | 6,168,767 |
| Jun 01, 2023 | | 0.9542 | | 0.9575 | | 0.9298 | 0.9354 | 0.9354 | 6,332,228 |
| May 31, 2023 | | 0.9682 | | 0.9865 | | 0.9386 | 0.9540 | 0.9540 | 10,493,149 |
| May 30, 2023 | | 1.0059 | | 1.0118 | | 0.9637 | 0.9683 | 0.9683 | 6,935,976 |
| May 29, 2023 | | 1.0273 | | 1.0410 | | 0.9973 | 1.0058 | 1.0058 | 5,913,373 |
| May 28, 2023 | | 1.0146 | | 1.0350 | | 1.0087 | 1.0272 | 1.0272 | 6,158,244 |
| May 27, 2023 | | 1.0151 | | 1.0203 | | 0.9995 | 1.0146 | 1.0146 | 4,732,958 |
| May 26, 2023 | | 1.0237 | | 1.0237 | | 0.9929 | 1.0148 | 1.0148 | 6,268,502 |
| May 25, 2023 | | 1.0110 | | 1.0399 | | 0.9921 | 1.0236 | 1.0236 | 7,218,938 |
| May 24, 2023 | | 1.0885 | | 1.0912 | | 0.9878 | 1.0111 | 1.0111 | 9,576,431 |
| May 23, 2023 | | 1.0761 | | 1.1600 | | 1.0668 | 1.0891 | 1.0891 | 21,102,856 |
| May 22, 2023 | | 1.0080 | | 1.1911 | | 0.9693 | 1.0737 | 1.0737 | 14,189,459 |
| May 21, 2023 | | 1.0338 | | 1.0586 | | 0.9899 | 1.0081 | 1.0081 | 5,887,107 |
| May 20, 2023 | | 1.0787 | | 1.0792 | | 0.9618 | 1.0339 | 1.0339 | 11,457,112 |
| | | 1.1035 | | 1.1038 | | 1.0687 | 1.0782 | 1.0782 | 5,110,773 |
| | | | | | | 1.0897 | 1.1034 | 1.1034 | 7,818,974 |
| May 17, 2023 | | 1.0832 | | 1.2097 | | 1.0704 | 1.1572 | 1.1572 | 15,042,992 |
| | | | | | | 1.0490 | 1.0833 | 1.0833 | 5,576,314 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices ✓✗
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

yahoo!finance

**NEW: EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

Finance Home  Watchlists  My Portfolio  Markets  News  Videos  Yahoo Finance Plus  Screeners  ···

**People Also Watch**

| Symbol | Date | Last Price | Open | Change | High | % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| **BUSD-U...** Binance USD USD | May 15, 2023 | 1.0002 | 1.0936 | -0.0004 | 1.1332 | -0.04% | 1.0870 | 1.0943 | 1.0943 | 5,605,271 |
| **NEAR-U...** NEAR Protocol USD | May 14, 2023 | 1.1047 | 1.0807 | -0.0239 | 1.1211 | -2.11% | 1.0730 | 1.0938 | 1.0938 | 5,471,905 |
| **DAI-USD** Dai USD | May 13, 2023 | 0.9997 | 1.0996 | -0.0006 | 1.1301 | -0.0606% | 1.0737 | 1.0809 | 1.0809 | 5,307,139 |
| **ATOM-...** Cosmos USD | May 12, 2023 | 7.05 | 1.1170 | -0.03 | 1.1224 | -0.40% | 1.0315 | 1.1003 | 1.1003 | 8,938,216 |
| **USDC-U...** USD Coin USD | May 11, 2023 | 1.0001 | 1.1697 | -0.0003 | 1.2332 | -0.0346% | 1.0952 | 1.1172 | 1.1172 | 10,673,143 |
| | May 10, 2023 | | 1.2936 | | 1.3345 | | 1.1231 | 1.1696 | 1.1696 | 14,447,057 |
| | May 09, 2023 | | 1.2642 | | 1.3491 | | 1.2161 | 1.2932 | 1.2932 | 8,085,478 |
| | May 08, 2023 | | 1.3338 | | 1.3437 | | 1.2110 | 1.2641 | 1.2641 | 12,866,781 |
| | May 07, 2023 | | 1.3637 | | 1.3921 | | 1.3346 | 1.3355 | 1.3355 | 5,919,470 |
| | May 06, 2023 | | 1.4488 | | 1.4552 | | 1.3512 | 1.3638 | 1.3638 | 8,815,243 |
| | May 05, 2023 | | 1.4817 | | 1.4893 | | 1.4120 | 1.4488 | 1.4488 | 10,972,477 |
| | May 04, 2023 | | 1.4588 | | 1.5964 | | 1.4422 | 1.4862 | 1.4862 | 22,162,396 |
| | May 03, 2023 | | 1.4250 | | 1.5815 | | 1.3169 | 1.4589 | 1.4589 | 23,488,764 |
| | May 02, 2023 | | 1.4236 | | 1.4646 | | 1.4154 | 1.4249 | 1.4249 | 8,498,621 |
| | | | | | | | 1.4099 | 1.4272 | 1.4272 | 13,127,367 |
| | | | | | | | 1.5201 | 1.5201 | 1.5201 | 21,633,392 |
| | | | | | | | 1.4989 | 1.5429 | 1.5429 | 11,939,609 |
| | | | | | | | 1.4877 | 1.5187 | 1.5187 | 13,085,706 |
| | Apr 27, 2023 | | 1.5618 | | 1.6024 | | 1.5117 | 1.5374 | 1.5374 | 15,858,781 |
| | Apr 26, 2023 | | 1.6266 | | 1.7012 | | 1.5255 | 1.5617 | 1.5617 | 18,412,280 |
| | Apr 25, 2023 | | 1.6352 | | 1.6709 | | 1.5595 | 1.6273 | 1.6273 | 17,241,372 |
| | Apr 24, 2023 | | 1.6279 | | 1.6933 | | 1.5795 | 1.6352 | 1.6352 | 15,599,533 |
| | Apr 23, 2023 | | 1.7598 | | 1.7601 | | 1.6031 | 1.6284 | 1.6284 | 10,710,067 |
| | Apr 22, 2023 | | 1.6786 | | 1.7601 | | 1.6601 | 1.7601 | 1.7601 | 12,961,819 |
| | Apr 21, 2023 | | 1.8204 | | 1.9233 | | 1.6712 | 1.6782 | 1.6782 | 28,266,329 |
| | Apr 20, 2023 | | 1.9238 | | 1.9858 | | 1.7657 | 1.8203 | 1.8203 | 22,670,107 |
| | Apr 19, 2023 | | 2.1548 | | 2.2125 | | 1.9111 | 1.9244 | 1.9244 | 60,213,003 |
| | Apr 18, 2023 | | 1.7889 | | 2.2800 | | 1.7722 | 2.1553 | 2.1553 | 90,843,854 |
| | Apr 17, 2023 | | 1.9550 | | 1.9550 | | 1.7589 | 1.7884 | 1.7884 | 23,839,744 |
| | Apr 16, 2023 | | 2.0104 | | 2.0194 | | 1.8920 | 1.9543 | 1.9543 | 24,605,958 |
| | Apr 15, 2023 | | 2.0635 | | 2.1843 | | 1.9883 | 2.0107 | 2.0107 | 42,235,928 |
| | | | 2.0608 | | 2.1734 | | 1.9066 | 2.0651 | 2.0651 | 100,791,796 |
| | | | | | | | 1.9955 | 2.0611 | 2.0611 | 213,131,572 |
| | Apr 12, 2023 | | 1.3823 | | 2.7384 | | 1.3052 | 2.4442 | 2.4442 | 390,009,258 |
| | | | | | | | 1.2650 | 1.3824 | 1.3824 | 19,827,681 |

Data Disclaimer Help Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads Sitemap
© 2023 Yahoo. All rights reserved.

**yahoo!finance**

**NEW EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

**People Also Watch**

| Date / Symbol | Last Price | Open / Change | High / % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|
| **BUSB-U...** Binance USD USD | 1.0002 | Apr 10, 2023 1.2536 -0.0004 | 1.2694 -0.04% | 1.2448 | 1.2691 | 1.2691 | 4,519,875 |
| **NEAR-U...** NEAR Protocol USD | 1.1047 | Apr 09, 2023 1.2652 -0.0239 | 1.2758 -2.11% | 1.2440 | 1.2533 | 1.2533 | 4,145,528 |
| **DAI-USD** Dai USD | 0.9997 | Apr 08, 2023 1.2492 -0.0006 | 1.3058 -0.0606% | 1.2420 | 1.2653 | 1.2653 | 6,458,613 |
| **ATOM-...** Cosmos USD | 7.05 | Apr 07, 2023 1.2742 -0.03 | 1.2845 -0.40% | 1.2465 | 1.2491 | 1.2491 | 3,708,032 |
| **USDC-U...** USD Coin USD | 1.0001 | Apr 06, 2023 1.3031 -0.0003 | 1.3036 -0.0346% | 1.2662 | 1.2740 | 1.2740 | 4,870,569 |
| | | Apr 05, 2023 1.2883 | 1.3355 | 1.2793 | 1.3037 | 1.3037 | 8,311,435 |
| | | Apr 04, 2023 1.2698 | 1.2970 | 1.2592 | 1.2866 | 1.2866 | 4,860,836 |
| | | Apr 03, 2023 1.2996 | 1.3046 | 1.2420 | 1.2697 | 1.2697 | 6,526,602 |
| | | Apr 02, 2023 1.3230 | 1.3380 | 1.2940 | 1.2996 | 1.2996 | 4,630,513 |
| | | Apr 01, 2023 1.3368 | 1.3407 | 1.3174 | 1.3180 | 1.3180 | 4,380,332 |
| | | Mar 31, 2023 1.3130 | 1.3650 | 1.3104 | 1.3367 | 1.3367 | 7,401,369 |
| | | Mar 30, 2023 1.3159 | 1.3402 | 1.2930 | 1.3130 | 1.3130 | 6,703,447 |
| | | Mar 29, 2023 1.3337 | 1.4183 | 1.3066 | 1.3159 | 1.3159 | 10,562,830 |
| | | Mar 28, 2023 1.2519 | 1.3520 | 1.2477 | 1.3337 | 1.3337 | 11,075,155 |
| | | | | 1.2425 | 1.2524 | 1.2524 | 5,427,031 |
| | | | | 1.2898 | 1.2971 | 1.2971 | 6,323,015 |
| | | | | 1.2482 | 1.3000 | 1.3000 | 9,435,788 |
| | | | | 1.2285 | 1.2770 | 1.2770 | 7,976,648 |
| | | Mar 23, 2023 1.3465 | 1.3690 | 1.3042 | 1.3634 | 1.3634 | 9,546,183 |
| | | Mar 22, 2023 1.4443 | 1.4898 | 1.2939 | 1.3465 | 1.3465 | 10,824,148 |
| | | Mar 21, 2023 1.3775 | 1.5491 | 1.3565 | 1.4436 | 1.4436 | 22,695,655 |
| | | Mar 20, 2023 1.4506 | 1.4508 | 1.3272 | 1.3784 | 1.3784 | 15,896,443 |
| | | Mar 19, 2023 1.4478 | 1.6484 | 1.4364 | 1.4506 | 1.4506 | 33,883,034 |
| | | Mar 18, 2023 1.1698 | 1.7137 | 1.1663 | 1.4477 | 1.4477 | 87,168,384 |
| | | Mar 17, 2023 1.1274 | 1.1869 | 1.1235 | 1.1696 | 1.1696 | 6,700,923 |
| | | Mar 16, 2023 1.1087 | 1.1399 | 1.0928 | 1.1274 | 1.1274 | 4,743,100 |
| | | Mar 15, 2023 1.1923 | 1.2231 | 1.1019 | 1.1034 | 1.1034 | 7,191,438 |
| | | Mar 14, 2023 1.1433 | 1.2558 | 1.1377 | 1.1926 | 1.1926 | 11,551,056 |
| | | Mar 13, 2023 1.1134 | 1.1559 | 1.0759 | 1.1425 | 1.1425 | 8,785,694 |
| | | Mar 12, 2023 1.0343 | 1.1172 | 1.0220 | 1.1127 | 1.1127 | 4,852,715 |
| | | Mar 11, 2023 1.0918 | 1.1274 | 0.9891 | 1.0336 | 1.0336 | 6,977,976 |
| | | 1.1411 | 1.1413 | 1.0308 | 1.0959 | 1.0959 | 7,898,565 |
| | | Mar 09, 2023 1.1231 | 1.1275 | 1.1404 | 1.1404 | 12,357,258 |
| | | Mar 08, 2023 1.2524 1.2711 | 1.1749 | 1.1766 | 1.1766 | 5,846,573 |
| | | | 1.2375 | 1.2517 | 1.2517 | 5,669,200 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

**NEW: EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners   ...

**People Also Watch**

| Date Symbol | Last Price | Open Change | High % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|
| **BUSD-U...** Binance USD USD | 1.0002 | 1.2667 -0.0004 | 1.3135 -0.04% | 1.2595 | 1.3219 | 1.3219 | 9,668,899 |
| **NEAR-U...** NEAR Protocol USD | 1.1047 | 1.2533 -0.0239 | 1.2898 -2.11% | 1.2526 | 1.2646 | 1.2646 | 3,908,325 |
| **DAI-USD** Dai USD | 0.9997 | 1.2816 -0.0006 | 1.3018 -0.0606% | 1.2417 | 1.2532 | 1.2532 | 5,267,904 |
| **ATOM-...** Cosmos USD | 7.05 | 1.4222 -0.03 | 1.4256 -0.40% | 1.2268 | 1.2824 | 1.2824 | 9,383,083 |
| **USDC-U...** USD Coin USD | 1.0001 | 1.4820 -0.0003 | 1.4952 -0.0346% | 1.4079 | 1.4225 | 1.4225 | 5,455,087 |
| Mar 01, 2023 | | 1.4467 | 1.4887 | 1.4352 | 1.4818 | 1.4818 | 6,553,937 |
| Feb 28, 2023 | | 1.5009 | 1.5206 | 1.4424 | 1.4452 | 1.4452 | 5,965,467 |
| Feb 27, 2023 | | 1.5419 | 1.5688 | 1.4854 | 1.5011 | 1.5011 | 5,193,274 |
| Feb 26, 2023 | | 1.4850 | 1.5550 | 1.4799 | 1.5413 | 1.5413 | 6,757,179 |
| Feb 25, 2023 | | 1.5286 | 1.5457 | 1.4529 | 1.4847 | 1.4847 | 6,234,909 |
| Feb 24, 2023 | | 1.5806 | 1.6022 | 1.5035 | 1.5277 | 1.5277 | 7,396,111 |
| Feb 23, 2023 | | 1.5776 | 1.6630 | 1.5744 | 1.5819 | 1.5819 | 9,554,243 |
| Feb 22, 2023 | | 1.6293 | 1.6450 | 1.5229 | 1.5773 | 1.5773 | 10,851,061 |
| Feb 21, 2023 | | 1.7024 | 1.7278 | 1.6186 | 1.6294 | 1.6294 | 15,228,078 |
| | | | | 1.5794 | 1.7033 | 1.7033 | 49,491,487 |
| | | | | 1.5950 | 1.5962 | 1.5962 | 9,361,987 |
| | | | | 1.5987 | 1.6233 | 1.6233 | 7,582,376 |
| | | | | 1.5427 | 1.6435 | 1.6435 | 19,359,981 |
| Feb 16, 2023 | | 1.6858 | 1.7079 | 1.5448 | 1.5448 | 1.5448 | 13,665,007 |
| Feb 15, 2023 | | 1.5983 | 1.7116 | 1.5695 | 1.6865 | 1.6865 | 11,309,183 |
| Feb 14, 2023 | | 1.5542 | 1.6186 | 1.5189 | 1.5986 | 1.5986 | 9,733,614 |
| Feb 13, 2023 | | 1.7085 | 1.7299 | 1.5089 | 1.5540 | 1.5540 | 17,216,905 |
| Feb 12, 2023 | | 1.6236 | 1.7671 | 1.6138 | 1.7101 | 1.7101 | 16,732,580 |
| Feb 11, 2023 | | 1.6216 | 1.6430 | 1.5995 | 1.6237 | 1.6237 | 6,881,134 |
| Feb 10, 2023 | | 1.5863 | 1.6925 | 1.5813 | 1.6212 | 1.6212 | 12,008,549 |
| Feb 09, 2023 | | 1.9520 | 1.9616 | 1.5736 | 1.5847 | 1.5847 | 26,028,169 |
| Feb 08, 2023 | | 2.0392 | 2.1329 | 1.8893 | 1.9513 | 1.9513 | 25,812,531 |
| Feb 07, 2023 | | 1.9296 | 2.1086 | 1.9248 | 2.0388 | 2.0388 | 27,059,198 |
| Feb 06, 2023 | | 1.9058 | 2.0585 | 1.8756 | 1.9297 | 1.9297 | 19,185,089 |
| Feb 05, 2023 | | 1.9729 | 1.9974 | 1.8718 | 1.9068 | 1.9068 | 14,244,472 |
| Feb 04, 2023 | | 2.0436 | 2.0773 | 1.9698 | 1.9728 | 1.9728 | 13,601,172 |
| | | 1.9135 | 2.1101 | 1.8693 | 2.0434 | 2.0434 | 39,968,326 |
| | | | 873 | 1.8765 | 1.9145 | 1.9145 | 21,997,385 |
| Feb 01, 2023 | | 1.9090 | 1.9502 | 1.8359 | 1.9309 | 1.9309 | 12,238,288 |
| | | | | 1.8689 | 1.9090 | 1.9090 | 11,328,169 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

**yahoo!finance**

## NEW EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

**People Also Watch**

| Date | Last Price | Open | High | Low | Close* | Adj Close** | Volume |
|------|-----------|------|------|-----|--------|-------------|--------|
| **Symbol** | | **Change** | **% Change** | | | | |
| **BUSD-U...** Jan 30, 2023 | 1.0002 | 2.0554 -0.0004 | 2.1466 -0.04% | 1.8567 | 1.8885 | 1.8885 | 28,046,770 |
| Binance USD USD | | | | | | | |
| **NEAR-U...** Jan 29, 2023 | 1.1047 | 1.9184 -0.0239 | 2.1438 -2.11% | 1.9160 | 2.0568 | 2.0568 | 25,549,850 |
| NEAR Protocol USD | | | | | | | |
| **DAI-USD** Jan 28, 2023 | 0.9997 | 1.9821 -0.0006 | 2.0677 -0.0606% | 1.9078 | 1.9186 | 1.9186 | 13,187,062 |
| Dai USD | | | | | | | |
| **ATOM-...** Jan 27, 2023 | 7.05 | 1.8822 -0.03 | 2.2504 -0.40% | 1.8127 | 1.9830 | 1.9830 | 33,287,124 |
| Cosmos USD | | | | | | | |
| **USDC-U...** Jan 26, 2023 | 1.0001 | 1.9642 -0.0003 | 1.9812 -0.0346% | 1.8726 | 1.8818 | 1.8818 | 12,661,888 |
| USD Coin USD Jan 25, 2023 | | 1.8371 | 2.0389 | 1.8371 | 1.9650 | 1.9650 | 16,380,617 |
| Jan 24, 2023 | | 2.1982 | 2.2245 | 1.8066 | 1.8367 | 1.8367 | 19,739,597 |
| Jan 23, 2023 | | 2.1053 | 2.3155 | 2.0771 | 2.1995 | 2.1995 | 25,066,026 |
| Jan 22, 2023 | | 2.1645 | 2.2668 | 2.0399 | 2.1053 | 2.1053 | 23,675,560 |
| Jan 21, 2023 | | 2.4096 | 2.4203 | 2.1636 | 2.1683 | 2.1683 | 34,449,362 |
| Jan 20, 2023 | | 2.2946 | 2.4528 | 2.1277 | 2.4124 | 2.4124 | 73,031,526 |
| Jan 19, 2023 | | 1.7682 | 2.4990 | 1.7640 | 2.2960 | 2.2960 | 97,255,120 |
| Jan 18, 2023 | | 2.0785 | 2.1872 | 1.7215 | 1.7689 | 1.7689 | 52,304,550 |
| Jan 17, 2023 | | 2.5117 | 2.5822 | 2.0124 | 2.0766 | 2.0766 | 56,686,818 |
| | | | | 2.0738 | 2.5104 | 2.5104 | 132,729,237 |
| | | | | 1.6332 | 2.2134 | 2.2134 | 125,651,332 |
| | | | | 1.4050 | 1.8467 | 1.8467 | 39,444,976 |
| | | | | 1.3444 | 1.4056 | 1.4056 | 12,406,993 |
| Jan 12, 2023 | | 1.3021 | 1.4939 | 1.2891 | 1.3808 | 1.3808 | 28,753,405 |
| Jan 11, 2023 | | 1.2406 | 1.4420 | 1.1787 | 1.2838 | 1.2838 | 34,552,668 |
| Jan 10, 2023 | | 1.3281 | 1.4487 | 1.2039 | 1.2412 | 1.2412 | 38,377,440 |
| Jan 09, 2023 | | 0.9130 | 1.5604 | 0.9075 | 1.3250 | 1.3250 | 65,043,827 |
| Jan 08, 2023 | | 0.9092 | 0.9176 | 0.8789 | 0.9130 | 0.9130 | 3,333,281 |
| Jan 07, 2023 | | 0.9108 | 0.9314 | 0.9047 | 0.9095 | 0.9095 | 2,924,496 |
| Jan 06, 2023 | | 0.9441 | 0.9500 | 0.9052 | 0.9104 | 0.9104 | 5,311,608 |
| Jan 05, 2023 | | 1.0023 | 1.0179 | 0.9244 | 0.9448 | 0.9448 | 7,914,523 |
| Jan 04, 2023 | | 0.8852 | 1.0690 | 0.8813 | 1.0026 | 1.0026 | 26,230,772 |
| Jan 03, 2023 | | 0.8623 | 0.9145 | 0.8504 | 0.8852 | 0.8852 | 6,924,982 |
| Jan 02, 2023 | | 0.8581 | 0.8865 | 0.8506 | 0.8623 | 0.8623 | 3,696,440 |
| Jan 01, 2023 | | 0.8430 | 0.9077 | 0.8245 | 0.8582 | 0.8582 | 13,031,571 |
| Dec 31, 2022 | | 0.8390 | 0.8535 | 0.8352 | 0.8427 | 0.8427 | 3,001,502 |
| | | 0.8602 | 0.8648 | 0.8266 | 0.8390 | 0.8390 | 3,608,615 |
| | | | 0.8871 | 0.8430 | 0.8602 | 0.8602 | 3,766,980 |
| Dec 28, 2022 | | 0.9212 | 0.9257 | 0.8698 | 0.8861 | 0.8861 | 4,192,950 |
| | | | | 0.9164 | 0.9237 | 0.9237 | 4,574,953 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

**NEW! EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

**People Also Watch**

| Date / Symbol | Last Price | Open / Change | High / % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|
| **BUSD-U...** Dec 26, 2022 | 1.0002 | 0.8946 / -0.0004 | 1.0112 / -0.04% | 0.8937 | 0.9307 | 0.9307 | 7,065,306 |
| Binance USD USD | | | | | | | |
| **NEAR-U...** Dec 25, 2022 | 1.1047 | 0.9244 / -0.0239 | 0.9355 / -2.11% | 0.8944 | 0.8947 | 0.8947 | 2,577,835 |
| NEAR Protocol USD | | | | | | | |
| **DAI-USD** Dec 24, 2022 | 0.9997 | 0.9575 / -0.0006 | 0.9757 / -0.0606% | 0.9211 | 0.9244 | 0.9244 | 5,055,004 |
| Dai USD Dec 23, 2022 | | 1.0271 | 1.0383 | 0.9481 | 0.9570 | 0.9570 | 17,088,963 |
| **ATOM-...** Dec 22, 2022 | 7.05 | 0.8740 / -0.03 | 1.1272 / -0.40% | 0.8356 | 1.0272 | 1.0272 | 22,418,557 |
| Cosmos USD | | | | | | | |
| **USDC-U...** Dec 21, 2022 | 1.0001 | 0.9381 / -0.0003 | 0.9386 / -0.0346% | 0.8609 | 0.8737 | 0.8737 | 4,393,352 |
| USD Coin USD | | | | | | | |
| Dec 20, 2022 | | 0.9607 | 0.9883 | 0.8961 | 0.9381 | 0.9381 | 4,730,871 |
| Dec 19, 2022 | | 1.0409 | 1.0687 | 0.8805 | 0.9593 | 0.9593 | 7,124,106 |
| Dec 18, 2022 | | 1.0789 | 1.1176 | 1.0358 | 1.0405 | 1.0405 | 4,344,784 |
| Dec 17, 2022 | | 1.1431 | 1.1658 | 1.0138 | 1.0791 | 1.0791 | 12,271,453 |
| Dec 16, 2022 | | 1.3566 | 1.3706 | 1.1369 | 1.1429 | 1.1429 | 8,129,662 |
| Dec 15, 2022 | | 1.3744 | 1.3843 | 1.3377 | 1.3568 | 1.3568 | 5,384,789 |
| Dec 14, 2022 | | 1.4051 | 1.4271 | 1.3488 | 1.3713 | 1.3713 | 7,615,573 |
| Dec 13, 2022 | | 1.4848 | 1.5124 | 1.3390 | 1.4053 | 1.4053 | 12,070,049 |
| | | | | 1.4683 | 1.4833 | 1.4833 | 12,102,268 |
| | | | | 1.4627 | 1.5234 | 1.5234 | 18,163,156 |
| | | | | 1.5118 | 1.5166 | 1.5166 | 31,771,049 |
| | | | | 1.3279 | 1.7005 | 1.7005 | 78,262,646 |
| Dec 08, 2022 | | 1.3912 | 1.4171 | 1.3344 | 1.3639 | 1.3639 | 6,249,266 |
| Dec 07, 2022 | | 1.4548 | 1.4606 | 1.3717 | 1.3921 | 1.3921 | 6,244,513 |
| Dec 06, 2022 | | 1.3914 | 1.4741 | 1.3621 | 1.4547 | 1.4547 | 10,585,396 |
| Dec 05, 2022 | | 1.3874 | 1.5160 | 1.3591 | 1.3913 | 1.3913 | 14,118,047 |
| Dec 04, 2022 | | 1.3147 | 1.4660 | 1.3147 | 1.3872 | 1.3872 | 12,347,356 |
| Dec 03, 2022 | | 1.3067 | 1.3779 | 1.3009 | 1.3147 | 1.3147 | 8,027,320 |
| Dec 02, 2022 | | 1.2920 | 1.4258 | 1.2774 | 1.3074 | 1.3074 | 12,288,658 |
| Dec 01, 2022 | | 1.3402 | 1.3413 | 1.2883 | 1.2907 | 1.2907 | 6,659,399 |
| Nov 30, 2022 | | 1.3042 | 1.4795 | 1.3024 | 1.3399 | 1.3399 | 17,522,894 |
| Nov 29, 2022 | | 1.2940 | 1.3223 | 1.2781 | 1.3038 | 1.3038 | 4,903,379 |
| Nov 28, 2022 | | 1.3158 | 1.3293 | 1.2820 | 1.2951 | 1.2951 | 6,250,102 |
| Nov 27, 2022 | | 1.3645 | 1.3846 | 1.3155 | 1.3155 | 1.3155 | 7,301,184 |
| Nov 26, 2022 | | 1.4012 | 1.4299 | 1.3492 | 1.3649 | 1.3649 | 43,773,375 |
| | | 1.3755 | 1.5340 | 1.3538 | 1.4005 | 1.4005 | 33,628,058 |
| | | | 1.3895 | 1.2829 | 1.3766 | 1.3766 | 12,158,286 |
| Nov 23, 2022 | | 1.3334 | 1.4019 | 1.2721 | 1.2985 | 1.2985 | 46,881,782 |
| | | | | 1.2561 | 1.3311 | 1.3311 | 13,157,136 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

**yahoo/finance**

**NEW! EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

**Finance Home**   **Watchlists**   **My Portfolio**   **Markets**   **News**   **Videos**   **Yahoo Finance Plus**   **Screeners**   ...

**People Also Watch**

| Symbol | Date | Last Price | Open | Change | High % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|---|---|
| BUSD-U... | Nov 21, 2022 | 1.0002 | 1.3166 | -0.0004 | 1.3478 -0.04% | 1.2446 | 1.2558 | 1.2558 | 15,185,357 |
| Binance USD USD | | | | | | | | | |
| NEAR-U... | Nov 20, 2022 | 1.1047 | 1.4166 | -0.0239 | 1.5651 -2.11% | 1.3343 | 1.3343 | 1.3343 | 69,109,014 |
| NEAR Protocol USD | | | | | | | | | |
| DAI-USD | Nov 19, 2022 | 0.9997 | 1.4569 -0.0006 | 1.5134 -0.0606% | 1.3927 | 1.4170 | 1.4170 | 52,442,596 |
| Dai USD | Nov 18, 2022 | | 1.5617 | 1.5956 | 1.4262 | 1.4572 | 1.4572 | 55,810,709 |
| ATOM-... | Nov 17, 2022 | 7.05 | 1.6253 -0.03 | 1.6816 -0.40% | 1.5292 | 1.5617 | 1.5617 | 62,805,548 |
| Cosmos USD | | | | | | | | | |
| USDC-U... | Nov 16, 2022 | 1.0001 | 1.8346 -0.0003 | 1.8424 -0.0346% | 1.5377 | 1.6232 | 1.6232 | 47,902,037 |
| USD Coin USD | | | | | | | | | |
| | Nov 15, 2022 | | 1.4743 | 1.9918 | 1.4073 | 1.8359 | 1.8359 | 121,203,926 |
| | Nov 14, 2022 | | 1.4901 | 1.7393 | 1.2511 | 1.4748 | 1.4748 | 171,762,575 |
| | Nov 13, 2022 | | 2.0906 | 2.1725 | 1.4585 | 1.4893 | 1.4893 | 297,515,448 |
| | Nov 12, 2022 | | 2.5923 | 2.6098 | 1.9006 | 2.0889 | 2.0889 | 361,372,007 |
| | Nov 11, 2022 | | 3.5153 | 3.6767 | 2.4740 | 2.5904 | 2.5904 | 617,326,125 |
| | Nov 10, 2022 | | 2.2864 | 4.2021 | 2.1428 | 3.5169 | 3.5169 | 989,320,627 |
| | Nov 09, 2022 | | 5.5225 | 6.2467 | 2.0567 | 2.3006 | 2.3006 | 1,320,745,564 |
| | Nov 08, 2022 | | 22.1378 | 22.1378 | 3.1468 | 5.5189 | 5.5189 | 3,346,184,382 |
| | | | | | 21.9240 | 22.1422 | 22.1422 | 721,168,869 |
| | | | | | 21.7346 | 22.2693 | 22.2693 | 599,958,722 |
| | | | | | 23.9597 | 24.0593 | 24.0593 | 108,438,472 |
| | | | | | 24.1537 | 25.4725 | 25.4725 | 117,760,400 |
| | Nov 03, 2022 | | 25.0318 | 25.3293 | 24.2982 | 24.3583 | 24.3583 | 96,038,029 |
| | Nov 02, 2022 | | 25.8718 | 26.2233 | 24.9416 | 25.0316 | 25.0316 | 73,778,707 |
| | Nov 01, 2022 | | 26.1060 | 26.4021 | 25.6301 | 25.8735 | 25.8735 | 61,710,158 |
| | Oct 31, 2022 | | 25.6427 | 26.4678 | 25.3982 | 26.1094 | 26.1094 | 102,509,275 |
| | Oct 30, 2022 | | 25.4316 | 25.9921 | 25.3064 | 25.6476 | 25.6476 | 52,222,119 |
| | Oct 29, 2022 | | 24.7857 | 25.7389 | 24.7229 | 25.4325 | 25.4325 | 58,563,255 |
| | Oct 28, 2022 | | 24.2774 | 24.9853 | 24.0212 | 24.7888 | 24.7888 | 52,996,494 |
| | Oct 27, 2022 | | 24.6496 | 24.9406 | 24.2064 | 24.2698 | 24.2698 | 67,478,045 |
| | Oct 26, 2022 | | 23.8731 | 24.9119 | 23.8444 | 24.6482 | 24.6482 | 77,828,091 |
| | Oct 25, 2022 | | 22.7921 | 24.3612 | 22.6983 | 23.8762 | 23.8762 | 72,899,174 |
| | Oct 24, 2022 | | 23.1466 | 23.2068 | 22.6029 | 22.7926 | 22.7926 | 35,298,132 |
| | Oct 23, 2022 | | 22.5802 | 23.1849 | 22.4218 | 23.1476 | 23.1476 | 34,691,703 |
| | Oct 22, 2022 | | 22.4472 | 22.6451 | 22.3597 | 22.5803 | 22.5803 | 26,694,195 |
| | | | 22.4103 | 22.5605 | 21.9930 | 22.4479 | 22.4479 | 40,606,993 |
| | | | | 23.0294 | 22.2905 | 22.4117 | 22.4117 | 45,835,848 |
| | Oct 19, 2022 | | 23.5880 | 23.6259 | 22.5797 | 22.5957 | 22.5957 | 73,846,179 |
| | | | | | 23.3409 | 23.5861 | 23.5861 | 57,930,720 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

NEW EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners   ...

People Also Watch

| Date / Symbol | Last Price | Open | Change | High | % Change | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|---|---|---|
| **BUSD-U...** Binance USD USD | 1.0002 | 23.7335 | -0.0004 | 24.2663 | -0.04% | 23.3088 | 24.1262 | 24.1262 | 90,403,514 |
| Oct 16, 2022 **NEAR-U...** NEAR Protocol USD | 1.1047 | 23.2714 | -0.0239 | 23.9046 | -2.11% | 23.2708 | 23.7321 | 23.7321 | 31,592,267 |
| Oct 15, 2022 **DAI-USD** Dai USD | 0.9997 | 23.4570 | -0.0006 | 23.5583 | -0.0606% | 23.1717 | 23.2709 | 23.2709 | 30,518,787 |
| Oct 14, 2022 **ATOM-...** Cosmos USD | 7.05 | 23.4396 | -0.03 | 24.1325 | -0.40% | 23.3614 | 23.4581 | 23.4581 | 52,571,806 |
| Oct 13, 2022 **USDC-U...** USD Coin USD | 1.0001 | 23.3620 | -0.0003 | 23.5574 | -0.0346% | 22.1740 | 23.4387 | 23.4387 | 76,588,698 |
| Oct 12, 2022 | | 23.2466 | | 23.4409 | | 23.2269 | 23.3624 | 23.3624 | 33,931,169 |
| Oct 11, 2022 | | 23.5688 | | 23.5867 | | 23.1580 | 23.2458 | 23.2458 | 71,585,206 |
| Oct 10, 2022 | | 24.1260 | | 24.2606 | | 23.5709 | 23.5709 | 23.5709 | 57,700,617 |
| Oct 09, 2022 | | 24.1306 | | 24.2409 | | 23.9720 | 24.1223 | 24.1223 | 26,424,373 |
| Oct 08, 2022 | | 24.4965 | | 24.5807 | | 23.9861 | 24.1318 | 24.1318 | 31,052,653 |
| Oct 07, 2022 | | 24.4971 | | 25.6182 | | 24.2987 | 24.5033 | 24.5033 | 125,620,661 |
| Oct 06, 2022 | | 24.7784 | | 25.1348 | | 24.3878 | 24.4938 | 24.4938 | 52,179,925 |
| Oct 05, 2022 | | 25.1177 | | 25.1404 | | 24.4472 | 24.7770 | 24.7770 | 45,601,574 |
| Oct 04, 2022 | | 24.7620 | | 25.2487 | | 24.6233 | 25.1175 | 25.1175 | 67,348,735 |
| | | | | | | 23.9073 | 24.7633 | 24.7633 | 80,640,104 |
| | | | | | | 23.9615 | 24.0323 | 24.0323 | 37,256,558 |
| | | | | | | 23.9989 | 24.2833 | 24.2833 | 47,612,081 |
| | | | | | | 23.9912 | 24.2403 | 24.2403 | 78,199,832 |
| Sep 29, 2022 | | 24.0871 | | 24.3196 | | 23.5639 | 24.3196 | 24.3196 | 73,869,231 |
| Sep 28, 2022 | | 23.6822 | | 24.2942 | | 22.8876 | 24.0843 | 24.0843 | 80,457,805 |
| Sep 27, 2022 | | 24.2077 | | 25.0846 | | 23.3986 | 23.6862 | 23.6862 | 104,014,641 |
| Sep 26, 2022 | | 23.5276 | | 24.2095 | | 23.2649 | 24.2084 | 24.2084 | 84,494,360 |
| Sep 25, 2022 | | 23.6855 | | 23.9468 | | 23.3122 | 23.5257 | 23.5257 | 37,223,903 |
| Sep 24, 2022 | | 23.8869 | | 24.0856 | | 23.6114 | 23.6864 | 23.6864 | 44,387,525 |
| Sep 23, 2022 | | 23.7240 | | 24.0012 | | 22.9491 | 23.8860 | 23.8860 | 75,668,382 |
| Sep 22, 2022 | | 22.7887 | | 23.7737 | | 22.6615 | 23.7237 | 23.7237 | 64,652,932 |
| Sep 21, 2022 | | 23.3474 | | 24.1976 | | 22.4340 | 22.8049 | 22.8049 | 85,647,341 |
| Sep 20, 2022 | | 24.2120 | | 24.2869 | | 23.2918 | 23.3472 | 23.3472 | 69,945,344 |
| Sep 19, 2022 | | 23.4440 | | 24.3647 | | 22.4998 | 24.2096 | 24.2096 | 108,816,091 |
| Sep 18, 2022 | | 24.6436 | | 24.6436 | | 23.4067 | 23.4435 | 23.4435 | 56,817,692 |
| Sep 17, 2022 | | 24.0670 | | 24.6660 | | 24.0497 | 24.6433 | 24.6433 | 36,208,292 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices
CA Privacy Notice
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

# EXHIBIT 12



Home / App Data / FTX Revenue And Usage Statistics (2023)

# FTX Revenue and Usage Statistics (2023)



DAVID CURRY
UPDATED: JANUARY 9, 2023

FTX was one of the newer cryptocurrency platforms which have become wildly popular in 2021, with some pegging it as a key competitor to Coinbase in the retail investor market.

Sam Bankman-Fried and Gary Wang launched FTX in May 2019, two years after Bankman-Fried founded Alameda Research, a quantitative trading firm which specialises in cryptocurrency.

It offered derivatives, options, tokenised stocks, leveraged tokens and an NFT marketplace. It has also launched its own utility token, FTT, which has seen its market value increase by over 850% since the start of the year.

- ADVERTISEMENT -



FTX acquired Blockfolio for $150 million in August 2020, providing it with access to one of the largest cryptocurrency services for retail investors. It is through this app that FTX has acquired most of its mobile users.

It also boosted its profile through sports partnerships, such as a 19-year $135 million naming rights deal with the Miami Heat, a 10-year naming rights deal with e-sports franchise TeamSoloMid.

FTX grew considerably in valuation over the past two years, becoming one of the quickest companies to reach decacorn stage (+$10 billion valuation). It was valued at $18 billion in a funding round which included SoftBank, Coinbase and Sequoia Capital.

On November 2022, [CoinDesk reported](#) that Bankman-Fried had been using FTX's altcoin, the FTT token, as an asset for his trading firm Alameda Research. After the report was published, Binance founder Changpeng Zhao announced it was selling all of its holdings in FTT, which led to the coin losing over 85 percent of its value.

This led to the collapse of FTX, which needed $8 billion in funding to avoid bankruptcy. Binance announced it would acquire FTX, but then pulled back on its agreement after viewing FTX's internal documents.

We have collected data and statistics on FTX. Read on below to find out more.

## FTX key statistics

- FTX made $1.02 billion revenue in 2021, an increase on the $85 million it reported in 2020

- It has over one million users on its mobile and desktop platforms

Business of Apps

Marketplace ⌄    News ⌄    Insights ⌄    Podcast ⌄        Advertise

✉ Subscribe

# FTX overview

| Launch date | May 2019 |
|---|---|
| HQ | Antigua and Barbuda |
| People | Sam Bankman-Fried (CEO, co-founder), Gary Wang (co-founder) |
| Business type | Private |
| Industry | Cryptocurrency |

## FTX revenue

FTX generated $1 billion revenue in 2021, over 1000% more than it made in the previous year.

### FTX annual revenue 2019 to 2021 ($mm)

| Year | Revenue ($mm) |
|---|---|
| 2019 | 7.2 |
| 2020 | 85 |
| 2021 | 1021 |

*Source: Company data*

## FTX net income

FTX made $388 million net income in 2021, over 2000% more than it made in 2020.

### FTX annual net income 2020 to 2021 ($mm)

| Year | Net Income ($mm) |
|---|---|
| 2020 | 17 |
| 2021 | 388 |

*Source: Company data*

## FTX users

FTX has 1.2 million registered users across its platforms, although it has not updated this stat since the start of 2021.



Marketplace ⌄   News ⌄   Insights ⌄   Podcast ⌄        Advertise

Subscribe

| Year | |
|------|------|
| 2019 | 0.1 |
| 2020 | 1 |
| 2021 | 1.2 |

*Note: Users across all FTX platforms (Blockfolio, FTX Pro and desktop). Source: Company data*

## FTX peak trading volume

FTX managed to quadruple its peak 24 hour trading volume in 2021, reaching $21 billion.

### FTX peak 24 hour trading volume 2020 to 2021 ($bn)

| Year | Peak trading volume ($bn) |
|------|---------------------------|
| 2020 | 7 |
| 2021 | 21 |

*Source: Company data*

## FTX annual crypto exchange volume

FTX managed $719 billion in crypto exchange last year, an 89% increase on the previous year.

### FTX annual crypto exchange volume 2019 to 2021 ($bn)

| Year | Annual crypto volume ($bn) |
|------|----------------------------|
| 2019 | 27 |
| 2020 | 385 |
| 2021 | 719 |

*Source: Company data*

## FTX peak trading volume vs competitors

Business of Apps

Marketplace ▾   News ▾   Insights ▾   Podcast ▾         Advertise

Subscribe



*Want to learn more?* [*Read our cryptocurrency sector profile*](#)

## FTX FAQ

**What is FTX most recent valuation?**

FTX was valued at $18 billion in a funding round led by SoftBank in July ([Bloomberg](#))

**What is the average trading volume on FTX?**

There was $10bn trading volume daily on FTX in June 2021

**What does FTX sponsor?**

FTX has naming rights for the Miami Heat stadium, e-sports organisation TeamSolo Mid and Mercedes-AMG F1 team

**How much did FTX pay for Blockfolio?**

FTX acquired Blockfolio for $150 million in August 2020

## More Finance App Data

| |
|---|
| [Cash App Revenue and Usage Statistics (2023)](#) |
| [Monzo Revenue and Usage Statistics (2023)](#) |
| [Chime Revenue and Usage Statistics (2023)](#) |
| [Binance Revenue and Usage Statistics (2023)](#) |
| [NuBank Revenue and Usage Statistics (2023)](#) |



Klarna Revenue and Usage Statistics (2023)

Robinhood Revenue and Usage Statistics (2023)

Revolut Revenue and Usage Statistics (2023)

Coinbase Revenue and Usage Statistics (2023)

## Business of Apps

Get the latest app industry news, analysis and insights.

Enter your work email*

Join

*By signing up you agree to our privacy policy. You can opt out anytime.*

## Connecting the App Industry

Marketplace | News & Insights | Data | Events

### Site Info

About Us

Advertise

Write for Us

Submit News Story

Badges

Privacy Policy

Contact Us

### Follow Us

Linked In

Twitter

Facebook

YouTube

RSS