# EXHIBIT B

PRVADR

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:23-cv-05038-TLT

| | |
|---|---|
| Lahav v. Binance Holdings Limited et al | Date Filed: 10/02/2023 |
| Assigned to: Judge Trina L Thompson | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Securities & Exchange Commission Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Nir Lahav**
*on behalf of himself and all others similarly situated*

represented by **Curtis Edward Smolar**
Core X Legal P.A.
450 Townsend Street
Ste 207
San Francisco, CA 94107
415-364-8435
Email: Curtis@corexlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Devlin**
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
Fax: (302) 353-4251
Email: tdevlin@devlinlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deepali A. Brahmbhatt**
Devlin Law Firm LLC
3120 Scott Boulevard, #13
Santa Clara, CA 95054
(650) 254-9805
Email: dbrahmbhatt@devlinlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Binance Holdings Limited**

represented by **Daniel John Tyukody**
Greenberg Traurig, P.A
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
310-586-7700
Fax: 310-586-7800
Email: tyukodyd@gtlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alex Linhardt**
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
310-586-7822
Email: linhardta@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BAM Trading Services Inc.**                    represented by    **Adam Michael Foslid**
Winston & Strawn LLP
200 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131
305-910-0646
Fax: 305-910-0505
Email: afoslid@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Tramel Stabile**
Winston & Strawn LLP
200 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131
305-379-9139
Fax: 305-910-0505
Email: dstabile@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Steinfeld**
Winston & Strawn/Chicago
333 South Grand Avenue
Ste 38th Floor
Los Angeles
Los Angeles, CA 90071
213-615-1960
Fax: 213-615-1750
Email: jlsteinfeld@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thania Charmani**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4659
Fax: 212-294-4700

Email: acharmani@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BAM Management US Holdings Inc.**     represented by     **Adam Michael Foslid**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Tramel Stabile**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Steinfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thania Charmani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Changpeng Zhao**     represented by     **Daniel John Tyukody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Linhardt**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2023 | 1 | COMPLAINT *(Class Action)* against All Defendants ( Filing fee $ 402, receipt number ACANDC-18697884.). Filed byNir Lahav. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12)(Brahmbhatt, Deepali) (Filed on 10/2/2023) (Entered: 10/02/2023) |
| 10/02/2023 | 2 | Case assigned to Magistrate Judge Peter H Kang. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

| | | |
|---|---|---|
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/16/2023. (sec, COURT STAFF) (Filed on 10/2/2023) (Entered: 10/02/2023) |
| 10/03/2023 | 3 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Trina L Thompson for all further proceedings. Magistrate Judge Peter H Kang no longer assigned to case,. Signed by Clerk on 10/3/2023. (ark, COURT STAFF) (Filed on 10/3/2023) (Entered: 10/03/2023)** |
| 10/03/2023 | 4 | CLERKS NOTICE - REASSIGNED CASE - NOTICE OF NEW HEARING DATE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Trina L. Thompson upon reassignment. For a copy of Judge Thompson's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Initial Case Management Conference set for 1/4/2024 at 2:00 PM in San Francisco - Videoconference Only. This proceeding will be held via a Zoom webinar. Joint Case Management Statement due by 12/28/2023.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/trina-l-thompson/<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | | Electronic filing error. This filing will not be processed by the clerks office.Please re-file in its entirety.Incorrect PDF attached. [err201]. Submit one proposed summons listing all defendants. Use the event Proposed Order. Attach additional pages if needed. Re: 1 Complaint, filed by Nir Lahav (hdj, COURT STAFF) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 5 | **INITIAL CASE MANAGEMENT SCHEDULING ORDER SEC CLASS ACTION (hdj, COURT STAFF) (Filed on 10/3/2023) (Entered: 10/03/2023)** |
| 10/03/2023 | 6 | Proposed Order re 1 Complaint, *(Summons)* by Nir Lahav. (Brahmbhatt, Deepali) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 7 | MOTION for leave to appear in Pro Hac Vice *Timothy Devlin* ( Filing fee $ 317, receipt number ACANDC-18703624.) filed by Nir Lahav. (Devlin, Timothy) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 8 | CERTIFICATE of Counsel re 1 Complaint, *And Certificate of Plaintiff re 1 Complaint* by Deepali A. Brahmbhatt on behalf of Nir Lahav (Brahmbhatt, Deepali) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 9 | MOTION for leave to appear in Pro Hac Vice *(CORRECTED)* ( Filing fee $ 317, receipt number ACANDC-18703624.) Filing fee previously paid on 10/3/2023 filed by Nir Lahav. (Devlin, Timothy) (Filed on 10/3/2023) (Entered: 10/03/2023) |

| | | |
|---|---|---|
| 10/04/2023 | [10](#) | **ORDER GRANTING [9](#) MOTION for leave to appear in Pro Hac Vice** *(CORRECTED)* **as to Timothy Devlin.. Signed by Judge Trina L. Thompson on 10/4/2023. (rfm, COURT USER) (Filed on 10/4/2023) (Entered: 10/04/2023)** |
| 10/05/2023 | [11](#) | Summons Issued as to BAM Management US Holdings Inc., BAM Trading Services Inc., Binance Holdings Limited, Changpeng Zhao. (hdj, COURT STAFF) (Filed on 10/5/2023) (Entered: 10/05/2023) |
| 10/06/2023 | [12](#) | SUMMONS Returned Executed by Nir Lahav. BAM Trading Services Inc. served on 10/6/2023, answer due 10/27/2023. (Brahmbhatt, Deepali) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/06/2023 | [13](#) | SUMMONS Returned Executed by Nir Lahav. BAM Management US Holdings Inc. served on 10/6/2023, answer due 10/27/2023. (Brahmbhatt, Deepali) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/23/2023 | [14](#) | NOTICE by Nir Lahav *Civil L.R. 23-1(a)* (Attachments: # [1](#) Exhibit A)(Brahmbhatt, Deepali) (Filed on 10/23/2023) (Entered: 10/23/2023) |
| 10/26/2023 | [15](#) | WAIVER OF SERVICE Returned Executed filed by Nir Lahav. Service waived by Changpeng Zhao waiver sent on 10/20/2023, answer due 1/18/2024. (Brahmbhatt, Deepali) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/26/2023 | [16](#) | WAIVER OF SERVICE Returned Executed filed by Nir Lahav. Service waived by Binance Holdings Limited waiver sent on 10/20/2023, answer due 1/18/2024. (Brahmbhatt, Deepali) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/26/2023 | [17](#) | NOTICE of Appearance by Jeffrey Steinfeld *for Defendants BAM Trading Services, Inc. and BAM Management US Holdings, Inc.* (Steinfeld, Jeffrey) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/26/2023 | [18](#) | MOTION for leave to appear in Pro Hac Vice *by Adam M. Foslid* ( Filing fee $ 317, receipt number ACANDC-18780753.) filed by BAM Management US Holdings Inc., BAM Trading Services Inc.. (Foslid, Adam) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/26/2023 | [19](#) | MOTION for leave to appear in Pro Hac Vice *by Daniel Tramel Stabile* ( Filing fee $ 317, receipt number ACANDC-18780788.) filed by BAM Management US Holdings Inc., BAM Trading Services Inc.. (Stabile, Daniel) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/26/2023 | [20](#) | STIPULATION WITH PROPOSED ORDER *Extending Deadlines To Respond To Complaint* filed by Nir Lahav. (Brahmbhatt, Deepali) (Filed on 10/26/2023) (Entered: 10/26/2023) |
| 10/27/2023 | [21](#) | MOTION for leave to appear in Pro Hac Vice *by Thania Charmani* ( Filing fee $ 317, receipt number ACANDC-18782948.) filed by BAM Management US Holdings Inc., BAM Trading Services Inc.. (Charmani, Thania) (Filed on 10/27/2023) (Entered: 10/27/2023) |
| 10/27/2023 | [22](#) | Certificate of Interested Entities by BAM Management US Holdings Inc., BAM Trading Services Inc. (Steinfeld, Jeffrey) (Filed on 10/27/2023) (Entered: 10/27/2023) |
| 10/30/2023 | [23](#) | **ORDER GRANTING [20](#) STIPULATION TO SET COORDINATED BRIEFING SCHEDULE; ORDER. Signed by Judge Trina L Thompson on 10/30/2023. (rfm, COURT USER) (Filed on 10/30/2023) (Entered: 10/30/2023)** |
| 10/30/2023 | [24](#) | **Order GRANTING [18](#) Motion for Pro Hac Vice as to Adam M. Foslid. Signed by Judge Trina L Thompson on 10/30/2023. (rfm, COURT USER) (Filed on 10/30/2023) (Entered: 10/30/2023)** |

| 10/30/2023 | 25 | **Order GRANTING 19 Motion for Pro Hac Vice as to Daniel Tramel Stabile. Signed by Judge Trina L Thompson on 10/30/2023.(rfm, COURT USER) (Filed on 10/30/2023) (Entered: 10/30/2023)** |
|---|---|---|
| 10/30/2023 | 26 | **Order GRANTING 21 Motion for Pro Hac Vice as to Thania (Athanasia) Charmani. Signed by Judge Trina L Thompson on 10/30/2023. (rfm, COURT USER) (Filed on 10/30/2023) (Entered: 10/30/2023)** |
| 12/04/2023 | 27 | NOTICE of Appearance by Daniel John Tyukody , *Attorneys for Defendants Binance Holdings Limited and Changpeng Zhao* (Tyukody, Daniel) (Filed on 12/4/2023) (Entered: 12/04/2023) |
| 12/04/2023 | 28 | NOTICE of Appearance by Alex Linhardt , *Attorneys for Defendants Binance Holdings Limited and Changpeng Zhao* (Linhardt, Alex) (Filed on 12/4/2023) (Entered: 12/04/2023) |
| 12/04/2023 | 29 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Nir Lahav. Motion Hearing set for 12/19/2023 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Responses due by 12/11/2023. Replies due by 12/18/2023. (Attachments: # 1 Declaration Brahmbhatt, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order Appointing Lead Plaintiff and Class Counsel)(Brahmbhatt, Deepali) (Filed on 12/4/2023) (Entered: 12/04/2023) |
| 12/06/2023 | 30 | CLERK'S NOTICE Continuing Motion Hearing as to 29 MOTION to Appoint Lead Plaintiff and Lead Counsel .<br><br>Motion Hearing set for 12/19/2023 is re-set for 3/26/2024 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Filed on 12/6/2023) (Entered: 12/06/2023) |
| 12/19/2023 | 31 | Renotice motion hearing *with corrected Class Definition as defined in the Complaint* filed byNir Lahav. (Brahmbhatt, Deepali) (Filed on 12/19/2023) (Entered: 12/19/2023) |
| 12/19/2023 | 32 | Renotice motion hearing re 29 MOTION to Appoint Lead Plaintiff and Lead Counsel *with corrected Class Definition as defined in the Complaint* filed byNir Lahav. (Related document(s) 29 ) (Brahmbhatt, Deepali) (Filed on 12/19/2023) (Entered: 12/19/2023) |
| 12/26/2023 | 33 | STIPULATION WITH PROPOSED ORDER *to Continue Initial Case Management Conference* filed by Binance Holdings Limited. (Tyukody, Daniel) (Filed on 12/26/2023) (Entered: 12/26/2023) |
| 12/28/2023 | 34 | **ORDER re STIPULATION: The parties agreed to continue their initial case management conference scheduled for January 4, 2024. The parties' request is DENIED. The parties shall submit their joint case management statement by January 2, 2024. Signed by Judge Trina L. Thompson on December 28, 2023. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc3, COURT STAFF) (Filed on 12/28/2023) (Entered: 12/28/2023)** |
| 01/02/2024 | 35 | Certificate of Interested Entities by Binance Holdings Limited, Changpeng Zhao identifying Corporate Parent Binance Holdings Limited for Binance Holdings Limited, Changpeng Zhao. (Linhardt, Alex) (Filed on 1/2/2024) (Entered: 01/02/2024) |
| 01/02/2024 | 36 | CASE MANAGEMENT STATEMENT *Joint Statement* filed by Nir Lahav. (Brahmbhatt, Deepali) (Filed on 1/2/2024) (Entered: 01/02/2024) |
| 01/04/2024 | 37 | **Minute Entry for proceedings held before Judge Trina L Thompson: Initial Case Management Conference held on 1/4/2024.** |

| | | |
|---|---|---|
| | | Case referred to Private ADR to be completed by 9/22/2025.<br>**Jury Selection and Trial set for 3/9/2026 at 8:30 AM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.**<br>**Final Pretrial Conference set for 2/5/2026 at 3:00 PM in San Francisco, Courtroom 09, 19th Floor. Joint Pretrial Statement with Objections due by 1/22/2026.**<br>**Dispositive Motion Hearing set for 1/6/2026 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Dispositive Motion due by 12/2/2025.**<br>**Close of Expert Discovery is 11/3/2025.**<br>**Rebuttal Reports due by 10/13/2025.**<br>**Opening Reports due by 9/22/2025.**<br>**Close of Fact Discovery is 8/25/2025.**<br><br>**Further Case Management Conference set for 7/11/2024 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 7/5/2024.**<br><br>**Class Certification Motions due by 7/8/2024.**<br><br>**Amended Pleadings due by 4/2/2024.**<br><br>**Scheduling Order to be issued.**<br><br>**Total Time in Court: 18 minutes.**<br>**Court Reporter: Not reported.**<br>**Plaintiff Attorney: Timothy Devlin, Curtis Smolar, Deepalli Brahmbhatt.**<br>**Defendant Attorney: Jeffrey Steinfeld, Daniel Tyukody.**<br><br>***(This is a text-only entry generated by the court. There is no document associated with this entry.)*** **(rfm, COURT USER) (Date Filed: 1/4/2024) (Entered: 01/05/2024)** |
| 01/04/2024 | | CASE REFERRED to Private ADR. (af, COURT STAFF) (Filed on 1/4/2024) (Entered: 01/05/2024) |
| 01/05/2024 | [38](#) | **CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Trina L. Thompson on 1/4/2024.**<br><br>**Class Certification Motion Hearing set for 9/24/2024 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.**<br><br>**(rfm, COURT USER) (Filed on 1/5/2024) (Entered: 01/05/2024)** |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/24/2024 09:59:45 | | |
| **PACER Login:** | dbrahmbhatt | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:23-cv-05038-TLT |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |