# EXHIBIT D

Provided by Docket Alarm, Inc.

# USA v. BANKMAN-FRIED

## 1:22-cr-00673 | New York Southern District Court

**Division** Foley Square

**Judge** Judge Lewis A. Kaplan

**Filed** Dec. 9, 2022

**Case Flags** ECF

**Last Updated** 5 hours ago

| Upcoming Events | Deadlines are extracted from docket and documents |
|---|---|
| **2 Weeks**<br>2/2/2024 | The first and second disclosures of the Presentence Investigation Report ("PSR") are scheduled for January 5, 2024, and February 2, 2024, respectively. |
| **6 Weeks**<br>2/27/2024 | Defense sentencing submissions are due by 2/27/2024. |
| **7 Weeks**<br>3/6/2024 | Sentencing set for 3/6/2024 at 03:00 PM before Judge Lewis A. Kaplan. |
| **8 Weeks**<br>3/11/2024 | In addition, trial on the severed counts of the indictment is still set for March 11, 2024.<br>Release of Transcript Restriction set for 3/11/2024.<br>Accordingly, Counts Four, Six, Nine, Ten and Thirteen of the Fifth Superseding Indictment are severed and scheduled for trial, unless otherwise ordered, commencing on March 11, 2024. |
| **8 Weeks**<br>3/15/2024 | Government sentencing submissions are due by 3/15/2024. |
| **10 Weeks**<br>3/28/2024 | Sentencing is currently scheduled for March 28, 2024.<br>Sentencing set for 3/28/2024 at 09:30 AM before Judge Lewis A. Kaplan) (ap) (Entered: 11/07/2023) |
| **10 Months**<br>11/13/2024 | (Sentencing set for 11/13/2024 at 10:00 AM before Judge Lewis A. Kaplan.<br>Sentencing scheduled for 11/13/2024 at 10:00 AM. (jbo) (Entered: 02/28/2023) |