BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |
|---|---|

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on January 24, 2024, copy of the Motion to Vacate CTO-4 was filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list:

*Lahav v. Binance et al.*, Case No.: 3:23-cv-05038, Judge Trina L Thompson (N. D. Cal.) filed October 2, 2023.

> *Counsel for Defendants BAM Trading Services Inc., BAM Management US Holdings Inc.*
>
> Via Electronic Mail
>
> Adam Michael Foslid
> Email: afoslid@winston.com
> Tel: 305-910-0646
>
> Daniel Tramel Stabile
> Email: dstabile@winston.com
> Tel: 305-379-9139
>
> Winston & Strawn LLP
> 200 S. Biscayne Boulevard
> Suite 2400
> Miami, FL 33131
> Fax: 305-910-0505
>
> Jeffrey L. Steinfeld (SBN 294848)
> Email: jlsteinfeld@winston.com
> Tel: 213-615-1960
> WINSTON & STRAWN LLP
> 333 South Grand Avenue, 38th Floor
> Los Angeles, California 90071

*Counsel for Defendants Binance Holdings Ltd. and Changpeng Zhao*

Via Electronic Mail

Daniel J. Tyukody (SBN 123323)
tyukody@gtlaw.com

Alex Linhardt (SBN 303669)
linhardt@gtlaw.com

GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

***In Re: FTX Cryptocurrency Exchange Collapse Litigation* Case No.: 1:23-md-03076-KMM, Judge K. Michael Moore**

*Co-Counsel for Plaintiffs*                                                                 Via Electronic Mail

Adam Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
(305) 740-1423
adam@moskowitz-law.com

Via Electronic Mail

Joseph M. Kyle
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
(305) 740-1423
joseph@moskowitz-law.com

*Co-Counsel for Plaintiffs*                                                                 Via Electronic Mail
Stephen Neal Zack
Tyler Ulrich
Boies Schiller Flexner LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
(305) 539-8400
szack@bsfllp.com
tulrich@bsfllp.com

Via Electronic Mail

José M. Ferrer
Mark Migdal & Hayden
Brickell City Tower

80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

Dated:  January 24, 2024

**DEVLIN LAW FIRM, LLC**

By:   /s/ Timothy Devlin
Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

**Deepali A. Brahmbhatt**
Email: dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm LLC
3120 Scott Blvd. #13, Santa Clara, CA 95054
Telephone:     (650) 254-9805
*Attorneys for Plaintiff and the Class Nir Lahav on behalf of himself and all others similarly situated*