**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX CRYPTO CURRENCY EXCHANGE COLLAPSE LITIGATION** | **MDL No. 3076** |

*Lahav v. Binance Holdings Ltd., N.D. California*
*Case No. 23-05038*

_____/

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on January 24, 2024, I electronically filed the above and foregoing **CORPORATE DISCLOSURE STATEMENT** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated: January 24, 2024                                  Respectfully Submitted,

*/s/ Daniel T. Stabile*
Daniel T. Stabile, Esq.
Fla. Bar No. 1010193
**WINSTON & STRAWN LLP**
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Tel: (305) 910-0646
DStabile@winston.com

*Attorney for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*