BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTO CURRENCY                                    MDL No. 3076
EXCHANGE COLLAPSE LITIGATION

*Lahav v. Binance Holdings Ltd. et al.*, N.D. California
Case No. 3:23-cv-05038-TLT

_____/

**DEFENDANTS BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS INC.'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER DATED JANUARY 3, 2024 (CTO-4)**

Pursuant to Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Defendants BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management," and together with BAM Trading, "Binance.US") move to vacate the Conditional Transfer Order dated January 3, 2024 (CTO-4), transferring a case filed against them in the Northern District of California captioned *Lahav v. Binance Holdings Limited et al.*, No. 3:23-cv-05038 (N.D. Cal.) to the multidistrict litigation *In re FTX Cryptocurrency Exchange Collapse Litigation*, No. 1:23-md-3076 (S.D. Fla.). Binance.US's reasons for this motion are set forth in the accompanying Memorandum of Law.

Dated: January 24, 2024                                Respectfully submitted,

                                                       */s/ Daniel T. Stabile*
                                                       WINSTON & STRAWN LLP

                                                       Daniel T. Stabile, Esq.
                                                       Fla. Bar No. 1010193
                                                       200 S. Biscayne Blvd., Suite 2400
                                                       Miami, FL 33131
                                                       Tel: (305) 910-0646
                                                       DStabile@winston.com

                                                       Jeffrey L. Steinfeld, Esq.
                                                       Cal. Bar No. 294848

2

333 S. Grand Ave.
Los Angeles, CA 90071
Tel : (213) 615-1700
JLSteinfeld@winston.com

Thania (Athanasia) Charmani, Esq.
NY Bar No. 5171822
200 Park Avenue
New York, NY 10166
Tel : (212) 294-4623

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*