BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTO CURRENCY                                     MDL No. 3076
EXCHANGE COLLAPSE LITIGATION

*Lahav v. Binance Holdings Ltd. et al.,* N.D. California
Case No. 3:23-cv-05038

_____/

## SCHEDULE OF ACTIONS

| Caption | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| *Nir Lahav, on behalf of himself and all others similarly situated, Plaintiff*<br><br>*vs.*<br><br>*Binance Holdings Limited, BAM Trading Services Inc., BAM Management US Holdings Inc., and Changpeng Zhao, Defendants* | Nir Lahav | Binance Holdings Ltd.<br><br>BAM Trading Services Inc.<br><br>BAM Management US Holdings Inc.<br><br>Changpeng Zhao | The United States District Court for the Northern District of California | 3:23-cv-05038-TLT | Hon. Trina L. Thompson |

Dated: January 24, 2024                                    Respectfully submitted,

                                                           */s/ Daniel T. Stabile*
                                                           Daniel T. Stabile, Esq.
                                                           Fla. Bar No. 1010193
                                                           **WINSTON & STRAWN LLP**
                                                           200 S. Biscayne Blvd., Suite 2400
                                                           Miami, FL 33131
                                                           Tel: (305) 910-0646
                                                           DStabile@winston.com

                                                           *Attorney for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*

1