BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTO CURRENCY                                                        MDL No. 3076
EXCHANGE COLLAPSE LITIGATION

*Lahav v. Binance Holdings Ltd. et al.,* N.D. California
Case No. 3:23-cv-05038

_____/

**TRANSMITTAL DECLARATION OF DANIEL T. STABILE IN FURTHER SUPPORT OF DEFENDANTS BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS INC.'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER DATED JANUARY 3, 2024 (CTO-4)**

I, Daniel T. Stabile, have personal knowledge of the following facts, and if called as a witness would testify competently thereto. I hereby declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a partner with the law firm of Winston & Strawn LLP, and I am counsel to Defendants BAM Management US Holdings Inc., and BAM Trading Services Inc. (collectively, "Binance.US").

2. I submit this declaration in connection with the *Motion to Vacate Conditional Transfer Order Dated January 3, 2024 (CTO-4)*, filed contemporaneously herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint filed in the action styled *Lahav v. Binance Holdings Ltd. et al.*, No. 3:23-cv-05038 (N.D. Cal.) (the "Lahav Action") on October 2, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the docket sheet associated with the Lahav Action as of January 24, 2024, downloaded using PACER Case Locator.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

2

Executed on:   January 24, 2023          /s/  Daniel T. Stabile
               New York, New York        By: Daniel T. Stabile

2