**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: FTX CRYPTO CURRENCY                                    MDL No. 3076
EXCHANGE COLLAPSE LITIGATION

*Lahav v. Binance Holdings Ltd., N.D. California*
*Case No. 23-05038*

_____/

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on January 24, 2024, I electronically filed the above and foregoing (1) Motion to Vacate Conditional Transfer Order dated January 3, 2023 (CTO-4) (the "Motion"); (2) Memorandum In Support of the Motion; (3) Schedule of Actions; (4) Declaration of Daniel T. Stabile In Support of the Motion; and (5) Exhibits, using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants, including those on the attached service list:

*Counsels for Plaintiff, Nir Lahav*

                                                                        Via Electronic Mail

Curtis Edward Smolar
Email: Curtis@corexlegal.com
Tel: (413) 364-8435

**CORE X LEGAL P.A.**
450 Townsend Street
Ste 207
San Francisco, CA 94107

                                                                        Via Electronic Mail

Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Tel: (302) 449-9010

| |
|---|
| **DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br><br>Deepali A. Brahmbhatt<br>Email: dbrahmbhatt@devlinlawfirm.com<br>Tel: (650) 254-9805<br><br>**DEVLIN LAW FIRM LLC**<br>3120 Scott Blvd., #13<br>Santa Clara, CA 95054 |
| *Counsels for Defendants, Binance Holdings Limited and Changpeng Zhao* |
| Via Electronic Mail<br><br>Daniel John Tyukody<br>Email: tyukodyd@gtlaw.com<br>Tel: (310) 586-7700<br><br>Alex Linhardt<br>Email: linhardta@gtlaw.com<br>Tel: (310) 586-7822<br><br>**GREENBERG TRAURIG, LLP**<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 |
| *Counsels for Opt-In Plaintiffs, Garrison et al.* |
| Via Electronic Mail<br><br>Adam Moskowitz<br>Email: adam@moskowitz-law.com<br>Tel: (305) 740-1423<br><br>Joseph M. Kaye<br>Email: joseph@moskowitz-law.com<br>Tel: (305) 740-1423<br><br>**THE MOSKOWITZ LAW FIRM**<br>2 Alhambra Plaza<br>#601<br>Miami, FL 33134 |

|  |
|---|
| <div align="right">Via Electronic Mail</div>Tyler Evan Ulrich<br>Email: tulrich@bsfllp.com<br>Tel: (305) 539-8400<br><br>Steven Neal Zack<br>Email: szack@bsflpp.com<br>Tel: (305) 539-8400<br><br>**BOISE SCHILLER AND FLEXNER LLP**<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br><br><div align="right">Via Electronic Mail</div>Jose M. Ferrer<br>Email: jose@markmigdal.com<br>Tel: (305) 370-0440<br><br>**MARK MIGDAL & HAYDEN**<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130 |

Dated: January 24, 2024

Respectfully Submitted,

*/s/ Daniel T. Stabile*
Daniel T. Stabile, Esq.
Fla. Bar No. 1010193
**WINSTON & STRAWN LLP**
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Tel: (305) 910-0646
DStabile@winston.com

*Attorney for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*