# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3076__   & Title - **IN RE:** __FTX Cryptocurrency Exchange Collapse Litigation__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendants Binance Holdings Limited and Changpeng Zhao

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

*Lahav v. Binance Holdings Ltd., et al.*, N.D. Cal., 3:23-cv-05038-TLT

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 1/25/24 | /s/ Daniel J. Tyukody |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Daniel J. Tyukody
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900, Los Angeles, CA 90067

Telephone No.: 310-586-7700    Fax No.: 310-586-7800

Email Address: tyukodyd@gtlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTO CURRENCY      MDL No. 3076
EXCHANGE COLLAPSE LITIGATION

*Lahav v. Binance Holdings Ltd., N.D. California*
*Case No. 23-05038*

_____/

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on January 25, 2024, I electronically filed the above and foregoing **NOTICE OF APPEARANCE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated: January 25, 2024      Respectfully Submitted,

*/s/ Daniel J. Tyukody*
Daniel J. Tyukody
Cal. Bar No. 123323
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
tyukodyd@gtlaw.com

*Attorney for Defendant Binance Holdings Limited and Changpeng Zhao*