# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & TITLE - IN RE: __FTX Cryptocurrency Exchange Collapse Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

*Lahav v. Binance Holdings Ltd., et al.*, N.D. Cal., 3:23-cv-05038-TLT
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Binance Holdings Limited__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation(s) are listed below:

☐   The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑   This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_/s/ Daniel J. Tyukody_                                 Greenberg Traurig, LLP
_____          _____
Signature of Attorney                                           Name of Firm

1840 Century Park East, Suite 1900            Los Angeles, CA 90067
_____          _____
Address                                                                  City/State/Zip Code

Date  1/25/24

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTO CURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

*Lahav v. Binance Holdings Ltd., N.D. California*
*Case No. 23-05038*

_____/

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on January 25, 2024, I electronically filed the above and foregoing **CORPORATE DISCLOSURE STATEMENT** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

Dated: January 25, 2024                    Respectfully Submitted,

*/s/ Daniel J. Tyukody*

Daniel J. Tyukody
Cal. Bar No. 123323
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
tyukodyd@gtlaw.com

*Attorney for Defendant Binance Holdings Limited and Changpeng Zhao*