**BEFORE THE UNITED STATES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

**CERTIFICATE OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on February 21, 2024, copy of the Reply in Support of Motion to Vacate CTO-4 was filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list:

*Lahav v. Binance et al.*, Case No.: 3:23-cv-05038, Judge Trina L Thompson (N. D. Cal.) filed October 2, 2023.

> *Counsel for Defendants BAM Trading Services Inc., BAM Management US Holdings Inc.*
>
> Via Electronic Mail
>
> Adam Michael Foslid
> Email: afoslid@winston.com
> Tel: 305-910-0646
>
> Daniel Tramel Stabile
> Email: dstabile@winston.com
> Tel: 305-379-9139
>
> Winston & Strawn LLP
> 200 S. Biscayne Boulevard
> Suite 2400
> Miami, FL 33131
> Fax: 305-910-0505
>
> Jeffrey L. Steinfeld (SBN 294848)
> Email: jlsteinfeld@winston.com
> Tel: 213-615-1960
> WINSTON & STRAWN LLP
> 333 South Grand Avenue, 38th Floor

| | |
|---|---|
| Los Angeles, California 90071 | |
| *Counsel for Defendants Binance Holdings Ltd. and Changpeng Zhao*<br><br>Daniel J. Tyukody (SBN 123323)<br>tyukody@gtlaw.com<br><br>Alex Linhardt (SBN 303669)<br>linhardt@gtlaw.com<br><br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800 | Via Electronic Mail |
| *In Re: FTX Cryptocurrency Exchange Collapse Litigation* **Case No.: 1:23-md-03076-KMM, Judge K. Michael Moore** | |
| *Co-Counsel for Plaintiffs*<br><br>Adam Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>(305) 740-1423<br>adam@moskowitz-law.com | Via Electronic Mail |
| Joseph M. Kyle<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>(305) 740-1423<br>joseph@moskowitz-law.com | Via Electronic Mail |
| *Co-Counsel for Plaintiffs*<br>Stephen Neal Zack<br>Tyler Ulrich<br>Boies Schiller Flexner LLP<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>(305) 539-8400<br>szack@bsfllp.com<br>tulrich@bsfllp.com | Via Electronic Mail |
| José M. Ferrer | Via Electronic Mail |

Mark Migdal & Hayden
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

Dated: February 21, 2024

**DEVLIN LAW FIRM, LLC**

By: ___/s/ Timothy Devlin___
Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm LLC
3120 Scott Blvd. #13, Santa Clara, CA 95054
Telephone:    (650) 254-9805
*Attorneys for Plaintiff and the Class*
*Nir Lahav on behalf of himself and all others similarly situated*