**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: FTX CRYPTO CURRENCY**                                    **MDL No. 3076**
**EXCHANGE COLLAPSE LITIGATION**

*Lahav v. Binance Holdings Ltd., N.D. California*
*Case No. 23-05038*

_____/

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I, the undersigned, do hereby certify that on February 21, 2024,

I electronically filed the above and foregoing Reply Memorandum of Law in Further Support of

Motion to Vacate Conditional Transfer Order dated January 3, 2024 (CTO-4), using the CM/ECF

system which will send a notice of electronic filing to all CM/ECF registrants, including those on

the attached service list:

| |
|---|
| ***Counsels for Plaintiff, Nir Lahav*** |
| Via Electronic Mail |
| Curtis Edward Smolar<br>Email: Curtis@corexlegal.com<br>Tel: (413) 364-8435 |
| **CORE X LEGAL P.A.**<br>450 Townsend Street<br>Ste 207<br>San Francisco, CA 94107 |
| Via Electronic Mail |
| Timothy Devlin<br>Email: tdevlin@devlinlawfirm.com<br>Tel: (302) 449-9010 |
| **DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue |

Wilmington, DE 19806

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
Tel: (650) 254-9805

**DEVLIN LAW FIRM LLC**
3120 Scott Blvd., #13
Santa Clara, CA 95054

---

*Counsels for Defendants, Binance Holdings Limited and Changpeng Zhao*

Via Electronic Mail

Daniel John Tyukody
Email: tyukodyd@gtlaw.com
Tel: (310) 586-7700

Alex Linhardt
Email: linhardta@gtlaw.com
Tel: (310) 586-7822

**GREENBERG TRAURIG, LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067

---

*Counsels for Opt-In Plaintiffs, Garrison et al.*

Via Electronic Mail

Adam Moskowitz
Email: adam@moskowitz-law.com
Tel: (305) 740-1423

Joseph M. Kaye
Email: joseph@moskowitz-law.com
Tel: (305) 740-1423

**THE MOSKOWITZ LAW FIRM**
2 Alhambra Plaza
#601
Miami, FL 33134

Via Electronic Mail

Tyler Evan Ulrich

Email: tulrich@bsfllp.com
Tel: (305) 539-8400

Steven Neal Zack
Email: szack@bsflpp.com
Tel: (305) 539-8400

**BOISE SCHILLER AND FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, FL 33131

                                                    Via Electronic Mail

Jose M. Ferrer
Email: jose@markmigdal.com
Tel: (305) 370-0440

**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130

Dated: February 21, 2024                Respectfully Submitted,

                                        */s/ Daniel T. Stabile*
                                        Daniel T. Stabile, Esq.
                                        Fla. Bar No. 1010193
                                        **WINSTON & STRAWN LLP**
                                        200 S. Biscayne Blvd., Suite 2400
                                        Miami, FL 33131
                                        Tel: (305) 910-0646
                                        DStabile@winston.com

                                        *Attorney for Defendants BAM Trading*
                                        *Services Inc. and BAM Management US*
                                        *Holdings Inc.*