BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 7, 2024, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court for the Southern District of Florida<br>Wilkie D. Ferguson, Jr. U.S. Courthouse<br>400 North Miami Avenue Miami, FL ||
|---|---|
| **Garrison et al v. Furia Esports LLC et al**<br>Case No.: 1:24-CV-20895,  Judge Rodney Smith ||
| *Counsel for Plaintiffs:*<br>                    Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Barbara C. Lewis<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br><br>                    Via Electronic Mail<br>Stephen Neal Zack<br>Tyler Ulrich<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd St., Suite 2800 | *Defendant:*<br>                    Via Mail<br>FURIA ESPORTS LLC<br>C/O Drummond Consulting LLC<br>601 Brickell Key Dr., Suite 901<br>Miami, FL 3313<br><br>FURIA EXPERIENCE LLC<br>C/O Drummond Consulting LLC<br>601 Brickell Key Dr., Suite 901<br>Miami, FL 3313<br><br>FURIA GG, CORPORATION<br>C/O Harvard Business Services, Inc.<br>16192 Coastal Hwy<br>Lewes, DE 19958 |

| | |
|---|---|
| Miami, FL 33131<br>Office: 305-539-8400<br>szack@bsfllp.com<br>tulrich@bsfllp.com<br><br>                Via Electronic Mail<br>José M. Ferrer<br>Florida Bar No. 173746<br>MARK MIGDAL & HAYDEN<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com | |

Dated: March 7, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**By:** *<u>/s/ Adam Moskowitz</u>*
　　　　　　　　　　　　　　　　　　　　Adam M. Moskowitz
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 984280
　　　　　　　　　　　　　　　　　　　　Joseph M. Kaye
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 117520
　　　　　　　　　　　　　　　　　　　　Barbara C. Lewis
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 118114
　　　　　　　　　　　　　　　　　　　　**THE MOSKOWITZ LAW FIRM, PLLC**
　　　　　　　　　　　　　　　　　　　　2 Alhambra Plaza, Suite 601
　　　　　　　　　　　　　　　　　　　　Coral Gables, FL 33134
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 740-1423
　　　　　　　　　　　　　　　　　　　　adam@moskowitz-law.com
　　　　　　　　　　　　　　　　　　　　joseph@moskowitz-law.com
　　　　　　　　　　　　　　　　　　　　barbara@moskowitz-law.com

　　　　　　　　　　　　　　　　　　　　*Co-Counsel for Plaintiffs and the Class*

　　　　　　　　　　　　　　　　　　　　Stephen Neal Zack
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 145215
　　　　　　　　　　　　　　　　　　　　Tyler Ulrich
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 94705
　　　　　　　　　　　　　　　　　　　　**BOIES SCHILLER FLEXNER LLP**
　　　　　　　　　　　　　　　　　　　　100 SE 2nd St., Suite 2800
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　Office: 305-539-8400
　　　　　　　　　　　　　　　　　　　　szack@bsfllp.com
　　　　　　　　　　　　　　　　　　　　tulrich@bsfllp.com

　　　　　　　　　　　　　　　　　　　　*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*