## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket 3076** |

### CORRECTED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 11, 2024, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

---

**United States District Court Central District of California**
**350 W 1st Street, Suite 4311**
**Los Angeles, CA 90012-4565**

**Garrison et al v. Riot Games, Inc. et al**
**Case No.: 2:24-CV-01841, Judge Hernan D. Vera**

| *Counsel for Plaintiffs:* | *Defendants:* |
|---|---|
| Via Electronic Mail | Via Mail |
| Adam M. Moskowitz | Riot Games, Inc., |
| Joseph M. Kaye | c/o Agent for Service of Process |
| **THE MOSKOWITZ LAW FIRM, PLLC** | 1505 Corporation - CT Corporation System |
| Continental Plaza | 330 N Brand Blvd, Glendale, CA, 91203 |
| 3250 Mary Street, Suite 202 | |
| Miami, FL 33133 | North America League of Legends |
| Office: (305) 740-1423 | Championship Series LLC, |
| adam@moskowitz-law.com | c/o Agent for Service of Process |
| joseph@moskowitz-law.com | 1505 Corporation - CT Corporation System |
| | 330 N Brand Blvd, Glendale, CA, 91203 |
| Via Electronic Mail | |
| Reed Forbush | |
| **BOIES SCHILLER FLEXNER LLP** | |
| 44 Montgomery Street, 41st Floor | |
| San Francisco, CA 94104 | |
| Telephone: (415) 293-6800 | |
| Facsimile: (415) 293-6899 | |
| rforbush@bsfllp.com | |

Dated: March 14, 2024

Respectfully submitted,

**By:** *_/s/ Adam Moskowitz_*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
Barbara C. Lewis
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*