BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

## CORRECTED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 11, 2024, copies of the Notice of Potential Tag Along Actions were filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list.

| United States District Court District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 ||
|---|---|
| **Garrison et al v. Lincoln Holdings LLC**<br>Case No.: 1:24-CV-00655,  Judge jia M. Cobb ||
| *Counsel for Plaintiffs:*<br>                                    Via Electronic Mail<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>                                    Via Electronic Mail<br>Benjamin P. Solomon-Schwartz<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Avenue, N.W.<br>Washington, DC 20005<br>Office: 202-237-2727<br>Bsolomon-schwartz@bsfllp.com<br><br>                                    Via Electronic Mail<br>José M. Ferrer<br>**MARK MIGDAL & HAYDEN**<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com | *Defendant:*<br>                                    Via Mail<br>Defendant Lincoln Holdings LLC d/b/a Monumental Sports & Entertainment<br>601 F Street NW, Washington, DC 20004 |

Dated: March 14, 2024

Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
Barbara C. Lewis
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 SE 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*