**BEFORE THE UNITED STATES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL No. 3076 |

**NOTICE RE: APPOINTMENT AS LEAD PLAINTIFF AND CLASS COUNSEL ISO MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-4)**

Pursuant to Rule 6.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation regarding notification of developments, counsel for Plaintiff Nir Lahav submits the attached Exhibit A, Order from the *Lahav v. Binance Holdings Limited et al.*, N. D. Cal., Case No: 3:23-cv-05038-TLT ECF No. 39 dated March 25, 2024 appointing Nir Lahav as Lead Plaintiff and the Devlin Law Firm as Class Counsel under the Private Securities Litigation Reform Act (PSLRA). Defendants Binance Holdings Ltd., Changpeng Zhao, BAM Trading Services, Inc., and BAM Management US Holdings, Inc. do not object to the filing of this notice.

Dated: March 26, 2024

**DEVLIN LAW FIRM, LLC**

By: /s/ Timothy Devlin
Timothy Devlin
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805

*Attorneys for Lead Plaintiff and the Class*
*Lead Plaintiff Nir Lahav on behalf of himself and all others similarly situated*

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 26, 2024, copies of the Notice Re: Appointment As Lead Plaintiff And Class Counsel ISO Motion To Vacate Conditional Transfer Order (CTO-4)was filed electronically through the CM/ECF system, and copies of same were sent by USPS and/or Email to all parties on the attached service list:

*Lahav v. Binance et al.*, Case No.: 3:23-cv-05038, Judge Trina L Thompson (N. D. Cal.) filed October 2, 2023.

---

*Counsel for Defendants BAM Trading Services Inc., BAM Management US Holdings Inc.*

Via Electronic Mail

Adam Michael Foslid
Email: afoslid@winston.com
Tel: 305-910-0646

Daniel Tramel Stabile
Email: dstabile@winston.com
Tel: 305-379-9139

Winston & Strawn LLP
200 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131
Fax: 305-910-0505

Jeffrey L. Steinfeld (SBN 294848)
Email: jlsteinfeld@winston.com
Tel: 213-615-1960
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071

---

*Counsel for Defendants Binance Holdings Ltd. and Changpeng Zhao*

Via Electronic Mail

Daniel J. Tyukody (SBN 123323)
tyukody@gtlaw.com

Alex Linhardt (SBN 303669)
linhardt@gtlaw.com

GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

*In Re: FTX Cryptocurrency Exchange Collapse Litigation* **Case No.: 1:23-md-03076-KMM, Judge K. Michael Moore**

| | |
|---|---|
| *Co-Counsel for Plaintiffs* | Via Electronic Mail |
| Adam Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>(305) 740-1423<br>adam@moskowitz-law.com | |
| Joseph M. Kyle<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>(305) 740-1423<br>joseph@moskowitz-law.com | Via Electronic Mail |
| *Co-Counsel for Plaintiffs*<br>Stephen Neal Zack<br>Tyler Ulrich<br>Boies Schiller Flexner LLP<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>(305) 539-8400<br>szack@bsfllp.com<br>tulrich@bsfllp.com | Via Electronic Mail |
| José M. Ferrer<br>Mark Migdal & Hayden<br>Brickell City Tower<br>80 SE 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com | Via Electronic Mail |

Dated:  March 26, 2024                                    **DEVLIN LAW FIRM, LLC**


                                                         By:   /s/ Timothy Devlin
                                                         Timothy Devlin

Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm LLC
3120 Scott Blvd. #13, Santa Clara, CA 95054
Telephone:    (650) 254-9805
*Attorneys for Plaintiff and the Class Nir Lahav on behalf of himself and all others similarly situated*