# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIR LAHAV,<br><br>                    Plaintiff,<br><br>          v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>                    Defendants. | Case No.  23-cv-05038-TLT<br><br>**ORDER APPOINTING NIR LAHAVE AS LEAD PLAINTIFF AND APPROVING HIS SELECTION OF CLASS COUNSEL PSLRA AND CONSUMER PROTECTION CLASS ACTION**<br><br>Re: Dkt. No. 29 |

On December 4, 2023, Plaintiff, Nir Lahav ("Mr. Lahav") timely filed its Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel; and the Court, having considered Mr. Lahav's Motion, the Memorandum of Points and Authorities in support thereof, Declaration of Deepali A. Brahmbhatt and related filings; and good cause appearing therefore, **IT IS HEREBY ORDERED THAT**: Plaintiff Nir Lahav's Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel is **GRANTED.**

Pursuant to Rule 42(a) of the Fed. R. Civ. P., any *subsequently* filed, removed, or transferred actions brought on behalf of FTX users that arise out of or related to the conduct alleged in this action shall require an administrative motion requesting a review of relatedness and thereafter consolidation, if appropriate.

The parties do not believe there are any related cases. The parties are aware of litigation entitled In re FTX Cryptocurrency Exchange Collapse Litigation, Case MDL No. 3076 (the "MDL Litigation"), pending before the U.S. Judicial Panel on Multidistrict Litigation, in which a notice of potential tag-along action was filed on December 29, 2023. The parties agree that, from their perspective, this case and the MDL Litigation are not related as there are not common issues of fact and law.

United States District Court
Northern District of California

A **further case management conference** is scheduled for July 11, 2024. The parties are ordered to provide the Court with a list of all related cases no later than July 5, 2024.

Nir Lahav is **APPOINTED** as Lead Plaintiff for a proposed class of users of one or more FTX trading platforms during the period before November 6, 2023 and ending after November 8, 2023 inclusive; and Nir Lahav's selection of Devlin Law Firm, LLC to serve as Lead Counsel for Lead Plaintiff and the Class is **APPROVED.**

This order resolves ECF 29 and the hearing scheduled for March 26, 2024 is hereby vacated.

**IT IS SO ORDERED.**

Dated: March 25, 2024

TRINA L. THOMPSON
United States District Judge